**JENNER & BLOCK LLP**
Kenneth K. Lee (Cal. Bar No. 264296)
klee@jenner.com
Kate T. Spelman (Cal. Bar No. 269109)
kspelman@jenner.com
633 West 5th Street, Suite 3600
Los Angeles, CA  90071-2054
Phone:       (213) 239-5100
Facsimile:   (213) 239-5199

**JENNER & BLOCK LLP**
Dean N. Panos (applying *pro hac vice*)
dpanos@jenner.com
353 N. Clark Street
Chicago, IL 60654-3456
Phone:       (312) 222-9350
Facsimile:   (312) 527-0484

Attorneys for Defendant
Kellogg Sales Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEPHEN HADLEY, on behalf of himself, all others similarly situated, and the general public,<br><br>Plaintiffs,<br><br>v.<br><br>KELLOGG SALES COMPANY,<br><br>Defendant. | Case No. 5:16-cv-04955 LHK<br><br>The Honorable Lucy H. Koh<br><br>**JOINT STIPULATION TO SET BRIEFING SCHEDULE ON MOTION TO DISMISS FIRST AMENDED COMPLAINT** |

STIPULATION

# JOINT STIPULATION

WHEREAS:

(1) Plaintiff Stephen Hadley filed his First Amended Complaint on November 14, 2016;

(2) Under Federal Rule of Civil Procedure 15(a)(3), Defendant Kellogg Sales Company's Motion to Dismiss the First Amended Complaint is due on November 28, 2016, which is the Monday after Thanksgiving;

(3) The parties agree that a joint briefing schedule is appropriate in light of the upcoming Thanksgiving, Christmas, and New Year holidays;

THEREFORE, IT IS STIPULATED AND AGREED THAT:

(1) Defendant shall file its Motion to Dismiss the First Amended Complaint no later than **December 8, 2016**;

(2) Plaintiff shall file his Opposition to that Motion no later than **January 5, 2016**;

(3) Defendant shall file its Reply no later than **January 19, 2016**.


Dated:  November 18, 2016                    JENNER & BLOCK LLP


                                             By: /s/  Kenneth K. Lee
                                                      Kenneth K. Lee

                                             Attorneys for Defendant
                                             Kellogg Sales Company


Dated:  November 18, 2016                    LAW OFFICE OF JACK FITZGERALD, P.C.


                                             By: /s/  Jack Fitzgerald
                                                      Jack Fitzgerald

                                             Attorneys for Plaintiff
                                             Stephen Hadley

PURUSANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____, 2016            _____
                                       The Honorable Lucy H. Koh
                                       United States District Judge

## ATTESTATION

I, Kenneth K. Lee, am the ECF user whose ID and password are being used to file this Stipulation to Extend Time to File Reply in Support of Motion to Dismiss. In compliance with Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from signatory Jack Fitzgerald.