UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEPHEN HADLEY,<br><br>             Plaintiff,<br><br>     v.<br><br>KELLOGG SALES COMPANY,<br><br>             Defendant. | Case No. 16-CV-04955-LHK<br><br>**ORDER STAYING CASE** |

On August 17, 2018, the Court issued an order that granted in part and denied in part Plaintiff's motion for class certification. ECF No. 208. On August 31, 2018, both parties filed a Petition for Permission to Appeal in the Ninth Circuit pursuant to Federal Rule of Civil Procedure 23(f). *See* ECF Nos. 218, 216, 217.

In light of the parties' pending 23(f) petitions, the Court hereby STAYS the case. The Clerk shall administratively close the file. This is an internal administrative procedure that does not affect the rights of the parties.

Within two business days of any Ninth Circuit ruling on the 23(f) petitions, the parties are ordered to file a joint statement, attaching the Ninth Circuit's ruling(s).

The case management conference currently set for October 10, 2018 is CONTINUED to

1

Case No. 16-CV-04955-LHK
ORDER STAYING CASE

1  January 16, 2019 at 2:00 p.m. The parties shall file a joint case management statement by January
2  9, 2019.
3  **IT IS SO ORDERED.**

5  Dated: October 5, 2018

    _Lucy H. Koh_
    LUCY H. KOH
    United States District Judge