**THE LAW OFFICE OF JACK FITZGERALD, PC**
JACK FITZGERALD (SBN 257370)
*jack@jackfitzgeraldlaw.com*
TREVOR M. FLYNN (SBN 253362)
*trevor@jackfitzgeraldlaw.com*
MELANIE PERSINGER (SBN 275423)
*melanie@jackfitzgeraldlaw.com*
Hillcrest Professional Building
3636 Fourth Avenue, Suite 202
San Diego, California 92103
Phone: (619) 692-3840
Fax: (619) 362-9555

*Class Counsel*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN HADLEY, on behalf of himself, all others similarly situated, and the general public,<br><br>Plaintiff,<br><br>v.<br><br>KELLOGG SALES COMPANY,<br><br>Defendant. | Case No. 5:16-cv-04955-LHK-HRL<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGEMENT**<br><br>Judge:     Hon. Lucy H. Koh |

Plaintiff Stephen Hadley's Plaintiff Stephen Hadley's Motion for Partial Summary Judgement came on for hearing before the Honorable Lucy H. Koh on _____, 2019.

Having considered all the papers filed by the parties in connection with this Motion, the papers and records on file in this action, the parties' arguments at the hearing on this matter, and other matters of which the Court may properly take judicial notice, the Court HEREBY ORDERS:

For good cause shown, Plaintiffs' Motion for Partial Summary Judgement is GRANTED. The Court specifically finds as follows:

1. Kellogg's labels were in violation of 21 C.F.R. § 101.14(e) and § 101.71(a), and thereby in violation of 21 U.S.C. § 343(r), rendering the products misbranded;

2. Kellogg's labels were therefore also in violation of California's Sherman Law, including Cal. Health & Safety Code §§ 110100(a), 110670, and 110765; and

3. Accordingly, Kellogg violated and is liable under the UCL's "unlawful" prong.

**IT IS SO ORDERED.**

Dated:_____, 2019        _____
                                       Hon. Lucy H. Koh
                                       United States District Judge

1

*Hadley v. Kellogg Sales Company*, No. 16-cv-4955-LHK-HRL
[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT