| | |
|---|---|
| **THE LAW OFFICE OF JACK FITZGERALD, PC**<br>JACK FITZGERALD (SBN 257370)<br>*jack@jackfitzgeraldlaw.com*<br>TREVOR M. FLYNN (SBN 253362)<br>*trevor@jackfitzgeraldlaw.com*<br>MELANIE PERSINGER (SBN 275423)<br>*melanie@jackfitzgeraldlaw.com*<br>Hillcrest Professional Building<br>3636 Fourth Avenue, Suite 202<br>San Diego, California 92103<br>Phone: (619) 692-3840<br>Fax: (619) 362-9555<br>*Class Counsel* | **JENNER & BLOCK LLP**<br>ALEXANDER M. SMITH (SBN 295187)<br>*asmith@jenner.com*<br>633 West 5th Street, Suite 3600<br>Los Angeles, California 90071<br>Phone: (213) 239-5100<br>Fax: (213) 239-5199<br>**JENNER & BLOCK LLP**<br>Dean N. Panos (admitted *pro hac vice*)<br>*dpanos@jenner.com*<br>353 N. Clark Street<br>Chicago, Illinois 60654<br>Phone: (312) 222-9350<br>Fax: (312) 527-0484<br>*Attorneys for Defendant Kellogg Sales Company* |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN HADLEY, on behalf of himself, all others similarly situated, and the general public,<br><br>  Plaintiff,<br><br>  v.<br><br>KELLOGG SALES COMPANY,<br><br>  Defendant. | Case No. 5:16-cv-04955-LHK (HRL)<br><br>**JOINT SETTLEMENT STATUS REPORT**<br><br>Judge: Hon. Lucy H. Koh |

Pursuant to the Court's May 24, 2019 Mediation Referral Order (Dkt. No. 261), Class Representative Stephen Hadley, and Defendant Kellogg Sales Company (the "Parties") hereby submit this Joint Settlement Status Report. The Parties state that, on June 24, 2019, they participated in another mediation in Chicago, before Judge Holderman, but did not resolve the matter. The Parties have no objection to the Court communicating with Judge Holderman as to whether future mediations would be productive.

Dated: June 27, 2019

Respectfully submitted,

/s/ Jack Fitzgerald
**THE LAW OFFICE OF JACK FITZGERALD, PC**
JACK FITZGERALD
*jack@jackfitzgeraldlaw.com*
TREVOR M. FLYNN
*trevor@jackfitzgeraldlaw.com*
MELANIE PERSINGER
*melanie@jackfitzgeraldlaw.com*
Hillcrest Professional Building
3636 Fourth Avenue, Suite 202
San Diego, California 92103
Phone: (619) 692-3840

***Class Counsel***

/s/ Dean N. Panos
**JENNER & BLOCK LLP**
ALEXANDER M. SMITH
*asmith@jenner.com*
633 West 5th Street, Suite 3600
Los Angeles, California 90071
Phone: (213) 239-5100

**JENNER & BLOCK LLP**
Dean N. Panos
*dpanos@jenner.com*
353 N. Clark Street
Chicago, Illinois 60654
Phone: (312) 222-9350

***Attorneys for Defendant Kellogg Sales Company***

**SIGNATURE ATTESTATION**

I hereby attest that, pursuant to N.D. Cal. Civ. L.R. 5-1(i)(3), the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: June 27, 2019         /s/ Jack Fitzgerald
                             Jack Fitzgerald