UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEPHEN HADLEY,<br><br>  Plaintiff,<br><br>  v.<br><br>KELLOGG SALES COMPANY,<br><br>  Defendant. | Case No. 16-CV-04955-LHK<br><br>**ORDER REFERRING PARTIES TO PRIVATE MEDIATION** |

The Court hereby REFERS the parties to private mediation with a deadline of September 12, 2019. The parties shall file a joint settlement status update by September 16, 2019.

Each side is limited to no more than 3 motions in limine. Each motion in limine and opposition may not exceed 3 pages. No replies will be permitted.

**IT IS SO ORDERED.**

Dated: August 14, 2019

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1
Case No. 16-CV-04955-LHK
ORDER REFERRING PARTIES TO PRIVATE MEDIATION