**THE LAW OFFICE OF JACK FITZGERALD, PC**
JACK FITZGERALD (SBN 257370)
*jack@jackfitzgeraldlaw.com*
TREVOR M. FLYNN (SBN 253362)
*trevor@jackfitzgeraldlaw.com*
MELANIE PERSINGER (SBN 275423)
*melanie@jackfitzgeraldlaw.com*
Hillcrest Professional Building
3636 Fourth Avenue, Suite 202
San Diego, California 92103
Phone: (619) 692-3840
Fax: (619) 362-9555

*Class Counsel*

**JENNER & BLOCK LLP**
DEAN N. PANOS (admitted *pro hac vice*)
*dpanos@jenner.com*
353 N. Clark Street
Chicago, Illinois 60654
Phone: (312) 222-9350
Fax: (312) 527-0484

**JENNER & BLOCK LLP**
ALEXANDER M. SMITH (SBN 295187)
*asmith@jenner.com*
633 West 5th Street, Suite 3600
Los Angeles, California 90071
Phone: (213) 239-5100
Fax: (213) 239-5199

*Attorneys for Defendant Kellogg Sales Company*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEPHEN HADLEY, on behalf of himself, all others similarly situated, and the general public,<br><br>Plaintiff,<br><br>v.<br><br>KELLOGG SALES COMPANY,<br><br>Defendant. | Case No. 5:16-cv-04955-LHK (HRL)<br><br>**JOINT SETTLEMENT STATUS REPORT**<br><br>**(FILED UNDER SEAL)**<br><br>Judge: Hon. Lucy H. Koh |