United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

STEPHEN HADLEY,

          Plaintiff,

     v.

KELLOGG SALES COMPANY,

          Defendant.

Case No. 16-CV-04955-LHK

**ORDER RE MOTION FOR PRELIMINARY APPROVAL**

On September 16, 2019, the parties filed a joint settlement status report with the Court. ECF No. 320-1.  Pursuant to the Case Management Order, the instant case is scheduled for a final pretrial conference on October 31, 2019 at 1:30 p.m.  ECF No. 248.

Accordingly, it is hereby ORDERED that Plaintiff shall file any motion for preliminary approval by October 21, 2019.

**IT IS SO ORDERED.**

Dated:  October 14, 2019

_____

LUCY H. KOH
United States District Judge

1

Case No. 16-CV-04955-LHK
ORDER RE MOTION FOR PRELIMINARY APPROVAL