**THE LAW OFFICE OF JACK FITZGERALD, PC**
JACK FITZGERALD (SBN 257370)
*jack@jackfitzgeraldlaw.com*
TREVOR M. FLYNN (SBN 253362)
*trevor@jackfitzgeraldlaw.com*
MELANIE PERSINGER (SBN 275423)
*melanie@jackfitzgeraldlaw.com*
Hillcrest Professional Building
3636 Fourth Avenue, Suite 202
San Diego, California 92103
Phone: (619) 692-3840
Fax: (619) 362-9555

**JACKSON & FOSTER, LLC**
SIDNEY W. JACKSON, III (*pro hac vice*)
75 St. Michael Street
Mobile, Alabama 36602
Phone: (251) 433-6699
Fax: (251) 433-6127

***Counsel for Plaintiffs***

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

STEPHEN HADLEY, MELODY
DIGREGORIO, ERIC FISHON, KERRY
AUSTIN, and NAFEESHA MADYUN on
behalf of themselves, all others similarly
situated, and the general public,

      Plaintiffs,

          v.

KELLOGG SALES COMPANY,

      Defendant.

Case No.: 5:16-cv-04955-LHK (HRL)

CLASS ACTION

**THIRD AMENDED CLASS ACTION COMPLAINT**

DEMAND FOR JURY TRIAL

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## <u>TABLE OF CONTENTS</u>

INTRODUCTION ................................................................................................. 1

THE PARTIES ..................................................................................................... 1

JURISDICTION AND VENUE .......................................................................... 2

FACTS ................................................................................................................. 2

    A.    There Has Been a Recent Rise in Human Sugar Consumption ........... 2

    B.    The Body's Physiological Response to Excess Sugar Consumption ......... 7

        1.    The Body's Response to Glucose .............................................. 7

        2.    The Body's Response to Fructose ............................................ 10

        3.    The Addiction Response .......................................................... 11

    C.    There Has Been a Dramatic Rise in Obesity & Chronic Disease That Parallels the Rise in Human Sugar Consumption ............................. 11

    D.    There is Substantial Scientific Evidence That Excess Sugar Consumption Causes Metabolic Syndrome, Cardiovascular Disease, Type 2 Diabetes, and Other Morbidity ................................................ 13

        1.    Excess Sugar Consumption Causes Metabolic Syndrome ..................... 13

        2.    Excess Sugar Consumption Causes Type 2 Diabetes ............................. 16

        3.    Excess Sugar Consumption Causes Cardiovascular Disease ................. 20

        4.    Excess Sugar Consumption Causes Liver Disease ................................. 22

        5.    Excess Sugar Consumption Causes Obesity ........................................... 23

        6.    Excess Sugar Consumption Causes Inflammation ................................. 27

        7.    Excess Sugar Consumption Causes High Blood Triglycerides and Abnormal Cholesterol Levels .......................................................... 29

        8.    Excess Sugar Consumption is Associated with Hypertension .............. 32

i

9.    Excess Sugar Consumption is Associated with Alzheimer's Disease, Dementia, and Cognitive Decline...............................34

10.   Excess Sugar Consumption is Linked to Some Cancers .......................35

E.    Based on the Scientific Evidence, Authoritative Scientific and Health Organizations Recommend Restricting Added Sugar Consumption to Below 5% or 10% of Daily Calories ................................................................35

KELLOGG'S MARKETING & SALE OF HIGH-SUGAR CEREALS & BARS ..............36

A.    Kellogg's Raisin Bran Cereals ................................................................41

1.    *Raisin Bran*.........................................................................................42

2.    *Raisin Bran Crunch*..........................................................................44

B.    Kellogg's Frosted Mini-Wheats Cereals ................................................46

1.    *Original*...............................................................................................46

2.    *Maple Brown Sugar* .........................................................................47

3.    *Strawberry*.........................................................................................48

4.    *Blueberry*...........................................................................................48

5.    *Big Bite – Original*...........................................................................50

6.    *Little Bites – Chocolate* ..................................................................51

7.    *Little Bites - Cinnamon Roll*..........................................................51

8.    *Touch of Fruit in the Middle – Mixed Berry*.............................52

9.    *Touch of Fruit in the Middle – Raspberry* .................................54

10.   *Harvest Delights – Blueberry with Vanilla Drizzle and Cranberry with Yogurt Drizzle* ......................................................55

C.    Kellogg's Smart Start – Original Antioxidant Cereal.....................56

D.    Kellogg's Crunchy Nut Cereal ................................................................58

E.    Nutri-Grain Cereal Bars ..........................................................................59

*Hadley et al. v. Kellogg Sales Company*, Case No.: 5:16-cv-04955-LHK (HRL)
THIRD AMENDED CLASS ACTION COMPLAINT

1.  *Apple Cinnamon* ........................................................... 59

2.  *Blueberry* ..................................................................... 60

3.  *Strawberry* ................................................................... 60

4.  *Cherry* .......................................................................... 61

5.  *Mixed Berry* ................................................................. 62

6.  *Strawberry Greek Yogurt* ............................................ 62

F.  Nutri-Grain Soft-Baked Breakfast Bars .............................. 63

1.  *Blueberry* ..................................................................... 63

2.  *Strawberry* ................................................................... 64

3.  *Cherry* .......................................................................... 64

4.  *Raspberry* ..................................................................... 65

5.  *Variety Pack* ................................................................ 66

G.  Nutri-Grain Oat & Harvest Bars ........................................ 66

1.  *Blueberry Bliss* ........................................................... 66

2.  *Country Strawberry* .................................................... 67

H.  Nutri-Grain Harvest Hearty Breakfast Bars – Blueberry Bliss ........................ 68

KELLOGG'S UNLAWFUL ACTS & PRACTICES ............................................ 69

A.  Kellogg Marketed and Continues to Market Its Cereals and Bars with Health and Wellness Claims that are Deceptive in Light of the Products' High Added Sugar Content ........................ 69

1.  Kellogg Affirmatively Misrepresents that Some High-Sugar Cereals are "Healthy," "Nutritious," or "Wholesome" ........................ 69

2.  Kellogg Affirmatively Misrepresents that Consuming Some of its High-Sugar Cereals and Bars Will Promote Bodily Health, Prevention of Disease, or Weight Loss ........................ 75

iii

3.    Even When Not Stating So Expressly, Kellogg Deceptively Suggests Its High-Sugar Cereals and Bars are Healthy ..........................77

    a.    Kellogg Touts Its Products' Whole Grain, Fiber, and Fruit Content to Distract From Their High Added Sugar Content ..............................................................................77

    b.    In Representing that Many of Its High-Sugar Bars Contain "No High Fructose Corn Syrup," Kellogg Leverages Consumer Confusion to Obscure the Dangers of the Bars' Added Sugars ...........................................78

    c.    Kellogg Deceptively Omits, Intentionally Distracts From, and Otherwise Downplays the Cereals' High Added Sugar Content ..................................................79

B.    Kellogg Violates FDA and State Food Labeling Regulations .........................79

    1.    In Violation of State and Federal Regulations, Kellogg's Health and Wellness Statements are False, Misleading, and Incomplete .........80

    2.    Kellogg Violated Regulations Governing Health Claims.......................81

C.    Kellogg Knows or Reasonably Should Know of the Strong Scientific Evidence Demonstrating Its High-Sugar Cereals are Unhealthy to Consume, But Fails to Warn Consumers of the Known Dangers....................81

D.    The Foregoing Behaviors are Part of Kellogg's Longstanding General Policy, Practice and Strategy of Marketing its High-Sugar Cereals and Bars as Healthy in Order to Increase Sales and Profit ......................................84

E.    Kellogg's Policy and Practice of Marketing High-Sugar Cereals as Healthy is Especially Harmful Because Consumers Generally Eat More than One Serving of Cereal at a Time, Which Kellogg Knows or Reasonably Should Know ...........................................................................85

PLAINTIFFS' RELIANCE & INJURY ...............................................................86

    A.    Plaintiff Stephen Hadley.............................................................................86

    B.    Plaintiff Melody DiGregorio .....................................................................90

    C.    Plaintiff Eric Fishon ..................................................................................91

iv

D.     Plaintiff Kerry Austin ........................................................................94

E.     Plaintiff Nafeesha Madyun ................................................................96

CLASS ACTION ALLEGATIONS ..............................................................98

CAUSES OF ACTION .................................................................................101

PRAYER FOR RELIEF................................................................................115

JURY DEMAND ..........................................................................................116

*Hadley et al. v. Kellogg Sales Company*, Case No.: 5:16-cv-04955-LHK (HRL)
THIRD AMENDED CLASS ACTION COMPLAINT

With Defendant Kellogg Sales Company's written consent pursuant to Federal Rule of Civil Procedure 15(a)(2), Plaintiffs Stephen Hadley, Melody Digregorio, Eric Fishon, Kerry Austin, and Nafeesha Madyun, on behalf of themselves, all others similarly situated, and the general public, by and through their undersigned counsel, hereby file this Third Amended Complaint against Kellogg, and allege the following upon their own knowledge, or where they lack personal knowledge, upon information and belief including the investigation of their counsel.

## INTRODUCTION

1. The scientific evidence is compelling: Excessive consumption of added sugar is **toxic** to the human body. Experimentally sound, peer-reviewed studies and meta-analyses convincingly show that consuming excessive added sugar—any amount above approximately 5% of daily caloric intake—greatly increases the risk of heart disease, diabetes, liver disease, and a wide variety of other chronic morbidity.

2. Despite the compelling evidence that sugar acts as a chronic liver toxin, detrimentally affecting health, to increase the price and sales of its products, Kellogg leverages a policy and practice of marketing high-sugar cereals and bars with health and wellness claims. These claims, however, are deceptive because they are incompatible with the dangers of the excessive sugar consumption to which these foods contribute.

3. Plaintiffs bring this action against Kellogg on behalf of themselves, other consumers, and the general public, primarily to enjoin Kellogg from using deceptive health and wellness claims to market high-sugar foods.

## THE PARTIES

4. Plaintiff Stephen Hadley is a resident of San Antonio, Texas.

5. Plaintiff Melody DiGregorio is a resident of Stamford, New York.

6. Plaintiff Eric Fishon is a resident of Happauge, New York.

7. Plaintiff Kerry Austin is a resident of Rochester, New York.

8. Plaintiff Nafeesha Madyun is a resident of New York, New York.

9. Defendant Kellogg Sales Company is a Delaware corporation with its principal

1

place of business at One Kellogg Square, Battle Creek, Michigan 49016.

## JURISDICTION AND VENUE

10.     This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332(d)(2)(A), the Class Action Fairness Act, because the matter in controversy exceeds the sum or value of $5,000,000 exclusive of interest and costs, at least one member of the class of plaintiffs is a citizen of a state different from Kellogg. In addition, more than two-thirds of the members of the class reside in states other than the state in which Kellogg is a citizen and in which this case is filed, and therefore any exceptions to jurisdiction under 28 U.S.C. § 1332(d) do not apply.

11.     The Court has personal jurisdiction over Kellogg pursuant to Cal. Code Civ. P. § 410.10, as a result of Kellogg's substantial, continuous and systematic contacts with the State, and because Kellogg has purposely availed itself of the benefits and privileges of conducting business activities within the State.

12.     Venue is proper in this Northern District of California pursuant to 28 U.S.C. § 1391(b) and (c), because Kellogg resides (*i.e.*, is subject to personal jurisdiction) in this district, and a substantial part of the events or omissions giving rise to the claims occurred in this district.

## FACTS

### A.     There Has Been a Recent Rise in Human Sugar Consumption

13.     Sugars are sweet, short-chain, soluble carbohydrates. Simple sugars are called monosaccharides, while disaccharides are formed when two monosaccharides undergo a condensation reaction. The three most common sugars in our diets are fructose, glucose, and sucrose. Other sugars, like lactose, found in milk, and maltose, formed during the germination of grains like barley, are not generally consumed in large amounts. Glucose is a monosaccharide that occurs naturally in fruits and plant juices and is the primary product of photosynthesis. Most ingested carbohydrates (like bread and pasta) are converted into glucose during digestion, and glucose is the form of sugar transported around the body in the bloodstream, and used by the cells for energy. Fructose is a monosaccharide that occurs

naturally in fruits and honey. It is the sweetest of the sugars. Sucrose is a disaccharide comprised of one molecule of glucose chemically linked to one molecule of fructose. It is found in sugar cane and beets. Common table sugar is sucrose. During digestion and prior to blood absorption, enzymes called sucrases cleave a sucrose molecule into its constituent parts, glucose and fructose.

14.     Humans' consumption of sugar has shifted dramatically over time. Cro-Magnon men during the Paleolithic age were hunters and gatherers, with a diet mainly comprised of meat, high in protein, moderate in fat, and low in carbohydrates. Fruits and berries were the major source of carbohydrates, and starch consumption was low.[1] In 1200 B.C., a process was developed in India for extracting sugar in the form of cane juice called khanda, which is where the word "candy" comes from. For nearly 3,000 years, sugar was rare, reserved for nobility. The invention of the pot still in 1700 A.D., however, allowed mass production of refined sugar. But it was still extraordinarily expensive until the middle of the 18th century, when there was a worldwide growth in sugar production, including in America. Thus, humans have been consuming sugar in substantial amounts for less than 300 years.

15.     For most of that time, Americans' sugar consumption was almost exclusively table sugar, with only small amounts of glucose and fructose ingested from fruit.[2] And sugar was a condiment, added to coffee or tea, with control over the amount eaten.

16.     In the 1960s, the food industry developed technologies to extract starch from corn, then convert it to glucose, some of which could then be converted to fructose, leading to the development of corn-derived sweeteners, most notably high-fructose corn syrup (HFCS).[3] Although HFCS is comprised of both fructose and glucose, unlike with sucrose, the

---

[1] Tappy, L., et al., "Metabolic Effects of Fructose in the Worldwide Increase in Obesity," *Physiology Review*, Vol. 90, 23-46, at 24 (2010) [hereinafter "Tappy, Metabolic Effects of Fructose"].

[2] *Id.*

[3] *Id.* (citation omitted).

fructose is not chemically bound to the glucose in a new molecule. Thus the fructose in HFCS is referred to as "free" fructose. HFCS can be produced with different fructose-to-glucose ratios. The most common are HFCS-42 and HFCS-55, containing 42% and 55% fructose. Some HFCS, however, can be as much as 90% fructose, *i.e.*, HFCS-90. Food manufacturers have recently begun referring to HFCS-90 on food label ingredients statements as simply "fructose."

17.   Fructose is sweeter than either glucose or sucrose. In fruit, it serves as a marker for foods that are nutritionally rich. Before the development of the worldwide sugar industry, fructose in the human diet was limited to items like honey, dates, raisins, molasses, figs, grapes, raw apples, apple juice, persimmons, and blueberries (which contain approximately 10-15% fructose). Food staples like milk, vegetables, and meat have essentially no fructose. Thus, until relatively recently, human beings have had little dietary exposure to fructose.[4]

18.   But the low cost and long shelf-life of HFCS has contributed to a rapid increase in its consumption over the last 45 years, and thus the consumption of fructose. Between 1970 and 2000, the United States' yearly per capita HFCS consumption went from 0.292 kg per person, to 33.4 kg per person, a greater than 100-fold increase.[5]

19.   Today, the majority of sugars in typical American diets are added to foods during processing, preparation, or at the table.[6] The two primary sources of added sugar in processed food are HFCS and sucrose (*i.e.*, granulated sugar used, for example, in baked goods). Added

---

[4] Bray, G., "How bad is fructose?," *American Journal of Clinical Nutrition*, Vol. 86, 895-96 (2007) [hereinafter, "Bray, How Bad is Fructose?"].

[5] Bray, G.A., et al., "Consumption of high-fructose corn syrup in beverages may play a role in the epidemic of obesity," *American Journal of Clinical Nutrition*, Vol. 79, 537-43, at 537, 540 (2004) [hereinafter "Bray, HFCS Role in Obesity Epidemic"].

[6] U.S. Dep't of Agric. & U.S. Dep't of Health & Human Servs., "Dietary Guidelines for Americans, 2010," at 27 (2010) *available at* http://www.health.gov/dietaryguidelines/dga2010/DietaryGuidelines2010.pdf.

sugar is in more than 74% of processed foods,[7] under more than 60 different names.[8] Although the tendency is to associate sugar with sweets, added sugar is found in many savory processed foods, like bread, soup, and pasta sauce.

20.     There has been a rise over the past 45 years in Americans' consumption of added sugars. From 1970 to 2000, there was a 25% increase in available added sugars in the U.S.[9] The American Heart Association found that between 1970 and 2005, added sugars available for consumption increased by an average of 76 calories per day, from 25 teaspoons (400 calories) to 29.8 teaspoons (476 calories), a 19% increase.[10] The Continuing Survey of Food Intake by Individuals from 1994 to 1996 showed that the average person had a daily added sugars intake of 79 grams, equal to 316 calories and about 15% of energy intake. Those in the top one-third of fructose consumption ingested 137 grams of added sugars per day (548

---

[7] Ng, S.W., et al., "Use of caloric and non-caloric sweeteners in US consumer packaged foods, 2005-9, *Journal of the Academy of Nutrition and Dietetics*, Vol. 112, No. 11, 1828-34 (2012).

[8] Some examples: Agave nectar, Barbados sugar, Barley malt, Barley malt syrup, Beet sugar, Brown sugar, Buttered syrup, Cane juice, Cane juice crystals, Cane sugar, Caramel, Carob syrup, Castor sugar, coconut palm sugar, Coconut sugar, Confectioner's sugar, Corn sweetener, Corn syrup, Corn syrup solids, Date sugar, Dehydrated cane juice, Demerara sugar, Dextrin, Dextrose, Evaporated cane juice, Free-flowing brown sugars, Fructose, Fruit juice, Fruit juice concentrate, Glucose, Glucose solids, Golden sugar, Golden syrup, Grape sugar, High-Fructose Corn Syrup (HFCS), Honey, Icing sugar, Invert sugar, Malt syrup, Maltodextrin, Maltol, Maltose, Mannose, Maple syrup, Molasses, Muscovado, Palm sugar, Panocha, Powdered sugar, Raw sugar, Refiner's syrup, Rice syrup, Saccharose, Sorghum Syrup, Sucrose, Sugar (granulated), Sweet Sorghum, Syrup, Treacle, Turbinado sugar, and Yellow sugar.

[9] Bray, How Bad is Fructose?, *supra* n.4, at 895 (citing Havel, P.J., "Dietary fructose: implications for dysregulation of energy homeostasis and lipid/carbohydrate metabolism, *Nutrition Reviews*, Vol. 63, 133-57 (2005) [hereinafter, "Havel, Dietary Fructose"]).

[10] Johnson, R.K., et al., on behalf of the American Heart Association Nutrition Committee of the Council on Nutrition, Physical Activity, and Metabolism and Council on Epidemiology and Prevention, "Dietary Sugars Intake and Cardiovascular Health: A Scientific Statement From the American Heart Association," *Circulation*, Vol. 120, 1011-20, at 1016-17 (2009) [hereinafter "AHA Scientific Statement"].

calories, about 26% of energy per day), and those in the top 10% of fructose consumption ingested 178 grams of fructose per day (712 calories, about 34% of energy).[11]

21.     In 2014, researchers analyzing data obtained from National Health and Nutrition Examination Survey (NHANES) showed that during the most recent period of 2005-2010, the mean percent of calories from added sugar in the American diet was 14.9%. Most adults, 71.4%, consumed 10% or more of their calories from added sugar, while about 10% of adults consumed 25% or more of their calories from added sugar.[12]

22.     While the availability and consumption of added sugars was increasing over the past several decades, documents published in September 2016 demonstrated that "[t]he sugar industry paid scientists in the 1960s to play down the link between sugar and heart disease and promote saturated fat as the culprit instead . . . ."[13] The documents show, for example, that "the Sugar Research Foundation, known today as the Sugar Association, paid three Harvard scientists the equivalent of about $50,000 in today's dollars to publish a 1967 review of research on sugar, fat and heart disease."[14] Due to the effort of the sugar industry and its supporters, U.S. food policy, including FDA rulemaking, for many decades inappropriately focused on fats, largely ignoring the detrimental health consequences of consuming excessive added sugar, leading to the obesity and type 2 diabetes epidemics present in the U.S. today.

23.     Today, "the vast majority of the U.S. population exceeds recommended intakes of . . . added sugars."[15] Despite some reduction in added sugar intake recently, "intakes of

---

[11] Bray, How Bad is Fructose?, *supra* n.4, at 895.

[12] Yang, Quanhe, et al., "Added Sugar Intake and Cardiovascular Diseases Mortality Among US Adults," *Journal of the American Medical Association*, at E4-5 (published online Feb. 3, 2014) [hereinafter, "Yang, NHANES Analysis"].

[13] Anahad O'Connor, "How the Sugar Industry Shifted Blame to Fat," *New York Times* (Sept. 12, 2016).

[14] *Id.*

[15] U.S. Dep't of Agric. & U.S. Dep't of Health & Human Servs., "Scientific Report of the 2015 Dietary Guidelines Advisory Committee: Advisory Report to the Secretary of Health

6

1  added sugars are still very high . . . and are well above recommended limits . . . ."[16]
2  Approximately 90% of the population exceeds recommended daily limits.[17]

3  **B.     The Body's Physiological Response to Excess Sugar Consumption**

4  **1.     The Body's Response to Glucose**

5  24.     The body needs some glucose, largely to meet the brain's metabolic demands,
6  but also because all living cells use glucose for energy. Blood glucose levels below 25mg/dL
7  may result in coma, seizure, or death, while levels consistently exceeding 180 mg/dL can
8  cause long-term damage, including renal failure and atherosclerosis.

9  25.     For these reasons, blood glucose concentration is tightly-regulated by
10  homeostatic regulatory systems. When blood glucose rises after a meal, beta cells in the
11  pancreas secrete insulin into the blood, which helps muscle, fat, and liver cells absorb the
12  glucose for energy, lowering the blood sugar. Too little blood sugar stimulates the secretion
13  of hormones that counteract the insulin and thus restore normal blood sugar.[18]

14  26.     During certain steps in processing glucose, the body forms fructose. However,
15  unlike with glucose, there is no biological need for dietary fructose, *i.e.*, fructose consumed
16  from food, whether fruit, honey, HFCS, or some other form. Moreover, unlike glucose,
17  fructose does not directly stimulate insulin secretion.

18  27.     The body processes glucose and fructose differently. With little processing,
19  fructose passes through the small intestine, into blood bound for the liver, so that it is taken
20  up nearly 100% for processing in the liver (a characteristic shared by substances commonly

22  and Human Services and the Secretary of Agriculture," at 26 (February 2015), *available at*
23  http://www.health.gov/dietaryguidelines/2015-scientific-report/PDFs/Scientific-Report-of-the-2015-Dietary-Guidelines-Advisory-Committee.pdf.

24  [16] *Id.* at 38.
25
26  [17] *Id.* at 35.
27  [18] Ludwig, David S., "The Glycemic Index: Physiological Mechanisms Relating to Obesity, Diabetes, and Cardiovascular Disease," *Journal of the American Medical Association*, Vol.
28  287, No. 18, 2414-23, at 2415 (May 8, 2002) (citation omitted).

referred to as poisons). By contrast, glucose is both "burned up" by cells directly, and processed elsewhere outside the liver, so that the liver must process only 20% of glucose consumed.

28.    So much glucose is burned up prior to liver processing, because all the body's cells contain a transporter that, when stimulated by insulin, takes in glucose from the blood. By contrast, fructose can only be absorbed by cells that contain a different transporter, which most cells lack.

29.    The liver is capable of processing relatively small amounts of sugar, meted out slowly. This is one of the reasons that eating the fructose in fruit is not problematic: the sugar in fruit is encased in the fruit's fiber, which slows the sugar's uptake, and some sugar encased in fruit fiber may not even be released. Thus fruit consumption does not overwhelm the liver. Notably, adding fiber to foods that are high in sugar does not replicate this effect, because the sugar and fiber remain separate, and the sugar is not encased in the fiber like it is in fruit. Fruit also comes packaged with nutrients, like vitamins, that are beneficial for health, and sends satiation signals to the brain, telling it that the body is full.

30.    Because the liver has some capacity to process sugar, there does appear to be a "safe" threshold of daily added sugar consumption, small enough not to overload the liver: approximately 5% of calories, or about 38 grams (9 teaspoons, 150 calories) per day for men, 25 grams (6 teaspoons, 100 calories) per day for women, and 12-15 grams (3-6 teaspoons, 50-60 calories) for children depending on age and caloric needs, which is the basis of the American Heart Association's foregoing recommendations for maximum daily added sugar intake.[19]

31.    But the long-term consumption of excess sugar can have dire physiological consequences, acting as a chronic, dose-dependent liver toxin, overloading the liver and causing chronic metabolic disease, also sometimes called metabolic syndrome, a cluster of

---

[19] AHA Scientific Statement, *supra* n.10; *see also* "How Much Is Too Much?," *at* http://www.sugarscience.org/the-growing-concern-of-overconsumption.

symptoms that, when present together, increase a person's risk of chronic disease like cardiovascular disease and type 2 diabetes.

32.   When excess sugar consumption overloads the liver, the glucose increases insulin secretion, while the fructose gets turned into liver fat, causing insulin resistance. The combination over time results in rapid and dramatic increases in blood glucose and insulin concentrations.[20] Over time, individuals with frequent insulin secretion may develop insulin resistance, where the body produces insulin but does not use it effectively, so that glucose builds up in the blood instead of being absorbed by the cells. Because the muscle, fat, and liver cells do not respond properly to insulin and thus cannot easily absorb glucose from the bloodstream, the body needs higher levels of insulin. Eventually the pancreas' beta cells cannot keep up with this increasing demand, and over time can no longer produce enough insulin to overcome insulin resistance, so blood glucose levels remain high.

33.   Currently, about two-thirds of the American population is overweight, about one-quarter to one-third is diabetic or pre-diabetic, and another one-quarter is hypertensive. Many Americans also have high serum triglycerides. Insulin resistance is a component of all of these health issues.

34.   Energy deposition into fat cells by insulin stimulate them to secrete a hormone called leptin, which is a natural appetite suppressant that tells the brain the body is full and can stop eating. Generally, glucose suppresses the hunger hormone, ghrelin, and stimulates leptin. But high insulin levels brought on by excess sugar consumption have been linked to leptin resistance, where the brain is desensitized to the hormone and so no longer "hears" the

---

[20] Janssens, J.P., et al., "Effects of soft drink and table beer consumption on insulin response in normal teenagers and carbohydrate drink in youngsters," *European Journal of Cancer Prevention*, Vol. 8, 289-95 (1999) ("In contrast to table beer, consumption of regular soft drinks induced a fast and dramatic increase in both glucose and insulin concentration within a maximum 1 hour after consumption.").

message to stop eating.[21] Because increased insulin makes the body feel hungry, excess sugar consumption can create a vicious cycle in which the more sugar one eats, the hungrier one feels.

### 2.    The Body's Response to Fructose

35.    But it is the fructose, found in most processed foods, that appears to cause the greatest harm in the shortest amount of time. Nearly all added sugars contain significant amounts of fructose. For example, HFCS typically contains approximately 42% or 55% fructose, while table sugar and other sweeteners, like cane sugar, contain 50% fructose.

36.    Fructose is the most lipophilic carbohydrate, meaning it easily converts to a form, glycerol, that supports conversion to fats, including free fatty acids, a damaging form of cholesterol called very low-density lipoprotein (VLDL), and triglycerides, which get stored as fat. Studies in humans and animals have shown that fructose is preferentially metabolized to lipid (fat) in the liver, leading to increased triglyceride levels, which are associated with insulin resistance and cardiovascular disease.[22] Fatty acids created during fructose metabolism accumulate as fat droplets in the liver, also causing insulin resistance, as well as non-alcoholic fatty liver disease. In addition, when the liver turns excess sugar into liver fat and becomes insulin resistant, that generates hyperinsulinemia, which drives energy storage into body fat.

37.    Glucose does not do this. Following consumption of 120 calories of glucose, less than 1 calorie should be stored as fat, while 120 calories of fructose should result in 40 calories being stored as fat.

38.    The metabolism of fructose also creates several waste products and toxins,

---

[21] Shapiro, A., et al., "Fructose-induced leptin resistance exacerbates weight gain in response to subsequent high-fat feeding," *American Journal of Physiology, Regulatory, Integrative and Comparative Physiology*, Vol. 295, No. 5, R1370-75 (2008).

[22] Elliot, S.S., et al., "Fructose, weight gain, and the insulin resistance syndrome," *American Journal of Clinical Nutrition*, Vol. 76, 911-22 (2002) [hereinafter, "Elliot, Fructose & Insulin Resistance"]; Bray, How Bad is Fructose?, *supra* n.4; Havel, Dietary Fructose, *supra* n.9.

including uric acid, which drives up blood pressure, causes gout, and is a risk factor for cardiovascular disease because the production of uric acid utilizes nitric oxide, a key modulator of vascular function, and causes inflammation. Experimental human studies confirm that fructose feeding raises serum uric acid levels.[23]

39.    Moreover, fructose interferes with the brain's communication with leptin, which may result in overeating. And while glucose suppresses ghrelin, thus reducing hunger, fructose has no effect on ghrelin.

### 3.    The Addiction Response

40.    Research shows that, for some people, eating sugar produces characteristics of craving and withdrawal, along with chemical changes in the brain's reward center, the limbic region, which can be similar to those of people addicted to drugs like cocaine and alcohol.[24] These changes are linked to a heightened craving for more sugar.[25] This can create a vicious cycle leading to chronic illness.

## C.    There Has Been a Dramatic Rise in Obesity & Chronic Disease That Parallels the Rise in Human Sugar Consumption

41.    As noted above, there was a dramatic rise in Americans' use of sugar, first in the mid-18th century, then again starting in the United States in about 1970, with the introduction

---

[23] Nguyen, S., et al., "Sugar Sweetened Beverages, Serum Uric Acid, and Blood Pressure in Adolescents," *Journal of Pediatrics*, Vol. 154, No. 6, 807-13 (June 2009) (citations omitted) [hereinafter, "Nguyen, Serum Uric Acid"]; Johnson, R.J., "Potential role of sugar (fructose) in the epidemic of hypertension, obesity and the metabolic syndrome, diabetes, kidney disease, and cardiovascular disease," *American Journal of Clinical Nutrition*, Vol. 86, 899-906 (2007); Nakagawa, T., et al., "A causal role for uric acid in fructose-induced metabolic syndrome," *American Journal of Physiology*, Vol. 290, F625-31 (2006).

[24] Volkow, N.D., et al., "Drug addiction: the neurobiology of behavior gone awry," *Nature Reviews Neuroscience*, Vol. 5, No. 12, 963-70 (2004); Brownell, K.D., et al., "Food and addiction: A comprehensive handbook," *Oxford University Press* (2012).

[25] Avena, N., "Evidence for sugar addiction: behavioral and neurochemical effects of intermittent, excessive sugar intake," *Neuroscience Behavior Review*, Vol. 52, No. 1, 20-39 (2008).

into the market of HFCS. Concurrently with these changes in the diet have been alarming rises in obesity and chronic disease.

42.    In 1924, New York City health commissioner Haven Emerson noted a seven-fold increase in diabetes rate in the city. In 1931, Dr. Paul Dudley White, a cardiologist at Massachusetts General Hospital, warned of an epidemic of heart disease. And in 1988, scientists learned about the advent of adolescent type 2 diabetes.

43.    In 2004, researchers reported their analysis of food consumption patterns from 1967 to 2000. Noting that HFCS consumption increased more than 1,000% from 1970 to 1990, "far exceeding the changes in intake of any other food or food group," researchers found this "mirrors the rapid increase in obesity" seen during the same period, as demonstrated in the below graphic.[26]



FIGURE 1. Estimated intakes of total fructose (●), free fructose (▲), and high-fructose corn syrup (HFCS, ♦) in relation to trends in the prevalence of overweight (■) and obesity (x) in the United States. Data from references 7 and 35.

44.    Besides the compelling circumstantial evidence that increased sugar consumption has led to chronic disease, there is substantial research showing the causal mechanisms of disease and demonstrating substantial increased risk of chronic disease with

---

[26] Bray, HFCS Role in Obesity Epidemic, *supra* n.5, at 537, 540-41 & Table 2; *see also* Flegal, K.M., et al., "Prevalence and trends in obesity among US adults, 1999-2000," *Journal of the American Medical Association*, Vol. 288, 1723-27 (2002); Putnam, J.J., et al., "Food consumption, prices and expenditures, 1970-97," *U.S. Department of Agriculture Economic Research Service statistical bulletin no. 695* (April 1999).

excess sugar consumption.

**D.    There is Substantial Scientific Evidence That Excess Sugar Consumption Causes Metabolic Syndrome, Cardiovascular Disease, Type 2 Diabetes, and Other Morbidity**

45.    Research shows that overloading the mitochondria—the energy-burning factories within the cells—in any given organ will manifest various forms of chronic metabolic disease. Whatever organ becomes insulin resistant manifests its own chronic metabolic disease. For example, insulin resistance of the liver leads to type 2 diabetes. Insulin resistance of the brain causes Alzheimer's disease. Insulin resistance of the kidney leads to chronic renal disease.

46.    After artificial trans fat, the chemical that best overloads mitochondria is sugar.

**1.    Excess Sugar Consumption Causes Metabolic Syndrome**

47.    Excess consumption of added sugar leads to metabolic syndrome by stressing and damaging crucial organs, including the pancreas and liver. When the pancreas, which produces insulin, becomes overworked, it can fail to regulate blood sugar properly. Large doses of fructose can overwhelm the liver, which metabolizes fructose. In the process, the liver will convert excess fructose to fat, which is stored in the liver and released into the bloodstream. This process contributes to key elements of metabolic syndrome, including high blood fats and triglycerides, high cholesterol, high blood pressure, and extra body fat, especially in the belly.[27]

48.    Metabolic disease has been linked to type 2 diabetes, cardiovascular disease, obesity, polycystic ovary syndrome, nonalcoholic fatty liver disease, and chronic kidney disease, and is defined as the presence of any three of the following:

    a.    Large Waist Size (35" or more for women, 40" or more for men);

    b.    High triglycerides (150mg/dL or higher, or use of cholesterol

---

[27] Te Morenga, L., et al., "Dietary sugars and body weight: systematic review and meta-analyses of randomized controlled trials and cohort studies," *BJM* (January 2013) [hereinafter, "Te Morenga, Dietary Sugars & Body Weight"].

medication);

    c.    High total cholesterol, or HDL levels under 50mg/dL for women, and 40 mg for men;

    d.    High blood pressure (135/85 mm or higher); or

    e.    High blood sugar (100mg/dL or higher).

49.    More generally, "metabolic abnormalities that are typical of the so-called metabolic syndrome . . . includ[e] insulin resistance, impaired glucose tolerance, high concentrations of circulating triacylglycerols, low concentrations of HDLs, and high concentrations of small, dense LDLs."[28]

50.    56 million Americans have metabolic syndrome, or about 22.9% over the age of 20, placing them at higher risk for chronic disease.

51.    In 2010, Harvard researchers published a meta-analysis of three studies, involving 19,431 participants, concerning the effect of consuming sugar-sweetened beverages on risk for metabolic syndrome. They found participants in the highest quantile of 1-2 servings per day[29] had an average 20% greater risk of developing metabolic syndrome than did those in the lowest quantile of less than 1 serving per day, showing "a clear link between SSB consumption and risk of metabolic syndrome . . . ."[30]

52.    Researchers who studied the incidence of metabolic syndrome and its components in relation to soft drink consumption in more than 6,000 participants in the

[28] Fried, S.K., "Sugars, hypertriglyceridemia, and cardiovascular disease," *American Journal of Clinical Nutrition*, Vol. 78 (suppl.), 873S-80S, at 873S (2003) [hereinafter, "Fried, Hypertriglyceridemia"].

[29] Because 1 sugar-sweetened beverage typically has 140-150 calories and 35-37.5 grams of sugar per 12-ounce serving, this is equivalent to between 140 and 300 calories per day, and 35 to 75 grams of sugar per day.

[30] Malik, Vasanti S., et al., "Sugar-Sweetened Beverages and Risk of Metabolic Syndrome and Type 2 Diabetes," *Diabetes Care*, Vol. 33, No. 11, 2477-83, at 2477, 2480-81 (November 2010) [hereinafter "Malik, 2010 Meta-Analysis"].

Framingham Heart Study found that individuals who consumed 1 or more soft drinks per day (*i.e.*, 140-150 calories and 35-37.5 grams of sugar or more) had a 48% higher prevalence of metabolic syndrome than infrequent consumers, those who drank less than 1 soft drink per day. In addition, the frequent-consumer group had a 44% higher risk of developing metabolic syndrome.[31]

53.    Recently, researchers concluded a study to determine whether the detrimental effects of dietary sugar were due to extremely high dosing, excess calories, or because of its effects on weight gain, rather than caused by sugar consumption directly.[32] In other words, the researchers dissociated the metabolic effects of dietary sugar from its calories and effects on weight gain.

54.    Because the researchers did not want to *give* subjects sugar to see if they got sick, they instead took sugar away from people who were already sick to see if they got well. But if subjects lost weight, critics would argue that the drop in calories or weight loss was the reason for the clinical improvement. Therefore, the researchers designed the study to by isocaloric, by giving back to subjects the same number of calories in starch that were taken away in sugar. The study involved 43 children, ages 8 to 19, each obese with at least one other co-morbidity demonstrating metabolic problems. All were high consumers of added sugar in their diets.[33]

55.    To perform the study, researchers assessed subjects' home diets by two questionnaires to determine how many calories, and how much fat, protein, and carbohydrate they were eating. Subjects were then tested at a hospital based on their home diets. Then, for

---

[31] Dhingra, R., et al., "Soft Drink Consumption and Risk of Developing Cardiometabolic Risk Factors and the Metabolic Syndrome in Middle-Aged Adults in the Community," *Circulation*, Vol. 116, 480-88 (2007) [hereinafter "Dhingra, Cardiometabolic Risk"].

[32] Robert H. Lustig, et al., "Isocaloric Fructose Restriction and Metabolic Improvement in Children with Obesity and Metabolic Syndrome," *Pediatric Obesity*, Vol. 24, No. 2, 453-60 (Feb. 2016).

[33] *See id.* at 453-54.

*Hadley et al. v. Kellogg Sales Company*, Case No.: 5:16-cv-04955-LHK (HRL)
THIRD AMENDED CLASS ACTION COMPLAINT

the next 9 days, researchers catered the subjects' meals. The macronutrient percentages of fat, protein, and carbohydrate were not changed. Subjects were fed them the same calories and percent of each macronutrient as their home diet; but within the carbohydrate fraction, researchers took the added sugar out, and substituted starch. For example, researchers took pastries out, and put bagels in; took yogurt out, and put baked potato chips in; took chicken teriyaki out, and put turkey hot dogs in (although subjects were still given whole fruit). Researchers reduced subjects' dietary sugar consumption from 28% to 10% of calories. Researchers also gave subjects a scale to take home, and each day they would weigh themselves. If they were losing weight, they were instructed to eat more. The goal was for subjects to remain weight-stable over the 10 days of study. On the final day, subjects came back to the hospital for testing on their experimental low-added sugar diet. The study team analyzed the pre- and post-data in a blinded fashion so as not to introduce bias.[34]

56.    Researchers analyzed three types of data. First, diastolic blood pressure decreased by 5 points. Second, baseline blood levels of analytes associated with metabolic disease, such as lipids, liver function tests, and lactate (a measure of metabolic performance) all improved significantly. Third, fasting glucose decreased by 5 points. Glucose tolerance improved markedly, and fasting insulin levels fell by 50%. Each of these results was highly-statistically-significant.[35]

57.    In sum, the study indicated that subjects improved their metabolic status in just 10 days, even while eating processed food, by just removing added sugar and substituting starch. The metabolic improvement, moreover, was unrelated to changes in weight or body fat.

**2.    Excess Sugar Consumption Causes Type 2 Diabetes**

58.    Diabetes affects 25.8 million Americans, and can cause kidney failure, lower-limb amputation, and blindness. In addition, diabetes doubles the risk of colon and pancreatic

---

[34] *See id.* at 454-55.

[35] *See id.* at 455-56.

1  cancers and is strongly associated with coronary artery disease and Alzheimer's disease.[36]

2  59.    In 2010, Harvard researchers also performed a meta-analysis of 8 studies

3  concerning sugar-sweetened beverage consumption and risk of type 2 diabetes, involving a

4  total of 310,819 participants. They concluded that individuals in the highest quantile of SSB

5  intake had an average 26% greater risk of developing type 2 diabetes than those in the lowest

6  quantile.[37] Moreover, "larger studies with longer durations of follow-up tended to show

7  stronger associations."[38] Thus, the meta-analysis showed "a clear link between SSB

8  consumption and risk of . . . type 2 diabetes."[39]

9  60.    An analysis of data for more than 50,000 women from the Nurses' Health

10  Study,[40] during two 4-year periods (1991-1995, and 1995-1999), showed, after adjusting for

11  confounding factors, that women who consumed 1 or more sugar-sweetened soft drink per

12  day (*i.e.*, 140-150 calories and 35-37.5 grams of sugar), had an 83% greater relative risk of

13  type 2 diabetes compared with those who consumed less than 1 such beverage per month, and

14  women who consumed 1 or more fruit punch drinks per day had a 100% greater relative risk

[36] Aranceta Bartrina, J. et al., "Association between sucrose intake and cancer: a review of the evidence," *Nutrición Hospitalaria*, Vol. 28 (Suppl. 4), 95-105 (2013); Garcia-Jimenez, C., "A new link between diabetes and cancer: enhanced WNT/beta-catenin signaling by high glucose," *Journal of Molecular Endocrinology*, Vol. 52, No. 1 (2014); Linden, G.J., "All-cause mortality and periodontitis in 60-70-year-old men: a prospective cohort study," *Journal of Clinical Periodontal*, Vol. 39, No. 1, 940-46 (October 2012).

[37] Malik, 2010 Meta-Analysis, *supra* n.30 at 2477, 2480.

[38] *Id.* at 2481.

[39] *Id.*

[40] The Nurses' Health Study was established at Harvard in 1976, and the Nurses' Health Study II, in 1989. Both are long-term epidemiological studies conducted on women's health. The study followed 121,700 women registered nurses since 1976, and 116,000 female nurses since 1989, to assess risk factors for cancer, diabetes, and cardiovascular disease. The Nurses' Health Studies are among the largest investigations into risk factors for major chronic disease in women ever conducted. *See generally* "The Nurses' Health Study," *at* http://www.channing.harvard.edu/nhs.

of type 2 diabetes.[41]

61.   The result of this analysis shows a statistically significant linear trend with increasing sugar consumption.[42]



**Fig. 4.** Multivariate relative risks (RRs) of type 2 diabetes according to sugar-sweetened soft drink consumption in the Nurses' Health Study II 1991–1999 (Multivariate RRs were adjusted for age, alcohol (0, 0.1–4.9, 5.0–9.9, 10+ g/d), physical activity (quintiles), family history of diabetes, smoking (never, past, current), postmenopausal hormone use (never, ever), oral contraceptive use (never, past, current), intake (quintiles) of cereal fiber, magnesium, trans fat, polyunsaturated:saturated fat, and consumption of sugar-sweetened soft drinks, diet soft drinks, fruit juice, and fruit punch (other than the main exposure, depending on model). The data were based on Ref. [50]).

62.   A prospective cohort study of more than 43,000 African American women between 1995 and 2001 showed that the incidence of type 2 diabetes was higher with higher intake of both sugar-sweetened soft drinks and fruit drinks. After adjusting for confounding variables, those who drank 2 or more soft drinks per day (*i.e.*, 140-300 calories and 35-75 grams of sugar) showed a 24% greater risk of type 2 diabetes, and those who drank 2 or more fruit drinks per day showed a 31% greater risk of type 2 diabetes, than those who drank 1 or

---

[41] Schulze, M.B., et al., "Sugar-Sweetened Beverages, Weight Gain, and Incidence of Type 2 Diabetes in Young and Middle-Aged Women," *Journal of the American Medical Association*, Vol. 292, No. 8, 927-34 (Aug. 25, 2004) [hereinafter "Schulze, Diabetes in Young & Middle-Aged Women"].

[42] Hu, F.B., et al., "Sugar-sweetened beverages and risk of obesity and type 2 diabetes: Epidemiologic evidence," *Physiology & Behavior*, Vol. 100, 47-54 (2010).

less such drinks per month.[43]

63.   A large cohort study of more than 70,000 women from the Nurses' Health Study followed for 18 years showed that those who consumed 2 to 3 apple, grapefruit, and orange juices per day (280-450 calories and 75-112.5 grams of sugar) had an 18% greater risk of type 2 diabetes than women who consumed less than 1 sugar-sweetened beverage per month. The data also showed a linear trend with increased consumption, as demonstrated below.[44]



**Fruit Juice Intake,** *No. of 1 cup (8 oz) servings/time*

**Figure 1**—*Multivariate-adjusted relative hazard of diabetes by category of cumulatively updated fruit juice intake. Values were adjusted for cumulatively updated BMI, physical activity, family history of diabetes, postmenopausal hormone use, alcohol use, smoking, and total energy intake. For an increase of 1 serving/day of fruit juice, the multivariate-adjusted relative risk was 1.18 (95% CI 1.10–1.26; P < 0.0001).*

64.   An analysis of more than 40,000 men from the Health Professionals Follow-Up

[43] Palmer, J.R., et al., "Sugar-Sweetened Beverages and Incidence of Type 2 Diabetes Mellitus in African American Women," *Archive of internal Medicine*, Vol. 168, No. 14, 1487-82 (July 28, 2008) [hereinafter "Palmer, Diabetes in African American Women"].

[44] Bazzano, L.A., et al., "Intake of fruit, vegetables, and fruit juices and risk of diabetes in women," *Diabetes Care*, Vol. 31, 1311-17 (2008).

19

Study, a prospective cohort study conducted over a 20-year period, found that, after adjusting for age and a wide variety of other confounders, those in the top quartile of sugar-sweetened beverage intake had a 24% greater risk of type 2 diabetes than those in the bottom quartile, while consumption of artificially-sweetened beverages, after adjustment, showed no association.[45]

65.    Most convincingly, an econometric analysis of repeated cross-sectional data published in 2013 established a causal relationship between sugar availability and type 2 diabetes. After adjusting for a wide range of confounding factors, researchers found that an increase of 150 calories per day related to an insignificant 0.1% rise in diabetes prevalence by country, while an increase of 150 calories per day in sugar related to a 1.1% rise in diabetes prevalence by country, a statically-significant 11-fold difference.[46]

### 3.    Excess Sugar Consumption Causes Cardiovascular Disease

66.    Sixteen million Americans have heart disease, which is the number one killer in the United States.[47]

67.    Data obtained from NHANES surveys during the periods of 1988-1994, 1999-2004, and 2005-2010, after adjusting for a wide variety of other factors, demonstrate that those who consumed between 10% - 24.9% of their calories from added sugars had a 30% greater risk of cardiovascular disease (CVD) mortality than those who consumed 5% or less of their calories from added sugar. In addition, those who consumed 25% or more of their calories from added sugars had an average 275% greater risk of CVD mortality than those

---

[45] de Konig, L., et al., "Sugar-sweetened and artificially sweetened beverage consumption and risk of type 2 diabetes in men," *American Journal of Clinical Nutrition*, Vol. 93, 1321-27 (2011).

[46] Basu, S., et al., "The Relationship of Sugar to Population-Level Diabetes Prevelance: An Econometric Analysis of Repeated Cross-Sectional Data," *PLOS Online*, Vol. 8, Issue 2 (February 27, 2013).

[47] Gaddam, K.K., et al., "Metabolic syndrome and heart failure—the risk, paradox, and treatment," *Current Hypertension Reports*, Vol. 13, No. 2, 142-48 (2011).

who consumed less than 5% of calories from added sugar.[48]

68.     Similarly, when compared to those who consumed approximately 8% of calories from added sugar, participants who consumed approximately 17% - 21% (the 4th quintile) of calories from added sugar had a 38% higher risk of CVD mortality, while the relative risk was more than double for those who consumed 21% or more of calories from added sugar (the 5th quintile). Thus, "[t]he risk of CVD mortality increased exponentially with increasing usual percentage of calories from added sugar,"[49] as demonstrated in the chart below.



Figure 1. Adjusted Hazard Ratio (HR) of the Usual Percentage of Calories From Added Sugar for Cardiovascular Disease Mortality Among US Adults 20 Years or Older: National Health and Nutrition Examination Survey Linked Mortality Files, 1988-2006

Histogram of the distribution of usual percentage of calories from added sugar in the population. Lines show the adjusted HRs from Cox models. Midvalue of quintile 1 (7.4%) was the reference standard. The model was adjusted for age, sex, race/ethnicity, educational attainment, smoking status, alcohol consumption, physical activity level, family history of cardiovascular disease, antihypertensive medication use, Healthy Eating Index score, body mass index, systolic blood pressure, total serum cholesterol, and total calories. Solid line indicates point estimates; dashed lines indicate 95% CIs.

69.     The NHANES analysis also found "a significant association between sugar-sweetened beverage consumption and risk of CVD mortality," with an average 29% greater risk of CVD mortality "when comparing participants who consumed 7 or more servings/wk (360 mL per serving) with those who consumed 1 serving/wk or less . . . ."[50] The study concluded that "most US adults consume more added sugar than is recommended for a

---

[48] <u>Yang, NHANES Analysis</u>, *supra* n.12 at E4-5.

[49] *Id.*

[50] *Id.* at E6.

healthy diet. A higher percentage of calories from added sugar is associated with significantly increased risk of CVD mortality. In addition, regular consumption of sugar-sweetened beverages is associated with elevated CVD mortality."[51]

70.     The Nurses' Health Study found that, after adjusting for other unhealthy lifestyle factors, those who consumed two or more sugar-sweetened beverages per day (280 calories and 70 grams of sugar or more) had a 35% greater risk of coronary heart disease compared with infrequent consumers.[52]

### 4.     Excess Sugar Consumption Causes Liver Disease

71.     Fructose consumption causes serious liver disease, including non-alcoholic fatty liver disease (NAFLD), characterized by excess fat build-up in the liver. Five percent of these cases develop into non-alcoholic steatohepatitis (NASH), scarring as the liver tries to heal its injuries, which gradually cuts off vital blood flow to the liver. About 25% of NASH patients progress to non-alcoholic liver cirrhosis, which requires a liver transplant or can lead to death.[53]

72.     Since 1980, the incidence of NAFLD and NASH has doubled, along with the rise of fructose consumption, with approximately 6 million Americans estimated to have progressed to NASH and 600,000 to Nash-related cirrhosis. Most people with NASH also have type 2 diabetes. NASH is now the third-leading reason for liver transplant in America.[54]

---

[51] *Id.* at E8.

[52] Fung T.T., et al., "Sweetened beverage consumption and risk of coronary heart disease in women," *American Journal of Clinical Nutrition*, Vol. 89 at 1037-42 (February 2009).

[53] Farrell, G.C., et al., "Nonalcoholic fatty liver disease: from steatosis to cirrhosis," *Hepatology*, Vol. 433, No. 2 (Suppl. 1), S99-S112 (February 2006); Powell, E.E., et al., "The Natural History of Nonalcoholic Steatohepatitis: A Follow-up Study of Forty-two Patients for Up to 21 Years," *Hepatology*, Vol. 11, No. 1 (1990).

[54] Charlton, M.R., et al., "Frequency and outcomes of liver transplantation for nonalcoholic steatohepatitis in the United States," *Gastroenterology*, Vol. 141, No. 4, 1249-53 (October 2011).

73.     Moreover, because the liver metabolizes sugar virtually identically to alcohol, the U.S. is now seeing for the first time alcohol-related diseases in children. Conservative estimates are that 31% of American adults, and 13% of American children suffer from NAFLD.[55]

### 5.     Excess Sugar Consumption Causes Obesity

74.     Excess sugar consumption also leads to weight gain and obesity because insulin secreted in response to sugar intake instructs the cells to store excess energy as fat. This excess weight can then exacerbate the problems of excess sugar consumption, because excess fat, particularly around the waist, is in itself a primary cause of insulin resistance, another vicious cycle. Studies have shown that belly fat produces hormones and other substances that can cause insulin resistance, high blood pressure, abnormal cholesterol levels, and cardiovascular disease. And belly fat plays a part in the development of chronic inflammation in the body, which can cause damage over time without any signs or symptoms. Complex interactions in fat tissue draw immune cells to the area, which triggers low-level chronic inflammation. This in turn contributes even more to insulin resistance, type 2 diabetes, and cardiovascular disease.

75.     Based on a meta-analysis of 30 studies between 1966 and 2005, Harvard researchers found "strong evidence for the independent role of the intake of sugar-sweetened beverages, particularly soda, in the promotion of weight gain and obesity in children and adolescents. Findings from prospective cohort studies conducted in adults, taken in conjunction with results from short-term feeding trials, also support a positive association

---

[55] Lindback, S.M., et al., "Pediatric Nonalcoholic Fatty Liver Disease: A Comprehensive Review," *Advances in Pediatrics*, Vol. 57, No. 1, 85-140 (2010); Lazo, M. et al., "The Epidemiology of Nonalcoholic Fatty Liver Disease: A Global Perspective," *Seminars in Liver Disease*, Vol. 28, No. 4, 339-50 (2008); Schwimmer, J.B., et al., "Prevalence of Fatty Liver in Children and Adolescents," *Pediatrics*, Vol. 118, No. 4, 1388-93 (2006); Browning, J.D., et al., "Prevalence of hepatic steatosis in an urban population in the United States: Impact of ethnicity," *Hepatology*, Vol. 40, No. 6, 1387-95 (2004).

between soda consumption and weight gain, obesity, or both."[56]

76.   A recent meta-analysis by Harvard researchers evaluating change in Body Mass Index per increase in 1 serving of sugar-sweetened beverages per day found a significant positive association between beverage intake and weight gain.[57]

77.   One study of more than 2,000 2.5-year-old children followed for 3 years found that those who regularly consumed sugar-sweetened beverages between meals had a 240% better chance of being overweight than non-consumers.[58]

78.   An analysis of data for more than 50,000 women from the Nurses' Health Study during two 4-year periods showed that weight gain over a 4-year period was highest among women who increased their sugar-sweetened beverage consumption from 1 or fewer drinks per week, to 1 or more drinks per day (8.0 kg gain during the 2 periods), and smallest among women who decreased their consumption or maintained a low intake level (2.8 kg gain).[59]

79.   A study of more than 40,000 African American women over 10 years had similar results. After adjusting for confounding factors, those who increased sugar-sweetened beverage intake from less than 1 serving per week, to more than 1 serving per day, gained the most weight (6.8 kg), while women who decreased their intake gained the least (4.1 kg).[60]

80.   A study of more than 6,000 participants in the Framingham Heart Study found those who consumed more than 1 soft drink per day had a 31% greater risk of obesity than

---

[56] Malik, V.S., et al., "Intake of sugar-sweetened beverages and weight gain: a systematic review," *American Journal of Clinical Nutrition*, Vol. 84, 274-88 (2006).

[57] Malik, V.S., et al., "Sugar-sweetened beverages and BMI in children and adolescents: reanalyses of a meta-analysis," *American Journal of Clinical Nutrition*, Vol. 29, 438-39 (2009).

[58] Dubois, L., et al., "Regular sugar-sweetened beverage consumption between meals increases risk of overweight among preschool-aged children," *Journal of the American Dietetic Association*, Vol. 107, Issue 6, 924-34 (2007).

[59] Schulze, Diabetes in Young & Middle-Aged Women, *supra* n.41.

[60] Palmer, Diabetes in African American Women, *supra* n.43.

1    those who consumed less than 1 soft drink per day.[61]

2    81.    The link between sugar intake and weight gain was also demonstrated in a

3 randomized, controlled intervention study, where "[a] simple 12 month school based

4 intervention focused on reducing consumption of carbonated drinks resulted in significant

5 differences in the proportion of overweight children in the control and intervention groups,"

6 as demonstrated in the chart below.



Fig 2 Mean change in prevalence of overweight and obese children from baseline
to follow up at 12 months according to clusters

At a three-year follow-up, however, the significant difference seen between the groups after

a year of focused education was no longer evident, with overweight more prevalent in both

groups, providing further support for the link between sugar and weight gain.[62]

82.    Similarly, experimental short-term feeding studies comparing sugar-sweetened

beverages to artificially-sweetened beverages have illustrated that consumption of the former

leads to greater weight gain. As demonstrated in the chart below, one 10-week trial involving

more than 40 men and women demonstrated that the group that consumed daily supplements

---

[61] Dhingra, Cardiometabolic Risk, *supra* n.31.

[62] James, J. et al., "Preventing childhood obesity: two year follow-up results from the Christchurch obesity prevention programme in schools (CHOPPS)," *BJM*, Vol. 335, 762 (2007) (discussing James, J., et al., "Preventing childhood obesity by reducing consumption of carbonated drinks: cluster randomized controlled trial," *BJM*, Vol. 328, 1237 (April 27, 2004)).

of sucrose (for 28% of total energy) increased body weight and fat mass, by 1.6 kg for men and 1.3 kg for women, while the group that was supplemented with artificial sweeteners lost weight—1.0 kg for men and 0.3 kg for women.[63]



**FIGURE 2.** Mean (± SEM) changes in body weight, fat mass, and fat-free mass during an intervention in which overweight subjects consumed supplements containing either sucrose (●; n = 21) or artificial sweeteners (△; n = 20) daily for 10 wk. The diet × time interactions were significant for changes in body weight (P < 0.0001) and fat mass (P < 0.05) by analysis of variance with Tukey's post hoc tests. At specific time points for changes in body weight and fat mass, there were significant differences between the sucrose and sweetener groups: *P < 0.05, **P < 0.001, and ***P < 0.0001 (general linear model with least squares means and adjustment for multiple comparisons).

83.     In another, 3-week study, researchers gave normal-weight subjects 1150 grams of soda per day, sweetened with either aspartame or HFCS. The experiment found that drinking artificially-sweetened soda reduced calorie intake and body weight of men, while drinking HFCS-sweetened soda significantly increased calorie intake and body weight of both sexes, as demonstrated in the chart below.[64]

///

///

///

///

---

[63] Raben, A., et al., "Sucrose compared with artificial sweeteners: different effects on ad libitum food intake and body weight after 10 wk of supplementation in overweight subjects," *American Journal of Clinical Nutrition*, Vol. 76, 721-29 (2002) [hereinafter, "Raben, Sucrose vs. Artificial Sweeteners"].

[64] Tordoff, M.G., et al., "Effect of drinking soda sweetened with aspartame or high-fructose corn syrup on food intake and body weight," *American Journal of Clinical Nutrition*, Vol. 51, 963-69 (1990).



FIG 1. Changes in body weight during 3-wk periods when subjects drank 1150 g/d of soda sweetened with aspartame (APM), an equal weight of soda sweetened with high-fructose corn syrup (HFCS), or had no experimental manipulation (no soda). *$p < 0.05$ relative to weight gain in no-soda period.

### 6.    Excess Sugar Consumption Causes Inflammation

84.    Inflammation has been associated with type 2 diabetes, myocardial infarction, and stroke, as well as weight gain and obesity.[65]

85.    A 10-week study comparing a group whose sucrose intake was increased by 151% to a group whose intake was decreased by 42% showed the former's blood concentration of the biological markers for inflammation, haptoglobin, transferrin, and C-reactive protein, increased by 13%, 5%, and 6%, respectively, while the later group's concentrations decreased by 16%, 2%, and 26% respectively.[66]

86.    In a prospective, randomized, controlled crossover trial, 29 subjects were studied over six 3-week interventions in which they either consumed various amounts of fructose,

---

[65] Sorensen, L.B., et al., "Effect of sucrose on inflammatory markers in overweight humans," *American Journal of Clinical Nutrition*, Vol. 82, 421-27 (2005) (citations omitted) [hereinafter, "Sorensen, Inflammatory Markers"]; *see also* Pearson, T.A., et al., "Markers of Inflammation and Cardiovascular Disease: Application to Clinical and Public Health Practice, A Statement for Healthcare Professionals From the Centers for Disease Control and Prevention and the American Heart Association," *Circulation*, Vol. 107, 499-511 (2003).

[66] Sorensen, Inflammatory Markers, *supra* n.65.

27

glucose, or sucrose, or received dietary advice to consume low amounts of fructose. The study showed LDL particle size reducing (associated with atherosclerosis) by 0.51 nm after high-fructose intake (80 grams per day), and by 0.43 nm after high-sucrose intake (also 80 grams per day). It also found significant increases in fasting glucose and C-reactive protein, leading the authors to conclude that the "data show potentially harmful effects of low to moderate consumption of SSBs on markers of cardiovascular risk such as LDL particles, fasting glucose, and [C-reactive protein] within just 3 wk in healthy young men, which is of particular significance for young consumers."[67]

87.    In a nested case-control study of 656 cases of type 2 diabetes and 694 controls from the Nurses Study, researchers identified a dietary pattern strongly related to inflammatory markers, which was high in sugar-sweetened soft drinks, showing linear trends across quintiles of dietary pattern for six inflammation markers.



FIGURE 1. Geometric mean concentrations and 95% CIs of interleukin 6 (IL-6), soluble tumor necrosis factor α receptor 2 (sTNFR2), C-reactive protein (CRP), E-selectin, soluble intracellular cell adhesion molecule 1 (sICAM-1), and soluble vascular cell adhesion molecule 1 (sVCAM-1) by quintiles of diet pattern score adjusted for age, BMI (9 categories), physical activity (quintiles), family history of diabetes, smoking (never, past, current, or missing), postmenopausal hormone use (never, ever, or missing), energy intake (quintiles), and fasting status. The comparison between quintile 5 and quintile 1 was significant for all biomarkers, $P < 0.05$. Quintile cutoffs were based on distributions in controls.

---

[67] Aeberli, I., et al., "Low to moderate sugar-sweetened beverage consumption impairs glucose and lipid metabolism and promotes inflammation in healthy young men: a randomized controlled trial," *American Journal of Clinical Nutrition*, Vol. 94, 479-85 (2011).

28

7.  **Excess Sugar Consumption Causes High Blood Triglycerides and Abnormal Cholesterol Levels**

88.  Fructose facilitates the biochemical formation of triacylglycerols more efficiently than does glucose.[68] This is because fructose metabolism in the liver converts the fructose to fructose-1-phosphate, which readily becomes a substrate for the backbone of the triglyceride molecule.[69] As compared to starches, sugars—particularly sucrose and fructose—tend to increase serum triacylglycerol concentrations by about 60%.[70]

89.  Cholesterol is a waxy, fat-like substance found in the body's cells, used to make hormones, bile acids, vitamin D, and other substances. The human body manufactures all the cholesterol it requires, which circulates in the bloodstream in packages called lipoproteins. Excess cholesterol in the bloodstream can become trapped in artery walls, building into plaque and narrowing blood vessels, making them less flexible, a condition called atherosclerosis. When this happens in the coronary arteries, it restricts oxygen and nutrients to the heart, causing chest pain or angina. When cholesterol-rich plaques in these arteries burst, a clot can form, blocking blood flow and causing a heart attack.

90.  Most blood cholesterol is low-density lipoprotein, or LDL cholesterol, which is sometimes called "bad" cholesterol because it carries cholesterol *to* the body's tissues and arteries, increasing the risk of heart disease. High-density lipoprotein, or HDL cholesterol, is sometimes called "good" cholesterol because it removes excess cholesterol from the cardiovascular system, bringing it to the liver for removal. Thus, a *low* level of HDL cholesterol increases the risk of heart disease.

91.  Diet affects blood cholesterol. For example, the body reacts to saturated fat by producing LDL cholesterol.

---

[68] Elliot, Fructose & Insulin Resistance, *supra* n.22.

[69] Bray, G.A., "Soft Drinks and Obesity: The Evidence," *CMR e-Journal*, Vol. 2, Issue, 2, 10-14, at 13 (Oct. 2009).

[70] Fried, Hypertriglyceridemia, *supra* n.28, at 873S.

29

92.     When the liver is overwhelmed by large doses of fructose, it will convert excess to fat, which is stored in the liver and then released into the bloodstream, contributing to key elements of metabolic syndrome, like high blood fat and triglycerides, high total cholesterol, and low HDL "good" cholesterol.[71]

93.     A study of more than 6,000 participants in the Framingham Heart Study found those who consumed more than 1 soft drink per day had a 25% greater risk of hypertriglyceridemia, and 32% greater risk of low HDL cholesterol than those who consumed less than 1 soft drink per day.[72]

94.     A systematic review and meta-analysis of 37 randomized controlled trials concerning the link between sugar intake and blood pressure and lipids found that higher sugar intakes, compared to lower sugar intakes, significantly raised triglyceride concentrations, total cholesterol, and low density lipoprotein cholesterol.[73]

95.     A cross-sectional study among more than 6,100 U.S. adults from the NHANES 1999-2006 data were grouped into quintiles for sugar intake as follows: (1) less than 5% of calories consumed from sugar, (2) 5% to less than 10%, (3) 10% to less than 17.5%, (4) 17.5% to less than 25%, and (5) 25% or more. These groups had the following adjusted mean HDL levels (because HDL is the "good" cholesterol, higher levels are better): 58.7 mg/dL, 57.5, 53.7, 51.0, and 47.7. Mean triglyceride levels were 105 mg/dL, 102, 111, 113, and 114. Mean LDL levels were 116 mg/dL, 115, 118, 121, and 123 among women, with no significant trend among men. Consumers whose sugar intake accounted for more than 10% of calories had a 50% - 300% higher risk of low HDL levels compared to those who consumed less than 5% of calories from sugar. Likewise, high-sugar consumers had greater risk of high triglycerides.

---

[71] Te Morenga, Dietary Sugars & Body Weight, *supra* n.27.

[72] Dhingra, Cardiometabolic Risk, *supra* n.31.

[73] Te Morenga, L., et al., "Dietary sugars and cardiometabolic risk: systematic review and meta-analyses of randomized controlled trials on the effects on blood pressure and lipids," *American Journal of Clinical Nutrition*, Vol. 100, No. 1, 65-79 (May 7, 2014).

All relationships were linear as demonstrated in the charts below.[74]



Figure 1. Multivariable-Adjusted Mean HDL-C Levels by Level of Added Sugar Intake Among US Adults, NHANES 1999-2006



Figure 2. Multivariable-Adjusted Geometric Mean Triglyceride Levels by Level of Added Sugar Intake Among US Adults, NHANES 1999-2006



Figure 3. Multivariable-Adjusted Mean LDL-C Levels by Level of Added Sugar Intake Among US Men and Women, NHANES 1999-2006

96.     One experimental study showed that, when a 17% fructose diet was provided to healthy men, they showed an increase in plasma triacylglycerol concentrations of 32%.[75]

97.     Another 10-week experimental feeding study showed that those who were fed 25% of their energy requirements as fructose experienced increases in LDL cholesterol, small dense LDL cholesterol, and oxidized LDL cholesterol, as well as increased concentrations of triglycerides and total cholesterol, while those fed a 25% diet of glucose did not experience the same adverse effects.[76]

98.     In a cross-sectional study of normal weight and overweight children aged 6-14, researchers found that "the only dietary factor that was a significant predictor of LDL particle size was total fructose intake."[77]

[74] Welsh, J.A., et al., "Caloric Sweetener Consumption and Dyslipidemia Among US Adults," *Journal of the American Medical Association*, Vol. 303, No. 15, 1490-97 (April 21, 2010).

[75] Bantle, J.P., et al., "Effects of dietary fructose on plasma lipids in healthy subjects," *American Journal of Clinical Nutrition*, Vol. 72, 1128-34 (2000).

[76] Stanhope, K.L., et al., "Consuming fructose-sweetened, not glucose-sweetened, beverages increases visceral adiposity and lipids and decreases insulin sensitivity in overweight/obese humans," *The Journal of Clinical Investigation*, Vol. 119, No. 5, 1322-34 (May 2009).

[77] Aeberli, I., et al., "Fructose intake is a predictor of LDL particle size in overweight schoolchildren," *American Journal of Clinical Nutrition*, Vol. 86, 1174-78 (2007).

8.     **Excess Sugar Consumption is Associated with Hypertension**

99.    A study of more than 6,000 participants in the Framingham Heart Study found those who consumed more than 1 soft drink per day had a 22% greater incidence, and an 18% greater risk of high blood pressure than those who consumed less than 1 soft drink per day.[78]

100.    An analysis of the NHANES data for more than 4,800 adolescents also showed a positive, linear association between sugar-sweetened beverages and higher systolic blood pressure, as well as corresponding increases in serum uric acid levels.[79]



Figure 1.
Sample mean of serum uric acid with 95% confidence intervals by categories of sugar sweetened beverage consumption adjusted for age, race/ethnicity, sex, total calories, BMI z-score, alcohol, smoking, dietary fiber intake, diet beverage consumption, and milk consumption. *P* for trend = 0.01

101.    In one study, 15 healthy men drank 500 ml water containing either no sugar, 60 grams of fructose, or 60 grams of glucose. Blood pressure, metabolic rate, and autonomic nervous system activity were measured for 2 hours. While the administration of fructose was associated with an increase in both systolic and diastolic blood pressure, blood pressure did not rise in response to either water or glucose ingestion, as demonstrated in the chart below.[80]

---

[78] Dhingra, Cardiometabolic Risk, *supra* n.31.

[79] Nguyen, Serum Uric Acid, *supra* n.23.

[80] Brown, C.M., et al., "Fructose ingestion acutely elevates blood pressure in healthy young humans," *Am. J. Physiol. Regul. Integr. Compl. Physiol.*, Vol. 294, R730-37 (2008).

*Hadley et al. v. Kellogg Sales Company*, Case No.: 5:16-cv-04955-LHK (HRL)
THIRD AMENDED CLASS ACTION COMPLAINT



Fig. 1. Time course of the systolic blood pressure (SBP; *A*), diastolic blood pressure (DBP; *B*), and heart rate (HR; *C*) changes (*left*) and mean responses (*right*) to drinking water (○), glucose (▲), and fructose (■). *$P < 0.05$ and **$P < 0.01$, statistically significant differences over time from baseline values (*left*) and differences between responses to the drinks (*right*).

102.   In another study, more than 40 overweight men and women were supplemented for 10 weeks with either sucrose or artificial sweeteners. The sucrose group saw an increase in systolic and diastolic blood pressure, of 3.8 and 4.1 mm Hg, respectively, while the artificial sweetener group saw a decrease in systolic and diastolic blood pressure, of 3.1 and 1.2 mm Hg, respectively.[81]

103.   Another study took a variety of approaches to measuring the association between

---

[81] Raben, Sucrose vs. Artificial Sweeteners, *supra* n.63.

33

sugar intake and blood pressure, concluding that an increase of 1 serving of sugar-sweetened beverages per day (*i.e.*, 140-150 calories, and 35-37.5 grams of sugar) was associated with systolic/diastolic blood pressure differences of +1.6 and +0.8 mm Hg (and +1.1/+0.4 mm Hg with adjustment for height and weight), while an increase of 2 servings results in systolic/diastolic blood pressure differences of +3.4/+2.2, demonstrating that the relationship is direct and linear.[82]

### 9. Excess Sugar Consumption is Associated with Alzheimer's Disease, Dementia, and Cognitive Decline

104. In a study of over 2,000 participants over 6.8 years, researchers found that higher average glucose levels within the preceding 5 years (115 mg/dL compared to 100 mg/dL) were related to an 18% increased risk of dementia among those without diabetes. For those with diabetes, higher average glucose levels (190 mg/dL compared to 160 mg/dL) were related to a 40% increased risk of dementia.[83]

105. "To evaluate a possible association between fructose mediated metabolic changes and cognitive behaviour," researchers "assessed the correlation of serum triglyceride and insulin resistance levels with memory," and "found a positive correlation between serum triglyceride levels and insulin resistance index . . . , which indicates that increased serum triglyceride levels may contribute to increase[d] insulin resistance . . . ." And researchers "found that the latency time varied in proportion to the insulin resistance . . . , which suggests that memory performance may rely on levels of insulin resistance . . . ."[84]

---

[82] Brown, I.J., et al., "Sugar-Sweetened Beverage, Sugar Intake of Individuals, and Their Blood Pressure: International Study of Macro/Micronutrients and Blood Pressure," *Hypertension*, Vol. 57, 695-701 (2011).

[83] Crane, P.K., et al., "Glucose Levels and Risk of Dementia," *New England Journal of Medicine*, Vol. 369, No. 6, 540-48 (2013).

[84] Agrawal, R., et al., "'Metabolic syndrome' in the brain: deficiency in omega-3 fatty acid exacerbates dysfunctions in insulin receptor signaling and cognition," *Journal of Physiology*, Vol. 590, No. 10, 2485-99, at 2489 (2012).

34

### 10.    Excess Sugar Consumption is Linked to Some Cancers

106.    In a population-based case-control study involving 424 cases and 398 controls, women in the highest quartile of added sugar intake had an 84% greater risk of endometrial cancer.[85] Similarly, in a study of patients with stage 3 colon cancer, those in the highest quintile of glycemic load experienced worsening in disease-free survival of approximately 80% compared to those in the lowest quintile.[86]

107.    A population based case-control study on Malaysian women found a significant, two-fold increased risk of breast cancer among premenopausal and postmenopausal women in the highest quartile of sugar intake.[87]

108.    A prospective epidemiological study of nearly 45,000 cancer cases among 436,000 participants aged 50-71, found added sugars were positively associated with risk of esophageal adenocarcinoma; added fructose was associated with risk of small intestine cancer; and all investigated sugars were associated with increased risk of pleural cancer.[88]

### E.    Based on the Scientific Evidence, Authoritative Scientific and Health Organizations Recommend Restricting Added Sugar Consumption to Below 5% or 10% of Daily Calories

109.    Based on the scientific research, the AHA recommends restricting added sugar to 5% of calories, or about 38 grams (9 teaspoons, 150 calories) per day for men, 25 grams

---

[85] King, M.G., et al., "Consumption of Sugary Foods and Drinks and Risk of Endometrial Cancer," *Cancer Causes Control*, Vol. 24, No. 7, 1427-36 (July 2013).

[86] Meyerhardt, J.A., et al. "Association of dietary patterns with cancer recurrence and survival in patients with stage III colon cancer," *Journal of the American Medical Association*, Vol. 298, 754-64 (2007).

[87] Sulaiman, S., et al., "Dietary carbohydrate, fiber and sugar and risk of breast cancer according to menopausal status in Malaysia," *Asian Pacific Journal of Cancer Prevention*, Vol. 15, 5959 (2014)

[88] Tasevska, N., et al., "Sugars in diet and risk of cancer in the NIH-AARP Diet and Health Study," *International Journal of Cancer*, Vol. 130, No. 1, 159-69 (Jan. 1, 2012)

(6 teaspoons, 100 calories) per day for women, and 12-15 grams (3-6 teaspoons, 50-60 calories) for children.[89]

110.    Similarly, the World Health Organization recommends that no more than 10% of an adult's calories—and ideally less than 5%—should come from added sugar or from natural sugars in honey, syrups, and fruit juice.[90]

111.    In addition, the Food and Drug Administration recently set a daily reference value of 50 grams of added sugar, or 10% of calories based on a 2,000-calorie diet. 81 Fed. Reg. 33742, 33820 (May 27, 2016). While the FDA acknowledged the AHA and WHO recommendations to keep added sugars below 5% of calories, it set the DRV at 50 grams because this was "more realistic considering current consumption of added sugars in the United States as well as added sugars in the food supply." *Id.* at 33,849. Nevertheless, the FDA's rulemaking was based, in part, on the 2015 Dietary Guidelines Advisory Committee's "food pattern analysis," which—consistent with the AHA and WHO recommendations— "demonstrate[d] that when added sugars in foods and beverages exceeds 3% to 9% of total calories . . . a healthful food pattern may be difficult to achieve . . . ."[91]

## <u>KELLOGG'S MARKETING & SALE OF HIGH-SUGAR CEREALS & BARS</u>

112.    Kellogg was founded in 1906 and is headquartered in Battle Creek, Michigan. Kellogg is a multi-billion dollar food company that manufactures, markets, and sells a wide variety of cereals and bars, among other foods. Kellogg is the world's leading producer of cereal.

---

[89] *See* <u>AHA Scientific Statement</u>, *supra* n.10.

[90] *See* World Health Organization, Sugars intake for adult and children: Guideline" (March 4, 2014), *available at* http://www.who.int/nutrition/publications/guidelines/sugars_intake/en (Based on scientific evidence, recommending adults and children reduce daily intake of free sugars to less than 10% of total energy intake and noting that "[a] further reduction to below 5% or roughly 25 grams (6 teaspoons) per say would provide additional health benefits.").

[91] U.S. Department of Agriculture, "Scientific Report of the 2015 Dietary Guidelines Advisory Committee" (February 2015), Ch. 6 p.26.

113.   Among Kellogg's largest brands are its cereals. In fact, five of the top-10 U.S. cereal brands in 2015 belonged to Kellogg. That includes *Frosted Mini-Wheats*, which had sales of $266.4 million in 2015, representing a 3% share of the $8.9 billion market. And with $190.4 million in sales, *Kellogg's Raisin Bran* has a 2.1% share of the U.S. cereal market.

114.   In 2014, the cereal industry used 816 million pounds of sugar, or about 2.5 lbs. for each of the 318.9 million people in the U.S. in 2014. That is 1,134 grams per person, or 3 grams per person, per day, for every man, woman, and child in the U.S. That totals more than ***361 billion*** grams of sugar in one year.

115.   In addition to cereals, Kellogg manufactures, markets, and sells other foods including, relevant here, bars under its popular brand, Nutri-Grain.

116.   During the last decade, as consumer interest in healthy eating has grown, and based on sophisticated consumer research, Kellogg has intentionally positioned itself in the market as a purportedly "healthy" brand of processed food, by using various labeling statements to suggest its foods, especially its cereals and bars, are healthy choices.

117.   Many of Kellogg's cereals and bars, however, contain high amounts of added sugar, such that their regular consumption is likely to contribute to excess added sugar consumption and, thereby, increased risk for and contraction of chronic disease.

118.   As with any company the size of Kellogg, and with as many products, Kellogg makes occasional changes in product offerings (for example, discontinuing or introducing new products or varieties), product formulations, and product labeling and packaging.

119.   Regardless of such changes, however, during the previous four years and dating back even further into at least the mid-2000s, Kellogg has maintained, and to this day actively maintains a policy and practice of labeling high-sugar cereals and bars—those that contribute significantly more than 5% of calories from added sugar, and thus whose regular consumption is likely to contribute to increased risk for and contraction of illness—with various health and wellness claims that suggest the cereals and bars are healthy, when they are not.

120.   Kellogg bolsters this practice with websites dedicated to the products that repeat and in some instances state even more aggressive health and wellness claims.

*Hadley et al. v. Kellogg Sales Company*, Case No.: 5:16-cv-04955-LHK (HRL)
THIRD AMENDED CLASS ACTION COMPLAINT

121.    This policy and practice is apparent in Kellogg's consistent use of certain words and phrases across many cereals and bars, including different flavors, varieties, and packaging. For example, this Complaint details a *non-exclusive* set of misleading statements made in the labeling of 29 different Kellogg cereals and bars. Among those statements:

        a.    The word "health" or "healthy" appears more than 15 times.

        b.    The word "wholesome" appears more than 15 times.

        c.    The phrases "lightly sweetened," "lightly frosted," or "touch of sweetness" appear more than 15 times.

        d.    The words "nutrition," "nutritious," and "nutrient" appear more than 10 times.

        e.    The phrase "no high fructose corn syrup" appears more than 10 times.

122.    Although plaintiffs were the victim of Kellogg's longtime and general policy and practice with respect to the cereals and bars they purchased and labels they saw, this Complaint and his claims are not so limited; rather, plaintiffs seek through this lawsuit to enjoin Kellogg's *policy and practice generally*, including but not necessarily limited to the products, labels, and label claims challenged herein.

123.    In fact, plaintiffs have enjoyed Kellogg products in the past. If they could be assured through prospective injunctive relief that Kellogg's cereals and bars are properly labeled (i.e., that they do not contain excess added sugar if they bear health and wellness labeling), they would consider purchasing Kellogg products in the future.

124.    The cereals and bars that are the subject of this Complaint and examples of Kellogg's policy and practice of marketing high-sugar foods with misleading health and wellness claims, are the following:

        a.    <u>Kellogg's Raisin Bran</u>
              (i.)    *Original*
              (ii.)    *Crunch*

        b.    <u>Kellogg's Frosted Mini-Wheats</u>
               (i.)    *Original*
              (ii.)    *Maple Brown Sugar*

<div style="margin-left:2em">

  (iii.) *Strawberry*

  (iv.) *Blueberry*

  (v.) *Big Bite – Original*

  (vi.) *Little Bites – Chocolate*

  (vii.) *Little Bites – Cinnamon Roll*

  (viii.) *Touch of Fruit in the Middle – Mixed Berry*

  (ix.) *Touch of Fruit in the Middle – Raspberry*

  (x.) *Harvest Delights – Blueberry with Vanilla Drizzle* and *Cranberry with Yogurt Drizzle*

</div>

 c. <u>Kellogg's Smart Start – Original Antioxidants</u>

 d. <u>Kellogg's Crunchy Nut</u>

125. Other products that are the subject of this Complaint and examples of Kellogg's policy and practice of marketing high-sugar foods with misleading health and wellness claims as detailed below, are the following bars:

 a. <u>Nutri-Grain Cereal Bars</u>

<div style="margin-left:2em">

  (i.) *Apple Cinnamon*

  (ii.) *Blueberry*

  (iii.) *Strawberry*

  (iv.) *Cherry*

  (v.) *Mixed Berry*

  (vi.) *Strawberry Greek Yogurt*

</div>

 b. <u>Nutri-Grain Soft-Baked Breakfast Bars</u>

<div style="margin-left:2em">

  (i.) *Blueberry*

  (ii.) *Strawberry*

  (iii.) *Cherry*

  (iv.) *Raspberry*

  (v.) *Variety Pack*

</div>

 c. <u>Nutri-Grain Oat & Harvest Bars</u>

<div style="margin-left:2em">

  (i.) *Blueberry Bliss*

  (ii.) *Country Strawberry*

</div>

 d. <u>Nutri-Grain Harvest Hearty Breakfast Bars – Blueberry Bliss</u>

126. The amount of total sugar and added sugar in each challenged product is set forth in the table below. Of the 29 cereal and bar varieties challenged in this Second Amended Complaint, the total sugar differs from the added sugar for only two products: *Raisin Bran*

<div align="center">39</div>

and *Raisin Bran Crunch*. Although these products' formulations, and thus the precise amount of their added sugar is in Kellogg's exclusive possession, custody, and control, plaintiffs identify the approximate amount of added sugar upon information and belief.

| Product | Total Sugar | Added Sugar |
|---|---|---|
| Raisin Bran | *18g* | *9g* |
| Raisin Bran Crunch | *19g* | *9g* |
| Frosted Mini Wheats – Original | 11g | 11g |
| Frosted Mini Wheats – Maple Brown Sugar | 12g | 12g |
| Frosted Mini Wheats – Strawberry | 12g | 12g |
| Frosted Mini Wheats – Blueberry | 12g | 12g |
| Frosted Mini Wheats Big Bite – Original | 12g | 12g |
| Frosted Mini Wheats Little Bites – Chocolate | 12g | 12g |
| Frosted Mini Wheats Little Bites – Cinnamon Roll | 12g | 12g |
| Frosted Mini Wheats Touch of Fruit in the Middle – Mixed Berry | 10g | 10g |
| Frosted Mini Wheats Touch of Fruit in the Middle – Raspberry | 10g | 10g |
| Frosted Mini Wheats Harvest Delights – Blueberry with Vanilla Drizzle | 10g | 10g |
| Frosted Mini Wheats Harvest Delights – Cranberry with Yogurt Drizzle | 10g | 10g |
| Smart Start – Original Antioxidants | 14g | 14g |
| Crunchy Nut | 10g | 10g |
| Nutri-Grain Cereal Bars – Apple Cinnamon | 12g | 12g |
| Nutri-Grain Cereal Bars – Blueberry | 12g | 12g |
| Nutri-Grain Cereal Bars – Strawberry | 11g | 11g |
| Nutri-Grain Cereal Bars – Cherry | 12g | 12g |
| Nutri-Grain Cereal Bars – Mixed Berry | 11g | 11g |
| Nutri-Grain Cereal Bars – Strawberry Greek Yogurt | 12g | 12g |
| Nutri-Grain Soft-Baked Breakfast Bars – Blueberry | 12g | 12g |
| Nutri-Grain Soft-Baked Breakfast Bars – Strawberry | 11g | 11g |

*Hadley et al. v. Kellogg Sales Company*, Case No.: 5:16-cv-04955-LHK (HRL)
THIRD AMENDED CLASS ACTION COMPLAINT

| Product | Total Sugar | Added Sugar |
|---|---|---|
| Nutri-Grain Soft-Baked Breakfast Bars – Cherry | 12g | 12g |
| Nutri-Grain Soft-Baked Breakfast Bars – Raspberry | 12g | 12g |
| Nutri-Grain Soft-Baked Breakfast Bars – Variety Pack | 11g | 11g |
| Nutri-Grain Fruit & Oat Harvest Bars – Blueberry Bliss | 15g | 15g |
| Nutri-Grain Fruit & Oat Harvest Bars – Country Strawberry | 15g | 15g |
| Nutri-Grain Harvest Hearty Breakfast Bars – Blueberry Bliss | 15g | 15g |
| Nutri-Grain Harvest Hearty Breakfast Bars – Apple Cinnamon | 16g | 16g |
| *Average* = | | 12.2g |

127.     Although discussed more specifically below, annexed to the Second Amended Complaint ("SAC," Dkt. No. 62) as **Appendix 1** is a table setting forth, for each challenged cereal or bar:

a.     the health and wellness labeling claims plaintiffs challenge as misleading;

b.     the forms of added sugars used, in order of amount;

c.     the amount of added sugar in each serving;

d.     the proportion of added sugar by weight in each serving;

e.     the proportion of the product's calories from added sugar; and

f.     the contribution of the product's added sugar to the AHA's maximum recommended daily added sugar intake of 38 grams for men (M), 25 grams for women (W), and 12-15 grams for children (C).

128.     The information set forth in SAC Appendix 1 was made on the best information available at the time of filing, and is integrated into this Third Amended Complaint.

**A.     Kellogg's Raisin Bran Cereals**

129.     Kellogg first introduced *Raisin Bran* in 1942 and has sold the cereal continually ever since, at times expanding the line by adding new varieties. Regardless of the variety, during at least the past four years and continuing today, Kellogg maintained and maintains a policy and practice of labeling *Raisin Bran* cereals with health and wellness claims.

1

### 1. *Raisin Bran*

2

130. Several recent versions of the packaging of the original *Kellogg's Raisin Bran*

3

cereal are pictured below.







*Hadley et al. v. Kellogg Sales Company*, Case No.: 5:16-cv-04955-LHK (HRL)
THIRD AMENDED CLASS ACTION COMPLAINT






43

131.    The packaging of *Kellogg's Raisin Bran* cereal has made at least the following health and wellness claims stating or suggesting, both individually and especially in the context of the label as a whole, that the product is healthy:

    a.    "HEART HEALTHY"

    b.    "Kellogg's Heart Healthy Selection"

    c.    "GREAT TASTE THAT DOES YOUR HEART GOOD"

    d.    "HEART HEALTHY / Whole grains can help support a healthy lifestyle."

    e.    "+ HEART HEALTH + / Kellogg's Raisin Bran / With crispy bran flakes made from whole grain wheat, all three varieties of Kellogg's Raisin Bran are good sources of fiber."

    f.    "Start with a healthy Spoonful"

    g.    "Invest in your health invest in yourself"

    h.    "FIBER / Fiber, like bran fiber, plays a very important part in your digestive health and overall well-being."

    i.    "BREAKFAST **BRAINPOWER**"

**2.    *Raisin Bran Crunch***

132.    Kellogg introduced *Raisin Branch Crunch* in around 1999 and has sold the product continually ever since.

133.    The packaging of several recent versions of *Kellogg's Raisin Bran Crunch* cereal are pictured below, while the back panel has been the same as original Raisin Bran.

///

///

///

///

///

///

///

///

*Hadley et al. v. Kellogg Sales Company*, Case No.: 5:16-cv-04955-LHK (HRL)
THIRD AMENDED CLASS ACTION COMPLAINT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28






*Hadley et al. v. Kellogg Sales Company*, Case No.: 5:16-cv-04955-LHK (HRL)
THIRD AMENDED CLASS ACTION COMPLAINT

134.   The packaging of *Kellogg's Raisin Bran Crunch* cereal has made at least the following health and wellness claims stating or suggesting, both individually and especially in the context of the label as a whole, that the product is healthy:

      a.    "HEART HEALTHY"

      b.    "Kellogg's Heart Healthy Selection"

      c.    "+ HEART HEALTH + / Kellogg's Raisin Bran / With crispy bran flakes made from whole grain wheat, all three varieties of Kellogg's Raisin Bran are good sources of fiber."

      d.    "Start with a healthy Spoonful"

      e.    "Invest in your health invest in yourself"

      f.    "with a Touch of Golden Honey"

**B.**    **Kellogg's Frosted Mini-Wheats Cereals**

135.   Kellogg's first introduced *Frosted Mini-Wheats* cereal in 1978, and has developed several varieties since. Regardless of the variety, during at least the past four years and continuing today, Kellogg maintained and maintains a policy and practice of labeling *Frosted Mini-Wheats* cereals with health and wellness claims.

**1.**    *Original*

136.   Two recent versions of the packaging of *Kellogg's Frosted Mini-Wheats – Original* cereal are pictured below.



46

137.    The packaging of *Kellogg's Frosted Mini-Wheats – Original* cereal has made at least the following health and wellness claims stating or suggesting, both individually and especially in the context of the label as a whole, that the product is healthy:

          a.    "***nutritious & delicious*** / You <u>can</u> have it both ways!"

          b.    "LIGHTLY SWEETENED"

**2.    *Maple Brown Sugar***

138.    Kellogg introduced *Kellogg's Frosted Mini-Wheats – Maple Brown Sugar* cereal in approximately 2003. Recent packaging of *Kellogg's Frosted Mini-Wheats – Maple Brown Sugar* cereal is pictured below.




139.    The packaging of *Kellogg's Frosted Mini-Wheats – Maple Brown Sugar* cereal has made at least the following health and wellness claims suggesting, both individually and especially in the context of the label as a whole, that the product is healthy:

          a.    "LIGHTLY SWEETENED"

          b.    "help[s] keep you full and focused all morning"

47

1

### 3.  *Strawberry*

2

140.  The packaging of *Kellogg's Frosted Mini-Wheats – Strawberry* cereal is

3

pictured below.

4

5

6

7

8

9

10




11

12

13

14

15

16

17

18

19

20

141.  The packaging of *Kellogg's Frosted Mini-Wheats – Strawberry* cereal has made

21

at least the following health and wellness claims suggesting, both individually and especially

22

in the context of the label as a whole, that the product is healthy:

23

        a.    "LIGHTLY SWEETENED"

24

        b.    "help[s] keep you full and focused all morning"

25

### 4.  *Blueberry*

26

142.  Two recent versions of the packaging of *Kellogg's Frosted Mini-Wheats –*

27

*Blueberry* cereal is pictured below.

28

*Hadley et al. v. Kellogg Sales Company*, Case No.: 5:16-cv-04955-LHK (HRL)
THIRD AMENDED CLASS ACTION COMPLAINT






49

143. The packaging of *Kellogg's Frosted Mini-Wheats – Blueberry* cereal has made at least the following health and wellness claims stating or suggesting, both individually and especially in the context of the label as a whole, that the product is healthy:

      a.    "UNBELIEVABLY NUTRITIOUS"

      b.    "LIGHTLY SWEETENED"

      c.    "help[s] keep you full and focused all morning"

**5.** ***Big Bite – Original***

144. The packaging of *Kellogg's Frosted Mini-Wheats Big Bite – Original* cereal is pictured below.

 

145. The packaging of *Kellogg's Frosted Mini-Wheats Big Bite – Original* cereal has made at least the following health and wellness claims stating or suggesting, both individually and especially in the context of the label as a whole, that the product is healthy:

      a.    "UNBELIEVABLY NUTRITIOUS"

50

b.    "Foods high in fiber help support good health."

c.    "LIGHTLY SWEETENED"

d.    "help[s] keep you full and focused all morning"

e.    "lightly frosted"

**6.    *Little Bites – Chocolate***

146.   Kellogg introduced *Kellogg's Frosted Mini-Wheats Little Bites – Chocolate* cereal in around 2009. Two recent versions of the packaging of *Kellogg's Frosted Mini-Wheats Little Bites – Chocolate* cereal are pictured below.

  

147.   The packaging of *Kellogg's Frosted Mini-Wheats Little Bites – Chocolate* cereal has made at least the following health and wellness claims stating or suggesting, both individually and especially in the context of the label as a whole, that the product is healthy:

a.    "Delicious and Nutritious"

b.    "LIGHTLY SWEETENED"

c.    "help[s] you keep full and focused throughout the morning"

**7.    *Little Bites - Cinnamon Roll***

148.   Kellogg introduced *Kellogg's Frosted Mini-Wheats Little Bites - Cinnamon Roll* in about 2012. The packaging of *Kellogg's Frosted Mini-Wheats Little Bites - Cinnamon Roll* cereal is pictured below.

51

149.   The packaging of *Kellogg's Frosted Mini-Wheats Little Bites - Cinnamon Roll* cereal has made at least the following health and wellness claims suggesting, both individually and especially in the context of the label as a whole, that the product is healthy:

       a.    "LIGHTLY SWEETENED"

       b.    "Keeps 'em full. Keeps 'em focused."

**8.**    ***Touch of Fruit in the Middle – Mixed Berry***

150.   Kellogg introduced *Frosted Mini-Wheats Touch of Fruit* cereal in around 2011, at first in Mixed Berry flavor only. The packaging of *Kellogg's Frosted Mini-Wheats Touch of Fruit in the Middle – Mixed Berry* cereal is pictured below.

///

///

///

///

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15

 

16    151.   The packaging of *Kellogg's Frosted Mini-Wheats Touch of Fruit in the Middle*

17 *– Mixed Berry* cereal has made at least the following health and wellness claims suggesting,

18 both individually and especially in the context of the label as a whole, that the product is

19 healthy:

20        a.    "LIGHTLY SWEETENED"

21        b.    "help you stay full and focused"

22        c.    "**Fiber-Full!** / Frosted Mini-Wheats . . . to keep you full all morning."

23        d.    "You've heard it before and it's true! **Breakfast is the most important**

24 **meal of the day**. **A balanced breakfast** not only kick-starts the metabolism, it **sets us**

25 **up to do our best**. Researchers revealed that people who sip breakfast don't make up

26 for the missed nutrients later in the day. **Breakfast has the power to bring out the**

27 **best in your day**, from the great taste to the essential nutrients it provides. And yet,

28 one in five children lives in a household where breakfast is hard to come by."

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**9.** *Touch of Fruit in the Middle – Raspberry*

152. Three recent versions of the packaging of *Kellogg's Frosted Mini-Wheats Touch of Fruit in the Middle – Raspberry* cereal is pictured below.






*Hadley et al. v. Kellogg Sales Company*, Case No.: 5:16-cv-04955-LHK (HRL)
THIRD AMENDED CLASS ACTION COMPLAINT

153.    The packaging of *Kellogg's Frosted Mini-Wheats Touch of Fruit in the Middle – Raspberry* cereal has made at least the following health and wellness claims suggesting, both individually and especially in the context of the label as a whole, that the product is healthy:

      a.    "LIGHTLY SWEETENED"

      b.    "Lightly Frosted / Just a touch of sweetness for the taste you've come to know and love."

      c.    "lightly frosted"

      d.    "Enjoy What's Good for You! / Kellogg's Frosted Mini-Wheats Touch of Fruit in the Middle cereal is full of morning must haves!"

      e.    "help[s] you keep full and focused all morning long"

**10.    *Harvest Delights – Blueberry with Vanilla Drizzle and Cranberry with Yogurt Drizzle***

154.    Kellogg introduced *Kellogg's Frosted Mini-Wheats Harvest Delights* cereal in around January 2016. The packaging of *Kellogg's Frosted Mini-Wheats Harvest Delights – Blueberry with Vanilla Drizzle* and *Cranberry with Yogurt Drizzle* cereals are pictured below.




*Hadley et al. v. Kellogg Sales Company*, Case No.: 5:16-cv-04955-LHK (HRL)
THIRD AMENDED CLASS ACTION COMPLAINT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15

 

16    155.    The packaging of *Kellogg's Frosted Mini-Wheats Harvest Delights – Blueberry*

17  *with Vanilla Drizzle* and *Cranberry with Yogurt Drizzle* cereals have made at least the

18  following health and wellness claims suggesting, both individually and especially in the

19  context of the label as a whole, that the products are healthy:

20            a.    "Positively Nutritious"

21            b.    "Just the right amount of sweetness"

22  **C.    Kellogg's Smart Start – Original Antioxidant Cereal**

23    156.    Three recent versions of the packaging of *Kellogg's Smart Start – Original*

24  *Antioxidant* cereal are pictured below.

25  ///

26  ///

27  ///

28  ///

*Hadley et al. v. Kellogg Sales Company*, Case No.: 5:16-cv-04955-LHK (HRL)
THIRD AMENDED CLASS ACTION COMPLAINT






*Hadley et al. v. Kellogg Sales Company*, Case No.: 5:16-cv-04955-LHK (HRL)
THIRD AMENDED CLASS ACTION COMPLAINT

157.   The packaging of *Kellogg's Smart Start – Original Antioxidant* cereal has made at least the following health and wellness claims suggesting, both individually and especially in the context of the label as a whole, that the product is healthy:

      a.    "Kellogg's Heart Healthy Selection"

      b.    "HEART HEALTHY"

      c.    "SMART START"

      d.    "Start with a healthy Spoonful"

      e.    "Invest in your health invest in yourself"

      f.    "Original Antioxidants"

      g.    "Lightly sweetened"

      h.    "**NUTRIENTS** FOR EVERY DAY / **Kellogg's** breakfasts offer the nutrients our bodies want to work and feel their best."

**D.    Kellogg's Crunchy Nut Cereal**

158.   Kellogg introduced *Crunchy Nut* cereal in the U.S. in around 2011. The packaging of *Kellogg's Crunchy Nut* cereal is pictured below.




*Hadley et al. v. Kellogg Sales Company*, Case No.: 5:16-cv-04955-LHK (HRL)
THIRD AMENDED CLASS ACTION COMPLAINT

159.   The packaging of *Kellogg's Crunchy Nut* cereal has made at least the following health and wellness claims suggesting, both individually and especially in the context of the label as a whole, that the product is healthy:

      a.    "Drizzled with Honey"

      b.    "A great way to **START THE DAY** / A breakfast of Kellogg's cereal and milk is nutritious at its most delicious. Every spoonful has grains to help recharge your body. So go ahead, pour your favorite bowl of crunchy goodness. It just fuels right!"

      c.    "BREAKFAST **BRAINPOWER**"

## E.   Nutri-Grain Cereal Bars

160.   Kellogg's *Nutri-Grain* bars first became popular in the U.S. in the 1990s. Regardless of the variety, during at least the past four years and continuing today, Kellogg maintained and maintains a policy and practice of labeling *Nutri-Grain* bars with health and wellness claims.

### 1.   *Apple Cinnamon*

161.   The packaging of *Kellogg's Nutri-Grain Cereal Bars – Apple Cinnamon* is pictured below.

 

162.   The packaging of *Kellogg's Nutri-Grain Cereal Bars – Apple Cinnamon* has made at least the following health and wellness claims suggesting, both individually and especially in the context of the label as a whole, that the product is healthy:

*Hadley et al. v. Kellogg Sales Company*, Case No.: 5:16-cv-04955-LHK (HRL)
THIRD AMENDED CLASS ACTION COMPLAINT

a.   "MORE of the WHOLE GRAINS Your Body Needs"

b.   "ONE GOOD DECISION CAN LEAD TO ANOTHER"

c.   "Wholesome Fiber"

d.   "Whole Grains | Wholesome Fiber | Real Fruit / Take care of *you*"

e.   "No High Fructose Corn Syrup"

f.   "Nutri-Grain / Eat Better All Day"

## 2.   *Blueberry*

163.   The packaging of *Kellogg's Nutri-Grain Cereal Bars – Blueberry* is pictured below.



164.   The packaging of *Kellogg's Nutri-Grain Cereal Bars – Blueberry* has made at least the following health and wellness claims suggesting, both individually and especially in the context of the label as a whole, that the product is healthy:

a.   "No High Fructose Corn Syrup"

b.   "Wholesome Fiber"

c.   "Whole Grains | Wholesome Fiber | Real Fruit / Take care of *you*"

## 3.   *Strawberry*

165.   The packaging of *Kellogg's Nutri-Grain Cereal Bars – Strawberry* is pictured below.

*Hadley et al. v. Kellogg Sales Company*, Case No.: 5:16-cv-04955-LHK (HRL)
THIRD AMENDED CLASS ACTION COMPLAINT



166.    The packaging of *Kellogg's Nutri-Grain Cereal Bars – Strawberry* has made at least the following health and wellness claims suggesting, both individually and especially in the context of the label as a whole, that the product is healthy:

        a.    "No High Fructose Corn Syrup"

        b.    "Wholesome Fiber"

**4.**    ***Cherry***

167.    The packaging of *Kellogg's Nutri-Grain Cereal Bars – Cherry* is pictured below.



61

*Hadley et al. v. Kellogg Sales Company*, Case No.: 5:16-cv-04955-LHK (HRL)
THIRD AMENDED CLASS ACTION COMPLAINT

168.   The packaging of Nutri-Grain Cereal Bars – Cherry has made at least the following health and wellness claims suggesting, both individually and especially in the context of the label as a whole, that the product is healthy:

      a.    "No High Fructose Corn Syrup"

      b.    "Wholesome Fiber"

**5.   *Mixed Berry***

169.   The packaging of *Kellogg's Nutri-Grain Cereal Bars – Mixed Berry* is pictured below.



170.   The packaging of *Kellogg's Nutri-Grain Cereal Bars – Mixed Berry* has made at least the following health and wellness claims suggesting, both individually and especially in the context of the label as a whole, that the product is healthy:

      a.    "MORE of the WHOLE GRAINS Your Body Needs"

      b.    "ONE GOOD DECISION CAN LEAD TO ANOTHER"

      c.    "Wholesome Fiber"

      d.    "Whole Grains | Wholesome Fiber | Real Fruit / Take care of *you*"

      e.    "No High Fructose Corn Syrup"

      f.    "Nutri-Grain / Eat Better All Day"

**6.   *Strawberry Greek Yogurt***

171.   The packaging of *Kellogg's Nutri-Grain Cereal Bars – Strawberry Greek Yogurt* is pictured below.

1

2

3

4

5

6

7

8



9      172.   The packaging of *Kellogg's Nutri-Grain Cereal Bars – Strawberry Greek*

10  *Yogurt* has made at least the following health and wellness claims suggesting, both

11  individually and especially in the context of the label as a whole, that the product is healthy:

12      a.      "Wholesome Fiber"

13  **F.   Nutri-Grain Soft-Baked Breakfast Bars**

14      173.   *Kellogg's Nutri-Grain Soft-Baked Breakfast Bars* are a continuation of

15  Kellogg's previous "cereal bars" line described above.

16      **1.   *Blueberry***

17      174.   The packaging of *Kellogg's Nutri-Grain Soft-Baked Breakfast Bars – Blueberry*

18  is pictured below.

19

20

21

22  

23

24

25

26

27      175.   The packaging of *Kellogg's Nutri-Grain Soft-Baked Breakfast Bars – Blueberry*

28  has made at least the following health and wellness claims suggesting, both individually and

63

especially in the context of the label as a whole, that the product is healthy:

> a.   "Rise & Thrive / WITH NUTRI-GRAIN SOFT-BAKED BREAKFAST BARS, THE WHOLESOME GOODNESS YOU NEED TO SHINE YOUR BRIGHTEST!"

> b.   "No high fructose corn syrup"

**2.   *Strawberry***

176.   The packaging of *Kellogg's Nutri-Grain Soft-Baked Breakfast Bars – Strawberry* is pictured below.



177.   The packaging of *Kellogg's Nutri-Grain Soft-Baked Breakfast Bars – Strawberry* has made at least the following health and wellness claims suggesting, both individually and especially in the context of the label as a whole, that the product is healthy:

> a.   "Rise & Thrive / WITH NUTRI-GRAIN SOFT-BAKED BREAKFAST BARS, THE WHOLESOME GOODNESS YOU NEED TO SHINE YOUR BRIGHTEST!"

> b.   "No high fructose corn syrup"

**3.   *Cherry***

178.   The packaging of *Kellogg's Nutri-Grain Soft-Baked Breakfast Bars – Cherry* is pictured below.

*Hadley et al. v. Kellogg Sales Company*, Case No.: 5:16-cv-04955-LHK (HRL)
THIRD AMENDED CLASS ACTION COMPLAINT



179.   The packaging of *Kellogg's Nutri-Grain Soft-Baked Breakfast Bars – Cherry* has made at least the following health and wellness claims suggesting, both individually and especially in the context of the label as a whole, that the product is healthy:

a.     "Rise & Thrive / WITH NUTRI-GRAIN SOFT-BAKED BREAKFAST BARS, THE WHOLESOME GOODNESS YOU NEED TO SHINE YOUR BRIGHTEST!"

**4.   *Raspberry***

180.   The packaging of *Kellogg's Nutri-Grain Soft-Baked Breakfast Bars – Raspberry* is pictured below.



181.   The packaging of *Kellogg's Nutri-Grain Soft-Baked Breakfast Bars – Raspberry*

65

has made at least the following health and wellness claims suggesting, both individually and especially in the context of the label as a whole, that the product is healthy:

    a.    "Whole Grains | Wholesome Fiber | Real Fruit / Take care of *you*"

**5.    *Variety Pack***

182.   The packaging of *Kellogg's Nutri-Grain Soft-Baked Breakfast Bars – Variety Pack* is pictured below.



183.   The packaging of *Kellogg's Nutri-Grain Soft-Baked Breakfast Bars – Variety Pack* has made at least the following health and wellness claims suggesting, both individually and especially in the context of the label as a whole, that the product is healthy:

    a.    "Rise & Thrive / WITH NUTRI-GRAIN SOFT-BAKED BREAKFAST BARS, THE WHOLESOME GOODNESS YOU NEED TO SHINE YOUR BRIGHTEST!"

    b.    "No high fructose corn syrup"

**G.    Nutri-Grain Oat & Harvest Bars**

**1.    *Blueberry Bliss***

184.   The packaging of *Kellogg's Nutri-Grain Oat & Harvest Bars – Blueberry Bliss* is pictured below.

*Hadley et al. v. Kellogg Sales Company*, Case No.: 5:16-cv-04955-LHK (HRL)
THIRD AMENDED CLASS ACTION COMPLAINT

1
2
3
4
5
6
7
8



9    185.   The packaging of *Kellogg's Nutri-Grain Oat & Harvest Bars – Blueberry Bliss*
10 has made at least the following health and wellness claims suggesting, both individually and
11 especially in the context of the label as a whole, that the product is healthy:

12        a.    "WHOLESOME SATISFACTION / Mornings can be unpredictable. You
13    don't have time to do everything you want, let alone eat something wholesome, so
14    that's why we crated *Nutri-Grain Fruit & Oat Harvest*. It's the perfect combination of
15    tasty real fruit and whole grains to give you a satisfying way to make the most of your
16    morning."

17        b.    "NO HIGH FRUCTOSE CORN SYRUP"

18 **2.   *Country Strawberry***

19    186.   The packaging of *Kellogg's Nutri-Grain Oat & Harvest Bars – Country*
20 *Strawberry* is pictured below.

21
22
23
24
25
26
27
28



*Hadley et al. v. Kellogg Sales Company*, Case No.: 5:16-cv-04955-LHK (HRL)
THIRD AMENDED CLASS ACTION COMPLAINT

187.   The packaging of *Kellogg's Nutri-Grain Oat & Harvest Bars – Country Strawberry* has made at least the following health and wellness claims suggesting, both individually and especially in the context of the label as a whole, that the product is healthy:

      a.   "WHOLESOME SATISFACTION / Mornings can be unpredictable. You don't have time to do everything you want, let alone eat something wholesome, so that's why we crated *Nutri-Grain Fruit & Oat Harvest*."

      b.   "NO HIGH FRUCTOSE CORN SYRUP"

**H.   Nutri-Grain Harvest Hearty Breakfast Bars – Blueberry Bliss**

188.   *Kellogg's Nutri-Grain Harvest Hearty Breakfast Bars* are a continuation of Kellogg's previous *Nutri-Grain Oat & Harvest* bars line described above. The packaging of *Kellogg's Nutri-Grain Harvest Hearty Breakfast Bars – Blueberry Bliss* is pictured below.



189.   The packaging of *Kellogg's Nutri-Grain Harvest Hearty Breakfast Bars – Blueberry Bliss* has made at least the following health and wellness claims suggesting, both individually and especially in the context of the label as a whole, that the product is healthy:

      a.   "Rise & Thrive / WITH NUTRI-GRAIN SOFT-BAKED BREAKFAST BARS, THE WHOLESOME GOODNESS YOU NEED TO SHINE YOUR BRIGHTEST!"

      b.   "No high fructose corn syrup"

## KELLOGG'S UNLAWFUL ACTS & PRACTICES

**A.**   **Kellogg Marketed and Continues to Market Its Cereals and Bars with Health and Wellness Claims that are Deceptive in Light of the Products' High Added Sugar Content**

**1.**   **Kellogg Affirmatively Misrepresents that Some High-Sugar Cereals are "Healthy," "Nutritious," or "Wholesome"**

190.   Consumers interpret the words "nutritious" and "wholesome" to mean the same thing as, or to be euphemisms for, "healthy."

191.   In using these words in the manner described herein, Kellogg also intends consumers to interpret "nutritious" and "wholesome" to mean healthy.

192.   Although in some cases, Kellogg's labeling claims for its cereals are suggestive that they are healthy, in other cases, Kellogg directly represents this is true by calling at least the following cereals "healthy," "nutritious," or "wholesome":

a.   *Kellogg's Raisin Bran*

- "HEART HEALTHY"
- "Kellogg's Heart Healthy Selection"
- "support a healthy lifestyle"
- "Start with a healthy Spoonful"
- "Invest in your health invest in yourself"
- "Fiber . . . plays a very important part in your digestive health and overall well-being"

b.   *Kellogg's Raisin Bran Crunch*

- "HEART HEALTHY"
- "Kellogg's Heart Healthy Selection"
- "Start with a healthy Spoonful"
- "Invest in your health invest in yourself"

1

         c.    _Kellogg's Frosted Mini-Wheats – Original_

2

- "nutritious & delicious / You _can_ have it both ways"

3

- "8 LAYERS OF NUTRITIOUS Wheat & 1 LAYER Delicious Sweet"

4

5

         d.    _Kellogg's Frosted Mini-Wheats – Blueberry_

6

- "UNBELIEVABLY NUTRITIOUS"

7

         e.    _Kellogg's Frosted Mini-Wheats Big Bite – Original_

8

- "Foods high in fiber help support good health."

9

10

- "UNBELIEVABLY NUTRITIOUS"

11

         f.    _Kellogg's Frosted Mini-Wheats Little Bites – Chocolate_

12

- "Delicious and Nutritious"

13

         g.    _Kellogg's Mini-Wheats Touch of Fruit in the Middle – Mixed Berry_

14

15

- "Researchers revealed that people who skip breakfast don't make up for the missed nutrients later in the day."

16

- "essential nutrients"

17

18

         h.    _Kellogg's Frosted Mini-Wheats Harvest Delights – Blueberry with Vanilla Drizzle_ and _Cranberry with Yogurt Drizzle_

19

- "Positively Nutritious"

20

21

         i.    _Kellogg's Smart Start – Original Antioxidants_

22

- "Kellogg's Heart Healthy Selection"

23

- "HEART HEALTHY"

24

- "Start with a healthy Spoonful"

25

- "Invest in your health invest in yourself"

26

27

- "NUTRIENTS FOR EVERY DAY / Kellogg's breakfasts offer the nutrients our bodies want to work and feel their best."

28

j.  *Kellogg Crunchy Nut*

• "A breakfast of Kellogg's cereal and milk is nutritious at its most delicious."

k.  *Nutri-Grain Cereal Bars – Apple Cinnamon, Blueberry, Strawberry, Cherry, Mixed Berry, and Strawberry Greek Yogurt*

• "Wholesome Fiber"

l.  *Nutri-Grain Soft-Baked Breakfast Bars – Blueberry, Strawberry, Cherry, and Variety Pack*

• "THE WHOLESOME GOODNESS YOU NEED TO SHINE YOUR BRIGHTEST!"

m.  *Nutri-Grain Soft-Baked Breakfast Bars – Raspberry*

• "Wholesome Fiber"

n.  *Nutri-Grain Fruit & Oats Harvest Bars – Blueberry Bliss and Country Strawberry*

• "WHOLESOME SATISFACTION"

• "You don't have time to . . . eat something wholesome, so that's why we created *Nutri-Grain Fruit & Oat Harvest*."

o.  *Nutri-Grain Harvest Hearty Breakfast Bars – Blueberry Bliss*

• "THE WHOLESOME GOODNESS YOU NEED TO SHINE YOUR BRIGHTEST!"

193.  Statements that these cereals and bars are "healthy," "nutritious," and "wholesome" are false, or at least highly misleading, because, due to their high added sugar content, consumption of these foods is decidedly *unhealthy*, and the consequences of consuming the products—increased risk for, and in some cases contraction of chronic disease—are incompatible with Kellogg's representations that the products are "healthy," "nutritious," and "wholesome."

194.  For example, *Kellogg's Raisin Bran* and *Raisin Bran Crunch* cereals contain 9g of added sugar per serving, accounting for 18.9% of their calories, which is 378% of the AHA's recommended maximum of 5%. In addition, the added sugar in a single serving contributes between 23.7% and 75% of the AHA's maximum recommended daily added

71

sugar intake (23.7% of men's, 36% of women's, and 60-75% of children's).

195.   Likewise, as set forth in the table below, *Kellogg's Frosted Mini-Wheats* cereals represented to be "healthy," "nutritious," and "wholesome" contain high levels of added sugar, 10 - 12 grams per serving, with the average amount of calories from their added sugar content 22.6%, or 452% of the AHA's recommended maximum. In addition, the added sugar in the *Kellogg's Mini-Wheat* cereals contributes between 26.3% and 100% of the AHA's maximum recommended daily added sugar intake.

| Product | Added Sugar Content | % Calories From Added Sugar | Contribution to AHA Maximum Recommended Daily Added Sugar Intake |
|---|---|---|---|
| *Frosted Mini-Wheats – Original* | 11g | 23.2% | M: 28.9% <br> W: 44% <br> C: 73.3% |
| *Frosted Mini-Wheats – Blueberry* | 12g | 25.3% | M: 31.6% <br> W: 48% <br> C: 80-100% |
| *Frosted Mini-Wheats Big Bite – Original* | 12g | 24% | M: 31.6% <br> W: 48% <br> C: 80-100% |
| *Frosted Mini-Wheats Little Bites – Chocolate* | 12g | 24% | M: 31.6% <br> W: 48% <br> C: 80-100% |
| *Frosted Mini-Wheats Touch of Fruit in the Middle – Mixed Berry* | 10g | 21.1% | M: 26.3% <br> W: 40% <br> C: 66.7-83.3% |
| *Frosted Mini-Wheats Touch of Fruit in the Middle – Raisin* | 10g | 21.1% | M: 26.3% <br> W: 40% <br> C: 66.7-83.3% |
| *Frosted Mini-Wheats Harvest Delights – Blueberry with Vanilla Drizzle* | 10g | 21.1% | M: 26.3% <br> W: 40% <br> C: 66.7-83.3% |

*Hadley et al. v. Kellogg Sales Company*, Case No.: 5:16-cv-04955-LHK (HRL)
THIRD AMENDED CLASS ACTION COMPLAINT

| Product | Added Sugar Content | % Calories From Added Sugar | Contribution to AHA Maximum Recommended Daily Added Sugar Intake |
|---|---|---|---|
| *Frosted Mini-Wheats Harvest Delights – Cranberry with Yogurt Drizzle* | 10g | 21.1% | M: 26.3%<br>W: 40%<br>C: 66.7-83.3% |
| *Averages:* | *10.9g* | *22.6%* | |

196. Similarly, despite that Kellogg represents that *Smart Start – Original Antioxidant* cereal is "Heart Healthy," one serving of the product contains 14g of added sugar, comprising nearly a third of the product's weight, and contributing to 29.5% of its calories, or almost six times the AHA's recommendation, and accounting for between 36.8% and 116.7% of the AHA's maximum daily recommended intake.

197. Likewise, contrary to Kellogg's representation that *Crunchy Nut* cereal is "nutritious," its 10g of added sugar per serving contribute 33.3% of the product's calories, nearly seven times the AHA's recommendation, contributing between 26.3% and 83.3% of the AHA's maximum daily recommended intake.

198. Similarly, Kellogg's *Nutri-Grain* bars represented to be "wholesome" also contain very high levels of added sugar, 11g - 15g per serving, with at or near 40% of the products' calories coming from their added sugar (averaging 37.4%), and contributing between 28.9% and 125% of the AHA's maximum daily recommended intake.

| Product | Added Sugar Content | % Calories From Added Sugar | Contribution to AHA Maximum Recommended Daily Added Sugar Intake |
|---|---|---|---|
| *Cereal Bars – Apple Cinnamon* | 12g | 40% | M: 31.6%<br>W: 48%<br>C: 80-100% |
| *Cereal Bars –Blueberry* | 12g | 40% | M: 31.6%<br>W: 48%<br>C: 80-100% |

| Product | Added Sugar Content | % Calories From Added Sugar | Contribution to AHA Maximum Recommended Daily Added Sugar Intake |
|---|---|---|---|
| *Cereal Bars – Strawberry* | 11g | 36.7% | M: 28.9%<br>W: 44%<br>C: 73.3% |
| *Cereal Bars – Cherry* | 12g | 40% | M: 31.6%<br>W: 48%<br>C: 80-100% |
| *Cereal Bars – Mixed Berry* | 11g | 36.7% | M: 28.9%<br>W: 44%<br>C: 73.3% |
| *Cereal Bars – Strawberry Greek Yogurt* | 12g | 36.9% | M: 31.6%<br>W: 48%<br>C: 80-100% |
| *Soft-Baked Breakfast Bars – Blueberry* | 12g | 40% | M: 31.6%<br>W: 48%<br>C: 80-100% |
| *Soft-Baked Breakfast Bars –Strawberry* | 11g | 36.7% | M: 28.9%<br>W: 44%<br>C: 73.3% |
| *Soft-Baked Breakfast Bars – Cherry* | 12g | 40% | M: 31.6%<br>W: 48%<br>C: 80-100% |
| *Soft-Baked Breakfast Bars – Raspberry* | 12g | 40% | M: 31.6%<br>W: 48%<br>C: 80-100% |
| *Soft-Baked Breakfast Bars – Variety Pack* | 11g | 36.7% | M: 28.9%<br>W: 44%<br>C: 73.3% |
| *Fruit & Oats Harvest Bars – Blueberry Bliss* | 15g | 33.3% | M: 39.5%<br>W: 60%<br>C: 100-125% |

| Product | Added Sugar Content | % Calories From Added Sugar | Contribution to AHA Maximum Recommended Daily Added Sugar Intake |
|---|---|---|---|
| *Fruit & Oats Harvest Bars – Country Strawberry* | 15g | 33.3% | M: 39.5% W: 60% C: 100-125% |
| *Harvest Hearty Breakfast Bars – Blueberry Bliss* | 15g | 33.3% | M: 39.5% W: 60% C: 100-125% |
| *Averages:* | *12.4g* | *37.4%* | |

199.   Because the foregoing products affirmatively and expressly represented by Kellogg to be "healthy," "nutritious," and "wholesome" contain high amounts of added sugar, their regular consumption is highly likely to contribute to excess sugar consumption, and thereby increased risk for, and actual contraction of, chronic disease. Accordingly, these labeling claims are false and misleading.

**2.   Kellogg Affirmatively Misrepresents that Consuming Some of its High-Sugar Cereals and Bars Will Promote Bodily Health, Prevention of Disease, or Weight Loss**

200.   In some cases, Kellogg falsely represents that its high-sugar cereals are effective in promoting bodily health and preventing disease.

201.   For example, Kellogg represents that *Raisin Bran* and *Raisin Bran Crunch* are all "heart healthy."

202.   Contrary to Kellogg's representations, however, the science demonstrates that because these cereals contain 9g of added sugar per serving, providing 19% of their calories, their regular consumption is likely to contribute to cardiovascular and metabolic *disease*, thereby *harming* health. For example, just a single serving of *Kellogg's Raisin Bran Crunch* contributes nearly a quarter of men's AHA-recommended daily added sugar intake, more than a third of women's, and up to three-quarters of children's. Thus consumers, by eating just a single serving of this cereal, would likely exceed the safe daily added sugar limit later

75

in the day. In doing so, such consumers are likely to see—rather than benefits to heart and digestive health—increased risk of both CHD and metabolic disease. This effect is compounded, however, because, as alleged further below, the data shows people tend to eat 2 or more servings of cereal in a single sitting, thus at least *doubling* their exposure.

203.  Kellogg also represents that the fiber in *Raisin Bran* "plays a very important part in your digestive health and overall well-being." These claims are false and misleading due to the cereals' high added sugar content, which harms metabolic health and overall well-being.

204.  Relying on general research regarding the benefits of eating breakfast, Kellogg suggests its *Frosted Mini-Wheats Touch of Fruit: Mixed Berry* cereal is a healthy choice by stating that "A balanced breakfast . . . kick-starts the metabolism," that "Researchers revealed that people who skip breakfast don't make up for the missed nutrients later," and that "Breakfast has the power to bring out the best in your day, from the great taste to the essential nutrients it provides."

205.  Reasonable consumers would and do understand—and it is Kellogg's intention that consumers understand—that the reference in these statements to a "balanced breakfast," that has "great taste" and "essential nutrients," though not expressly so, are references to *Frosted Mini-Wheats Touch of Fruit: Mixed Berry* cereal, as this is the only reason it would make sense to make the statement on the product's packaging.

206.  Kellogg's suggestion that *Frosted Mini-Wheats Touch of Fruit: Mixed Berry* cereal can help "kick-start[] the metabolism," and contribute to health in the same ways that eating breakfast generally contributes to health, are false and misleading because the product is high in sugar that is likely to detriment, not benefit, health.

207.  Kellogg also represents that *Smart Start – Original Antioxidant* cereal is "heart healthy," but the cereal contains 14g of added sugar per serving, contributing 29.5% of its calories, an amount of added sugar that is *unhealthy* to the heart.

208.  Kellogg also represents that *Crunch Nut* cereal, will "help recharge your body." Similarly, Kellogg represents that *Frosted Mini-Wheats – Maple Brown Sugar*, *Strawberry*,

76

and *Blueberry*, *Frosted Mini-Wheats Big Bite – Original*, *Frosted Mini-Wheats Little Bites – Chocolate*, and *Frosted Mini-Wheats Touch of Fruit in the Middle – Mixed Berry* and *Raspberry* will "help keep you full and focused all morning," "keep you full all morning" or "help you stay full and focused." The packaging of *Frosted Mini-Wheats Little Bites – Chocolate* and *Cinnamon Roll* also state along the same lines, "Keeps 'em full, keeps 'em focused."

209.   This practice is misleading because Kellogg suggests that "recharging" is good, desirable, and beneficial, while "charging" on added sugars should in fact be zealously avoided to promote cardiovascular, metabolic, and overall bodily health.

210.   In addition, Kellogg's representation that its high-sugar cereals will promote satiety and focus is contradicted by the science demonstrating that sugar consumption may *increase* hunger, and that consumption of sugary foods interferes with the brain's satiety signals and thus may result in overeating.

**3.      Even When Not Stating So Expressly, Kellogg Deceptively Suggests Its High-Sugar Cereals and Bars are Healthy**

211.   Besides direct, express claims that some of its cereals are "healthy," "nutritious," and "wholesome," Kellogg also conveys this same idea through suggestion.

**a.      Kellogg Touts Its Products' Whole Grain, Fiber, and Fruit Content to Distract From Their High Added Sugar Content**

212.   A major strategy Kellogg employs is "calling out" the supposedly beneficial aspects of its cereals and bars, and particularly their whole grain, fiber, and fruit content. Other aspects of Kellogg's marketing, such as its online marketing, also focus on fiber, whole grain, and real fruit, including their supposed contribution to general health and wellness, as well as to the prevention of, or reduction of risk for, chronic disease, including the very diseases caused by consuming the high amounts of sugar in its foods marketed as healthy.

213.   In emphasizing the supposedly beneficial ingredients or other aspects of its cereals, in derogation of its duty to consumers, Kellogg necessarily and intentionally also minimizes, de-emphasizes, hides, obscures, and otherwise omits contrary and highly-material

information regarding the products' high sugar content, and the detrimental effects of regular excessive added sugar consumption.

        **b.**    **In Representing that Many of Its High-Sugar Bars Contain "No High Fructose Corn Syrup," Kellogg Leverages Consumer Confusion to Obscure the Dangers of the Bars' Added Sugars**

214.    Kellogg has capitalized on consumer aversion toward high fructose corn syrup (HFCS) by touting the absence of that ingredient, deceptively suggesting that some varieties of its *Nutri-Grain Cereal Bars*, *Nutri-Grain Soft-Baked Breakfast Bars*, *Nutri-Grain Fruit & Oat Harvest Bars*, and *Nutri-Grain Harvest Hearty Breakfast Bars* are healthier because HFCS is absent.

215.    This strategy leverages consumer confusion over the relative dangers of different forms of added sugar, inasmuch as many consumers incorrectly believe that HFCS is a substantially more dangerous form of added sugar than other forms.

216.    Some consumers also incorrectly believe there are "healthy" forms of added sugar, for example honey, "cane" sugar, or "natural" sugars. Conversely, many consumers are not even aware that some more obscure ingredients *are* added sugars, such as glycerin, brown rice syrup, dextrose, maltodextrin, and fruit juice "concentrates." Many consumers also have no idea what invert sugar is, or that it is sucrose that has been broken into free glucose and free fructose, and thus is extremely similar to HFCS, even referred to sometimes as "artificial honey"; or how dangerous pure fructose is. But both substances are used in many Kellogg cereals.

217.    Similarly, Kellogg sweetens some foods with a combination of corn syrup, which is made from glucose, and fructose—the exact combination in HFCS, with their constituent parts merely separated in the ingredient list.

218.    In reality, added sugar in virtually any form—and certainly in the forms used to sweeten the Kellogg cereals and bars—contains toxic fructose, and thus has essentially the same detrimental health effects, with typically only minor differences in the ratio of fructose to glucose in a given form of added sugar. Thus, even if literally true, Kellogg's "no high

78

fructose corn syrup" representations are highly misleading.

c.   **Kellogg Deceptively Omits, Intentionally Distracts From, and Otherwise Downplays the Cereals' High Added Sugar Content**

219.   In marketing its cereals with health and wellness claims, Kellogg regularly and intentionally omits material information regarding the amount and dangers of the added sugars in its products. Kellogg is under a duty to disclose this information to consumers because (a) Kellogg is revealing *some* information about its products—enough to suggest they are healthy—without revealing additional material information, (b) Kellogg's deceptive omissions concern human health, and specifically the detrimental health consequences of consuming its products, (c) Kellogg was in a superior position to know of the dangers presented by the sugars in its cereals, as it is a global food company whose business depends upon food science and policy, and (d) Kellogg actively concealed material facts not known to plaintiffs and the class.

220.   Moreover, in marketing its cereals, Kellogg regularly affirmatively uses certain words and phrases to falsely suggest their sugar content is low.

221.   Most prevalent, Kellogg states that its *Frosted Mini-Wheats* and *Smart Start – Original Antioxidant* cereals are "lightly sweetened" (and in a few cases, "lightly frosted").

222.   Kellogg similarly represents that its *Raisin Bran Crunch* is made "with a Touch of Golden Honey," and that its *Frosted Mini-Wheats Touch of Fruit in the Middle – Raspberry* cereal provides just a "Touch of Sweetness."

223.   These claims are false and misleading because the products' sugar content is high, not low. Such statements are likely to confuse even consumers aware of health issues regarding added sugar, because they suggest any such health issues, in any event, do not pertain to these only "lightly" sweetened cereals, which in reality contain 10g - 14g of added sugar per serving, contributing 20% - 30% of the products' calories.

B.   **Kellogg Violates FDA and State Food Labeling Regulations**

224.   Several of Kellogg's cereals contain statements that violate FDA food labeling regulations, which have been adopted as California's labeling regulations pursuant to the

79

California Sherman Food, Drug, and Cosmetic Law, Cal. Health & Safety Code §§ 109875 *et seq.* (the "Sherman Law"). *See id.* § 110665 ("Any food is misbranded if its labeling does not conform with the requirements for nutrition labeling as set forth in Section 403(q) (21 U.S.C. Sec. 343(q)) of the federal act and the regulations adopted pursuant thereto.").

1. **In Violation of State and Federal Regulations, Kellogg's Health and Wellness Statements are False, Misleading, and Incomplete**

225.   Kellogg's health and wellness statements challenged herein were false and misleading for the reasons described herein, in violation of 21 U.S.C. § 343(a), which deems misbranded any food whose "label is false or misleading in any particular." Kellogg accordingly also violated California's parallel provision of the Sherman Law. *See* Cal. Health & Safety Code § 110660.

226.   Kellogg's health and wellness statements challenged herein also "fail[ed] to reveal facts that are material in light of other representations made or suggested by the statement[s], word[s], design[s], device[s], or any combination thereof," in violation of 21 C.F.R. § 1.21(a)(1). Such facts include the detrimental health consequences of consuming added sugars in amounts present in the challenged products.

227.   Kellogg's similarly failed to reveal facts that were "[m]aterial with respect to the consequences which may result from use of the article under" both "[t]he conditions prescribed in such labeling," and "such conditions of use as are customary or usual," in violation of § 1.21(a)(2). Namely, Kellogg's failed to disclose the increased risk of serious chronic disease likely to result from the usual consumption of its cereals in the customary manner (including wherein people typically consume multiple servings of the cereals in one sitting).

228.   Kellogg's implied and express health claims challenged herein also violate 21 C.F.R. §§ 101.14(d)(2)(ii), (iii) & (e) because, for the reasons discussed herein, the claims are not "complete, truthful, and not misleading," and many of the claims—like "heart healthy"—are not "limited to describing the value that ingestion (or reduced ingestion) of the substance, as part of a total dietary pattern, may have on a particular disease or health-related

80

condition."

## 2.    Kellogg Violated Regulations Governing Health Claims

229.    A health claim "expressly or by implication . . . characterizes the relationship of any substance to a disease or health-related condition." 21 C.F.R. § 101.14(a)(1). Foods may not contain such claims "unless: (1) The claim is specifically provided for in subpart E of this part; and (2) The claim conforms to all general provisions of this section as well as to all specific provisions in the appropriate section of subpart E of this part," *id.* § 101.14(e).

230.    Kellogg made unauthorized health claims. For example, the statement that *Raisin Bran* is "HEART HEALTHY / Whole grains can help support a healthy lifestyle," is a health claim because it links whole grains to heart health, but no such claim is authorized by subpart E of 21 C.F.R. §§ 101 *et seq.* Even to the extent the reference to whole grains implies the presence of fiber, making any statement linking "[d]ietary fiber and cardiovascular disease" is "not authorized," *id.* § 101.71(a). Other violations of §§ 101.71(a) and 101.14(e)(1) include (a) *Raisin Bran*, *Raisin Bran Crunch* ("+ HEART HEALTH + / Kellogg's Raisin Bran / With crispy bran flakes made form whole grain wheat, all three varieties of Kellogg's Raisin Bran are good sources of fiber."); and (b) *Raisin Bran* ("FIBER / Fiber, like bran fiber, plays an important part in your digestive health and overall well-being.").

## C.    Kellogg Knows or Reasonably Should Know of the Strong Scientific Evidence Demonstrating Its High-Sugar Cereals are Unhealthy to Consume, But Fails to Warn Consumers of the Known Dangers

231.    As a longtime and major national food manufacturer, Kellogg is well-positioned to know the most current food science. For example, scientific evidence of the dangers of sugar was available to Kellogg as a result of its membership in the Whole Grains Council, whose website notes Harvard research finding that replacing sugar with whole grains lowers

heart disease risk.[92]

232.   In fact, Kellogg often purports to communicate the latest food science to the public and its consumers. In doing so, however, Kellogg cherry-picks information, sometimes from industry-funded or other dubious sources, while failing to communicate more rigorous scientific evidence of the type discussed herein.

233.   For example, in a particularly egregious example of leveraging bad science to support its marketing goals, a Kellogg pamphlet available for download on its website titled, "Cereal: The Complete Story," Kellogg claims that "Numerous studies have shown that the consumption of cereal for breakfast is associated with lower levels of BMI in children, a relationship that holds regardless of the amount of sugar in the cereal." Kellogg refers to this same concept in other marketing avenues as well, such as in certain videos it maintains on its own YouTube channel.

234.   In support of this proposition, Kellogg cites two publications, but when critically analyzed, neither validly supports the proposition.

235.   First, Kellogg cites Albertson AM, et al., "Ready-to-eat cereal consumption: its relationship with BMI and nutrient intake of children aged 4 to 12 years," *J. Am. Diet. Assoc.*, Vol. 103, 1613-1619 (2003). This study was designed, however, by sister cereal-giant General Mills, and was based on a 14-day food diary, where foods eaten, as well as physical attributes like height and body weight, were self-reported, and where portion sizes were later just estimated. Such studies are notoriously unreliable. Worse, to be counted in the data, children needed to only report on 7 of the 14 days. Then, the General Mills-sponsored researchers only considered children overweight if they were at or above the 95th percentile of BMI—rather than using an absolute value—which is absurd, as it would be equivalent to saying only 5% of children are overweight. Moreover, the data came from that collected by The NPD Group from February 1998 through January 1999, almost 20 years ago when foods,

---

[92]   *See*   http://wholegrainscouncil.org/replacing-butter-sugar-or-refined-grains-with-whole-grains-cuts-heart-disease-risk

food labeling, and food policy was all much different than today. And, of the 603 children included, only about half came from households that were employed, suggesting a confounding factor (such children might eat less, accounting for their lower weight). This study has been criticized on a number of bases (other than the obvious criticism: bias), for example that its outcomes were not clearly defined nor its measurements valid and reliable, especially based on data collection techniques.

236.   Second, Kellogg cites O'Neal, C.E., et al., "Presweetened and Nonpresweetened Ready-to-Eat Cereals at Breakfast Are Associated With Improved Nutrient Intake but Not With Increased Body Weight of Children and Adolescents: NHANES 1999-2002," Am. J. Lifestyle Med., Vol. 6, No. 1, pp. 63-74 (2012). First, this analysis of NHANES data is not cereal-specific, but rather looked only at whole grain consumption (from all sources). Second, the analysis has nothing to do with BMI or body weight at all, but rather only asks whether those who consumed the most whole grain also consumed the most other beneficial nutrients (as measured by "Healthy Eating Index" standard). The data actually showed that increased whole grain consumption did *not* decrease sugar consumption.

237.   Kellogg also frequently relies on old information that does not reflect the most current and accurate science, and also often provides ambiguous or incomplete citations that frustrates the ability to verify its claims.

238.   Moreover, in the decades before the turn of the century, Kellogg participated with the Sugar Research Foundation to focus attention away from the dangers of consuming added sugars. In particularly, Kellogg "generously" funded Frederick Stare, the "point man" on the sugar industry's Nutrition Advisory Panel, which published an 88-page white paper in 1975, edited by Stare, called "Sugar in the Diet of Man," whose stated purpose was to "organize existing facts concerning sugar." The paper failed to state that it was funded by the sugar industry, but 25,000 copies were sent to reporters along with a press release titled, "Scientists dispel Sugar fears."

239.   This was around the same time the FDA first began reviewing whether sugar should be generally recognized as safe. But the FDA subcontracted its task to a committee

83

headed by the Sugar Research Foundation's former chairman of the scientific advisory board, and containing other members with ties to the sugar industry. Relying on Sugar in the Diet of Man, the panel concluded that, while sugar probably contributed to tooth decay, it was not a "hazard to the public." This work formed the basis for subsequent USDA and FDA decisions and statements in the 1980s that understated the detriments of added sugar consumption. Stare was even on the Dietary Advisory Committee when it updated its dietary guidelines in 1985, promulgating guidelines stating that "too much sugar in your diet does not cause diabetes," despite that the USDA's own Carbohydrate Nutrition Laboratory was generating evidence to the contrary and supporting the notion that even low sucrose intake might be contributing to heart disease in 10 percent of Americans.

240.   Despite knowing of the dangers of the added sugar in its cereals, Kellogg has failed to, and continues to refuse to adequately warn consumers, but instead induced and continues to induce them to consume the Kellogg cereals and bars through affirmative health and wellness misrepresentations, which also distract consumers from the dangers presented by the high amounts of added sugar in the Kellogg products.

**D.    The Foregoing Behaviors are Part of Kellogg's Longstanding General Policy, Practice and Strategy of Marketing its High-Sugar Cereals and Bars as Healthy in Order to Increase Sales and Profit**

241.   The practices complained of herein, while specific to certain cereal and bar lines, flavors, and varieties, and to certain packaging claims, are exemplary of, and consistent with, Kellogg's longtime practice of intentionally and strategically marketing high-sugar cereals, bars, and other foods with health and wellness claims that both deceptively suggest the products are healthy, and deceptively omit the dangers of consuming the products.

242.   These practices have been consistent notwithstanding Kellogg's occasional discontinuation or introduction of new products or product lines, reformulation of products, or labeling or packaging changes.

243.   This strategy is based on sophisticated consumer marketing research, and has been undertaken by Kellogg with the purpose of increasing the prices, sales, and market share

84

of its cereals, bars, and other food products.

244.   Unless enjoined from using in the marketing of high-sugar cereals, bars and other foods the health and wellness marketing statements, representations, strategies, and tactics complained of herein, Kellogg will continue to employ this strategy, as the consumer preference for healthier-seeming foods is strong.

245.   In fact, Neilsen's 2015 Global Health & Wellness Survey found "88% of those polled are willing to pay more for healthier foods."[93]

**E.   Kellogg's Policy and Practice of Marketing High-Sugar Cereals as Healthy is Especially Harmful Because Consumers Generally Eat More than One Serving of Cereal at a Time, Which Kellogg Knows or Reasonably Should Know**

246.   The serving size for Kellogg's cereals is generally either around 30g or 60g per serving.

247.   In 2014, the FDA analyzed food consumption data between 2003 and 2008, from the National Health and Nutrition Examination Survey (NHANES, discussed previously above), finding that at least 10% of Americans eat at one sitting 2 to 2.6 times the amount of cereal as the labeled serving size. Federal regulations thus provide that the reference amount customarily consumed (RACC) for cereal is 110 grams. 21 C.F.R. § 101.12(b).

248.   A study conducted by General Mills found that children and adolescents 6 to 18 years old typically eat about twice as much cereal in a single meal compared to the suggested serving size.

249.   And as mentioned above, a study by Yale University's Rudd Center for Food Policy and Obesity, found that children 5 to 12 years old ate an average of 35 grams of low-sugar cereals, but an average of 61 grams of high-sugar cereals.[94]

---

[93] Nancy Gagliardi, Forbes, *Consumers Want Healthy Foods--And Will Pay More For Them*, (Feb. 18, 2015) (citing Neilson, *We are what we eat, Healthy eating trends around the world*, at 11 (Jan. 2015)).

[94] *See* Harris, Children's High-Sugar Eating Behavior, *supra* n.**Error! Bookmark not defined.**.

*Hadley et al. v. Kellogg Sales Company*, Case No.: 5:16-cv-04955-LHK (HRL)
THIRD AMENDED CLASS ACTION COMPLAINT

250.   As a result of consumers' actual eating habits, Kellogg's high-sugar cereals in reality contribute significantly more added sugar to their consumers' diets than even the high amount in a single serving suggests.

251.   For example, doubling a serving of the challenged Kellogg cereals would cause men, women, and children all to consume near or in excess (sometimes well in excess) of their AHA-recommended maximum daily added sugar intake in just the single breakfast serving.

252.   For this reason, the Kellogg high-sugar cereals are especially dangerous to the health of those who regularly consume them, and therefore its deceptive health and wellness messaging for these products is particularly insidious.

## PLAINTIFFS' RELIANCE & INJURY

### A.   Plaintiff Stephen Hadley

253.   Plaintiff Stephen Hadley has been a frequent cereal eater for many years. Mr. Hadley is relatively health-conscious. During the past several years and prior, in seeking out cereals to eat, Mr. Hadley has generally tried to choose healthy options, and has been willing to pay more for cereals he believes are healthy.

254.   Over the past several years, Mr. Hadley has purchased Kellogg cereals on multiple occasions, including *Raisin Bran* cereals, *Frosted Mini-Wheats* cereals, *Smart Start – Original Antioxidants* cereal, and *Crunchy Nut* cereal.

255.   Over the past several years, Mr. Hadley has purchased *Kellogg's Nutri-Grain* bars on multiple occasions, including *Nutri-Grain Cereal Bars*, and *Soft-Baked Breakfast Bars*.

256.   ***Kellogg's Raisin Bran* Cereals.** Over the past several years, Mr. Hadley has purchased both original *Raisin Bran* and *Raisin Bran Crunch* cereals. To the best of his recollection, Mr. Hadley has been purchasing *Kellogg's Raisin Bran* cereals since early 2012. Given plaintiff's habits, he believes he purchased a *Raisin Bran* cereal with a frequency of approximately once or twice per month. Plaintiff believes he purchased *Kellogg's Raisin Bran* cereals from locations including: (a) the Safeway located at 815 Canyon Del Rey

86

Boulevard, in Del Rey Oaks, California 93940, (b) the Wal-Mart located at 150 Beach Road, in Marina, California 93933, and (c) the Target located at 2040 California Avenue, in Sand City, California 93955. Mr. Hadley believes he last purchased a *Kellogg's Raisin Bran* cereal in approximately April or May 2016.

257.    For each *Kellogg's Raisin Bran* cereal purchased, Mr. Hadley read and decided to purchase the products in substantial part based upon Kellogg's health and wellness labeling statements discussed herein and set forth above with respect to each variety, which statements—individually, and especially in the context of the packaging as a whole—made the products seem like healthy food choices to Mr. Hadley.

258.    ***Kellogg's Frosted Mini-Wheats* Cereals.** Over the past several years, Mr. Hadley has purchased the following varieties of *Kellogg's Frosted Mini-Wheats* cereals:

        a.    *Original*

        b.    *Maple Brown Sugar*

        c.    *Strawberry*

        d.    *Bite Size – Strawberry Delight*

        e.    *Little Bites – Original*

        f.    *Little Bites – Cinnamon Roll*

        g.    *Touch of Fruit in the Middle – Mixed Berry*

259.    To the best of his recollection, Mr. Hadley has been purchasing *Kellogg's Frosted Mini-Wheats* cereals since early 2012. Given plaintiff's habits, he believes he purchased one variety or another with a frequency of approximately once per month. Plaintiff believes he purchased *Kellogg's Frosted Mini-Wheats* cereal from locations including: (a) the Safeway located at 815 Canyon Del Rey Boulevard, in Del Rey Oaks, California 93940, (b) the Wal-Mart located at 150 Beach Road, in Marina, California 93933, and (c) the Target located at 2040 California Avenue, in Sand City, California 93955. Mr. Hadley believes he last purchased a *Kellogg's Frosted Mini-Wheats* cereal in approximately February or March of 2016.

260.    For each *Kellogg's Frosted Mini-Wheats* cereal purchased, Mr. Hadley read and

decided to purchase the products in substantial part based upon Kellogg's health and wellness labeling statements discussed herein and set forth above with respect to each variety, which statements—individually, and especially in the context of the packaging as a whole—made the products seem like healthy food choices to Mr. Hadley.

261. **Kellogg's Smart Start – Original Antioxidant Cereal.** Mr. Hadley has purchased *Kellogg's Smart Start – Original* antioxidant cereal on multiple occasions, he believes from approximately fall 2014 to fall 2015, from the Safeway located at 815 Canyon Del Rey Boulevard, in Del Rey Oaks, California 93940. Given plaintiff's habits, he believes he purchased *Kellogg's Smart Start – Original Antioxidant* cereal approximately once every two months.

262. In purchasing *Kellogg's Smart Start – Original Antioxidant* cereal, Mr. Hadley read and decided to purchase the product in substantial part based upon Kellogg's health and wellness labeling statements discussed herein and set forth above with respect to each variety, which statements—individually, and especially in the context of the packaging as a whole—made the product seem like a healthy food choice to Mr. Hadley.

263. **Kellogg's Crunchy Nut Cereal.** Mr. Hadley purchased *Kellogg's Crunchy Nut* cereal on a few occasions, he believes in the summer of 2014, from the Nob Hill Foods located at 900 Lighthouse Avenue, in Monterey, California 93940.

264. In purchasing *Kellogg's Crunchy Nut* cereal, Mr. Hadley read and decided to purchase the product in substantial part based upon Kellogg's health and wellness labeling statements discussed herein and set forth above with respect to each variety, which statements—individually, and especially in the context of the packaging as a whole—made the product seem like a healthy food choice to Mr. Hadley.

265. **Kellogg's Nutri-Grain Cereal Bars.** Over the past several years, Mr. Hadley has purchased the following varieties of *Kellogg's Nutri-Grain Cereal Bars*:

     a.    *Apple Cinnamon*

     b.    *Blueberry*

     c.    *Strawberry*

d.   *Cherry*

e.   *Mixed Berry*

266.   To the best of his recollection, Mr. Hadley began purchasing *Kellogg's Nutri-Grain Cereal Bars* in early 2012. Given plaintiff's habits, he believes he purchased one variety or another with a frequency of approximately twice per month. Plaintiff believes he purchased *Nutri-Grain Cereal Bars* from locations including: (a) the Nob Hill Foods located at 900 Lighthouse Avenue, in Monterey, California 93940, (b) the Safeway located at 815 Canyon Del Rey Boulevard, in Del Rey Oaks, California 93940, (c) the Wal-Mart located at 150 Beach Road, in Marina, California 93933, and (d) the Target located at 2040 California Avenue, in Sand City, California 93955. Mr. Hadley believes he last purchased a *Nutri-Grain Cereal Bar* product in approximately spring 2015.

267.   In purchasing *Kellogg's Nutri-Grain Cereal Bars*, Mr. Hadley read and decided to purchase the products in substantial part based upon Kellogg's health and wellness labeling statements discussed herein and set forth above with respect to each variety, which statements—individually, and especially in the context of the packaging as a whole—made the products seem like a healthy food choice to Mr. Hadley.

268.   ***Kellogg's Nutri-Grain Soft-Baked Breakfast Bars.*** Mr. Hadley has purchased the following varieties of *Kellogg's Nutri-Grain Soft-Baked Breakfast Bars*:

a.   *Blueberry*

b.   *Strawberry*

c.   *Cherry*

d.   *Raspberry*

e.   *Mixed Berry*

f.   *Apple Cinnamon*

g.   *Variety Pack*

269.   Mr. Hadley believes he purchased the *Kellogg's Nutri-Grain Soft-Baked Breakfast Bars* in summer 2015, from the Safeway located at 815 Canyon Del Rey Boulevard, in Del Rey Oaks, California 93940.

270.   In purchasing *Kellogg's Nutri-Grain Soft-Baked Breakfast Bars*, Mr. Hadley read and decided to purchase the products in substantial part based upon Kellogg's health and wellness labeling statements discussed herein and set forth above with respect to each variety, which statements—individually, and especially in the context of the packaging as a whole—made the products seem like a healthy food choice to Mr. Hadley.

**B.   Plaintiff Melody DiGregorio**

271.   Plaintiff Melody DiGregorio has been a frequent cereal eater for many years. Ms. DiGregorio is relatively health-conscious. During the past several years and prior, in seeking out cereals to eat, Ms. DiGregorio has generally tried to choose healthy options, and has been willing to pay more for cereals she believes are healthy.

272.   Over the past several years, Ms. DiGregorio has purchased Kellogg's Frosted Mini-Wheats cereal, and Nutri-Grain Soft-Baked Breakfast bars, on multiple occasions.

273.   Kellogg's Frosted Mini-Wheats Cereals. As best she can recall, over the past several years, Ms. DiGregorio has purchased at least the following varieties of Kellogg's Frosted Mini-Wheats cereals: Original, Maple Brown Sugar, Blueberry, and Strawberry. Given Ms. DiGregorio's habits, she believes she purchased one variety or another with a frequency of approximately eight packages a month. Ms. DiGregorio believes she purchased Kellogg's Frosted Mini-Wheats cereal from locations including the BJ's Wholesale located at 756 NY-28 in Oneonta, NY 13820, and the Walmart located at 5054 NY-23, Oneonta, NY 13820.

274.   For each Kellogg's Frosted Mini-Wheats cereal purchased, Ms. DiGregorio read and decided to purchase the products in substantial part based upon Kellogg's health and wellness labeling statements discussed herein and set forth above, which statements—individually, and especially in the context of the packaging as a whole—made the products seem like healthy food choices to Ms. DiGregorio.

275.   Kellogg's Nutri-Grain Soft Baked Breakfast bars. As best she can recall, over the past several years, Ms. DiGregorio has purchased Kellogg's Nutri-Grain Soft Baked Breakfast bars in at least Apple Cinnamon and Cherry varieties. Given Ms. DiGregorio's

90

habits, she believes she purchased one variety or another with a frequency of at least three or four packages per month. Ms. DiGregorio believes she purchased Kellogg's Nutri-Grain Soft Baked Breakfast bars from locations including the BJ's Wholesale located at 756 NY-28 in Oneonta, NY 13820, and the Walmart located at 5054 NY-23, Oneonta, NY 13820.

276.   In purchasing Kellogg's Nutri-Grain bars, Ms. DiGregorio read and decided to purchase the products in substantial part based upon Kellogg's health and wellness labeling statements discussed herein and set forth above, which statements—individually, and especially in the context of the packaging as a whole—made the products seem like a healthy food choice to Ms. DiGregorio.

## C.   Plaintiff Eric Fishon

277.   Plaintiff Eric Fishon has been a frequent cereal eater for many years. Mr. Fishon is relatively health-conscious. During the past several years and prior, in seeking out cereals to eat, Mr. Fishon has generally tried to choose healthy options, and has been willing to pay more for cereals he believes are healthy.

278.   Over the past several years, Mr. Fishon has purchased Kellogg cereals on multiple occasions, including Raisin Bran cereals, Frosted Mini-Wheats cereals, and Smart Start – Original Antioxidants cereal.

279.   Over the past several years, Mr. Fishon has also purchased Kellogg's Nutri-Grain bars on multiple occasions, including Nutri-Grain Cereal Bars, Nutri-Grain Soft-Baked Breakfast Bars, Nutri-Grain Oat & Harvest Bars, Nutri-Grain Harvest Hearty Breakfast Bars, Nutri-Grain Fruit Crunch Crunchy Breakfast Bars, and Nutri-Grain Fruit & Nut Chewy Breakfast Bars.

280.   Kellogg's Raisin Bran Cereals. As best he can recall, over the past several years, Mr. Fishon has purchased at least original Raisin Bran, Raisin Bran Omega-3, and Raisin Bran with Cranberries cereals. To the best of his recollection, Mr. Fishon began purchasing Kellogg's Raisin Bran cereals in 2012, and continued through at least 2015. Given plaintiff's habits, he believes he purchased approximately three to four packages of Raisin Bran per month. Plaintiff believes he purchased Kellogg's Raisin Bran cereals from locations

91

1   including the Target located at 255 Pond Path, in South Setauket, New York 11720; the BJ's

2   Wholesale Club located at 1000 Old Nichols Road, in Islandia, New York 11749; the Stop &

3   Shop located at 2350 N Ocean Avenue in Farmingville, New York 11738; and the Shop Rite

4   located at 335 Nesconset Highway, Hauppauge New York, 11788.

5       281.   For each Kellogg's Raisin Bran cereal purchased, Mr. Fishon read and decided

6   to purchase the products in substantial part based upon Kellogg's health and wellness labeling

7   statements discussed herein and set forth above, which statements—individually, and

8   especially in the context of the packaging as a whole—made the products seem like healthy

9   food choices to Mr. Fishon.

10      282.   Kellogg's Frosted Mini-Wheats Cereals. As best he can recall, over the past

11  several years, Mr. Fishon has purchased at least the following varieties of Kellogg's Frosted

12  Mini-Wheats cereals: Original, Maple Brown Sugar, Blueberry, Bite Size – Blueberry

13  Muffin, Bite Size – Cinnamon Streusel, Little Bites – Chocolate, and Harvest Delights –

14  Blueberry. To the best of his recollection, Mr. Fishon began purchasing Kellogg's Frosted

15  Mini-Wheats cereals in 2010, and continued through at least 2015. Given plaintiff's habits,

16  he believes he purchased one variety or another with a frequency of approximately five

17  packages per month. Plaintiff believes he purchased Kellogg's Frosted Mini-Wheats cereal

18  from locations including the Target located at 255 Pond Path, in South Setauket, New York

19  11720; the BJ's Wholesale Club located at 1000 Old Nichols Road, in Islandia, New York

20  11749; the Stop & Shop located at 2350 N Ocean Avenue in Farmingville, New York 11738;

21  and the Shop Rite located at 335 Nesconset Highway, Hauppauge New York, 11788.

22      283.   For each Kellogg's Frosted Mini-Wheats cereal he purchased, Mr. Fishon read

23  and decided to purchase the products in substantial part based upon Kellogg's health and

24  wellness labeling statements discussed herein and set forth above, which statements—

25  individually, and especially in the context of the packaging as a whole—made the products

26  seem like healthy food choices to Mr. Fishon.

27      284.   Kellogg's Smart Start – Original Antioxidant Cereal. As best he can recall, over

28  the past several years, Mr. Fishon has purchased Kellogg's Smart Start – Original Antioxidant

cereal on multiple occasions, beginning in approximately 2012 and continuing until recently. Given Plaintiff's habits, he believes he purchased at least three to four packages of Kellogg's Smart Start – Original Antioxidant cereal per month. Plaintiff believes he purchased Kellogg's Smart Start cereal from locations including the Target located at 255 Pond Path, in South Setauket, New York 11720; the BJ's Wholesale Club located at 1000 Old Nichols Road, in Islandia, New York 11749; the Stop & Shop located at 2350 N Ocean Avenue in Farmingville, New York 11738; and the Shop Rite located at 335 Nesconset Highway, Hauppauge New York, 11788.

285.   In purchasing Kellogg's Smart Start – Original Antioxidant cereal, Mr. Fishon read and decided to purchase the product in substantial part based upon Kellogg's health and wellness labeling statements discussed herein and set forth above, which statements— individually, and especially in the context of the packaging as a whole—made the product seem like a healthy food choice to Mr. Fishon.

286.   Kellogg's Nutri-Grain bars. As best he can recall, over the past several years, Mr. Fishon has purchased several varieties and flavors of Kellogg's Nutri-Grain bars. To the best of his recollection, Mr. Fishon began purchasing Kellogg's Nutri-Grain bars in 2012. Given plaintiff's habits, he believes he purchased one variety or another with a frequency of approximately four to five packages per month. Plaintiff believes he purchased Nutri-Grain bars from locations including the Target located at 255 Pond Path, in South Setauket, New York 11720; the BJ's Wholesale Club located at 1000 Old Nichols Road, in Islandia, New York 11749; the Shop Rite located at 335 Nesconset Highway, Hauppauge New York, 11788; various 7-Eleven locations; and various Bolla Market locations.

287.   In purchasing Kellogg's Nutri-Grain bars, Mr. Fishon read and decided to purchase the products in substantial part based upon Kellogg's health and wellness labeling statements discussed herein and set forth above, which statements—individually, and especially in the context of the packaging as a whole—made the products seem like a healthy food choice to Mr. Fishon.

## D.   Plaintiff Kerry Austin

288.   Plaintiff Kerry Austin has been a frequent cereal eater for many years and considers cereal a staple in her household. Ms. Austin is relatively health-conscious and tries to make healthy purchasing decisions for herself and her family. During the past several years and prior, in seeking out cereals to eat, Ms. Austin has generally tried to choose healthy options, and has been willing to pay more for cereals she believes are healthy.

289.   Over the past several years, Ms. Austin has purchased Kellogg cereals on multiple occasions, including Raisin Bran cereals and Frosted Mini-Wheats cereals.

290.   Over the past several years, Ms. Austin has also purchased Kellogg's Nutri-Grain bars on multiple occasions, including Nutri-Grain Cereal Bars and Nutri-Grain Soft-Baked Breakfast Bars.

291.   Kellogg's Raisin Bran Cereals. As best she can recall, over the past several years, Ms. Austin has purchased Raisin Bran and Raisin Bran Crunch. Given plaintiff's habits, she believes she purchased approximately four packages of Raisin Bran and two boxes of Raisin Bran Crunch per month. Plaintiff believes she purchased Kellogg's Raisin Bran cereals from locations including the Wegmans located at 3701 Mt. Read Boulevard in Rochester, New York 14616; the Wegmans located at 525 Titus Avenue in Irondequoit, New York 14617; the Walmart located at 3800 Dewey Avenue in Rochester, New York 14616; the Walmart located at 1490 Hudson Avenue in Rochester, New York 14621; the Gates Big M located at 1520 Spencerport Road, Ste. #1 in Rochester, New York 14606; the Rank's IGA located at 201 West Ave, Canandaigua, New York, 14424; the 7-Eleven located at 436 Monroe Ave in Rochester, New York 14607; and the Herrema's Food Market located at 125 Pattonwood Drive in Rochester, New York 14617.

292.   For each Kellogg's Raisin Bran cereal purchased, Ms. Austin read and decided to purchase the products in substantial part based upon Kellogg's health and wellness labeling statements discussed herein and set forth above, which statements—individually, and especially in the context of the packaging as a whole—made the products seem like healthy food choices to Ms. Austin.

94

293.    Kellogg's Frosted Mini-Wheats Cereals. As best she can recall Ms. Austin has purchased Frosted Mini-Wheats over the past several years. Given plaintiff's habits, she believes she purchased approximately 2 packages of Frosted Mini-Wheats per month. Plaintiff believes she purchased Kellogg's Frosted Mini-Wheats cereals from locations including the Wegmans located at 3701 Mt. Read Boulevard in Rochester, New York 14616; the Wegmans located at 525 Titus Avenue in Irondequoit, New York 14617; the Walmart located at 3800 Dewey Avenue in Rochester, New York 14616; the Walmart located at 1490 Hudson Avenue in Rochester, New York 14621; the Gates Big M located at 1520 Spencerport Road, Ste. #1 in Rochester, New York 14606; the Rank's IGA located at 201 West Ave, Canandaigua, New York, 14424; the 7-Eleven located at 436 Monroe Ave in Rochester, New York 14607; and the Herrema's Food Market located at 125 Pattonwood Drive in Rochester, New York 14617.

294.    For each Kellogg's Frosted Mini-Wheats cereal purchased, Ms. Austin read and decided to purchase the products in substantial part based upon Kellogg's health and wellness labeling statements discussed herein and set forth above, which statements—individually, and especially in the context of the packaging as a whole—made the products seem like healthy food choices to Ms. Austin.

295.    Kellogg's Nutri-Grain bars. As best she can recall, Ms. Austin purchased Kellogg's Nutri-Grain Cereal Bars and Nutri-Grain Soft Baked Breakfast Bars over the past several years. Given plaintiff's habits, she believes she purchased each type of bars with a frequency of approximately four packages per month during the time the product was in the market. Plaintiff believes she purchased Nutri-Grain bars from locations including the Wegmans located at 3701 Mt. Read Boulevard in Rochester, New York 14616; the Wegmans located at 525 Titus Avenue in Irondequoit, New York 14617; the Walmart located at 3800 Dewey Avenue in Rochester, New York 14616; the Walmart located at 1490 Hudson Avenue in Rochester, New York 14621; the Gates Big M located at 1520 Spencerport Road, Ste. #1 in Rochester, New York 14606; the Rank's IGA located at 201 West Ave, Canandaigua, New York, 14424; the 7-Eleven located at 436 Monroe Ave in Rochester, New York 14607; and

the Herrema's Food Market located at 125 Pattonwood Drive in Rochester, New York 14617.

296.   In purchasing Kellogg's Nutri-Grain bars, Ms. Austin read and decided to purchase the products in substantial part based upon Kellogg's health and wellness labeling statements discussed herein and set forth above, which statements—individually, and especially in the context of the packaging as a whole—made the products seem like a healthy food choice to Ms. Austin.

**E.    Plaintiff Nafeesha Madyun**

297.   Plaintiff Nafeesha Madyun has been a frequent cereal eater for many years. Ms. Madyun is relatively health conscious. During the past several years and prior, in seeking out cereals to eat, Ms. Madyun has generally tried to choose healthy options for herself and her family, and has been willing to pay more for cereals she believes are healthy.

298.   Over the past several years, Ms. Madyun has purchased Kellogg's Raisin Bran and Frosted Mini-Wheats cereals on multiple occasions.

299.   Kellogg's Raisin Bran Cereals. As best she can recall, Ms. Madyun has purchased Raisin Bran cereal over the last several years. To the best of her recollection, Ms. Madyun believes she began purchasing Raisin Bran in around 2010. Given plaintiff's habits, she believes she purchased approximately 2 packages of Raisin Bran per month. Ms. Madyun believes she purchased Kellogg's Raisin Bran cereals from locations including the Associated Supermarkets located at 448 Malcom X Blvd. in New York, NY, 10037; the Pioneer Supermarkets located at 380 Lenox Ave in New York, NY, 10027; and the Wal-Mart located at 1 Teterboro Landing Drive in Teterboro, NJ 07608.

300.   For each Kellogg's Raisin Bran cereal purchased, Ms. Madyun read and decided to purchase the products in substantial part based upon Kellogg's health and wellness labeling statements discussed herein and set forth above, which statements—individually, and especially in the context of the packaging as a whole—made the products seem like healthy food choices to Ms. Madyun.

301.   Kellogg's Frosted Mini-Wheats Cereals. As best she can recall, Ms. Madyun has purchased Frosted Mini-Wheats over the last several years. To the best of her recollection,

Ms. Madyun began purchasing Frosted Mini-Wheats in 2010. Given Ms. Madyun's habits, she believes she purchased approximately two packages of Frosted Mini-Wheats per month. Ms. Madyun believes she purchased Kellogg's Frosted Mini-Wheats cereals from locations including the Associated Supermarkets located at 448 Malcom X Blvd. in New York, NY, 10037; the Pioneer Supermarkets located at 380 Lenox Ave in New York, NY, 10027; and the Wal-Mart located at 1 Teterboro Landing Drive in Teterboro, NJ 07608.

302.   For each Kellogg's Frosted Mini-Wheats cereal purchased, Ms. Madyun read and decided to purchase the products in substantial part based upon Kellogg's health and wellness labeling statements discussed herein and set forth above, which statements—individually, and especially in the context of the packaging as a whole—made the products seem like healthy food choices to Ms. Madyun.

*          *          *

303.   When purchasing Kellogg cereals and bars, plaintiffs were seeking products that were healthy to consume, that is, whose consumption would not increase their risk of CHD, stroke, and other morbidity.

304.   The health and wellness representations on the Kellogg cereals' and bars' packaging, however, was misleading, and had the capacity, tendency, and likelihood to confuse or confound plaintiffs and other consumers acting reasonably (including the class) because, as described in detail herein, the products are not healthy but instead their consumption increases the risk of CHD, stroke, and other morbidity.

305.   Plaintiffs are not nutritionists or food scientists, but rather lay consumers who did not have the specialized knowledge that Kellogg had regarding the nutrients present in the Kellogg cereals and bars. At the time of purchase, plaintiffs were unaware of the extent to which consuming high amounts of added sugar in any form adversely affects blood cholesterol levels and increases risk of CHD, stroke, and other morbidity, or what amount of sugar might have such an effect.

306.   Plaintiffs acted reasonably in relying on Kellogg's health and wellness marketing, which Kellogg intentionally placed on the products' labels with the intent to

97

induce average consumers into purchasing the products.

307.   Plaintiffs would not have purchased Kellogg cereals and bars if they knew that their labeling claims were false and misleading in that the products were not as healthy as represented.

308.   The Kellogg cereals and bars cost more than similar products without misleading labeling, and would have cost less absent the misleading health and wellness claims. If Kellogg were enjoined from making the misleading claims, the market demand and price for its cereals and bars would drop, as it has been artificially and fraudulently inflated due to Kellogg's use of deceptive health and wellness labeling.

309.   Plaintiffs paid more for the Kellogg cereals and bars, and would only have been willing to pay less, or unwilling to purchase them at all, absent the misleading labeling statements complained of herein.

310.   For these reasons, the Kellogg cereals and bars were worth less than what plaintiffs paid for them, and may have been worth nothing at all.

311.   Instead of receiving products that had actual healthful qualities, the products plaintiffs received were not healthy, but rather their consumption causes increased risk of CHD, stroke, and other morbidity.

312.   Plaintiffs lost money as a result of Kellogg's deceptive claims and practices in that he did not receive what he paid for when purchasing the Kellogg cereals and bars.

313.   Plaintiffs detrimentally altered their positions and suffered damages in an amount equal to the amount they paid for the products.

## CLASS ACTION ALLEGATIONS

314.   Pursuant to Fed. R. Civ. P. 23, plaintiffs seek to represent a class comprised of subclasses all persons in California and New York who, on or after August 29, 2012 in California, and May 28, 2015 in New York (the "Class Period"), purchased, for household use and not for resale or distribution, one of the Kellogg high-sugar cereals or bars challenged in this lawsuit.

315.   The members in the proposed class and subclass are so numerous that individual

joinder of all members is impracticable, and the disposition of the claims of all class members in a single action will provide substantial benefits to the parties and Court. Fed. R. Civ. P. 23(a)(1).

316. Questions of law and fact common to plaintiffs and the class (Fed. R. Civ. P. 23(a)(2) include, without limitation:

a. Whether the challenged Kellogg cereals and bars contain sufficient added sugar to contribute substantially to the excessive consumption of added sugar;

b. Whether the excessive consumption of added sugar presents significant health risks;

c. Whether, if the former questions of fact are answered in the affirmative, this renders misleading to the reasonable consumer Kellogg's use of health and wellness claims on the packaging of the certain high-sugar cereals and bars;

d. Whether the challenged Kellogg health and wellness claims were material;

e. Whether Kellogg made any statement it knew or should have known was false or misleading;

f. Whether Kellogg maintained a longstanding marketing policy, practice, and strategy of selling high-sugar cereals with health and wellness claims;

g. Whether any of Kellogg's practices were immoral, unethical, unscrupulous, or substantially injurious to consumers;

h. Whether the utility of any of Kellogg's practices, if any, outweighed the gravity of the harm to its victims;

i. Whether Kellogg's conduct violated public policy, including as declared by specific constitutional, statutory or regulatory provisions;

j. Whether the consumer injury caused by Kellogg's conduct was substantial, not outweighed by benefits to consumers or competition, and not one consumers themselves could reasonably have avoided;

k. Whether Kellogg's conduct or any of its acts or practices violated

the California False Advertising Law, Cal. Bus. & Prof. Code §§ 17500 *et seq.*, the California Consumers Legal Remedies Act, Cal. Civ. Code §§ 1750 *et seq.*, the Federal Food, Drug, and Cosmetic Act, 28 U.S.C. §§ 301 *et seq.*, and its implementing regulations, 21 C.F.R. §§ 101 *et seq.*, the California Sherman Food, Drug, and Cosmetic Law, Cal. Health & Safety Code §§ 109875, *et seq.*, the New York Agriculture and Marketing Law, or any other regulation, statute, or law or any other regulation, statute, or law;

l.      Whether Kellogg's policies, acts, and practices with respect to the Kellogg cereals and bars were designed to, and did result in the purchase and use of the products by the class members primarily for personal, family, or household purposes;

m.      Whether Kellogg represented that its high-sugar cereals and bars have characteristics, uses, or benefits which they do not have, within the meaning of Cal. Civ. Code § 1770(a)(5);

n.      Whether Kellogg represented that its high-sugar cereals and bars are of a particular standard, quality, or grade, when they were really of another, within the meaning of Cal. Civ. Code § 1770(a)(7);

o.      Whether Kellogg advertised its high-sugar cereals and bars with the intent not to sell it as advertised, within the meaning of Cal. Civ. Code § 1770(a)(9);

p.      Whether Kellogg represented that its high-sugar cereals and bars have been supplied in accordance with a previous representation when it has not, within the meaning of Cal. Civ. Code § 1770(a)(16);

q.      Whether through the challenged labels and advertising, Kellogg made affirmations of fact or promises, or descriptions of the goods;

r.      Whether Kellogg's affirmations of fact or promises, or descriptions of the goods became part of the basis of the bargain for the Class's purchases;

s.      Whether Kellogg failed to provide the goods in conformation with its affirmations of fact, promises, and descriptions of the goods;

t.      The proper equitable and injunctive relief;

u.      The proper amount of restitution or disgorgement;

v.      The proper amount of reasonable litigation expenses and

100

attorneys' fees.

317.  Plaintiffs' claims are typical of class members' claims in that they are based on the same underlying facts, events, and circumstances relating to Kellogg's conduct. Fed. R. Civ. P. 23(a)(3).

318.  Plaintiffs will fairly and adequately represent and protect the interests of the class, have no interests incompatible with the interests of the class, and have retained counsel competent and experienced in class action, consumer protection, and false advertising litigation, including within the food industry.

319.  Class treatment is superior to other options for resolution of the controversy because the relief sought for each class member is small such that, absent representative litigation, it would be infeasible for class members to redress the wrongs done to them.

320.  Questions of law and fact common to the class predominate over any questions affecting only individual class members.

321.  As a result of the foregoing, class treatment is appropriate under Fed. R. Civ. P. 23(a), (b)(2), and (b)(3), and may be appropriate for certification "with respect to particular issues" under Rule 23(b)(4).

## CAUSES OF ACTION

### FIRST CAUSE OF ACTION

### VIOLATIONS OF THE CALIFORNIA FALSE ADVERTISING LAW,

### CAL. BUS. & PROF. CODE §§ 17500 *ET SEQ.*

### (on behalf of the California Subclass)

322.  Plaintiffs reallege and incorporate the allegations elsewhere in the Complaint as if fully set forth herein.

323.  The FAL prohibits any statement in connection with the sale of goods "which is untrue or misleading," Cal. Bus. & Prof. Code § 17500.

324.  Kellogg's use of health and wellness advertising for cereal and bar products that contain substantial amounts of added sugar is deceptive in light of the strong evidence that excessive sugar consumption greatly increases risk of chronic disease.

101

325.   Kellogg knew, or reasonably should have known, that the challenged health and wellness claims were untrue or misleading.

<div align="center">

**SECOND CAUSE OF ACTION**

**VIOLATIONS OF THE CALIFORNIA CONSUMERS LEGAL REMEDIES ACT, CAL. CIV. CODE §§ 1750 *ET SEQ*.**

**(on behalf of the California Subclass)**

</div>

326.   Plaintiffs reallege and incorporate the allegations elsewhere in the Complaint as if fully set forth herein.

327.   The CLRA prohibits deceptive practices in connection with the conduct of a business that provides goods, property, or services primarily for personal, family, or household purposes.

328.   Kellogg's policies, acts, and practices were designed to, and did, result in the purchase and use of the products primarily for personal, family, or household purposes, and violated and continue to violate the following sections of the CLRA:

   a.   § 1770(a)(5): representing that goods have characteristics, uses, or benefits which they do not have;

   b.   § 1770(a)(7): representing that goods are of a particular standard, quality, or grade if they are of another;

   c.   § 1770(a)(9): advertising goods with intent not to sell them as advertised; and

   d.   § 1770(a)(16): representing the subject of a transaction has been supplied in accordance with a previous representation when it has not.

329.   In compliance with Cal. Civ. Code § 1782, plaintiffs sent written notice to Kellogg of their claims, but Kellogg failed, after 30 days, to satisfy plaintiffs' demands or to rectify the behavior. Accordingly, plaintiffs, on behalf of themselves and the class, seek injunctive relief, restitution, statutory damages, compensatory damages, punitive damages, and reasonable attorneys' fees and costs.

330.   In compliance with Cal. Civ. Code § 1782(d), an affidavit of venue was filed

<div align="center">102</div>

concurrently with the original Complaint.

## THIRD CAUSE OF ACTION

## VIOLATIONS OF THE CALIFORNIA UNFAIR COMPETITION LAW,

## CAL. BUS. & PROF. CODE §§ 17200 *ET SEQ.*

### (on behalf of the California Subclass)

331.    Plaintiffs reallege and incorporate the allegations elsewhere in the Complaint as if fully set forth herein.

332.    The UCL prohibits any "unlawful, unfair or fraudulent business act or practice," Cal. Bus. & Prof. Code § 17200.

### Fraudulent

333.    Kellogg's use of the challenged health and wellness claims on products containing high amounts of added sugar is likely to deceive reasonable consumers.

### Unfair

334.    Kellogg's conduct with respect to the labeling, advertising, and sale of high-sugar cereals and bars was unfair because Kellogg's conduct was immoral, unethical, unscrupulous, or substantially injurious to consumers and the utility of its conduct, if any, does not outweigh the gravity of the harm to its victims.

335.    Kellogg's conduct with respect to the labeling, advertising, and sale of high-sugar cereals and bars was also unfair because it violated public policy as declared by specific constitutional, statutory or regulatory provisions, including the False Advertising Law, the Federal Food, Drug, and Cosmetic Act, and the California Sherman Food, Drug, and Cosmetic Law.

336.    Kellogg's conduct with respect to the labeling, advertising, and sale of high-sugar cereals and bars was also unfair because the consumer injury was substantial, not outweighed by benefits to consumers or competition, and not one consumers themselves could reasonably have avoided.

### Unlawful

337.    The acts alleged herein are "unlawful" under the UCL in that they violate the

following laws:

        a.    The False Advertising Law, Cal. Bus. & Prof. Code §§ 17500 *et seq.*;

        b.    The Consumers Legal Remedies Act, Cal. Civ. Code §§ 1750 *et seq.*; and

        c.    The Federal Food, Drug, and Cosmetic Act, 28 U.S.C. §§ 301 *et seq.*, and its implementing regulations, 21 C.F.R. §§ 101 *et seq.*; and

        d.    The California Sherman Food, Drug, and Cosmetic Law, Cal. Health & Safety Code §§ 109875, *et seq.*

## FOURTH CAUSE OF ACTION

### Unfair & Deceptive Business Practices in Violation of N.Y. Gen. Bus. L. § 349
### (on behalf of the New York Subclass)

338.    Plaintiffs reallege and incorporate the allegations elsewhere in the Complaint as if fully set forth herein.

339.    Kellogg's conduct constitutes deceptive acts or practices or false advertising in the conduct of business, trade or commerce or on the furnishing of services in New York which affects the public interest under N.Y. Gen. Bus. L. § 349.

340.    As alleged herein, Kellogg's use of health and wellness advertising for cereal and snack bar products that contain substantial amounts of added sugar is deceptive in light of the strong evidence that excessive sugar consumption greatly increases risk of chronic disease.

341.    As alleged herein, by misbranding the high-sugar products bearing health and wellness claims, Kellogg engaged in, and continues to engage in, deceptive acts and practices.

342.    Kellogg's conduct was materially misleading to plaintiffs and the class.

343.    During the class period, Kellogg carried out a plan, scheme and course of conduct which was consumer oriented.

344.    As a direct and proximate result of Kellogg's violation of N.Y. Gen. Bus. L. § 349, plaintiffs and the class were injured and suffered damages.

345.    The injuries to plaintiffs and the class were foreseeable to Kellogg and, thus Kellogg's actions were unconscionable and unreasonable.

346.   Kellogg is liable for damages sustained by plaintiffs and the class to the maximum extent allowable under N.Y. Gen. Bus. L. § 349.

## FIFTH CAUSE OF ACTION

### False Advertising in Violation of N.Y. Gen. Bus. L. § 350

### (on behalf of the New York Subclass)

347.   Plaintiffs reallege and incorporate the allegations elsewhere in the Complaint as if fully set forth herein.

348.   Kellogg has engaged and is engaging in consumer-oriented conduct which is deceptive or misleading in a material way, constituting false advertising in the conduct of any business, trade, or commerce, in violation of N.Y. Gen. Bus. L. § 350.

349.   As a result of Kellogg's false advertising, plaintiffs and the class have suffered and continue to suffer substantial injury, including damages, which would not have occurred but for the false and deceptive advertising, and which will continue to occur unless Kellogg is permanently enjoined by this Court.

350.   Plaintiffs, on behalf of themselves and other class members, seek an Order enjoining Kellogg's fraudulent acts and practices, and awarding damages to the maximum extent allowable under N.Y. Gen. Bus. L. § 350.

## SIXTH CAUSE OF ACTION

### Fraud

### (on behalf of the California and New York Subclasses)

351.   Plaintiffs reallege and incorporate the allegations elsewhere in the Complaint as if fully set forth herein.

352.   Kellogg made material false representations of fact to plaintiffs and class members through the health and wellness advertising it used for its high-sugar cereal and bar products.

353.   Kellogg also made material false representations of fact through omission, including for example by not disclosing that excessive sugar consumption greatly increases

risk of chronic disease, and that the amount of sugar in the cereals and snack bars at issue is high.

354.   Kellogg made such material factual false representations with knowledge of their falsity and with the intent to induce plaintiffs' and class members' reliance thereon.

355.   Plaintiffs and class members justifiably relied on the truthfulness of Kellogg's material factual representations, which they did not know were false.

356.   As a result of Kellogg's material factual misrepresentations, plaintiffs and class members suffered injury, and continue to suffer injury, including damages.

357.   Plaintiffs, on behalf of themselves and other class members, seek an Order enjoining Kellogg's fraudulent acts and practices, and awarding actual damages.

## SEVENTH CAUSE OF ACTION

### Intentional Misrepresentation & Fraud in Violation of N.Y. C.P.L.R. 213

### (on behalf of the New York Subclass)

358.   Plaintiffs reallege and incorporate the allegations elsewhere in the Complaint as if fully set forth herein.

359.   Kellogg has engaged in and is engaging in intentional misrepresentation resulting in fraud in violation of N.Y. C.P.L.R. 213.

360.   Kellogg represented to the public, including to plaintiffs and the class, that the health and wellness claims made on its high-sugar cereal and bar products were true.

361.   Kellogg's representations were false and misleading.

362.   At the time Kellogg made statements or representations regarding the health and wellness qualities of its high-sugar cereal and bar products, Kellogg knew that the statements and representations were false and misleading.

363.   Kellogg made the misrepresentations alleged herein with the intention of inducing and persuading plaintiffs and the class to purchase its high-sugar cereals and snack bars.

364.   Kellogg further withheld and omitted material information about its high-sugar cereals and snack bars with the intention of inducing and persuading plaintiffs and the class to purchase the products.

365.   Plaintiffs and the class, by purchasing Kellogg's high-sugar cereals and bars, reasonably relied on Kellogg's false and misleading statements and misrepresentations, and on the absence of the material information that Kellogg deceptively omitted.

366.   As a direct and proximate result of Kellogg's intentional misrepresentations and deceptive omissions, plaintiffs and the class were induced to pay a premium for the high-sugar cereal and bar products.

367.   Plaintiffs and the class were damaged through their purchase and use of the high-sugar cereal and bar products.

368.   Plaintiffs' and the class members' reliance on Kellogg's statements and representations of the nature and characteristics of the high-sugar cereal and bar products was reasonable. As a result, Kellogg is guilty of malice, oppression, and fraud, and plaintiffs and the class are therefore entitled to recover exemplary or punitive damages.

## EIGHTH CAUSE OF ACTION

### Negligent Misrepresentation

### (on behalf of the California and New York Subclasses)

369.   Plaintiffs reallege and incorporate the allegations elsewhere in the Complaint as if fully set forth herein.

370.   Kellogg misrepresented to plaintiffs and the class the health and wellness benefits of its high-sugar products, and omitted material facts concerning the strong evidence that excessive sugar consumption greatly increases risk of chronic disease.

371.   Kellogg owed a duty to plaintiffs and the class to exercise reasonable care when issuing statements or disclosures regarding its high-sugar cereals and snack bars' health and wellness benefits.

372.   Kellogg's statements and disclosures regarding the health and wellness benefits of its high-sugar cereals and snack bars products were likely to deceive plaintiffs and the class.

373.   Kellogg's omissions of material information were likely to deceive plaintiffs and the class in that, had Kellogg not omitted such material information, the disclosure of that information would have resulted in plaintiffs and the class acting differently, for example, not purchasing the high-sugar cereals and snack bars.

374.   Kellogg's claims have influenced or are likely to influence future decisions of consumers and the buying public. Plaintiffs and the class, by purchasing the Kellogg cereals and snack bars, reasonably acted in reliance on the truth of Kellogg's representations, and the absence of the material information that Kellogg deceptively omitted.

As a direct and proximate result of plaintiffs' and the class members' reliance upon the representations made by Kellogg, plaintiffs and the class have sustained damages and ascertainable loss.

## NINTH CAUSE OF ACTION

### Unjust Enrichment

### (on behalf of the California and New York Subclasses)

375.   Plaintiffs reallege and incorporate the allegations elsewhere in the Complaint as if fully set forth herein.

376.   By means of its material misconduct as set forth herein, Kellogg induced plaintiffs and the class to purchase the high-sugar cereal and bar products at a premium to their actual value, and to similar products that do not make the same health and wellness claims.

377.   As a consequence of this misconduct, plaintiffs and the class spent money they would not otherwise have been willing to spend absent the misrepresentations and misconduct by Kellogg.

378.   By virtue of the foregoing, Kellogg has been unjustly enriched in an amount to be determined with respect to plaintiffs and the class, to the extent that Kellogg has received

108

and kept revenues collected from the sale of the cereals and snack bars, which Kellogg would not have received absent its misconduct.

## TENTH CAUSE OF ACTION

### Restitution

### (on behalf of the California and New York Subclasses)

379.   Plaintiffs reallege and incorporate the allegations elsewhere in the Complaint as if fully set forth herein.

380.   By virtue of deceptive and unlawful business practices, Kellogg charged and received payment for the high-sugar cereals and snack bars. Kellogg should not be permitted to retain those payments in equity and good conscience, as those payments were obtained in contravention of the law. To permit Kellogg to retain those payments would wrongfully confer a benefit upon Kellogg at the expense of plaintiffs and the class.

392.   Under the circumstances, it would be inequitable for Kellogg to retain these ill-gotten benefits, and therefore restitution to plaintiffs and the class is warranted.

## ELEVENTH CAUSE OF ACTION

### Breach of Express Warranty

### (on behalf of the California and New York Subclasses)

381.   Plaintiffs reallege and incorporate the allegations elsewhere in the Complaint as if set forth in full herein.

382.   Through the labels of high-sugar Kellogg products bearing health and wellness claims, Kellogg made affirmations of fact or promises, and made descriptions of goods, which formed part of the basis of the bargain, in that plaintiffs and the class purchased the products in reasonable reliance on those statements. Cal. Com. Code § 2313(1).

383.   These affirmations and descriptions include, for each challenged product:

    a.    *Raisin Bran*

        •    "HEART HEALTHY"

        •    "DOES YOUR HEART GOOD"

*Hadley et al. v. Kellogg Sales Company*, Case No.: 5:16-cv-04955-LHK (HRL)
THIRD AMENDED CLASS ACTION COMPLAINT

1

- "Whole grains can support a healthy lifestyle"

2

- "Start with a healthy spoonful"

3

- "Invest in your health invest in yourself"

4

5

- "Fiber, like brand fiber, plays a very important part in your digestive health and overall well-being"

6

- "BREAKFAST **BRAINPOWER**"

7

b.   *Raisin Bran Crunch*

8

- "HEART HEALTHY"

9

- "Start with a healthy spoonful"

10

11

- "Invest in your health invest in yourself"

12

- "with a Touch of Golden Honey"

13

c.   *Frosted Mini-Wheats – Original*

14

- "nutritious"

15

- "LIGHTLY SWEETENED"

16

d.   *Frosted Mini-Wheats – Maple Brown Sugar*

17

- "LIGHTLY SWEETENED"

18

- "help[s] keep you full and focused all morning"

19

e.   *Frosted Mini-Wheats – Strawberry*

20

- "LIGHTLY SWEETENED"

21

- "help[s] keep you full and focused all morning"

22

f.   *Frosted Mini-Wheats – Blueberry*

23

- "UNBELIEVABLY NUTRITIOUS"

24

- "LIGHTLY SWEETENED"

25

- "help[s] keep you full and focused all morning"

26

g.   *Frosted Mini-Wheats Big Bite – Original*

27

- "UNBELIEVABLY NUTRITIOUS"

28

- "Foods high in fiber help support good health."

1                             •     "LIGHTLY SWEETENED"

2                             •     "help[s] keep you full and focused all morning"

3        h.     *Frosted Mini-Wheats Little Bites – Chocolate*

4                             •     "Nutritious"

5                             •     "LIGHTLY SWEETENED"

6                             •     "help[s] keep you full and focused all morning"

7        i.     *Frosted Mini-Wheats Little Bites – Cinnamon Roll*

8                             •     "LIGHTLY SWEETENED"

9                             •     "keeps 'em full. Keeps 'em focused."

10       j.     *Frosted Mini-Wheats Touch of Fruit in the Middle – Mixed Berry*

11                            •     "LIGHTLY SWEETENED"

12                            •     "help you stay full and focused"

13                            •     "keep you full all morning"

14       k.     *Frosted Mini-Wheats Touch of Fruit in the Middle – Raspberry*

15                            •     "LIGHTLY SWEETENED"

16                            •     "Lightly Frosted"

17                            •     "Good for You!"

18                            •     "help[s] keep you full and focused all morning"

19       l.     *Frosted Mini-Wheats Harvest Delights – Blueberry with Vanilla Drizzle*

20                            •     "Positively Nutritious"

21                            •     "Just the right amount of sweetness"

22      m.     *Frosted Mini-Wheats Harvest Delights – Cranberry with Yogurt Drizzle*

23                            •     "Positively Nutritious"

24                            •     "Just the right amount of sweetness"

25       n.     *Smart Start – Original Antioxidants*

26                            •     "HEART HEALTHY"

27                            •     "SMART START"

28                            •     "Start with a healthy spoonful"

*Hadley et al. v. Kellogg Sales Company*, Case No.: 5:16-cv-04955-LHK (HRL)
THIRD AMENDED CLASS ACTION COMPLAINT

1            •    "Invest in your health invest in yourself"

2            •    "Lightly sweetened"

3            •    "NUTRIENTS FOR EVERY DAY"

4            •    "nutrients our bodies want"

5      o.    *Crunchy Nut*

6            •    "Drizzled with Honey"

7            •    "nutritious"

8            •    "BREAKFAST **BRAINPOWER**"

9      p.    *Nutri-Grain Cereal Bars – Apple Cinnamon*

10            •    "MORE of the WHOLE GRAINS Your Body Needs"

11            •    "ONE GOOD DECISION CAN LEAD TO ANOTHER"

12            •    "Wholesome Fiber"

13            •    "Whole Grains | Wholesome Fiber | Real Fruit / Take care of *you*"

14            •    "No High Fructose Corn Syrup"

15            •    "Nutri-Grain / Eat Better All Day"

16      q.    *Nutri-Grain Cereal Bars – Blueberry*

17            •    "No High Fructose Corn Syrup"

18            •    "Wholesome Fiber"

19            •    "Whole Grains | Wholesome Fiber | Real Fruit / Take care of *you*"

20      r.    *Nutri-Grain Cereal Bars – Strawberry*

21            •    "No High Fructose Corn Syrup"

22            •    "Wholesome Fiber"

23      s.    *Nutri-Grain Cereal Bars – Cherry*

24            •    "No High Fructose Corn Syrup"

25            •    "Wholesome Fiber"

26      t.    *Nutri-Grain Cereal Bars – Mixed Berry*

27            •    "MORE of the WHOLE GRAINS Your Body Needs"

28            •    "ONE GOOD DECISION CAN LEAD TO ANOTHER"

- "Wholesome Fiber"
- "Whole Grains | Wholesome Fiber | Real Fruit / Take care of *you*"
- "No High Fructose Corn Syrup"
- "Nutri-Grain / Eat Better All Day"

u.  *Nutri-Grain Cereal Bars – Strawberry Greek Yogurt*

- "Wholesome Fiber"

v.  *Nutri-Grain Soft-Baked Breakfast Bars – Blueberry*

- "Rise & Thrive / WITH NUTRI-GRAIN SOFT-BAKED BREAKFAST BAR, THE WHOLESOME GOODNESS YOU NEED TO SHINE YOUR BRIGHTEST!"
- "No High Fructose Corn Syrup"

w.  *Nutri-Grain Soft-Baked Breakfast Bars – Strawberry*

- "Rise & Thrive / WITH NUTRI-GRAIN SOFT-BAKED BREAKFAST BAR, THE WHOLESOME GOODNESS YOU NEED TO SHINE YOUR BRIGHTEST!"
- "No High Fructose Corn Syrup"

x.  *Nutri-Grain Soft-Baked Breakfast Bars – Cherry*

- "Rise & Thrive / WITH NUTRI-GRAIN SOFT-BAKED BREAKFAST BAR, THE WHOLESOME GOODNESS YOU NEED TO SHINE YOUR BRIGHTEST!"

y.  *Nutri-Grain Soft-Baked Breakfast Bars – Raspberry*

- "Whole Grains | Wholesome Fiber | Real Fruit / Take care of *you*"

z.  *Nutri-Grain Soft-Baked Breakfast Bars – Variety Pack*

- "Rise & Thrive / WITH NUTRI-GRAIN SOFT-BAKED BREAKFAST BAR, THE WHOLESOME GOODNESS YOU NEED TO SHINE YOUR BRIGHTEST!"
- "No High Fructose Corn Syrup"

aa.  *Nutri-Grain Fruit & Oat Harvest Bars – Blueberry*

113

- "WHOLESOME SATISFACITON / Mornings can be unpredictable. You don't have time to do everything you want, let alone eat something wholesome, so that's why we crated *Nutri-Grain Fruit & Oat Harvest*"
- "No High Fructose Corn Syrup"

bb. *Nutri-Grain Fruit & Oat Harvest Bars – Country Strawberry*

- "WHOLESOME SATISFACITON / Mornings can be unpredictable. You don't have time to do everything you want, let alone eat something wholesome, so that's why we crated *Nutri-Grain Fruit & Oat Harvest*"
- "No High Fructose Corn Syrup"

cc. *Nutri-Grain Harvest Hearty Breakfast Bars – Blueberry Bliss*

- "Rise & Thrive / WITH NUTRI-GRAIN SOFT-BAKED BREAKFAST BAR, THE WHOLESOME GOODNESS YOU NEED TO SHINE YOUR BRIGHTEST!"
- "No High Fructose Corn Syrup"

384. Kellogg breached its express warranties by selling products that do not meet the above affirmations and product descriptions because they are not healthy, and not heart healthy, but in fact detrimentally affect health, increasing risk of CHD, stroke, and other morbidity.

385. That breach actually and proximately caused injury in the form of the lost purchase price that plaintiffs and class members paid for the high-sugar Kellogg products bearing health and wellness claims.

386. Plaintiffs notified Kellogg of the breach prior to filing the lawsuit and prior to asserting a claim for breach, but Kellogg failed to rectify the breach.

387. As a result, plaintiffs seek, on behalf of themselves and other class members, actual damages arising as a result of Kellogg's breaches of express warranty.

*Hadley et al. v. Kellogg Sales Company*, Case No.: 5:16-cv-04955-LHK (HRL)
THIRD AMENDED CLASS ACTION COMPLAINT

# TWELFTH CAUSE OF ACTION

## Breach of Implied Warranty of Merchantability

### (on behalf of the California and New York Subclasses)

388.   Plaintiffs reallege and incorporate the allegations elsewhere in the Complaint as if set forth in full herein.

389.   Kellogg, through its acts and omissions set forth herein, in the sale, marketing and promotion of high-sugar Kellogg products bearing health and wellness claims, made representations to plaintiffs and the class that, among other things, the products are healthy. Plaintiffs and the Class bought high-sugar products bearing health and wellness claims manufactured, advertised, and sold by Kellogg as described herein.

390.   Kellogg is a merchant with respect to the goods of this kind which were sold to plaintiffs and the class, and there was, in the sale to plaintiffs and other consumers, an implied warranty that those goods were merchantable.

391.   However, Kellogg breached that implied warranty in that Kellogg high-sugar products bearing health and wellness claims are not healthy, as set forth in detail herein.

392.   As an actual and proximate result of Kellogg's conduct, plaintiffs and the class did not receive goods as impliedly warranted by Kellogg to be merchantable in that they did not conform to promises and affirmations made on the container or label of the goods.

393.   Plaintiffs notified Kellogg of the breach prior to filing the lawsuit and prior to asserting a claim for breach, but Kellogg failed to rectify the breach.

394.   As a result, plaintiffs seek, on behalf of themselves and other class members, actual damages arising as a result of Kellogg's breaches of implied warranty.

395.

## **PRAYER FOR RELIEF**

396.   Wherefore, plaintiffs, on behalf of themselves, all others similarly situated, and the general public, prays for judgment against Kellogg as to each and every cause of action, and the following remedies:

a.      An Order certifying this as a class action, appointing plaintiffs and their

counsel to represent the class, and requiring Kellogg to pay the costs of class notice;

b.    An Order enjoining Kellogg from labeling, advertising, or packaging its high-sugar cereals and bars identified herein with the challenged health and wellness statements identified herein;

c.    An Order compelling Kellogg to conduct a corrective advertising campaign to inform the public that its high-sugar cereals and bars were deceptively marketed;

d.    An Order enjoining Kellogg's longstanding policy, practice, and strategy of marketing high-sugar cereals, bars, and other foods with misleading health and wellness claims;

e.    An Order requiring Kellogg to pay restitution to restore funds acquired by means of any act or practice declared by this Court to be an unlawful, unfair, or fraudulent business act or practice, untrue or misleading advertising, or a violation of the UCL, FAL, or CLRA;

f.    An Order requiring Kellogg to pay all statutory, compensatory, and punitive damages permitted under the causes of action alleged herein;

g.    An Order requiring Kellogg to disgorge or return all monies, revenues, and profits obtained by means of any wrongful or unlawful act or practice;

h.    Pre- and post-judgment interest;

i.    Costs, expenses, and reasonable attorneys' fees; and

j.    Any other and further relief the Court deems necessary, just, or proper.

## JURY DEMAND

397.   Plaintiffs hereby demand a trial by jury on all issues so triable.

Dated: October 21, 2019        /s/ Jack Fitzgerald

**THE LAW OFFICE OF JACK FITZGERALD, PC**
JACK FITZGERALD
*jack@jackfitzgeraldlaw.com*
TREVOR M. FLYNN
*trevor@jackfitzgeraldlaw.com*
MELANIE PERSINGER
*melanie@jackfitzgeraldlaw.com*
Hillcrest Professional Building

3636 4th Ave., Ste. 202
San Diego, CA 92103
Phone: (619) 692-3840

**JACKSON & FOSTER, LLC**
SIDNEY W. JACKSON, III
*sid@jacksonfosterlaw.com*
75 St. Michael Street
Mobile, Alabama 36602
Phone: (251) 433-6699
Fax: (251) 433-6127

***Counsel for Plaintiffs***

*Hadley et al. v. Kellogg Sales Company*, Case No.: 5:16-cv-04955-LHK (HRL)
THIRD AMENDED CLASS ACTION COMPLAINT