1 | **THE LAW OFFICE OF JACK FITZGERALD, PC**
2 | JACK FITZGERALD (SBN 257370)
   | *jack@jackfitzgeraldlaw.com*
3 | TREVOR M. FLYNN (SBN 253362)
   | *trevor@jackfitzgeraldlaw.com*
4 | MELANIE PERSINGER (SBN 275423)
   | *melanie@jackfitzgeraldlaw.com*
5 | Hillcrest Professional Building
   | 3636 Fourth Avenue, Suite 202
6 | San Diego, California 92103
   | Phone: (619) 692-3840
7 | Fax: (619) 362-9555

8 | **JACKSON & FOSTER, LLC**
9 | SIDNEY W. JACKSON, III (*pro hac vice*)
   | 75 St. Michael Street
10 | Mobile, Alabama 36602
   | Phone: (251) 433-6699
11 | Fax: (251) 433-6127

12 | ***Counsel for Plaintiffs & the Settlement Class***

13

14 | **UNITED STATES DISTRICT COURT**
15 | **NORTHERN DISTRICT OF CALIFORNIA**

16 | STEPHEN HADLEY, MELODY DIGREGORIO,
17 | ERIC FISHON, KERRY AUSTIN, and
   | NAFEESHA MADYUN, on behalf of themselves,
18 | all others similarly situated, and the general public,

Case No. 5:16-cv-04955-LHK

19 | Plaintiffs,

**DECLARATION OF JACK FITZGERALD IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL**

20 | v.

21 | KELLOGG SALES COMPANY,

Judge:      Hon. Lucy H. Koh
Date:       March 12, 2020
Time:       1:30 p.m.
Location:   Courtroom 8 – 4th Floor

22 | Defendant.

23
24
25
26
27
28

I, Jack Fitzgerald, declare:

1.     I am a member in good standing of the State Bars of California and New York; and of the United States District Courts for the Northern, Central and Southern Districts of California, the Southern and Eastern Districts of New York, and the Western District of Wisconsin; and of the United States Courts of Appeal for the Second, Eight, and Ninth Circuits. I make this declaration based on my own personal knowledge, in support of Plaintiffs' Motion for Preliminary Approval.

**The Settlement Agreement**

2.     Attached hereto as <u>Exhibit A</u> is the parties' executed Settlement Agreement.

**Background & Early Investigation**

3.     I began researching the basic factual and legal theory underlying this case in approximately February 2015, when I started poring over the scientific evidence in great detail. I also set up a meeting with Dr. Robert Lustig, to help me understand more about the science concerning added sugar and discuss his possible eventual participation in the actions. In total, between February 2015 and the time I filed the suits in August 2016, I spent approximately 110 hours researching and drafting the Complaints and otherwise developing the cases.[1]

4.     After filing the cases, one defendant expressed an interest in a potential early resolution. In order to best position ourselves to negotiate for the putative class, we commissioned a focus group exercise to determine how the San Franciscans making up the jury pool for the case might react to the claims and defenses. The group was run as a loose "mock trial," in which a neutral moderator who we hired presented to the group both the plaintiffs' claims, and the defenses that *any* of the cereal manufacturers had by then asserted in various filings. The group was asked to discuss the issues, and eventually to deliberate and, if making a liability determination, to determine damages. We presented the results of the exercise to the defendant and negotiated, but the case did not settle. Nevertheless, the exercise was instructive in providing an insight into the mindset of consumers confronted with the products at issue in this case, and information about their added sugar content.

5.     That exercise concerned a different manufacturer and was not designed to be especially

---

[1] As I discuss further below, for purposes of calculating lodestar, I apportion one-third of that time to this case, as I filed cases against Post and General Mills on the same day, based on that work.

1

*Hadley et al. v. Kellogg Sales Company*, No. 16-cv-4955-LHK
DECLARATION OF JACK FITZGERALD IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL

scientific. Knowing we would need reliable, scientifically-rigorous damages studies for this action, after consulting with survey expert Steven Gaskin, we decided to dedicate some resources to better understanding cereal consumers and the cereal market. To that end, Mr. Gaskin and his team conducted sixteen lengthy interviews over the course of two days. These interviews were detailed. In the interview room, Mr. Gaskin and his team set up a mock store shelf containing dozens of cereals, as would appear in a supermarket, and had subjects "shop" as they normally do. He also had them pour bowls of cereal and measured their consumption, then compared it with them to the cereals' serving sizes. I attended one day of these interview sessions (where I observed from behind a two-way mirror). The information we learned through this exercise became invaluable throughout the case in numerous ways, for example helping to shape Plaintiffs' damages studies, document requests, deposition outlines, among other things.

**Fact and Expert Discovery**

6. As the Court is aware, Fact and expert discovery in this action was extensive, as detailed below. The following table summarizes the parties' written discovery on each other.

| Date | Propounding Party | Discovery | Response Date(s) |
|------|-------------------|-----------|------------------|
| September 22, 2016 | Plaintiff | 1st Document Requests | September 22, 2017 |
| August 23, 2017 | Plaintiff | 1st Interrogatories | September 22, 2017<br>October 18, 2017<br>October 27, 2017 |
| October 17, 2017 | Plaintiff | 2nd Interrogatories | November 16, 2017 |
| December 18, 2017 | Plaintiff | 2nd Document Requests | January 17, 2018 |
| December 18, 2017 | Plaintiff | 3rd Interrogatories | January 17, 2018<br>January 30, 2018 |
| January 9, 2018 | Kellogg | 1st Requests for Production | February 8, 2018 |
| January 9, 2018 | Kellogg | 1st Interrogatories | February 8, 2018 |
| February 6, 2018 | Plaintiff | 4th Interrogatories | March 6, 2018 |
| February 6, 2018 | Plaintiff | 3rd Document Requests | March 6, 2018 |
| February 15, 2018 | Plaintiff | Corrected 4th Interrogatories | March 6, 2018 |
| April 27, 2018 | Plaintiff | 4th Document Requests | NA |
| May 14, 2018 | Plaintiff | 1st Requests for Admission | June 13, 2018 |

7. More specifically, Plaintiff Hadley propounded on Kellogg 95 document requests spread across four sets of requests for production; 27 interrogatories spread across four sets; and 72 requests for

admission. Kellogg propounded on Mr. Hadley 10 requests for production and 7 interrogatories. In response to Plaintiffs' requests, Kellogg eventually produced—and over time we reviewed—over 60,000 pages of documents between October 2017 and August 2018.

8.      Third-party written discovery was also extensive. The following table summarizes Plaintiff Hadley's subpoenas.

| # | Recipient | Relevance | Date Served |
|---|---|---|---|
| 1 | Advantage Research | Market Research | 12/18/17 |
| 2 | Albertson's | Retailer | 9/18/17 |
| 3 | Amazon.com | Retailer | 9/18/17 |
| 4 | Amcon Distributing | Kellogg Distributor | 2/27/18 |
| 5 | Anthem | Advertising Agency | 10/31/17 |
| 6 | Back to Nature Food Companies | Cereal Manufacturer | 12/27/17 |
| 7 | Bear Naked | Cereal Manufacturer | 12/27/17 |
| 8 | C&S Wholesale | Kellogg Distributor | 2/28/18 |
| 9 | Costco | Retailer | 9/15/17 |
| 10 | CVS | Retailer | 9/18/17 |
| 11 | Dollar General | Retailer | 9/20/17 |
| 12 | Essendant Co. | Kellogg Distributor | 2/28/18 |
| 13 | Food For Life | Cereal Manufacturer | 12/27/17 |
| 14 | Freedom Foods | Cereal Manufacturer | 12/27/17 |
| 15 | General Mills | Cereal Manufacturer | 12/27/17 |
| 16 | Gongos Research | Market Research | 12/11/17 |
| 17 | Great Lakes Growthworks | Marketing | 12/12/17 |
| 18 | Hain Celestial | Cereal Manufacturer | 12/27/17 |
| 19 | Hal Goldberg | Consumer Research | 12/14/17 |
| 20 | Ipsos | Consumer Research Agency | 10/24/17 |
| 21 | IRI | Business Analytics | 12/15/17 |
| 22 | Kantar Millward Brown | Consumer Research Agency | 10/31/17 |
| 23 | Kashi | Cereal Manufacturer | 12/27/17 |
| 24 | Kmart | Retailer | 9/27/17 |
| 25 | Kroger | Retailer | 9/18/17 |
| 26 | Leo Burnett | Advertising Agency | 10/30/17 |

3

| # | Recipient | Relevance | Date Served |
|---|-----------|-----------|-------------|
| 27 | Nature's Path | Cereal Manufacturer | 12/27/17 |
| 28 | NPD Group | Market Research | 12/15/17 |
| 29 | Performance Food Group, Inc. | Kellogg Distributor | 3/11/18 |
| 30 | Post Foods | Cereal Manufacturer | 12/27/17 |
| 31 | Save Mart | Retailer | 9/19/17 |
| 32 | Sprouts | Cereal Manufacturer | 12/27/17 |
| 33 | Stop & Shop | Cereal Manufacturer | 12/27/17 |
| 34 | Quaker Oats Company | Cereal Manufacturer | 12/27/17 |
| 35 | Rite Aid | Retailer | 9/18/17 |
| 36 | Shawk! | Media Production & Labels | 10/30/17 |
| 37 | Sears | Retailer | 11/9/17 |
| 38 | Smart & Final | Retailer | 9/19/17 |
| 39 | Smith-Dahmer | Marketing | 12/14/17 |
| 40 | Stater Bros. | Retailer | 9/18/17 |
| 41 | Supervalu | Kellogg Distributor | 2/27/18 |
| 42 | Target | Retailer | 9/28/17 |
| 43 | Trader Joe's | Cereal Manufacturer | 12/27/17 |
| 44 | Sugar Association | Industry Group | 9/20/17 |
| 45 | Sysco Corp. | Kellogg Distributor | 2/27/18 |
| 46 | Van's International Foods, Inc. | Cereal Manufacturer | 12/27/17 |
| 47 | VML | Advertising Agency | 10/31/17 |
| 48 | Walgreens | Retailer | 9/22/17 |
| 49 | Wal-Mart | Retailer | 9/20/17 |
| 50 | Whole Foods | Cereal Manufacturer | 12/27/17 |
| 51 | Whole Grains Council | Industry Group | 9/18/17 |
| 52 | WinCo | Retailer | 9/19/17 |

9.    Kellogg also served a subpoena on Albertson's, for Mr. Hadley's grocery purchase records.

10.    The action also included 25 depositions between the parties. Plaintiff took the following 15 depositions.

| Date | Location | Questioning Attorney | Deponent | Position | Nature of Deposition |
|---|---|---|---|---|---|
| April 9, 2018 | Battle Creek, MI | Jack Fitzgerald | Dr. Nelson Almeida | Kellogg Senior Director of Global Nutrition Science and Regulatory Sciences | Rule 30(b)(6) witness |
| April 10, 2018 | Battle Creek, MI | Jack Fitzgerald | Richard Condlyffe | Kellogg Vice President, Morning Foods Research and Development | Rule 30(b)(6) witness |
| April 11, 2018 | Battle Creek, MI | Jack Fitzgerald | Sam Minardi | Kellogg Marketing Director for Adult Cereal | Rule 30(b)(6) witness |
| April 12, 2018 | Battle Creek, MI | Jack Fitzgerald | Phil Hamner | Kellogg Vice President of Consumer Insights and Analytics | Rule 30(b)(6) witness |
| April 19, 2018 | Battle Creek, MI | Trevor Flynn | James Sell | Kellogg Senior Director Insights and Planning | Rule 30(b)(6) witness |
| June 21, 2018 | Charlottesville, VA | Trevor Flynn | Dr. Ronald Wilcox | University of Virginia | Expert witness |
| August 15, 2018 | Battle Creek, MI | Jack Fitzgerald | Sadie Garcia | Kellogg Nutri-Grain Brand Manager | Percipient witness |
| August 15, 2018 | Battle Creek, MI | Jack Fitzgerald | Brandon Shouldice | Kellogg Associate Brand Manager for Raisin Bran and Frosted Mini-Wheats | Percipient witness |
| August 21, 2018 | Telephonic | Jack Fitzgerald | Thomas Monroe | Kellogg Vice President of Litigation and Regulatory | Rule 30(b)(6) witness |
| August 29, 2018 | Battle Creek, MI | Trevor Flynn | Jeff Delonis | Kellogg Senior Brand Manager for Raisin Bran, Smart Start, and Crunchy Nut | Percipient witness |
| August 29, 2018 | Battle Creek, MI | Trevor Flynn | Chris Bell | Kellogg Senior Vice President of Marketing Innovation | Percipient witness |
| August 30, 2018 | Battle Creek, MI | Melanie Persinger | Julie Jursinic | Kellogg Senior Director of Nutrition Labeling and Regulatory Compliance | Percipient witness |
| October 4, 2018 | Boston, MA | Jack Fitzgerald | Dr. James Rippe | Rippe Lifestyle Institute | Expert witness |
| May 7, 2019 | San Francisco, CA | Jack Fitzgerald | Dr. Itamar Simonson | Stanford University Graduate School of Business | Expert witness |
| May 8, 2019 | Charlottesville, VA | Jack Fitzgerald | Dr. Ronald Wilcox | University of Virginia | Expert witness |

11.     Kellogg took the following 10 depositions.

5

*Hadley et al. v. Kellogg Sales Company*, No. 16-cv-4955-LHK
DECLARATION OF JACK FITZGERALD IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL

| Date | Location | Questioning Attorney | Deponent | Position | Nature of Deposition |
|------|----------|----------------------|----------|----------|----------------------|
| May 23, 2018 | San Antonio, TX | Dean Panos | Stephen Hadley | Plaintiff | Party |
| May 28, 2018 | Los Angeles, CA | Alex Smith | Bruce Silverman | Silverman Consulting LLC | Expert witness |
| May 30, 2018 | Boston, MA | Kenneth Lee | Steve Gaskin | Applied Marketing Sciences, Inc. | Expert witness |
| May 31, 2018 | Boston, MA | Kenneth Lee | Colin Weir | Economics and Technology, Inc. | Expert witness |
| June 4, 2018 | San Francisco, CA | Richard Steinken | Dr. Robert Lustig | University of California, San Francisco | Expert witness |
| June 6, 2018 | Washington, D.C. | Richard Steinken | Dr. Michael Greger | NutritionFacts.org | Expert witness |
| September 28, 2018 | Boston, MA | Kenneth Lee | Colin Weir | Economics and Technology, Inc. | Expert witness |
| October 5, 2018 | Boston, MA | Kenneth Lee | Steve Gaskin | Applied Marketing Sciences, Inc. | Expert witness |
| April 29, 2019 | San Francisco, CA | Brandon Fox | Dr. Robert Lustig | University of California, San Francisco | Expert witness |
| May 1, 2019 | Los Angeles, CA | Alex Smith | Bruce Silverman | Silverman Consulting LLC | Expert witness |

12.     There were also numerous expert reports served by both sides. This includes the following reports:

*Plaintiff's Class Certification Expert Reports*

• April 24, 2018 Expert Report of Bruce G. Silverman (Dkt. No. 131)

• April 30, 2018 Expert Report & Declaration of Robert Lustig, MD, MSL (Dkt. No. 132)

• April 30, 2018 Expert Report & Declaration of Dr. Michael Greger, M.D. FACLM (Dkt. No. 133)

• April 30, 2018 Declaration of Steven P. Gaskin (Dkt. No. 134)

• April 30, 2018 Declaration of Colin B. Weir (Dkt. No. 143-1)

*Kellogg's Class Certification Expert Rebuttal Reports*

• June 8, 2018 Expert Report & Declaration of James Rippe, MD (Dkt. No. 153-6)

• June 8, 2018 Rebuttal Expert Report of Dr. Itamar Simonson (Dkt. No. 160-10)

• June 11, 2018 Declaration of Ronald T. Wilcox, PhD (Dkt No. 153-5)

*Plaintiff's Merits Expert Reports*

6

*Hadley et al. v. Kellogg Sales Company*, No. 16-cv-4955-LHK
DECLARATION OF JACK FITZGERALD IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL

1  • September 4, 2018 Expert Report of Bruce G. Silverman

2  • September 11, 2018 Expert Report & Declaration of Robert Lustig, MD, MSL

3  • September 17, 2018 Report of Steven P. Gaskin

4  • September 20, 2018 Declaration of Colin B. Weir

5  • September 20, 2018 Expert Report & Declaration of Dr. Michael Greger, M.D. FACLM

6              *Kellogg's Merits Expert Reports*

7  • September 17, 2018 Expert Report of Neal D. Fortin, J.D.

8  • September 20, 2018 Expert Report & Declaration of James Rippe, MD

9  • September 20, 2018 Report of Ricardo Carvajal, J.D.

10             *Plaintiff's Merits Expert Rebuttal Reports*

11  • April 12, 2019 Rebuttal Expert Report of Robert Lustig, MD, MSL

12             *Kellogg's Merits Expert Rebuttal Reports*

13  • April 11, 2019 Rebuttal Expert Report of Dr. Itamar Simonson

14  • April 12, 2019 Declaration of Ronald T. Wilcox, PhD

15                    **Law and Motion Practice**

16       13.    As the Court is aware, the law and motion practice in this case was extensive. It included

17  more than twenty substantive (*i.e.*, not administrative, related to scheduling, etc.) motions, as follows:

18  • Kellogg's October 31, 2016 Motion to Dismiss the Complaint (Dkt. No. 22);

19  • Kellogg's December 8, 2016 Motion to Dismiss the First Amended Complaint (Dkt. Nos.
20  44);

21  • Kellogg's April 19, 2017 Motion to Dismiss the Second Amended Complaint (Dkt. Nos.
    63);

22  • Plaintiff's January 30, 2018 Motion to Strike Kellogg's Answer and Enter Default; or to
23  Strike Kellogg's Defenses (Dkt. Nos. 111, 115, 116);

24  • Plaintiff's April 30, 2018 Motion for Class Certification (Dkt. Nos. 129, 159, 194);

25  • Kellogg's June 11, 2018 Motion to Exclude Dr. Michael Greger (Dkt. Nos. 162, 180,
26  190);

27  • Kellogg's June 11, 2018 Motion to Exclude Steven P. Gaskin (Dkt. Nos. 167, 181, 188);

28  • Kellogg's June 11, 2018 Motion to Exclude Bruce G. Silverman (Dkt. Nos. 168, 182,

                                          7

189);

• Kellogg's June 11, 2018 Motion to Exclude Colin B. Weir (Dkt. Nos. 169, 183, 187);

• Plaintiff's July 2, 2018 Motion to Exclude Portions of Ronald T. Wilcox, PhD (Dkt. Nos. 191, 201, 204);

• Plaintiff's July 2, 2018 Motion to Exclude Portions of Dr. James Rippe (Dkt. Nos. 192, 199, 205);

• Plaintiff's July 2, 2018 Motion to Exclude Portions of Dr. Itamar Simonson (Dkt. Nos. 193, 200, 206);

• Kellogg's May 24, 2019 Motion for Partial Summary Judgment (Dkt. Nos. 256, 282, 290);

• Kellogg's May 24, 2019 Motion to Strike Dr. Robert Lustig (Dkt. No. 257 & 283);

• Kellogg's May 24, 2019 Motion to Strike Bruce G. Silverman (Dkt. Nos. 258 & 284);

• Kellogg's May 24, 2019 Motion to Strike Colin B. Weir (Dkt. Nos. 259 & 285);

• Kellogg's May 24, 2019 Motion to Decertify the Class (Dkt. No. 262, 286, 292);

• Plaintiff's May 24, 2019 Motion to Strike Neal D. Fortin and Ricardo Carvajal (Dkt. Nos. 270 & 279);

• Plaintiff's May 24, 2019 Motion to Strike Portions of Ronald T. Wilcox, PhD and Dr. Itamar Simonson (Dkt. Nos. 271 & 281);

• Plaintiff's May 24, 2019 Motion to Strike Portions of Dr. Itamar Simonson (Dkt. Nos. 272 & 280);

• Plaintiff's May 24, 2019 Motion for Partial Summary Judgment (Dkt. Nos. 273, 278, 289);

• Plaintiff's June 14, 2019 Motion for Civil Contempt (Dkt. Nos. 288, 293, 295).

14.     In addition, Plaintiff filed 15 motions to compel discovery. *See* Dkt. Nos. 85-86, 88-100. The majority were successful. *See* Dkt. No. 111 at 16.

15.     As a result of this motion practice, the Court has issued four substantive, highly-detailed orders, the majority of which were chosen for publication in the Federal Supplement, as follows:

• *Hadley v. Kellogg Sales Co.*, 243 F. Supp. 3d 1074 (N.D. Cal. 2017) (Koh, J.)

• *Hadley v. Kellogg Sales Co.*, 273 F. Supp. 3d 1052 (N.D. Cal. 2017 (Koh, J.)

• *Hadley v. Kellogg Sales Co.*, 324 F. Supp. 3d 1084 (N.D. Cal. 2018) (Koh, J.)

1    • *Hadley v. Kellogg Sales Co.*, 2019 WL 3804661 (N.D. Cal. Aug. 13, 2019) (Koh, J.)

2    The Court's Rule 12 decisions have been cited over 60 times since, and its class certification decision has

3    been cited 16 times.

4    <u>**The Parties' Settlement Negotiations**</u>[2]

5        16.    The parties did not first discuss settlement until, on June 21, 2018, they attended a private

6    mediation in San Francisco, with court-sponsored mediator, Mark Petersen. Before that session, on June 18,

7    2018, Plaintiff provided an 9-page mediation brief providing an introduction, executive summary, and

8    discussion of the class's liability case, Kellogg's defenses, appeal issues, damages, venue and trial. Kellogg

9    provided its 8-page mediation brief the following day, June 19, 2018. It provided an introduction and

10   background, then discussed why Kellogg believed Plaintiff was unlikely to succeed on class certification,

11   including with respect to his damages models, and on the merits.

12       17.    I attended the June 21, 2018 mediation together with the plaintiff, Mr. Stephen Hadley.

13   Kellogg was represented by its in-house counsel, Vice President of Litigation and Regulatory, Mr. Thomas

14   Monroe, and by its outside counsel, Mr. Kenneth Lee, then of Jenner & Block LLP. At that time, Plaintiff

15   had filed his motion for class certification, and Kellogg had opposed, Dkt. Nos. 129, 159, but the motion

16   was not yet fully briefed, and several motions to strike experts were also pending. The parties discussed the

17   merits and possibility of a resolution, but they were very far apart and the case did not settle. During that

18   mediation, however, it became clear that the parties were going to have a major challenge in agreeing to

19   injunctive relief.

20       18.    The parties did not discuss settlement again until September 2018, after the Court had

21   certified a class and requested that the parties engage in further ADR. *See* Dkt. Nos. 208-210. The parties

22   engaged the Honorable James F. Holderman (Ret.), former Chief Judge of the Northern District of Illinois,

23   and a mediator with JAMS Chicago, as a mediator. Both we and Kellogg's counsel had had prior experience

24   with Judge Holderman.

25       19.    On September 17, 2018, I participated in a pre-mediation telephone call with Judge

26

27   ───────────────
     [2] In this section, I have tried to avoid the disclosure of the details of confidential settlement communications,

28   instead generalizing. In any event, I provided a draft of this declaration to Kellogg's counsel prior to filing,
     and obtained his authorization to make the statements in this section.

*Hadley et al. v. Kellogg Sales Company*, No. 16-cv-4955-LHK
DECLARATION OF JACK FITZGERALD IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL

Holderman and Kellogg's counsel, Dean N. Panos, of Jenner & Block LLP. We discussed the case and the process for the mediation, including the exchange of mediation briefs and settlement demands or offers. Specifically, after Judge Holderman disclosed his prior relationships with counsel, each party provided a brief, objective overview of the case, and the status of the litigation. The parties discussed their prior settlement negotiations, issues to be resolved, and potential impediments to settlement. Judge Holderman then set out a "briefing schedule" for the exchange of mediation briefs, with Plaintiff to serve his brief and demand first, and Kellogg to serve a response and counteroffer a week later, all before the mediation was to take place on October 3, 2018.

20.     On September 25, 2018, Plaintiff served a 16-page mediation brief that provided a summary damages analysis, a settlement offer, and reasons for Kellogg to settle. It had four exhibits, including a comprehensive damages analysis set forth over 8 pages, which was based on the sales figures Plaintiff had by then obtained from IRI, and the price premia his survey expert, Steven Gaskin, had by then measured. The mediation brief's exhibits also included a draft Complaint alleging similar claims on behalf of a New York class of consumers. On October 1, 2018, Kellogg responded with its settlement position, highlighting the challenges it believed Plaintiffs would have maintaining class certification and establishing liability at trial.

21.     On October 3, 2018, my colleague, Melanie Persinger, and I attended a full-day mediation with Kellogg, before Judge Holderman, in JAMS' Chicago office. The major focus at that time was injunctive relief. The parties went back-and-forth some, and the mediation ended with Kellogg having agreed in principle to some changes, Plaintiff having backed off some demanded changes, and Kellogg agreeing to consider some others. During the October 3 mediation, Kellogg also explained some of the potential challenges to settlement resulting from its being a public company, and given its financial condition and accounting obligations. Thus, the session was productive, with the parties seeing where compromises were possible, promising to consider each other's positions further, and agreeing to schedule a second session with Judge Holderman. They advised the Court on October 5, 2018 that they had "made considerable progress towards a resolution and have agreed to participate in a second mediation session with Judge Holderman," on November 27, 2018. *See* Dkt. Nos. 234, 237. Given this posture and the parties' then-pending Rule 23(f) petitions, the Court then stayed the action. *See* Dkt. No. 235.

*Hadley et al. v. Kellogg Sales Company*, No. 16-cv-4955-LHK
DECLARATION OF JACK FITZGERALD IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL

22.     In my interactions with the defendants in the three similar cases against Kellogg, Post, and General Mills, many of which involved discussions of potential resolutions, I realized that the prospect of a potential competitive disadvantage in agreeing to injunctive relief to which the other manufacturers were not bound could present major obstacle to resolution with any one defendant, and possibly all three. Accordingly, with Kellogg's consent, I invited Post and General Mills to attend the mediation, and they accepted. I attended with my colleagues, Ms. Persinger and Trevor Flynn. The mediation again focused on injunctive relief; however, no agreement was reached. Thus, the parties advised the Court that, "[a]lthough the parties have not yet settled the matter, in each case, the parties made progress, and they are continuing to actively negotiate a possible resolution." Dkt. No. 238. The Court thus maintained the stay. Dkt. No. 239.

23.     On March 6, 2019, in a joint case management conference statement, the parties advised the Court that they "have made considerable progress towards a resolution, and have agreed to participate in a third mediation session with Judge Holderman, which has been scheduled for April 10, 2019." Dkt. No. 245. The Court lifted the stay, Dkt. No. 246, held a Case Management Conference, and set a further case schedule, including scheduling trial for December 6, 9, 10, 13, 16, 17, and 20, 2019. Dkt. No. 248. During the conference, the Court asked the parties to report the results of the then-upcoming April 10 mediation including, if the matter did not settle, whether the parties intended to have another session. *See* Dkt. No. 253, Mar. 13, 2019 Hrg. Tr. at 18.

24.     On April 10, 2019, together with Mr. Flynn, I attended a third mediation session with Kellogg in front of Judge Holderman (Judge Holderman's Mediator's Declaration mistakenly states that only I attended). Before the session, I provided Judge Holderman with the parties' Rule 23(f) briefing so that he understood the then-pending issues, especially as it related to Plaintiff's damages models.

25.     The session began with a discussion of injunctive relief, with Kellogg providing its position on the items it had promised to consider. The parties were shortly able to reach an agreement on that front. Until this time, the parties had not very actively negotiated the financial aspects of the settlement. Because an agreement on injunctive relief had been reached in principle, however, we then turned to the class's monetary relief. Although the parties started quite far apart, by the end of the day, we had come within a reasonably close enough distance that both thought it was worth continuing to negotiate after the session.

26.     Summary judgment motions were due May 24, 2019. Despite some movement, the parties

11

*Hadley et al. v. Kellogg Sales Company*, No. 16-cv-4955-LHK
DECLARATION OF JACK FITZGERALD IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL

were not able to reach a resolution. Because summary judgment was likely to drastically change the landscape, I advised Kellogg that all previous offers by Plaintiff were withdrawn pending resolution of the motions. The parties filed their summary judgment motions, Dkt. Nos. 256, 273, and on May 24, 2019, the Court ordered that, "[a]fter summary judgment briefing concludes on June 21, 2019, the parties are ordered to participate in another mediation with a deadline of June 28, 2019." Dkt. No. 261. The parties accordingly scheduled a fourth mediation with Judge Holderman, for June 23, 2019. By the time that occurred, they had fully briefed both parties' summary judgment motions, Kellogg's decertification motion, Plaintiff's motion for civil contempt, and *Daubert* motions to strike a variety of witnesses. Moreover, with no settlement reached by the time summary judgment motions were due, we filed the New York action on May 28, 2019.

27.    I attended the June 23 mediation alone. The parties talked through Judge Holderman, but the mediation was not particularly productive with the summary judgment motions pending, and the parties seeing the risks and merits very differently. The parties advised the Court no settlement had been reached and stated they had "no objection to the Court communicating with Judge Holderman as to whether future mediations would be productive." Dkt. No. 291.

28.    On August 13, 2019, the Court issued its ruling on the summary judgment and *Daubert* motions. Dkt. No. 307. It then referred the parties to private mediation, with a September 12, 2019 deadline, and a status report due September 16. Dkt. No. 308.

29.    The parties scheduled a fifth mediation with Judge Holderman for September 9, 2019. Because of the change in posture, Judge Holderman suggested, and the parties agreed, that Plaintiffs should make a new opening offer in a mediation brief, and Kellogg should counter, before the mediation commenced.

30.    In order to best position myself to negotiate on behalf of the Class at this point, I obtained updated sales information from IRI, which I provided to damages expert Colin B. Weir, for analysis. This included California and New York sales through August 2019, as well as a short period of nationwide sales data. On August 26, 2019, I provided a 6-page mediation brief to Kellogg containing a preliminary statement addressing the changed posture, an analysis of California, New York, and nationwide damages, and a settlement demand. As we stated in our brief, by that time we were prepared to take to trial damages models that would have given us a judgment of between $9,192,049 and $12,125,257 if we won liability on all

12

claims. The tables below are copied from the mediation brief, and summarize maximum trial damages.

### Raisin Bran

| Liability | Damages Model | Premium | Sales | Damages |
|---|---|---|---|---|
| Unlawful HH | Conjoint | 6.8% | $40,499,722 | $2,753,981 |
| | | | + Either | |
| "Heart Healthy" | Conjoint | 2.6% | $137,895,164 | $3,585,274 |
| "Heart Healthy" | Hedonic | 4.59% | $137,895,164 | $6,329,388 |
| | | | Low Total = | $6,339,255 |
| | | | High Total = | $9,083,369 |

### Smart Start

| Liability | Damages Model | Premium | Sales | Damages |
|---|---|---|---|---|
| "Lightly Sweetened" | Conjoint | 1.3% | $9,502,204 | $123,529 |
| | | + | | |
| Unlawful HH | Conjoint | 6.8% | $697,700 | $47,444 |
| | | + Either | | |
| "Heart Health" | Conjoint | 2.6% | $9,502,204 | $247,057 |
| "Heart Health" | Hedonic | 4.59% | $9,502,204 | $436,151 |
| | | | Low Total = | $418,030 |
| | | | High Total = | $607,124 |

### Frosted Mini-Wheats

| Liability | Damages Model | Premium | Sales | Damages |
|---|---|---|---|---|
| "Lightly Sweetened" | Conjoint | 1.3% | $187,289,556 | $2,434,764 |

### Total

| Product | Low CA Damages | High CA Damages |
|---|---|---|
| Raisin Bran | $6,339,255 | $9,083,369 |
| Smart Start | $418,030 | $607,124 |
| Frosted Mini-Wheats | $2,434,764 | $2,434,764 |
| **Total** | **$9,192,049** | **$12,125,257** |

I also estimated for Kellogg's benefit and stated in the mediation brief my belief that taking the case through trial would cost Plaintiffs an additional $1 million in lodestar, and $500,000 in out-of-pocket expenses, mostly attributable to preparing and taking the trial testimony of expert witnesses.

31.     Mr. Weir was also able to roughly estimate the nationwide damages corresponding to the *Hadley* damages models as between approximately $67 million and $119 million, as reflected in the analysis attached hereto as <u>Exhibit B</u>.

32.     Kellogg responded with a September 6, 2019 mediation statement. It highlighted the likely challenges Plaintiffs would face at trial, including a detailed discussion of the parties' expert witnesses, and seeming contradictions in Plaintiff Hadley's damages model. Kellogg also highlighted its pending motion

for decertification and various appeal issues, as risks for Plaintiffs. And it promised to counter Plaintiff's demand at the beginning of the mediation session. That same day, Plaintiff drafted and served a two-page supplemental mediation statement addressing and contesting several points Kellogg had made.

33.     On Monday, September 9, 2019, together with my colleagues, Mr. Flynn and Ms. Persinger, I attended the mediation with Kellogg before Judge Holderman in Chicago. Also accompanying us was Sidney W. Jackson III, who had shortly before then been admitted *pro hac vice*. After the Court's summary judgment decision, when it looked like this case might go to trial, I asked Mr. Jackson if he would consider joining me as trial counsel for the case. Mr. Jackson agreed and spent a significant amount of time getting up to speed on the case. On Friday, September 6, Plaintiff had moved the Court to amend the Class Certification Order to add Mr. Jackson as Class Counsel to assist with trial. *See* Dkt. No. 317.

34.     The September 9 session was long; in some ways the parties had to start from scratch. At one point, Mr. Flynn and Ms. Persinger left to catch their planes, while Mr. Jackson and I rescheduled our flights for the next morning and booked another hotel room for that night, because the session was productive and we were moving toward a resolution.[3] At approximately 7:30 p.m., it appeared as though we had reached a resolution. We were gathered together discussing some details, when it became apparent that there had been a significant miscommunication over a major settlement term. Accordingly, the parties really did not reach a resolution that night. Over the next several days, however, Mr. Panos and I had numerous phone calls (and I had numerous calls with Judge Holderman and assume Mr. Panos did too), and we were finally able to reach a compromise on all terms. We drafted a term sheet, which we finalized and signed on September 16, 2019, shortly before filing our Joint Status Report, *see* Dkt. No. 321.

35.     I thereafter worked with Mr. Panos to reduce the term sheet to the full Settlement Agreement now being presented to the Court. During that process, we encountered numerous additional issues we had to work though and compromise on, but the process went smoothly.

---

[3] I believe that Mr. Jackson's late involvement in this action was a material factor in obtaining the Settlement because he helped Plaintiffs pose a credible trial threat, and contributed important insight and ideas during settlement negotiations. I was very glad for his assistance. Mr. Hadley previously moved to amend the Class Certification Order to add Mr. Jackson as co-Class Counsel, Dkt. No. 317. Kellogg has not opposed the motion, and represented to me that it does not oppose Mr. Jackson being named additional Class Counsel.

**The Class Administrator Selection Process**

36.     I was tasked with primarily vetting and selecting a Class Administrator, though I was offered, welcomed, and received Mr. Panos' input, as well. I began by identifying and considering settlement administrators with whom I had previously worked or received bids on other matters, considered Mr. Panos' input based on his experience, and did online research for additional firms. Based on that, I asked five administrators for bids. I received timely bids from four of the five.

37.     In order to fairly compare their bids, I broke them down broadly into notice and administration costs. For notice costs, I compared (by imputing on a spreadsheet) the bids' estimated audience, reach, and frequency, online and hard copy publication costs, online and additional impressions, total cost, cost per impression as stated, and cost per impression when filtered through the proposed reach and frequency statistics. For administration costs, I compared the number of claims assumed, and the costs associated with case management and setup, a website and toll-free telephone number, additional communications with class members, claims and opt-out processing, additional processing and reporting, distribution and postage, and any additional or miscellaneous costs. I then compared the total administration costs, and cost-per-claim, as well as the total notice and administration cost, and the total of the notice cost-per-impression and administration cost-per-claim. In this way, I was able to manipulate the bids on a variety of bases to compare them.

38.     Based on this analysis, I eliminated one administrator based on a couple of factors. I then had phone calls with the remaining three. My goal in each case was to provide the firm with a better understanding of what I anticipated from the claims process (which had by then been better developed), as well as to ask them to adjust some assumptions, so that I could better compare the bids "apples-to-apples." I received several revised bids, again compared them, and again asked two administrators to adjust them once more. In total, I received 10 separate bids, including the various iterations among the various administrators.

39.     In the interim, I had several telephone calls in particular with P&N to discuss certain challenges I anticipated may arise in the claims process, and how we and they might anticipate and address them. One of my main goals was to make use of modern, digital processes whenever possible so as to minimize expenses to the Class. Thus, for example, as I asked about electronic means to distribute cash

15

refunds to claimants, and P&N described to me the "digital checks" they can use, which seemed an elegant solution because it provides the best of both worlds. I asked the same question of several other administrators, and P&N was the only one using this platform.

40.     In addition, before I settled on P&N, without my asking, it took the information I had provided about how I anticipated the claim form looking and working and did a "mock-up," in order for me to see their work, which I thought was impressive. Finally, it was clear that P&N understood the various scripts or other technologies (like lookup tables) we were proposing to leverage in order to make the claims process as seamless as possible, and had the knowledge and technical capability to meet our needs.

41.     Thus, I suggested to Mr. Panos, and he agreed that we propose P&N as the Class Administrator in this case given the combination of its competitive bid for notice and administration costs, and its clear expertise and ability to effectively administer the settlement here.[4] Mr. Panos and I subsequently had a call with P&N's team to discuss some of the logistics regarding vouchers, and to make sure P&N and Kellogg were coordinating where necessary.

## Costs of Notice and Administration

42.     In the most recent and accurate bid P&N provided, the estimated total cost of Class Notice is $231,075. The Notice Plan is detailed more specifically in the concurrently-filed Declaration of Brandon Schwartz.

43.     In the most recent and accurate bid P&N provided, the estimated total cost of claims administration for 1 million claims,[5] aside from postage, is $623,314. Assuming 78% of claimants choose Vouchers, the postage would cost approximately $298,000. These costs would decrease if less than 78% of claimants choose Vouchers.

## The Claims Process

**Addressing Challenges Caused by the Nature of Cereal as a Small-Value Household Good**

44.     The nature of the products at issue in this case presents certain challenges for the claims process. Cereal is a low-value (usually under $4 per box), commodity-like household good, habitually

---

[4] Per the Northern District's Procedural Guidelines for Class Action Settlements, our firm has not previously worked with P&N during the previous two years (or ever).

[5] This is a reasonable prediction for the reasons discussed in Paragraph 60, below.

16

*Hadley et al. v. Kellogg Sales Company*, No. 16-cv-4955-LHK
DECLARATION OF JACK FITZGERALD IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL

purchased by 90% of American households. There are a wide variety of options to choose from. Many of the cereals at issue were introduced to the market decades ago, many have several varieties, and all come in various packaging sizes. The Class Period in this case stretches back to August 2012. Given the habitual nature and low salience of many cereal purchases, and wide variety of options within that market, it is unrealistic to expect consumers to be able to accurately remember their purchases of the Class Products with any reasonable degree of accuracy.

45.    In addition, the damages models here imply very small damages amounts for each purchase, sometimes cents. For example, Steven Gaskin calculated the premium attributable to Frosted Mini-Wheat's "Lightly Sweetened" representation to be just 1.3% of its price, which would be $0.05 on a $4.00 box.

46.    There is of course going to be some variety in the degree of past purchases among Class Members: some will be frequent users of many or all six Class Products, while others will have only bought one Class Product a few times. Fairness and logic dictate that those who purchased more of the products were harmed to a greater extent and need to be compensated more than those who purchased less, and were thus harmed less.

47.    Recognizing these factors, we designed a claims process that does not require Class Member claimants to recall their past purchases in great detail, instead using their purchases over the past three months, and their best recollection of the year they began purchasing the products, and reasonable monthly purchase limits to *extrapolate* their purchase history and thereby determine how heavy a user/purchaser they are. That extrapolation, moreover, is connected to the Class's actual damages because the Base Refund, as defined in the Settlement Agreement, is calculated by applying the Class's damages model for each product's average retail price across all size, to approximate the Class's aggregate damages on a per-box basis, and those amounts are then applied to monthly box limits to recognize a reasonable average use. For example, the vast majority of people do not buy 10 boxes of the same cereal in month, and certainly do not do that every month, month after month.

48.    The goal here is not absolute precision, but the ability to reasonably and fairly differentiate between different degrees of use among Class Member claimants so as to fairly compensate them according to their degree of interaction with the Class Products, and thus degree of harm. Correspondingly, the claims process offers varying Cash Refund and Voucher amounts to Class Member claimants based on their

purchase history and degree of use, with the heaviest purchasers, those whose extrapolated Base Refund is the highest—are offered the largest amount of Cash Refund and Voucher, and the lightest purchasers the least, spread across four buckets, as described in the Settlement Agreement.

49.    Another advantage of this claims process is that it minimizes the likelihood of fraudulent claims by way of claimants trying to "game the system" so as to be offered the top-tier reward. Although the monthly box limits, damages-per-box, and bucket system are detailed in the Settlement Agreement, which will be publicly-available, that information is *not* made part of the claim form itself. Moreover, this makes the claim form and process very clean and simple from the claimant's perspective, with all the complicated work being done in the background by scripts.

50.    A "mock-up" of the claim form is attached hereto as <u>Exhibit C</u>. Some details may be fine-tuned as the claim form is finalized, but we are providing this to give the Court a visual depiction of how the claim form will work and appear to claimants.

**Ensuring the Voucher Component Presents Real Value to the Class**

51.    By agreeing to a voucher component for this Settlement, Plaintiffs and Class Counsel were able to obtain for the Class substantially more value than they would otherwise have been able to obtain from Kellogg had we insisted on an all-cash settlement.[6] In addition, we believed the nature of cereal—a small-value, household good that is repeatedly purchased by habitual consumers in 90% of U.S. households—made a voucher component appropriate for a settlement in this case. But it was important to us that the vouchers present real, not illusory value to the Settlement Class. We have done several things to ensure this.

52.    First, we are giving all Class Member claimants a choice between a Cash Refund or a Voucher, so no one will ever be forced to take a Voucher they do not want and will not use. To the contrary, those claimants who receive Vouchers will have done so precisely because they value the Voucher they are offered more than the Cash they are offered. This suggests claimants choosing Vouchers are highly likely to actually use them.

---

[6] This is not because the vouchers *cost* Kellogg any less than their cash equivalent. *Compare* Holderman Decl. ¶¶ 12 ("I believe, under all the circumstances, it is a fair and just settlement for both sides *and the best settlement for the Plaintiff Class to which Kellogg would agree*." (emphasis added)).

18

53.     Second, every aspect of the Vouchers was negotiated in detail between the parties, and we fought hard for provisions that made them as useful as possible, including in terms of their expiration, transferability, stackability, and ability to purchase a wide range of Kellogg items at a wide variety of prices. While a longer expiration date and more products would have been better, Kellogg lobbied for a shorter expiration date and less products; thus the Voucher provisions in the Settlement Agreement represent a compromise, but I believe it is a fair compromise under all circumstances, and that the Voucher provisions, on balance, make them quite flexible and useful to Class Member claimants who choose to receive them.

54.     Third, we wanted to ensure that the Vouchers would be secure and not subject to fraud, and that Class Member claimants choosing Vouchers would encounter no difficulties or issues at the store when using them. To this end, Kellogg agreed to use its existing system and, though the parties had not even discussed it before signing the term sheet, agreed to bear the significant expense of printing all Vouchers. The Vouchers will be printed with specialized printers on specialized paper, and will include a hologram and barcode, just as with similar promotions Kellogg runs in the normal course of its business. This should ensure a smooth retail experience for Class Member claimants who choose Vouchers.

55.     Fourth, we knew that the amount of cash available for Cash refunds would be fixed based on the other Settlement expenses, and knew the amount of the Voucher Fund is fixed at $8.25 million; what we do not know is what the claims rate will be, but in the interest of fairness, we wanted to be sure that, if it is sufficiently high as to necessitate a *pro rata* reduction—or even if there is a *pro rata* increase—that the reduction or increase will be as proportional as possible as between the Cash Fund and Voucher Fund.

56.     Because Vouchers have some limitations, an economically rational person would always choose an equivalent amount of cash, and thus we knew the Voucher offer had to provide potential claimants with some multiple of the Cash Refund offer, but we did not know to what extent Class Members would prefer Cash over Vouchers, and how changing the multiple of Voucher to Cash might affect this (and thus the relative selection between the pools, and thereby the likely proportionality of any *pro rata* reduction or increase). Thus, in order to design a claims process that was as reasonably likely as possible to incentivize choices among claimants in a way that best ensures proportionality in the event of any *pro rata* reduction or increase, I asked damages expert Colin Weir to help design a survey through which we could predict potential claimant behavior, and choose the best ratio of Voucher-to-Cash to offer claimants.

19

*Hadley et al. v. Kellogg Sales Company*, No. 16-cv-4955-LHK
DECLARATION OF JACK FITZGERALD IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL

57.     The results of the survey are detailed in Mr. Weir's concurrently-filed declaration. Respondents were offered Voucher to Cash ratios of between 3:1 and 9:1. Regardless of the multiple, *every cell* showed a 78% or 79% preference for Vouchers over Cash. In other words, when presented the option of $5 Cash or Voucher, just as many people chose Vouchers when the value was $15 as when the value was $45. This provided some valuable insight that will help ensure as seamless a claims process as possible here.

58.     First, the survey results suggest that the Vouchers being offered in this case have real value to a large majority of cereal eaters. In some ways this makes sense, as cereal consumption bridges virtually all demographics and classes, and is a relatively inexpensive, staple food that a great many Class Members purchase regularly anyway.

59.     Second, the survey made it clear that the Settlement need not offer a large disparity in value as between the Cash Refund and Voucher options in order for a large number of Class Members to get value from, and be satisfied with choosing Vouchers. To the contrary, by offering double the value in Vouchers as Cash, the Settlement will still be providing claimants with a great deal of perceived value, while reducing the risk of overpromising and underdelivering. For example, if the number of Voucher claims mean the average voucher is $5, this will be a more palatable reduction from an average initial offer of a $10 voucher (double cash value) than from an average initial offer of a $15 voucher (triple cash value).[7]

**Predictions Concerning Claims**

60.     In order to help determine the likely number of claims in this case, I provided P&N with our most accurate estimate of units of Class Products covered by the Settlement (*i.e.*, the same analysis set forth in the table in Paragraph 77, below). Based on that analysis, P&N predicted that a 5% claims rate would result in approximately 525,000 claims, and a 10% claims rate double that, 1,050,000. P&N provided the following table showing that analysis.

---

[7] When claimants are made the initial offer, it will be clearly explained that the actual Cash Refund or Voucher amount may be less than or greater than the offer, depending on the number of claims made.

| Average Units/Year household: 21.09 | | |
|---|---|---|
| **Description** | **5% Claims** | **10% Claims** |
| Total Units | 1,548,958,612 | 1,548,958,612 |
| Units Claimed | 77,447,931 | 154,895,861 |
| Claims Volume | 525,000 | 1,050,000 |
| Units/Claim (@7 years) | 148 | 148 |
| Units/Year/Claim | 21.07 | 21.07 |

61.     I believe this Settlement is likely to be widely-publicized given the popularity and ubiquity of the products and manufacturer, and the chance that it is highlighted on websites that advise consumers of class actions settlements and encourage claims. Accordingly, in soliciting claims administration bids, I asked administrators to assume 1 million claims, as a 10% claims rate is an unusually robust, but not unheard-of claims rate in such a case.

62.     What Class Member claimants will ultimately receive as a result of the claims process depends on factors that include the total number of claims, the average initial offer among all claimants (*i.e.*, the distribution of claimants among the four buckets), and the proportion choosing Cash versus Vouchers.

63.     Assuming 1 million claims, and 78% of claimants choosing Vouchers, with an average initial offer of $5.00, the outcome would be as follows.

| Bucket | Initial Cash Offer | Actual Cash Received | Initial Voucher Offer | Actual Voucher Received |
|---|---|---|---|---|
| 1 | $2.50 | $6.68 | $5 | $5.29 |
| 2 | $5.00 | $13.36 | $10 | $10.58 |
| 3 | $7.50 | $20.03 | $15 | $15.87 |
| 4 | $10.00 | $26.71 | $20 | $21.15 |

This analysis is illustrated in the spreadsheet attached hereto as <u>Exhibit D</u>.

**Lodestar**

**Hours Billed**

64.     The Law Office of Jack Fitzgerald, PC ("LOJF") dedicates its practice almost entirely to prosecuting class action lawsuits and was appointed Class Counsel for the California Class certified in this case. LOJF prosecuted this action on a contingency basis and advanced all out-of-pocket expenses.

65.     LOJF's timekeepers are myself; associates Trevor Flynn, Melanie Persinger, and Tran Nguyen; and paralegals Val Erze and Julie Hinton. LOJF's practice is to keep contemporaneous records for

21

*Hadley et al. v. Kellogg Sales Company*, No. 16-cv-4955-LHK
DECLARATION OF JACK FITZGERALD IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL

each timekeeper, and to regularly record time records in the normal course of business. Moreover, LOFJ's practice is to bill in 6-minute (tenth-of-an-hour) increments. Each timekeeper kept time records in this case consistent with these practices. Sidney W. Jackson, III of Jackson & Foster LLC, who is admitted *pro hac vice* on behalf of Plaintiffs, similarly regularly recorded his hours in this case.

66.    Prior to tallying LOJF's hours, we reviewed our billing records and made cuts for time entry errors, duplications, and instances where we determined the hours should be reduced or not billed. For the 110.3 hours I spent researching and Complaint drafting prior to filing this and the other two actions against Post and General Mills on August 29, 2016, I counted only a third of my time (36.8 hours) toward my hours in this case. Mr. Jackson also reviewed his hours and provided his billing records to my firm.

67.    The total time spent by Class Counsel on this matter through October 18, 2019 is 4,806.7 hours, which is summarized in the below tables. Redacted versions of counsel's detailed time records, arranged by timekeeper, organized separately both chronologically and by category, are attached hereto as Exhibits E & D respectively, with entries reflecting attorney-client privileged communications or attorney work product redacted. An unredacted version is being provided to the Court for *in camera* review.

### Hours by Timekeeper

| Timekeeper | Hours | % of Work |
|---|---|---|
| *Attorneys* | | |
| Jack Fitzgerald | 1,960.9 | 40.8% |
| Melanie Persinger | 1,083.7 | 22.6% |
| Trevor Flynn | 653.1 | 13.6% |
| Sid Jackson | 51.4 | 1.1% |
| Tran Nguyen | 33.7 | 0.7% |
| *Paralegals* | | |
| Val Erze | 874.2 | 18.2% |
| Julie Hinton | 149.7 | 3.1% |
| **Total =** | **4,806.7** | **100%** |

### Hours by Category

| Category | Hours | % of Work |
|---|---|---|
| Investigation & Complaint | 154.9 | 3.22% |
| Rule 12 Briefing | 285.2 | 5.93% |
| Case Management | 100.5 | 2.09% |
| Party Documentary Discovery | 791.5 | 16.46% |
| Third-Party Documentary Discovery | 246.1 | 5.12% |
| Motions to Compel Discovery | 145.9 | 3.03% |
| Motion to Strike Kellogg's Answer & Motion for Civil Contempt | 146.3 | 17.04% |
| Class Certification & Related *Daubert* Motions | 819.3 | 10.45% |
| Fact Witness Depositions | 502.5 | 10.45% |
| Expert Witness Depositions | 250.7 | 5.21% |
| Work with Plaintiff's Experts | 373.8 | 7.78% |

Case 5:16-cv-04955-LHK   Document 325-1   Filed 10/21/19   Page 24 of 345

| | | |
|---|---|---|
| Summary Judgment & Related Motions | 332.1 | 6.91% |
| Pre-Trial Work | 53.6 | 1.11% |
| Mediation and Settlement | 383.8 | 7.98% |
| Motion for Preliminary Approval | 221.4 | 4.61% |
| **Total =** | **4,806.7** | **100%** |

**Billing Rates**

68.     The current billing rates for the timekeepers on this matter are as follows.

| Timekeeper | Rate |
|---|---|
| Jack Fitzgerald | $750 |
| Melanie Persinger | $510 |
| Trevor Flynn | $575 |
| Sid Jackson | $750[8] |
| Tran Nguyen | $400 |
| Val Erze | $205 |
| Julie Hinton | $205 |

69.     These rates are consistent both with previous fee awards, and prevailing rates in the community for attorneys of similar experience, skill, and reputation.

70.     First, the requested rates are consistent with rates recently approved for the above timekeepers as follows.[9] In May 2018, the Honorable Audrey G. Fleissig, District Court Judge for the Eastern District of Missouri, approved rates of $925 for Mr. Jackson, $715 for me, $550 for Mr. Flynn, and $485 for Ms. Persinger, for work performed in the Los Angeles market. *See Rawa v. Monsanto Co.*, 2018 WL 2389040, at *5 (E.D. Mo. May 25, 2018) (accepting counsel's proposed lodestar), *aff'd* 934 F.3d 862 (8th Cir. 2019); *see also* Dkt. No. 288-3, Persinger Decl. Ex. 2 (excerpts of the Supplemental Declaration of Jack Fitzgerald in Support of Motion for Attorneys' Fees, Costs, and Incentive Awards in *Rawa* showing rates and lodestar). The rates requested here, nearly 18 months later, represent a modest 5% increase to account for the fact that "hourly attorney fee rates generally increase over time with inflation," *Tehachapi Unified Sch. Dist. v. K.M. by & Through Markham*, 2019 WL 331153, at *6 (E.D. Cal. Jan. 25, 2019).

---

[8] Although, given his seniority, Mr. Jackson could command a higher rate, in recognition of his late arrival into the case, he has agreed to limit his rate to the same rate as my rate as lead counsel.

[9] *See Johnson v. Quantum Learning Network, Inc.*, 2017 WL 747462, at *6 (N.D. Cal. Feb. 27, 2017) (Koh, J.) (that other courts had approved class counsel's requested hourly rate "support[ed] granting Class Counsel's [fee] request").

23

*Hadley et al. v. Kellogg Sales Company*, No. 16-cv-4955-LHK
DECLARATION OF JACK FITZGERALD IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL

71.     Second, the requested rates are consistent with prevailing rates in the community for attorneys of similar experience, skill, and reputation. *See*, *e.g.*, *Facebook, Inc. v. Power Ventures, Inc.*, 2017 WL 3394754, at *7 (N.D. Cal. Aug. 8, 2017) (Koh, J.) (approving rates because "the Court has previously approved hourly rates in a similar range for attorneys of similar experience," including "'rates of "about $490 to $975' for partners, rates of '$310 to $800' for non-partner attorneys, and rates of 'about $190 to $430' for support staff including paralegals." (quoting *In re High-Tech Employee Antitrust Litig.*, 2015 WL 5158730, at *9 (N.D. Cal. Sept. 2, 2015) and citing *id.* at Dkt. Nos. 446-1 & 446-2); *Max Sound Corp. v. Google, Inc.*, 2017 WL 4536342, at *12 (N.D. Cal. Oct. 11, 2017) (approving attorney rates ranging from $336-$950 because "[t]hese rates are well in line with the billing rates for attorneys with similar qualifications in the Bay Area" (citing *inter alia Banas v. Volcano Corp.*, 47 F.Supp.3d 957, 965 (N.D. Cal. 2014) (approving hourly rates ranging from $355 to $1,095 per hour for partners and associates and $245 to $290 per hour for paralegals))).

*          *          *

72.     Given the foregoing hours and rates, Class Counsel's lodestar in this case through October 18, 2019 is $2,660,824 which is summarized in the table below.

| Timekeeper | Rate | Hours | Lodestar |
|---|---|---|---|
| Jack Fitzgerald | $750 | 1,960.9 | $1,470,675 |
| Melanie Persinger | $510 | 1,084.7 | $552,687 |
| Trevor Flynn | $575 | 653.1 | $375,532.50 |
| Sid Jackson | $750 | 51.4 | $38,550 |
| Tran Nguyen | $400 | 33.7 | $13,480 |
| Val Erze | $205 | 875.2 | $179,211 |
| Julie Hinton | $205 | 149.7 | $30,688.50 |
| | Totals = | 4,806.7 | $2,660,824 |

## Expenses

73.     My firm advanced all out-of-pocket costs associated with the prosecution of this action. As of the filing of Plaintiffs' motion for preliminary approval, we have incurred a total of more than $1,141,499.[10] I have examined and categorized those expenses. They can be broken down as follows.

---

[10] Our expenses are more than this amount because we are not seeking reimbursement for certain other expenses incurred in the prosecution of this action, and in particular expenses relating to: (i) working meals (other than when traveling), (ii) legal research, (iii) PACER, (iv) color copies. Given some of the filings,

24

*Hadley et al. v. Kellogg Sales Company*, No. 16-cv-4955-LHK
DECLARATION OF JACK FITZGERALD IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL

| Category | Amount | Proportion |
|---|---|---|
| Expert Testimony & Related Costs | $918,195.52 | 80.4% |
| Deposition Costs | $75,810.49 | 6.6% |
| Mediation Costs | $58,163.77 | 5.1% |
| Process & Subpoena Costs | $15,752.00 | 1.4% |
| Air Travel | $23,120.19 | 2.0% |
| Special Master | $22,382.50 | 2.0% |
| Lodging & Accommodations | $12,956.37 | 1.14% |
| Miscellaneous | $9,915.57 | 0.9% |
| Meals While Traveling | $2,144.78 | 0.2% |
| Ground Travel | $2,044.46 | 0.2% |
| Case Initiation | $1,013.79 | 0.1% |
| **Total =** | **$1,141,499.44** | **100%** |

74.    Detailed expense reports, listing expenses chronologically and by category, are attached hereto as Exhibits G & H, respectively.

**The Strength of the Settlement**

75.    Based on my firm's research, I believe this is one of the largest settlements of a food false advertising class action. The following table provides that analysis, listing and comparing the largest food-related false advertising class action settlements we were able to locate.

| Case | Claims | Date of Settlement | Monetary Terms |
|---|---|---|---|
| *Gemelas v. The Dannon Co., Inc.* No. 08-cv-236 (E.D. Ohio) | False advertising of health benefits associated with probiotics in Activia and DanActive yogurts. | January 2009 | **Up to $45 million** common fund to pay $10 million attorneys' fees, notice, administration, and claims, provided that if all costs and claims totaled less than $35 million, Dannon would donate the difference *cy pres*, up to $35 million, in product. |
| *Suchanek v. Sturm Foods, Inc.*, No. 11-cv-565-NJR (S.D. Ill.) | False advertising of "K-Cup" instant coffee pods as fresh-brewed | May 2019 | **$25 million** common fund (pending approval). |
| *Hadley v. Kellogg Sales Co.*, No. 12-cv-4955-LHK (N.D. Cal.) | False advertising of high-sugar cereals and bars with health claims | September 2019 | **$20.25 million** comprised of $12 million in cash and $8.25 million in vouchers. |

there were times when expenses relating color copies were particularly extensive, *i.e.*, thousands of dollars. In total, I estimate there is at least $10,000 of expenses that might reasonably be chargeable to this case and recoverable, but for which we are not seeking reimbursement.

| Case | Claims | Date of Settlement | Monetary Terms |
|---|---|---|---|
| *Careathers v. Red Bull N. Am. Inc.*, No. 13-cv-369 (S.D.N.Y.) | False advertising regarding overstating functional benefits of Red Bull vs. other sources of caffeine | July 2014 | **$17.5 million** comprised of $11.25 million in cash and $6.5 million in product |
| *Hendricks v. StarKist Co.*, No. 13-cv-729 (N.D. Cal.) | Underfilled tuna cans. | April 2015 | **$12 million**, comprised of $8 million in cash and $4 million in vouchers |
| *Pappas v. Naked Juice Co.*, No. 11-cv-8276 (C.D. Cal.) | False Advertising of Juices as "100% Juice," "All Natural," "100% Fruit," and "Non-GMO" | July 2013 | **$9 Million** common fund |
| *Townsend v. Blue Diamond,* No. 14-cv-958-4 (D. Ark.) | False advertising of nut milk products as "natural" | April 2015 | **$8.995 million** common fund. |

76.     Paragraph 11 of the Preliminary Approval portion of the Northern District Procedural Guidelines for Class Action Settlements calls for information regarding class counsel's past distributions "for at least one of their past comparable class settlements (i.e. settlements involving the same or similar clients, claims, and/or issues)[.]"

77.     Either while with this firm, or my previous firm, I have previously obtained a number of settlements in food false advertising class actions, including numerous based on the allegedly misleading use of health and wellness claims on allegedly unhealthy foods. The below table summarizes those settlements, in reverse chronological order.

| Case | Claims | Date of Settlement | Monetary Terms | Injunctive Relief Terms |
|---|---|---|---|---|
| *Hunter v. Nature's Way Prods., LLC*, No. 16-cv-532-WQH (S.D. Cal.) (pending final approval) | Misleading health claims on Coconut Oil comprised 93% of saturated fat | February 2018 | $1.85 million common fund | Removal from label and agreement to refrain from using challenged health and wellness claims. |

26

*Hadley et al. v. Kellogg Sales Company*, No. 16-cv-4955-LHK
DECLARATION OF JACK FITZGERALD IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL

| Case | Claims | Date of Settlement | Monetary Terms | Injunctive Relief Terms |
|------|--------|--------------------|----------------|------------------------|
| *Boswell v. Costco Wholesale Corp.*, 16-cv-278-DOC (C.D. Cal.) (granted final approval) | Misleading health claims on Coconut Oil comprised 93% of saturated fat | May 2017 | $775,000 common fund | Removal from label and agreement to refrain from using challenged health and wellness claims. |
| *Cumming v. BetterBody Foods & Nutrition, LLC*, No. 37-2016-00019510-CU-BT-CTL (San Diego Super. Ct.) (granted final approval) | Misleading health claims on Coconut Oil comprised 93% of saturated fat | February 2017 | $1.1 million fund comprised of $650,000 cash and $450,000 gift cards | Removal from label and agreement to refrain from using challenged health and wellness claims. |
| *In re Quaker Oats Labeling Litig.*, 10-cv-502-RS (N.D. Cal.) (granted final approval) | Misleading health claims on Quaker Granola Bars and Oatmeal made with artificial trans fat | December 2015 | $490,000 attorney's fees | Agreement to remove partially-hydrogenated oils from approximately 50 challenged products, and to not reintroduce PHOs into those products for at least ten years thereafter. |
| *Bruno v. Quten Research Inst., LLC*, 11-cv-173-DOC (C.D. Cal.) (granted final approval) | Misleading absorption claims on CoQ10 Supplement marketed for heart health. | March 2013 | Payment of all claims made, $410,000 fees and costs, $8,000 service award | Agreement to refrain from labeling supplement as six times more effective, or providing six times more absorption, for 10 years, absent competent and reliable scientific evidence supporting claim. |
| *Gallucci v. Boiron, Inc.*, No. 11-cv-2039 (S.D. Cal.) (granted final approval, affirmed on appeal) | False efficacy claims on homeopathic remedies | October 2012 | $5 million common fund | Boiron's agreement to provide a disclaimer on 800 homeopathic products, that the advertised uses have not been evaluated by the Food and Drug Administration, and to provide information about homeopathic dilution on the product labels, including a link to a website with more detailed information |

*Hadley et al. v. Kellogg Sales Company*, No. 16-cv-4955-LHK
DECLARATION OF JACK FITZGERALD IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL

| Case | Claims | Date of Settlement | Monetary Terms | Injunctive Relief Terms |
|------|--------|--------------------|----------------|-------------------------|
| *In re Ferrero Litig.*, No. 11-cv-205-H (S.D. Cal.) (granted final approval, affirmed on appeal) | Misleading health and wellness claims on Nutella Hazelnut Spread comprised 70% of saturated fat and sugar | July 2012 | $550,000 common fund, $900,000 fees for injunctive relief obtained | Ferrero's agreement to display Nutella's nutritional content prominently on the front label, and to cease using television, print, web, and label advertisements that misleadingly suggest Nutella is healthy, especially for children. |
| *Yumul v. Smart Balance, Inc.*, No. 10-cv-927-MMM (C.D. Cal.) (granted final approval) | Misleading health and wellness claims on Nucoa margarine made with trans fat | September 2011 | $995,000 to satisfy claims, notice, fees, and incentive award | Smart Balance's agreement to refrain from using partially-hydrogenated vegetable oil in any Nucoa-branded product for 10 years following final approval of the settlement. |
| *Rosen v. Unilever United States, Inc.*, 10-cv-387-JW (N.D. Cal.) (granted final approval) | Misleading health and wellness claims on margarines made with trans fat | October 2010 | $500,000 dedicated to researching alternatives to trans fat and $490,000 attorneys' fees | Unilever's agreement to remove partially-hydrogenated oils from approximately 40 name brand and private label margarines within one year. |

78.    Because each of the cases above concerns small-value retail products, the number of class members was almost always unknown, and notice was almost always made through publication (typically primarily online). One notable example was *Boswell*, as it concerned a Kirkland Signature product sold only at Costco, so that tracking Class Members precisely was possible.

79.    The distribution information on the *Boswell* settlement is summarized in the table below.

| Total Settlement Fund | Total Number of Class Members | Total Number of Class Members to Whom Notice Was Sent | Method(s) of Notice | Number and Percentage of Claim Forms Submitted | Average Recovery Per Class Member or Claimant | Amounts Distributed to Each Cy Pres Recipient | Administrative Costs | Attorneys' Fees and Costs |
|---|---|---|---|---|---|---|---|---|
| $775,000 | 1.73 million | 1.7 million | 1.21 million by direct postcard notice; 615,000 by email; and by publication (2.5 million targeted impressions online) | 50,241 (2.9%) | $3.25 (13% of $24.99 retail price) | N/A | $395,000 | $212,330 |

*Hadley et al. v. Kellogg Sales Company*, No. 16-cv-4955-LHK
DECLARATION OF JACK FITZGERALD IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL

80.     As noted above, while negotiating the settlement, Mr. Weir had estimated nationwide damages (applying the *Hadley* damages models to the products certified for the California Class) between $67 million and $119 million. *See supra* Paragraph 31 and Ex. B. The Settlement Agreement expands the nationwide sales at issue, both by adding packaging sizes that were not certified in California, and by adding Crunchy Nut and Krave cereals, and Nutri-Grain bars, which were in Hadley's original Complaint but were not certified. Those products were not tested for damages, but the Court declined to certify a Nutri-Grain subclass, and we voluntarily dropped the other products based on the overall strength and upside for the claims, so for purposes of measuring damages, we assume a low, 1% premium (*i.e.*, similar to the premium measured on Frosted Mini-Wheats for "Lightly Sweetened," which was 1.3%). Including these products in the Settlement Class brings the nationwide damages under the *Hadley* price premium model to between approximately $74 million and $124 million, as set forth in the analysis attached hereto as Exhibit I.

81.     The following tables summarize the difference between the nationwide damages applied to the products the Court certified on behalf of a California Class, and the nationwide damage applied to the Class Products that are part of the instant Settlement Agreement (using a middle estimate where varying estimates are available for certain products based on alternative damages theories).

### California Class Products

| Product | Nationwide Sales | Units Sold | Average Price | Damages % | Damages Estimate |
|---|---|---|---|---|---|
| Raisin Bran | $1,683,261,696 | 473,077,088 | $3.56 | 4.59% | $77,261,702 |
| Frosted Mini-Wheats | $1,752,497,497 | 508,152,411 | $3.45 | 1.3% | $22,782,467 |
| Smart Start | $66,153,236 | 15,172,761 | $4.36 | 3.9% | $2,579,976 |
| **Totals =** | **$3,501,912,429** | **996,402,260** | - | - | **$102,624,145** |

### Settlement Class Products

| Product | Nationwide Sales | Units Sold | Average Price | Damages % | Damages Estimate |
|---|---|---|---|---|---|
| Raisin Bran | $1,752,609,066 | 494,253,999 | $3.54 | 4.59% | $80,444,756 |
| Frosted Mini-Wheats | $1,860,560,396 | 538,828,178 | $3.45 | 1.3% | $24,187,285 |
| Smart Start | $66,153,236 | 15,172,761 | $4.36 | 3.9% | $2,579,976 |
| Krave | $313,335,013 | 97,983,400 | $3.19 | 1% | $3,133,350 |
| Crunchy Nut | $33,983,113 | 10,717,234 | $3.17 | 1% | $339,831 |
| Nutri-Grain | $1,287,923,231 | 392,003,040 | $3.29 | 1% | $12,879,232 |
| **Totals =** | **$5,314,564,055** | **1,548,958,612** | - | - | **$123,564,430** |

*Hadley et al. v. Kellogg Sales Company*, No. 16-cv-4955-LHK
DECLARATION OF JACK FITZGERALD IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL

1    82.    The Settlement's $20.25 million in monetary benefits accordingly represents between 167%

2    and 220% of the maximum judgment Plaintiff *Hadley* could have gotten at the trial scheduled to begin this

3    December; and approximately 16.3% and 27.4% of the Settlement Class's maximum possible damages at

4    trial applying the *Hadley* case's price premia models. Of course, there is likely no venue in which this case

5    could be brought to trial on a nationwide basis. Instead, my firm or others would likely have to file at least

6    several actions alleging claims on behalf of individual or multi-state classes. This would cost millions of

7    dollars in expenses, and take at least many years. Even then it might be impossible to get relief for consumers

8    in some states.

9    83.    I have significant experience prosecuting consumer fraud class actions, especially regarding

10   foods advertised as healthy. I am also deeply familiar with the issues in this case, as I am prosecuting several

11   others based on similar theories. Given my experience and knowledge of the issues, potential upside, and

12   risks, I believe this is a very strong settlement, which will not only provide a significant number of

13   Americans with appropriate monetary compensation for Kellogg's alleged false advertising, but also

14   highlight an important issue of public health, and reduce the effect of health claims in influencing consumers

15   to eat Kellogg products with substantial amounts of added sugar. I am very proud of our firm having

16   achieved this result, especially given the vigor with which Kellogg and its counsel litigated this case.

17

18   I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

19   Executed this 21st day of October 2019, in San Diego, California.

20

21                                By:      /s/ Jack Fitzgerald
                                           Jack Fitzgerald

22

23

24

25

26

27

28

*Hadley et al. v. Kellogg Sales Company*, No. 16-cv-4955-LHK
DECLARATION OF JACK FITZGERALD IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL

# Exhibit A

## Class Action Settlement Agreement

This Settlement Agreement and Release ("Agreement"), effective upon the date of the signatories below, is made by and between Kellogg Sales Company ("Kellogg") and the Class Representatives (defined below) on behalf of the Class (defined below) (collectively, the "Parties"), in the matters of *Hadley v. Kellogg Sales Co.*, No. 16-cv-4955-LHK (N.D. Cal.) ("*Hadley*"), and *DiGregorio v. Kellogg Sales Co.*, No. 19-cv-632-GTS (N.D.N.Y.) ("*DiGregorio*") (together with *Hadley*, the "Actions").

**WHEREAS**, on August 29, 2016, Class Representative Stephen Hadley commenced the *Hadley* lawsuit for violations of California law of unfair competition, false advertising, and breach of warranty in the United States District Court for the Northern District of California;

**WHEREAS**, on May 28, 2019, putative Class Representatives Melody DiGregorio, Eric Fishon, Kerry Austin, and Nafeesha Madyun commenced the *DiGregorio* lawsuit for violations of New York law of unfair competition, false advertising, and breach of warranty in the United States District Court for the Northern District of New York;

**WHEREAS**, Kellogg denies the allegations contained in the Actions; and

**WHEREAS**, Kellogg and the Class Representatives on behalf of the Class (as defined below) wish to resolve any and all past, present, and future claims the Class has or may have against Kellogg on a nationwide basis, of any nature whatsoever, as they relate to the allegations in the Actions regarding the Class Products (as defined below);

**NOW THEREFORE**, the Parties, for good and valuable consideration, the sufficiency of which is hereby acknowledged, understand and agree to the following terms and conditions.

**A.     Definitions.** As used in this Agreement, the following capitalized terms enclosed within quotation marks have the meanings specified below.

**1.     "Actions"** means the matters of *Hadley v. Kellogg Sales Co.*, No. No. 16-cv-4955-LHK (N.D. Cal.) ("*Hadley*"), and *DiGregorio v. Kellogg Sales Co.*, No. 19-cv-632-GTS (N.D.N.Y.) ("*DiGregorio*").

**1.1.     "*DiGregorio*"** means *DiGregorio v. Kellogg Sales Co.*, No. 19-cv-632-GTS (N.D.N.Y., filed May 28, 2019).

**1.2.     "*Hadley*"** means *Hadley v. Kellogg Sales Co.*, No. No. 16-cv-4955-LHK (N.D. Cal., filed August 29, 2016).

**2.     "Agreement"** or **"Settlement Agreement"** means this Class Action Settlement Agreement.

1

     **3.**    **"Claim"** means a request for relief submitted by or on behalf of a Class Member on a Claim Form filed with the Class Administrator in accordance with the terms of this Agreement.

     **3.1.**    **"Approved Claim"** means a claim approved by the Claims Administrator, according to the terms of this Agreement.

     **3.2.**    **"Claimant"** means any Class Member who submits a Claim Form for the purpose of claiming benefits, in the manner described in Section D of this Agreement.

     **3.3.**    **"Claim Form"** means the document to be submitted by Claimants seeking direct monetary benefits pursuant to this Agreement.

     **3.4.**    **"Claims Deadline"** means the date by which a Claimant must submit a Claim Form to be considered timely. The Claims Deadline shall end no earlier than the end of the Notice Period, or such other time as the Court orders.

     **3.5.**    **"Claims Process"** means the process by which Class Members may make claims for relief, as described in Section D of this Agreement.

     **4.**    **"Class"** or **"Settlement Class"** means all persons in the United States who, between August 29, 2012 and the date a motion for preliminary approval is filed (the "Class Period"), purchased in the United States, for household use and not for resale or distribution, one of the Class Products.

     **4.1.**    **"Class Member"** means any person who is a member of the Class.

     **4.2.**    **"Class Period"** means August 29, 2012 to the date a motion for preliminary approval is filed.

     **4.3.**    **"Class Products"** means any of the specific Kellogg cereal or bar products identified in Appendix 1 hereto.

     **5.**    **"Class Administrator"** means the independent company approved by the Court to provide the Class Notice and to administer the Claims Process.

     **4.1.**    **"Claims Administration"** means the administration of the Claims Process by the Class Administrator.

     **4.2.**    **"Claims Administration Expenses"** means the fees charged and expenses incurred by the Class Administrator in completing the Claims Administration.

6.      **"Class Counsel"** means the following attorneys of record for plaintiffs in the Actions, unless otherwise modified by the Court:

Jack Fitzgerald
Trevor M. Flynn
Melanie Persinger
The Law Office of Jack Fitzgerald, PC
Hillcrest Professional Building
3636 Fourth Avenue, Suite 202
San Diego, California 92103
Phone: (619) 692-3840

Sidney W. Jackson, III
Jackson & Foster, LLC
75 St. Michael Street
Mobile, Alabama 36602
Phone: (251) 433-6699

7.      **"Class Notice"** means both those documents notifying Class Members, pursuant to the Notice Plan, of the Settlement, and the substance of those documents, which includes the Long Form Notice and Short Form Notice.

7.1.      **"Long Form Notice"** refers to the full Class Notice attached hereto as Exhibit 1.

7.2.      **"Short Form Notice"** means the summary Class Notice attached hereto as Exhibit 2.

7.3.      **"Notice Period"** means the minimum 60-day period of time following preliminary approval that Class Notice will be made pursuant to the Notice Plan.

7.4.      **"Notice Plan"** means the plan for dissemination of Class Notice to be submitted to the Court in connection with a motion for preliminary approval of this Settlement.

8.      **"Class Representative(s)"** means named plaintiffs Stephen Hadley, Melody DiGregorio, Eric Fishon, Kerry Austin, and Nafeesha Madyun.

9.      **"Court"** means the Northern District of California.

10.      **"Effective Date"** means the date on which the Judgment approving this Agreement becomes final. For purposes of this definition, the Judgment shall become final: (a) if no appeal from the Judgment is filed, the date of expiration of the time for filing or noticing any appeal from the Judgment; or (b) if an appeal from the Judgment is filed, and the Judgment is affirmed or the appeal dismissed, the date of such affirmance or dismissal; or (c) if a petition for certiorari seeking review of the appellate judgment is filed and denied, the date the petition is denied; or (d) if a petition for writ of certiorari is filed and granted, the date of final affirmance or final dismissal of the review proceeding initiated by the petition for a writ of certiorari.

11.     **"Final Approval Hearing"** means the hearing to be conducted by the Court to determine whether to finally approve the Settlement and to enter Judgment.

12.     **"Judgment"** means the Court's order approving the Settlement and dismissing the Action(s) with prejudice.

13.     **"Kellogg"** means Kellogg Sales Company, the defendant in the Actions.

14.     **"Objection Deadline"** means the first business day on or after fourteen (14) calendar days from the filing of a motion for final approval of the Settlement and application for fees, or such other date as the Court may order in its Preliminary Approval Order, and is the date by which Class Members must file with the Court and serve on all Parties (i) a written statement objecting to any terms of the Settlement or to Class Counsel's fees or expenses, and (ii) a written notice of intent to appear if they expect to present in person at the Final Approval Hearing objections to any terms of the Settlement or to Class Counsel's fees or expenses.

15.     **"Opt-Out Deadline"** means the deadline by which a Class Member must exercise his or her option to opt out of the settlement so as not to release his or her claims as part of the Released Claims, which shall be the same deadline as the Claims Deadline, or another date ordered by the Court in its Preliminary Approval Order.

16.     **"Party"** or **"Parties"** means the Class Representatives, on behalf of the Class, and Kellogg.

17.     **"Person"** means any individual, corporation, partnership, association, or any other legal entity.

18.     **"Plaintiffs"** means the Class Representatives, either individually or on behalf of the Class.

19.     **"Preliminary Approval Date"** means the date of entry of the Court's order granting preliminary approval of the Settlement.

20.     **"Preliminary Approval Order"** means the Court's order granting preliminary approval to this Settlement.

21.     **"Released Claims"** means the claims released by the Class Members via this Agreement.

22.     **"Released Kellogg Persons"** means Kellogg, and any past, current, or future parent companies (including intermediate parents and ultimate parents) and subsidiaries, affiliates, predecessors, successors, and assigns, and each of their respective officers, directors, employees, agents, attorneys, insurers, stockholders, representatives,

4

heirs, administrators, executors, successors and assigns, and any other person or entity acting on Kellogg's behalf.

23.     **"Settlement"** means the resolution of this action embodied in the terms of this Agreement.

23.1.   **"Settlement Class"** means the Class on whose behalf this Settlement has been reached, as defined in Paragraph 4.

24.     **"Settlement Fund"** means the $20,250,000 in direct monetary relief provided to the Class by Kellogg as part of the Settlement, which is comprised of a Cash Component and Voucher Component.

25.1.   **"Cash Component"** or **"Cash Fund"** means the $12,000,000 cash Kellogg is providing as partial consideration for the Settlement.

25.2.   **"Voucher Component"** or **"Voucher Fund"** means the $8,250,000 worth of cash-equivalent Vouchers Kellogg is providing as partial consideration for the Settlement.

25.3.   **"Voucher"** means cash-equivalent relief distributed to certain Claimants, at their election, which can be used to obtain certain Kellogg cereals, as further detailed in Section C below.

25.     **"Settlement Payment"** means the amount to be paid to valid Claimants as detailed in Section D.

26.     **"Settlement Website"** means a website maintained by the Claims Administrator to provide the Class with information relating to the Settlement.

**B.      Summary of Settlement Benefits.** The Settlement provides both direct monetary relief and injunctive relief to the Class.

27.     **Direct Monetary Relief.** The Settlement provides $20,250,000 in direct monetary relief from Kellogg (the "Settlement Fund"), which is comprised of a Cash Component and a cash-equivalent Voucher Component, as detailed in Section C, below. The Claims Process, through which Claimants may choose as their monetary relief either cash or vouchers, is detailed in Section D, below.

28.     **Injunctive Relief.** Kellogg will modify the labels of the Class Products, and/or will commit not to use certain labeling statements challenged in the Actions, as detailed in Section E, below.

**C.      Direct Monetary Relief.** The direct monetary relief to the Class as part of the Settlement is comprised of a Cash Component and a Voucher Component.

29.      **Cash Component.** The Cash Component of the Settlement Fund is $12,000,000, and shall be used to pay Class Notice and Claims Administration; attorneys' fees and expenses; incentive awards; and the cash component of Class Member claims.

29.1.      **Funding.** Within seven (7) calendar days after Class Notice commences, or another date agreed upon by the Parties in writing or ordered by the Court, Kellogg shall pay $12,000,000 into a qualified settlement fund created and maintained by the Class Administrator, with a separate tax identification number for purposes of this Agreement only (the "Cash Fund"). Interest on the Cash Fund shall inure to the benefit of the Class.

29.2.      **Taxes.** All taxes on the income of the Cash Fund, and any costs or expenses incurred in connection with the taxation of the Cash Fund shall be paid out of the Cash Fund, shall be considered to be a Claims Administration Expense, and shall be timely paid by the Class Administrator without prior order of the Court. The Parties shall have no liability or responsibility for the payment of any such taxes.

29.3.      **Attorneys' Fees, Costs, and Service/Incentive Awards.** Class Counsel and Class Representatives shall request attorneys' fees and costs, and incentive awards, to be paid from the Cash Fund. The Class Administrator shall pay to Class Counsel from the qualified settlement fund the amount of attorneys' fees and costs awarded by the Court within seven (7) calendar days of entry of Judgment, notwithstanding the filing of any appeals, or any other proceedings which may delay the Effective Date of the Settlement or a final judgment in the case; provided, however, that in the event any fee award, either individually or in connection with the entire Settlement is overturned, reduced, vacated, or otherwise modified, Class Counsel shall be obligated to return to the Cash Fund any difference between the amount of the original award and any reduced award.

30.      **Voucher Component.** The Voucher Component of the Settlement Fund shall be $8,250,000, and shall be used to satisfy certain Class Member claims, as detailed in Section D below. Kellogg represents that, in reimbursing retailers for product obtained by Claimants using Vouchers, Kellogg will incur a cost equivalent to the retail price that the Claimant would otherwise have had to pay absent use of the Voucher.

30.1.      **Good for Certain Kellogg Products.** Vouchers distributed through the Claims Process shall be usable by Claimants to obtain from a retailer one or more of the following Kellogg products:

| Product | Size(s) | UPCs | Approximate Average Retail Price |
|---|---|---|---|
| Kellogg's Variety Pack[1] | 10.94 oz. | 38000178092 | $4.41 |
| Kellogg's Fun Pack[2] | 8.56 oz. | 38000052200 | $2.92 |
| Raisin Bran (Original) | 1.25 oz.<br>16.6 oz.<br>24.0 oz.<br>30.3 oz.<br>76.5 oz. | 38000008610<br>38000199875<br>38000199899<br>38000144813<br>38000779008 | $0.62<br>$2.87<br>$3.64<br>$4.07<br>$7.34 |
| Raisin Bran with Cranberries | 14 oz. | 38000199837 | $3.32 |
| Raisin Bran with Bananas | 15.9 oz. | 38000199813 | $3.31 |
| Raisin Bran Crunch | 2.8 oz.<br>15.9 oz.<br>22.5 oz. | 38000116308<br>38000199738<br>38000199752 | $1.00<br>$2.97<br>$3.64 |
| Raisin Bran Vanilla Almond | 22.2 oz. | 38000210174 | $3.63 |
| Smart Start | 18.2 oz. | 38000200229 | $4.00 |
| All Bran Original | 18.6 oz. | 38000198410 | $3.66 |
| All Bran Wheat Flakes | 18 oz. | 38000596674 | $4.60 |
| All Bran Buds | 17.7 oz.<br>22 oz. | 38000013027<br>38000198434 | $3.42<br>$3.68 |
| Crispix | 12 oz.<br>18 oz. | 38000035302<br>38000924224 | $3.61<br>$3.64 |
| Mueslix | 16.2 oz. | 38000199615 | $4.22 |

      **30.2.   Expiration.** Vouchers shall expire no earlier than four (4) months (*i.e.*, 120 days) after their issuance.

      **30.3.   Single Use.** Vouchers must be used in a single transaction, with any unused value forfeited.

---

[1] Includes some combination of Corn Flakes, Frosted Flakes, Frosted Mini-Wheats Originals, Raisin Bran, Froot Loops, Corn Pops, Rice Krispies, and Special K, but selections may change from time to time.

[2] Includes some combination of Frosted Flakes, Apple Jacks, Froot Loops, Corn Pops, and Cocoa Krispies, but selections may change from time to time.

       **30.4.   Transferrable and Stackable.** Vouchers shall be fully transferrable; and stackable to the extent permitted by retailers.

**D.   Claims Process.**

    **31.   General Process.** To obtain monetary relief as part of the Settlement, a Class Member must make a claim by filling out and submitting an online Claim Form. The claim made via the Claim Form will proceed through the following general steps:

(a)    The Claimant will be asked to provide identifying information.

(b)    The Claimant will be asked to identify which of the six Class Products he or she has purchased since August 2012. For each Class Product purchased since August 2012, the Claimant will be asked to state his or her approximate number of purchases in the last three months (or in the last three months it was sold, in the case of Crunchy Nut cereal). The Claimant will be asked to identify the year he or she began purchasing the product.

(c)    An equation running "behind the scenes" will calculate the extrapolated number of units of each Class Product purchased by the Claimant during the Class Period (which is approximately 7 years, 2 months), subject to per-product caps based on a reasonable average use for the products. The equation will then calculate a dollar amount of a "Base Refund" by multiplying the number of units of each Class Product purchased, by a standardized refund for that product based on the Class's damages models in the Actions. The refund amounts and caps that will apply to calculate the Base Refund are as follows.

| Product | Refund Amount Per Box | Box Cap |
|---|---|---|
| Raisin Bran | 16 cents | 2 per month |
| Smart Start | 17 cents | 1 per month |
| Frosted Mini-Wheats | 5 cents | 2 per month |
| Krave | 3 cents | 2 per month |
| Crunchy Nut | 3 cents | 0.5 per month |
| Nutri-Grain | 3 cents | 3 per month |

(d)    Based on the amount of the Base Refund calculated, the Claimant will be placed into one of four possible "buckets," with each bucket providing the Claimant a standardized refund offer in both Cash and Voucher value, as follows:

| Base Refund Range | $0 - $10.00 | $10.01 - $32.50 | $32.51 - $55.00 | $55.01+ |
|---|---|---|---|---|
| Cash Offer | $2.50 | $5 | $7.50 | $10 |
| Voucher Offer | $5 | $10 | $15 | $20 |

(e)     The Claimant will then be required to choose either the Voucher or Cash relief, being advised that, based on the number of claims received, the actual amount of Cash or Voucher value may increase or decrease in a *pro rata* manner, as set forth in Paragraph 35 below.

**32.     The Claim Form and Timing.** The Claim Form will be available on the Settlement Website, for online submission to the Class Administrator. Claim Forms must be submitted on or before the Claims Deadline to be considered timely. The Claims Deadline shall be clearly and prominently stated in the Preliminary Approval Order, the Class Notice, on the Settlement Website, and on the Claim Form.

**33.     Substance of the Claim Form.** In addition to information about the Class Products as set forth in Paragraph 31 above, the Claim Form will request customary information (including the Claimant's name, address, email address, and telephone number), in order to mail vouchers, and may seek limited additional information from Claimants to provide reasonable bases for the Class Administrator to monitor for and detect fraud. Such additional information may include, for example, retailers and locations (city and state) at which the Class Products were purchased. In addition, the Claim Form will require the Claimant to declare that the information provided is true and correct to the best of the Claimant's memory and understanding.

**34.     Claim Validation.** The Class Administrator shall be responsible for monitoring the claims for fraud, and shall retain sole discretion in accepting or rejecting claims. The Class Administrator shall have no obligation to notify Claimants of rejected claims unless otherwise ordered by the Court.

**35.     Supplemental Distributions and *Pro Rata* Reductions.** Claimants' cash or voucher refund amounts are subject to supplemental distributions or *pro rata* reductions if, in the case of the Cash Fund, claims exceed or are less than money remaining in the Cash Fund after subtraction of all Cash Expenses (including costs of Notice and Administration, attorneys' fees and costs, and service awards); or in the case of the Voucher Fund, the value of Vouchers claimed exceed or is less than the amount of the Voucher Fund. Any such "supplemental" distribution will be calculated prior to distribution of funds (*i.e.*, will be made in a single distribution).

**36.     Timing of Distribution of Direct Monetary Relief.** The Class Administrator shall pay out Approved Claims in accordance with the terms of this Agreement commencing ten (10) days after the Effective Date, or as otherwise ordered by the Court.

**36.1.     Distribution of Voucher Relief.** Claimants who elect to receive Vouchers for their relief will receive their Vouchers by mail. Vouchers will be provided in

increments, up to the amount to which the claimant is entitled. Kellogg will be solely responsible for printing the Vouchers, and the cost shall be borne by Kellogg separate and apart from the Settlement Fund.

**36.2.   Distribution of Cash Relief.** Claimants who elect to receive Cash for their relief will receive their cash by email, via a "digital check," which can either be deposited electronically, or printed and deposited at a bank, like a traditional check.

## E.    Injunctive Relief.

37.    **"Heart Healthy."** So long as more than 10% of their calories per serving come from added sugar, Kellogg will remove or modify references to heart health on Smart Start and Raisin Bran as follows:

**37.1.   Smart Start.** Kellogg will remove and, for a period of no less than two (2) years, not use any heart health references on Smart Start's packaging.

**37.2.   Raisin Bran.** For a period of no less than two (2) years, Kellogg will limit any "heart health" claims on Raisin Bran's packaging to approximately the bottom half of the principal and reverse display panels. In so doing:

**37.2.1. No Increase in Font Size.** Kellogg shall not increase the size of any "heart health" claim beyond what was in use relative to a given box size during the Class Period. For illustration *only*, if a "heart health" claim on an 18 oz. Raisin Bran box appeared in font that is approximately 2 inches tall during the Class Period, Kellogg shall not increase the font size beyond that same approximate 2 inches when moving the claim from the top-half to the bottom-half of the box.

**37.2.2. No Breach for Non-Material Deviations.** Non-material deviations from the "bottom half" and font-size rules shall not constitute a breach of this Agreement.

38.    **"Healthy."** Except as set forth in paragraph 37, above, for a period of no less than three (3) years, so long as more than 10% of their calories per serving come from added sugar, Kellogg will use the term "healthy" on the Class Products *only* consistently with 21 C.F.R. § 101.65(d)(ii), *i.e.*, in connection with an explicit or implicit claim about a nutrient of the type required to be labeled in the Nutrition Facts Box.

39.    **"Lightly Sweetened."** Kellogg will remove, and, for a period of no less than three (3) years, not use the term "lightly sweetened" to describe Frosted Mini-Wheats and Smart Start cereals, so long as more than 10% of their calories per serving come from added sugar.

40.    **"No High Fructose Corn Syrup."** For a period of no less than three (3) years, Kellogg will not use the statement, "No High Fructose Corn Syrup" (or any equivalent phrases,

such as "No HFCS," or "made without high fructose corn syrup") on any Class Product, so long as more than 10% of its calories per serving come from added sugar.

41.     **"Wholesome," "Nutritious," and "Benefits."** For a period of no less than three (3) years, Kellogg will only use the words "wholesome," "nutritious," or "benefits" (and variations, such as "wholesomeness," "nutrition," or "beneficial") on the Class Products in connection with a specific ingredient or nutrient, and shall not use those words to describe any Class Product as a whole, so long as more than 10% of its calories per serving come from added sugar. A typical permitted use would be "[made with] or [contains] _____ [ingredient] or [nutrient]," where the "wholesome," "nutritious," or "beneficial" would appear in the blank.

42.     **Reasonable Time and Conditions for Implementing Injunctive Relief.** Kellogg shall have a reasonable period of time to make and implement the injunctive relief noted in this Section E, and shall be permitted to "sell through" all existing inventory, *i.e.*, need not recall or destroy packaging already in the marketplace or printed. The time periods noted in Paragraphs 37-41 refer to time in market, and may be measured from the date of one relevant final label proof to another. For example, if the final label proof for new Smart Start packaging that does not contain any heart health claims is dated June 30, 2020, then—to the extent Kellogg resumes using heart health claims on Smart Start after the two-year injunctive relief period noted in Paragraph 37.1 has expired—the final label proof for the subsequent packaging should be dated June 30, 2022 or later.

43.     **Notice and Opportunity to Cure in Event of Breach.** If Class Counsel on behalf of any Class Representative believes Kellogg is in breach of any of the injunctive relief provisions, they shall be obligated to give Kellogg reasonable notice and a reasonable opportunity to cure following a "meet and confer" conference before seeking any related relief.

F.     **Class Notice and Claims Administration**

44.     **Class Administrator.** Subject to the Court's approval, the Parties agree to retain Postlethwaite & Netterville ("P&N") as the Class Administrator to effect Class Notice and Claims Administration. The Class Administrator shall assist with various administrative tasks including, without limitation:

(a)     Arranging for the dissemination of the Class Notice pursuant to the Notice Plan agreed to by the Parties and approved by the Court;

(b)     Making any mailings required under the terms of this Agreement or any Court Order or law, including handling returned mail;

(c)     Answering inquiries from Class Members and/or forwarding such inquiries to Class Counsel;

(d)     Receiving and maintaining forms of Class Members who wish to opt out of and be excluded from the Settlement;

(e)     Establishing a Settlement Website;

(f)     Establishing a toll-free informational telephone number for Class Members;

(g)     Receiving and processing (including monitoring for fraud and validating or rejecting) Class Member claims and distributing payments to Class Members; and

(h)     Otherwise assisting with the implementation and administration of the Settlement.

45.     **Notice.** Notice of the Settlement will be made to the Class, and to certain federal and state officials.

45.1.   **To the Class.** Class Notice will be effectuated through digital publication notice according to a Notice Plan designed by the Class Administrator to comply with the applicable requirements of Rule 23, and approved by the Parties and Court.

45.2.   **CAFA Notice.** The Class Action Fairness Act of 2005 ("CAFA") requires Kellogg to inform certain federal and state officials about this Agreement and proposed Settlement. *See* 28 U.S.C. § 1715. Under the provisions of CAFA, the Class Administrator, on behalf of Kellogg, will serve notice upon the appropriate officials within ten (10) calendar days after the Parties file the proposed Agreement with the Court. See 28 U.S.C. § 1715(b).

46.     **Opt-Out Procedures.** Class Members who wish to opt out of and be excluded from the Settlement must download from the Settlement Website an Opt-Out Form (substantially in the form of the Opt-Out Form attached hereto as <u>Exhibit 3</u>), and Class Members must print, complete, and mail the form to the Class Administrator, postmarked no later than the end of the 60-day Notice Period, or as otherwise ordered by the Court in its Preliminary Approval Order (the "Opt-Out Deadline"). The Opt-Out Form must be personally completed and submitted by the Class Member, and so-called "mass" or "class" opt-outs shall not be permitted. The Class Administrator shall periodically notify Class Counsel and Kellogg's counsel of any opt-outs.

47.     **Procedures for Objecting to the Settlement.** Class Members have the right to appear and show cause why the Settlement should not be granted final approval, subject to each of the provisions of this paragraph:

47.1.   **Written Objection Required.** Any objection to the Settlement must be in writing, filed with the Court, with a copy served on Class Counsel and counsel for Kellogg at the addresses set forth in the Notice and below, by the Objection Deadline.

**47.2.   Form of Written Objection.** Any objection regarding or related to the Agreement must contain (i) a caption or title that clearly identifies the Action and that the document is an objection, (ii) information sufficient to identify and contact the objecting Class Member or his or her attorney if represented, and (iii) a clear and concise statement of the Class Member's objection, as well as any facts and law supporting the objection (the "Objection").

**47.3.   Authorization of Objections Filed by Attorneys Representing Objectors.** Class Members may object either on their own or through an attorney hired at their own expense, but a Class Member represented by an attorney must sign either the Objection itself, or execute a separate declaration stating that the Class Member authorizes the filing of the Objection.

**47.4.   Effect of Both Opting Out and Objecting.** If a Class Member submits both an Opt-Out Form and Objection, the Class Member will be deemed to have opted out of the Settlement, and thus to be ineligible to object. However, any objecting Class Member who has not timely submitted a completed Opt-Out Form will be bound by the terms of the Agreement upon the Court's final approval of the Settlement.

**47.5.   Appearance at Final Approval Hearing.** Objecting Class Members may appear at the Final Approval Hearing and be heard. Such Class Members are requested, but not required to file a Notice of Intent to Appear.

**47.6.   Response to Objections.** The Parties shall have the right, but not the obligation, either jointly or individually, to respond to any objection, with any written response due 7 days after the Objection Deadline, or as otherwise ordered by the Court.

**G.   Court Approval**

**48.   Preliminary Approval.** After executing this Agreement, and no later than October 21, 2019 unless otherwise agreed in writing, the Parties will submit to the Court this Agreement, together with its exhibits, and will request that the Court grant preliminary approval of the proposed Settlement, issue a Preliminary Approval Order, and schedule a Final Approval Hearing to determine whether the Settlement should be granted final approval, whether an application for attorneys' fees and costs should be granted, and whether an application for incentive awards should be granted. As part of the preliminary approval motion, the Parties will request the Court to provisionally certify the Class for settlement purposes and appoint Class Counsel.

**49.   Final Approval.** A Final Approval Hearing to determine final approval of the Agreement shall be scheduled as soon as practicable, subject to the calendar of the Court, but no sooner than 130 days after the Preliminary Approval Date. Upon final approval of the Agreement by the Court at or after the Final Approval Hearing, the Parties shall seek and obtain a Judgment from the Court.

50.     **Failure to Obtain Approval.** If this Agreement is not given preliminary or final approval by the Court, the Parties will seek in good faith to revise the Agreement as needed to obtain Court approval. Failing this, the Parties will be restored to their respective places in the litigation. In such event, the terms and provisions of this Agreement will have no further force and effect with respect to the Parties and will not be used in this or in any other proceeding for any purposes, and any Judgment or Order entered by the Court in accordance with the terms of this Agreement will be treated as vacated. The Parties agree that, in the event of any such occurrence, the Parties shall stipulate or otherwise take all necessary action to resume in the Northern District of New York the *DiGregorio* action for all further pre-trial and trial proceedings, and to resume the action at the procedural posture as though this Agreement had never been reached.

## H.     Releases

51.     **Release of Kellogg and Related Persons.** Upon the Effective Date, each Class Member who has not opted out will be deemed to have, and by operation of the Judgment will have, fully, finally, and forever released, relinquished, and discharged the Released Kellogg Persons (including, without limitation, all past, current, or former agents, employees, contractors, affiliates, heirs, attorneys, insurers, and assignees thereof) from any and all claims, demands rights, suits, liabilities, injunctive and/or declaratory relief, and causes of action of every nature and description whatsoever, including costs, expenses, penalties, and attorneys' fees, whether known or unknown, matured or unmatured, at law or in equity, existing under federal or state law, that any Class Member has or may have against the Released Kellogg Persons arising out of or related in any way to the transactions, occurrences, events, behaviors, conduct, practices, and policies alleged in the Actions regarding the Class Products, which have been, or which could have been asserted in the Actions, and in connection with the conduct of the Actions, that have been brought, could have been brought, or are currently pending in any forum in the United States.

52.     **Release of Plaintiffs and Related Persons.** Upon the Effective Date, Kellogg will be deemed to have, and by operation of the Judgment will have, fully, finally, and forever released, relinquished, and discharged Class Representatives, the Class, and Class Counsel from any and all claims, demands, rights, suits, liabilities, and causes of action of every nature and description whatsoever, whether known or unknown, matured or unmatured, at law or in equity, existing under federal or state law, that Kellogg has or may have against any of them arising out of or related in any way to the transactions, occurrences, events, behaviors, conduct, practices, and policies alleged in the Actions regarding the Class Products, and in connection with the filing and conduct of the Actions, that have been brought, could have been brought, or are currently pending in any forum in the United States.

## I.     Miscellaneous

53.     **Entire Agreement.** This Agreement shall constitute the entire Agreement among the Parties with regard to the subject matter of this Agreement and shall supersede any previous

agreements, representations, communications, and understandings among the Parties with respect to the subject matter of this Agreement. The Parties acknowledge, stipulate, and agree that no covenant, obligation, condition, representation, warranty, inducement, negotiation, or undertaking concerning any part or all of the subject matter of the Agreement has been made or relied upon except as expressly set forth herein. This Agreement supersedes any prior agreement between the parties, including the Confidential Term Sheet executed by the Parties on September 16, 2019.

      54.    **Notices Under Agreement.** All notices or mailings required by this Agreement to be provided to or approved by Class Counsel and Kellogg, or otherwise made pursuant to this agreement, shall be provided as follows:

| *Class Counsel* | *Kellogg* |
|---|---|
| Jack Fitzgerald (jack@jackfitzgeraldlaw.com) | Dean N. Panos (dpanos@jenner.com) |
| The Law Office of Jack Fitzgerald, PC | Jenner & Block LLP |
| Hillcrest Professional Building | 353 N. Clark Street |
| 3636 Fourth Avenue, Suite 202 | Chicago, IL 60654 |
| San Diego, CA 92103 | |

      55.    **Good Faith.** The Parties acknowledge that each intends to implement the Agreement. The Parties have at all times acted in good faith and shall continue to, in good faith, cooperate and assist with and undertake all reasonable actions and steps in order to accomplish all required events on the schedule set by the Court, and shall use reasonable efforts to implement all terms and conditions of this Agreement.

      56.    **Binding on Successors.** This Agreement shall be binding upon and inure to the benefit of the heirs, successors, assigns, executors, and legal representatives of the Parties to the Agreement and the released Parties and persons.

      57.    **Arms'-Length Negotiations.** This Agreement compromises claims that are contested, and the Parties agree that the consideration provided to the Class and other terms of this Agreement were negotiated in good faith and at arms' length by the Parties, and reflect an Agreement that was reached voluntarily, after consultation with competent legal counsel, and guided in part by the Parties' private mediation session with Mark Peterson, of Farella, Braun & Martel LLP; and by the Parties' five mediation sessions with the Honorable James Holderman (Ret.), former Chief Judge of the Northern District of Illinois, of JAMS, both experienced mediators. The determination of the terms of, and the drafting of, this Agreement, has been by mutual agreement after negotiation, with consideration by and participation of all Parties hereto and their counsel. Accordingly, the rule of construction that any ambiguities are to be construed against the drafter shall have no application. All Parties agree that this Agreement was drafted by Class Counsel and Kellogg's counsel at arms' length, and that no parol or other evidence may be offered to explain, construe, contradict, or clarify its terms, the intent of the Parties or their attorneys, or the circumstances under which the Agreement was negotiated, made, or executed.

**58.**     **Waiver.** The waiver by one Party of any provision or breach of this Agreement shall not be deemed a waiver of any other provision or breach of this Agreement.

**59.**     **Modification in Writing Only.** This Agreement and any and all parts of it may be amended, modified, changed, or waived only by an express instrument in writing signed by the Parties.

**60.**     **Headings.** The descriptive headings of any paragraph or sections of this Agreement are inserted for convenience of reference only and do not constitute a part of this Agreement.

**61.**     **Governing Law.** This Agreement shall be interpreted, construed and enforced according to the laws of the State of California, without regard to conflicts of law.

**62.**     **Continuing Jurisdiction.** After entry of the Judgment, the Court shall have continuing jurisdiction over the Action solely for purposes of (i) enforcing this Agreement, (ii) addressing settlement administration matters, and (iii) addressing such post-Judgment matters as may be appropriate under court rules or applicable law.

**63.**     **Execution.** This Agreement may be executed in one or more counterparts. All executed counterparts and each of them will be deemed to be one and the same instrument. Photocopies and electronic copies (e.g., PDF copies) shall be given the same force and effect as original signed documents.

[signatures appear on following page]

**IN WITNESS WHEREOF**, each of the undersigned, being duly authorized, have caused this Agreement to be executed on the dates shown below and agree that it shall take effect on that date upon which it has been executed by all of the undersigned.

Plaintiffs, on behalf of the Class

_____
Stephen Hadley

Dated: 10/21, 2019

_____
Melody DiGregorio

Dated: _____, 2019

_____
Eric Fishon

Dated: _____, 2019

_____
Kerry Austin

Dated: _____, 2019

_____
Nafeesha Madyun

Dated: _____, 2019

**Class Counsel**

_____
Jack Fitzgerald

Dated: _____, 2019

**Defendant Kellogg Sales Company**

_____
Name:
Position:

Dated: _____, 2019

17

**IN WITNESS WHEREOF**, each of the undersigned, being duly authorized, have caused this Agreement to be executed on the dates shown below and agree that it shall take effect on that date upon which it has been executed by all of the undersigned.

**Plaintiffs, on behalf of the Class**

_____     Dated: _____, 2019
Stephen Hadley

_____     Dated: /0-21- , 2019
Melody DiGregorio

_____     Dated: _____, 2019
Eric Fishon

_____     Dated: _____, 2019
Kerry Austin

_____     Dated: _____, 2019
Nafeesha Madyun

**Class Counsel**

_____     Dated: _____, 2019
Jack Fitzgerald

**Defendant Kellogg Sales Company**

_____     Dated: _____, 2019
Name:
Position:

17

**IN WITNESS WHEREOF**, each of the undersigned, being duly authorized, have caused this Agreement to be executed on the dates shown below and agree that it shall take effect on that date upon which it has been executed by all of the undersigned.

**Plaintiffs, on behalf of the Class**

_____          Dated: _____, 2019
Stephen Hadley

_____          Dated: _____, 2019
Melody DiGregorio

_____          Dated: October 21st , 2019
Eric Fishon

_____          Dated: _____, 2019
Kerry Austin

_____          Dated: _____, 2019
Nafeesha Madyun

**Class Counsel**

_____          Dated: _____, 2019
Jack Fitzgerald

**Defendant Kellogg Sales Company**

_____          Dated: _____, 2019
Name:
Position:

**IN WITNESS WHEREOF**, each of the undersigned, being duly authorized, have caused this Agreement to be executed on the dates shown below and agree that it shall take effect on that date upon which it has been executed by all of the undersigned.

**Plaintiffs, on behalf of the Class**

_____     Dated: _____, 2019
Stephen Hadley

_____     Dated: _____, 2019
Melody DiGregorio

_____     Dated: _____, 2019
Eric Fishon

_____     Dated: _10 - 21_, 2019
Kerry Austin

_____     Dated: _____, 2019
Nafeesha Madyun


**Class Counsel**

_____     Dated: _____, 2019
Jack Fitzgerald


**Defendant Kellogg Sales Company**

_____     Dated: _____, 2019
Name:
Position:

17

**IN WITNESS WHEREOF**, each of the undersigned, being duly authorized, have caused this Agreement to be executed on the dates shown below and agree that it shall take effect on that date upon which it has been executed by all of the undersigned.

## Plaintiffs, on behalf of the Class

_____                   Dated: _____, 2019
Stephen Hadley

_____                   Dated: _____, 2019
Melody DiGregorio

_____                   Dated: _____, 2019
Eric Fishon

_____                   Dated: _____, 2019
Kerry Austin

_____                   Dated: _10/21_, 2019
Nafeesha Madyun

### Class Counsel

_____                   Dated: _____, 2019
Jack Fitzgerald

### Defendant Kellogg Sales Company

_____                   Dated: _____, 2019
Name:
Position:

17

**IN WITNESS WHEREOF**, each of the undersigned, being duly authorized, have caused this Agreement to be executed on the dates shown below and agree that it shall take effect on that date upon which it has been executed by all of the undersigned.

**Plaintiffs, on behalf of the Class**

_____     Dated: _____, 2019
Stephen Hadley

_____     Dated: _____, 2019
Melody DiGregorio

_____     Dated: _____, 2019
Eric Fishon

_____     Dated: _____, 2019
Kerry Austin

_____     Dated: _____, 2019
Nafeesha Madyun


**Class Counsel**

_____     Dated: October 21, 2019
Jack Fitzgerald


**Defendant Kellogg Sales Company**

_____     Dated: _____, 2019
Name:
Position:

17

**IN WITNESS WHEREOF**, each of the undersigned, being duly authorized, have caused this Agreement to be executed on the dates shown below and agree that it shall take effect on that date upon which it has been executed by all of the undersigned.

**Plaintiffs, on behalf of the Class**

_____          Dated: _____, 2019
Stephen Hadley

_____          Dated: _____, 2019
Melody DiGregorio

_____          Dated: _____, 2019
Eric Fishon

_____          Dated: _____, 2019
Kerry Austin

_____          Dated: _____, 2019
Nafeesha Madyun

**Class Counsel**

_____          Dated: _____, 2019
Jack Fitzgerald

**Defendant Kellogg Sales Company**

Dated: _____, 2019

Name: Gary H. Pilnick
Position: President

**Appendix 1:   Class Products**

| Product | Sizes | | | | |
|---|---|---|---|---|---|
| **_Raisin Bran_**<br>Original<br>Crunch<br>Apple Strawberry<br>Vanilla Almond<br>Cinnamon Almond<br>Omega-3<br>With Cranberries | 13.5 oz.<br>13.7 oz.<br>14.2 oz.<br>14.3 oz.<br>14.5 oz. | 15 oz.<br>16.8 oz.<br>18.2 oz.<br>18.7 oz.<br>20 oz. | 20.3 oz.<br>23.5 oz.<br>24.8 oz.<br>25.5 oz.<br>28.2 oz. | 29 oz.<br>30 oz.<br>30.3 oz.<br>43.3 oz.<br>56.6 oz. | 76.5 oz. |
| **_Krave_**<br>Chocolate<br>S'mores<br>Double Chocolate | 11 oz.<br>11.4 oz. | 14.1 oz.<br>14.5 oz. | 15.5 oz.<br>15.6 oz. | 18.5 oz.<br>19.9 oz. | 22.8 oz.<br>29.8 oz. |
| **_Frosted Mini-Wheats Bite Size_**<br>Original<br>Maple Brown Sugar<br>Strawberry<br>Strawberry Delight<br>Blueberry<br>Blueberry Muffin<br>Cinnamon Streusel | 14 oz.<br>15 oz.<br>15.5 oz. | 16 oz.<br>16.3 oz.<br>16.5 oz. | 18 oz.<br>19 oz.<br>20.4 oz. | 21 oz.<br>24 oz.<br>25.6 oz. | 30 oz.<br>36 oz. |
| **_Frosted Mini-Wheats Big Bite_**<br>Original | 15.2 oz. | 18 oz. | | | |
| **_Frosted Mini-Wheats Little Bites_**<br>Original<br>Chocolate<br>Cinnamon Roll | 15.2 oz. | 15.8 oz. | | | |
| **_Frosted Mini-Wheats Touch of Fruit in the Middle_**<br>Mixed Berry<br>Raspberry<br>Raisin | 15 oz. | 18 oz. | 24 oz. | | |

18

| Product | Sizes |
|---|---|
| *Frosted Mini-Wheats Harvest Delights*<br>　　Blueberry with Vanilla Drizzle<br>　　Cranberry with Yogurt<br>　　Drizzle | 14.3 oz. |
| *Smart Start – Original Antioxidants* | 17.5 oz.　15.2 oz. |
| *Crunchy Nut* | 13.2 oz.　13.4 oz.　13.6 oz.　14.1 oz.　20.8 oz. |
| *Nutri-Grain Cereal Bars*<br>　　Apple Cinnamon<br>　　Blueberry<br>　　Strawberry<br>　　Cherry<br>　　Mixed Berry<br>　　Strawberry Greek Yogurt | 10.4 oz.　　20.8 oz. |
| *Nutri-Grain Soft Baked Breakfast Bars*<br>　　Apple Cinnamon<br>　　Blueberry<br>　　Strawberry<br>　　Cherry<br>　　Raspberry<br>　　Mixed Berry<br>　　Strawberry Greek Yogurt<br>　　Variety Pack | 10.4 oz.　　11.7 oz.　　20.8 oz.　　31.2 oz. |
| *Nutri-Grain Fruit & Oat Harvest Bars*<br>　　Blueberry Bliss<br>　　Country Strawberry | 8.8 oz. |
| *Nutri-Grain Harvest Hearty Breakfast Bars*<br>　　Blueberry Bliss<br>　　Country Strawberry<br>　　Apple Cinnamon | 8.8 oz. |

| Product | Sizes |
|---|---|
| ***Nutri-Grain Fruit Crunch Granola Bars***<br>        Apple Cobbler<br>        Strawberry Parfait | 7.4 oz. |
| ***Nutri-Grain Crunch Crunchy Breakfast Bars***<br>        Apple Cobbler<br>        Strawberry Parfait | 8.8 oz. |
| ***Nutri-Grain Fruit & Nut Chewy Breakfast Bars***<br>        Blueberry Almond<br>        Cherry Almond | 6 oz. |

# Exhibit 1

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

### NOTICE OF CLASS ACTION SETTLEMENT

*Stephen Hadley et al. v. Kellogg Sales Co.,*
No. 16-cv-4955-LHK (N.D. Cal.)

*The United States District Court has authorized this notice.*
*This is not a solicitation from a lawyer.*

You may be a Class Member entitled to up to a $10 Cash Refund, or a $20 Voucher, depending on your purchase history, if you purchased varieties of any of the following Kellogg cereals or bars since August 2012:

  

  

**THIS NOTICE CONCERNS YOUR LEGAL RIGHTS, WHICH ARE AFFECTED WHETHER YOU ACT OR DON'T. PLEASE READ IT CAREFULLY.**

| Summary of Your Legal Rights & Options | |
| --- | --- |
| **Submit a Claim Form** | The only way to get a monetary payment. Claim Forms must be submitted online by [Claims Deadline] at the settlement website: www.CerealClaims.com/ClaimForm |
| **Ask to be Excluded** | **Get out of this lawsuit. Get no benefits from it. Keep your rights.** If you ask to be excluded you will not be bound by what the Court does in this case and will keep any right you might have to sue Kellogg separately about the same legal claims in this lawsuit. If there is a recovery in this case, including under the proposed Settlement, you will not share in that recovery. |
| **Object** | **Tell the Court why you believe the proposed Settlement is unfair, unreasonable, or inadequate.** You may file a written objection no later than [Objection Deadline] and/or appear at the Final Approval Hearing to tell the Court why you believe the proposed Settlement is unfair, unreasonable, or inadequate. |
| **Do Nothing** | **Stay in this lawsuit. Await the outcome. Give up certain rights.** By doing nothing, you will get no cash payment and give up any right you may have to sue Kellogg separately about the same legal claims in this lawsuit. |

Questions? Visit www.CerealClaims.com or call toll free 1-844-907-1160.

| WHAT THIS NOTICE CONTAINS |
|---|

**Basic Information**................................................................................................**3**
   1.  Why is there a Notice?........................................................................ 3
   2.  What is this lawsuit about?.................................................................. 3
   3.  Why is this a class action?.................................................................. 3
   4.  Why is there a settlement?.................................................................. 3

**Who is in the Settlement?**........................................................................**3**
   5.  How do I know if I am part of the Settlement?...................................... 3
   6.  What if I am still not sure if I am included in the Settlement? .................... 4

**What are the Terms of the Settlement?** ......................................................**4**
   7.  What types of relief does the Settlement provide? ................................ 4
   8.  What is the total measurable value of the Settlement to the Class?............ 4
   9.  What is the Settlement Fund? ............................................................. 4
   10.  What can I get from the Settlement?................................................... 4
   11.  What am I giving up to get a payment or stay in the Settlement?.............. 4
   12.  How do I make a claim for a Voucher or Cash Refund? ......................... 5
   13.  How do Vouchers work?................................................................... 5
   14.  How do I use a Voucher once I receive it? .......................................... 7
   15.  When will I get my Voucher or Cash Refund? ..................................... 7
   16.  What injunctive relief does the Settlement provide? ............................. 7

**Excluding Yourself from the Settlement**....................................................**8**
   17.  How do I get out of the Settlement?................................................... 8
   18.  If I don't exclude myself, can I sue the Defendant for the same thing later? ...... 8
   19.  If I exclude myself, can I still get a Settlement payment? ....................... 9

**Objecting to the Settlement**....................................................................**9**
   20.  How do I tell the Court if I do not like the Settlement?........................... 9
   21.  What is the difference between objecting and excluding myself?................ 10

**The Lawyers Representing You** ...............................................................**10**
   22.  Do I have a lawyer in the case?......................................................... 10
   23.  How will the lawyers be paid? .......................................................... 10

**The Court's Final Approval Hearing**.......................................................**10**
   24.  When and where will the Court decide whether to approve the Settlement? ...... 10
   25.  Do I have to come to the hearing?...................................................... 10
   26.  May I speak at the hearing?.............................................................. 11

**If You Do Nothing**...............................................................................**11**
   27.  What happens if I do nothing at all?................................................... 11

**Getting More Information** .....................................................................**11**
   28.  How can I get more information? ....................................................... 11

**Appendix of Class Products** ...................................................................**12**

## Basic Information

| 1.        Why is there a Notice? |
|---|

You have the right to know about a proposed Settlement of a class action lawsuit, and about your options, before the Court decides whether to approve the Settlement.

The court in charge of this case is the United States District Court for the Northern District of California (the "Court"), and the case is called *Stephen Hadley et al. v. Kellogg Sales Co.*, Case No. 16-cv-4955-LHK (N.D. Cal.). The case is assigned to the Honorable Lucy H. Koh. The individuals who sued are called the Class Representatives, and the company they sued, Kellogg Sales Company ("Kellogg"), is called the Defendant.

| 2.        What is this lawsuit about? |
|---|

The lawsuit alleges that the Defendant violated certain laws in labeling certain breakfast cereals and snack bars with claims that made the products seem healthy, when they were in fact unhealthy due to their high added sugar content.

The Defendant denies any and all wrongdoing of any kind whatsoever and has asserted various defenses that it believes are meritorious.

| 3.        Why is this a class action? |
|---|

In a class action, one or more people called "class representatives" (in this case, Stephen Hadley, Melody DiGregorio, Eric Fishon, Kerry Austin, and Nafeesha Madyun), sue on behalf of people who have similar claims, all of whom are a class, or class members. Bringing a case, such as this one, as a class action allows the adjudication of many similar claims of consumers that might be economically too small to bring in individual actions. One court resolves the issues for all class members, except for those who exclude themselves from the class.

| 4.        Why is there a settlement? |
|---|

The Defendant denies that it did anything wrong. Both sides, with the assistance of the Honorable James F. Holderman (Ret.), former Chief Judge of the Northern District of Illinois acting as a mediator, have agreed to a Settlement, which will allow both sides to avoid the risk and cost of further litigation. The Court has not decided in favor of the Class Representatives or the Defendant. The Class Representatives and their attorneys think the Settlement is best for the Class.

## Who is in the Settlement?

| 5.        How do I know if I am part of the Settlement? |
|---|

The Settlement Class includes all persons in the United States who, between August 29, 2012 and October 21, 2019 (the "Class Period"), purchased in the United States, for household use and not for resale or distribution, one of the Class Products. The Class Products include Raisin Bran, Smart Start, Frosted Mini-Wheats, Krave, and Crunchy Nut cereals, and Nutri-Grain snack bars, and specifically the Kellogg cereals and bars listed in the Appendix at the end of this Notice.

**6.      What if I am still not sure if I am included in the Settlement?**

If you are not sure whether you are a Class Member, or have any other questions about the Settlement, you should visit the Settlement Website, www.CerealClaims.com, or call the Settlement Administrator toll-free at 1-844-907-1160.

# What are the Terms of the Settlement?

**7.      What types of relief does the Settlement provide?**

The Settlement provides both monetary damages and injunctive relief to all Class Members. Depending on their purchase history, Class Members who make claims will be able to choose between receiving a Cash Refund of up to $10, or a Voucher worth up to $20, good for numerous Kellogg cereals. In addition, Kellogg has agreed to revise the Class Products' labeling in numerous ways.

**8.      What is the total measurable value of the Settlement to the Class?**

The proposed class action settlement will provide the class with **$31,507,000 in measurable monetary relief**, which includes $20,250,000 in direct monetary benefits (the "Settlement Fund"), and $11,257,000 in measurable future savings for the Class based on the labeling changes Kellogg has agreed to make. Kellogg is also incurring the cost of printing Vouchers separate and apart from the Settlement Fund.

**9.      What is the Settlement Fund?**

The Settlement Fund includes $12,000,000 in cash (the "Cash Fund"), and $8,250,000 in cash-equivalent voucher value (the "Voucher Fund"). The Voucher Fund will be used to fund Vouchers for Class Members who choose that option; the Cash Fund will be used to pay Cash Refunds for Class Members who choose that option, as well as all expenses associated with the Settlement, including the costs of Class Notice and Claims Administration, attorneys' fees and costs, and service awards for the Class Representatives.

**10.     What can I get from the Settlement?**

Class Members who timely submit a valid approved claim are entitled to compensation, and must choose between a Voucher, good for certain Kellogg cereals, or a Cash Refund. The amount of Voucher value or Cash Refund initially offered to the claimant will depend on the claimant's purchase history with respect to the Class Products since August 2012. However, regardless of amount, the value of the initial Voucher offer will always be double the value of the initial Cash offer to each claimant. The actual amount of Cash and Vouchers distributed to each claimant, however, ultimately depends on the number of claims made. Thus, the actual Cash or Voucher amount each Class Member claimant receives may be less than or greater than the amount stated in the initial offer during the claims process.

**11.     What am I giving up to get a payment or stay in the Settlement?**

If you are a Class Member, unless you exclude yourself from the Settlement, you cannot sue the Defendant, continue to sue, or be part of any other lawsuit against the Defendant about the claims released in this Settlement. It also means that all decisions by the Court will bind you. The Released Claims and Released Kellogg Persons are defined in the Settlement Agreement and describe the legal claims that you give up (or "release") if you stay in the Settlement. The Released

Claims relate to the products and issues raised in the lawsuit. The Settlement Agreement is available on the Settlement Website, www.CerealClaims.com.

| 12. | How do I make a claim for a Voucher or Cash Refund? |
|---|---|

The process for claiming a Voucher or Cash Refund is the same. Class Members wishing to make a claim must visit the Settlement Website, www.CerealClaims.com, and submit a claim form online. **The deadline for submitting a claim is [Claims Deadline].**

During the process, Class Member claimants will be asked to identify which of the Class Products they have purchased since 2012. Then, for each product, the Class Member will be asked about his or her recent purchases (in the last three months), and asked what year he or she began purchasing the products.

Based on his or her purchase history, the Class Member will be extended an initial Cash Refund offer and an initial Voucher offer, with the initial Voucher offer always being double the value of the initial Cash Refund offer. Initial Cash Refund offers will range between $2.50 and $10.00; initial Voucher offers will range between $5 and $20. The Class Member will then be asked to select the preferred offer.

Notwithstanding these initial offers, claimants' Cash or Voucher amounts are subject to supplemental distributions or *pro rata* reductions if, in the case of the Cash Fund, claims exceed or are less than money remaining in the Cash Fund after subtraction of all other Settlement expenses; or in the case of the Voucher Fund, the value of Vouchers claimed exceeds or is less than the amount of the Voucher Fund. Any such "supplemental" distribution will be calculated prior to distribution of funds (*i.e.*, will be made in a single distribution).

| 13. | How do Vouchers work? |
|---|---|

Vouchers expire four (4) months (*i.e.*, 120 days) after being issued, and their full value must be used in a single transaction (*i.e.*, any unused value is forfeited). Vouchers are fully transferrable and stackable to the extent permitted by retailers, meaning Class Members who choose Vouchers can sell or gift them, and multiple vouchers may be used together to the extent permitted by the retailer. Subject to these limitations, Vouchers are usable like cash for the following Kellogg products, pictured below (with average retail prices for available items ranging from $0.62 to $7.34, and averaging $3.55):

- • **Kellogg's Variety 10-Pak (Individual Boxes)**

    Includes Corn Flakes, Frosted Flakes, Frosted Mini-Wheats Originals, Raisin Bran, Froot Loops, Corn Pops, Rice Krispies, and Special K cereals.



Questions? Visit www.CerealClaims.com or call toll free 1-844-907-1160.

**• Kellogg's Fun 8-Pak (Individual Boxes)**

Includes Frosted Flakes, Apple Jacks, Froot Loops, Corn Pops, and Cocoa Krispies.



**• Kellogg's Raisin Bran (All 5 Varieties)**

Includes Original, with Cranberries, with Bananas, Crunch, and Vanilla Almond Crunch varieties.

  

 

Questions? Visit www.CerealClaims.com or call toll free 1-844-907-1160.

• **Kellogg's All-Bran (All 3 Varieties)**

Includes Original, Wheat Flakes, and Buds varieties.

  

| • **Kellogg's Smart Start** | • **Kellogg's Crispix** | • **Kellogg's Mueslix** |

  

| **14.** | **How do I use a Voucher once I receive it?** |

Vouchers will be printed and mailed to Class Members who elect Vouchers as their preferred form of relief. They will contain a holograph and a bar code, and can be used at the register at any supermarket or retailer that sells Kellogg products.

| **15.** | **When will I get my Voucher or Cash Refund?** |

Payments will be made to Class Members who make valid and timely Claim Forms after the Court grants "final approval" to the Settlement, and after any appeals are resolved. If the Court approves the Settlement, there may be appeals. It is always uncertain when these appeals will be resolved, and resolving them can take time. Please be patient.

| **16.** | **What injunctive relief does the Settlement provide?** |

As part of the Settlement, Kellogg has agreed to make the following changes with regards to certain claims on the labels of the Class Products that were challenged in this lawsuit:

• **"Heart Healthy."** So long as more than 10% of their calories per serving come from added sugar, Kellogg will remove or modify references to heart health on Smart Start and Raisin Bran

as follows:

> ***Smart Start.*** Kellogg will remove and, for a period of no less than two (2) years, not use any heart health references on Smart Start's packaging.

> ***Raisin Bran.*** For a period of no less than two (2) years, Kellogg will limit any "heart health" claims on Raisin Bran's packaging to approximately the bottom half of the principal and reverse display panels. In so doing, Kellogg will not increase the size of any "heart health" claim beyond what was in use relative to a given box size at the time this Settlement was reached.

• **"Healthy."** Except as set forth above with respect to "Heart Health" claims on Raisin Bran, for a period of no less than three (3) years, so long as more than 10% of their calories per serving come from added sugar, Kellogg will use the term "healthy" on the Class Products only consistently with 21 C.F.R. § 101.65(d)(ii), i.e., in connection with an explicit or implicit claim about a nutrient of the type required to be labeled in the Nutrition Facts Box.

• **"Lightly Sweetened."** Kellogg will remove, and, for a period of no less than three (3) years, not use the term "lightly sweetened" to describe Frosted Mini-Wheats and Smart Start cereals, so long as more than 10% of their calories per serving come from added sugar.

• **"No High Fructose Corn Syrup."** For a period of no less than three (3) years, Kellogg will not to use the statement, "No High Fructose Corn Syrup" (or any equivalent phrases, such as "No HFCS," or "made without high fructose corn syrup") on any Class Product, so long as more than 10% of its calories per serving come from added sugar.

• **"Wholesome," "Nutritious," and "Benefits."** For a period of no less than three (3) years, Kellogg will only use the words "wholesome," "nutritious," or "benefits" (and variations, such as "wholesomeness," "nutrition," or "beneficial") on the Class Products in connection with a specific ingredient or nutrient, and shall not use those words to describe any Class Product as a whole, so long as more than 10% of its calories per serving come from added sugar.

## Excluding Yourself from the Settlement

| 17. | How do I get out of the Settlement? |
|---|---|

If you do not want to be bound by this Settlement, you must request to be excluded from the Class. If you request to be excluded, you will retain any individual rights you have against Kellogg and will not have "released" it from any of the Released Claims. However, you will ***not*** be eligible to receive compensation under the Settlement, as described above. You also may not object to the Settlement if you request to be excluded.

To exclude yourself (or "opt-out") from the Settlement, you must download an Opt-Out Form from the Settlement Website, www.CerealClaims.com, complete the form, and mail it to the Class Administrator at the following address:

> Kellogg Settlement Exclusions
> c/o Postlethwaite & Netterville (P&N)
> PO Box 5098
> Baton Rouge, LA 70821-5098

**To be timely, an Opt-Out Form must be postmarked on or before [Opt-Out Deadline].**

| 18. | If I don't exclude myself, can I sue the Defendant for the same thing later? |
|---|---|

No. Unless you exclude yourself, you give up any right to sue the Defendant for the claims that

this Settlement Resolves (i.e., those claims defined in the Settlement Agreement as the "Released Claims"). If you have a pending lawsuit, speak to your lawyer in that lawsuit immediately. You must exclude yourself from this Settlement to continue your own lawsuit. If you properly exclude yourself from the Settlement, you shall not be bound by any orders or judgments entered in the Action relating to the Settlement.

| 19. | If I exclude myself, can I still get a Settlement payment? |
|---|---|

No. You will not get any money (whether a Voucher or Cash Refund) from the Settlement if you exclude yourself. If you exclude yourself from the Settlement, do not submit a Claim Form asking for benefits.

## Objecting to the Settlement

| 20. | How do I tell the Court if I do not like the Settlement? |
|---|---|

If you want to express an objection to part or all of the Settlement, you may appear at the Final Approval Hearing and/or object to the proposed Settlement. If the Settlement is approved, you will still receive the Settlement compensation and be bound by the Settlement's Release.

If you wish to object, you must, no later than [Objection Deadline], electronically file via the Court's ECF system, or deliver to the Clerk of the Court by mail, express mail, or personal delivery, a written objection. The objection must contain:

(a)     A caption or title clearly identifying this Action (*i.e.*, *Hadley et al. v. Kellogg Sales Co.*, No. 16-cv-4955-LHK (N.D. Cal.), and that the document is an objection;

(b)     Information sufficient to identify and contact the objecting Class Member or his or her attorney, and

(c)     A clear and concise statement of the Class Member's objection, as well as any facts and law supporting the objection.

You may object either on your own or through an attorney hired at your expense, but if you object through an attorney, you must either sign the objection itself, or a separate declaration stating that you authorizing the filing of the objection.

If you wish to appear at the Final Approval Hearing, you are requested but not required to, no later than [Objection Deadline], file with the Court and serve on Class Counsel and Defense Counsel at the addresses set forth below, a Notice of Intent to Appear, either in person or through an attorney.

*Addresses for Objections*

| **Clerk of the Court** | **Class Counsel** | **Defense Counsel** |
|---|---|---|
| Office of the Clerk United States District Court for the Northern District of California Robert F. Peckham Federal Building & United States Courthouse 280 South 1st Street, Room 2112 San Jose, CA 95113 | Jack Fitzgerald The Law Office of Jack Fitzgerald, PC 3636 4th Ave., Ste. 202 San Diego, CA 92103 | Dean N. Panos JENNER & BLOCK LLP 353 N. Clark Street Chicago, IL 60654 |

More detailed instructions and requirements for objecting are set forth in the Court's Preliminary Approval Order, which is available on the Class Settlement Website, www.CerealClaims.com.

| 21. | What is the difference between objecting and excluding myself? |
|---|---|

Objecting is simply telling the Court that you do not like something about the Settlement. You can object to the Settlement only if you do not exclude yourself from the Settlement. Excluding yourself from the Settlement is telling the Court that you do not want to be part of the Settlement. If you exclude yourself from the Settlement, you have no basis to object to the Settlement because it no longer affects you.

## The Lawyers Representing You

| 22. | Do I have a lawyer in the case? |
|---|---|

Yes. The Court has appointed The Law Office of Jack Fitzgerald, PC, and Jackson & Foster LLP as Class Counsel. You will not be charged for these lawyers. If you want to be represented by your own lawyer, you may hire one at your own expense.

| 23. | How will the lawyers be paid? |
|---|---|

Class Counsel spent considerable time and effort prosecuting this matter on a purely contingent fee basis, and advanced the expenses of the litigation, in the expectation that they would receive a fee, and have expenses reimbursed, only if there was a benefit created for the Class.

Class Counsel will file a motion on or before [Fee Motion Deadline] seeking an award of up to $6,750,000 in fees, and reimbursement of case expenses totaling approximately $1,141,500, plus any expenses incurred after preliminary approval. Class Counsel will also seek on behalf of the Class Representatives "incentive" or "service" awards as follows: $7,500 for Stephen Hadley, and $2,500 each for Melody DiGregorio, Eric Fishon, Kerry Austin, and Nafeesha Madyun ($17,500 total). The Court will determine the amount of fees, expenses, and service awards, which will be paid from the Cash Fund (*i.e.*, the cash portion of the Settlement Fund).

After Class Counsel's motion for attorneys' fees, expenses, and service awards is filed on or before [Fee Motion Deadline], it will be posted on the Settlement Website, www.CerealClaims.com, and you will have an opportunity to review and comment on the motion.

## The Court's Final Approval Hearing

| 24. | When and where will the Court decide whether to approve the Settlement? |
|---|---|

The Court will hold a Final Approval Hearing (sometimes called a "fairness hearing") on [DATE], at 1:30 p.m., in Courtroom 8 of the United States Courthouse, 280 S. 1st Street, San Jose, California 95113.

At the Final Approval Hearing, the Court will consider whether the Settlement is fair, reasonable, and adequate. The Court will also consider how much to award to Class Counsel and the Class Representatives. If there are objections, the Court will consider them at this time. After the hearing, the Court will decide whether to approve the Settlement.

| 25. | Do I have to come to the hearing? |
|---|---|

No. Class Counsel will answer any questions that the Court may have, but you may come at your own expense. If you submit an objection, you do not have to come to the Court to talk about it. As long as you filed and mailed your written objection to the proper addresses, the Court will consider it. You may also pay your own lawyer to attend, but it is not necessary.

Questions? Visit www.CerealClaims.com or call toll free 1-844-907-1160.

| 26. | May I speak at the hearing? |
|---|---|

Yes. You may appear and speak at the Final Approval Hearing. Although it is not required, if you intend to appear and speak, you are requested to file a "Notice of Intent to Appear," no later than [Objection Deadline]. Persons who opt out, however, may not appear and be heard.

## If You Do Nothing

| 27. | What happens if I do nothing at all? |
|---|---|

If you do nothing, you will not get a payment from the Settlement. Unless you exclude yourself, you will not be able to start a lawsuit, or be part of any other lawsuit against Defendant about the products and legal issues in this case, ever again.

## Getting More Information

| 28. | How can I get more information? |
|---|---|

This Notice summarizes the proposed Settlement. More details are in the Settlement Agreement, available at the Settlement Website, www.CerealClaims.com. If you have additional questions, you can visit the Settlement Website or contact the Class Administrator:

**By Mail:**        Kellogg Settlement, c/o P&N, PO Box 5098, Baton Rouge, LA 70821-5098

**By Email:**        info@CerealClaims.com

**By Phone (Toll Free):**    1-844-907-1160

Updates will be posted at the Settlement Website, as information about the Settlement process becomes available.

You are also welcome to contact Class Counsel with any questions:

**By Email:**    jack@jackfitzgeraldlaw.com
**By Phone:**    (619) 692-3840

For a more detailed statement of the matters involved in the litigation or the Settlement, you may review the various documents on the Settlement Website, and/or the other documents filed in this case by visiting, during business hours, the Clerk's Office at the United States District Court for the Northern District of California, Robert F. Peckham Federal Building & United States Courthouse, 280 South 1st Street, Room 2112, San Jose, California 95113, file: *Hadley et al. v. Kellogg Sales Co.*, No. 16-cv-4955-KOH, or by accessing the docket int his case through the Court's Public Access to Court Electronic Records (PACER) system at www.pacer.gov.

*                *                *

**PLEASE DO NOT TELEPHONE OR ADDRESS ANY QUESTIONS ABOUT THE CASE OR SETTLEMENT TO THE CLERK OF THE COURT OR TO THE JUDGE. THEY ARE NOT PERMITTED TO ANSWER YOUR QUESTIONS. THE COURT EXPRESSES NO VIEW AS TO THE MERITS OF ANY CLAIMS OR DEFENSES ASSERTED BY ANY PARTY TO THE ACTION.**

Questions? Visit www.CerealClaims.com or call toll free 1-844-907-1160.

Page 11 of 13.

## Appendix of Class Products

| Product | Sizes | | | | |
|---|---|---|---|---|---|
| **_Raisin Bran_**<br>  Original<br>  Crunch<br>  Apple Strawberry<br>  Vanilla Almond<br>  Cinnamon Almond<br>  Omega-3<br>  With Cranberries | 13.5 oz.<br>13.7 oz.<br>14.2 oz.<br>14.3 oz.<br>14.5 oz. | 15 oz.<br>16.8 oz.<br>18.2 oz.<br>18.7 oz.<br>20 oz. | 20.3 oz.<br>23.5 oz.<br>24.8 oz.<br>25.5 oz.<br>28.2 oz. | 29 oz.<br>30 oz.<br>30.3 oz.<br>43.3 oz.<br>56.6 oz. | 76.5 oz. |
| **_Krave_**<br>  Chocolate<br>  S'mores<br>  Double Chocolate | 11 oz.<br>11.4 oz. | 14.1 oz.<br>14.5 oz. | 15.5 oz.<br>15.6 oz. | 18.5 oz.<br>19.9 oz. | 22.8 oz.<br>29.8 oz. |
| **_Frosted Mini-Wheats Bite Size_**<br>  Original<br>  Maple Brown Sugar<br>  Strawberry<br>  Strawberry Delight<br>  Blueberry<br>  Blueberry Muffin<br>  Cinnamon Streusel | 14 oz.<br>15 oz.<br>15.5 oz. | 16 oz.<br>16.3 oz.<br>16.5 oz. | 18 oz.<br>19 oz.<br>20.4 oz. | 21 oz.<br>24 oz.<br>25.6 oz. | 30 oz.<br>36 oz. |
| **_Frosted Mini-Wheats Big Bite_**<br>  Original | 15.2 oz. | 18 oz. | | | |
| **_Frosted Mini-Wheats Little Bites_**<br>  Original<br>  Chocolate<br>  Cinnamon Roll | 15.2 oz. | 15.8 oz. | | | |
| **_Frosted Mini-Wheats Touch of Fruit in the Middle_**<br>  Mixed Berry<br>  Raspberry<br>  Raisin | 15 oz. | 18 oz. | 24 oz. | | |
| **_Frosted Mini-Wheats Harvest Delights_**<br>  Blueberry with Vanilla Drizzle<br>  Cranberry with Yogurt Drizzle | 14.3 oz. | | | | |
| **_Smart Start – Original Antioxidants_** | 17.5 oz. | 15.2 oz. | | | |

| Product | Sizes |
|---|---|
| **_Crunchy Nut_** | 13.2 oz.    13.4 oz.    13.6 oz.    14.1 oz.    20.8 oz. |
| **_Nutri-Grain Cereal Bars_**<br>    Apple Cinnamon<br>    Blueberry<br>    Strawberry<br>    Cherry<br>    Mixed Berry<br>    Strawberry Greek Yogurt | 10.4 oz.     20.8 oz. |
| **_Nutri-Grain Soft Baked Breakfast Bars_**<br>    Apple Cinnamon<br>    Blueberry<br>    Strawberry<br>    Cherry<br>    Raspberry<br>    Mixed Berry<br>    Strawberry Greek Yogurt<br>    Variety Pack | 10.4 oz.     11.7 oz.     20.8 oz.     31.2 oz. |
| **_Nutri-Grain Fruit & Oat Harvest Bars_**<br>    Blueberry Bliss<br>    Country Strawberry | 8.8 oz. |
| **_Nutri-Grain Harvest Hearty Breakfast Bars_**<br>    Blueberry Bliss<br>    Country Strawberry<br>    Apple Cinnamon | 8.8 oz. |
| **_Nutri-Grain Fruit Crunch Granola Bars_**<br>    Apple Cobbler<br>    Strawberry Parfait | 7.4 oz. |
| **_Nutri-Grain Crunch Crunchy Breakfast Bars_**<br>    Apple Cobbler<br>    Strawberry Parfait | 8.8 oz. |
| **_Nutri-Grain Fruit & Nut Chewy Breakfast Bars_**<br>    Blueberry Almond<br>    Cherry Almond | 6 oz. |

Questions? Visit www.CerealClaims.com or call toll free 1-844-907-1160.

Page 13 of 13.

# Exhibit 2

<u>**LEGAL NOTICE**</u>

# If You Purchased Kellogg's Raisin Bran, Smart Start, Frosted Mini-Wheats, Krave, Crunchy Nut Cereals, Or Nutri-Grain Snack Bars Since August 29, 2012, You May Be Affected By A Proposed Class Action Settlement.

*The United States District Court has authorized this notice.*
*This is not a solicitation from a lawyer.*

A proposed settlement has been reached against Kellogg Sales Co. ("Kellogg") alleging that certain breakfast cereals and snack bars claimed to be healthy when they were in fact unhealthy due to their high added sugar content. The case is known as *Hadley et al. v. Kellogg Sales Co.*, Case No. 16-cv-4955-LHK (N.D. Cal.). Kellogg denies these allegations and the Court has not decided whether Kellogg did anything wrong.

## Who's Included?

The Settlement Class includes all persons in the United States who, between August 29, 2012 and October 21, 2019 (the "Class Period"), purchased in the United States, for household use and not for resale or distribution, one of the Class Products including Raisin Bran, Smart Start, Frosted Mini-Wheats, Krave, and Crunchy Nut cereals, and Nutri-Grain snack bars, and specifically the Kellogg cereals and bars listed on the Settlement Website, www.CerealClaims.com.

## What Does The Settlement Provide?

The proposed settlement will provide the Class with $31,507,000 in measurable monetary relief, which includes $20,250,000 in direct monetary benefits (the "Settlement Fund"), and $11,257,000 in measurable future savings for the Class based on the labeling changes Kellogg has agreed to make.

The Settlement provides both monetary damages and injunctive relief to all Class Members. Depending on your purchase history, Class Members who make claims will be able to choose between receiving a Cash Refund of up to $10, or a Voucher worth up to $20, good for numerous Kellogg cereals. In addition, Kellogg has agreed to revise the Class Products' labeling in numerous ways.

## How Do You Ask For A Payment?

Class Members who timely submit a valid claim are entitled to compensation, and must choose between a Voucher, good for certain Kellogg cereals, or a Cash Refund. The initial Voucher offer will always be double the value of the initial Cash Refun offer. Initial Cash Refund offers will range between $2.50 and $10.00; initial Voucher offers will range between $5 and $20. The actual value of the Voucher or Cash Refund may be more or less than the initial offer amount depending on the final number of claims approved. Vouchers expire four (4) months after being issued, and their full value must be used in a single transaction. Vouchers are fully transferrable and stackable to the extent permitted by retailers (that is, Class Members can sell or gift them, and multiple vouchers may be able to be used together). Subject to these limitations, Vouchers are usable like cash for the offered Kellogg cereals. Claim Forms are available

at www.CerealClaims.com. **The deadline for submitting a claim is [Claims Deadline].**

## What Are Your Other Options?

You may opt-out of this Settlement. If you opt-out, you will retain your rights to sue Kellogg separately, however, you will not be eligible to receive any benefits. You must submit an Opt-Out Form available at www.CerealClaims.com, and mail it to: Kellogg Settlement Exclusions, c/o Postlethwaite & Netterville, P.O. Box 5098, Baton Rouge, LA 70821-5098. Opt-Out Forms must be **postmarked on or before [Opt-Out Deadline]**.

You may also object to any part of this Settlement. Details about how to object are available at www.CerealClaims.com. Objections must be must be **postmarked on or before [Objection Deadline]**.

## Has The Court Approved The Settlement?

No. The Court has set a hearing for [date] to determine whether to approve the settlement and what attorneys' fees, expenses, and incentive payments to award. The motion by Class Counsel for attorney's fees and costs and service awards will be available for viewing at www.CerealClaims.com after they are filed.

You do not need to appear at the hearing but you may come at your own expense. The Court has appointed The Law Office of Jack Fitzgerald, PC, and Jackson & Foster LLP as Class Counsel. You will not be charged for these lawyers. If you want to be represented by your own lawyer, you may hire one at your own expense.

This is only a summary of the key settlement terms. A full copy of the Settlement Agreement is available at www.CerealClaims.com or by calling (844) 907-1160

## PLEASE DO NOT CALL OR WRITE THE COURT FOR INFORMATION OR ADVICE.

# Exhibit 3

# OPT-OUT FORM

*Stephen Hadley et al. v. Kellogg Sales Co.*,
No. 16-cv-4955-LHK (N.D. Cal.)

**This is NOT a Claim Form. It EXCLUDES you from this Class Action.
DO NOT use this Form if you wish to remain IN this Class Action.**

**Name of Class Member:** _____

**Address:** _____
      Street              City              State         Postal Code

**Telephone:** _____

I understand that by opting out of this Class Action, I will not be eligible to receive any money that may result from any trial or settlement of this lawsuit, if there is one. I do not wish to receive compensation under the terms of any judgment or settlement or to otherwise participate in this Class Action. I further understand that by opting out, all personal representatives, spouses and relatives who on account of a personal relationship to me might assert a derivative claim for money will be deemed to have opted out as well.

**If you wish to opt out of this Class Action, please check the box below.**

☐ By checking this box, I affirm that I wish to be *excluded* from this Class Action.

_____          _____
Date Signed                      Signature of Class Member or Legal Representative

**This form must be postmarked to the Class Administrator NO LATER THAN [Opt-Out Deadline], at the addresses below, or else you will lose your right to opt out.**

Kellogg Settlement Exclusions
c/o Postlethwaite & Netterville (P&N)
PO Box 5098
Baton Rouge, LA 70821-5098

# Exhibit B

California Class Products - Nationwide Damages Estimate

| Cereal | Box Size | Avg. Price | Est. Nationwide Sales | Est. Nationwide Units | Damages Est. (low) | Damages Est. (mid) | Damages Est. (high) |
|---|---|---|---|---|---|---|---|
| Raisin Bran (Original) | 18.7 oz. | $ 3.02 | $ 511,408,073 | 169,340,422 | $ 13,296,610 | $ 23,473,631 | $ 35,065,547 |
| | 23.5 oz. | $ 3.90 | $ 439,197,472 | 112,614,736 | $ 11,419,134 | $ 20,159,164 | $ 30,114,307 |
| | 76.5 oz. | $ 8.04 | $ 98,451,116 | 12,245,164 | $ 2,559,729 | $ 4,518,906 | $ 6,750,465 |
| | 13.7 oz. | $ 2.76 | $ 52,166,256 | 18,900,817 | $ 1,356,323 | $ 2,394,431 | $ 3,576,866 |
| | 14.3 oz. | $ 3.36 | $ 21,031,719 | 6,259,440 | $ 546,825 | $ 965,356 | $ 1,442,075 |
| | 30.3 oz. | $ 4.49 | $ 9,050,459 | 2,015,692 | $ 235,312 | $ 415,416 | $ 620,560 |
| | 29 oz. | $ 3.34 | $ 2,670,284 | 799,486 | $ 69,427 | $ 122,566 | $ 183,092 |
| | 18.2 oz. | $ 2.82 | $ 159,345 | 56,505 | $ 4,143 | $ 7,314 | $ 10,926 |
| | *Totals =* | | $ **1,134,134,941** | **322,232,263** | $ *29,487,503* | $ *52,056,784* | $ *77,763,838* |
| | | | | | | | |
| Raisin Bran Crunch | 18.2 oz. | $ 3.44 | $ 362,061,318 | 105,250,383 | $ 9,413,594 | $ 16,618,614 | $ 24,825,338 |
| | 24.8 oz. | $ 4.02 | $ 174,817,852 | 43,487,028 | $ 4,545,264 | $ 8,024,139 | $ 11,986,677 |
| | 43.3 oz. | $ 5.81 | $ 12,239,201 | 2,106,575 | $ 318,219 | $ 561,779 | $ 839,201 |
| | 56.6 oz. | $ 9.99 | $ 8,384 | 839 | $ 218 | $ 385 | $ 575 |
| | *Totals =* | | $ **549,126,755** | **150,844,825** | $ *14,277,296* | $ *25,204,918* | $ *37,651,791* |
| | | | | | | | |
| | **Raisin Bran Totals** | | $ **1,683,261,696** | **473,077,088** | $ *43,764,798* | $ *77,261,702* | $ *115,415,629* |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| FMW Bite Size Original | 18 oz. | $ 3.27 | $ 683,702,959 | 209,083,474 | $ 8,888,138 | | |
| | 24 oz. | $ 4.11 | $ 498,278,699 | 121,235,693 | $ 6,477,623 | | |
| | *Totals =* | | $ **1,181,981,658** | **330,319,167** | $ *15,365,762* | | |
| | | | | | | | |
| FMW Bite Size Strawberry | 15.5 oz. | $ 3.09 | $ 112,165,392 | 36,299,480 | $ 1,458,150 | | |
| | 21 oz. | $ 3.58 | $ 28,944,898 | 8,085,167 | $ 376,284 | | |
| | *Totals =* | | $ **141,110,290** | **44,384,647** | $ *1,834,434* | | |
| | | | | | | | |
| FMW Bite Size Blueberry | 15.5 oz. | $ 3.06 | $ 55,037,915 | 17,986,247 | $ 715,493 | | |
| | 21 oz. | $ 3.56 | $ 15,433,734 | 4,335,319 | $ 200,639 | | |
| | *Totals =* | | $ **70,471,649** | **22,321,565** | $ *916,131* | | |
| | | | | | | | |
| FMW Bite Size Maple Brown Sugar | 15.5 oz. | $ 3.27 | $ 59,755,834 | 18,273,955 | $ 776,826 | | |
| | 21 oz. | $ 3.53 | $ 9,950,473 | 2,818,831 | $ 129,356 | | |
| | 16.5 oz. | $ 3.88 | $ 10,723 | 2,764 | $ 139 | | |
| | *Totals =* | | $ **69,717,030** | **21,095,550** | $ *906,321* | | |
| | | | | | | | |
| FMW Little Bites Original | 15.2 oz. | $ 3.24 | $ 208,885,516 | 64,470,838 | $ 2,715,512 | | |
| | 15.8 oz. | $ 3.45 | $ 138,725 | 40,210 | $ 1,803 | | |
| | *Totals =* | | $ **209,024,241** | **64,511,048** | $ *2,717,315* | | |
| | | | | | | | |
| FMW Little Bites Chocolate | 15.2 oz. | $ 3.04 | $ 60,513,367 | 19,905,713 | $ 786,674 | | |
| | 15.8 oz. | $ 3.22 | $ 274,375 | 85,210 | $ 3,567 | | |
| | *Totals =* | | $ **60,787,742** | **19,990,922** | $ *790,241* | | |
| | | | | | | | |
| FMW Little Bites Cinnamon Roll | 15.2 oz. | $ 3.11 | $ 9,119,728.00 | 2,932,388 | $ 118,556 | | |
| | *Totals =* | | $ **9,119,728.00** | **2,932,388** | $ *118,556* | | |
| | | | | | | | |
| FMW Big Bites Original | 18 oz. | $ 4.40 | $ 4,866,636 | 1,106,054 | $ 63,266 | | |
| | *Totals =* | | $ **4,866,636** | **1,106,054** | $ *63,266* | | |

California Class Products - Nationwide Damages Estimate

| | | | | | | | Damages Est. (low) | Damages Est. (mid) | Damages Est. (high) |
|---|---|---|---|---|---|---|---|---|---|
| FMW Touch of Fruit in the Middle - Mixed Berry | 18 oz. | $ 3.09 | $ 1,061,350 | 343,479 | $ 13,798 | | | | |
| | Totals = | | $ 1,061,350 | 343,479 | $ 13,798 | | | | |
| | | | | | | | | | |
| FMW Harvest Delights - Blueberry | 14.3 oz. | $ 3.81 | $ 4,097,512 | 1,075,462 | $ 53,268 | | | | |
| | Totals = | | $ 4,097,512 | 1,075,462 | $ 53,268 | | | | |
| FMW Harvest Delights - Strawberry | 14.3 oz. | $ 3.60 | $ 259,661 | 72,128 | $ 3,376 | | | | |
| | Totals = | | $ 259,661 | 72,128 | $ 3,376 | | | | |
| | | | | | | | | | |
| | FMW Totals | $ 1,752,497,497 | 508,152,411 | $ 22,782,467 | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| Smart Start | 17.5 oz. | $ 4.36 | $ 66,153,236 | 15,172,761 | $ 859,992 | $ 2,579,976 | $ 3,896,426 | | |
| | Totals = | | $ 66,153,236 | 15,172,761 | $ 859,992 | $ 2,579,976 | $ 3,896,426 | | |
| | | | | | | | | | |
| | Smart Start Totals | $ 66,153,236 | 15,172,761 | $ 859,992 | $ 2,579,976 | $ 3,896,426 | | | |
| | | | | | | | | | |
| | | | | | | Damages Est. (low) | Damages Est. (mid) | Damages Est. (high) | |
| | Total = | | | | | $ 67,407,258 | $ 79,841,678 | $ 119,312,054 | |

2

# Exhibit C

# Submit a Claim

 **1**
**Claimant Information**

 2
Product Selection

 3
Purchase History

 4
Settlement Option

 5
Confirmation

First Name
[                                    ]

Last Name
[                                    ]

Email Address
[                                    ]

Phone Number
[                                    ]

Street Address
[                                    ]

Address Line 2
[                                    ]

City                          State
[              ]              [              ]

Zip Code
[ 70809                            ]

**Next ▶**

# Submit a Claim

 1
Claimant
Information

 2
**Product Selection**

 3
Purchase History

 4
Settlement Option

 5
Confirmation

## Select the product(s) you have purchased since August 2012:

Raisin Bran


Smart Start


Frosted Mini-Wheats


Krave


Crunchy Nut


Nutri-Grain


You selected 1 product(s).

 Back ◀    Next ▶

# Submit a Claim

 1
Claimant
Information

 2
Product Selection

 3
**Purchase History**

 4
Settlement Option

 5
Confirmation

## Raisin Bran

In the past 3 months, how many of this product
have you purchased?

What year did purchases begin for this product?

You selected 1 product(s).

**Back** ◂      **Submit to Select Settlement Option** ▸

# Submit a Claim

 **1**
Claimant Information

 **2**
Product Selection

 **3**
Purchase History

 **4**
**Settlement Option**

 **5**
Confirmation

Class Members who have their claims validated by the Claims Administrator will be eligible to receive either a product voucher <u>or</u> a cash refund. Select your payment preference below:

Your claim is not finalized until you click "Submit" below and you receive a Claim Confirmation Number.

### Kellogg Product Voucher
*estimated at*

# $10.00

**Select**

*\*Important Note: The voucher value shown above is an estimate based on the anticipated number of claim submissions. The actual voucher value may be more or less than the estimated amount depending on the final number of claims approved.*

**OR**

### Cash Refund Offer
*estimated at*

# $5.00

**Select**

*\*Important Note: The cash refund value shown above is an estimate based on the anticipated number of claim submissions. The actual voucher value may be more or less than the estimated amount depending on the final number of claims approved.*

**Submit ▸**

*All claim submissions are subject to review and verification by the Settlement Administrator. Please be advised that submission of your claim does not guarantee that you are eligible for recovery (monetary or otherwise) from this settlement program. All payments are subject to approval by the Court.*

# Submit a Claim

 Claimant Information

 Product Selection

 Purchase History

 Settlement Option

 **Confirmation**

Your claim has been submitted for Claim ID: **HDK-5323350**

Your Claim Submission Number is: **436905**

Please print this confirmation page for your records. If you provided a valid email address with your claim submission, you will also receive an email confirmation with this information.

If you need to update your contact information in the future, visit www.CerealClaims.com. You will need both the above Claim ID and Claim Submission Number to update your information, so please print or save this information for your records.

Please be advised that submission of your claim does not guarantee that you are eligible for recovery (monetary or otherwise) from this settlement program. All payments are subject to approval by the court.

DO NOT CONTACT THE COURT FOR QUESTIONS OR ISSUES.

# Exhibit D

Claims Prediction Analysis

| | Cash Fund | | | Cash | Voucher | | |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | $ 12,000,000.00 | | | | 2 | <-Multiplier | |
| Notice & Admin (less postage) | $ (854,389.00) | Sum After Expenses Less Posage -> | $ 2,938,262 | $ 8,250,000 | Funds | | |
| Fees | $ (6,750,000.00) | | $ 5.00 | $ 10.00 | <-Average "Offer" | | |
| Expenses | $ (1,141,499.00) | | 22% | 78% | <-Percent Taking each | | |
| Incentive Awards | $ (17,500.00) | | 220,000 | 780,000 | 1,000,000 | <-Number of Claims | |
| **Sum After Expenses =** | **$ 3,236,612.00** | | $ 1,100,000 | $ 7,800,000 | <-Original Claims | | |
| | | | 0.374370972 | 0.945454545 | <-Claims to funds ratio | | |
| | | | 2.671147273 | 1.057692308 | <-Pro Rata Knockdown | | |
| | | | 13.35573636 | 10.57692308 | <-Amount of Average offer received | | |
| | | | | | | | |
| | | | | | | Postage Avg. Cost Per | |
| | | | $ (298,350) | | <-Approximate Postage Effect | $ 0.3825 | |
| | | | $ 2,639,912 | | | | |
| | | | | | | | |
| | | | **Cash Per Bucket** | **Voucher Per Bucket** | | | |
| | Bucket 1 -> | 2.5 | $ 6.68 | $ 5.29 | | | |
| | Bucket 2 -> | 5 | $ 13.36 | $ 10.58 | | | |
| | Bucket 3 -> | 7.5 | $ 20.03 | $ 15.87 | | | |
| | Bucket 4 -> | 10 | $ 26.71 | $ 21.15 | | | |

# Exhibit E

## Table of Contents

Summary of Timekeeper Hours ........................................................................................ 1

Jack Fitzgerald (Pre-Filing) ........................................................................................... 2

Jack Fitzgerald .............................................................................................................. 4

Trevor Flynn ................................................................................................................. 37

Melanie Persinger ........................................................................................................ 52

Tran Nguyen (Pre-Filing) ............................................................................................. 69

Sidney W. Jackson III ................................................................................................... 70

Val Erze ........................................................................................................................ 72

Julie Hinton .................................................................................................................. 87

### Summary of Timekeeper Hours

| Attorneys | |
|---|---|
| Jack Fitzgerald | 1,960.9 |
| Trevor Flynn | 653.1 |
| Melanie Persinger | 1,083.7 |
| Tran Nguyen | 33.7 |
| Sidney W. Jackson III | 51.4 |
| *Paralegals* | |
| Val Erze | 874.2 |
| Julie Hinton | 149.7 |
| **Total =** | **4,806.7** |

*DETAILED BILLING RECORDS BY TIMEKEEPER – Jack Fitzgerald (Pre-Filing)*

**Jack Fitzgerald (Pre-Filing)**

| Date | Hours | Description |
|------|-------|-------------|
| 2/2/2015 | 1.2 | Begin investigating and drafting Sugar Complaint. |
| 2/3/2015 | 5 | Continue investigation and drafting Complaint. |
| 2/4/2015 | 3.3 | Continue investigation and drafting Complaint. |
| 2/5/2015 | 8.5 | Continue investigation and drafting Complaint. |
| 2/6/2015 | 0.9 | Transfer and organize photos of potential targets. |
| 2/8/2015 | 4.7 | Continue investigation and drafting Complaint; begin target spreadsheet. |
| 2/9/2015 | 6.4 | Continue investigation and drafting Complaint. |
| 2/10/2015 | 6.3 | Continue investigation and drafting Complaint. |
| 2/11/2015 | 5.7 | Continue investigation and drafting Complaint. |
| 2/12/2015 | 5.6 | Continue investigation and drafting Complaint. |
| 2/13/2015 | 0.2 | Continue investigation and drafting Complaint. |
| 2/15/2015 | 4.3 | Continue investigation and drafting Complaint. |
| 2/16/2015 | 3.7 | Continue investigation and drafting Complaint. |
| 2/17/2015 | 2.7 | Log targets on sugar spreadsheet. |
| 2/18/2015 | 2.6 | Log targets on sugar spreadsheet. |
| 2/24/2015 | 1.5 | Continue working on overall Complaint, including watching Dr. Lustig's video, "Sugar: The Bitter Truth," on Youtube. |
| 3/11/2015 | 2.5 | Prepare for meeting with Dr. Lustig. |
| 3/12/2015 | 2 | Meet with Dr. Lustig to discuss possible participation in sugar actions. |
| 3/17/2015 | 0.3 | Review and revise draft confidentiality agreement; send confidentiality agreement to Dr. Lustig for review. |

*DETAILED BILLING RECORDS BY TIMEKEEPER – Jack Fitzgerald (Pre-Filing)*

| Date | Hours | Description |
|------|-------|-------------|
| 3/23/2015 | 0.5 | Draft email to Dr. Lustig and Professor David Faigman regarding draft sugar complaints and case theories. |
| 5/4/2015 | 2.5 | Draft email response to Dr. Lustig and Professor Faigman regarding questions arising from review of draft complaints. |
| 7/9/2015 | 2.3 | Prepare for, participate in, and debrief from conference call with Dr. Lustig and Professor Faigman. |
| 6/30/2016 | 1.8 | Draft spreadsheet of potential clients and products ███████████ ███████████████; contact potential clients █████████ █████████████████████████; set up in-person meeting with ████████████████████████████████ |
| 7/7/2016 | 1.4 | Meet with client ███████████ to discuss ████████████ ████████████. |
| 8/1/2016 | 3 | Attention to sending email blasts and posting craigslist ads seeking potential volunteer class representatives. |
| 8/2/2016 | 8.9 | Calls to potential clients; attention to sending email blasts and posting craigslist ads seeking potential volunteer represntatives; attention to organizing matters and drafting CLRA letters. |
| 8/3/2016 | 5 | Calls to potential clients; attention to draft CLRA letters, organizing potential cases and clients, working on complaints. |
| 8/4/2016 | 3 | Calls with potential clients including ██████████████ ████████ (voicemails, emails, etc.); work on posting craigslist ads, organizing products and clients, etc. |
| 8/8/2016 | 6.2 | Calls with clients ████████████████████ to discuss ███████████; prepare and send ████████ an engagement letter; ██████████████████████████████████████████ |
| 8/9/2016 | 1.8 | Communications with client █████████████████████ ██████; attention to organizing cases and clients. |
| 8/12/2016 | 1.3 | Calls with potential clients ████████████████ prepare and send engagement letters and related materials to same. |

*DETAILED BILLING RECORDS BY TIMEKEEPER – Jack Fitzgerald (Pre-Filing)*

| Date | Hours | Description |
|------|-------|-------------|
| 8/14/2016 | 0.2 | Attention to client organization; email client ▓▓▓▓ regarding ▓▓▓▓ |
| 8/15/2016 | 0.9 | Review and log purchases of ▓▓▓▓; emails to various clients and potential clients. |
| 8/16/2016 | 1.7 | Client organization; prepare for client interview with ▓▓▓▓; participate in client interview with ▓▓▓▓ regarding ▓▓▓▓. |
| 8/17/2016 | 1.5 | Prepare for and participate in client interview with ▓▓▓▓ regarding ▓▓▓▓. |
| 8/22/2016 | 0.9 | Call with potential client ▓▓▓▓ to discuss ▓▓▓▓ prepare and send hard copy engagement letters by mail to ▓▓▓▓ |
| **Total =** | **110.3** | |
| **1/3 Total =** | **36.8** | |

**Jack Fitzgerald**

| Date | Hours | Description of Work |
|------|-------|---------------------|
| 8/31/2016 | 0.2 | Telephone call with Kellogg's counsel, Dean Panos; prepare and send Mr. Panos waiver of service; file executed waiver. |
| 9/15/2016 | 1.6 | Draft initial disclosures; begin drafting first document requests; draft, file, and send chambers copy of Plaintiff's Certification of Interested Entities or Persons. |
| 9/16/2016 | 4.9 | Continue drafting first document requests. |
| 9/20/2016 | 0.4 | Draft First Amended Complaint. |
| 9/21/2016 | 1 | Finalize first document requests for service. |
| 9/22/2016 | 1.5 | Work to collect documents identified in Complaint for production along with initial disclosures; finalize and serve initial disclosures and first document requests. |
| 11/1/2016 | 1.3 | Begin reviewing Kellogg's Motion to Dismiss. |

*DETAILED BILLING RECORDS BY TIMEKEEPER – Jack Fitzgerald*

| Date | Hours | Description of Work |
|---|---|---|
| 11/7/2016 | 0.4 | Draft response to Ken Lee regarding Rule 26(f) conference; |
| | 0.4 | Review Ms. Persinger's analysis regarding challenges to Complaint; begin reviewing draft First Amended Complaint in light of Rule 12 motion. |
| 11/8/2016 | 1.2 | Work on drafting First Amended Complaint in response to certain Kellogg arguments. |
| | 1.1 | Begin drafting opposition to Kellogg's motion to dismiss to help evaluate need for further amendment. |
| 11/9/2016 | 5.8 | Review Kellogg's administrative motion to continue CMC; draft opposition to administrative motion; work on plaintiff's separate case management statement; draft Fitzgerald Declaration supporting same. |
| 11/11/2016 | 3.2 | Work on completing plaintiff's case management conference statement; continue working on first amended complaint, including considering Kellogg's assertions that certain challenged claims are expressly preempted nutrient content and health claims. |
| 11/12/2016 | 4.1 | Continue working on first amended complaint, including revising to remove claims based on Ms. Persinger's analysis; confer with Ms. Persinger regarding same. |
| 11/13/2016 | 1 | Further revisions to First Amended Complaint, especially section regarding regulatory violations. |
| 11/14/2016 | 2.8 | Finalize First Amended Complaint and appendix and file; finalize opposition to administrative motion to continue CMC and file; finalize Separate Case Management Conference Statement and supporting declaration and file; prepare filed papers for chambers copies deliveries. |
| 11/15/2016 | 0.3 | Phone call with Stephen Hadley to discuss ADR options; finalize and file ADR certification and prepare chambers copies. |
| 11/18/2016 | 0.3 | Prepare and send to opposing counsel for review ADR stipulation form; file same; review draft stipulation to extend briefing schedule and page limitation and authorize filing of same. |
| 11/22/2016 | 0.6 | Review Judge Koh's Order denying motion to continue CMC, and order granting stipulation to extend briefing schedule; calendar new dates; email with opposing counsel concerning joint CMC statement. |

*DETAILED BILLING RECORDS BY TIMEKEEPER – Jack Fitzgerald*

| Date | Hours | Description of Work |
|---|---|---|
| 11/23/2016 | 3.6 | Review Kellogg's changes to plaintiff's separate CMC statement and make further revisions in light of changes; exchange with Ken Lee and engage in related communications; finalize and file joint CMC statement and prepare chambers copies for Federal Express. |
| 11/25/2016 | 0.9 | Begin reviewing First Amended Complaint in preparation for November 30 initial case management conference. |
| 11/29/2016 | 3.5 | Prepare for initial case management conference. |
| 12/2/2016 | 0.2 | Prepare and file order for transcript of initial case management conference. |
| 12/8/2016 | 0.5 | Locate for Ms. Persinger two cases concerning standing to assert injunctive relief; begin reviewing Kellogg's motion to dismiss; communications with Kellogg's counsel concerning briefing schedule. |
| 12/14/2016 | 0.7 | Draft proposed protective order and send to Kellogg's counsel, Ken Lee, for review. |
| 12/19/2016 | 0.4 | Negotiate protective order with Ken Lee, finalize and file. |
| 12/30/2016 | 2.6 | Review Kellogg's Motion to Dismiss and work on certain portions of the opposition to motion to dismiss, including reviewing Ms. Persinger's facts section; conferences with Ms. Persinger regarding strategy for opposition. |
| 12/31/2016 | 8.5 | Work on opposition to motion to dismiss. |
| 1/1/2017 | 10.4 | Work on opposition to motion to dismiss. |
| 1/2/2017 | 7.9 | Work on opposition to motion to dismiss. |
| 1/3/2017 | 1.2 | Confer with Ms. Persinger regarding opposition to motion to dismiss; make cuts to brief. |
| 1/4/2017 | 5.2 | Work on finalizing brief, including careful proofread, additional citation work, and table of authorities. |
| 1/5/2017 | 3.2 | Work with Ms. Persinger to finalize and file opposition to motion to dismiss. |
| 1/19/2017 | 0.6 | Review Kellogg's reply brief and send to Ms. Persinger with comment. |

*DETAILED BILLING RECORDS BY TIMEKEEPER – Jack Fitzgerald*

| Date | Hours | Description of Work |
|---|---|---|
| 2/14/2017 | 3 | Prepare for hearing on motion to dismiss. |
| 3/3/2017 | 0.3 | Exchange drafts of supplemental joint CMC statement with Kellogg and authorize Kellogg's counsel to file. |
| 3/14/2017 | 0.2 | Revise joint Rule 26(f) report and send to Ken Lee for review. |
| 3/21/2017 | 0.5 | Review Order granting motion to dismiss. |
| 3/22/2017 | 12.6 | Travel to San Jose and conduct Case Management Conference; travel home. |
| 3/27/2017 | 1 | Begin drafting Second Amended Complaint. |
| 4/2/2017 | 5.1 | Work on revising Second Amended Complaint. |
| 4/3/2017 | 0.1 | Confer with Ms. Persinger regarding review of Kellogg draft Second Amended Complaint. |
| 4/4/2017 | 0.5 | Participate in call with court-appointed mediator, Marc Peterson. |
| 4/5/2017 | 1.1 | Finalize Second Amended Complaint and send to Mr. Hadley for review and authorization to file; prepare and file Second Amended Complaint. |
| 4/10/2017 | 0.2 | Telephone and email communications with client Stephen Hadley regarding scheduling of mediation; communications with Kellogg and mediator regarding same. |
| 4/20/2017 | 0.4 | Begin reviewing Kellogg's Motion to Dismiss the Second Amended Complaint. |
| 4/26/2017 | 1.7 | Begin drafting opposition to Kellogg's Motion to Dismiss Second Amended Complaint. |
| 4/27/2017 | 1.2 | Work on opposition to motion to dismiss Second Amended Complaint. |
| 5/2/2017 | 2.7 | Work on opposition to motion to dismiss Second Amended Complaint. |
| 5/3/2017 | 11.7 | Continue working on opposition to motion to dismiss Second Amended Complaint; finalize and file same. |

*DETAILED BILLING RECORDS BY TIMEKEEPER – Jack Fitzgerald*

| Date | Hours | Description of Work |
|------|-------|---------------------|
| 5/10/2017 | 0.5 | Review Kellogg's Reply in Support of Motion to Dismiss Second Amended Complaint. |
| 7/18/2017 | 0.4 | Participate in call with Kellogg's counsel and court's ADR Clerk to discuss rescheduling of mediation and timing for same; review and authorize filing of stipulation relating to same. |
| 7/19/2017 | 0.5 | Draft joint CMC statement and send to Ken Lee for review and authorization to file; file and prepare chambers copies of same. |
| 8/14/2017 | 1.9 | Work on draft joint CMC statement and send to Ken Lee for review and revision. |
| 8/16/2017 | 0.7 | Review Kellogg's revisions to joint CMC statement; make additional revisions and send to Kellogg for review; finalize and file joint CMC statement and prepare chambers copies. |
| 8/21/2017 | 0.3 | Telephone call with ███████████████████ concerning ██████████████ |
| 8/22/2017 | 5 | Prepare for Case Management Conference. |
| 8/24/2017 | 8.8 | Travel to San Jose and conduct Case Management Conference; travel home. |
| | 0.3 | Draft and send email to Ken Lee regarding amendment of plaintiff's first document requests and related issues; confer with Ms. Persinger re CMC, discovery, scheduling, and strategy. |
| 9/11/2017 | 0.2 | Review draft retailer subpoenas, revise, and advise Mr. Flynn of same. |
| 9/12/2017 | 2.8 | Review and revise draft subpoenas to The Sugar Association, Inc. and Oldways Whole Grains Council; review draft Notice of Intent to Serve Subpoenas and provide edits to Mr. Flynn; |
| 9/13/2017 | 0.8 | Calls with Drs. Robert Lustig and ███████████ regarding possibility of acting as experts in action. |
| 9/15/2017 | 0.4 | Call with Steve Gaskin, Mr. Flynn, and Ms. Persinger concerning exploratory research |
| 9/20/2017 | 0.5 | Call with Steve Gaskin, Julie, and Jason at AMS regarding budget for exploratory research. |

*DETAILED BILLING RECORDS BY TIMEKEEPER – Jack Fitzgerald*

| Date | Hours | Description of Work |
|---|---|---|
| 9/25/2017 | 4.1 | Respond to various third-party subpoena recipients; draft and send letter to Ken Lee and Kellogg's other counsel concerning deficiencies in Kellogg's interrogatory responses. |
| 9/26/2017 | 7 | Begin drafting letter to Kellogg's counsel regarding deficiencies in Kellogg's responses to plaintiff's document requests. |
| 9/28/2017 | 6.8 | Complete letter to Kellogg regarding deficiencies in its responses to document requests and send to Kellogg's counsel. |
| 10/3/2017 | 0.2 | Status meeting re subpoenas with Mr. Flynn |
| 10/4/2017 | 0.9 | Prepare for and, together with Mr. Flynn, participate in meet-and-confer call with Dean Panos and Ken Lee regarding plaintiffs' interrogatories. |
| 10/11/2017 | 0.4 | Together with Mr. Flynn, participate in call with counsel for Kroger regarding subpoena. |
| | 0.8 | Review and respond to Ken Lee's email concerning agreements during meet-and-confer over interrogatories. |
| 10/12/2017 | 1.4 | Communications with Dr. Greger and Dr. Lustig regarding retainer agreements and amounts; call with Steve Gaskin and AMS staff regarding exploratory research; gather and convey materials to AMS for exploratory research; communications with Smart & Final counsel regarding subpoena and request for extension. |
| 10/15/2017 | 4.6 | Emails to Kellogg's counsel regarding scheduling of in-person conference to discuss discovery issues; begin working on motion to compel responses to Interrogatory Nos. 11-13; begin working on motion for leave to file noticed discovery motions or appoint special master; attention to case strategy issues; research potential experts. |
| 10/17/2017 | 6 | Meet with Mr. Flynn to discuss status of third-party subpoenas and tasks; review all Smart Start proofs and create spreadsheet timeline; begin reviewing Raisin Bran Proofs and creating spreadsheet timeline; |
| | 1.5 | Communications with potential marketing expert Bruce Silverman; call with Steve Gaskin, Amanda Traub, and Julie Morris to discuss exploratory research. |

*DETAILED BILLING RECORDS BY TIMEKEEPER – Jack Fitzgerald*

| Date | Hours | Description of Work |
|---|---|---|
| 10/18/2017 | 6.1 | Together with Mr. Flynn, participate in call with counsel for Albertson's regarding subpoena; prepare for meet-and-confer call regarding plaintiff's first document requests to Kellogg; together with Mr. Flynn, participate in meet-and-confer call with Kellogg's counsel, Ken Lee, regarding Kellogg's responses to plaintiff's first document requests; draft and send follow-up letter regarding agreements reached during conference; prepare for in-person meeting with Mr. Lee regarding Kellogg's response to plaintiff's first interrogatories. |
| 10/19/2017 | 3.5 | In-person meet-and-confer conference in Irvine with Ken Lee regarding Kellogg's responses to interrogatories, including travel. |
| 10/20/2017 | 1.3 | Call with AMS regarding exploratory research; work on finding and providing related information to AMS. |
| 10/21/2017 | 10.7 | Draft Joint Reports regarding plaintiff's motion to compel responses to (a) Interrogatory No. 4, (b) Interrogatory Nos. 7-8, (c) Interrogatory nos. 11-13, and (d) interrogatory no. 15, and send to Kellogg's counsel; draft list of proposed custodians and search terms and send to Kellogg's counsel for review; review Kellogg's document production and distill sales information into summary formats. |
| 10/24/2017 | 7.5 | Travel to Boston to observe AMS' exploratory research. |
| 10/25/2017 | 19 | Observe AMS' exploratory research and travel back to San Diego. |
| 10/26/2017 | 2 | Meet with Mr. Flynn and Ms. Persinger to brainstorm deposition topics for brand managers; review Kellogg's document production and compare to Ken Lee's list of items produced; draft email to Ken Lee regarding same; divvy up work relating to nutritional information among team. |
| 10/27/2017 | 1.3 | Call with Ken Lee to clarify aspects of document production; send follow-up email concerning same; review formulation documents and meet with Mr. Flynn and Ms. Persinger to strategize about same. |
| 11/1/2017 | 6.4 | Together with Mr. Flynn, travel to Irvine to conduct in-person meet-and-confer meeting with Ken Lee regarding plaintiff's requests for production of documents; draft email to Mr. Lee confirming substance of meeting; meet with Mr. Flynn to discuss motions to compel resulting from meeting. |

*DETAILED BILLING RECORDS BY TIMEKEEPER – Jack Fitzgerald*

| Date | Hours | Description of Work |
|---|---|---|
|  | 4 | Review Kellogg's revisions to joint discovery motion nos. 1 and 2 (Interrogatory Nos. 4 and 15), make further revisions to each, and send back to Mr. Lee for further review and revision by Kellogg. |
| 11/2/2017 | 0.9 | Review Kellogg's revisions to joint discovery report nos. 1 and 2, make additional revisions to report no. 1 and send to Kellogg's counsel, Ken Lee, for sign-off; finalize and file joint motions and prepare chambers copies for FedEx. |
|  | 0.4 | Follow up meeting re revised challenged claims together with Mr. Flynn and Ms. Persinger |
| 11/3/2017 | 1.4 | Meet with Mr. Flynn and Ms. Persinger to prepare for conference call, then participate in call with experts Steve Gaskin, Colin Weir, and Bruce Silverman to brainstorm about a possible damages model. |
| 11/4/2017 | 3.8 | Draft motion to compel production of documents by date certain (Joint Discovery Report #3). |
| 11/5/2017 | 7.4 | Complete drafts of 13 motions to compel responses to documents, and send to Kellogg's counsel for review and providing Kellogg's portions. |
| 11/7/2017 | 0.3 | Meet with Mr. Flynn regarding subpoenas to third parties |
| 11/8/2017 | 0.7 | Cull, prepare, and send Kellogg production materials to Bruce Silverman for review. |
| 11/10/2017 | 1.4 | Together with Mr. Flynn and Ms. Persinger, participate in conference call with Steve Gaskin, Colin Weir, and Bruce Silverman; debrief with Mr. Flynn and Ms. Persinger; follow-up call with Colin Weir. |
| 11/11/2017 | 5.3 | Perform legal research relating to market demand damages model and email Mr. Weir regarding same. |
| 11/12/2017 | 6.8 | Perform market research at Vons; perform additional research relating to damages and send materials to Mr. Weir regarding same; begin to extract data relating to cereals and pricing for exploratory regression analysis. |
| 11/13/2017 | 9.2 | Perform data collection (from Target) and logging data; send draft spreadsheet to Colin Weir to review. |
|  | 0.2 | Confer with Ms. Persinger re damages models. |

*DETAILED BILLING RECORDS BY TIMEKEEPER – Jack Fitzgerald*

| Date | Hours | Description of Work |
|------|-------|---------------------|
| 11/14/2017 | 8 | Call with Colin Weir to discuss regression exploratory research and demand damages model; perform further research on damages and work on damages portion of class certification motion. |
| 11/15/2017 | 10.2 | Complete revisions to and finalize 13 motions to compel responses to requests for production; file same and prepare chambers copies; perform document review and logging. |
| 11/16/2017 | 4.2 | Work on draft joint CMC statement; work on Raisin Bran proof timeline spreadsheet; meeting with Mr. Flynn |
| 11/17/2017 | 3.4 | Work on draft joint CMC statement and send to Ken Lee for review; meet with Mr. Flynn and Ms. Persinger to strategize about various case issues and dole out assignments. |
| 11/20/2017 | 1.6 | Book flight to San Jose for November 29 CMC; draft letter to Kellogg's counsel withdrawing class claims relating to Crunchy Nut and some Nutri-Grain products; |
| | 4.5 | Draft and serve supplemental initial disclosures; |
| | 4.5 | Log cereal data for regression analysis. |
| 11/21/2017 | 1.3 | Review Kellogg's additions to joint CMC statement and revise section in response, then circulate back to Kellogg's counsel; |
| | 8 | Log data from Boston area stores on cereal attribute & pricing spreadsheet for exploratory regression analysis by Colin Weir. |
| 11/22/2017 | 8.7 | Continue working on cereal pricing and attribute spreadsheet for exploratory regression analysis; complete and file joint case management statement. |
| 11/24/2017 | 2.6 | Continue working on cereal pricing and attribute spreadsheet. |
| 11/27/2017 | 8.1 | Continue working on and nearly complete initial data on cereal pricing and attribute spreadsheet, and send to Colin Weir with notes. |
| 11/29/2017 | 10 | Travel to San Jose, participate in further case management conference, and travel back to San Diego. |
| 11/30/2017 | 0.3 | Together with Mr. Flynn and Ms. Persinger, participate in call with Dr. Greger regarding status of research project. |

*DETAILED BILLING RECORDS BY TIMEKEEPER – Jack Fitzgerald*

| Date | Hours | Description of Work |
|---|---|---|
| | 4 | Draft stipulations of dismissal and remaining products and claims, including reviewing dismissal orders, and send to Mr. Lee for review; draft and file order form for transcript of November 29 CMC. |
| 12/2/2017 | 2.1 | Log data from Star Market provided by Colin Weir, on spreadsheet for regression analysis. |
| 12/3/2017 | 1 | Continue logging data from Star Market on cereal attribute and pricing spreadsheet. |
| 12/5/2017 | 0.4 | Complete logging data on Cereal Attribute & Pricing spreadsheet and send to Colin Weir to begin analysis; complete and file stipulation regarding dismissal of certain claims and misrepresentations with prejudice. |
| 12/6/2017 | 1.8 | Research Kellogg's proposed discovery masters. |
| 12/8/2017 | 2.5 | Communications with Ken Lee and Judicate West regarding discovery special master; draft joint special master status report and send to Mr. Lee for review; finalize and file joint status report. |
| | 1.1 | Review product proof timelines for Smart Start, Raisin Bran, and Raisin Bran Crunch, and begin drafting document request to Kellogg regarding missing proofs. |
| 12/11/2017 | 5.7 | Telephonic and email communications with Ken Lee regarding stipulation concerning products and claims still in the case; review and log Frosted Mini-Wheats proofs to create timeline; revise Nutri-Grain time line; analyze proofs to determine missing versions for all products left in case, as well as missing formulation sheets pertaining to NLI numbers for all products; draft document requests to Kellogg concerning the same. |
| 12/12/2017 | 0.4 | Review Kellogg's edits to stipulation, revise, and send email to Ken Lee regarding same. |
| | 0.3 | Telephone call with Colin Weir regarding results of regression analysis; send Mr. Weir follow-up materials and schedule follow-up call. |
| 12/13/2017 | 0.7 | Communications with Ken Lee regarding stipulation of products and claims still in action; finalize and file same, and send chambers copies to Judge Koh. |

*DETAILED BILLING RECORDS BY TIMEKEEPER – Jack Fitzgerald*

| Date | Hours | Description of Work |
|------|-------|---------------------|
| 12/14/2017 | 1.2 | Teleconference together with Mr. Flynn and Ms. Persinger and Colin Weir re regression analysis. |
| 12/15/2017 | 0.7 | Draft subpoena to IRI, draft and send notice of intent to serve subpoena, then serve subpoena on David Becker. |
| 12/17/2017 | 0.4 | Draft and serve Third Interrogatories to Kellogg and Second Document Requests to Kellogg. |
| 12/27/2017 | 0.4 | Call with Colin Weir to discuss additional regression analysis concerning "lightly sweetened"; follow-up communications with Steve Gaskin to schedule strategy call. |
| 12/31/2017 | 0.3 | Review Judge Kenton's email and send email to Ken Lee regarding same. |
| 1/2/2018 | 2 | Gather materials to send to Judge Kenton; email and telephone communications with Ken Lee regarding same. |
| | 3.5 | Perform legal research relating to Kellogg's anticipated untimely Answer. |
| | 0.9 | Together with Mr. Flynn and Ms. Persinger, participate in strategy call with Steve Gaskin, Amanda Traub, and Colin Weir. |
| 1/5/2018 | 1.7 | Participate in call with Special Master Judge Kenton; follow-up email communications with Kellogg's counsel; send additional documents to Judge Kenton by email and FedEx. |
| 1/8/2018 | 0.6 | Together with Mr. Flynn, participate in a call with counsel for NPD Group, Bob Slobig, regarding subpoena. |
| | 0.6 | Team call with Colin Weir and Steve Gaskin |
| 1/9/2018 | 0.5 | Together with Ms. Persinger, participate in meet-and-confer call with Ken Lee regarding electronic discovery and search terms. |
| 1/10/2018 | 0.1 | Call with Ms. Persinger re Kellogg Status Report |
| 1/11/2018 | 0.9 | Meet with Robert Lustig to discuss expert report. |
| 1/12/2018 | 1.6 | Prepare for then participate in call with discovery master, Judge Kenton, regarding current status and first 5 tentative orders; follow-up after call; review Judge Kenton's tentative orders on additional motions. |

*DETAILED BILLING RECORDS BY TIMEKEEPER – Jack Fitzgerald*

| Date | Hours | Description of Work |
|---|---|---|
| 1/15/2018 | 1.5 | Draft letter requesting hearing on Tentative Orders and send to Judge Kenton. |
| 1/16/2018 | 1.4 | Review Kellogg's discovery requests to Stephen Hadley and send message to Mr. Hadley regarding same; review and revise summary of defendants' arguments and send to Dr. Greger. |
| | 0.1 | Meeting together with Mr. Flynn on all third-party subpoenas; |
| 1/17/2018 | 0.4 | Review Special Master's tentative orders. |
| | 1 | Together with Mr. Flynn, Ms. Persinger, and Ms. Erze, participate in conference call with AMS team and Colin Weir regarding potential study designs; review Kellogg's objection to tentative orders re requests for production 16 and 17. |
| 1/18/2018 | 3.1 | Draft responses to interrogatories and schedule time with client to discuss discovery requests; draft response to Kellogg's letter to judge Kenton seeking hearing with respect to Tentative Order on requests 16-17; review Kellogg's letter response to plaintiff's letter to Judge Kenton requesting hearings on Tentative Orders relating to production of documents and interrogatory 15; re-review all of Judge Kenton's Tentative Orders to ensure there is no need to request further hearings; |
| | 3 | Work on class certification motion; schedule phone call with Steve Gaskin and draft planning and brainstorming document regarding current thinking on surveys. |
| | 0.8 | Participate in brainstorming meeting with Mr. Flynn, Ms. Persinger, and Ms. Erze concerning possible damages studies. |
| 1/19/2018 | 4 | Call with colleague Marc Godino to discuss strategy issue; call with counsel for Target regarding plaintiff's subpoena; call with Steve Gaskin to discuss potential studies; send email to Kellogg concerning entry of default; draft responses to Kellogg's requests for production. |
| | 1.4 | Review Kellogg's Answer; begin researching issues relating to Kellogg's untimely answer. |
| 1/20/2018 | 7 | Draft skeleton of expert report to provide to Dr. Lusting to begin working on project and send to Dr. Lustig for review. |
| | 1.9 | Conduct further research concerning Kellogg's untimely Answer. |

*DETAILED BILLING RECORDS BY TIMEKEEPER – Jack Fitzgerald*

| Date | Hours | Description of Work |
|---|---|---|
| 1/21/2018 | 9.1 | Continue researching and begin working on motion addressing Kellogg's untimely Answer. |
| 1/22/2018 | 5.2 | Work on motion to strike Kellogg's Answer. |
| | 5.2 | Call with Stephen Hadley to discuss responses to interrogatories and requests for documents; draft substantive responses to interrogatories. |
| 1/23/2018 | 1.2 | Call with Colin Weir to consult about issues with regression analysis and survey evidence. |
| | 0.5 | Together with Mr. Flynn, Ms. Persinger, and Ms. Erze, participate in strategy call with Steve Gaskin and AMS, and Colin Weir. |
| 1/24/2018 | 0.3 | Together with Mr. Flynn, participate in call with counsel for Wal-Mart regarding subpoenas for sales and labels. |
| | 0.1 | Confer with Ms. Persinger re Nature's Path response to subpoena. |
| 1/25/2018 | 8.5 | Work on motion to strike Kellogg's Answer. |
| 1/26/2018 | 6.7 | Work on motion to strike Kellogg's Answer; call with Colin Weir to prepare for group call with AMS; call with Mr. Weir and Julie Morris and Amanda Traub from AMS to discuss ███████ |
| 1/27/2018 | 11.4 | Work on motion to strike Kellogg's Answer. |
| 1/28/2018 | 13.5 | Work on motion to strike Kellogg's Answer; draft supporting declaration and accumulate exhibits. |
| 1/29/2018 | 8 | Meet with Ms. Persinger to discuss draft brief and continue working on motion to strike Kellogg's Answer; complete drafts of motion, declaration, and proposed order and prepare for filing following morning. |
| | 1 | Draft letter to Judge Kenton regarding reopening of Tentative Orders 9 and 11. |
| 1/30/2018 | 1.3 | File Motion to Strike Answer; participate in call with Jason Och and Steve Gaskin from AMS regarding studies; |
| | 0.2 | together with Mr. Flynn and Ms. Persinger, participate in call with counsel for Leo Burnette regarding extension of time to respond |
| | 0.1 | Confer with Mr. Flynn and Ms. Persinger re discovery issues. |

*DETAILED BILLING RECORDS BY TIMEKEEPER – Jack Fitzgerald*

| Date | Hours | Description of Work |
|---|---|---|
| 1/31/2018 | 0.5 | Participate in call with Steve Gaskin, Julie Morris, Amanda Traub, and Colin Weir regarding design for false advertising study. |
| 2/1/2018 | 1.9 | Review Kellogg's letter responding to letter request to reopen Tentative Orders 9 and 11; prepare for hearing with Judge Kenton. |
| 2/2/2018 | 5 | Prepare for, then participate in telephonic hearing with Special Master Judge Kenton regarding all parties' objections to various tentative orders; prepare and file notice of lodging of Special Master orders. |
| | 1.2 | Participate in call with Julie Morris and Amanda Traub regarding ██████████████; review Dr. Lustig's current draft of his report, then participate in call with Dr. Lustig to discuss same, as well as project to ███████ |
| 2/3/2018 | 4 | Complete review of Dr. Greger's draft report and send email to Dr. Greger arranging phone call to discuss same; begin reviewing marketing presentations to prepare for depositions and to insert facts into draft class certification motion. |
| 2/5/2018 | 0.3 | Call with Dr. Greger to discuss draft report and next steps; review Ms. Persinger's draft of revised search terms and send email to Mr. Lee regarding same. |
| 2/6/2018 | 3.2 | Draft fourth interrogatories and third requests for production to Kellogg, finalize and serve same; draft reply letter to Judge Kenton in support of request to reopen Tentatives 9 and 11, finalize and serve same; review ███████████████████████████████████ |
| 2/7/2018 | 1.4 | Telephone and email communications with Julie Morris and Amanda Traub regarding ████████; work on Mr. Hadley's responses and objections to Kellogg's discovery requests. |
| 2/8/2018 | 0.6 | Together with Mr. Flynn, participate in call with counsel for Kroger regarding plaintiff's two subpoenas; telephone call with Andrew Kearns at Economics & Technology concerning Mturk pilot study. |
| | 1.2 | Review Special Master final orders on disputed tentative orders then finalize and file notice of lodging of same. |
| | 2 | Complete and serve plaintiff's responses to Kellogg's discovery, including additional communications with Mr. Hadley. |

*DETAILED BILLING RECORDS BY TIMEKEEPER – Jack Fitzgerald*

| Date | Hours | Description of Work |
|---|---|---|
| 2/9/2018 | 1.8 | Call with Julie Morris and Amanda Traub regarding ▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮ begin working on revising Dr. Greger's draft report. |
| 2/10/2018 | 6.5 | Work on revising Dr. Greger's report notes into draft report. |
| 2/12/2018 | 0.1 | Further work on Dr. Greger's report. |
| 2/13/2018 | 2 | Call with Dr. Lustig to discuss disclosure and status of expert report; call with Julie Morris to discuss ▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮ |
| | 4.5 | Review Kellogg's opposition to plaintiff's motion to strike and enter default and begin drafting reply. |
| 2/14/2018 | 6 | Meet with Ms. Erze to discuss discovery flow chart project relating to reply in support of motion to strike; continue working on reply in support of motion to strike. |
| | 0.6 | Telephone call with Julie Morris and Amanda Traub to discuss ▮▮▮▮▮▮▮ |
| 2/15/2018 | 4.3 | Work on reply in support of motion to strike; |
| | 4.6 | Together with Mr. Flynn, participate in follow-up call with counsel for Kroger regarding subpoenas; draft and serve corrected fourth interrogatories. |
| 2/16/2018 | 6.9 | Review Mr. Flynn and Ms. Persinger's draft skeleton of the Bruce Silverman report; meet with Mr. Flynn and Ms. Persinger to discuss same; revise same and email to Mr. Silverman; set up call with Mr. Silverman to discuss; work on reply in support of motion to strike, including beginning to draft declaration and accumulate potential exhibits. |
| 2/17/2018 | 5 | Work on Kellogg reply and Fitzgerald Reply Declaration. |
| 2/19/2018 | 3.2 | Call with Colin Weir to discuss current case and study status and strategy moving forward; call with Ms. Persinger to discuss comments on reply in support of motion to strike; revise reply in support of motion to strike. |
| 2/20/2018 | 1.7 | Gather materials for Mr. Weir and prepare Fed Ex; finish and file reply in support of motion to strike. |

*DETAILED BILLING RECORDS BY TIMEKEEPER – Jack Fitzgerald*

| Date | Hours | Description of Work |
|---|---|---|
| | 0.5 | Together with Mr. Flynn and Ms. Persinger, participate in call with Bruce Silverman to discuss assignment. |
| 2/23/2018 | 1.4 | Telephone call with Colin Weir to discuss ████████ ████████ together with Mr. Flynn, Ms. Persinger, and Ms. Erze, participate in conference call with Colin Weir, Bruce Silverman, Steve Gaskin, and others at AMS; follow-up calls with Amanda Traub and Colin Weir. |
| 2/24/2018 | 6.3 | Complete revision and reorganization of draft Greger Report and send back to Dr. Greger with comments; collect and send Dr. Greger relevant documentation; begin reviewing Kellogg's recent production of marketing documents. |
| 2/25/2018 | 6.1 | Continue reviewing Kellogg pre-2012 marketing documents, including for purposes of sending to Mr. Weir and Mr. Gaskin. |
| 2/26/2018 | 5.3 | Review Kellogg marketing documents and send certain documents to Mr. Weir and Mr. Gaskin for analysis; process Kellogg's production of approximately 10,000 pages from email searches. |
| 2/27/2018 | 4.3 | Participate in call with Steve Gaskin, Julie Morris, and Amanda Traub regarding study designs for possible conjoint surveys; review recently-produced documents. |
| 2/28/2018 | 1 | Meet with Ms. Persinger to discuss logistics of document review; participate in meeting with Mr. Flynn and Ms. Persinger to brainstorm ways to categorize documents during review. |
| 3/1/2018 | 2.8 | Engage in research to support choices in conjoint survey, especially looking for instances in which a disclosure in a survey has been accepted, and send information to AMS. |
| 3/2/2018 | 6.4 | Work on document organization and review. |
| 3/3/2018 | 10.8 | Continue working on document organization and review. |
| 3/4/2018 | 3.5 | Continue working on document organization and review, including filling out note cover sheets. |
| | 1.9 | Drafting portions of class certification brief, |
| | 1.5 | Drafting Rule 30(b)(6) deposition outline. |

*DETAILED BILLING RECORDS BY TIMEKEEPER – Jack Fitzgerald*

| Date | Hours | Description of Work |
|---|---|---|
| 3/5/2018 | 1.3 | Continue document review and note taking, deposition outline writing, |
| | 4 | Class certification briefing. |
| 3/6/2018 | 5 | Continue document review and note taking; review Kellogg's responses to discovery. |
| | 1.1 | Deposition outline writing and confer with Ms. Persinger re deposition topics, and class certification briefing. |
| 3/7/2018 | 8 | Travel to San Jose for case management conference, participate in conference, and travel home. |
| 3/8/2018 | 3 | Continue document review and note taking, confer with Ms. Persinger re CMC and Motion to Strike Answer. |
| | 1.4 | Class certification briefing |
| | 2 | Deposition outline writing; draft and serve Amended Rule 30(b)(6) deposition notice. |
| 3/11/2018 | 5.5 | Continue reviewing documents and taking notes on same. |
| 3/12/2018 | 7.6 | Continue reviewing documents and taking notes on same. |
| 3/14/2018 | 4.6 | Continue reviewing documents and taking notes on same. |
| 3/15/2018 | 9.7 | Continue reviewing documents and taking notes on same. |
| | 0.5 | Together with Mr. Flynn and Ms. Persinger, call with Steve Gaskin █████████████ |
| 3/16/2018 | 5.5 | Continue reviewing documents and taking notes on same; discuss deposition topics with Ms. Persinger. |
| | 0.6 | Together with Mr. Flynn, Ms. Persinger, and Ms. Erze participate in call with Colin Weir. |
| 3/18/2018 | 5.4 | Continue reviewing documents and taking notes on same. |
| 3/19/2018 | 7 | Continue reviewing documents and taking notes on same. |

*DETAILED BILLING RECORDS BY TIMEKEEPER – Jack Fitzgerald*

| Date | Hours | Description of Work |
|---|---|---|
| 3/20/2018 | 8.7 | Continue reviewing documents and taking notes on same; revise draft letters to Kellogg regarding discovery deficiencies and send to Kellogg; work on processing new document production. |
| 3/21/2018 | 1.6 | Review Kellogg's letter motion for protective order and respond to Judge Kenton regarding same; meet with Ms. Persinger to discuss response to letter. |
| | 1 | Participate in call with AMS to discuss current status of damages studies. |
| 3/26/2018 | 2 | Participate in call with AMS and Colin Weir to discuss status of damages studies. |
| | 0.5 | Review and revise Ms. Persinger's draft letter to Judge Kenton responding to Kellogg's letter motion for protective order. |
| 3/27/2018 | 0.1 | Review AMS's latest demand model draft. |
| 4/1/2018 | 3.5 | Prepare for telephonic hearing with Judge Kenton regarding Kellogg's motion for protective order; review and revise draft Dr. Greger report. |
| 4/2/2018 | 2.6 | Participate in telephonic hearing on Kellogg's motion for protective order; undertake document review. |
| 4/3/2018 | 11.2 | Work on deposition preparation, including making necessary arrangements. |
| 4/4/2018 | 10.9 | Continue working on deposition preparation. |
| 4/6/2018 | 10.4 | Continue working on deposition preparation; review Bruce Silverman's draft report and, together with Ms. Persinger, participate in call with Mr. Silverman to advise him of comments on draft. |
| 4/7/2018 | 11.1 | Continue working on deposition preparation. |
| 4/8/2018 | 15 | Travel to Battle Creek, Michigan for Kellogg depositions, and finish preparing for deposition on Wednesday, April 11. |
| 4/9/2018 | 6 | Take deposition of Kellogg 30(b)(6) witness Nelson Almeida; begin preparing for deposition on Thursday, April 12. |
| 4/10/2018 | 11.3 | Take deposition of Kellogg 30(b)(6) witness Richard Condlyffe; continue preparing for deposition on Thursday, April 12. |

*DETAILED BILLING RECORDS BY TIMEKEEPER – Jack Fitzgerald*

| Date | Hours | Description of Work |
|------|-------|---------------------|
| 4/11/2018 | 13.5 | Take deposition of Kellogg 30(b)(6) witness Sam Minardi; finish preparing for deposition on Thursday, April 12. |
| 4/12/2018 | 20 | Take deposition of Kellogg 30(b)(6) witness Patrick Hamner, and travel home to San Diego. |
| 4/18/2018 | 8.5 | Travel from LaGuardia to Battle Creek via Dulles and Grand Rapids for 30(b)(6) deposition of James Sell. |
| 4/19/2018 | 18.2 | Attend deposition of James Sell and travel home to San Diego. |
| 4/20/2018 | 10.9 | Call with Colin Weir and Andrew Kearns to discuss regression and other various issues; email communications with Julie Morris concerning demand study; email and telephone communications with Bruce Silverman regarding his report and items to provide; pull together various items for Mr. Silverman's report and send by email with notes; examine Kellogg's production of formulation documents and begin to create tables showing added sugar during class period by product. |
| 4/21/2018 | 14.9 | Review and revise draft Lustig report; call with Dr. Lustig to discuss report and provide additional direction; communications with Bruce Silverman regarding report; review and comment on latest version of Mr. Silverman's report; continue working on quantifying added sugar for all products; begin drafting Declaration of Jack Fitzgerald in support of motion for class certification; work on class certification brief. |
| 4/22/2018 | 11.2 | Continue working on class certification motion, including assisting in pulling materials for Drs. Greger and Lustig, and Bruce Silverman; work on brief. |
| 4/24/2018 | 12.1 | Work on class certification motion, especially expert declarations and brief; Meeting together with Mr. Flynn, Ms. Persinger, and Ms. Erze re class cert.. |
| 4/25/2018 | 13.3 | Work on class certification motion, especially fact section of brief. |
| 4/26/2018 | 15.3 | Continue working on class certification motion. |
| 4/27/2018 | 14.7 | Continue working on class certification motion; meetings with Mr. Flynn re same. |
| 4/28/2018 | 16.3 | Continue working on class certification motion. |

*DETAILED BILLING RECORDS BY TIMEKEEPER – Jack Fitzgerald*

| Date | Hours | Description of Work |
|---|---|---|
| 4/29/2018 | 13.6 | Continue working on class certification motion. |
| 4/30/2018 | 15.9 | Finish and file class certification motion and peripheral papers including application to file under seal. |
| 5/7/2018 | 4.2 | Respond to various Kellogg communications, including obtaining and processing production from experts Gaskin and Weir and drafting and serving objections and responses to their subpoenas. |
| 5/8/2018 | 0.4 | Communications with Kellogg's counsel, various experts, and Mr. Hadley, regarding deposition scheduling. |
| 5/9/2018 | 1.5 | Review and revise draft requests for admission. |
| 5/10/2018 | 0.8 | Work on Nelson Almeida deposition transcript. |
| | 0.4 | Communications with Bruce Silverman, Colin Weir, Steve Gaskin, and Michael Greger regarding subpoenas from Kellogg; call with Mr. Hadley to discuss interrogatory responses; revise same and send to Mr. Hadley for further review. |
| 5/11/2018 | 0.2 | Confer with Ms. Persinger re depositions and doc production. |
| 5/14/2018 | 0.9 | Complete and serve first Requests for Admission; draft and send letter to Ken Lee responding to his May 4 letter regarding depositions. |
| 5/18/2018 | 1.7 | Prepare to engage in deposition preparation of Mr. Hadley. |
| 5/21/2018 | 0.1 | Email to Mr. Lee regarding payment of Mr. Silverman's deposition fee. |
| 5/22/2018 | 9.5 | Travel to San Antonio and prepare Mr. Hadley for deposition. |
| 5/23/2018 | 16.8 | Defend Mr. Hadley's deposition and travel home to San Diego. |
| 5/29/2018 | 11.5 | Travel to Boston for depositions of Steve Gaskin and Colin Weir; |
| 5/30/2018 | 8.4 | Defend deposition of Steve Gaskin; prepare Colin Weir for deposition. |
| 5/31/2018 | 16.5 | Defend deposition of Colin Weir and travel home to San Diego. |
| 6/7/2018 | 0.1 | Confer with Ms. Persinger re depositions and document production. |

*DETAILED BILLING RECORDS BY TIMEKEEPER – Jack Fitzgerald*

| Date | Hours | Description of Work |
|---|---|---|
| 6/12/2018 | 12.7 | Begin working on reply in support of class certification, including reviewing Kellogg's briefing and motions to strike, organizing tasks, outlining reply brief, and communicating with experts; meeting with Mr. Flynn and Ms. Persinger. |
| 6/13/2018 | 1.1 | Review motion to strike Dr. Greger's testimony; together with Ms. Persinger, participate in call with Dr. Greger regarding motion. |
| | 0.5 | Together with Mr. Flynn, Ms. Persinger, and Ms. Erze meeting regarding Class Certification and Daubert Motions. |
| 6/14/2018 | 0.3 | Review and revise response to Kellogg's motion to seal and advise Ms. Persinger to finalize and file. |
| 6/15/2018 | 0.7 | Together with Mr. Flynn and Ms. Erze, participate in telephone call with Steve Gaskin, Julie Morris, and Colin Weir regarding Kellogg's experts, motions to strike, and strategy for responding to same. |
| 6/16/2018 | 2.5 | Continue working on Kellogg mediation brief. |
| | 2.5 | Work on reply in support of class certification. |
| 6/17/2018 | 8.5 | Work on Kellogg reply in support of motion for class certification. |
| 6/18/2018 | 2.1 | Work with Mr. Flynn and Mr. Weir to coordinate arrangements for Wilcox deposition. |
| | 10.8 | Work on reply in support of motion for class certification; complete mediation brief and send to Mr. Petersen for review. |
| 6/21/2018 | 12.3 | Together with client Stephen Hadley, attend mediation in front of Mark Petersen, then travel home to San Diego; review transcript of deposition of Dr. Ron Wilcox and talk to Mr. Flynn and Mr. Weir regarding same; discuss mediation and tasks with Ms. Persinger. |
| 6/22/2018 | 11.4 | Call with Dr. Lustig regarding Rippe report; work on opposition to motion to strike opinion testimony of Steve Gaskin; communications with Kellogg's counsel regarding missing Simonson discovery. |
| 6/23/2018 | 11 | Work on opposition to motion to strike opinion testimony of Steve Gaskin; circulate early draft to Mr. Gaskin for comment and use in continuing to work on reply declaration. |

*DETAILED BILLING RECORDS BY TIMEKEEPER – Jack Fitzgerald*

| Date | Hours | Description of Work |
|------|-------|---------------------|
| 6/24/2018 | 6.8 | Work on opposition to motion to strike opinion testimony of Steve Gaskin and circulate updated draft; work on facts section of opposition to motion to strike Weir testimony. |
| 6/25/2018 | 9.8 | Continue working on oppositions to motions to strike; finalize and file same. |
| 6/26/2018 | 6.1 | Work on reply in support of motion to class certification; discussion with Ms. Persinger re same. |
| 6/28/2018 | 13.9 | Work on reply in support of motion to class certification. |
| 6/29/2018 | 12.7 | Work on reply in support of motion to class certification. |
| 7/2/2018 | 9.5 | Finalize and file reply in support of motion for class certification and motions to strike portions of Kellogg's expert declarations. |
| 7/9/2018 | 0.3 | Draft joint CMC statement and send to Ken Lee for review. |
| 7/10/2018 | 1.7 | Prepare for class certification hearing. |
| 7/11/2018 | 3.4 | Prepare for teleconference with Mr. Weir and Mr. Gaskin regarding Kellogg's replies in support of motions to strike, and participate in teleconference; continue preparing for class certification hearing. |
| 7/15/2018 | 4.6 | Continue preparing for class certification hearing. |
| 7/16/2018 | 3.5 | Continue preparing for class certification hearing. |
| 7/17/2018 | 0.7 | Continue preparing for class certification hearing. |
| 7/19/2018 | 7.6 | Work on replies in support of motions to strike Simonson, Wilcox, and Rippe |
| 7/20/2018 | 4.5 | Work on replies in support of motions to strike Simonson and Wilcox and circulate to Mr. Gaskin and Mr. Weir for review and comment. |
| 7/21/2018 | 1.2 | Continue working on replies in support of motions to strike Simonson and Wilcox, integrating comments from Mr. Weir and Mr. Gaskin. |
| 7/22/2018 | 4.6 | Revise replies in support of motions to strike Simonson and Wilcox and send to Mr. Weir and Mr. Gaskin for further review and comment. |

*DETAILED BILLING RECORDS BY TIMEKEEPER – Jack Fitzgerald*

| Date | Hours | Description of Work |
|------|-------|---------------------|
| 7/23/2018 | 0.7 | Review reply in support of motion to strike Wilcox; file all replies. |
| 7/24/2018 | 0.5 | Draft and send letter to Mr. Lee regarding Kellogg's discovery responses and deposition scheduling. |
| 8/2/2018 | 5.9 | Continue preparing for Sadie Cook-Clark deposition; review Ken Lee's July 31 letter and email Mr. Lee regarding same. |
| 8/3/2018 | 0.7 | Participate in meet and confer call with Ken Lee regarding outstanding discovery requests and deposition scheduling; communications with Steve Gaskin regarding final conjoint design. |
| 8/4/2018 | 2.5 | Prepare outline for deposition of Kellogg's Rule 30(b)(6) with respect to document preservation. |
| 8/6/2018 | 0.5 | Meeting together with Mr. Flynn and Ms. Persinger and call Steve Gaskin and Colin Weir re expert reports. |
| 8/7/2018 | 3 | Review record and draft email to AMS to answer questions to help in design of final conjoint, especially regarding various labels; review draft questionnaires and surveys and provide comments; draft email to Colin Weir regarding standard for "heart health" claim in hedonic; draft letter motion to compel labels from Kellogg and Kashi and send same, with exhibits, to Judge Kenton; discuss Kellogg's Motion to Compel with Ms. Persinger. |
| | 1.1 | Review Mr. Lee's email regarding Kellogg's position on various discovery issues and draft response. |
| 8/8/2018 | 4 | Begin preparing for Sadie Cook-Clark deposition; call with AMS to discuss current projects. |
| 8/12/2018 | 5.8 | Continue preparing for Sadie Cook-Clark deposition. |
| 8/13/2018 | 5.4 | Review updated conjoint surveys and provide comments to AMS; set up court reporting for Sadie Garcia and Brandon Shouldice depositions; send deposition notices for same to Kellogg; call with Dr. Lustig to discuss ███████ assignment; review and send Dr. Lustig ███████████; continue preparing for Garcia deposition; review Judge Koh's class certification decision in Arris Cable Modem Consumer Litigation. |
| 8/14/2018 | 11.2 | Travel to Battle Creek to take depositions of Sadie Garcia and Brandon Shouldice; prepare for Garcia deposition. |

*DETAILED BILLING RECORDS BY TIMEKEEPER – Jack Fitzgerald*

| Date | Hours | Description of Work |
|---|---|---|
| 8/15/2018 | 17 | Take deposition of Sadie Garcia and Brandon Shouldice; travel back to San Diego. |
| 8/16/2018 | 0.5 | Call with AMS to discuss Raisin Bran conjoint survey issues; confer with Ms. Persinger re depositions. |
| 8/17/2018 | 1.2 | Review class certification decision; communications with all experts concerning same. |
| 8/20/2018 | 0.8 | Together with Mr. Flynn, Ms. Persinger, and Ms. Erze, participate in re-grouping call with Colin Weir, Steve Gaskin, Julie Morris, and Amanda Traub to discuss strategy and assignments moving forward. |
| 8/21/2018 | 6 | Prepare for and take 30(b)(6) deposition on document retention; work on administrative motion for relief relating to fact and expert discovery deadlines; discuss ADR with Mr. Panos and Mr. Montgomery; draft joint status report and send to Mr. Panos for review; file same. |
| | 1.7 | Review and revise Dr. Lustig's expert report to conform with class certification decision and send to Dr. Lustig for further revision for finalizing. |
| | 0.4 | Team teleconference with Colin Weir and Steve Gaskin. |
| 8/22/2018 | 1.6 | Finalize and file administrative motion for relief regarding fact and expert discovery deadlines; review Judge Koh's order denying same; review and authorize final conjoint surveys. |
| | 0.1 | Discuss depositions with Ms. Persinger. |
| 8/26/2018 | 2.5 | Work on Rule 23(f) petition. |
| 8/27/2018 | 2.3 | Prepare for then argue motion to compel labels before Special Master Judge Kenton. |
| 8/28/2018 | 6.5 | Work on Rule 23(f) petition; discuss mediation and depositions with Ms. Persinger. |
| 8/29/2018 | 5 | Work on Rule 23(f) petition. |
| 8/31/2018 | 8 | Finalize and file Rule 23(f) petition; review Kellogg's Rule 23(f) petition; confer with Ms. Persinger |
| 9/3/2018 | 1.8 | Review and revise draft Bruce Silverman report. |

*DETAILED BILLING RECORDS BY TIMEKEEPER – Jack Fitzgerald*

| Date | Hours | Description of Work |
|------|-------|---------------------|
| | 5 | Begin drafting opposition to Kellogg's Rule 23(f) Petition. |
| 9/4/2018 | 8.3 | Work on opposition to Kellogg's Rule 23(f) petition, including legal research. |
| 9/5/2018 | 8.5 | Continue working on opposition to Kellogg's Rule 23(f) petition. |
| 9/10/2018 | 5.7 | Continue working on opposition to Kellogg's Rule 23(f) petition; review and provide comments and revisions to draft Gaskin Report. |
| 9/11/2018 | 0.7 | Review and finalize Lustig report for signature. |
| 9/17/2018 | 1.8 | Work with Mr. Gaskin on finalizing report; review and work with Dr. Lustig on finalizing report. |
| | 1.2 | Prepare for pre-mediation call with Judge Holderman; together with Mr. Flynn and Ms. Persinger, participate in pre-mediation call with Judge Holderman and Dean Panos, and follow-up call with Judge Holderman afterward. |
| 9/18/2018 | 3.1 | Gather materials and send to Judge Holderman; work with Mr. Weir on various aspects of his report; review Raisin Bran timeline to provide Mr. Weir with ranges for calculating damages. |
| | 1.1 | Draft joint CMC statement and send to Kellogg's counsel for review; together with Ms. Persinger and Ms. Erze re mediation brief. |
| 9/20/2018 | 3 | Work with Mr. Weir on finalizing report, including reviewing various versions and suggesting revisions. |
| 9/22/2018 | 8 | Work on Kellogg mediation brief, including full damages analysis. |
| 9/24/2018 | 5.9 | Work on mediation brief, confer with Ms. Persinger re same and work on New York Complaint. |
| 9/25/2018 | 1.9 | Draft letter responding to Kellogg's Emergency Motion to Compel Weir Deposition. |
| | 6 | Work on completing New York complaint and mediation brief and send mediation brief and exhibits to Judge Holderman and Dean Panos. |
| | 0.5 | Meet with team to discuss tasks for completing New York Complaint. |

*DETAILED BILLING RECORDS BY TIMEKEEPER – Jack Fitzgerald*

| Date | Hours | Description of Work |
|---|---|---|
| 9/26/2018 | 1.2 | Work with Mr. Weir to prepare for his deposition and respond to question from Kellogg's counsel regarding data; confer with Ms. Persinger |
| 9/27/2018 | 10 | Travel from San Francisco to Boston to defend Colin Weir deposition. |
| 9/28/2018 | 16.8 | Defend Colin Weir deposition and travel home. |
| 9/30/2018 | 8 | Prepare for James Rippe deposition. |
| 10/2/2018 | 6 | Travel to Chicago for mediation. |
| 10/3/2018 | 8.9 | Participate in mediation; travel to Boston to take Dr. Rippe's deposition. |
| 10/4/2018 | 10 | Further prepare for then take Dr. Rippe's deposition; meet with Mr. Gaskin to prepare him for deposition. |
| 10/5/2018 | 10.5 | Defend Steve Gaskin's deposition and travel home to San Diego. |
| 11/20/2018 | 0.5 | Participate in pre-mediation phone call with Judge Holderman, Kellogg's counsel, and Post's counsel; follow-up call with Judge Holderman. |
| 11/25/2018 | 2.5 | Prepare for November 27 mediation, including gathering relevant materials, etc. |
| 11/26/2018 | 6 | Together with Mr. Flynn, finish preparing then travel to Chicago for November 27 mediation. |
| 11/27/2018 | 8 | Together with Mr. Flynn, participate in then travel home from November 27 mediation in Chicago. |
| 1/7/2019 | 0.2 | Draft joint CMC statement and send to Kellogg's counsel for review. |
| 2/4/2019 | 0.2 | Draft stipulated request to continue CMC and send to Mr. Lee for review. |
| 3/9/2019 | 0.5 | Draft proposed case schedule and send to Kellogg's counsel for review. |
| 3/11/2019 | 0.5 | Work with Kellogg's counsel to finalize and file proposed case schedule. |

*DETAILED BILLING RECORDS BY TIMEKEEPER – Jack Fitzgerald*

| Date | Hours | Description of Work |
|------|-------|---------------------|
| 3/13/2019 | 7.5 | Travel to San Jose, attend Case Management Conference, and travel home. |
| 3/14/2019 | 0.4 | Meet with Mr. Flynn, Ms. Persinger and Ms. Erze re upcoming tasks |
| 3/19/2019 | 0.5 | Participate in telephone call with Dean Panos and Brandon Fox regarding deposition scheduling. |
| 4/5/2019 | 1 | Review Rippe opening merits report; review draft Lustig rebuttal report and provide additional revisions and comments, then send to Dr. Lustig for review. |
| | 2.1 | Prepare for mediation, including call with Judge Holderman and research on various issues. |
| 4/9/2019 | 6.5 | Last-minute preparations for mediation; travel to Chicago for mediation with Judge Holderman. |
| 4/10/2019 | 9.3 | Participate in mediation with Kellogg. |
| 4/24/2019 | 3.6 | Work with Mr. Gaskin and Mr. Weir on finalizing merits reports; finalize and serve all expert reports. |
| | 0.4 | Communications with Kellogg concerning deposition scheduling. |
| 4/25/2019 | 1 | Further communications with Kellogg and experts concerning deposition scheduling. |
| 4/27/2019 | 6.5 | Prepare to defend Lustig and Silverman depositions, including related communications. |
| 5/3/2019 | 11.1 | Begin preparing to take Dr. Simonson's deposition. |
| 5/4/2019 | 8.5 | Continue preparing to take Dr. Simonson's deposition. |
| 5/5/2019 | 8.2 | Continue preparing to take Dr. Simonson's deposition. |
| 5/6/2019 | 11 | Prepare to take Dr. Wilcox's deposition; travel to San Francisco to take Dr. Simonson's deposition. |
| 5/7/2019 | 9.5 | Take Dr. Simonson's deposition. |
| 5/8/2019 | 22.5 | Travel from San Francisco to Charlottesville, VA to take Dr. Wilcox's deposition, take Dr. Wilcox's deposition, then travel home to San Diego. |

*DETAILED BILLING RECORDS BY TIMEKEEPER – Jack Fitzgerald*

| Date | Hours | Description of Work |
|---|---|---|
| 5/18/2019 | 9.6 | Work on motion to strike Fortin and Carvajal. |
| 5/24/2019 | 12.5 | Complete draft, finalize, and file motion to strike Dr. Simonson; review, revise, finalize, and file motions to strike Fortin and Carvajal and Wilcox and Rippe, and motion for partial summary judgment. |
| 5/27/2019 | 3.2 | Begin working on Kellogg's various May 24 motions. |
| 5/28/2019 | 8.8 | Work on oppositions to Kellogg's various May 24 motions; confer with Ms. Persinger re Motion to Seal |
| 5/29/2019 | 2.6 | Work on oppositions to Kellogg's motions to strike Dr. Lustig and Colin Weir. |
| 5/29/2019 | 1 | Complete and file New York (*DiGregorio*) Complaint. |
| 5/30/2019 | 8.5 | Work on oppositions to Kellogg's various May 24 motions, primarily its motion to decertify. |
| 5/31/2019 | 11.9 | Work on opposition to Kellogg's motion to exclude the testimony of Dr. Lustig. |
| 6/1/2019 | 7.9 | Complete first drafts of oppositions to motions to strike Lustig and Silverman. |
| 6/3/2019 | 10.2 | Work on opposition to Kellogg's motion to decertify the class. |
| 6/4/2019 | 6.1 | Integrate deposition testimony into opposition to motion to strike Silverman, finalize draft, and assign Mr. Flynn to proofread, cite check, and run Table of Authorities; work on opposition to motion to decertify. |
| 6/5/2019 | 9.5 | Work on opposition to Kellogg's motion to exclude the testimony of Colin Weir. |
| 6/8/2019 | 5 | Complete draft of opposition to Kellogg's motion to exclude the testimony of Colin Weir, and send to Mr. Weir for review; send Mr. Silverman draft opposition to Kellogg's motion to exclude for review; integrate Mr. Weir's comments into draft. |
| 6/9/2019 | 11 | Work on opposition to Kellogg's motion for summary judgment. |
| 6/10/2019 | 13.4 | Work on opposition to Kellogg's motion for summary judgment. |
| 6/10/2019 | 0.5 | Work on opposition to motion to strike testimony of Colin Weir. |

*DETAILED BILLING RECORDS BY TIMEKEEPER – Jack Fitzgerald*

| Date | Hours | Description of Work |
|------|-------|---------------------|
| 6/11/2019 | 13 | Work on opposition to Kellogg's motion for summary judgment. |
| 6/12/2019 | 10.8 | Work on opposition to Kellogg's motion for summary judgment. |
| 6/13/2019 | 3 | Work on opposition to Kellogg's motion for summary judgment, confer with Ms. Persinger re same. |
| | 1.2 | Review and revise draft motion for contempt. |
| | 9 | Work on opposition to motion for decertification. |
| 6/14/2019 | 11.4 | Finalize and file oppositions to Kellogg's various motions, and motion for civil contempt. |
| 6/18/2019 | 6.9 | Draft reply in support of motion for partial summary judgment. |
| 6/19/2019 | 0.9 | Work on finalizing reply in support of motion for partial summary judgment. |
| 6/20/2019 | 0.2 | Finalize reply in support of motion for partial summary judgment for filing. |
| 6/21/2019 | 0.1 | File reply in support of motion for partial summary judgment. |
| 6/23/2019 | 6.3 | Travel to Chicago for mediation. |
| 6/24/2019 | 15.3 | Participate in mediation and travel home to San Diego. |
| 6/25/2019 | 0.2 | Discuss mediation with Ms. Persinger |
| 6/28/2019 | 0.3 | Review Kellogg's opposition to motion for civil contempt; review with Ms. Persinger. |
| 7/1/2019 | 8.7 | Begin working on reply in support of motion for civil contempt. |
| 7/2/2019 | 5.2 | Continue working on reply in support of motion for civil contempt. |
| 7/3/2019 | 1 | Finish and file reply in support of motion for civil contempt. |
| 8/15/2019 | 0.6 | Work on opposition to Kellogg's motion to dismiss the New York (*DiGregorio*) Complaint. |
| 8/18/2019 | 9.9 | Continue working on opposition to Kellogg's motion to dismiss the New York (*DiGregorio*) Complaint. |

| Date | Hours | Description of Work |
|------|-------|---------------------|
| 8/19/2019 | 11.2 | Finalize and file opposition to Kellogg's motion to dismiss the Complaint. |
| 8/21/2019 | 1.2 | Meeting together with Ms. Persinger, Mr. Flynn, and JH re trial. |
| 8/22/2019 | 2.4 | Work on mediation demand to Kellogg; discussions with Mr. Flynn and Ms. Persinger re same. |
| 8/23/2019 | 1.2 | Work on mediation demand to Kellogg, including call with Colin Weir regarding updated damages analysis. |
| 8/26/2019 | 2.4 | Work on mediation demand to Kellogg; discussions with Mr. Flynn and Ms. Persinger re same. |
| 9/5/2019 | 0.5 | Review Kellogg's mediation brief and call Judge Holderman regarding same. |
| 9/8/2019 | 4 | Travel to Chicago for fifth mediation with Judge Holderman. |
| 9/9/2019 | 10 | Participate in fifth mediation with Judge Holderman. |
| 9/10/2019 | 4 | Travel from Chicago home to San Diego (missed flight night of 9th to stay longer at mediation). |
| 9/11/2019 | 1.1 | Draft Term Sheet for eventual transmission to Mr. Panos. |
| 9/12/2019 | 0.5 | Call with Judge Holderman to discuss status; email Mr. Jackson to update as to status; call with Dean Panos regarding settlement; follow-up email providing Mr. Panos counteroffer on certain terms, and updated term sheet; update Judge Holderman as to status. |
| 9/13/2019 | 0.4 | Call with Dean Panos to discuss settlement; revise term sheet to reflect agreement on all material terms and send to Mr. Panos (copying Judge Holderman) for review. |
| 9/16/2019 | 4.2 | Communications with New York plaintiffs regarding settlement terms and authorization to settle; provide materials and instruction to Ms. Hinton to begin cleaning up and reconciling time sheets; review draft Joint Settlement Status Report and Administrative Motion to File Under Seal, and provide comments to Kellogg's counsel; review Kellogg's proposed revisions to term sheet; call Judge Holderman regarding same, then draft email to Mr. Panos regarding same and send draft to Judge Holderman for review before sending; further communications with Mr. Panos and Judge Holderman regarding certain unresolved issues; reach agreement with Kellogg regarding |

*DETAILED BILLING RECORDS BY TIMEKEEPER – Jack Fitzgerald*

| Date | Hours | Description of Work |
|------|-------|---------------------|
|  |  | remaining differences and revise term sheet to reflect same, then send to Mr. Panos for review; review and sign-off on final version of Joint Settlement Status Report; execute Term Sheet and obtain Kellogg's execution of same. |
| 9/17/2019 | 3.2 | Begin process of selecting class administrator, including researching various firms and reaching out to contacts, providing relevant materials, and setting up calls for further discussions; communications with Mr. Panos regarding status of New York action. |
| 9/18/2019 | 1.2 | Email and telephone communications with Colin B. Weir regarding assistance in formulating claims process; email and telephone communications with class administrators including Epiq and P&N. |
| 9/19/2019 | 0.2 | Email communications with Mr. Panos regarding vouchers. |
| 9/20/2019 | 1.4 | Email and telephone communications with Mr. Panos regarding vouchers, claims process, and status of New York case; communications with Mr. Weir regarding settlement and claims process; edit draft lists of all cereal and bar products included in class for Mr. Weir's estimation of sales. |
| 9/23/2019 | 3.8 | Further work with Mr. Weir regarding scope of settlement and estimation of sales, as well as design of claims process; communications with P&N concerning various issues including vouchers and information about class scope and size; begin drafting full settlement agreement. |
| 9/24/2019 | 3.6 | Email and telephone communications with Mr. Weir regarding settlement-related issues; communications with Mr. Panos requesting information from Kellogg for assistance in designing claims process; work on estimations of class size and claims rate, and further brainstorm and design claims process; meet with Mr. Weir in person to discuss all the implications of the settlement and claims process and to design a survey to ensure claims process is data driven; further communications with class administrators including Angeion, P&N, RG2, KCC, and Epiq (providing updated data for tweaking bids). |
| 9/25/2019 | 6.3 | Call with P&N to provide further information on anticipated claims process in order to update and provide more precise bid; further communications and in-person meeting with Mr. Weir to flesh out issues with claims process and survey to help make decisions; complete draft of full settlement agreement and send to Mr. Panos for |

*DETAILED BILLING RECORDS BY TIMEKEEPER – Jack Fitzgerald*

| Date | Hours | Description of Work |
|---|---|---|
| | | review, along with analysis of settlement scope in terms of products and sales, compared to certified class. |
| 9/27/2019 | 0.5 | Receive and begin reviewing bids from P&N and Epiq. |
| 9/29/2019 | 6.3 | Carefully review, log, and compare all class administration bids; email communications with some administrators to ask clarifying questions or obtain additional information; work on motion for preliminary approval. |
| 9/30/2019 | 0.7 | Call with P&N regarding class administration bid and claims process, including providing updated information on anticipated claims process; email communication with KCC regarding bid and request to set up call to discuss. |
| 10/1/2019 | 0.2 | Communications with RG2 regarding assumptions for anticipated class administration bid. |
| 10/2/2019 | 0.9 | Meeting together with team regarding review of billing hours |
| | 2.1 | Call with KCC to discuss class administration issues and assumptions underlying bid; provide current bids and information about class administrators to Mr. Panos then engage in telephone call with Mr. Panos to discuss current status and various issues regarding settlement and claims process; review updated bid from P&N and respond substantively regarding same; locate and provide materials and information to Mr. Weir for use in survey. |
| 10/3/2019 | 0.1 | Email with RG2 regarding assumptions for bid. |
| 10/4/2019 | 0.8 | Telephone and email communications with Dean Panos and Colin Weir regarding claims process issues. |
| 10/7/2019 | 2.5 | Call with Mr. Panos to discuss status of settlement, settlement agreement, and claims process; follow-up email to Mr. Panos with proposals to address certain issues he raised; participate in telephone calls with P&N and Epiq to discuss current bids and anticipated claims process; call with Colin Weir regarding survey and claims process; participate in WebEx meeting with Mr. Weir and P&N in order to demonstrate survey to P&N for purposes of refining claims process; review, revise, and send to Kellogg's counsel a stipulation of dismissal of the New York action with prejudice. |
| 10/9/2019 | 0.8 | Work with Mr. Weir on refining and finalizing survey so that it can go live in time to collect useful data. |

*DETAILED BILLING RECORDS BY TIMEKEEPER – Jack Fitzgerald*

| Date | Hours | Description of Work |
|---|---|---|
| 10/10/2019 | 7.6 | Work on motion for preliminary approval; communication with New York plaintiff Ms. Madyun regarding status; email with Mr. Panos regarding stipulation of dismissal of New York action and stipulation to amend California action; email Judge Holderman regarding request for mediator's declaration; review draft mediator's declaration and send same to Judge Holderman for review and revision. |
| 10/11/2019 | 1.4 | Participate in demonstration of potential claim form by P&N; email Judge Holderman regarding mediator's declaration; work on motion for preliminary approval. |
| 10/14/2019 | 7.8 | Work on drafting preliminary approval motion, and updating draft settlement agreement, including reviewing and revising exhibits, especially long form notice. |
| 10/15/2019 | 6.6 | Review Kellogg's proposed revisions to draft settlement agreement; telephone call with Mr. Panos to discuss vouchers, proposed schedule after preliminary approval, and various issues in draft settlement agreement; set up call with P&N regarding same; telephone calls with Brandon Schwartz and Dustin Mire of P&N regarding some changes due to the way Kellogg will institute vouchers; work further on motion for preliminary approval, especially supporting declaration; review and revise Third Amended Complaint and give Mr. Flynn further instruction in that regard; review Judge Holderman's mediator's declaration; briefly review draft Weir Declaration and give Mr. Weir further instruction; telephone call with Mr. Weir to discuss effect of paper vouchers, and corresponding postage, on claims process, as well as results from survey; update settlement agreement per call with Mr. Panos and send to him for review. |
| 10/16/2019 | 11.6 | Participate in call with P&N and Dean Panos regarding vouchers and other claims logistics; call with Mr. Panos regarding issues in Settlement Agreement; work on preliminary approval motion. |
| 10/17/2019 | 7.8 | Continue working on preliminary approval motion and supporting declaration. |
| 10/18/2019 | 5.1 | Continue working on preliminary approval motion and finalizing Settlement Agreement and exhibits, including communications with Mr. Panos and P&N regarding various issues. |
| **Total =** | **1,924.1** | |

*DETAILED BILLING RECORDS BY TIMEKEEPER – Trevor Flynn*

**Trevor Flynn**

| Date | Hours | Description of Work |
|---|---|---|
| 8/26/2016 | 0.5 | Prepared CLRA Venue affidavit; Civil Case Cover Sheet and Summons |
| 8/21/2017 | 1.7 | Draft of first set of interrogatories to Kellogg |
| 8/23/2017 | 0.2 | Final review and service of interrogatories via email |
| 8/28/2017 | 4 | Began compiling list of identification numbers for products for subpoenas |
| 8/31/2017 | 5 | Continued work on product identification for third party subpoenas |
| 9/6/2017 | 3.9 | Work on third party subpoenas and identification of retailers and how to describe products within |
| 9/7/2017 | 5 | Continued work on discovery |
| 9/8/2017 | 0.6 | Conference call with potential expert Steve Gaskin |
| 9/12/2017 | 7.7 | Continued work on third party subpoenas |
| 9/13/2017 | 3.9 | Finalized all subpoenas to retailers, whole grains council, and sugar association; drafted notice of intent to serve; sent notice to serve and provided subpoenas to server |
| 9/15/2017 | 0.4 | Teleconference with survey expert, Mr. Fitzgerald, and Ms. Persinger |
| 9/19/2017 | 0.6 | Prepared table regarding third party subpoenas per Mr. Fitzgerald |
| 9/25/2017 | 0.8 | Work on updating subpoena status table; reviewed responses from various third parties |
| 9/27/2017 | 0.2 | Emails to third parties to set up phone calls regarding subpoenas |
| 9/28/2017 | 0.3 | Phone call with Mr. Fitzgerald and David Tobin from the Sugar Association regarding compliance with subpoena |
| 10/3/2017 | 1 | Reviewed responses from third parties regarding subpoenas; meeting with Mr. Fitzgerald regarding status of subpoenas; updated status table; emailed third parties regarding subpoenas |
| 10/4/2017 | 0.4 | Meet and confer with Kellogg regarding interrogatory responses |

*DETAILED BILLING RECORDS BY TIMEKEEPER – Trevor Flynn*

| Date | Hours | Description of Work |
|---|---|---|
| | 0.2 | Phone call with Whole Grains Council regarding subpoena; email to Mr. Fitzgerald |
| 10/9/2017 | 0.6 | Phone call with Walmart regarding Subpoena and Walmart's production. |
| | 0.2 | Phone call with Dave Tobin at Sugar Association. He will need an extension and will send an email requesting 30 days. |
| 10/10/2017 | 0.3 | Updated subpoena status chart; reviewed all responses so far; cross-checked with email to ensure up to date compliance. |
| | 0.4 | Phone call with attorney at Davis Wright regarding Amazon subpoena; email memo to Mr. Fitzgerald sent |
| | 0.1 | Phone call with whole grains council attorney regarding documents sent |
| | 0.4 | Reviewed documents sent by whole grains council |
| 10/11/2017 | 0.4 | Phone call with Kroger regarding subpoena; draft email to Mr. Fitzgerald as follow up |
| | 0.3 | Emails regarding third party subpoenas to set up further meet and confers with retailers |
| 10/13/2017 | 0.4 | Phone call with Stater Bros' counsel regarding subpoena; follow up email |
| 10/16/2017 | 0.3 | Emails to third parties to set up phone calls regarding subpoenas |
| 10/17/2017 | 0.3 | Phone call with Save Mart (Lucky) regarding subpoena; follow up email |
| | 1.2 | Revised list of UPC codes for all products; sent to third parties as requested; meeting with Mr. Fitzgerald |
| | 3.9 | Work on timeline of proofs for Nutri-grain products |
| 10/18/2017 | 0.3 | Phone call with Albertson's in-house counsel regarding subpoena |
| | 1.9 | Phone conference with Kellogg regarding deficient production of documents; meet and confer |
| 10/19/2017 | 3.5 | Work on timeline of proofs for Nutri-grain products |

*DETAILED BILLING RECORDS BY TIMEKEEPER – Trevor Flynn*

| Date | Hours | Description of Work |
|---|---|---|
| 10/24/2017 | 0.3 | Updated subpoena chart; email to Mr. Fitzgerald regarding non-compliant third parties |
| 10/25/2017 | 3.9 | Finished timeline of Nutri-Grain proofs |
| 10/26/2017 | 1.3 | Review of Walgreens Document production; meeting with Mr. Fitzgerald and Ms. Persinger |
| 10/27/2017 | 1.3 | Phone call with Kellogg's counsel regarding document production; meeting with Mr. Fitzgerald and Ms. Persinger to discuss formulation docs and strategy |
| 11/1/2017 | 5.5 | In-person meet and confer with Kellogg regarding deficient RFP responses; including travel to and from Irvine |
| | 0.6 | Review of Dollar General's document production |
| | 0.2 | Meeting with Mr. Fitzgerald regarding motion to compel on RFPs |
| 11/2/2017 | 0.4 | Follow up meeting regarding revised challenged claims with Mr. Fitzgerald and Ms. Persinger |
| 11/3/2017 | 1.4 | Teleconference with all experts, Mr. Fitzgerald, and Ms. Persinger (includes pre meeting with Mr. Fitzgerald and Ms. Persinger to brainstorm ideas for phone call) |
| | 3.9 | Work on motions to compel further production of documents |
| 11/4/2017 | 7.7 | Work on motions to compel further production of documents |
| 11/5/2017 | 2.8 | Work on motions to compel further production of documents |
| 11/7/2017 | 0.3 | Meeting with Mr. Fitzgerald regarding subpoenas to third parties |
| | 0.9 | Sent follow up communications to third parties regarding subpoenas; updated chart accordingly |
| 11/10/2017 | 1.3 | Phone call with all experts and Mr. Fitzgerald and Ms. Persinger regarding damages model strategy |
| 11/14/2017 | 2 | Work on data points for various cereal products for expert Colin Weir |
| 11/15/2017 | 0.3 | Updated subpoena chart; emailed Walmart for update on response |

*DETAILED BILLING RECORDS BY TIMEKEEPER – Trevor Flynn*

| Date | Hours | Description of Work |
|------|-------|---------------------|
| | 0.2 | Review list of retailers and distributors and cull distributors from list as are obvious |
| | 0.3 | Rec'd list of DPCI numbers from Kellogg; formatted into XLS spreadsheet and sent to Target with email regarding subpoena |
| | 4 | Work on data points for various cereal products for expert Colin Weir |
| 11/16/2017 | 0.3 | Emails to third parties regarding subpoena; meeting with Mr. Fitzgerald; updated status chart |
| 11/17/2017 | 1.7 | Work on table of price/data points |
| | 0.5 | Meeting with Mr. Fitzgerald and Ms. Persinger regarding discovery issues |
| 11/21/2017 | 0.3 | Updated third party subpoena status; fix errors in 26(f) statement |
| | 0.7 | Calculated California only population from Nielsen data which included sales in counties in Oregon, Nevada, and Arizona as well (used 2015 population est.) |
| | 3.3 | Pulled consumer complaints that are relevant to case from Kellogg production; online research for further customer complaints |
| 11/22/2017 | 2.6 | Summaries of presentations from Kellogg's production; prepared binder for future packets of summaries/presentations |
| 11/27/2017 | 1.5 | Continued work on summaries of presentations |
| | 0.5 | Updated subpoena status chart; emails and phone calls with third parties regarding updates on production |
| 11/30/2017 | 0.3 | Phone call with Dr. Greger with Mr. Fitzgerald and Ms. Persinger |
| 12/11/2017 | 4.2 | Reviewed Kellogg Document Production to ascertain all known marketing agencies used; prepared and sent for service 8 subpoenas to marketing companies or individuals |
| 12/12/2017 | 0.4 | Phone call with Kantar and VML counsel regarding third party subpoena |
| 12/13/2017 | 4.5 | Continued work on summaries of presentations |
| 12/14/2017 | 1.6 | Continued work on summaries of presentations |

*DETAILED BILLING RECORDS BY TIMEKEEPER – Trevor Flynn*

| Date | Hours | Description of Work |
|------|-------|---------------------|
|  | 1.2 | Teleconference with Mr. Fitzgerald, Ms. Persinger and Colin Weir regarding regression analysis and plan for gathering data to run full analysis |
|  | 0.4 | Draft of third set of interrogatories; sent to Mr. Fitzgerald for review |
| 12/17/2017 | 0.6 | Finished Kellogg market research presentation analysis; finalized binder of all reports |
| 12/19/2017 | 0.2 | Reviewed response from Gongos to third party subpoena |
| 12/20/2017 | 0.4 | Phone call with Tammy Levi at Smith-Dahmer regarding her ability to produce documents pursuant to subpoena and potential costs; emailed her Kellogg's counsel's contact info |
| 12/27/2017 | 0.2 | Reviewed Hal Goldberg responses to third party subpoena |
| 12/28/2017 | 2.5 | Began document review of productions from third parties pursuant to subpoena we have so far |
| 1/2/2018 | 0.9 | Teleconference with Colin and Steve regarding several items including strategizing for consumer perception survey, further regression analysis, and clarification of what products/messages are left in the case |
|  | 1.2 | Continued work on document review |
| 1/8/2018 | 0.6 | Phone call with counsel for NPD Group regarding Kellogg subpoena; updated subpoena table to reflect; follow up meeting with Mr. Fitzgerald |
|  | 0.6 | Teleconference with Colin and Steve; Mr. Fitzgerald, Ms. Persinger, and Ms. Erze present |
|  | 0.2 | Emails with third parties regarding subpoenas |
| 1/16/2018 | 1.1 | Compiled all responses to cereal manufacturer subpoenas; meeting with Mr. Fitzgerald on all third-party subpoenas; sent emails to those third parties who needed to be followed up with; updated tables |
| 1/17/2018 | 0.3 | Emails to cereal manufacturer subpoena respondents to meet and confer; updates to table |
|  | 1 | Teleconference with experts, Mr. Fitzgerald, Ms. Persinger, and Ms. Erze regarding damages |

*DETAILED BILLING RECORDS BY TIMEKEEPER – Trevor Flynn*

| Date | Hours | Description of Work |
|---|---|---|
| 1/18/2018 | 0.2 | Emails with Walmart to schedule time to meet and confer on second subpoena |
| | 0.8 | Follow up with all third-party subpoenas for updates; research on contacting companies that have not responded to subpoenas; updating status chart |
| | 0.8 | Meeting with Mr. Fitzgerald, Ms. Persinger, and Ms. Erze regarding damages models and plan of action for surveying/testing methodologies |
| 1/22/2018 | 0.3 | Telephonic meet and confer with Amazon on third party subpoena |
| 1/23/2018 | 0.5 | Strategy meeting with experts, Mr. Fitzgerald, Ms. Persinger, and Ms. Erze |
| 1/24/2018 | 1.2 | Phone calls with third parties regarding subpoenas issued; meeting with Mr. Fitzgerald regarding same |
| | 0.4 | Draft discovery letter regarding deficient responses to Interrogatories; reviewed and then sent to Kellogg |
| 1/30/2018 | 0.2 | Phone call with counsel for Leo Burnett regarding subpoena |
| | 0.1 | Conference with Mr. Fitzgerald and Ms. Persinger regarding outstanding third-party discovery |
| 1/31/2018 | 0.5 | Phone call with Kashi counsel (same as Kellogg) regarding subpoena; phone call regarding search terms for discovery |
| 2/1/2018 | 0.2 | Reviewed documents produced by Kellogg on sales |
| 2/2/2018 | 0.4 | Emails to third parties regarding subpoena status and productions |
| 2/8/2018 | 0.2 | Phone call with counsel for Kroger and Mr. Fitzgerald regarding third party subpoena |
| 2/14/2018 | 5.5 | Work on structuring expert report for Bruce Silverman; pulling and preparing marketing documents in case to send |
| | 1.3 | Review documents sent by Smith-Dahmer; created marketing presentation report; reviewed some of the transcriptions from the focus groups |

*DETAILED BILLING RECORDS BY TIMEKEEPER – Trevor Flynn*

| Date | Hours | Description of Work |
|---|---|---|
| 2/15/2018 | 3.4 | Continued work on Silverman expert report and accompanying materials |
| | 2.5 | Follow up Call with Mr. Fitzgerald re Kroger subpoenas; reconciled electronic and paper versions of all marketing presentations; cleaned up server electronic folder and physical binder to ensure everything was in both places |
| 2/16/2018 | 0.6 | Meeting with Mr. Fitzgerald and Ms. Persinger regarding Bruce Silverman expert report |
| | 0.4 | Work on draft subpoenas to Distributors |
| 2/20/2018 | 6.5 | Review of Leo Burnett production to pull marketing presentations for Bruce Silverman; review of Kellogg marketing documents to include references in Silverman Report; prepared thumb drive with all docs; team call with Bruce Silverman |
| | 1.8 | Work on identifying distributors for subpoenas |
| 2/21/2018 | 5.2 | Reconciled UPC codes on products with proofs produced by Kellogg; finalized research on distributors to send subpoenas; prepared and issued subpoenas |
| 2/23/2018 | 0.5 | Teleconference with experts and Mr. Fitzgerald and Ms. Persinger |
| 2/28/2018 | 0.4 | Meeting with Mr. Fitzgerald and Ms. Persinger regarding strategy for organizing marketing documents to increase efficiency in later review |
| | 0.5 | Phone call with Supervalu regarding subpoena; sent protective order and custodial declaration; updated subpoena status table for Distributors |
| 3/1/2018 | 3.5 | Work on reviewing marketing documents |
| 3/12/2018 | 4.5 | Work on reviewing marketing documents |
| 3/14/2018 | 2.5 | Work on reviewing marketing documents |
| 3/15/2018 | 0.5 | Phone call with Steve Gaskin, Mr. Fitzgerald, and Ms. Persinger regarding ███████████████████████████ |
| 3/16/2018 | 0.6 | Phone call with Mr. Fitzgerald, Ms. Persinger, Ms. Erze, and Colin Weir regarding designing conjoint with attribute choices |

*DETAILED BILLING RECORDS BY TIMEKEEPER – Trevor Flynn*

| Date | Hours | Description of Work |
|------|-------|---------------------|
| 3/20/2018 | 1.3 | Draft letters regarding deficient responses to fourth interrogatories and third RFPs; sent to Mr. Fitzgerald for review |
| | 1.2 | Work on subpoenas to third parties with Ms. Erze |
| 3/22/2018 | 3.2 | Work on document review |
| 3/23/2018 | 2.5 | Work on document review |
| 3/27/2018 | 2 | Work on document review |
| 3/28/2018 | 4.5 | Work on document review |
| 3/29/2018 | 4 | Work on document review |
| 4/2/2018 | 6.5 | Work on document review |
| 4/3/2018 | 4 | Work on document review |
| 4/9/2018 | 5.5 | Work on document review |
| 4/10/2018 | 4.5 | Work on document review |
| 4/13/2018 | 3.5 | Prep for 30b6 deposition |
| 4/15/2018 | 6 | Prep for 30b6 deposition; confer with Ms. Persinger regarding same. |
| 4/16/2018 | 4.5 | Prep for 30b6 deposition |
| 4/17/2018 | 6 | Prep for 30b6 deposition |
| 4/18/2018 | 9 | Travel to Battle Creek, MI |
| 4/19/2018 | 6.5 | Deposition of Jim Sell, 30b6 Witness for NutriGrain products |
| | 7 | Travel from Battle Creek to San Diego |
| 4/20/2018 | 8 | Work on Motion for Class Certification - 3rd Party discovery summary; Frosted Mini-Wheats Fact Section; review and summary of Sell Deposition |
| 4/21/2018 | 7 | Work on Motion for Class Certification - 3rd Party discovery summary; Frosted Mini-Wheats Fact Section; review and summary of Sell Deposition |

*DETAILED BILLING RECORDS BY TIMEKEEPER – Trevor Flynn*

| Date | Hours | Description of Work |
|------|-------|---------------------|
| 4/22/2018 | 7 | Work on Motion for Class Certification - 3rd Party discovery summary; Frosted Mini-Wheats Fact Section; review and summary of Sell Deposition; Glycemic Table; Document Review |
| 4/23/2018 | 8.5 | Work on Motion for Class Certification - Expert report of Bruce Silverman |
| 4/24/2018 | 3.5 | Finalized Silverman Report for Class Cert |
| | 3.5 | Work on Class Cert -- Hamner Deposition, review and citations for class cert motion; office meeting re Class Cert. tasks. |
| 4/25/2018 | 4.5 | Work on Class Cert -- Hamner Deposition, review and citations for class cert motion |
| | 2.5 | Work on Class Cert -- Culling Kellogg discovery responses; sent helpful discovery responses to Mr. Fitzgerald |
| 4/26/2018 | 1.8 | Draft letter to Kellogg regarding deficient 30b6 witness designations; sent to Mr. Fitzgerald for rev. |
| | 3.3 | Review deposition transcripts and document review notes to determine further requests for production of documents; draft 4th RFP to Kellogg; sent to Mr. Fitzgerald |
| | 1.1 | Identify potential third party and Kellogg witnesses for further discovery, including subpoenas and depositions; sent to Mr. Fitzgerald |
| 4/27/2018 | 1.2 | With Mr. Fitzgerald, identified Kellogg employees to depose and one additional witness to subpoena for deposition; prepared and issued notices of deposition and issued depo subpoena. |
| | 6 | Searched Kellogg documents for any data helpful in damages analysis under demand model; meeting with Mr. Fitzgerald; phone call with Colin Weir; Forwarded relevant docs to Colin |
| | 0.7 | Worked on calendaring and organizing dates for upcoming depositions |
| 4/29/2018 | 7.5 | Work on class cert motion, including compiling exhibits |
| 4/30/2018 | 11.5 | Work on class cert motion including case cite checking; fact checking; deposition tr. Citations; expert report cites; proofreading; deposition excerpts; exhibit creation |

*DETAILED BILLING RECORDS BY TIMEKEEPER – Trevor Flynn*

| Date | Hours | Description of Work |
|---|---|---|
| 5/2/2018 | 3.5 | Continued document review of marketing presentations |
| | 1.9 | Began drafting further discovery, including RFAs; sent to Mr. Fitzgerald for review |
| 5/4/2018 | 0.4 | Downloaded and reviewed document production from Walmart; forwarded to Mr. Fitzgerald and Colin Weir |
| 5/7/2018 | 0.2 | Retrieved documents from Colin Weir; added to shared drive for production to Kellogg |
| | 1.1 | Finalized third party subpoenas dated May 7, 2018; prepared notice of intent to serve; sent notice to Kellogg and sent 5 subpoenas to AMS for service |
| 5/8/2018 | 1.5 | Continued document review of marketing presentations |
| 5/15/2018 | 3.7 | Continued document review of marketing presentations |
| 5/17/2018 | 5.5 | Continued document review of marketing presentations |
| 5/28/2018 | 4.5 | Document review and began deposition prep including searching documents for identification of deponents |
| 6/4/2018 | 3.5 | Continued document review and deposition prep |
| 6/5/2018 | 5.5 | Continued document review and deposition prep |
| 6/6/2018 | 2.5 | Continued document review and deposition prep |
| 6/7/2018 | 4.5 | Continued document review |
| 6/8/2018 | 5 | Continued document review |
| 6/12/2018 | 2.3 | Review documents filed by Kellogg in response to Class Cert. Motion; meeting with Mr. Fitzgerald and Ms. Persinger |
| 6/13/2018 | 1.6 | Continued review of Kellogg documents |
| | 0.5 | Team meeting regarding planning for reply on class cert and dealing with Daubert Motions |
| 6/14/2018 | 2.2 | Work on class cert reply items, including opposition to motions to exclude experts |

*DETAILED BILLING RECORDS BY TIMEKEEPER – Trevor Flynn*

| Date | Hours | Description of Work |
|------|-------|---------------------|
| 6/15/2018 | 3.5 | Continued work on class cert reply documents |
| | 0.7 | Teleconference with Gaskin and Weir with Mr. Fitzgerald and Ms. Erze regarding Kellogg's damages experts |
| 6/18/2018 | 2.6 | Review emails from Colin Weir; work with Mr. Fitzgerald to plan and schedule deposition of Dr. Wilcox in VA; Review of Mr. Weir's notes on deposition |
| 6/19/2018 | 7.4 | Prep for deposition of Dr. Wilcox |
| 6/20/2018 | 9.5 | Travel to Charlottesville, VA for deposition of Dr. Wilcox |
| | 1 | Meeting with Colin Weir to discuss deposition; prep; outline |
| 6/21/2018 | 3.2 | Deposition of Dr. Wilcox |
| | 8.5 | Travel to San Diego following deposition of Dr. Wilcox; follow up with Mr. Fitzgerald and Colin Weir re same |
| 6/22/2018 | 3.4 | Work on reply to class certification including opposition to motion to strike Silverman |
| 6/25/2018 | 13 | Work on Reply to Class Cert including oppositions to motions to exclude experts, Persinger declaration, all exhibits |
| 6/26/2018 | 1.2 | Began work on motion to strike Wilcox |
| 6/27/2018 | 7.4 | Work on motions to strike experts and Flynn declaration; work on reply motion for class cert |
| 6/28/2018 | 6.5 | Work on motions to strike experts and Flynn declaration; work on reply motion for class cert |
| 6/29/2018 | 8.2 | Work on motions to strike experts and Flynn declaration; work on reply motion for class cert |
| 7/2/2018 | 6.5 | Finalized motions to strike experts, reply motion for class cert |
| 7/11/2018 | 3.5 | Document review |
| 7/18/2018 | 3 | Document review |

*DETAILED BILLING RECORDS BY TIMEKEEPER – Trevor Flynn*

| Date | Hours | Description of Work |
|------|-------|---------------------|
| 8/6/2018 | 0.5 | Meeting with Mr. Fitzgerald and Ms. Persinger; teleconference with Steve and Colin regarding plan for expert reports by deadline; briefly discussed ongoing tasks |
| 8/17/2018 | 1 | Review of Judge Koh's order on Class Certification |
| 8/20/2018 | 0.8 | Meeting with Mr. Fitzgerald, Ms. Persinger, and Ms. Erze regarding strategy following class cert decision |
| 8/21/2018 | 0.4 | Teleconference with experts regarding tasks following class certification |
| 8/23/2018 | 3.2 | Deposition prep for Bell and Delonis |
| 8/24/2018 | 6.3 | Continued deposition prep for Bell and Delonis; coordinated travel with Ms. Persinger |
| 8/27/2018 | 3.2 | Continued deposition prep for Bell and Delonis |
| 8/28/2018 | 8.5 | Travel to Battle Creek, MI through Lansing, MI airport |
| 8/29/2018 | 7.3 | Depositions of Chris Bell and Jeff Delonis |
| 8/30/2018 | 2.2 | Second chair deposition of Julie Jursinic |
| | 7.5 | Travel back to San Diego |
| 9/5/2018 | 0.3 | Emails with Dr. Greger regarding updating report |
| 9/10/2018 | 0.3 | Meeting regarding various tasks to be assigned |
| 9/17/2018 | 0.2 | Emails with Dr. Greger regarding updating report |
| | 1.1 | Work on revisions to Dr. Greger report to include updated search history and new science regarding cognitive functioning; review of article; sent to Dr. Greger and Mr. Fitzgerald for review; Phone call with Judge Holderman and follow up call with Kellogg's counsel regarding mediation, with Mr. Fitzgerald and Ms. Persinger. |
| 9/20/2018 | 1.1 | Work on mediation brief including legal research on settlement amounts that are likely to be approved or rejected |
| 9/21/2018 | 3.2 | Continued work on mediation brief; sent sections to Mr. Fitzgerald and Ms. Persinger for review and incorporation into brief |

*DETAILED BILLING RECORDS BY TIMEKEEPER – Trevor Flynn*

| Date | Hours | Description of Work |
|---|---|---|
| 9/25/2018 | 0.5 | Meeting with Mr. Fitzgerald, Ms. Persinger, and Ms. Erze re NY Complaint and Kellogg's Emergency Motion to Compel Weir |
| 9/27/2018 | 0.4 | Reviewed final mediation brief in prep for mediation on 10/3 |
| | 0.2 | Emails with JAMS case manager regarding brief and damage analysis |
| 11/20/2018 | 3.7 | Review and summary of points in Rippe deposition in preparation for mediation |
| 11/26/2018 | 6 | Travel to Chicago for mediation (second session) |
| 11/27/2018 | 8 | Mediation session (including with Post and GM) |
| | 6 | Travel from Chicago to San Diego returning from mediation sessions |
| 3/14/2019 | 0.4 | Team meeting regarding upcoming tasks |
| 3/25/2019 | 2.5 | Work on Ancrile deposition prep |
| 3/26/2019 | 3 | Work on Ancrile deposition prep |
| 3/28/2019 | 4.5 | Work on Ancrile deposition prep |
| 4/8/2019 | 2.5 | Prep for mediation including research on false labeling class settlements in last year and any settlements involving Kellogg |
| 4/9/2019 | 5.5 | Travel to Chicago for mediation (third session) |
| 4/10/2019 | 9.3 | Mediation (third session) with Kellogg in Chicago with Mr. Fitzgerald |
| | 6 | Travel home to San Diego following mediation |
| 5/21/2019 | 3.5 | Work on motion to strike Rippe and Wilcox, draft sent to Mr. Fitzgerald for review |
| 5/31/2019 | 2.3 | Work on opposition to strike Lustig |
| 6/4/2019 | 2.6 | Work on opposition to strike Silverman |
| 6/5/2019 | 0.4 | Continued work on opposition to strike Silverman including correcting and pulling deposition transcript excerpts |

*DETAILED BILLING RECORDS BY TIMEKEEPER – Trevor Flynn*

| Date | Hours | Description of Work |
|---|---|---|
| 6/13/2019 | 2.2 | Proof/cite check of opposition to MSJ |
| 6/14/2019 | 1.6 | Final review of opposition to MSJ, and built Table of Authorities |
| | 8.4 | Work on all oppositions to Kellogg May 24 motions, including summary judgment and decertification; confer with Ms. Persinger re Motion for Sanctions |
| 8/14/2019 | 0.4 | Reviewed Judge Koh's order on MSJ and Daubert motions |
| 8/19/2019 | 1.2 | Work on opposition to MTD NY complaint, including legal research |
| 8/21/2019 | 2.2 | Work on pretrial matters including draft of 26(a)(3) disclosures |
| | 1.2 | Meeting with Mr. Fitzgerald, Ms. Persinger, and JH regarding trial strategy |
| 8/22/2019 | 3.4 | Work on pretrial matters including identifying and sorting all damage-related documents |
| | 0.3 | Reviewed mediation demand letter; meeting with Mr. Fitzgerald and Ms. Persinger to discuss |
| 8/26/2019 | 0.4 | Further meeting with Mr. Fitzgerald and Ms. Persinger regarding mediation demand letter |
| | 2.2 | Work on pretrial disclosure and joint statement issues related to damages and relief sought |
| 9/3/2019 | 3.4 | Continue work on various pretrial matters |
| 9/4/2019 | 5.5 | Continue work on various pretrial matters |
| 9/5/2019 | 1.2 | Prepare for mediation including by ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| 9/6/2019 | 6.4 | Prepare for mediation with Kellogg including ▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| 9/8/2019 | 4.5 | Travel to Chicago for mediation |
| 9/9/2019 | 7.8 | Mediation in Chicago with Mr. Fitzgerald, Ms. Persinger, and Sid Jackson |

*DETAILED BILLING RECORDS BY TIMEKEEPER – Trevor Flynn*

| Date | Hours | Description of Work |
|---|---|---|
| | 5.5 | Travel back to San Diego from Chicago mediation |
| 9/20/2019 | 4 | Research on Judge Koh and other CAND court decisions related to attorney's fees motions |
| 10/2/2019 | 0.9 | Meeting with Mr. Fitzgerald and Ms. Persinger to reconcile time sheets and ensure accuracy |
| 10/10/2019 | 1.6 | Work on PA Motion exhibits including long and short notice; review of settlement agreement |
| 10/15/2019 | 2.3 | Work on Third Amended Complaint including incorporating applicable allegations and Causes of Action from NY complaint and ensuring compliance with Judge Koh's previous orders; revisions per Mr. Fitzgerald's instructions |
| 10/15/2019 | 0.3 | Draft Proposed Order Granting Preliminary Approval |
| 10/18/2019 | 4.2 | Work on Preliminary Approval motion and fee motion, including specifically assessing time entries for privileged information |
| **TOTAL:** | **653.1** | |

*DETAILED BILLING RECORDS BY TIMEKEEPER – Melanie Persinger*

**Melanie Persinger**

| Date | Hours | Description of Work |
|------|-------|---------------------|
| 9/7/2016 | 0.2 | Draft, file, and save notice of consent to magistrate judge jurisdiction |
| 9/26/2016 | 2 | Draft joint rule 26(f) report |
| 10/4/2016 | 4 | Research on standing for injunctive relief |
| 10/5/2016 | 1.5 | Continue research on standing for injunctive relief |
| 8/30/2016 | 0.2 | Draft and file notice of appearance |
| 10/25/2016 | 0.3 | Non-opposition to motion for leave to exceed page limit; file same |
| 11/1/2016 | 2.6 | Review motion to dismiss and all supporting documents; breakdown arguments in motion and construct table re same |
| 11/2/2016 | 8 | Continue to draft table of arguments in motion to dismiss |
| 11/3/2016 | 1.2 | Finish and circulate table of arguments in motion to dismiss |
| 11/3/2016 | 0.8 | Research re judge's decision on motions to stay discovery pending dispositive motions; summarize and send same to Jack |
| 11/9/2016 | 7.5 | Preemption chart |
| 11/10/2016 | 8.7 | Preemption chart |
| 11/11/2016 | 3.5 | Preemption chart |
| 11/12/2016 | 2 | Preemption chart; confer with Mr. Fitzgerald re same. |
| 11/23/2016 | 7 | Research for OMD |
| 11/28/2016 | 8 | Continue research for OMD and begin draft of OMD |
| 11/29/2016 | 8 | Continue research for and draft of OMD |
| 11/30/2016 | 7 | Continue draft of opposition to motion to dismiss |
| 12/1/2016 | 7.8 | Continue draft of opposition to motion to dismiss |
| 12/2/2016 | 7.5 | Continue draft of opposition to motion to dismiss |
| 12/5/2016 | 8 | Continue draft of opposition to motion to dismiss |

*DETAILED BILLING RECORDS BY TIMEKEEPER – Melanie Persinger*

| Date | Hours | Description of Work |
|------|-------|---------------------|
| 12/22/2016 | 2.1 | Continue draft of opposition to motion to dismiss |
| 12/23/2016 | 3.5 | Continue draft of opposition to motion to dismiss |
| 12/28/2016 | 3.5 | Continue draft of opposition to motion to dismiss |
| 12/29/2016 | 8.7 | Continue draft of opposition to motion to dismiss |
| 12/30/2016 | 8 | Continue draft of opposition to motion to dismiss; confer with Mr. Fitzgerald re strategy for opposition. |
| 1/1/2017 | 4.5 | Continue draft of opposition to motion to dismiss |
| 1/2/2017 | 5 | Continue draft of opposition to motion to dismiss |
| 1/3/2017 | 8 | Continue draft of opposition to motion to dismiss; confer with Mr. Fitzgerald re opposition to MTD |
| 1/4/2017 | 7.5 | Edits to opposition to motion to dismiss; cite check portion of brief; create exhibits; begin draft of RJN |
| 1/5/2017 | 4.5 | Finish draft of RJN; finalize all documents and exhibits; make and send courtesy copies; Work with Mr. Fitzgerald to finalize MTD |
| 1/23/2017 | 0.3 | Review RIS motion to dismiss |
| 3/21/2017 | 0.5 | Review Judge Koh's decision on Kellogg's motion to dismiss and discussing same with Mr. Fitzgerald |
| 3/22/2017 | 0.1 | Review signed CMC (Dkt. No. 58) |
| 3/23/2017 | 4.3 | Research for second amended complaint |
| 4/3/2017 | 3.6 | Research for second amended complaint; confer with Mr. Fitzgerald re SAC |
| 4/4/2017 | 5.1 | Edit second amended complaint |
| 4/19/2017 | 0.1 | Download Kellogg motion to dismiss documents SAC and request for judicial notice |
| 4/28/2017 | 6.7 | Opposition to motion to dismiss SAC |
| 5/1/2017 | 7.2 | Opposition to motion to dismiss SAC |

*DETAILED BILLING RECORDS BY TIMEKEEPER – Melanie Persinger*

| Date | Hours | Description of Work |
|---|---|---|
| 5/2/2017 | 9.4 | Opposition to motion to dismiss SAC |
| 5/3/2017 | 5.7 | Opposition to motion to dismiss SAC |
| 6/2/2017 | 0.2 | Draft statement of decision, create exhibit and finalize |
| 6/5/2017 | 0.3 | File statement of decision and make courtesy copy |
| 7/1/2017 | 1.3 | Draft mediation brief |
| 7/5/2017 | 0.7 | Continue to draft mediation brief |
| 7/6/2017 | 4.8 | Finish draft of mediation brief |
| 8/11/2017 | 1 | Read order on motion to dismiss |
| 8/24/2017 | 0.1 | Confer with Mr. Fitzgerald re yesterday's CMC, discovery, scheduling and strategy; review CMC minute order |
| 9/8/2017 | 0.5 | Call with Steve Gaskin re conjoint survey |
| 9/11/2017 | 1.6 | Draft subpoenas to Sugar Research Foundation and Whole Grains Council |
| 9/15/2017 | 0.4 | Call with Steve Gaskin, Mr. Fitzgerald, and Mr. Flynn re exploratory research |
| 10/24/2017 | 1.2 | Draft questions for brand managers |
| 10/26/2017 | 0.1 | Review emails re Kellogg discovery meet and confer |
| | 1 | Office meeting re questions to ask brand managers |
| | 0.2 | Review documents; review email from Mr. Fitzgerald re document production and label assignment |
| 10/27/2017 | 0.6 | Meeting with Mr. Fitzgerald and TF re labels/claim timelines; document review and discussion with Mr. Fitzgerald re same |
| 11/1/2017 | 0.4 | Document review; sending Kellogg documents to Mr. Fitzgerald |
| 11/2/2017 | 0.4 | Meet with Mr. Fitzgerald and Mr. Flynn re revised challenged claims |

*DETAILED BILLING RECORDS BY TIMEKEEPER – Melanie Persinger*

| Date | Hours | Description of Work |
|------|-------|---------------------|
| 11/3/2017 | 1.4 | Meet with Mr. Fitzgerald and TF to prepare for call, then participate in call with Steve Gaskin and Colin Weir re damages models |
| 11/10/2017 | 1.8 | Call with Colin Weir, Steven Gaskin, and Bruce Silverman re damages models; follow up work re damages models (collect and send documents) |
| 11/13/2017 | 0.2 | Discuss damages models with Mr. Fitzgerald |
| 11/15/2017 | 0.2 | Research re marketing campaign and circulating document |
| 11/17/2017 | 5 | Office meeting re tasks to be completed; raisin bran crunch label timeline |
| 11/18/2017 | 9.2 | Data entry for Colin Weir |
| 11/19/2017 | 2 | Continue data entry for Colin Weir |
| 11/20/2017 | 0.2 | Review supplemental disclosures |
| 11/30/2017 | 0.3 | Call with Dr. Greger re literature review |
| 12/6/2017 | 5.6 | Document review |
| 12/7/2017 | 7.5 | Document review |
| 12/8/2017 | 7.3 | Document review |
| 12/11/2017 | 7.7 | Document review |
| 12/12/2017 | 7.8 | Document review; printing documents and notes for binder for deposition preparation |
| 12/14/2017 | 1.2 | Team call with Colin Weir re damages |
| 12/15/2017 | 4.5 | Adding data to cereal attribute chart for Colin Weir |
| 12/18/2017 | 6.6 | Adding data to cereal attribute chart for Colin Weir |
| 12/21/2017 | 4 | Research re Kellogg subpoenas to cereal manufacturers and begin drafts of same |
| 12/22/2017 | 2 | Continue work on subpoenas to cereal manufacturers |

*DETAILED BILLING RECORDS BY TIMEKEEPER – Melanie Persinger*

| Date | Hours | Description of Work |
|---|---|---|
| 12/27/2017 | 5.5 | Finalize subpoenas to Kellogg manufacturers, send notice of intent to file to Kellogg, and send all subpoenas to AMS for service |
| 12/29/2017 | 6.8 | Gather materials for Dr. Greger |
| 1/2/2018 | 0.9 | Meeting with Colin Weir and Steve Gaskin re damages |
| | 0.5 | Gathering materials for experts re "lightly sweetened," "wholesome" and "goodness" |
| 1/3/2018 | 4.5 | Continue to gather materials for Dr. Greger re Kellogg's arguments/defenses and draft summary chart |
| 1/4/2018 | 7.1 | Continue to gather materials for Dr. Greger re Kellogg's arguments/defenses and draft summary chart |
| 1/8/2018 | 6.8 | Continue to gather materials for Dr. Greger re Kellogg's arguments/defenses and draft summary chart |
| | 0.6 | Call with Colin Weir and Steve Gaskin re damages |
| 1/9/2018 | 3.5 | Call from Food for Life baking company re subpoena & edit subpoena table to reflect new info; draft custodial declaration for food for life baking co. And send to counsel; update subpoena to Bear Naked with correct entity info and email to AMS for service; call with Kellogg counsel research terms, follow up conference with Mr. Fitzgerald and edits to search term list |
| 1/10/2018 | 3.2 | Further edits to search term list; emails with Mr. Fitzgerald re same; circulate draft of search term list to Kellogg's counsel; draft joint report re ESI meet and confer & send to Mr. Fitzgerald for review; call with Mr. Fitzgerald re Kellogg status report, edits to same & circulate updated draft to Kellogg |
| 1/11/2018 | 0.5 | Emails re joint ESI report and edits to same, then send back to Kellogg for review; review tentative orders on motions to compel |
| 1/17/2018 | 2 | Gathering documents re heart healthy claims and sending to team, including experts; team call with experts re damages; review of discovery master's tentative decisions on motions to compel |
| 1/18/2018 | 0.8 | Office meeting re damages calculation theories |
| 1/19/2018 | 0.1 | Call with counsel for Target re subpoena |

*DETAILED BILLING RECORDS BY TIMEKEEPER – Melanie Persinger*

| Date | Hours | Description of Work |
|------|-------|---------------------|
| 1/22/2018 | 5.1 | Draft memo re documents discussing "lightly sweetened" claim and circulate memo to team; gather label documents for Colin Weir; draft declaration for Target corporation re subpoena to produce documents; review email from Post's counsel re subpoena to produce labels |
| 1/23/2018 | 2.3 | Call with Colin Weir and Steve Gaskin re damages; draft 30(b)(6) deposition notice, including corresponding with TSG regarding date and location' review Kellogg's edits to search term list and creating draft using track changes and circulate same to team |
| 1/24/2018 | 0.9 | Call with counsel from Nature's Path in response to subpoena & follow-up conference with Mr. Fitzgerald; call with Post re Kellogg subpoena and discussing same with Mr. Fitzgerald |
| 1/29/2018 | 9.3 | Motion to strike answer or affirmative defenses, including drafting motion to seal documents; meet with Mr. Fitzgerald to discuss draft of brief |
| 1/30/2018 | 3.1 | Assist in finalizing motion to strike affirmative defenses and motion to seal documents in connection with same; research re Kellogg's preemption defenses; edits to list of search terms based on call with Kellogg |
| | 0.2 | Call re research terms and subpoena to Kashi |
| | 0.1 | Follow-up conference with Mr. Fitzgerald and TF to discuss discovery issues |
| 1/31/2018 | 2.1 | Finish edits to list of search terms and circulate draft of list and proposed cover email to Mr. Fitzgerald for review; review Kellogg's documents and interrogatory responses |
| 2/16/2018 | 0.6 | Meet with Mr. Fitzgerald and Mr. Flynn re Silverman Report |
| 2/19/2018 | 0.1 | Call with Mr. Fitzgerald re comments on reply ISO Motion to Strike |
| 2/20/2018 | 7.4 | Reply in support of motion to strike answer; motion to file documents under seal and supporting documents; file motion to seal |
| | 0.5 | Call with Bruce Silverman re expert report |
| 2/23/2018 | 0.5 | Call with experts re damages |
| 2/27/2018 | 2 | Document review |

*DETAILED BILLING RECORDS BY TIMEKEEPER – Melanie Persinger*

| Date | Hours | Description of Work |
|---|---|---|
| 2/28/2018 | 6.8 | Document review; confer with Mr. Fitzgerald and Mr. Flynn re document organization and meeting to determine document categories for indexing |
| 3/1/2018 | 8 | Document review |
| 3/2/2018 | 8.5 | Document review |
| 3/3/2018 | 7.5 | Document review |
| 3/4/2018 | 5 | Document review |
| 3/5/2018 | 1.7 | Call with experts re survey design and damages models; call with expert Bruce Silverman re report; document review |
| 3/6/2018 | 6.3 | Confer with Mr. Fitzgerald re 30(b)(6) deposition topics; draft Kellogg 30(b)(6) deposition notice; edits to same; finalize and serve deposition notice; discuss project with Ms. Erze re third party subpoenas; document review |
| 3/8/2018 | 0.2 | Meet with Mr. Fitzgerald to discuss CMC and motion to strike answer |
| 3/14/2018 | 4.5 | Draft and file notice of lodgment, including making exhibits; document review |
| 3/15/2018 | 7.5 | Document review |
| 3/15/2018 | 0.5 | Call with experts re surveys for damages models |
| 3/16/2018 | 8.4 | Correspondence re 30(b)(6) deposition topics and discussing same with Mr. Fitzgerald; gathered information for Steve Gaskin re Nutri-Grain competitors, claim timeline, and flavor/pack size varieties |
| 3/16/2018 | 0.6 | Document review; call with Colin Weir re survey. |
| 3/17/2018 | 4.9 | Document review |
| 3/21/2018 | 6.4 | Discuss with Mr. Fitzgerald Kellogg's letter motion for protective order; begin draft of response, including research on issues |
| 3/22/2018 | 1.5 | Edits to draft of opposition to Kellogg's letter motion for protective order re 30(b)(6) topics |

*DETAILED BILLING RECORDS BY TIMEKEEPER – Melanie Persinger*

| Date | Hours | Description of Work |
|------|-------|---------------------|
| 3/23/2018 | 7 | Finalize draft of opposition to motion for protective order and email to Mr. Fitzgerald |
| 3/27/2018 | 2 | ███████████████████████████████████ |
| 4/3/2018 | 1.6 | Document review |
| 4/4/2018 | 7.5 | Document review |
| 4/5/2018 | 7.4 | Document review; ███████████ |
| 4/6/2018 | 4.4 | Review and edit Silverman report and discuss suggested changes with Mr. Fitzgerald; call with Bruce Silverman re expert report and follow up conference with Mr. Fitzgerald; draft and file notice of lodging of special master's order and corrected notice of lodging; collect documents for Bruce Silverman re Nutri-Grain bars |
| 4/9/2018 | 7.4 | Document review; email Post's counsel re confidentiality of subpoena production; call with Post's counsel re documents produced in response to subpoena; discussion with Ms. Erze re subpoena documents; discuss confidentiality of Leo Burnett documents with Ms. Erze and correspondence with Mr. Fitzgerald re same |
| 4/10/2018 | 8.2 | Document review; gather marketing materials for Bruce Silverman; correspondence re Leo Burnett documents |
| 4/11/2018 | 5.7 | Nutri-Grain deposition outline; coordinating with Ms. Erze re subpoena to Post Foods |
| 4/12/2018 | 7.2 | Nutri-Grain deposition outline & prep |
| 4/13/2018 | 2 | Document review |
| 4/14/2018 | 2.5 | Document review and Nutri-Grain deposition prep |
| 4/15/2018 | 2 | Finish NG outline and confer with TF re deposition |
| 4/16/2018 | 1.2 | Draft Hadley declaration; correspondence with Mr. Fitzgerald |
| 4/17/2018 | 3.5 | Begin draft of Nutri-Grain fact section of class cert brief, including gathering documents on messaging, materiality, target consumer, and consumption patterns |

*DETAILED BILLING RECORDS BY TIMEKEEPER – Melanie Persinger*

| Date | Hours | Description of Work |
|------|-------|---------------------|
| 4/20/2018 | 7.5 | Work on motion for class certification, including drafting NG section of brief; gather documents and research issues raised by Mr. Fitzgerald |
| 4/21/2018 | 6.8 | Finish draft of NG section of brief; review Sam Minardi deposition transcript and create summary of useful testimony for class certification, gather names of relevant third parties and potential deponents as well as cites for letter to Kellogg re lack of knowledge of 30(b)(6) witnesses |
| 4/23/2018 | 8.6 | Work on class cert motion |
| 4/24/2018 | 7.2 | Work on class cert motion, including team meeting re same |
| 4/25/2018 | 2.6 | Work on class cert motion, including collecting documents/evidence for fact sections; edits to motion to seal; call with Post's counsel re subpoena; review Lustig Report and confer with Mr. Fitzgerald re proposed edits |
| 4/26/2018 | 7.5 | Work on class cert motion |
| 4/27/2018 | 8 | Work on class cert motion |
| 4/28/2018 | 10.5 | Work on class cert motion |
| 4/29/2018 | 2.8 | Work on class cert motion |
| 4/30/2018 | 10.9 | Work on class cert motion |
| 5/10/2018 | 2.9 | Research re document subpoenas to experts; draft objection letters to 5 expert subpoenas |
| 5/11/2018 | 1.8 | Discussing deposition preparation with Mr. Fitzgerald; prepare for Hadley deposition including review of other transcripts and creating outline |
| 5/14/2018 | 6.1 | Continue Hadley deposition preparation; edits to RFAs to Kellogg; help Mr. Fitzgerald with responses to Krommenhock's interrogatories |
| 5/15/2018 | 0.7 | Finish printing/gathering documents for Hadley deposition preparation |
| 6/4/2018 | 6 | Collecting documents for Jack Gresser deposition |

*DETAILED BILLING RECORDS BY TIMEKEEPER – Melanie Persinger*

| Date | Hours | Description of Work |
|---|---|---|
| 6/7/2018 | 0.1 | Discussing depositions and document production with Mr. Fitzgerald |
| 6/12/2018 | 8.4 | Reading reply in support of class cert and all supporting papers and discussing same with Mr. Fitzgerald and Mr. Flynn; begin response to Kellogg's motion to seal |
| 6/13/2018 | 6.2 | Response to Kellogg's motion to seal and supporting declaration; office meeting to discuss RIS class cert & divide tasks |
| 6/14/2018 | 8.4 | Outline motion to strike Rippe report based on detailed review of report; finalize and file response to Kellogg's motion to seal |
| 6/17/2018 | 5.4 | Draft motion to strike portions of Rippe report; edit mediation brief |
| 6/18/2018 | 6.4 | Draft opposition to motion to strike Greger |
| 6/19/2018 | 8.3 | Continue to draft opposition to motion to strike Greger; review Kellogg's mediation brief |
| 6/20/2018 | 6.9 | Continue to draft opposition to motion to strike Greger |
| 6/21/2018 | 8.2 | Finish draft of opposition to motion to strike Greger; discuss mediation with Mr. Fitzgerald; edits to motion to strike portions of Rippe report; discuss division of tasks for class cert with Mr. Fitzgerald |
| 6/22/2018 | 7 | Continue to draft motion to strike Rippe report; meeting re class cert tasks; finalize opposition to motion to strike Greger and send to Dr. Greger for review; begin draft of opposition to motion to strike Weir |
| 6/23/2018 | 7.8 | Continue drafting opposition to motion to strike Weir |
| 6/24/2018 | 5.4 | Continue drafting opposition to motion to strike Weir |
| 6/25/2018 | 9.5 | Finish draft of opposition to motion to strike Weir; helping finalize all opposition to motions to strike plaintiff's experts, including incorporating additional evidence, cite checking, and edits |
| 6/26/2018 | 3.5 | Meeting to discuss remaining tasks for RIS class cert; edits to motion to strike Rippe report; look into getting hearing date and discuss same with Mr. Fitzgerald; start draft of motion to seal |

*DETAILED BILLING RECORDS BY TIMEKEEPER – Melanie Persinger*

| Date | Hours | Description of Work |
|---|---|---|
| 6/27/2018 | 6.7 | Edits to motion to seal; draft motion to strike Simonson, including detailed review of Simonson report and plaintiff's experts' responsive declarations regarding same |
| 6/28/2018 | 8.5 | Review and edit Gaskin declaration in support of motion to strike Simonson; continue draft of motion to strike Simonson |
| 6/29/2018 | 6.6 | Continue draft of motion to strike Simonson; edits to Gaskin declaration in support of same; edits to RIS to class cert |
| 7/2/2018 | 6.9 | Edits to RIS of class cert; edits to motion to seal; cite check motion to strike Simonson; finalize Gaskin declaration in support of motion to strike Simonson |
| 7/17/2018 | 5.1 | Prepare for class cert hearing (motions to strike Kellogg's experts); discuss Judge Koh's order taking hearing off calendar; call clerk re scheduling of CMC in light of judge's order on hearing |
| 7/18/2018 | 1.1 | Draft reply in support of motion to strike Rippe report |
| 7/19/2018 | 4.4 | Finish draft of reply in support of motion to strike Rippe report |
| 7/20/2018 | 0.8 | Cite check, proof, and TOA for RIS of motion to strike Rippe report |
| 7/23/2018 | 0.8 | Proofread & finalize for filing RIS of motion to strike Simonson |
| 8/6/2018 | 1.5 | Call with experts & follow-up conference with Mr. Fitzgerald & Mr. Flynn; review correspondence between the parties re Kellogg's responses to RFPs and RFAs |
| 8/7/2018 | 1.6 | Begin draft of letter re compelling further responses to RFPs and RFAs; discuss Kellogg motion to compel with Mr. Fitzgerald |
| 8/8/2018 | 0.3 | Review letter motion to compel labels; meeting re upcoming depositions |
| 8/10/2018 | 2 | Prep for deposition of Brandon Shouldice |
| 8/13/2018 | 4.7 | Help Mr. Fitzgerald prepare for Kellogg depositions by reviewing list of potential documents and selecting relevant documents and drafting portion of outline |
| 8/14/2018 | 0.4 | Draft and file statement of recent decision |
| 8/15/2018 | 5.2 | Prepare for depositions |

*DETAILED BILLING RECORDS BY TIMEKEEPER – Melanie Persinger*

| Date | Hours | Description of Work |
|---|---|---|
| 8/16/2018 | 6.7 | Book flight and hotel for upcoming depositions; discuss upcoming depositions with Mr. Fitzgerald; prep for depositions of Joel Ancrile |
| 8/17/2018 | 7.1 | Prep for Joel Ancrile deposition; review class cert order and discuss with team |
| 8/20/2018 | 5.4 | Prep for upcoming depositions; set up court reporter for 30(b)(6) deposition taking place tomorrow; office meeting re strategy after class cert |
| 8/21/2018 | 7.5 | Prep for upcoming depositions; attend 30(b)(6) deposition of Tom Monroe (re document retention); call with experts re strategy after class cert; cancel flight and hotel due to change in deposition schedule; review tentative order from special master re compelling additional labels from Kellogg and Kashi |
| 8/22/2018 | 0.6 | Discussing depos with Mr. Fitzgerald; review and edit administrative motion for relief relating to fact/expert discovery deadlines |
| 8/23/2018 | 4 | Begin draft of motion to compel labels from Kashi, research re Kashi's location and process of compelling a third party's response to subpoena; fill out summons and civil cover sheet for motion to compel Kashi |
| 8/24/2018 | 5.5 | Finish draft of motion to compel Kashi and coordinate with Ms. Erze to draft supporting declaration prepare for deposition of Julie Jursinic |
| 8/27/2018 | 2.5 | Prepare for Julie Jursinic deposition |
| 8/28/2018 | 5 | Finish preparation for Julie Jursinic deposition; discuss mediation and depositions with Mr. Fitzgerald. |
| 8/29/2018 | 10.5 | Travel to Kalamazoo for deposition |
| 8/30/2018 | 15.7 | Take deposition of Julie Jursinic and travel home |
| 8/31/2018 | 6.2 | Research for 23(f) petition; review, proofread and cite check 23(f) petition and finalize for filing; discuss deposition and other case issues with Mr. Fitzgerald; file notice of lodging of special master's order |
| 9/4/2018 | 0.6 | Review Kellogg's Rule 23(f) petition & discuss with Mr. Fitzgerald |

*DETAILED BILLING RECORDS BY TIMEKEEPER – Melanie Persinger*

| Date | Hours | Description of Work |
|---|---|---|
| 9/6/2018 | 0.4 | Review omnibus seal motion & give assignment to Ms. Erze re categorizing documents/required responses |
| 9/10/2018 | 0.3 | Review opposition to defendant's rule 23(f) petition |
| 9/12/2018 | 6.3 | Notice of lodging in response to court's seal order; set up meet and confer call with Kellogg re same; send deposition expenses (Julie Jursinic) to Mr. Fitzgerald |
| 9/13/2018 | 1.3 | Edits to notice of lodging; call with Alex Smith re notice of lodging and renewed motion to seal |
| 9/17/2018 | 1.2 | Call with Judge Holderman re mediation, including follow-up call without Kellogg's counsel |
| 9/18/2018 | 1.1 | Office meeting re mediation brief; edits to joint notice of lodging |
| 9/19/2018 | 1.8 | Finalize and file joint notice of lodging, including reducing pdfs; finalize and file joint CMC statement |
| 9/20/2018 | 4 | Research for mediation brief; begin drafting section of mediation brief |
| 9/21/2018 | 6.2 | Draft portion of mediation brief |
| 9/24/2018 | 4 | Review mediation brief; discuss with Mr. Fitzgerald; research for mediation brief; draft portion of renewed motion to seal and related emails with Alex Smith; begin draft of Fitzgerald declaration for renewed motion to seal; review Kellogg's emergency motion to compel weir's deposition |
| 9/25/2018 | 3.1 | Research for mediation brief. |
|  | 0.5 | Edits to declaration in support of renewed motion to seal |
|  | 1.1 | Work on NY complaint to include updated science for attaching to mediation brief |
|  | 0.5 | Discuss with team Kellogg's emergency motion to compel Weir's deposition. |
| 9/26/2018 | 1.2 | Finalize plaintiff's documents for renewed motion to seal; review discovery master's order on Kellogg's motion to compel Weir's deposition and Kellogg's response thereto and discussing same with Mr. Fitzgerald |

*DETAILED BILLING RECORDS BY TIMEKEEPER – Melanie Persinger*

| Date | Hours | Description of Work |
|------|-------|---------------------|
| 9/28/2018 | 1.8 | Edits to joint renewed motion to seal draft received from Alex Smith; edits to supporting declaration; send back to Kellogg; related correspondence and telephone call with Alex Smith |
| | 0.6 | Put together statement re ███████████████ ████████████████ |
| 10/2/2018 | 9.3 | Fly to Chicago for Kellogg mediation |
| 10/3/2018 | 17.5 | Attend mediation and travel home |
| 10/4/2018 | 0.4 | Draft and circulate joint CMC statement & call with Mr. Fitzgerald re same |
| 3/14/2019 | 0.4 | Team meeting re upcoming tasks |
| 3/27/2019 | 3 | Review Rippe merits report; outline for rebuttal, including research |
| 3/28/2019 | 0.1 | Correspondence with Dr. Lustig re expert report; update Mr. Fitzgerald on status |
| 4/1/2019 | 2 | Correspondence with Dr. Lustig, review draft of Lustig rebuttal report, edit same, and send to Mr. Fitzgerald for review |
| 4/8/2019 | 2.9 | Motion to strike Carvajal and Fortin reports, including reading both reports and research for motion |
| 4/12/2019 | 0.2 | Finalize and serve Lustig report |
| 4/29/2019 | 1.5 | Motion to strike Fortin/Carvajal/Rippe |
| 4/30/2019 | 1.4 | Finalize draft of motion to strike Fortin/Carvajal/Rippe; send to Mr. Fitzgerald for review and edit based on his review |
| | 1 | Begin draft of motion for partial summary judgment |
| 5/2/2019 | 1.5 | Draft motion for partial summary judgment |
| 5/10/2019 | 1.3 | Motion for partial summary judgment |
| | 1.2 | Motion to strike Rippe/Wilcox/Fortin/Carvajal |
| 5/13/2019 | 3 | Motion for partial summary judgment |
| | 1.8 | Help finalize motions to strike expert reports |

*DETAILED BILLING RECORDS BY TIMEKEEPER – Melanie Persinger*

| Date | Hours | Description of Work |
|---|---|---|
| 5/14/2019 | 1.2 | Draft proposed order striking expert reports (re FDA HH claims); edits to motion; edits to supporting declaration |
| | 0.3 | Motion for partial summary judgment - edits to proposed order and supporting declaration |
| 5/16/2019 | 0.9 | Edits to motion for partial summary judgment; check Simonson report for testimony re FDA regulations |
| 5/21/2019 | 5.4 | Edits to motion for partial summary judgment |
| 5/23/2019 | 5.1 | Edits to motion for partial summary judgment; edits to and finalize motion to strike Wilcox & Rippe |
| 5/28/2019 | 0.3 | Review Kellogg's Motion to seal; confer with Mr. Fitzgerald re same; email OC re deadline extension for opposition to motion to decertify class |
| 5/31/2019 | 0.7 | Stipulation to change briefing schedule for Kellogg's motion to decertify class; send draft to OC |
| 6/10/2019 | 8 | Draft opposition to Kellogg's motion for partial summary judgment (punitive damages section) |
| 6/11/2019 | 9.2 | Draft opposition to Kellogg's motion for partial summary judgment (punitive damages section) |
| 6/12/2019 | 7.3 | Draft opposition to Kellogg's motion for partial summary judgment (punitive damages section); begin draft of motion for contempt |
| 6/13/2019 | 7.3 | Motion for sanctions |
| | 3.6 | Reviewing opposition to Kellogg's Motion for partial summary judgment, discussing draft with Jack and edits to brief |
| 6/14/2019 | 11.6 | Edits to motion for sanctions, including searching for further case law, discussions with Mr. Fitzgerald re same; edits to declaration; updating hours and calculating fees etc.; cite check; tables; final proof; helping finalize and file all briefs |
| 6/17/2019 | 6.4 | Making courtesy copies for Judge Koh of Friday's filings; making binders of relevant briefing for Judge Holderman for mediation |
| 6/19/2019 | 2 | Reply in support of motion for partial summary judgment - edit; cite check; Table of authorities |

*DETAILED BILLING RECORDS BY TIMEKEEPER – Melanie Persinger*

| Date | Hours | Description of Work |
|------|-------|---------------------|
| 6/25/2019 | 0.2 | Discuss mediation with Mr. Fitzgerald |
| 6/28/2019 | 1.4 | Review Kellogg's filings and discuss with Mr. Fitzgerald |
| 7/2/2019 | 3.7 | Research re contempt motion; cite check, proof read and edit reply in support of contempt motion |
| 7/3/2019 | 1.8 | Edit reply in support of contempt motion, supporting declaration, and exhibits; finalize for filing |
| 7/8/2019 | 0.1 | Discuss upcoming tasks at office meeting |
| 7/24/2019 | 5.4 | Research for Kellogg's motion to seal (reviewing all documents and proposed portions to be seal); drafting plaintiff's portion of the joint motion to seal; emailing updated draft back to Kellogg's counsel |
| 7/25/2019 | 0.4 | Edits to motion to seal and correspondence with OC re same |
| 7/26/2019 | 0.7 | Draft declaration in support of seal motion; further edits to joint seal motion; send to OC; download under seal filing |
| 8/13/2019 | 0.3 | Review Order on motions for summary judgment and motions to exclude experts; send same to Mr. Fitzgerald |
| | 2.6 | Draft opposition to motion to dismiss New York case |
| 8/14/2019 | 6.7 | Draft opposition to motion to dismiss New York case; finalize and file pro hac vice application |
| 8/15/2019 | 10.9 | Draft opposition to motion to dismiss New York case |
| 8/19/2019 | 6.8 | Draft opposition to motion to dismiss New York case; edits to same |
| 8/21/2019 | 1.2 | Office meeting re trial |
| 8/22/2019 | 0.5 | Review mediation statement and discuss with Mr. Fitzgerald and TF; review again after edits |
| 8/26/2019 | 0.4 | Review mediation statement and discuss with Mr. Fitzgerald and TF |
| 8/27/2019 | 1.6 | Collecting trial exhibits |
| | 0.2 | Register on ECF for New York case. |
| 8/28/2019 | 2.5 | Gathering trial exhibits |

*DETAILED BILLING RECORDS BY TIMEKEEPER – Melanie Persinger*

| Date | Hours | Description of Work |
|------|-------|---------------------|
| 9/3/2019 | 3.3 | Pretrial preparation |
| 9/5/2019 | 6.8 | Prepare for mediation (Research re expert James Rippe) |
| 9/8/2019 | 6.5 | Travel to mediation |
| 9/9/2019 | 16 | Attend mediation and travel home |
| 9/12/2019 | 0.2 | Discuss end of mediation and current status of settlement with Mr. Fitzgerald |
| 9/23/2019 | 5.5 | Research for preliminary approval motion |
| 9/25/2019 | 2 | Research for preliminary approval motion; begin draft of motion for preliminary approval, including reading ND Cal guidance document for what must be included |
| 9/27/2019 | 7.4 | Preliminary approval research; continue to draft motion for preliminary approval; edits to Settlement Agreement |
| 10/2/2019 | 0.9 | Team meeting to review and reconcile hours for inclusion in motion for preliminary approval |
| 10/3/2019 | 0.9 | Research for preliminary approval motion |
| 10/4/2019 | 3 | Research for preliminary approval motion; continue to draft portions of motion for preliminary approval |
| 10/7/2019 | 0.5 | Continue to draft motion for preliminary approval |
| 10/10/2019 | 1.3 | Work on draft mediator's declaration for review by Judge Holderman, including conferring with Mr. Fitzgerald and TF re mediation sessions and correspondence with Judge Holderman's office. |
| 10/18/2019 | 5 | Continue to draft motion for preliminary approval including research on outstanding issues |
| **TOTAL:** | **1083.7** | |

*DETAILED BILLING RECORDS BY TIMEKEEPER – Tran Nguyen (Pre-Filing)*

**Tran Nguyen (Pre-Filing)**

| Date | Hours | Description of Work |
|---|---|---|
| 3/26/2015 | 3.5 | Start gathering information for Kellogg's Sugar Complaint. |
| 3/27/2015 | 6.4 | Work on Kellogg's Sugar Complaint. |
| 3/30/2015 | 6.9 | Continue to work on Kellogg's Sugar Complaint. |
| 3/31/2015 | 7.2 | Continue to work on Kellogg's Sugar Complaint. |
| 4/1/2015 | 5.7 | Continue to work on Kellogg's Sugar Complaint. |
| 4/2/2015 | 0.9 | Continue to work on Kellogg's Sugar Complaint. |
| 5/5/2015 | 3.1 | Continue to work on Kellogg's Sugar Complaint. |
| **Total =** | **33.7** | |

*DETAILED BILLING RECORDS BY TIMEKEEPER – Sidney Jackson*

**Sidney W. Jackson III**

| Date | Hours | Description of Work |
|---|---|---|
| 9/4/2019 | 4 | Review Motion to Certify Class. |
| | 2 | Lengthy dissertation on the law re Order Granting Motion to Dismiss. |
| | 2 | Review SAC, input notes as to causes of action and Appendix Listing Added Sugar Examples. |
| | 2 | Review Order Granting/Denying in Part MTD. |
| | 0.5 | Review Answer to SAC. |
| | 0.5 | Review Motion to Strike Kellogg's Answer and Enter Default. |
| | 0.75 | Review Hearing on Motion to Strike. |
| | 0.2 | Review Order on Strike Motion. |
| | 0.75 | Review 23(f) Petitions. |
| | 0.75 | Review Kellogg's MSJ. |
| | 0.5 | Review Motion to Strike Robert Lustig. |
| | 0.5 | Review Motion to Strike Bruce Silverman. |
| | 0.75 | Review Kellogg's Motion to Decertify Class. |
| | 0.5 | Review Motion to Strike Fortin and Carvajal and Declaration of Attorney Mr. Smith. |
| | 0.5 | Review Motion to Strike Rippe, Wilcox, and Simonson. |
| | 0.5 | Review Motion to Strike Simonson Report. |
| | 0.5 | Review Plaintiff's Motion for Partial Summary Judgment. |
| | 0.5 | Review Declaration of Jack Fitzgerald. |
| | 0.2 | Review Plaintiffs' Motion for Civil Contempt. |
| | 0.25 | Review Reply ISO Motion for Partial SJ. |

*DETAILED BILLING RECORDS BY TIMEKEEPER – Sidney Jackson*

| Date | Hours | Description of Work |
|---|---|---|
| 9/5/2019 | 2 | Notes, questions, etc.re Order Granting/Denying SJ for Plaintiffs and Defendants Partial MSJ . |
| | 0.5 | Review Statement of Recent Decision. |
| | 0.5 | Review Lustig Report. |
| | 1 | Review Greger report. |
| | 2 | Review Silverman Report. |
| | 0.5 | Steven Gaskin's Sept. 2018 Report review. |
| | 2 | Review Weir's Report. |
| | 0.25 | Review Rippe Report. |
| 9/6/2019 | 0.75 | Rippe Deposition review. |
| | 0.25 | Wilcox Report review. |
| | 1 | Lustig's Rebuttal Report review. |
| | 1 | Review Hadley Deposition Transcript with notes. |
| | 2 | Lustig Deposition Vol. I review. |
| | 0.75 | Lustig Deposition Vol. II review. |
| | 0.25 | Review Simonson Rebuttal Report. |
| 9/8/2019 | 4 | Travel from Mobile to Chicago to attend mediation; continue preparing during travel. |
| 9/9/2019 | 10 | Attend mediation. |
| 9/10/2019 | 4 | Travel home from mediation. |
| 9/12/2019 | 0.5 | TC Mr. Fitzgerald, review term sheet |
| **Total =** | **51.4** | |

**Val Erze**

| Date | Hours | Description of Work |
|------|-------|---------------------|
| 1/8/2018 | 0.6 | Listen in on phone call regarding two possible survey methods |
| 1/9/2018 | 5.5 | Review discovery materials and update Master Production Index |
| 1/10/2018 | 2.5 | Review discovery materials and update Master Production Index |
| 1/17/2018 | 1 | Listen in on strategy call on options for damages analysis |
| 1/18/2018 | 0.8 | Meeting on approach to Kellogg damages analysis |
| 1/19/2018 | 0.8 | Scan and archive subpoena Proofs of Service, document production from Food for Life |
| 1/23/2018 | 0.5 | Listen in on strategy call on options for damages analysis |
| 1/23/2018 | 0.3 | Compile Federal Register citations for experts |
| 1/24/2018 | 1 | Review discovery materials for confidentiality challenges |
| 1/29/2018 | 1 | Prepare exhibit labels and Proposed Order for MTS Answer or Affirmative Defenses |
| 1/30/2018 | 1 | Prepare chambers copies for Motion to Strike Kellogg's Answer and Motion to File Documents Under Seal |
| 2/6/2018 | 1 | Review Kellogg document detailing reasons for packaging changes |
| 2/7/2018 | 0.5 | Review Kellogg document detailing reasons for packaging changes |
| 2/8/2018 | 0.8 | Compile list of documents produced by third parties for Plaintiff's Objections & Responses to Kellogg's 1st RFPs |
| 2/14/2018 | 6 | Review document production for items removed from case, review RFPs and ROGs, meet with Mr. Fitzgerald and create status flowchart |
| 2/16/2018 | 1 | Compile sources for Bruce Silverman |
| 2/21/2018 | 1.5 | Create line entries for new discovery materials in master production index |
| 2/22/2018 | 6 | Review and create line entries for Leo Burnett documents in production index |

*DETAILED BILLING RECORDS BY TIMEKEEPER – Val Erze*

| Date | Hours | Description of Work |
|---|---|---|
| 2/23/2018 | 0.5 | Listen in on conference call with experts. |
| 2/26/2018 | 5 | Continue review of Leo Burnett docs, prepare spreadsheet of cereals and sugar grams per serving information |
| 2/27/2018 | 6 | Leo Burnett doc review, preparation of spreadsheet comparing sweetened/lightly sweetened sugar contents, |
| 2/28/2018 | 6 | Kellogg doc review and indexing |
| 3/1/2018 | 6 | Kellogg doc review and indexing |
| 3/2/2018 | 4.5 | Kellogg doc review and indexing |
| 3/5/2018 | 1 | Input of document review notes checklists into master production index |
| 3/6/2018 | 5.5 | Prepare list of third parties appearing in marketing documents, as well as Kellogg internal divisions noted in same; continue doc review and indexing |
| 3/7/2018 | 3 | Kellogg doc review and indexing |
| 3/8/2018 | 4 | Update case schedule in Deadlines, continue doc review and indexing |
| 3/9/2018 | 4 | Kellogg doc review and indexing |
| 3/12/2018 | 5 | Finish doc review and indexing of most recent set of production, print presentations for binders |
| 3/13/2018 | 6 | Organize new printed presentations chronologically, reorganize binders with new material, input cover sheets from first general marketing binder into master production index, save relevant presentations for experts, begin review of emails |
| 3/14/2018 | 5 | Review of emails/other docs, prepare and send chamber's copies of Dkt. No. 125 |
| 3/15/2018 | 5 | Continue review of emails/other non-presentation docs |
| 3/16/2018 | 6 | Download new Post production, enter cover sheet info for next batch of presentations, prepare PDF's for experts, re-write white board list, call with C. Weir re conjoint attributes, Fed-Ex run for docs for C. Weir |

*DETAILED BILLING RECORDS BY TIMEKEEPER – Val Erze*

| Date | Hours | Description of Work |
|---|---|---|
| 3/19/2018 | 5 | Leo Burnett doc review and indexing |
| 3/20/2018 | 8 | Leo Burnett doc review and indexing, preparation of third-party subpoenas for GFK, Mintel, Nielsen Catalina Solutions, The Cambridge Group |
| 3/21/2018 | 8 | Input of document review notes checklists into master production index, preparing PDF's of relevant presentations for experts, review and indexing of Leo Burnett docs |
| 3/22/2018 | 8 | Review and indexing of Leo Burnett docs, began printing relevant documentation for binder |
| 3/23/2018 | 8 | Create OCR'd versions of all Kellogg docs, begin indexing new documents |
| 3/26/2018 | 3.8 | Continue indexing of new documents |
| 3/27/2018 | 7.6 | Continue indexing of new documents |
| 3/28/2018 | 9 | Finish indexing of new documents |
| 3/29/2018 | 8.5 | Update whiteboard with new list of documents for review, print and organize new documents, update production index with FMW doc review notes, save PDFs for experts |
| 3/30/2018 | 8 | Finish organizing, print documents chronologically, incorporate new documents into existing Gen Marketing/Raisin Bran/Frosted Mini-Wheats binders, re-tabbed and indexed binders |
| 4/2/2018 | 6 | Incorporate new documents into Nutri-Grain Binders, continue re-indexing Gen Marketing binders, begin printing and organizing Leo Burnett docs |
| 4/3/2018 | 7 | Finish printing and organizing Leo Burnett docs, create general binder and product specific binders, compiled third party documents to be sent to Kellogg |
| 4/4/2018 | 8 | Gather relevant information and cover sheets for deposition topics, begin keyword searching OCR'd documents, set up new documents to be OCR'd |
| 4/5/2018 | 8 | Continue to prepare and OCR documents, search new documents for missing labels, testing, and nutrition info, continue keyword searching OCR'd documents |

| Date | Hours | Description of Work |
|------|-------|---------------------|
| 4/6/2018 | 8 | Keyword search for relevant claims & assembling master documents, continue to prepare & OCR documents, continue to assemble documents for depositions |
| 4/7/2018 | 6.8 | Print and organize documents for depositions |
| 4/9/2018 | 8 | Organize new documents produced to be OCR'd, trip to South Coast office to pick up toner, print additional documents for depositions, FedEx trip to mail documents, draft letter to Kellogg re third-party production, begin typing up handwritten NG notes |
| 4/10/2018 | 8.5 | Type Nutri Grain doc review notes, add flagged fields into production index, prepare and ship flagged presentations to experts, review Leo Burnett docs for "counsel only" designation and remove from production sent to Kellogg |
| 4/11/2018 | 7.5 | Organization and OCR-ing of new documents, create list of documents from Post case provided to experts in Kellogg and draft subpoena/attachment to Post for same, create and sent thumb drive of Leo Burnett docs to Kellogg counsel, begin reviewing Greger report and adjust footnotes |
| 4/12/2018 | 4 | Edit Greger report footnotes for consistency, finish OCR-ing new documents |
| 4/16/2018 | 7 | Print documents for Nutri-Grain deposition, keyword search for "smart start", begin re-filing documents pulled from binders for depositions, pulled presentations requested by Bruce and prepare/send |
| 4/17/2018 | 7 | Prepare log of Kellogg/third party documents sent to Bruce Silverman, begin indexing new documents produced by Kellogg |
| 4/18/2018 | 6.5 | Index new documents |
| 4/19/2018 | 7 | Keyword search for assignment briefs, Raisin Bran timeline PPT, organize documents from deposition |
| 4/20/2018 | 10 | Organize keyword search docs, Revise Raisin Bran PPT according to feedback, keyword searches for "at home" "at table" "back", compile and send initial results to Bruce Silverman |
| 4/24/2018 | 9 | Team meeting on progress, keyword search servings/RACC/bowls, process and send out Quaker production to experts, prepare exhibits |

*DETAILED BILLING RECORDS BY TIMEKEEPER – Val Erze*

| Date | Hours | Description of Work |
|------|-------|---------------------|
|  |  | of RB/RB Crunch timelines and proofs, adjustments to RB timeline PPT |
| 4/25/2018 | 8 | Tweaks to RB timeline exhibits, keyword search of premium/change in demand/consumer demand/market demand, prepare timeline exhibits for FMW/NG/Smart Start, prepare list of docs sent to Steve/AMS |
| 4/26/2018 | 9 | Updates to timeline exhibits, keyword search BrandDynamics, Healthy Dividends, Healthy Beginnings & compiling results, search for 'organic', compile list of documents sent to Colin Weir, begin RBC/SS PPTs |
| 4/27/2018 | 9 | Initial redactions for Bruce Silverman report, correct footnote errors, update log of documents provided to Bruce, create log of documents relied upon by Bruce, finish Smart Start and RBC PPTs, redact Greger report |
| 4/29/2018 | 7.5 | Review expert reports for non-public document citations, review draft brief to create list of exhibits, locate hard copies of documents cited in brief, create combined list of exhibits cited by experts |
| 4/30/2018 | 11.3 | Organize hard copies of exhibits into binders, update Fitzgerald declaration to reflect exhibit details, maintain table of exhibits, remove duplicates, prepare exhibits with cover sheets for filing |
| 5/1/2018 | 6 | Prepare chambers copies of motion for class cert/ supporting documents, prepare thumb drive of exhibits for manual filing and thumb drive of all exhibits for Kellogg's counsel, Fed-Ex trip for same, |
| 5/2/2018 | 3.5 | Prepare list of Leo Burnett documents needing further review and update whiteboard, review of emails within Kellogg document production |
| 5/3/2018 | 5 | Review of emails within Kellogg document production, compile list of 3rd party production needing review |
| 5/4/2018 | 0.4 | Update third party subpoenas |
| 5/7/2018 | 6 | Review of Almeida deposition transcript and notation of useful testimony, other individuals to depose, relevant third parties; preparation of document list for inclusion with Weir objections & responses to document subpoena |

*DETAILED BILLING RECORDS BY TIMEKEEPER – Val Erze*

| Date | Hours | Description of Work |
|---|---|---|
| 5/8/2018 | 2.5 | Print all emails/"other" documents from Kellogg needing additional review, assembled binder and began highlighting relevant portions |
| 5/9/2018 | 7 | Review of emails/misc. documents produced by Kellogg |
| 5/10/2018 | 4 | Perform keyword searches for future deponents Jeff Delonis, Chris Bell, Nigel Hughes, compile results |
| 5/11/2018 | 7 | Kellogg doc review |
| 5/14/2018 | 7.5 | Kellogg doc review |
| 5/15/2018 | 6 | Kellogg doc review, Leo Burnett doc review |
| 5/16/2018 | 7 | Leo Burnett doc review |
| 5/18/2018 | 7 | Leo Burnett doc review |
| 5/21/2018 | 7.5 | Leo Burnett doc review |
| 5/22/2018 | 6.7 | Leo Burnett doc review |
| 5/24/2018 | 7.5 | Leo Burnett doc review; review Silverman declaration to compile list of documents cited, locate and organize all documents, prepare binders and catalog of documents |
| 5/25/2018 | 5.7 | Kellogg doc review; prepare binders of Weir & Gaskin declarations and locate relevant documents cited |
| 5/29/2018 | 6 | Kellogg doc review |
| 5/30/2018 | 7 | Kellogg doc review |
| 5/31/2018 | 7.5 | Kellogg doc review |
| 6/1/2018 | 7.5 | Kellogg doc review |
| 6/4/2018 | 7.7 | Kellogg doc review |
| 6/5/2018 | 6 | Kellogg doc review |
| 6/6/2018 | 7.5 | Kellogg doc review |
| 6/7/2018 | 4 | Kellogg doc review |

*DETAILED BILLING RECORDS BY TIMEKEEPER – Val Erze*

| Date | Hours | Description of Work |
|------|-------|---------------------|
| 6/8/2018 | 8 | Kellogg doc review |
| 6/11/2018 | 7.5 | Kellogg doc review |
| 6/12/2018 | 8.2 | Download and organize Opposition to Class Cert / Daubert motion docs, review Opposition, begin collecting responsive Kellogg/LB documents |
| 6/13/2018 | 8 | Continue reviewing document notes for responsive documents, team meeting re tasks, organize responsive documents by theme |
| 6/14/2018 | 7.5 | Organize Kellogg/LB emails/other documents by chronology and theme, draft deposition notices and document subpoenas for Kellogg's experts, integrate relevant email excerpts into notes of responsive documents |
| 6/15/2018 | 6.5 | Continue to organize responsive docs, call with Colin Weir and Steve Gaskin & team discussion, update document subpoenas, searched for publicly accessible documents cited by Wilcox/Simonson |
| 6/18/2018 | 8.3 | Review Hadley depo transcript to pull citations, emails with TSG re Wilcox deposition, create skeleton for opposition to Gaskin/Weir Daubert motions, review mediation brief and collect exhibits, create skeleton for motion for summary judgement, draft reply declaration of Stephen Hadley, prepare binder of mediation brief and exhibits |
| 6/19/2018 | 7 | Review responses to doc subpoenas to Kellogg's experts to determine missing/ not publicly accessible documents, create skeleton for motion for partial summary judgement and begin reviewing documents and incorporating relevant information |
| 6/20/2018 | 6 | Start drafting motion for partial summary judgement, corresponding declaration and proposed order, update RB/RBC timelines from class cert motion to serve as exhibits, print and organize batch of document review notes into production binders. |
| 6/22/2018 | 6 | Review LB production for label proofs, compare against Kellogg label timelines and check for new label production, update label timeline for motion for partial summary judgement, review three cases in which Weir has been an expert for parallel arguments |
| 6/25/2018 | 13 | Proofread Gaskin reply declaration/brief and added citations, review Gaskin/Weir depositions for use in Gaskin/Weir briefs, proofread Weir brief, cite check Gaskin brief, prepare list of |

*DETAILED BILLING RECORDS BY TIMEKEEPER – Val Erze*

| Date | Hours | Description of Work |
|------|-------|---------------------|
| | | deposition citations for exhibits, prepare exhibits for Gaskin/Weir/Wilcox |
| 6/26/2018 | 2 | Save items to docket, prepare chamber's copies and trip to FedEx for mailing, draft joint status report on mediation |
| 6/27/2018 | 6 | Pull together hard copy Kellogg/LB documents relative to materiality, ensure appropriate sections were highlighted and flagged, review docs noted as relevant and create document with best quotes |
| 6/28/2018 | 6 | Review of documents for indications of meaning of wholesome/lightly sweetened to consumers, review Gaskin rebuttal declaration and insert citations |
| 6/29/2018 | 8.5 | Incorporate Gaskin edits into rebuttal declaration, put together exhibits for reply brief, prepare Flynn declaration, fact cite checks for Rippe motion, prepare proposed orders for motions to strike, update Hadley declaration and citations in reply brief, fact cite checks for Wilcox motion and reply brief |
| 7/2/2018 | 7.8 | Finalize Flynn declaration, review deposition transcript exhibits for confidentiality, update motion to seal & Persinger declaration accordingly, review Simonson brief for missing cites and identify paragraphs of report to strike, save and prepare chambers copies of documents and FedEx trip |
| 7/5/2018 | 4 | Prepare binders for class cert hearing - class cert briefing, Fitzgerald declarations and exhibits, Kellogg declarations, Motions to Strike/Exclude experts, and expert reports, pull together exhibits to Fitzgerald declaration |
| 7/6/2018 | 1 | Continue pulling together exhibits to Fitzgerald declaration |
| 7/16/2018 | 0.2 | Prepare copies of additional expert declarations for class cert hearing |
| 7/18/2018 | 1.2 | Keyword search of documents for materials to back up MTS Simonson reply, search of record for Gaskin depo quote |
| 7/20/2018 | 7.5 | Proofread and fact cite checked MTS Rippe and Wilcox replies, edit portion of Wilcox reply, search production for documents re prominence of challenged claims |

*DETAILED BILLING RECORDS BY TIMEKEEPER – Val Erze*

| Date | Hours | Description of Work |
|------|-------|---------------------|
| 7/23/2018 | 0.5 | Proofread MTS Rippe reply, updated and save new PDF; prepare chamber's copies of replies in support of MTS Rippe, Wilcox, Simonson |
| 7/27/2018 | 1 | Start reviewing Kellogg doc production for useful documents for depositions |
| 7/30/2018 | 2.5 | Continue review of Kellogg docs for useful documents for depositions |
| 7/31/2018 | 1.5 | Continue review of Kellogg docs for useful documents for depositions |
| 8/1/2018 | 1 | Continue review of Kellogg docs for useful documents for depositions |
| 8/2/2018 | 6.8 | Continue review of Kellogg docs for useful documents for depositions |
| 8/3/2018 | 7.5 | Continue review of Kellogg docs for useful documents for depositions |
| 8/7/2018 | 6.5 | Continue review of Kellogg docs for useful documents for depositions |
| 8/8/2018 | 4 | Continue review of Kellogg docs for useful documents for depositions |
| 8/9/2018 | 6.5 | Continue review of Kellogg docs for useful documents for depositions |
| 8/10/2018 | 8 | Continue review of Kellogg docs for useful documents for depositions, prepare binders of print docs for Kook-Clark deposition |
| 8/13/2018 | 10 | Pull together hard copies of Shouldice documents, print and organize copies of other documents for deposition use, assist with organizing Kook-Clark documents |
| 8/14/2018 | 5 | Review of Kellogg docs for documents relevant to Joel Ancrile |
| 8/15/2018 | 6 | Finish review for Ancrile documents, compile existing hard copies of relevant documents, review production for Jursinic documents |

*DETAILED BILLING RECORDS BY TIMEKEEPER – Val Erze*

| Date | Hours | Description of Work |
|---|---|---|
| 8/16/2018 | 7 | Print and organize additional Ancrile docs, begin review of production for Delonis documents |
| 8/17/2018 | 2.5 | Begin tally of emails with no attachments, start review of doc review notes to locate presentations to be passed on to Bruce Silverman, print and organize docs for Jursinic deposition |
| | 2.5 | Start review of doc review notes to locate presentations to be passed on to Bruce Silverman |
| | 2 | Print and organize docs for Jursinic deposition |
| 8/20/2018 | 2.6 | Continue review of documents for Silverman. |
| | 0.8 | Team meeting re next steps |
| | 2.6 | Draft e-blast to locate NY client for case and prepare contact list, finish tally of emails with and without attachments. |
| 8/21/2018 | 4.1 | Continue narrowing list of documents to be sent to Silverman |
| | 0.4 | Team call with Weir and Gaskin re next steps, |
| 8/22/2018 | 7 | Finalize and send Silverman batch of documents. |
| | 0.6 | E-blasts and emails/conversations with potential clients, prepare draft engagement letters. |
| 8/23/2018 | 3 | Emails and phone conversations with interested clients, prepare and sent engagement letters. |
| | 5.5 | Review Kellogg production for Bell deposition documents. |
| 8/24/2018 | 1.7 | Emails with potential clients. |
| | 3 | Gathered hard copies of and finalize list of docs for Bell deposition, print documents for Delonis deposition. |
| | 3 | Prepare Fitzgerald Dec. and exhibits for motion to compel Kashi label production, research documents relevant to NLI labeling. |
| 8/27/2018 | 2 | Finalize list of documents with reference to NLI labeling, print copies of docs for Bell depo. |
| | 0.3 | Updated list of docs provided to Silverman. |

| Date | Hours | Description of Work |
|---|---|---|
| | 1 | Exchange emails with potential clients, send out engagement letters. |
| | 3 | Compile additional documents for Delonis deposition. |
| 8/28/2018 | 3.2 | Print and organize docs for Jursinic deposition, update and send deposition notices, begin updating complaint for NY case |
| 8/29/2018 | 1.5 | Send follow email to potential NY plaintiff with additional questions, finish comparison of complaints to create NY draft |
| 8/31/2018 | 3.2 | Incorporate NY plaintiff's purchase details into draft complaint, proofread Rule 23(f) petition, prepare COS, prepare copies for defense counsel and FedEx trip for delivery |
| 9/4/2018 | 3 | Prepare and file Notice of Filing 23(f) petitions, integrate comments and additions to Lustig report, started updates on causes of action section of NY complaint |
| 9/5/2018 | 1.2 | Finish updating causes of action section of NY complaint |
| 9/6/2018 | 0.4 | Proofread opposition to Kellogg's 23(f) appeal, |
| | 2.9 | Review Koh's omnibus seal order to determine which documents will need to be filed or updated. |
| | 2.9 | Start compiling docs related to Noel Geoffroy for deposition use. |
| 9/10/2018 | 5.5 | Continue reviewing Kellogg production for documents relevant to Noel Geoffroy deposition. |
| 9/11/2018 | 1.2 | Continue review of Noel Geoffroy docs |
| 9/12/2018 | 7 | Continue review of Noel Geoffroy docs, search for working files of docs produced by Post, contact Post's counsel to obtain working versions |
| 9/13/2018 | 3.9 | Continue review of Noel Geoffroy docs, research on timeline of Honey Bunches of Oats labels for C. Weir |
| 9/17/2018 | 2.5 | Continue review of Noel Geoffroy docs. |
| | 3 | Finalize Gaskin and Silverman expert reports, search for graphic designer to mock up warning labels for use at mediation. |

*DETAILED BILLING RECORDS BY TIMEKEEPER – Val Erze*

| Date | Hours | Description of Work |
|---|---|---|
| 9/18/2018 | 1.1 | Send requested docs to C. Weir, team meeting re mediation brief. |
| | 3.1 | Assemble documents for Judge Holderman, call with graphic designer, PACER search for copycat cases, prepare exhibits for Notice of Lodging. |
| 9/19/2018 | 2.9 | Noel Geoffroy doc review, save notice of lodging and exhibits to docket |
| 9/21/2018 | 2 | Finalize list of Noel Geoffroy docs, locate and organize hard copies of documents already printed |
| 9/24/2018 | 0.5 | Set up Dropbox account to transmit Weir data, send Weir and Gaskin data to Kellogg's counsel |
| 9/25/2018 | 4 | Updates to NY Kellogg complaint, synthesize other updated sections and fix formatting. |
| | 3 | Proofread mediation brief and prepare exhibits |
| | 0.5 | Team meeting. |
| 9/26/2018 | 1 | Print mediation documents to send to Judge Holderman, trip to FedEx drop box for same |
| 9/27/2018 | 0.5 | Coordination with Judge Holderman's staff to attempt to deliver electronic copies of mediation documents - send emails, drop box link, two phone calls to staff |
| 10/1/2018 | 6.2 | Review Rippe depo transcripts from past case, research past case, research Rippe online, updates to plaintiff info in NY complaint |
| 10/2/2018 | 5 | Follow ups with NY clients, finished updating info in NY complaint, emails with NY clients re review and approval. |
| | 1.7 | Further research into Rippe interviews and publications. |
| 10/3/2018 | 1.4 | Phone call with NY client and incorporation of additional info into NY complaint. |
| | 7 | Update table from mediation brief with list of companies and products within each claim subtype. |
| | 0.5 | Review of Rippe book of interest. |

*DETAILED BILLING RECORDS BY TIMEKEEPER – Val Erze*

| Date | Hours | Description of Work |
|------|-------|---------------------|
| 10/4/2018 | 1.6 | Save and organize exhibits to renewed seal motion |
| 10/5/2018 | 0.2 | Finalize and file joint case management statement |
| 10/8/2018 | 1.9 | Finalize "refrain from use" list of claims and relevant products, clean up formatting |
| 11/8/2018 | 0.4 | Draft status report re Ninth Circuit order denying 23(f) petitions and schedule mediation; file same |
| 3/13/2019 | 0.2 | Updates to Deadlines entry to incorporate dates in case management order |
| 3/14/2019 | 0.4 | Team meeting re next steps following CMC |
| 4/5/2019 | 0.4 | Updates to NY draft complaint to remove plaintiff identifiers, printed same and began organizing mediation binder |
| 4/10/2019 | 1 | Standardize/organize citations in updated Lustig report, move footnotes to endnotes as necessary |
| 4/29/2019 | 0.5 | Coordination with TSG and draft depo notices for Simonson/Wilcox |
| 5/1/2019 | 0.2 | Create redline of Silverman class cert report and merits report |
| 5/3/2019 | 0.3 | Create redline of Simonson reports for depo prep |
| 5/6/2019 | 0.3 | Locate document in support of heart health leading to growth for Raisin Bran (for use in Wilcox depo) |
| 5/13/2019 | 0.5 | Draft Ms. Persinger decl. ISO motions to strike experts, pull exhibits |
| 5/16/2019 | 0.3 | Gather exhibits in support of draft MTS experts |
| | 0.3 | (NY) check addresses of potential plaintiffs to determine which district they reside in |
| 5/17/2019 | 1.4 | (NY) updates with plaintiff details to draft NY complaint, email check-ins with plaintiffs for approval |
| 5/20/2019 | 2 | On motions to strike experts, proof read and prepare exhibits/supporting decl. for MTS Fortin/Carvajal. |

*DETAILED BILLING RECORDS BY TIMEKEEPER – Val Erze*

| Date | Hours | Description of Work |
|---|---|---|
| | 1.1 | Add timeline cites to MSJ and prepare and insert images of challenged claims. |
| 5/21/2019 | 3 | Draft Flynn decl. ISO MTS Rippe/Wilcox and gather exhibits, updates to Persinger decl. and exhibits, updates to proposed orders, |
| 5/23/2019 | 1.5 | Proofed/ fact cite check new draft of MTS Wilcox and Rippe, check and update peripheral docs for all motions to strike |
| 5/24/2019 | 5.5 | Final edits to supporting docs for motions to strike and prepare PDFs for filing, edits to motion to strike Rippe/Wilcox to incorporate Simonson testimony re FDA regulations, begin downloading Kellogg's filings |
| 5/28/2019 | 1.2 | Prepare and file Notice of Errata, print chambers copies of MTS/MSJ docs and trip to FedEx for shipping, finish downloading Kellogg's filings from 5/24 |
| | 0.6 | (NY) Research into NDNY rules for case initiation documents, draft civil cover sheet and summons |
| 6/3/2019 | 3.4 | Review of Silverman dep. Transcripts for testimony supporting points in opposition to Kellogg MTS Silverman |
| 6/10/2019 | 3.3 | Draft omnibus declaration of Mr. Fitzgerald ISO oppositions to Daubert motions, MSJ, Motion to Decertify, begin pulling and organizing exhibits |
| 6/11/2019 | 1.1 | Research into confidentiality of deposition transcripts, plug record citations into opposition to Kellogg's MSJ |
| 6/12/2019 | 1.2 | Insert updated record cites into new opposition to MSJ draft, update omnibus Fitzgerald decl. to include additional exhibits inserted into draft and gather exhibits as necessary |
| 6/13/2019 | 8.2 | Finish adding record cites to opposition to MSJ, updates to Fitzgerald declaration, exhibit assembly |
| 6/14/2019 | 2 | Finalize Fitzgerald declaration and plug exhibit numbers into opposition briefs, finalize oppositions. |
| | 0.2 | Proofread sanctions motion |
| | 2 | Search for relevant Gaskin testimony, search for Weir and Wilcox testimony, search for Simonson testimony, |

*DETAILED BILLING RECORDS BY TIMEKEEPER – Val Erze*

| Date | Hours | Description of Work |
|---|---|---|
|  | 3 | Prepare exhibits to opposition to decertify, save Kellogg's filings, finalize/cite check opposition to decertify motion and exhibits |
| 6/19/2019 | 0.4 | Proofread MSJ reply |
| 6/21/2019 | 0.4 | Prepared FedEx of chamber's copies/ copies for Judge Holderman of reply ISO MSJ and trip to drop box |
| **Total =** | **874.2** |  |

*DETAILED BILLING RECORDS BY TIMEKEEPER – Julie Hinton*

**Julie Hinton**

| Date | Hours | Description of Work |
|------|-------|---------------------|
| 7/15/2019 | 1 | Read and review case information for Kellogg matter |
| 7/26/2019 | 0.5 | Download ECF documents into docket folder, calendar events |
| 8/13/2019 | 1.8 | Draft Motion to Admit Ms. Persinger and Mr. Flynn PHV in NY |
| 8/14/2019 | 2 | Draft Motion to Admit Ms. Persinger and Mr. Flynn PHV in NY |
| 8/15/2019 | 3.3 | Edit Citations in Opposition to Motion to Dismiss NY case |
| 8/19/2019 | 4 | Draft Declaration ISO of Opposition to Motion to Dismiss NY case/ Research cases about breach of implied warranty |
| 8/20/2019 | 0.3 | Research and inquire online/call the court clerk to find out if the NY Judges need courtesy copies. |
| | 1.8 | Research and inquire in NY local rules how to file notice of recent decision, drafting said notice along with exhibits. |
| 8/20/2019 | 2.1 | Look up large class action settlements in re to false advertising |
| 8/21/2019 | 1.2 | Team meeting re trial |
| 8/22/2019 | 1 | Look up large class action settlements in re to false advertising |
| | 0.5 | Create Skeleton for Joint Pre-Trial Statement |
| 8/23/2019 | 0.1 | Calendar dates in re CMC and Pretrial Conference |
| 8/26/2019 | 0.4 | Print and fed ex docs to Holderman re Settlement |
| | 2.3 | Look up any evidence where Rippe says there is negative connotations with sugar in the diet |
| 8/27/2019 | 6 | Look up any evidence where Rippe says there is negative connotation with sugar in the diet/ Copy pages from his book Fit Over Forty |
| | 0.3 | Look up jury instructions, verdict forms, and researched voir dire questions (referencing SAC) |
| 8/28/2019 | 7 | Look up jury instructions, verdict forms, and voir dire questions. Create Proposed Order Skeleton, and acquired information about |

*DETAILED BILLING RECORDS BY TIMEKEEPER – Julie Hinton*

| Date | Hours | Description of Work |
|------|-------|---------------------|
|  |  | "special instructions" (when there are no standard instructions in the CACI) |
| 8/30/2019 | 3 | Look up jury instructions, verdict forms, and voir dire questions. Create Proposed Order Skeleton, and acquired information about "special instructions" (when there are no standard instructions in the CACI) |
| 9/3/2019 | 0.4 | Add more docs and drafts of special jury instructions to folder |
| 9/4/2019 | 1.5 | Research jury instructions, add more to the proposed jury instruction skeleton, research unfair competition JI's and VF's |
|  | 0.5 | Draft statement of recent decision and create supporting exhibit |
| 9/5/2019 | 1 | Draft Fitzgerald Decl. and Jackson Decl. for Motion to Amend Class Cert. Order to Appoint Additional Class Counsel, prep PHV file for Mr. Jackson and fill out said application. |
|  | 4 | Find material about consumption behavior and summary documents for potential exhibits. |
|  | 0.5 | Print and fed ex out chambers copies to Judge Koh re statement of recent decision. |
| 9/6/2019 | 0.7 | Research Rippe articles for Ms. Persinger. |
|  | 0.8 | Add any modification of time in case to brief for Mr. Fitzgerald. |
|  | 0.5 | Consolidate decl. of Sid Jackson to portray accurate material read |
|  | 1.5 | Fed-Ex docs to Sidney Jackson and Judge Koh, begin to create exhibits |
| 9/9/2019 | 1.2 | Look for summary potential exhibits for pretrial prep |
|  | 1.3 | Look for material about consumption behavior potential exhibits for pretrial prep. |
| 9/11/2019 | 2.1 | Research of Northern District requirements for Preliminary Approval of Class Action Settlement, found examples, and began creating skeleton for Motion. |
|  | 1.2 | Research and find sizes of products for Settlement Agreement. |

*DETAILED BILLING RECORDS BY TIMEKEEPER – Julie Hinton*

| Date | Hours | Description of Work |
|---|---|---|
| | 1.2 | Consolidate hours of Sidney Jackson to standardize formatting with Mr. Fitzgerald's firm's practice |
| 9/13/2019 | 2.5 | Edit Motion for Preliminary Approval. |
| 9/17/2019 | 9.8 | Work on table of billing records for Attorney's Fees Motion |
| 9/18/2019 | 3.8 | Finish first draft of table of all billing records for motion for Attorney's Fees and send to Mr. Fitzgerald |
| 9/19/2019 | 8.3 | Find any statistics on the class products for the claims process, pull documents re same. |
| 9/20/2019 | 2.9 | Look up Judge Koh's decisions re attorney's fees, save and highlight relevant portions |
| 9/23/2019 | 1.9 | Make word doc of helpful blurbs from legal research re Judge Koh's decisions on motions for attorney's fees and decisions on preliminary approvals of class action settlements |
| 9/24/2019 | 1.7 | Look for document showing amount of cereal sold (purchase occasions, pounds sold) and send to Mr. Fitzgerald, proceed to look for box sales numbers by size in Kellogg's doc production |
| | 0.7 | Edit/update table of billing records |
| 9/25/2019 | 4 | Create Organized/Categorized Expense Spreadsheet |
| | 0.7 | Send Kyle Mason protective order acknowledgement to sign, receive signed copy, proceed to send him materials found on the statistics of the class products, sales, purchases/purchasers. |
| 9/26/2019 | 5.6 | Review, revise, make further edits to expense spreadsheet, create word doc of expenses, and make percentage breakdown of costs |
| 9/27/2019 | 6 | Work on table of past distributions, look for any information re same |
| 9/30/2019 | 2 | Work on table of past distributions, look for any information re same |
| | 1.1 | Edit expense documents |
| | 0.5 | Edit Joint Motion for Multiple Attorneys to Argue |

*DETAILED BILLING RECORDS BY TIMEKEEPER – Julie Hinton*

| Date | Hours | Description of Work |
|---|---|---|
| | 1 | Find correct labels for cereals that have coupons, resize and place accordingly on word doc, turn into PDF |
| 10/1/2019 | 1.6 | Review and Make further edits to past distribution chart |
| 10/2/2019 | 0.9 | Team meeting re billing hours |
| | 0.2 | Create chart of SJ billing hours and send to SJ to fill in blank sections |
| 10/3/2019 | 8 | Make edits from Mr. Fitzgerald, Ms. Persinger, and TF's notes on Time Entries. |
| 10/4/2019 | 0.5 | Further edits on Time entries |
| 10/8/2019 | 0.3 | Further edits on Time entries |
| 10/9/2019 | 1 | Take survey for Colin Weir and take notes re same; attempt on desktop and smartphone, report back to C. Weir |
| | 6.2 | Further edits on Time entries |
| 10/10/2019 | 0.5 | Further edits on Time entries, send questions to Mr. Fitzgerald |
| 10/15/2019 | 4 | Further edits on Time entries |
| | 2 | Work on discovery section for preliminary approval motion |
| 10/16/2019 | 1 | Update new time entries into individual billing records |
| 10/17/2019 | 7 | Categorize and create breakdown of total billing hours for motion for preliminary approval |
| 10/18/2019 | 7 | Assisting with various tasks for Motion for Preliminary Approval |
| **Total =** | **149.7** | |

# Exhibit F

*DETAILED BILLING RECORDS BY CATEGORY*

## Table of Contents

**Investigation & Complaint Drafting** ................................................................. **3**
   Jack Fitzgerald ................................................................................................. 4
   Trevor Flynn ..................................................................................................... 7
   Melanie Persinger ............................................................................................ 8
   Tran Nguyen ..................................................................................................... 8
   Val Erze ............................................................................................................ 9

**Rule 12 Briefing** ............................................................................................... **10**
   Jack Fitzgerald ............................................................................................... 10
   Trevor Flynn ................................................................................................... 11
   Melanie Persinger .......................................................................................... 12
   Julie Hinton .................................................................................................... 14

**Case Management** ............................................................................................. **15**
   Jack Fitzgerald ............................................................................................... 15
   Melanie Persinger .......................................................................................... 17
   Val Erze .......................................................................................................... 18
   Julie Hinton .................................................................................................... 18

**Party Written Discovery** ................................................................................. **20**
   Jack Fitzgerald ............................................................................................... 20
   Trevor Flynn ................................................................................................... 23
   Melanie Persinger .......................................................................................... 26
   Val Erze .......................................................................................................... 28

**Third Party Discovery** ..................................................................................... **33**
   Jack Fitzgerald ............................................................................................... 33
   Trevor Flynn ................................................................................................... 34
   Melanie Persinger .......................................................................................... 38
   Val Erze .......................................................................................................... 39

**Motions to Compel Discovery** ........................................................................ **42**
   Jack Fitzgerald ............................................................................................... 42
   Trevor Flynn ................................................................................................... 45
   Melanie Persinger .......................................................................................... 46
   Val Erze .......................................................................................................... 47

**Motions to Strike Kellogg's Answer & for Civil Contempt** ........................ **48**
   Jack Fitzgerald ............................................................................................... 48
   Melanie Persinger .......................................................................................... 49
   Val Erze .......................................................................................................... 50

**Class Certification & Related Motions** ......................................................... **51**
   Jack Fitzgerald ............................................................................................... 51
   Trevor Flynn ................................................................................................... 54

Melanie Persinger................................................................................................56
Val Erze ....................................................................................................................59

**Fact Witness Depositions**................................................................................**62**
Jack Fitzgerald.......................................................................................................62
Trevor Flynn............................................................................................................63
Melanie Persinger................................................................................................64
Val Erze ....................................................................................................................66

**Expert Witness Depositions** ............................................................................**69**
Jack Fitzgerald.......................................................................................................69
Trevor Flynn............................................................................................................70
Val Erze ....................................................................................................................71

**Work with Plaintiff Experts**..............................................................................**72**
Jack Fitzgerald.......................................................................................................72
Trevor Flynn............................................................................................................78
Melanie Persinger................................................................................................80
Val Erze ....................................................................................................................81

**Summary Judgment, Related *Daubert* Motions & Class Decertification** ...............**84**
Jack Fitzgerald.......................................................................................................84
Trevor Flynn............................................................................................................85
Melanie Persinger................................................................................................86
Val Erze ....................................................................................................................89

**Work Relating to Final Pre-Trial Conference** ...........................................**91**
Jack Fitzgerald.......................................................................................................91
Trevor Flynn............................................................................................................91
Melanie Persinger................................................................................................91
Julie Hinton.............................................................................................................92

**Mediation & Settlement**....................................................................................**94**
Jack Fitzgerald.......................................................................................................94
Trevor Flynn............................................................................................................96
Melanie Persinger................................................................................................97
Sidney Jackson......................................................................................................99
Val Erze ..................................................................................................................101
Julie Hinton...........................................................................................................101

**Motion for Preliminary Approval**.............................................................**103**
Jack Fitzgerald....................................................................................................103
Trevor Flynn.........................................................................................................106
Melanie Persinger.............................................................................................106
Julie Hinton...........................................................................................................107

## Summary of Time by Category

| | Investigation & Complaint | Rule 12 Briefing | Case Management | Party Written Discovery | Third Party Discovery | Motions to Compel | Motions to Strike & for Contempt | Class Certification & Related Motions | Fact Witness Depositions | Expert Witness Depositions | Work with Plaintiff Experts | Summary Judgment & Related *Dauberts* | Work Relating to Pre-Trial Conference | Mediation & Settlement | Motion for Preliminary Approval | Total Per Timekeeper |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JF | 79 | 64.1 | 91.4 | 155.7 | 16.8 | 107.8 | 114 2 | 341.5 | 177.6 | 217.4 | 202.7 | 164.6 | 1.2 | 140.2 | 86.7 | 1960.9 |
| TF | 2.8 | 1.2 | 0.9 | 147 | 65.9 | 19.1 | 0 | 128.7 | 91.9 | 32.2 | 34 | 21.4 | 17.9 | 79.1 | 11 | 653.1 |
| MRP | 14.7 | 206.7 | 5.1 | 154.7 | 31 | 16.3 | 28.9 | 224.9 | 117.2 | 0 | 67.5 | 88.7 | 8.6 | 92.9 | 26.5 | 1083.7 |
| TN | 33.7 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 33.7 |
| SWJ | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 51.4 | 0 | 51.4 |
| VE | 24.7 | 0 | 1.3 | 334 1 | 131.4 | 3 | 3.2 | 124.2 | 115.8 | 1.1 | 69.6 | 49.1 | 0 | 16.7 | 0 | 874.2 |
| JH | 0 | 13.2 | 1.6 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 8.3 | 25.9 | 3.5 | 97.2 | 149.7 |
| **Total** | 154.9 | 285.2 | 100.3 | 791 5 | 245 1 | 146.2 | 146 3 | 819.3 | 502.5 | 250.7 | 373.8 | 332 1 | 53.6 | 383.8 | 221.4 | 4806.7 |

**Investigation & Complaint Drafting**

*Jack Fitzgerald*

| Date | Hours | Description |
|------|-------|-------------|
| 2/2/2015 | 1.2 | Begin investigating and drafting Sugar Complaint. |
| 2/3/2015 | 5 | Continue investigation and drafting Complaint. |
| 2/4/2015 | 3.3 | Continue investigation and drafting Complaint. |
| 2/5/2015 | 8.5 | Continue investigation and drafting Complaint. |
| 2/6/2015 | 0.9 | Transfer and organize photos of potential targets. |
| 2/8/2015 | 4.7 | Continue investigation and drafting Complaint; begin target spreadsheet. |
| 2/9/2015 | 6.4 | Continue investigation and drafting Complaint. |
| 2/10/2015 | 6.3 | Continue investigation and drafting Complaint. |
| 2/11/2015 | 5.7 | Continue investigation and drafting Complaint. |
| 2/12/2015 | 5.6 | Continue investigation and drafting Complaint. |
| 2/13/2015 | 0.2 | Continue investigation and drafting Complaint. |
| 2/15/2015 | 4.3 | Continue investigation and drafting Complaint. |
| 2/16/2015 | 3.7 | Continue investigation and drafting Complaint. |
| 2/17/2015 | 2.7 | Log targets on sugar spreadsheet. |
| 2/18/2015 | 2.6 | Log targets on sugar spreadsheet. |
| 2/24/2015 | 1.5 | Continue working on overall Complaint, including watching Dr. Lustig's video, "Sugar: The Bitter Truth," on YouTube. |
| 3/11/2015 | 2.5 | Prepare for meeting with Dr. Lustig. |
| 3/12/2015 | 2 | Meet with Dr. Lustig to discuss possible participation in sugar actions. |
| 3/17/2015 | 0.3 | Review and revise draft confidentiality agreement; send confidentiality agreement to Dr. Lustig for review. |

*DETAILED BILLING RECORDS BY CATEGORY – Investigation & Complaint Drafting*

| Date | Hours | Description |
|---|---|---|
| 3/23/2015 | 0.5 | Draft email to Dr. Lustig and Professor David Faigman regarding draft sugar complaints and case theories. |
| 5/4/2015 | 2.5 | Draft email response to Dr. Lustig and Professor Faigman regarding questions arising from review of draft complaints. |
| 7/9/2015 | 2.3 | Prepare for, participate in, and debrief from conference call with Dr. Lustig and Professor Faigman. |
| 6/30/2016 | 1.8 | Draft spreadsheet of potential clients and products ███████ ████████████████ ; contact potential clients ████████ ██████████████████████ ; set up in-person meeting with ███████████████████████ |
| 7/7/2016 | 1.4 | Meet with client ████████████ to discuss ███████████ ████████████████ |
| 8/1/2016 | 3 | Attention to sending email blasts and posting craigslist ads seeking potential volunteer class representatives. |
| 8/2/2016 | 8.9 | Calls to potential clients; attention to sending email blasts and posting craigslist ads seeking potential volunteer representatives; attention to organizing matters and drafting CLRA letters. |
| 8/3/2016 | 5 | Calls to potential clients; attention to draft CLRA letters, organizing potential cases and clients, working on complaints. |
| 8/4/2016 | 3 | Calls with potential clients including Bev███████████ ██████ (voicemails, emails, etc.); work on posting craigslist ads, organizing products and clients, etc. |
| 8/8/2016 | 6.2 | Calls with clients ████████████████████ to discuss ████ prepare and send ████████ an engagement letter; ██████████████████████████████ |
| 8/9/2016 | 1.8 | Communications with client █████████████████ ████ ; attention to organizing cases and clients. |
| 8/12/2016 | 1.3 | Calls with potential clients ████████████████ ; prepare and send engagement letters and related materials to same. |

*DETAILED BILLING RECORDS BY CATEGORY – Investigation & Complaint Drafting*

| Date | Hours | Description |
|---|---|---|
| 8/14/2016 | 0.2 | Attention to client organization; email client ▮▮▮▮▮▮▮▮ regarding ▮▮▮▮▮▮ |
| 8/15/2016 | 0.9 | Review and log purchases of ▮▮▮▮▮▮▮▮▮▮▮▮▮; emails to various clients and potential clients. |
| 8/16/2016 | 1.7 | Client organization; prepare for client interview with ▮▮▮▮▮▮▮ participate in client interview with ▮▮▮▮▮▮ regarding ▮▮▮▮▮▮▮▮. |
| 8/17/2016 | 1.5 | Prepare for and participate in client interview with ▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮. |
| 8/22/2016 | 0.9 | Call with potential client ▮▮▮▮▮▮ to discuss ▮▮▮▮▮▮▮; prepare and send hard copy engagement letters by mail to ▮▮▮▮ ▮▮▮▮▮▮▮▮▮. |
| 8/31/2016 | 0.2 | Telephone call with Kellogg's counsel, Dean Panos; prepare and send Mr. Panos waiver of service; file executed waiver. |
| 9/20/2016 | 0.4 | Draft First Amended Complaint. |
| 11/7/2016 | 0.4 | Review Ms. Persinger's analysis regarding challenges to Complaint; begin reviewing draft First Amended Complaint in light of Rule 12 motion. |
| 11/8/2016 | 1.2 | Work on drafting First Amended Complaint in response to certain Kellogg arguments. |
| 11/11/2016 | 2.9 | Continue working on first amended complaint, including considering Kellogg's assertions that certain challenged claims are expressly preempted nutrient content and health claims. |
| 11/12/2016 | 4.1 | Continue working on first amended complaint, including revising to remove claims based on Ms. Persinger's analysis; confer with Ms. Persinger regarding same. |
| 11/13/2016 | 1 | Further revisions to First Amended Complaint, especially section regarding regulatory violations. |
| 11/14/2016 | 1.5 | Finalize First Amended Complaint and appendix and file. |
| 3/27/2017 | 1 | Begin drafting Second Amended Complaint. |
| 4/2/2017 | 5.1 | Work on revising Second Amended Complaint. |

*DETAILED BILLING RECORDS BY CATEGORY – Investigation & Complaint Drafting*

| Date | Hours | Description |
|------|-------|-------------|
| 4/3/2017 | 0.1 | Confer with Ms. Persinger regarding review of Kellogg draft Second Amended Complaint. |
| 4/5/2017 | 1.1 | Finalize Second Amended Complaint and send to Mr. Hadley for review and authorization to file; prepare and file Second Amended Complaint. |
| 9/25/2018 | 0.5 | Meet with team to discuss tasks for completing New York Complaint. |
| 5/29/2019 | 1 | Complete and file Complaint. |
| 8/15/2019 | 0.6 | Work on opposition to Kellogg's motion to dismiss the New York (*DiGregorio*) Complaint. |
| 8/18/2019 | 9.9 | Work on opposition to Kellogg's motion to dismiss the New York (*DiGregorio*) Complaint. |
| 8/19/2019 | 11.2 | Finalize and file opposition to Kellogg's motion to dismiss the New York *(DiGregorio)* Complaint. |
| **Total =** | **79.0[1]** | |

*Trevor Flynn*

| Date | Hours | Description |
|------|-------|-------------|
| 8/26/2016 | 0.5 | Prepared CLRA Venue affidavit; Civil Case Cover Sheet and Summons |
| 10/15/2019 | 2.3 | Work on Third Amended Complaint including incorporating applicable allegations and Causes of Action from NY complaint and ensuring compliance with Judge Koh's previous orders; revisions per Mr. Fitzgerald's instructions |
| **Total =** | **2.8** | |

---

[1] Counting only 1/3 of the pre-filing hours, *i.e.* 36.8 of 110.3 hours prior to August 29, 2016.

*DETAILED BILLING RECORDS BY CATEGORY – Investigation & Complaint Drafting*

### Melanie Persinger

| Date | Hours | Description |
|------|-------|-------------|
| 3/23/2017 | 4.3 | Research for second amended complaint |
| 4/3/2017 | 3.6 | Research for second amended complaint; confer with Mr. Fitzgerald re SAC |
| 4/4/2017 | 5.1 | Edit second amended complaint |
| 11/2/2017 | 0.4 | Meet with Mr. Fitzgerald and Mr. Flynn re revised challenged claims |
| 11/15/2017 | 0.2 | Research re marketing campaign and circulating document |
| 9/25/2018 | 1.1 | Work on NY complaint to include updated science for attaching to mediation brief |
| **Total =** | **14.7** | |

### Tran Nguyen

| Date | Hours | Description |
|------|-------|-------------|
| 3/26/2015 | 3.5 | Start gathering information for Kellogg's Sugar Complaint. |
| 3/27/2015 | 6.4 | Work on Kellogg's Sugar Complaint. |
| 3/30/2015 | 6.9 | Continue to work on Kellogg's Sugar Complaint. |
| 3/31/2015 | 7.2 | Continue to work on Kellogg's Sugar Complaint. |
| 4/1/2015 | 5.7 | Continue to work on Kellogg's Sugar Complaint. |
| 4/2/2015 | 0.9 | Continue to work on Kellogg's Sugar Complaint. |
| 5/5/2015 | 3.1 | Continue to work on Kellogg's Sugar Complaint. |
| **Total =** | **33.7** | |

*DETAILED BILLING RECORDS BY CATEGORY – Investigation & Complaint Drafting*

**Val Erze**

| Date | Hours | Description |
|------|-------|-------------|
| 8/20/2018 | 2.6 | Draft e-blast to locate NY client for case and prepare contact list, finish tally of emails with and without attachments. |
| 8/22/2018 | 0.6 | E-blasts and emails/conversations with potential clients, prepare draft engagement letters. |
| 8/23/2018 | 3 | Emails and phone conversations with interested clients, prepare and send engagement letters. |
| 8/24/2018 | 1.7 | Emails with potential clients. |
| 8/27/2018 | 1 | Exchange emails with potential clients, send out engagement letters. |
| 8/29/2018 | 1.5 | Send follow up email to potential NY plaintiff with additional questions, finish comparison of complaints to create NY draft |
| 9/5/2018 | 1.2 | Finish updating causes of action section of NY complaint |
| 9/25/2018 | 4 | Updates to NY Kellogg complaint, synthesize other updated sections and fix formatting. |
| 10/2/2018 | 5 | Follow ups with NY clients, finished updating info in NY complaint, emails with NY clients re review and approval. |
| 10/3/2019 | 1.4 | Phone call with NY client and incorporation of additional info into NY complaint. |
| 4/5/2019 | 0.4 | Updates to NY draft complaint to remove plaintiff identifiers, printed same and began organizing mediation binder |
| 5/16/2019 | 0.3 | (NY) check addresses of potential plaintiffs to determine which district they reside in |
| 5/17/2019 | 1.4 | (NY) updates with plaintiff details to draft NY complaint, email check-ins with plaintiffs for approval |
| 5/28/2019 | 0.6 | (NY) Research into NDNY rules for case initiation documents, draft civil cover sheet and summons |
| **Total =** | **24.7** | |

**Rule 12 Briefing**

*Jack Fitzgerald*

| Date | Hours | Description |
|---|---|---|
| 11/1/2016 | 1.3 | Begin reviewing Kellogg's Motion to Dismiss. |
| 11/8/2016 | 1.1 | Begin drafting opposition to Kellogg's motion to dismiss to help evaluate need for further amendment. |
| 12/8/2016 | 0.5 | Locate for Ms. Persinger two cases concerning standing to assert injunctive relief; begin reviewing Kellogg's motion to dismiss; communications with Kellogg's counsel concerning briefing schedule. |
| 12/30/2016 | 2.6 | Review Kellogg's Motion to Dismiss and work on certain portions of the opposition to motion to dismiss, including reviewing Ms. Persinger's facts section; conferences with Ms. Persinger regarding strategy for opposition. |
| 12/31/2016 | 8.5 | Work on opposition to motion to dismiss. |
| 1/1/2017 | 10.4 | Work on opposition to motion to dismiss. |
| 1/2/2017 | 7.9 | Work on opposition to motion to dismiss. |
| 1/3/2017 | 1.2 | Confer with Ms. Persinger regarding opposition to motion to dismiss; make cuts to brief. |
| 1/4/2017 | 5.2 | Work on finalizing brief, including careful proofread, additional citation work, and table of authorities. |
| 1/5/2017 | 3.2 | Work with Ms. Persinger to finalize and file opposition to motion to dismiss. |
| 1/19/2017 | 0.6 | Review Kellogg's reply brief and send to Ms. Persinger with comment. |
| 2/14/2017 | 3 | Prepare for hearing on motion to dismiss. |
| 3/21/2017 | 0.5 | Review Order granting motion to dismiss. |
| 4/20/2017 | 0.4 | Begin reviewing Kellogg's Motion to Dismiss the Second Amended Complaint. |

*DETAILED BILLING RECORDS BY CATEGORY – Rule 12 Briefing*

| Date | Hours | Description |
|---|---|---|
| 4/26/2017 | 1.7 | Begin drafting opposition to Kellogg's Motion to Dismiss Second Amended Complaint. |
| 4/27/2017 | 1.2 | Work on opposition to motion to dismiss Second Amended Complaint. |
| 5/2/2017 | 2.7 | Work on opposition to motion to dismiss Second Amended Complaint. |
| 5/3/2017 | 11.7 | Continue working on opposition to motion to dismiss Second Amended Complaint; finalize and file same. |
| 5/10/2017 | 0.5 | Review Kellogg's Reply in Support of Motion to Dismiss Second Amended Complaint. |
| **Total =** | **64.1** | |

***Trevor Flynn***

| Date | Hours | Description |
|---|---|---|
| 8/19/2019 | 1.2 | Work on opposition to MTD NY complaint, including legal research |
| **Total =** | **1.2** | |

*DETAILED BILLING RECORDS BY CATEGORY – Rule 12 Briefing*

**Melanie Persinger**

| Date | Hours | Description |
|------|-------|-------------|
| 10/4/2016 | 4 | Research on standing for injunctive relief |
| 10/5/2016 | 1.5 | Continue research on standing for injunctive relief |
| 8/30/2016 | 0.2 | Draft and file notice of appearance |
| 10/25/2016 | 0.3 | Draft non-opposition to motion for leave to exceed page limit; file same. |
| 11/1/2016 | 2.6 | Review motion to dismiss and all supporting documents; break down arguments in motion and construct table re same. |
| 11/2/2016 | 8 | Continue to draft table of arguments in motion to dismiss. |
| 11/3/2016 | 1.2 | Finish and circulate table of arguments in motion to dismiss. |
| 11/9/2016 | 7.5 | Preemption chart |
| 11/10/2016 | 8.7 | Preemption chart |
| 11/11/2016 | 3.5 | Preemption chart |
| 11/12/2016 | 2 | Preemption chart; confer with Mr. Fitzgerald re same. |
| 11/23/2016 | 7 | Research for OMD |
| 11/28/2016 | 8 | Continue research for OMD and begin draft of OMD. |
| 11/29/2016 | 8 | Continue research for and draft of OMD |
| 11/30/2016 | 7 | Continue draft of opposition to motion to dismiss |
| 12/1/2016 | 7.8 | Continue draft of opposition to motion to dismiss |
| 12/2/2016 | 7.5 | Continue draft of opposition to motion to dismiss |
| 12/5/2016 | 8 | Continue draft of opposition to motion to dismiss |
| 12/22/2016 | 2.1 | Continue draft of opposition to motion to dismiss |
| 12/23/2016 | 3.5 | Continue draft of opposition to motion to dismiss |
| 12/28/2016 | 3.5 | Continue draft of opposition to motion to dismiss |

*DETAILED BILLING RECORDS BY CATEGORY – Rule 12 Briefing*

| Date | Hours | Description |
|------|-------|-------------|
| 12/29/2016 | 8.7 | Continue draft of opposition to motion to dismiss |
| 12/30/2016 | 8 | Continue draft of opposition to motion to dismiss; confer with Mr. Fitzgerald re strategy for opposition. |
| 1/1/2017 | 4.5 | Continue draft of opposition to motion to dismiss |
| 1/2/2017 | 5 | Continue draft of opposition to motion to dismiss |
| 1/3/2017 | 8 | Continue draft of opposition to motion to dismiss; confer with Mr. Fitzgerald re opposition to MTD |
| 1/4/2017 | 7.5 | Edits to opposition to motion to dismiss; cite check portion of brief; create exhibits; begin draft of RJN |
| 1/5/2017 | 4.5 | Finish draft of RJN; finalize all documents and exhibits; make and send courtesy copies; Work with Mr. Fitzgerald to finalize MTD |
| 1/23/2017 | 0.3 | Review RIS motion to dismiss |
| 3/21/2017 | 0.5 | Review Judge Koh's decision on Kellogg's motion to dismiss and discussing same with Mr. Fitzgerald |
| 4/19/2017 | 0.1 | Download Kellogg motion to dismiss documents SAC and request for judicial notice |
| 4/28/2017 | 6.7 | Opposition to motion to dismiss SAC |
| 5/1/2017 | 7.2 | Opposition to motion to dismiss SAC |
| 5/2/2017 | 9.4 | Opposition to motion to dismiss SAC |
| 5/3/2017 | 5.7 | Opposition to motion to dismiss SAC |
| 6/2/2017 | 0.2 | Draft statement of decision, create exhibit and finalize |
| 6/5/2017 | 0.3 | File statement of decision and make courtesy copy |
| 8/11/2017 | 1 | Read order on motion to dismiss |
| 8/13/2019 | 2.6 | Draft opposition to motion to dismiss |
| 8/14/2019 | 6.7 | Draft opposition to motion to dismiss; finalize and file pro hac vice application |

*DETAILED BILLING RECORDS BY CATEGORY – Rule 12 Briefing*

| Date | Hours | Description |
|---|---|---|
| 8/15/2019 | 10.9 | Draft opposition to motion to dismiss |
| 8/19/2019 | 6.8 | Draft opposition to motion to dismiss; edits to same |
| 8/27/2019 | 0.2 | Register on ECF |
| **Total =** | **206.7** | |

*Julie Hinton*

| Date | Hours | Description |
|---|---|---|
| 8/13/2019 | 1.8 | Draft Motion to Admit Ms. Persinger and Mr. Flynn PHV in NY |
| 8/14/2019 | 2 | Draft Motion to Admit Ms. Persinger and Mr. Flynn PHV in NY |
| 8/15/2019 | 3.3 | Edit Citations in Opposition to Motion to Dismiss |
| 8/19/2019 | 4 | Draft Declaration ISO of Opposition to Motion to Dismiss/ Research cases about breach of implied warranty |
| 8/20/2019 | 0.3 | Research and inquire online/call the court clerk to find out if the NY Judges need courtesy copies. |
| | 1.8 | Research and inquire in local rules how to file notice of recent decision, drafting said notice along with exhibits. |
| **Total =** | **13.2** | |

14

*DETAILED BILLING RECORDS BY CATEGORY – Case Management*

## Case Management

*Jack Fitzgerald*

| Date | Hours | Description |
|------|-------|-------------|
| 11/7/2016 | 0.4 | Draft response to Ken Lee regarding Rule 26(f) conference. |
| 11/9/2016 | 5.8 | Review Kellogg's administrative motion to continue CMC; draft opposition to administrative motion; work on plaintiff's separate case management statement; draft Fitzgerald Declaration supporting same. |
| 11/11/2016 | 0.3 | Work on completing plaintiff's case management conference statement; continue working on first amended complaint, including considering Kellogg's assertions that certain challenged claims are expressly preempted nutrient content and health claims. |
| 11/14/2016 | 1.3 | Finalize opposition to administrative motion to continue CMC and file; finalize Separate Case Management Conference Statement and supporting declaration and file; prepare filed papers for chambers copies deliveries. |
| 11/15/2016 | 0.3 | Phone call with Stephen Hadley to discuss ADR options; finalize and file ADR certification and prepare chambers copies. |
| 11/18/2016 | 0.1 | Review draft stipulation to extend briefing schedule and page limitation and authorize filing of same. |
| 11/22/2016 | 0.6 | Review Judge Koh's Order denying motion to continue CMC, and order granting stipulation to extend briefing schedule; calendar new dates; email with opposing counsel concerning joint CMC statement. |
| 11/23/2016 | 3.6 | Review Kellogg's changes to plaintiff's separate CMC statement and make further revisions in light of changes; exchange with Ken Lee and engage in related communications; finalize and file joint CMC statement and prepare chambers copies for Federal Express. |
| 11/25/2016 | 0.9 | Begin reviewing First Amended Complaint in preparation for November 30 initial case management conference. |
| 11/29/2016 | 3.5 | Prepare for initial case management conference. |
| 11/30/2017 | 4 | Draft stipulations of dismissal and remaining products and claims, including reviewing dismissal orders, and send to Mr. Lee for review; draft and file order form for transcript of November 29 CMC. |

15

*DETAILED BILLING RECORDS BY CATEGORY – Case Management*

| Date | Hours | Description |
|---|---|---|
| 12/2/2016 | 0.2 | Prepare and file order for transcript of initial case management conference. |
| 3/3/2017 | 0.3 | Exchange drafts of supplemental joint CMC statement with Kellogg and authorize Kellogg's counsel to file. |
| 3/14/2017 | 0.2 | Revise joint Rule 26(f) report and send to Ken Lee for review. |
| 3/22/2017 | 12.6 | Travel to San Jose and conduct Case Management Conference; travel home. |
| 7/19/2017 | 0.5 | Draft joint CMC statement and send to Ken Lee for review and authorization to file; file and prepare chambers copies of same. |
| 8/14/2017 | 1.9 | Work on draft joint CMC statement and send to Ken Lee for review and revision. |
| 8/16/2017 | 0.7 | Review Kellogg's revisions to joint CMC statement; make additional revisions and send to Kellogg for review; finalize and file joint CMC statement and prepare chambers copies. |
| 8/21/2017 | 0.3 | Telephone call with ███████████████████████████, concerning ████████████████████ |
| 8/22/2017 | 5 | Prepare for Case Management Conference. |
| 8/24/2017 | 8.8 | Travel to San Jose and conduct Case Management Conference; travel home. |
| 11/16/2017 | 4.2 | Work on draft joint CMC statement; work on Raisin Bran proof timeline spreadsheet; meeting with Mr. Flynn. |
| 11/17/2017 | 3.4 | Work on draft joint CMC statement and send to Ken Lee for review; meet with Mr. Flynn and Ms. Persinger to strategize about various case issues and dole out assignments. |
| 11/20/2017 | 1.6 | Book flight to San Jose for November 29 CMC; draft letter to Kellogg's counsel withdrawing class claims relating to Crunchy Nut and some Nutri-Grain products. |
| 11/21/2017 | 1.3 | Review Kellogg's additions to joint CMC statement and revise section in response, then circulate back to Kellogg's counsel. |
| 11/29/2017 | 10 | Travel to San Jose, participate in further case management conference, and travel back to San Diego. |

*DETAILED BILLING RECORDS BY CATEGORY – Case Management*

| Date | Hours | Description |
|---|---|---|
| 3/7/2018 | 8 | Travel to San Jose for case management conference, participate in conference, and travel home. |
| 7/9/2018 | 0.3 | Draft joint CMC statement and send to Ken Lee for review. |
| 9/18/2018 | 1.1 | Draft joint CMC statement and send to Kellogg's counsel for review; together with Ms. Persinger aznd Ms. Erze re mediation brief. |
| 1/7/2019 | 0.2 | Draft joint CMC statement and send to Kellogg's counsel for review. |
| 2/4/2019 | 0.2 | Draft stipulated request to continue CMC and send to Mr. Lee for review. |
| 3/9/2019 | 0.5 | Draft proposed case schedule and send to Kellogg's counsel for review. |
| 3/11/2019 | 0.5 | Work with Kellogg's counsel to finalize and file proposed case schedule. |
| 3/13/2019 | 7.5 | Travel to San Jose, attend Case Management Conference, and travel home. |
| 3/14/2019 | 0.4 | Team meeting re upcoming tasks |
| 12/12/2017 | 0.4 | Review Kellogg's edits to stipulation, revise and send email to Ken Lee re same |
| 12/13/2017 | 0.7 | Communications with Ken Lee re stipulation of proucta and claims still in action; finalize and file same, and send chambers copies to Judge Koh. |
| **Total =** | **91.4** | |

*Trevor Flynn*

| | | |
|---|---|---|
| 9/10/2018 | 0.3 | Meeting regarding various tasks to be assigned |
| 11/21/2017 | 0.2 | Fix errors in 26(f) statement |
| 3/14/2019 | 0.4 | Team meeting re upcoming tasks |
| **Total =** | **0.9** | |

*Melanie Persinger*

17

*DETAILED BILLING RECORDS BY CATEGORY – Case Management*

| Date | Hours | Description |
|---|---|---|
| 9/7/2016 | 0.2 | Draft, file, and save notice of consent to magistrate judge jurisdiction |
| 9/26/2016 | 2 | Draft joint rule 26(f) report |
| 3/22/2017 | 0.1 | Review signed CMC (Dkt. No. 58) |
| 8/24/2017 | 0.1 | Confer with Mr. Fitzgerald re yesterday's CMC, discovery, scheduling and strategy; review CMC minute order |
| 3/8/2018 | 0.2 | Meet with Mr. Fitzgerald to discuss CMC and motion to strike answer |
| 9/19/2018 | 1.8 | Finalize and file joint notice of lodging, including reducing pdfs; finalize and file joint CMC statement |
| 10/4/2018 | 0.4 | Draft and circulate joint CMC statement & call with Mr. Fitzgerald re same |
| 3/14/2019 | 0.4 | Team meeting re upcoming tasks |
| 7/8/2019 | 0.1 | Discuss upcoming tasks at office meeting |
| **Total =** | **5.3** | |

**Val Erze**

| Date | Hours | Description |
|---|---|---|
| 9/25/2018 | 0.5 | Team meeting |
| 10/5/2018 | 0.2 | Finalize and file joint case management statement |
| 3/13/2019 | 0.2 | Updates to Deadlines entry to incorporate dates in case management order |
| 3/14/2019 | 0.4 | Team meeting re next steps following CMC |
| **Total =** | **1.3** | |

**Julie Hinton**

*DETAILED BILLING RECORDS BY CATEGORY – Case Management*

| Date | Hours | Description |
|---|---|---|
| 7/15/2019 | 1 | Read and review case information for Kellogg matter |
| 7/26/2019 | 0.5 | Download ECF documents into docket folder, calendar events |
| 8/23/2019 | 0.1 | Calendar dates in re CMC and Pretrial Conference |
| **Total =** | **1.6** | |

**Party Written Discovery**

*Jack Fitzgerald*

| Date | Hours | Description |
|------|-------|-------------|
| 9/15/2016 | 1.6 | Draft initial disclosures; begin drafting first document requests; draft, file, and send chambers copy of Plaintiff's Certification of Interested Entities or Persons. |
| 9/16/2016 | 4.9 | Continue drafting first document requests. |
| 9/21/2016 | 1 | Finalize first document requests for service. |
| 9/22/2016 | 1.5 | Work to collect documents identified in Complaint for production along with initial disclosures; finalize and serve initial disclosures and first document requests. |
| 12/14/2016 | 0.7 | Draft proposed protective order and send to Kellogg's counsel, Ken Lee, for review. |
| 12/19/2016 | 0.4 | Negotiate protective order with Ken Lee, finalize and file. |
| 8/24/2017 | 0.3 | Draft and send email to Ken Lee regarding amendment of plaintiff's first document requests and related issues; confer with Ms. Persinger re CMC, discovery, scheduling, and strategy. |
| 11/20/2017 | 4.5 | Draft and serve supplemental initial disclosures. |
| 12/8/2017 | 1.1 | Review product proof timelines for Smart Start, Raisin Bran, and Raisin Bran Crunch, and begin drafting document request to Kellogg regarding missing proofs. |
| 12/17/2017 | 0.4 | Draft and serve Third Interrogatories to Kellogg and Second Document Requests to Kellogg. |
| 12/11/2017 | 5.7 | Telephonic and email communications with Ken Lee regarding stipulation concerning products and claims still in the case; review and log Frosted Mini-Wheats proofs to create timeline; revise Nutri-Grain time line; analyze proofs to determine missing versions for all products left in case, as well as missing formulation sheets pertaining to NLI numbers for all products; draft document requests to Kellogg concerning the same. |
| 1/16/2018 | 1.1 | Review Kellogg's discovery requests to Stephen Hadley and send message to Mr. Hadley regarding same. |

*DETAILED BILLING RECORDS BY CATEGORY – Party Written Discovery*

| Date | Hours | Description |
|---|---|---|
| 1/18/2018 | 1.3 | Draft responses to interrogatories and schedule time with client to discuss discovery requests; |
| 1/19/2018 | 2.9 | Draft responses to Kellogg's requests for production. |
| 1/22/2018 | 5.2 | Call with Stephen Hadley to discuss responses to interrogatories and requests for documents; draft substantive responses to interrogatories. |
| 2/6/2018 | 1.2 | Draft reply letter to Judge Kenton in support of request to reopen Tentatives 9 and 11, finalize and serve same. |
| 2/8/2018 | 2 | Complete and serve plaintiff's responses to Kellogg's discovery, including additional communications with Mr. Hadley. |
| 2/15/2018 | 4.3 | Draft and serve corrected fourth interrogatories. |
| 2/14/2018 | 6 | Meet with Ms. Erze to discuss discovery flow chart project relating to reply in support of motion to strike; continue working on reply in support of motion to strike. |
| 2/25/2018 | 6.1 | Continue reviewing Kellogg pre-2012 marketing documents, including for purposes of sending to Mr. Weir and Mr. Gaskin. |
| 2/26/2018 | 5.3 | Review Kellogg marketing documents and send certain documents to Mr. Weir and Mr. Gaskin for analysis; process Kellogg's production of approximately 10,000 pages from email searches. |
| 2/28/2018 | 1 | Meet with Ms. Persinger to discuss logistics of document review; participate in meeting with Mr. Flynn and Ms. Persinger to brainstorm ways to categorize documents during review. |
| 3/2/2018 | 6.4 | Work on document organization and review. |
| 3/3/2018 | 10.8 | Continue working on document organization and review. |
| 3/4/2018 | 3.5 | Continue working on document organization and review, including filling out note cover sheets. |
| 3/5/2018 | 1.3 | Continue document review and note taking, deposition outline writing, |
| 3/6/2018 | 5 | Continue document review and note taking; review Kellogg's responses to discovery. |

*DETAILED BILLING RECORDS BY CATEGORY – Party Written Discovery*

| Date | Hours | Description |
|---|---|---|
| 3/11/2018 | 5.5 | Continue reviewing documents and taking notes on same. |
| 3/12/2018 | 7.6 | Continue reviewing documents and taking notes on same. |
| 3/14/2018 | 4.6 | Continue reviewing documents and taking notes on same. |
| 3/15/2018 | 9.7 | Continue reviewing documents and taking notes on same. |
| 3/16/2018 | 5.5 | Continue reviewing documents and taking notes on same; discuss deposition topics with Ms. Persinger. |
| 3/18/2018 | 5.4 | Continue reviewing documents and taking notes on same. |
| 3/19/2018 | 7 | Continue reviewing documents and taking notes on same. |
| 3/20/2018 | 8.7 | Continue reviewing documents and taking notes on same; revise draft letters to Kellogg regarding discovery deficiencies and send to Kellogg; work on processing new document production. |
| 3/21/2018 | 1.6 | Review Kellogg's letter motion for protective order and respond to Judge Kenton regarding same; meet with Ms. Persinger to discuss response to letter. |
| 3/26/2018 | 0.5 | Review and revise Ms. Persinger's draft letter to Judge Kenton responding to Kellogg's letter motion for protective order. |
| 4/1/2018 | 3.5 | Prepare for telephonic hearing with Judge Kenton regarding Kellogg's motion for protective order; review and revise draft Dr. Greger report. |
| 4/2/2018 | 2.6 | Participate in telephonic hearing on Kellogg's motion for protective order; undertake document review. |
| 5/7/2018 | 4.2 | Respond to various Kellogg communications, including obtaining and processing production from experts Gaskin and Weir and drafting and serving objections and responses to their subpoenas. |
| 5/9/2018 | 1.5 | Review and revise draft requests for admission. |
| 5/11/2018 | 0.2 | Confer with Ms. Persinger re depositions and doc production. |
| 5/14/2018 | 0.6 | Complete and serve first Requests for Admission. |

*DETAILED BILLING RECORDS BY CATEGORY – Party Written Discovery*

| Date | Hours | Description |
|------|-------|-------------|
| 8/22/2018 | 1.6 | Finalize and file administrative motion for relief regarding fact and expert discovery deadlines; review Judge Koh's order denying same; review and authorize final conjoint surveys. |
| **Total =** | **155.7** | |

***Trevor Flynn***

| Date | Hours | Description |
|------|-------|-------------|
| 8/21/2017 | 1.7 | Draft of first set of interrogatories to Kellogg |
| 8/23/2017 | 0.2 | Final review and service of interrogatories via email |
| 9/7/2017 | 5 | Continued work on discovery |
| 10/17/2017 | 3.9 | Work on timeline of proofs for Nutri-grain products |
| 10/18/2017 | 1.9 | Phone conference with Kellogg regarding deficient production of documents; meet and confer |
| 10/19/2017 | 3.5 | Work on timeline of proofs for Nutri-grain products |
| 10/25/2017 | 3.9 | Finished timeline of Nutri-Grain proofs |
| 10/27/2017 | 1.3 | Phone call with Kellogg's counsel regarding document production; meeting with Mr. Fitzgerald and Ms. Persinger to discuss formulation docs and strategy |
| 11/1/2017 | 5.5 | In-person meet and confer with Kellogg regarding deficient RFP responses; including travel to and from Irvine |
| 11/2/2017 | 0.4 | Follow up meeting regarding revised challenged claims with Mr. Fitzgerald and Ms. Persinger |
| 11/21/2017 | 3.3 | Pulled consumer complaints that are relevant to case from Kellogg production; online research for further customer complaints |
| 11/22/2017 | 2.6 | Summaries of presentations from Kellogg's production; prepared binder for future packets of summaries/presentations |
| 11/27/2017 | 1.5 | Continued work on summaries of presentations |

*DETAILED BILLING RECORDS BY CATEGORY – Party Written Discovery*

| Date | Hours | Description |
|---|---|---|
| 12/11/2017 | 4.2 | Reviewed Kellogg Document Production to ascertain all known marketing agencies used; prepared and sent for service 8 subpoenas to marketing companies or individuals |
| 12/14/2017 | 0.4 | Draft of third set of interrogatories; sent to Mr. Fitzgerald for review |
| 12/17/2017 | 0.6 | Finished Kellogg market research presentation analysis; finalized binder of all reports |
| 12/13/2017 | 4.5 | Continued work on summaries of presentations |
| 12/14/2017 | 1.6 | Continued work on summaries of presentations |
| 1/2/2018 | 1.2 | Continued work on document review |
| 1/24/2018 | 0.4 | Draft discovery letter regarding deficient responses to Interrogatories; reviewed and then sent to Kellogg |
| 2/1/2018 | 0.2 | Reviewed documents produced by Kellogg on sales |
| 2/28/2018 | 0.4 | Meeting with Mr. Fitzgerald and Ms. Persinger regarding strategy for organizing marketing documents to increase efficiency in later review |
| 3/1/2018 | 3.5 | Work on reviewing of marketing documents |
| 3/12/2018 | 4.5 | Work on reviewing of marketing documents |
| 3/14/2018 | 2.5 | Work on reviewing of marketing documents |
| 3/22/2018 | 3.2 | Work on document review |
| 3/23/2018 | 2.5 | Work on document review |
| 3/27/2018 | 2 | Work on document review |
| 3/28/2018 | 4.5 | Work on document review |
| 3/29/2018 | 4 | Work on document review |
| 4/2/2018 | 6.5 | Work on document review |
| 4/3/2018 | 4 | Work on document review |
| 4/9/2018 | 5.5 | Work on document review |

24

*DETAILED BILLING RECORDS BY CATEGORY – Party Written Discovery*

| Date | Hours | Description |
|---|---|---|
| 4/10/2018 | 4.5 | Work on document review |
| 4/26/2018 | 3.3 | Review deposition transcripts and document review notes to determine further requests for production of documents; draft 4th RFP to Kellogg; sent to Mr. Fitzgerald |
| 5/2/2018 | 1.9 | Began drafting further discovery, including RFAs; sent to Mr. Fitzgerald for review |
| 5/2/2018 | 3.5 | Continued document review of marketing presentations |
| 5/7/2018 | 0.2 | Retrieved documents from Colin Weir; added to shared drive for production to Kellogg |
| 5/8/2018 | 1.5 | Continued document review of marketing presentations |
| 5/15/2018 | 3.7 | Continued document review of marketing presentations |
| 5/17/2018 | 5.5 | Continued document review of marketing presentations |
| 5/28/2018 | 4.5 | Document review and began deposition prep including searching documents for identification of deponents |
| 6/4/2018 | 3.5 | Continued document review and deposition prep |
| 6/5/2018 | 5.5 | Continued document review and deposition prep |
| 6/6/2018 | 2.5 | Continued document review and deposition prep |
| 6/7/2018 | 4.5 | Continued document review |
| 6/8/2018 | 5 | Continued document review |
| 7/11/2018 | 3.5 | Document review |
| 7/18/2018 | 3 | Document review |
| **Total =** | **147** | |

*DETAILED BILLING RECORDS BY CATEGORY – Party Written Discovery*

**Melanie Persinger**

| Date | Hours | Description |
|---|---|---|
| 11/3/2016 | 0.8 | Research re judge's decision on motions to stay discovery pending dispositive motions; summarize and send same to Jack |
| 10/26/2017 | 0.1 | Review emails re Kellogg discovery meet and confer |
| | 0.2 | Review documents; review email from Mr. Fitzgerald re document production and label assignment |
| 10/27/2017 | 0.6 | Meeting with Mr. Fitzgerald and TF re labels/claim timelines; document review and discussion with Mr. Fitzgerald re same |
| 11/1/2017 | 0.4 | Document review; sending Kellogg documents to Mr. Fitzgerald |
| 11/17/2017 | 5 | Office meeting re tasks to be completed; raisin bran crunch label timeline |
| 11/20/2017 | 0.2 | Review supplemental disclosures |
| 12/6/2017 | 5.6 | Document review |
| 12/7/2017 | 7.5 | Document review |
| 12/8/2017 | 7.3 | Document review |
| 12/11/2017 | 7.7 | Document review |
| 12/12/2017 | 7.8 | Document review; printing documents and notes for binder for deposition preparation |
| 1/2/2017 | 0.5 | Gathering materials for experts re "lightly sweetened," "wholesome" and "goodness" |
| 1/3/2018 | 4.5 | Continue to gather materials for Dr. Greger re Kellogg's arguments/defenses and draft summary chart |
| 1/4/2018 | 7.1 | Continue to gather materials for Dr. Greger re Kellogg's arguments/defenses and draft summary chart |
| 1/8/2018 | 6.8 | Continue to gather materials for Dr. Greger re Kellogg's arguments/defenses and draft summary chart |
| 1/9/2018 | 2 | Send to counsel; update subpoena to Bear Naked with correct entity info and email to AMS for service; call with Kellogg counsel |

*DETAILED BILLING RECORDS BY CATEGORY – Party Written Discovery*

| Date | Hours | Description |
|------|-------|-------------|
| | | research terms, follow up conference with Mr. Fitzgerald and edits to search term list |
| 1/10/2018 | 3.2 | Further edits to search term list; emails with Mr. Fitzgerald re same; circulate draft of search term list to Kellogg's counsel; draft joint report re ESI meet and confer & send to Mr. Fitzgerald for review; call with Mr. Fitzgerald re Kellogg status report, edits to same & circulate updated draft to Kellogg |
| 1/11/2018 | 0.2 | Emails re joint ESI report and edits to same, then send back to Kellogg for review. |
| 1/30/2018 | 1.0 | Edits to list of search terms based on call with Kellogg |
| 1/31/2018 | 2.1 | Finish edits to list of search terms and circulate draft of list and proposed cover email to Mr. Fitzgerald for review; review Kellogg's documents and interrogatory responses |
| 2/27/2018 | 2 | Document review |
| 2/28/2018 | 6.8 | Document review; confer with Mr. Fitzgerald and Mr. Flynn re document organization and meeting to determine document categories for indexing |
| 3/1/2018 | 8 | Document review |
| 3/2/2018 | 8.5 | Document review |
| 3/3/2018 | 7.5 | Document review |
| 3/4/2018 | 5 | Document review |
| 3/15/2018 | 7.5 | Document review |
| 3/17/2018 | 4.9 | Document review |
| 3/21/2018 | 6.4 | Discuss with Mr. Fitzgerald Kellogg's letter motion for protective order; begin draft of response, including research on issues |
| 3/23/2018 | 7 | Finalize draft of opposition to motion for protective order and email to Mr. Fitzgerald |
| 4/3/2018 | 1.6 | Document review |
| 4/4/2018 | 7.5 | Document review |

*DETAILED BILLING RECORDS BY CATEGORY – Party Written Discovery*

| Date | Hours | Description |
|---|---|---|
| 4/5/2018 | 7.4 | Document review; ████████████ |
| 4/9/2018 | 1.4 | Document review. |
| 4/13/2018 | 2 | Document review |
| 8/22/2018 | 0.6 | Discussing depos with Mr. Fitzgerald; review and edit administrative motion for relief relating to fact/expert discovery deadlines |
| **Total =** | **154.7** | |

*Val Erze*

| Date | Hours | Description |
|---|---|---|
| 1/9/2018 | 5.5 | Review discovery materials and update Master Production Index |
| 1/10/2018 | 2.5 | Review discovery materials and update Master Production Index |
| 1/24/2018 | 1 | Review discovery materials for confidentiality challenges |
| 2/6/2018 | 1 | Review Kellogg document detailing reasons for packaging changes |
| 2/7/2018 | 0.5 | Review Kellogg document detailing reasons for packaging changes |
| 2/8/2018 | 0.8 | Compile list of documents produced by third parties for Plaintiff's Objections & Responses to Kellogg's 1st RFPs |
| 2/14/2018 | 6 | Review document production for items removed from case, review RFPs and ROGs, meet with Mr. Fitzgerald and create status flowchart |
| 2/21/2018 | 1.5 | Create line entries for new discovery materials in master production index |
| 2/28/2018 | 6 | Kellogg doc review and indexing |
| 3/1/2018 | 6 | Kellogg doc review and indexing |
| 3/2/2018 | 4.5 | Kellogg doc review and indexing |
| 3/5/2018 | 1 | Input of document review notes checklists into master production index |

*DETAILED BILLING RECORDS BY CATEGORY – Party Written Discovery*

| Date | Hours | Description |
|---|---|---|
| 3/6/2018 | 5.5 | Prepare list of third parties appearing in marketing documents, as well as Kellogg internal divisions noted in same; continue doc review and indexing |
| 3/7/2018 | 3 | Kellogg doc review and indexing |
| 3/8/2018 | 4 | Update case schedule in Deadlines, continue doc review and indexing |
| 3/9/2018 | 4 | Kellogg doc review and indexing |
| 3/12/2018 | 5 | Finish doc review and indexing of most recent set of production, print presentations for binders |
| 3/13/2018 | 6 | Organize new printed presentations chronologically, reorganize binders with new material, input cover sheets from first general marketing binder into master production index, save relevant presentations for experts, begin review of emails |
| 3/14/2018 | 4 | Review of emails/other docs. |
| 3/15/2018 | 5 | Continue review of emails/other non-presentation docs |
| 3/23/2018 | 8 | Create OCR'd versions of all Kellogg docs, begin indexing new documents |
| 3/26/2018 | 3.8 | Continue indexing of new documents |
| 3/27/2018 | 7.6 | Continue indexing of new documents |
| 3/28/2018 | 9 | Finish indexing of new documents |
| 3/29/2018 | 8.5 | Update whiteboard with new list of documents for review, print and organize new documents, update production index with FMW doc review notes, save PDFs for experts |
| 3/30/2018 | 8 | Finish organizing, print documents chronologically, incorporate new documents into existing Gen Marketing/Raisin Bran/Frosted Mini-Wheats binders, re-tabbed and indexed binders |
| 4/2/2018 | 4 | Incorporate new documents into Nutri-Grain Binders, continue re-indexing Gen Marketing binders |

*DETAILED BILLING RECORDS BY CATEGORY – Party Written Discovery*

| Date | Hours | Description |
|---|---|---|
| 4/4/2018 | 8 | Gather relevant information and cover sheets for deposition topics, begin keyword searching OCR'd documents, set up new documents to be OCR'd |
| 4/5/2018 | 8 | Continue to prepare and OCR documents, search new documents for missing labels, testing, and nutrition info, continue keyword searching OCR'd documents |
| 4/6/2018 | 8 | Keyword search for relevant claims & assembling master documents, continue to prepare & OCR documents, continue to assemble documents for depositions |
| 4/9/2018 | 4 | Organize new documents produced to be OCR'd; begin typing up handwritten NG notes. |
| 4/17/2018 | 7 | Prepare log of Kellogg/third party documents sent to Bruce Silverman, begin indexing new documents produced by Kellogg |
| 4/18/2018 | 6.5 | Index new documents |
| 4/19/2018 | 7 | Keyword search for assignment briefs, Raisin Bran timeline PPT, organize documents from deposition |
| 4/20/2018 | 10 | Organize keyword search docs, Revise Raisin Bran PPT according to feedback, keyword searches for "at home" "at table" "back", compile and send initial results to Bruce Silverman |
| 4/24/2018 | 9 | Team meeting on progress, keyword search servings/RACC/bowls, process and send out Quaker production to experts, prepare exhibits of RB/RB Crunch timelines and proofs, adjustments to RB timeline PPT |
| 4/25/2018 | 8 | Tweaks to RB timeline exhibits, keyword search of premium/change in demand/consumer demand/market demand, prepare timeline exhibits for FMW/NG/Smart Start, prepare list of docs sent to Steve/AMS |
| 4/26/2018 | 9 | Updates to timeline exhibits, keyword search BrandDynamics, Healthy Dividends, Healthy Beginnings & compiling results, search for 'organic', compile list of documents sent to Colin Weir, begin RBC/SS PPTs |
| 5/2/2018 | 1.5 | Review of emails within Kellogg document production |
| 5/3/2018 | 3 | Review of emails within Kellogg document production. |

*DETAILED BILLING RECORDS BY CATEGORY – Party Written Discovery*

| Date | Hours | Description |
|------|-------|-------------|
| 5/8/2018 | 2.5 | Print all emails/"other" documents from Kellogg needing additional review, assembled binder and began highlighting relevant portions |
| 5/9/2018 | 7 | Review of emails/misc. documents produced by Kellogg |
| 5/11/2018 | 7 | Kellogg doc review |
| 5/14/2018 | 7.5 | Kellogg doc review |
| 5/15/2018 | 2 | Kellogg doc review. |
| 5/25/2018 | 5.7 | Kellogg doc review; prepare binders of Weir & Gaskin declarations and locate relevant documents cited |
| 5/29/2018 | 6 | Kellogg doc review |
| 5/30/2018 | 7 | Kellogg doc review |
| 5/31/2018 | 7.5 | Kellogg doc review |
| 6/1/2018 | 7.5 | Kellogg doc review |
| 6/4/2018 | 7.7 | Kellogg doc review |
| 6/5/2018 | 6 | Kellogg doc review |
| 6/6/2018 | 7.5 | Kellogg doc review |
| 6/7/2018 | 4 | Kellogg doc review |
| 6/8/2018 | 8 | Kellogg doc review |
| 6/11/2018 | 7.5 | Kellogg doc review |
| 6/14/2018 | 7.5 | Organize Kellogg/LB emails/other documents by chronology and theme, draft deposition notices and document subpoenas for Kellogg's experts, integrate relevant email excerpts into notes of responsive documents |
| 6/15/2018 | 2 | Continue to organize responsive docs; |
| 8/10/2018 | 8 | Continue review of Kellogg docs for useful documents for depositions, prepare binders of print docs for Kook-Clark deposition |
| 8/23/2018 | 5.5 | Review Kellogg production for Bell deposition documents. |

*DETAILED BILLING RECORDS BY CATEGORY – Party Written Discovery*

| Date | Hours | Description |
|---|---|---|
| Total = | 334.1 | |

**Third Party Discovery**

*Jack Fitzgerald*

| Date | Hours | Description |
|---|---|---|
| 9/11/2017 | 0.2 | Review draft retailer subpoenas, revise, and advise Mr. Flynn of same. |
| 9/12/2017 | 2.8 | Review and revise draft subpoenas to The Sugar Association, Inc. and Oldways Whole Grains Council; review draft Notice of Intent to Serve Subpoenas and provide edits to Mr. Flynn. |
| 9/25/2017 | 4.1 | Respond to various third-party subpoena recipients; draft and send letter to Ken Lee and Kellogg's other counsel concerning deficiencies in Kellogg's interrogatory responses. |
| 10/3/2017 | 0.2 | Status meeting re subpoenas with Mr. Flynn |
| 10/11/2017 | 0.4 | Together with Mr. Flynn, participate in call with counsel for Kroger regarding subpoena. |
| 10/17/2017 | 6 | Meet with Mr. Flynn to discuss status of third-party subpoenas and tasks; review all Smart Start proofs and create spreadsheet timeline; begin reviewing Raisin Bran Proofs and creating spreadsheet timeline. |
| 10/18/2017 | 0.3 | Together with Mr. Flynn, participate in call with counsel for Albertson's regarding subpoena. |
| 12/15/2017 | 0.7 | Draft subpoena to IRI, draft and send notice of intent to serve subpoena, then serve subpoena on David Becker. |
| 1/8/2018 | 0.6 | Together with Mr. Flynn, participate in a call with counsel for NPD Group, Bob Slobig, regarding subpoena. |
| 1/16/2018 | 0.1 | Meeting together with Mr. Flynn on all third-party subpoenas. |
| 1/19/2018 | 0.2 | Call with colleague Marc Godino to discuss strategy issue; call with counsel for Target regarding plaintiff's subpoena, |
| 1/24/2018 | 0.3 | Together with Mr. Flynn, participate in call with counsel for Wal-Mart regarding subpoenas for sales and labels. |
| 1/24/2018 | 0.1 | Confer with Ms. Persinger re Nature's Path response to subpoena. |

*DETAILED BILLING RECORDS BY CATEGORY – Third Party Discovery*

| Date | Hours | Description |
|------|-------|-------------|
| 1/30/2018 | 0.2 | Together with Mr. Flynn and Ms. Persinger, participate in call with counsel for Leo Burnette regarding extension of time to respond. |
| 2/8/2018 | 0.6 | Together with Mr. Flynn, participate in call with counsel for Kroger regarding plaintiff's two subpoenas; telephone call with ████████████ |
| 2/15/2018 | 0.3 | Together with Mr. Flynn, participate in follow-up call with counsel for Kroger regarding subpoenas/ |
| **Total =** | **16.8** | |

**Trevor Flynn**

| Date | Hours | Description |
|------|-------|-------------|
| 8/28/2017 | 4 | Began compiling list of identification numbers for products for subpoenas |
| 8/31/2017 | 5 | Continued work on product identification for third party subpoenas |
| 9/6/2017 | 3.9 | Work on third party subpoenas and identification of retailers and how to describe products within |
| 9/12/2017 | 7.7 | Continued work on third party subpoenas |
| 9/13/2017 | 3.9 | Finalized all subpoenas to retailers, whole grains council, and sugar association; drafted notice of intent to serve; sent notice to serve and provided subpoenas to server |
| 9/19/2017 | 0.6 | Prepared table regarding third party subpoenas per Mr. Fitzgerald |
| 9/25/2017 | 0.8 | Work on updating subpoena status table; reviewed responses from various third parties |
| 9/27/2017 | 0.2 | Emails to third parties to set up phone calls regarding subpoenas |
| 9/28/2017 | 0.3 | Phone call with Mr. Fitzgerald and David Tobin from the Sugar Association regarding compliance with subpoena |
| 10/3/2017 | 1 | Reviewed responses from third parties regarding subpoenas; meeting with Mr. Fitzgerald regarding status of subpoenas; updated status table; emailed third parties regarding subpoenas |

*DETAILED BILLING RECORDS BY CATEGORY – Third Party Discovery*

| Date | Hours | Description |
|------|-------|-------------|
| 10/4/2017 | 0.2 | Phone call with Whole Grains Council regarding subpoena; email to Mr. Fitzgerald |
| 10/9/2017 | 0.6 | Phone call with Walmart regarding Subpoena and Walmart's production. |
| | 0.2 | Phone call with Dave Tobin at Sugar Association. He will need an extension and will send an email requesting 30 days. |
| 10/10/2017 | 0.3 | Updated subpoena status chart; reviewed all responses so far; cross-checked with email to ensure up to date compliance. |
| | 0.4 | Phone call with attorney at Davis Wright regarding Amazon subpoena; email memo to Mr. Fitzgerald sent |
| | 0.1 | Phone call with whole grains council attorney regarding documents sent |
| | 0.4 | Reviewed documents sent by whole grains council |
| 10/11/2017 | 0.4 | Phone call with Kroger regarding subpoena; draft email to Mr. Fitzgerald as follow up |
| | 0.3 | Emails regarding third party subpoenas to set up further meet and confers with retailers |
| 10/13/2017 | 0.4 | Phone call with Stater Bros' counsel regarding subpoena; follow up email |
| 10/16/2017 | 0.3 | Emails to third parties to set up phone calls regarding subpoenas |
| 10/17/2017 | 0.3 | Phone call with Save Mart (Lucky) regarding subpoena; follow up email |
| | 1.2 | Revised list of UPC codes for all products; sent to third parties as requested; meeting with Mr. Fitzgerald |
| 10/18/2017 | 0.3 | Phone call with Albertson's in-house counsel regarding subpoena |
| 10/24/2017 | 0.3 | Updated subpoena chart; email to Mr. Fitzgerald regarding non-compliant third parties |
| 10/26/2017 | 1.3 | Review of Walgreens Document production; meeting with Mr. Fitzgerald and Ms. Persinger |

*DETAILED BILLING RECORDS BY CATEGORY – Third Party Discovery*

| Date | Hours | Description |
|---|---|---|
| 11/1/2017 | 0.6 | Review of Dollar General's document production |
| 11/7/2017 | 0.3 | Meeting with Mr. Fitzgerald regarding subpoenas to third parties |
| | 0.9 | Sent follow up communications to third parties regarding subpoenas; updated chart accordingly |
| 11/15/2017 | 0.3 | Updated subpoena chart; emailed Walmart for update on response |
| | 0.2 | Review list of retailers and distributors and cull distributors from list as are obvious |
| | 0.3 | Reconciled list of DPCI numbers from Kellogg; formatted into XLS spreadsheet and sent to Target with email regarding subpoena |
| 11/16/2017 | 0.3 | Emails to third parties regarding subpoena; meeting with Mr. Fitzgerald; updated status chart |
| 11/21/2017 | 0.8 | Calculated California only population from Nielsen data which included sales in counties in Oregon, Nevada, and Arizona as well (used 2015 population est.); Updated third party subpoena status. |
| 11/27/2017 | 0.5 | Updated subpoena status chart; emails and phone calls with third parties regarding updates on production |
| 12/12/2017 | 0.4 | Phone call with Kantar and VML counsel regarding third party subpoena |
| 12/19/2017 | 0.2 | Reviewed response from Gongos to third party subpoena |
| 12/20/2017 | 0.4 | Phone call with Tammy Levi at Smith-Dahmer regarding her ability to produce documents pursuant to subpoena and potential costs; emailed her Kellogg's counsel's contact info |
| 12/27/2017 | 0.2 | Reviewed Hal Goldberg responses to third party subpoena |
| 12/28/2017 | 2.5 | Began document review of productions from third parties pursuant to subpoena we have so far |
| 1/8/2018 | 0.6 | Phone call with counsel for NPD Group regarding Kellogg subpoena; updated subpoena table to reflect; follow up meeting with Mr. Fitzgerald |
| | 0.2 | Emails with third parties regarding subpoenas |

*DETAILED BILLING RECORDS BY CATEGORY – Third Party Discovery*

| Date | Hours | Description |
|------|-------|-------------|
| 1/16/2018 | 1.1 | Compiled all responses to cereal manufacturer subpoenas; meeting with Mr. Fitzgerald on all third-party subpoenas; sent emails to those third parties who needed to be followed up with; updated tables |
| 1/17/2018 | 0.3 | Emails to cereal manufacturer subpoena respondents to meet and confer; updates to table |
| 1/18/2018 | 0.2 | Emails with Walmart to schedule time to meet and confer on second subpoena |
| | 0.8 | Follow up with all third-party subpoenas for updates; research on contacting companies that have not responded to subpoenas; updating status chart |
| 1/22/2018 | 0.3 | Telephonic meet and confer with Amazon on third party subpoena |
| 1/24/2018 | 1.2 | Phone calls with third parties regarding subpoenas issued; meeting with Mr. Fitzgerald regarding same |
| 1/30/2018 | 0.2 | Phone call with counsel for Leo Burnett regarding subpoena |
| | 0.1 | Conference with Mr. Fitzgerald and Ms. Persinger regarding outstanding third-party discovery |
| 1/31/2018 | 0.5 | Phone call with Kashi counsel (same as Kellogg) regarding subpoena; phone call regarding search terms for discovery |
| 2/2/2018 | 0.4 | Emails to third parties regarding subpoena status and productions |
| 2/8/2018 | 0.2 | Phone call with counsel for Kroger and Mr. Fitzgerald regarding third party subpoena |
| 2/14/2018 | 1.3 | Review documents sent by Smith-Dahmer; created marketing presentation report; reviewed some of the transcriptions from the ████ |
| 2/15/2018 | 2.5 | Follow up Call with Mr. Fitzgerald re Kroger subpoenas; reconciled electronic and paper versions of all marketing presentations; cleaned up server electronic folder and physical binder to ensure everything was in both places |
| 2/16/2018 | 0.4 | Work on draft subpoenas to Distributors |
| 2/20/2018 | 2 | Review of Leo Burnett production to pull marketing presentations for Bruce Silverman. |

*DETAILED BILLING RECORDS BY CATEGORY – Third Party Discovery*

| Date | Hours | Description |
|---|---|---|
| 2/21/2018 | 5.2 | Reconciled UPC codes on products with proofs produced by Kellogg; finalized research on distributors to send subpoenas; prepared and issued subpoenas |
| 2/20/2018 | 1.8 | Work on identifying distributors for subpoenas |
| 2/28/2018 | 0.5 | Phone call with Supervalu regarding subpoena; sent protective order and custodial declaration; updated subpoena status table for Distributors |
| 3/20/2018 | 1.2 | Work on subpoenas to third parties with Ms. Erze |
| 4/26/2018 | 1.1 | Identify potential third party and Kellogg witnesses for further discovery, including subpoenas and depositions; sent to Mr. Fitzgerald |
| 5/4/2018 | 0.4 | Downloaded and reviewed document production from Walmart; forwarded to Mr. Fitzgerald and Colin Weir |
| 5/7/2018 | 1.1 | Finalized third party subpoenas dated May 7, 2018; prepared notice of intent to serve; sent notice to Kellogg and sent 5 subpoenas to AMS for service |
| **Total =** | **65.9** | |

*Melanie Persinger*

| Date | Hours | Description |
|---|---|---|
| 9/11/2017 | 1.6 | Draft subpoenas to Sugar Research Foundation and Whole Grains Council |
| 12/21/2017 | 4 | Research re Kellogg subpoenas to cereal manufacturers and begin drafts of same |
| 12/22/2017 | 2 | Continue work on subpoenas to cereal manufacturers |
| 12/27/2017 | 5.5 | Finalize subpoenas to Kellogg manufacturers, send notice of intent to file to Kellogg, and send all subpoenas to AMS for service |
| 1/9/2018 | 1.5 | Call from Food for Life baking company re subpoena & edit subpoena table to reflect new info; draft custodial declaration for food for life baking co. |

*DETAILED BILLING RECORDS BY CATEGORY – Third Party Discovery*

| Date | Hours | Description |
|---|---|---|
| 1/19/2018 | 0.1 | Call with counsel for Target re subpoena |
| 1/22/2018 | 0.4 | Draft memo re documents discussing "lightly sweetened" claim and circulate memo to team; gather label documents for Colin Weir. |
| 1/24/2018 | 0.9 | Call with counsel from Nature's Path in response to subpoena & follow-up conference with Mr. Fitzgerald; call with Post re Kellogg subpoena and discussing same with Mr. Fitzgerald |
| 1/30/2018 | 0.2 | Call re research terms and subpoena to Kashi |
| 4/9/2018 | 6 | Email Post's counsel re confidentiality of subpoena production; call with Post's counsel re documents produced in response to subpoena; discussion with Ms. Erze re subpoena documents; discuss confidentiality of Leo Burnett documents with Ms. Erze and correspondence with Mr. Fitzgerald re same |
| 4/10/2018 | 0.2 | Correspondence re Leo Burnett documents |
| 4/11/2018 | 5.7 | Nutri-Grain deposition outline; coordinating with Ms. Erze re subpoena to Post Foods |
| 5/10/2018 | 2.9 | Research re document subpoenas to experts; draft objection letters to 5 expert subpoenas |
| **Total =** | **31** | |

*Val Erze*

| Date | Hours | Description |
|---|---|---|
| 1/19/2018 | 0.8 | Scan and archive subpoena Proofs of Service, document production from Food for Life |
| 2/22/2018 | 6 | Review and create line entries for Leo Burnett documents in production index |
| 2/26/2018 | 5 | Continue review of Leo Burnett docs, prepare spreadsheet of cereals and sugar grams per serving information |
| 2/27/2018 | 6 | Leo Burnett doc review, preparation of spreadsheet comparing sweetened/lightly sweetened sugar contents. |

*DETAILED BILLING RECORDS BY CATEGORY – Third Party Discovery*

| Date | Hours | Description |
|---|---|---|
| 3/16/2018 | 3 | Download new Post production, enter cover sheet info for next batch of presentations, prepare PDF's for experts. |
| 3/19/2018 | 5 | Leo Burnett doc review and indexing |
| 3/20/2018 | 8 | Leo Burnett doc review and indexing, preparation of third-party subpoenas for GFK, Mintel, Nielsen Catalina Solutions, The Cambridge Group |
| 3/21/2018 | 8 | Input of document review notes checklists into master production index, preparing PDF's of relevant presentations for experts, review and indexing of Leo Burnett docs |
| 3/22/2018 | 8 | Review and indexing of Leo Burnett docs, began printing relevant documentation for binder |
| 4/2/2018 | 2 | Begin printing and organizing Leo Burnett docs |
| 4/3/2018 | 7 | Finish printing and organizing Leo Burnett docs, create general binder and product specific binders, compiled third party documents to be sent to Kellogg |
| 4/9/2018 | 2 | Draft letter to Kellogg re third-party production. |
| 4/10/2018 | 6.5 | Review Leo Burnett docs for "counsel only" designation and remove from production sent to Kellogg |
| 4/11/2018 | 6 | Organization and OCR-ing of new documents, create list of documents from Post case provided to experts in Kellogg and draft subpoena/attachment to Post for same, create and sent thumb drive of Leo Burnett docs to Kellogg counsel. |
| 4/11/2018 | 1.5 | Begin reviewing Greger report and adjust footnotes. |
| 5/2/2018 | 2 | Prepare list of Leo Burnett documents needing further review and update whiteboard. |
| 5/3/2018 | 2 | Compile list of 3rd party production needing review. |
| 5/4/2018 | 0.4 | Update third party subpoenas |
| 5/15/2018 | 4 | Leo Burnett doc review |
| 5/16/2018 | 7 | Leo Burnett doc review |

*DETAILED BILLING RECORDS BY CATEGORY – Third Party Discovery*

| Date | Hours | Description |
|---|---|---|
| 5/18/2018 | 7 | Leo Burnett doc review |
| 5/21/2018 | 7.5 | Leo Burnett doc review |
| 5/22/2018 | 6.7 | Leo Burnett doc review |
| 5/24/2018 | 5.5 | Leo Burnett doc review. |
| 6/15/2018 | 4 | Update document subpoenas, searched for publicly accessible documents cited by Wilcox/Simonson |
| 6/19/2018 | 5 | Review responses to doc subpoenas to Kellogg's experts to determine missing/ not publicly accessible documents, |
| 9/12/2018 | 7 | Search for working files of docs produced by Post, contact Post's counsel to obtain working versions |
| **Total =** | **131.4** | |

41

**Motions to Compel Discovery**

*Jack Fitzgerald*

| Date | Hours | Description |
|------|-------|-------------|
| 9/26/2017 | 7 | Begin drafting letter to Kellogg's counsel regarding deficiencies in Kellogg's responses to plaintiff's document requests. |
| 9/28/2017 | 6.8 | Complete letter to Kellogg regarding deficiencies in its responses to document requests and send to Kellogg's counsel. |
| 10/4/2017 | 0.9 | Prepare for and, together with Mr. Flynn, participate in meet-and-confer call with Dean Panos and Ken Lee regarding plaintiffs' interrogatories. |
| 10/11/2017 | 0.8 | Review and respond to Ken Lee's email concerning agreements during meet-and-confer over interrogatories. |
| 10/15/2017 | 4.6 | Emails to Kellogg's counsel regarding scheduling of in-person conference to discuss discovery issues; begin working on motion to compel responses to Interrogatory Nos. 11-13; begin working on motion for leave to file noticed discovery motions or appoint special master; attention to case strategy issues; research potential experts. |
| 10/18/2017 | 5.8 | Prepare for meet-and-confer call regarding plaintiff's first document requests to Kellogg; together with Mr. Flynn, participate in meet-and-confer call with Kellogg's counsel, Ken Lee, regarding Kellogg's responses to plaintiff's first document requests; draft and send follow-up letter regarding agreements reached during conference; prepare for in-person meeting with Mr. Lee regarding Kellogg's response to plaintiff's first interrogatories. |
| 10/19/2017 | 3.5 | In-person meet-and-confer conference in Irvine with Ken Lee regarding Kellogg's responses to interrogatories, including travel. |
| 10/21/2017 | 10.7 | Draft Joint Reports regarding plaintiff's motion to compel responses to (a) Interrogatory No. 4, (b) Interrogatory Nos. 7-8, (c) Interrogatory nos. 11-13, and (d) interrogatory no. 15, and send to Kellogg's counsel; draft list of proposed custodians and search terms and send to Kellogg's counsel for review; review Kellogg's document production and distill sales information into summary formats. |
| 10/26/2017 | 1.7 | Review Kellogg's document production and compare to Ken Lee's list of items produced; draft email to Ken Lee regarding same; divvy up work relating to nutritional information among team. |

*DETAILED BILLING RECORDS BY CATEGORY – Motions to Compel Discovery*

| Date | Hours | Description |
|---|---|---|
| 10/27/2017 | 1.3 | Call with Ken Lee to clarify aspects of document production; send follow-up email concerning same; review formulation documents and meet with Mr. Flynn and Ms. Persinger to strategize about same. |
| 11/1/2017 | 6.4 | Together with Mr. Flynn, travel to Irvine to conduct in-person meet-and-confer meeting with Ken Lee regarding plaintiff's requests for production of documents; draft email to Mr. Lee confirming substance of meeting; meet with Mr. Flynn to discuss motions to compel resulting from meeting. |
| 11/1/2017 | 4 | Review Kellogg's revisions to joint discovery motion nos. 1 and 2 (Interrogatory Nos. 4 and 15), make further revisions to each, and send back to Mr. Lee for further review and revision by Kellogg. |
| 11/2/2017 | 0.9 | Review Kellogg's revisions to joint discovery report nos. 1 and 2, make additional revisions to report no. 1 and send to Kellogg's counsel, Ken Lee, for sign-off; finalize and file joint motions and prepare chambers copies for FedEx. |
| 11/2/2017 | 0.4 | Follow up meeting re revised challenged claims together with Mr. Flynn and Ms. Persinger |
| 11/4/2017 | 3.8 | Draft motion to compel production of documents by date certain (Joint Discovery Report #3). |
| 11/5/2017 | 7.4 | Complete drafts of 13 motions to compel responses to documents, and send to Kellogg's counsel for review and providing Kellogg's portions. |
| 11/7/2017 | 0.3 | Meet with Mr. Flynn regarding subpoenas to third parties |
| 11/15/2017 | 10.2 | Complete revisions to and finalize 13 motions to compel responses to requests for production; file same and prepare chambers copies; perform document review and logging. |
| 12/6/2017 | 1.8 | Research Kellogg's proposed discovery masters. |
| 12/8/2017 | 2.5 | Communications with Ken Lee and Judicate West regarding discovery special master; draft joint special master status report and send to Mr. Lee for review; finalize and file joint status report. |
| 12/31/2017 | 0.3 | Review Judge Kenton's email and send email to Ken Lee regarding same. |

*DETAILED BILLING RECORDS BY CATEGORY – Motions to Compel Discovery*

| Date | Hours | Description |
|---|---|---|
| 1/2/2018 | 2 | Gather materials to send to Judge Kenton; email and telephone communications with Ken Lee regarding same. |
| 1/5/2018 | 1.7 | Participate in call with Special Master Judge Kenton; follow-up email communications with Kellogg's counsel; send additional documents to Judge Kenton by email and FedEx. |
| 1/9/2018 | 0.5 | Together with Ms. Persinger, participate in meet-and-confer call with Ken Lee regarding electronic discovery and search terms. |
| 1/10/2018 | 0.1 | Call with Ms. Persinger re Kellogg Status Report |
| 1/12/2018 | 1.6 | Prepare for then participate in call with discovery master, Judge Kenton, regarding current status and first 5 tentative orders; follow-up after call; review Judge Kenton's tentative orders on additional motions. |
| 1/15/2018 | 1.5 | Draft letter requesting hearing on Tentative Orders and send to Judge Kenton. |
| 1/17/2018 | 0.4 | Review Special Master's tentative orders. |
| 1/18/2018 | 1.8 | Draft response to Kellogg's letter to judge Kenton seeking hearing with respect to Tentative Order on requests 16-17; review Kellogg's letter response to plaintiff's letter to Judge Kenton requesting hearings on Tentative Orders relating to production of documents and interrogatory 15; re-review all of Judge Kenton's Tentative Orders to ensure there is no need to request further hearings; |
| 1/29/2018 | 1 | Draft letter to Judge Kenton regarding reopening of Tentative Orders 9 and 11. |
| 1/30/2018 | 0.1 | Confer with Mr. Flynn and Ms. Persinger re discovery issues. |
| 2/1/2018 | 1.9 | Review Kellogg's letter responding to letter request to reopen Tentative Orders 9 and 11; prepare for hearing with Judge Kenton. |
| 2/2/2018 | 5 | Prepare for, then participate in telephonic hearing with Special Master Judge Kenton regarding all parties' objections to various tentative orders; prepare and file notice of lodging of Special Master orders. |
| 2/6/2018 | 1 | Draft fourth interrogatories and third requests for production to Kellogg, finalize and serve same. |

*DETAILED BILLING RECORDS BY CATEGORY – Motions to Compel Discovery*

| Date | Hours | Description |
|------|-------|-------------|
| 2/8/2018 | 1.2 | Review Special Master final orders on disputed tentative orders then finalize and file notice of lodging of same. |
| 5/14/2018 | 0.3 | Draft and send letter to Ken Lee responding to his May 4 letter regarding depositions. |
| 7/24/2018 | 0.5 | Draft and send letter to Mr. Lee regarding Kellogg's discovery responses and deposition scheduling. |
| 8/3/2018 | 0.7 | Participate in meet and confer call with Ken Lee regarding outstanding discovery requests and deposition scheduling; communications with Steve Gaskin regarding final conjoint design. |
| 8/7/2018 | 1.1 | Review Mr. Lee's email regarding Kellogg's position on various discovery issues and draft response. |
| 8/27/2018 | 2.3 | Prepare for then argue motion to compel labels before Special Master Judge Kenton. |
| 9/25/2018 | 1.9 | Draft letter responding to Kellogg's Emergency Motion to Compel Weir Deposition. |
| **Total =** | **107.8** | |

**Trevor Flynn**

| Date | Hours | Description |
|------|-------|-------------|
| 10/4/2017 | 0.4 | Meet and confer with Kellogg regarding interrogatory responses |
| 11/1/2017 | 0.2 | Meeting with Mr. Fitzgerald regarding motion to compel on RFPs |
| 11/3/2017 | 3.9 | Work on motions to compel further production of documents |
| 11/4/2017 | 7.7 | Work on motions to compel further production of documents |
| 11/5/2017 | 2.8 | Work on motions to compel further production of documents |
| 11/17/2017 | 0.5 | Meeting with Mr. Fitzgerald and Ms. Persinger regarding discovery issues |
| 3/20/2018 | 1.3 | Draft letters regarding deficient responses to fourth interrogatories and third RFPs; sent to Mr. Fitzgerald for review |

*DETAILED BILLING RECORDS BY CATEGORY – Motions to Compel Discovery*

| Date | Hours | Description |
|---|---|---|
| 4/26/2018 | 1.8 | Draft letter to Kellogg regarding deficient 30b6 witness designations; sent to Mr. Fitzgerald for review |
| 9/25/2018 | 0.5 | Meeting with Mr. Fitzgerald, Ms. Persinger, and Ms. Erze re NY Complaint and Kellogg's Emergency Motion to Compel Weir |
| **Total =** | **19.1** | |

### *Melanie Persinger*

| Date | Hours | Description |
|---|---|---|
| 1/11/2018 | 0.3 | Review tentative orders on motions to compel |
| 1/17/2018 | 0.3 | Review of discovery master's tentative decisions on motions to compel |
| 1/30/2018 | 0.1 | Conference with Mr. Fitzgerald and TF to discuss discovery issues |
| 8/6/2018 | 1.5 | Call with experts & follow-up conference with Mr. Fitzgerald & Mr. Flynn; review correspondence between the parties re Kellogg's responses to RFPs and RFAs |
| 8/7/2018 | 1.6 | Begin draft of letter re compelling further responses to RFPs and RFAs; discuss Kellogg motion to compel with Mr. Fitzgerald |
| 8/8/2018 | 0.2 | Review letter motion to compel labels |
| 8/23/2018 | 4 | Begin draft of motion to compel labels from Kashi, research re Kashi's location and process of compelling a third party's response to subpoena; fill out summons and civil cover sheet for motion to compel Kashi |
| 8/24/2018 | 5.5 | Finish draft of motion to compel Kashi and coordinate with Ms. Erze to draft supporting declaration prepare for deposition of Julie Jursinic |
| 9/25/2018 | 0.5 | Discuss with team Kellogg's emergency motion to compel Weir's deposition |
| 9/26/2018 | 1.2 | Finalize plaintiff's documents for renewed motion to seal; review discovery master's order on Kellogg's motion to compel Weir's deposition and Kellogg's response thereto and discussing same with Mr. Fitzgerald |

*DETAILED BILLING RECORDS BY CATEGORY – Motions to Compel Discovery*

| Date | Hours | Description |
|---|---|---|
| 9/28/2018 | 1.8 | Edits to joint renewed motion to seal draft received from Alex Smith; edits to supporting declaration; send back to Kellogg; related correspondence and telephone call with Alex Smith |
| **Total =** | **16.3** | |

*Val Erze*

| Date | Hours | Description |
|---|---|---|
| 8/24/2018 | 3.0 | Prepare Fitzgerald Dec. and exhibits for motion to compel Kashi label production, research documents relevant to NLI labeling. |
| **Total =** | **3.0** | |

**Motions to Strike Kellogg's Answer & for Civil Contempt**

*Jack Fitzgerald*

| Date | Hours | Description |
|------|-------|-------------|
| 1/2/2018 | 3.5 | Perform legal research relating to Kellogg's anticipated untimely Answer. |
| 1/19/2018 | 1.5 | Review Kellogg's Answer; begin researching issues relating to Kellogg's untimely answer; Send email to Kellogg concerning entry of default. |
| 1/20/2018 | 1.9 | Conduct further research concerning Kellogg's untimely Answer. |
| 1/21/2018 | 9.1 | Continue researching and begin working on motion addressing Kellogg's untimely Answer. |
| 1/22/2018 | 5.2 | Work on motion to strike Kellogg's Answer. |
| 1/25/2018 | 8.5 | Work on motion to strike Kellogg's Answer. |
| 1/26/2018 | 6.1 | Work on motion to strike Kellogg's Answer. |
| 1/27/2018 | 11.4 | Work on motion to strike Kellogg's Answer. |
| 1/28/2018 | 13.5 | Work on motion to strike Kellogg's Answer; draft supporting declaration and accumulate exhibits. |
| 1/29/2018 | 8 | Meet with Ms. Persinger to discuss draft brief and continue working on motion to strike Kellogg's Answer; complete drafts of motion, declaration, and proposed order and prepare for filing following morning. |
| 1/30/2018 | 0.9 | File Motion to Strike Answer. |
| 2/13/2018 | 4.5 | Review Kellogg's opposition to plaintiff's motion to strike and enter default and begin drafting reply. |
| 2/15/2018 | 4.3 | Work on reply in support of motion to strike; |
| 2/17/2018 | 5 | Work on Kellogg reply and Fitzgerald Reply Declaration. |
| 3/8/2018 | 3 | Continue document review and note taking, confer with Ms. Persinger re CMC and Motion to Strike Answer. |
| 6/13/2019 | 1.2 | Review and revise draft motion for contempt. |

*DETAILED BILLING RECORDS BY CATEGORY – Motions to Strike Kellogg's Answer & for Civil Contempt*

| Date | Hours | Description |
|---|---|---|
| 6/14/2019 | 11.4 | Finalize and file oppositions to Kellogg's various motions, and motion for civil contempt. |
| 6/28/2019 | 0.3 | Review Kellogg's opposition to motion for civil contempt; review with Ms. Persinger. |
| 7/1/2019 | 8.7 | Begin working on reply in support of motion for civil contempt. |
| 7/2/2019 | 5.2 | Continue working on reply in support of motion for civil contempt. |
| 7/3/2019 | 1 | Finish and file reply in support of motion for civil contempt. |
| **Total =** | **114.2** | |

*Melanie Persinger*

| Date | Hours | Description |
|---|---|---|
| 1/29/2018 | 9.3 | Motion to strike answer or affirmative defenses, including drafting motion to seal documents; meet with Mr. Fitzgerald to discuss draft of brief |
| 1/30/2018 | 2.1 | Assist in finalizing motion to strike affirmative defenses and motion to seal documents in connection with same; research re Kellogg's preemption defenses. |
| 2/19/2018 | 0.1 | Call with Mr. Fitzgerald re comments on reply ISO Motion to Strike |
| 2/20/2018 | 7.4 | Reply in support of motion to strike answer; motion to file documents under seal and supporting documents; file motion to seal |
| 3/14/2018 | 4.5 | Draft and file notice of lodgment, including making exhibits; document review |
| 7/2/2019 | 3.7 | Research re contempt motion; cite check, proofread and edit reply in support of contempt motion |
| 7/3/2019 | 1.8 | Edit reply in support of contempt motion, supporting declaration, and exhibits; finalize for filing |
| **Total =** | **28.9** | |

*DETAILED BILLING RECORDS BY CATEGORY – Motions to Strike Kellogg's Answer & for*
*Civil Contempt*

**Val Erze**

| Date | Hours | Description |
|---|---|---|
| 1/29/2018 | 1 | Prepare exhibit labels and Proposed Order for MTS Answer or Affirmative Defenses |
| 1/30/2018 | 1 | Prepare chambers copies for Motion to Strike Kellogg's Answer and Motion to File Documents Under Seal |
| 3/14/2018 | 1 | Prepare and send chamber's copies of Dkt. No. 125. |
| 6/14/2019 | 0.2 | Proofread sanctions motion |
| **Total =** | **3.2** | |

**Class Certification & Related Motions**

*Jack Fitzgerald*

| Date | Hours | Description |
|------|-------|-------------|
| 1/18/2018 | 3 | Work on class certification motion; schedule phone call with Steve Gaskin and draft planning and brainstorming document regarding current thinking on surveys. |
| 1/18/2018 | 0.8 | Participate in brainstorming meeting with Mr. Flynn, Ms. Persinger, and Ms. Erze concerning possible damages studies. |
| 3/4/2018 | 1.9 | Drafting portions of class certification brief. |
| 3/5/2018 | 4 | Class certification briefing. |
| 3/6/2018 | 1.1 | Deposition outline writing and confer with Ms. Persinger re deposition topics, and class certification briefing. |
| 3/8/2018 | 1.4 | Class certification briefing |
| 4/21/2018 | 11.8 | Continue working on quantifying added sugar for all products; begin drafting Declaration of Jack Fitzgerald in support of motion for class certification; work on class certification brief. |
| 4/22/2018 | 11.2 | Continue working on class certification motion, including assisting in pulling materials for Drs. Greger and Lustig, and Bruce Silverman; work on brief. |
| 4/24/2018 | 12.1 | Work on class certification motion, especially expert declarations and brief; Meeting together with Mr. Flynn, Ms. Persinger, and Ms. Erze re class cert.. |
| 4/25/2018 | 13.3 | Work on class certification motion, especially fact section of brief. |
| 4/26/2018 | 15.3 | Continue working on class certification motion. |
| 4/27/2018 | 14.7 | Continue working on class certification motion; meetings with Mr. Flynn re same. |
| 4/28/2018 | 16.3 | Continue working on class certification motion. |
| 4/29/2018 | 13.6 | Continue working on class certification motion. |
| 4/30/2018 | 15.9 | Finish and file class certification motion and peripheral papers including application to file under seal. |

*DETAILED BILLING RECORDS BY CATEGORY – Class Certification & Related Motions*

| Date | Hours | Description |
|---|---|---|
| 5/10/2018 | 0.8 | Work on Nelson Almeida deposition transcript. |
| 6/12/2018 | 12.7 | Begin working on reply in support of class certification, including reviewing Kellogg's briefing and motions to strike, organizing tasks, outlining reply brief, and communicating with experts; meeting with Mr. Flynn and Ms. Persinger. |
| 6/13/2018 | 1.1 | Review motion to strike Dr. Greger's testimony; together with Ms. Persinger, participate in call with Dr. Greger regarding motion. |
| | 0.5 | Together with Mr. Flynn, Ms. Persinger, and Ms. Erze meeting regarding Class Certification and Daubert Motions. |
| 6/16/2018 | 0.3 | Review and revise response to Kellogg's motion to seal and advise Ms. Persinger to finalize and file. |
| | 2.5 | Work on reply in support of class certification. |
| 6/17/2018 | 8.5 | Work on Kellogg reply in support of motion for class certification. |
| 6/18/2018 | 10.8 | Work on reply in support of motion for class certification; complete mediation brief and send to Mr. Petersen for review. |
| 6/22/2018 | 11.4 | Call with Dr. Lustig regarding Rippe report; work on opposition to motion to strike opinion testimony of Steve Gaskin; communications with Kellogg's counsel regarding missing Simonson discovery. |
| 6/23/2018 | 11 | Work on opposition to motion to strike opinion testimony of Steve Gaskin; circulate early draft to Mr. Gaskin for comment and use in continuing to work on reply declaration. |
| 6/24/2018 | 6.8 | Work on opposition to motion to strike opinion testimony of Steve Gaskin and circulate updated draft; work on facts section of opposition to motion to strike Weir testimony. |
| 6/25/2018 | 9.8 | Continue working on oppositions to motions to strike; finalize and file same. |
| 6/26/2018 | 6.1 | Work on reply in support of motion to class certification; discussion with Ms. Persinger re same. |
| 6/28/2018 | 13.9 | Work on reply in support of motion to class certification. |
| 6/29/2018 | 12.7 | Work on reply in support of motion to class certification. |

*DETAILED BILLING RECORDS BY CATEGORY – Class Certification & Related Motions*

| Date | Hours | Description |
|------|-------|-------------|
| 7/2/2018 | 9.5 | Finalize and file reply in support of motion for class certification and motions to strike portions of Kellogg's expert declarations. |
| 7/10/2018 | 1.7 | Prepare for class certification hearing. |
| 7/11/2018 | 3.4 | Prepare for teleconference with Mr. Weir and Mr. Gaskin regarding Kellogg's replies in support of motions to strike, and participate in teleconference; continue preparing for class certification hearing. |
| 7/15/2018 | 4.6 | Continue preparing for class certification hearing. |
| 7/16/2018 | 3.5 | Continue preparing for class certification hearing. |
| 7/17/2018 | 0.7 | Continue preparing for class certification hearing. |
| 7/19/2018 | 7.6 | Work on replies in support of motions to strike Simonson, Wilcox, and Rippe |
| 7/20/2018 | 4.5 | Work on replies in support of motions to strike Simonson and Wilcox and circulate to Mr. Gaskin and Mr. Weir for review and comment. |
| 7/21/2018 | 1.2 | Continue working on replies in support of motions to strike Simonson and Wilcox, integrating comments from Mr. Weir and Mr. Gaskin. |
| 7/22/2018 | 4.6 | Revise replies in support of motions to strike Simonson and Wilcox and send to Mr. Weir and Mr. Gaskin for further review and comment. |
| 7/23/2018 | 0.7 | Review reply in support of motion to strike Wilcox; file all replies. |
| 8/17/2018 | 1.2 | Review class certification decision; communications with all experts concerning same. |
| 8/21/2018 | 1.7 | Review and revise Dr. Lustig's expert report to conform with class certification decision and send to Dr. Lustig for further revision for finalizing. |
| 8/26/2018 | 2.5 | Work on Rule 23(f) petition. |
| 8/28/2018 | 6.5 | Work on Rule 23(f) petition; discuss mediation and depositions with Ms. Persinger. |
| 8/29/2018 | 5 | Work on Rule 23(f) petition. |

*DETAILED BILLING RECORDS BY CATEGORY – Class Certification & Related Motions*

| Date | Hours | Description |
|---|---|---|
| 8/31/2018 | 8 | Finalize and file Rule 23(f) petition; review Kellogg's Rule 23(f) petition; confer with Ms. Persinger |
| 9/3/2018 | 1.8 | Review and revise draft Bruce Silverman report. |
| | 5 | Begin drafting opposition to Kellogg's Rule 23(f) Petition. |
| 9/4/2018 | 8.3 | Work on opposition to Kellogg's Rule 23(f) petition, including legal research. |
| 9/5/2018 | 8.5 | Continue working on opposition to Kellogg's Rule 23(f) petition. |
| 9/10/2018 | 5.7 | Continue working on opposition to Kellogg's Rule 23(f) petition; review and provide comments and revisions to draft Gaskin Report. |
| **Total =** | **341.5** | |

***Trevor Flynn***

| Date | Hours | Description |
|---|---|---|
| 4/20/2018 | 8 | Work on Motion for Class Certification - 3rd Party discovery summary; Frosted Mini-Wheats Fact Section; review and summary of Sell Deposition |
| 4/21/2018 | 7 | Work on Motion for Class Certification - 3rd Party discovery summary; Frosted Mini-Wheats Fact Section; review and summary of Sell Deposition |
| 4/22/2018 | 7 | Work on Motion for Class Certification - 3rd Party discovery summary; Frosted Mini-Wheats Fact Section; review and summary of Sell Deposition; Glycemic Table; Document Review |
| 4/23/2018 | 8.5 | Work on Motion for Class Certification - Expert report of Bruce Silverman |
| 4/24/2018 | 3.5 | Finalized Silverman Report for Class Cert |
| 4/24/2018 | 3.5 | Work on Class Cert -- Hamner Deposition, review and citations for class cert motion; office meeting re Class Cert. tasks. |
| 4/25/2018 | 4.5 | Work on Class Cert -- Hamner Deposition, review and citations for class cert motion |

*DETAILED BILLING RECORDS BY CATEGORY – Class Certification & Related Motions*

| Date | Hours | Description |
|---|---|---|
|  | 2.5 | Work on Class Cert -- Culling Kellogg discovery responses; sent helpful discovery responses to Mr. Fitzgerald |
| 4/27/2018 | 6 | Searched Kellogg documents for any data helpful in damages analysis under demand model; meeting with Mr. Fitzgerald; phone call with Colin Weir; Forwarded relevant docs to Colin |
|  | 0.7 | Worked on calendaring and organizing dates for upcoming depositions |
| 4/29/2018 | 7.5 | Work on class cert motion, including compiling exhibits |
| 4/30/2018 | 11.5 | Work on class cert motion including case cite checking; fact checking; deposition tr. Citations; expert report cites; proofreading; deposition excerpts; exhibit creation |
| 6/12/2018 | 2.3 | Review documents filed by Kellogg in response to Class Cert. Motion; meeting with Mr. Fitzgerald and Ms. Persinger |
| 6/13/2018 | 1.6 | Continued review of Kellogg documents |
|  | 0.5 | Team meeting regarding planning for reply on class cert and dealing with Daubert Motions |
| 6/14/2018 | 2.2 | Work on class cert reply items, including opposition to motions to exclude experts |
| 6/15/2018 | 3.5 | Continued work on class cert reply documents |
| 6/22/2018 | 3.4 | Work on reply to class certification including opposition to motion to strike Silverman |
| 6/25/2018 | 13 | Work on Reply to Class Cert including oppositions to motions to exclude experts, Persinger declaration, all exhibits |
| 6/26/2018 | 1.2 | Began work on motion to strike Wilcox |
| 6/27/2018 | 7.4 | Work on motions to strike experts and Flynn declaration; work on reply motion for class cert |
| 6/28/2018 | 6.5 | Work on motions to strike experts and Flynn declaration; work on reply motion for class cert |
| 6/29/2018 | 8.2 | Work on motions to strike experts and Flynn declaration; work on reply motion for class cert |

*DETAILED BILLING RECORDS BY CATEGORY – Class Certification & Related Motions*

| Date | Hours | Description |
|------|-------|-------------|
| 7/2/2018 | 6.5 | Finalized motions to strike experts, reply motion for class cert |
| 8/17/2018 | 1 | Review of Judge Koh's order on Class Certification |
| 8/20/2018 | 0.8 | Meeting with Mr. Fitzgerald, Ms. Persinger, and Ms. Erze regarding strategy following class cert decision |
| 8/21/2018 | 0.4 | Teleconference with experts regarding tasks following class certification |
| **Total =** | **128.7** | |

***Melanie Persinger***

| Date | Hours | Description |
|------|-------|-------------|
| 4/16/2018 | 1.2 | Draft Hadley declaration; correspondence with Mr. Fitzgerald |
| 4/17/2018 | 3.5 | Begin draft of Nutri-Grain fact section of class cert brief, including gathering documents on messaging, materiality, target consumer, and consumption patterns |
| 4/20/2018 | 7.5 | Work on motion for class certification, including drafting NG section of brief; gather documents and research issues raised by Mr. Fitzgerald |
| 4/21/2018 | 6.8 | Finish draft of NG section of brief; review Sam Minardi deposition transcript and create summary of useful testimony for class certification, gather names of relevant third parties and potential deponents as well as cites for letter to Kellogg re lack of knowledge of 30(b)(6) witnesses |
| 4/23/2018 | 8.6 | Work on class cert motion |
| 4/24/2018 | 7.2 | Work on class cert motion, including team meeting re same |
| 4/25/2018 | 2.6 | Work on class cert motion, including collecting documents/evidence for fact sections; edits to motion to seal; call with Post's counsel re subpoena; review Lustig Report and confer with Mr. Fitzgerald re proposed edits |
| 4/26/2018 | 7.5 | Work on class cert motion |
| 4/27/2018 | 8 | Work on class cert motion |

*DETAILED BILLING RECORDS BY CATEGORY – Class Certification & Related Motions*

| Date | Hours | Description |
|---|---|---|
| 4/28/2018 | 10.5 | Work on class cert motion |
| 4/29/2018 | 2.8 | Work on class cert motion |
| 4/30/2018 | 10.9 | Work on class cert motion |
| 6/12/2018 | 8.4 | Reading reply in support of class cert and all supporting papers and discussing same with Mr. Fitzgerald and Mr. Flynn; begin response to Kellogg's motion to seal |
| 6/13/2018 | 6.2 | Response to Kellogg's motion to seal and supporting declaration; office meeting to discuss RIS class cert & divide tasks |
| 6/14/2018 | 8.4 | Outline motion to strike Rippe report based on detailed review of report; finalize and file response to Kellogg's motion to seal |
| 6/17/2018 | 5.4 | Draft motion to strike portions of Rippe report; edit mediation brief |
| 6/18/2018 | 6.4 | Draft opposition to motion to strike Greger |
| 6/19/2018 | 8.3 | Continue to draft opposition to motion to strike Greger; review Kellogg's mediation brief |
| 6/20/2018 | 6.9 | Continue to draft opposition to motion to strike Greger |
| 6/21/2018 | 8.2 | Finish draft of opposition to motion to strike Greger; discuss mediation with Mr. Fitzgerald; edits to motion to strike portions of Rippe report; discuss division of tasks for class cert with Mr. Fitzgerald |
| 6/22/2018 | 7 | Continue to draft motion to strike Rippe report; meeting re class cert tasks; finalize opposition to motion to strike Greger and send to Dr. Greger for review; begin draft of opposition to motion to strike Weir |
| 6/23/2018 | 7.8 | Continue drafting opposition to motion to strike Weir |
| 6/24/2018 | 5.4 | Continue drafting opposition to motion to strike Weir |
| 6/25/2018 | 9.5 | Finish draft of opposition to motion to strike Weir; helping finalize all opposition to motions to strike plaintiff's experts, including incorporating additional evidence, cite checking, and edits |
| 6/26/2018 | 3.5 | Meeting to discuss remaining tasks for RIS class cert; edits to motion to strike Rippe report; look into getting hearing date and discuss same with Mr. Fitzgerald; start draft of motion to seal |

*DETAILED BILLING RECORDS BY CATEGORY – Class Certification & Related Motions*

| Date | Hours | Description |
|---|---|---|
| 6/27/2018 | 6.7 | Edits to motion to seal; draft motion to strike Simonson, including detailed review of Simonson report and plaintiff's experts' responsive declarations regarding same |
| 6/28/2018 | 8.5 | Review and edit Gaskin declaration in support of motion to strike Simonson; continue draft of motion to strike Simonson |
| 6/29/2018 | 6.6 | Continue draft of motion to strike Simonson; edits to Gaskin declaration in support of same; edits to RIS to class cert |
| 7/2/2018 | 6.9 | Edits to RIS of class cert; edits to motion to seal; cite check motion to strike Simonson; finalize Gaskin declaration in support of motion to strike Simonson |
| 7/17/2018 | 5.1 | Prepare for class cert hearing (motions to strike Kellogg's experts); discuss Judge Koh's order taking hearing off calendar; call clerk re scheduling of CMC in light of judge's order on hearing |
| 7/18/2018 | 1.1 | Draft reply in support of motion to strike Rippe report |
| 7/19/2018 | 4.4 | Finish draft of reply in support of motion to strike Rippe report |
| 7/20/2018 | 0.8 | Cite check, proof, and TOA for RIS of motion to strike Rippe report |
| 7/23/2018 | 0.8 | Proofread & finalize for filing RIS of motion to strike Simonson |
| 8/14/2018 | 0.4 | Draft and file statement of recent decision |
| 8/31/2018 | 6.2 | Research for 23(f) petition; review, proofread and cite check 23(f) petition and finalize for filing; discuss deposition and other case issues with Mr. Fitzgerald; file notice of lodging of special master's order |
| 9/4/2018 | 0.6 | Review Kellogg's Rule 23(f) petition & discuss with Mr. Fitzgerald |
| 9/6/2018 | 0.4 | Review omnibus seal motion & give assignment to Ms. Erze re categorizing documents/required responses |
| 9/10/2018 | 0.3 | Review opposition to defendant's rule 23(f) petition |
| 9/12/2018 | 6.3 | Notice of lodging in response to court's seal order; set up meet and confer call with Kellogg re same; send deposition expenses (Julie Jursinic) to Mr. Fitzgerald |

*DETAILED BILLING RECORDS BY CATEGORY – Class Certification & Related Motions*

| Date | Hours | Description |
|---|---|---|
| 9/13/2018 | 1.3 | Edits to notice of lodging; call with Alex Smith re notice of lodging and renewed motion to seal |
| **Total =** | **224.9** | |

*Val Erze*

| Date | Hours | Description |
|---|---|---|
| 4/30/2018 | 11.3 | Organize hard copies of exhibits into binders, update Fitzgerald declaration to reflect exhibit details, maintain table of exhibits, remove duplicates, prepare exhibits with cover sheets for filing |
| 5/1/2018 | 6 | Prepare chambers copies of motion for class cert/ supporting documents, prepare thumb drive of exhibits for manual filing and thumb drive of all exhibits for Kellogg's counsel, Fed-Ex trip for same |
| 6/12/2018 | 8.2 | Download and organize Opposition to Class Cert / Daubert motion docs, review Opposition, begin collecting responsive Kellogg/LB documents |
| 6/13/2018 | 8 | Continue reviewing document notes for responsive documents, team meeting re tasks, organize responsive documents by theme |
| 6/18/2018 | 8.3 | Review Hadley depo transcript to pull citations, emails with TSG re Wilcox deposition, create skeleton for opposition to Gaskin/Weir Daubert motions, review mediation brief and collect exhibits, create skeleton for motion for summary judgement, draft reply declaration of Stephen Hadley, prepare binder of mediation brief and exhibits |
| 6/19/2018 | 2 | Create skeleton for motion for partial summary judgement and begin reviewing documents and incorporating relevant information. |
| 6/20/2018 | 6 | Start drafting motion for partial summary judgement, corresponding declaration and proposed order, update RB/RBC timelines from class cert motion to serve as exhibits, print and organize batch of document review notes into production binders. |
| 6/22/2018 | 6 | Review LB production for label proofs, compare against Kellogg label timelines and check for new label production, update label timeline for motion for partial summary judgement, review three cases in which Weir has been an expert for parallel arguments |

*DETAILED BILLING RECORDS BY CATEGORY – Class Certification & Related Motions*

| Date | Hours | Description |
|---|---|---|
| 6/25/2018 | 13 | Proofread Gaskin reply declaration/brief and added citations, review Gaskin/Weir depositions for use in Gaskin/Weir briefs, proofread Weir brief, cite check Gaskin brief, prepare list of deposition citations for exhibits, prepare exhibits for Gaskin/Weir/Wilcox |
| 6/26/2018 | 2 | Save items to docket, prepare chamber's copies and trip to FedEx for mailing, draft joint status report on mediation |
| 6/27/2018 | 6 | Pull together hard copy Kellogg/LB documents relative to materiality, ensure appropriate sections were highlighted and flagged, review docs noted as relevant and create document with best quotes |
| 6/28/2018 | 6 | Review of documents for indications of meaning of wholesome/lightly sweetened to consumers, review Gaskin rebuttal declaration and insert citations |
| 6/29/2018 | 8.5 | Incorporate Gaskin edits into rebuttal declaration, put together exhibits for reply brief, prepare Flynn declaration, fact cite checks for Rippe motion, prepare proposed orders for motions to strike, update Hadley declaration and citations in reply brief, fact cite checks for Wilcox motion and reply brief |
| 7/2/2018 | 7.8 | Finalize Flynn declaration, review deposition transcript exhibits for confidentiality, update motion to seal & Persinger declaration accordingly, review Simonson brief for missing cites and identify paragraphs of report to strike, save and prepare chambers copies of documents and FedEx trip |
| 7/5/2018 | 4 | Prepare binders for class cert hearing - class cert briefing, Fitzgerald declarations and exhibits, Kellogg declarations, Motions to Strike/Exclude experts, and expert reports, pull together exhibits to Fitzgerald declaration |
| 7/6/2018 | 1 | Continue pulling together exhibits to Fitzgerald declaration |
| 7/16/2018 | 0.2 | Prepare copies of additional expert declarations for class cert hearing |
| 7/18/2018 | 1.2 | Keyword search of documents for materials to back up MTS Simonson reply, search of record for Gaskin depo quote |
| 7/20/2018 | 7.5 | Proofread and fact cite checked MTS Rippe and Wilcox replies, edit portion of Wilcox reply, search production for documents re prominence of challenged claims |

*DETAILED BILLING RECORDS BY CATEGORY – Class Certification & Related Motions*

| Date | Hours | Description |
|------|-------|-------------|
| 7/23/2018 | 0.5 | Proofread MTS Rippe reply, updated and save new PDF; prepare chamber's copies of replies in support of MTS Rippe, Wilcox, Simonson |
| 8/20/2018 | 0.8 | Team meeting re next steps |
| 8/31/2018 | 3.2 | Incorporate NY plaintiff's purchase details into draft complaint, proofread Rule 23(f) petition, prepare COS, prepare copies for defense counsel and FedEx trip for delivery |
| 9/4/2018 | 3 | Prepare and file Notice of Filing 23(f) petitions, integrate comments and additions to Lustig report, started updates on causes of action section of NY complaint |
| 9/6/2018 | 0.4 | Proofread opposition to Kellogg's 23(f) appeal, |
| | 2.9 | Review Koh's omnibus seal order to determine which documents will need to be filed or updated. |
| 11/8/2018 | 0.4 | Draft status report re Ninth Circuit order denying 23(f) petitions and schedule mediation; file same |
| **Total =** | **124.2** | |

*DETAILED BILLING RECORDS BY CATEGORY – Fact Witness Depositions*

**Fact Witness Depositions**

*Jack Fitzgerald*

| Date | Hours | Description |
|------|-------|-------------|
| 10/26/2017 | 0.3 | Meet with Mr. Flynn and Ms. Persinger to brainstorm deposition topics for brand managers. |
| 3/4/2018 | 1.5 | Drafting Rule 30(b)(6) deposition outline. |
| 3/8/2018 | 2 | Deposition outline writing; draft and serve Amended Rule 30(b)(6) deposition notice. |
| 4/8/2018 | 15 | Travel to Battle Creek, Michigan for Kellogg depositions, and finish preparing for deposition on Wednesday, April 11. |
| 4/9/2018 | 6 | Take deposition of Kellogg 30(b)(6) witness Nelson Almeida; begin preparing for deposition on Thursday, April 12. |
| 4/10/2018 | 11.3 | Take deposition of Kellogg 30(b)(6) witness Richard Condlyffe; continue preparing for deposition on Thursday, April 12. |
| 4/11/2018 | 13.5 | Take deposition of Kellogg 30(b)(6) witness Sam Minardi; finish preparing for deposition on Thursday, April 12. |
| 4/12/2018 | 20 | Take deposition of Kellogg 30(b)(6) witness Patrick Hamner, and travel home to San Diego. |
| 4/18/2018 | 8.5 | Travel from LaGuardia to Battle Creek via Dulles and Grand Rapids for 30(b)(6) deposition of James Sell. |
| 4/19/2018 | 18.2 | Attend deposition of James Sell and travel home to San Diego. |
| 5/8/2018 | 0.4 | Communications with Kellogg's counsel, various experts, and Mr. Hadley, regarding deposition scheduling. |
| 5/14/2018 | 0.3 | Draft and send letter to Ken Lee responding to his May 4 letter regarding depositions. |
| 5/18/2018 | 1.7 | Prepare to engage in deposition preparation of Mr. Hadley. |
| 5/21/2018 | 0.1 | Email to Mr. Lee regarding payment of Mr. Silverman's deposition fee. |
| 5/22/2018 | 9.5 | Travel to San Antonio and prepare Mr. Hadley for deposition. |

*DETAILED BILLING RECORDS BY CATEGORY – Fact Witness Depositions*

| Date | Hours | Description |
|---|---|---|
| 5/23/2018 | 16.8 | Defend Mr. Hadley's deposition and travel home to San Diego. |
| 8/2/2018 | 5.9 | Continue preparing for Sadie Cook-Clark deposition; review Ken Lee's July 31 letter and email Mr. Lee regarding same. |
| 8/4/2018 | 2.5 | Prepare outline for deposition of Kellogg's Rule 30(b)(6) with respect to document preservation. |
| 8/8/2018 | 4 | Begin preparing for Sadie Cook-Clark deposition; call with AMS to discuss current projects. |
| 8/12/2018 | 5.8 | Continue preparing for Sadie Cook-Clark deposition. |
| 8/14/2018 | 11.2 | Travel to Battle Creek to take depositions of Sadie Garcia and Brandon Shouldice; prepare for Garcia deposition. |
| 8/15/2018 | 17 | Take deposition of Sadie Garcia and Brandon Shouldice; travel back to San Diego. |
| 8/21/2018 | 6 | Prepare for and take 30(b)(6) deposition on document retention; work on administrative motion for relief relating to fact and expert discovery deadlines; discuss ADR with Mr. Panos and Mr. Montgomery; draft joint status report and send to Mr. Panos for review; file same. |
| 8/22/2018 | 0.1 | Discuss depositions with Ms. Persinger |
| **Total =** | **177.6** | |

***Trevor Flynn***

| Date | Hours | Description |
|---|---|---|
| 4/13/2018 | 3.5 | Prep for 30b6 deposition |
| 4/15/2018 | 6 | Prep for 30b6 deposition; confer with Ms. Persinger regarding same. |
| 4/16/2018 | 4.5 | Prep for 30b6 deposition |
| 4/17/2018 | 6 | Prep for 30b6 deposition |
| 4/18/2018 | 9 | Travel to Battle Creek, MI |
| 4/19/2018 | 6.5 | Deposition of Jim Sell, 30b6 Witness for NutriGrain products |

*DETAILED BILLING RECORDS BY CATEGORY – Fact Witness Depositions*

| Date | Hours | Description |
|---|---|---|
| | 7 | Travel from Battle Creek to San Diego |
| 4/27/2018 | 1.2 | With Mr. Fitzgerald, identified Kellogg employees to depose and one additional witness to subpoena for deposition; prepared and issued notices of deposition and issued depo subpoena. |
| 8/23/2018 | 3.2 | Deposition prep for Bell and Delonis |
| 8/24/2018 | 6.3 | Continued deposition prep for Bell and Delonis; coordinated travel with Ms. Persinger |
| 8/27/2018 | 3.2 | Continued deposition prep for Bell and Delonis |
| 8/28/2018 | 8.5 | Travel to Battle Creek, MI through Lansing, MI airport |
| 8/29/2018 | 7.3 | Depositions of Chris Bell and Jeff Delonis |
| 8/30/2018 | 2.2 | Second chair deposition of Julie Jursinic |
| | 7.5 | Travel back to San Diego |
| 3/25/2019 | 2.5 | Work on Ancrile deposition prep |
| 3/26/2019 | 3 | Work on Ancrile deposition prep |
| 3/28/2019 | 4.5 | Work on Ancrile deposition prep |
| **Total =** | **91.9** | |

*Melanie Persinger*

| Date | Hours | Description |
|---|---|---|
| 10/24/2017 | 1.2 | Draft questions for brand managers |
| 10/26/2017 | 1 | Office meeting re questions to ask brand managers |
| 3/6/2018 | 6.3 | Confer with Mr. Fitzgerald re 30(b)(6) deposition topics; draft Kellogg 30(b)(6) deposition notice; edits to same; finalize and serve deposition notice; discuss project with Ms. Erze re third party subpoenas; document review |

*DETAILED BILLING RECORDS BY CATEGORY – Fact Witness Depositions*

| Date | Hours | Description |
|---|---|---|
| 3/16/2018 | 8.4 | Correspondence re 30(b)(6) deposition topics and discussing same with Mr. Fitzgerald; gathered information for Steve Gaskin re Nutri-Grain competitors, claim timeline, and flavor/pack size varieties |
| 3/22/2018 | 1.5 | Edits to draft of opposition to Kellogg's letter motion for protective order re 30(b)(6) topics |
| 4/12/2018 | 7.2 | Nutri-Grain deposition outline & prep |
| 4/14/2018 | 2.5 | Document review and Nutri-Grain deposition prep |
| 4/15/2018 | 2 | Finish NG outline and confer with TF re deposition |
| 5/11/2018 | 1.8 | Discussing deposition preparation with Mr. Fitzgerald; prepare for Hadley deposition including review of other transcripts and creating outline |
| 5/14/2018 | 6.1 | Continue Hadley deposition preparation; edits to RFAs to Kellogg; help Mr. Fitzgerald with responses to Krommenhock's interrogatories |
| 5/15/2018 | 0.7 | Finish printing/gathering documents for Hadley deposition preparation |
| 6/4/2018 | 6 | Collecting documents for Jack Gresser deposition |
| 6/7/2018 | 0.1 | Discussing depositions and document production with Mr. Fitzgerald |
| 8/8/2018 | 0.1 | Meeting re upcoming depositions. |
| 8/10/2018 | 2 | Prep for deposition of Brandon Shouldice |
| 8/13/2018 | 4.7 | Help Mr. Fitzgerald prepare for Kellogg depositions by reviewing list of potential documents and selecting relevant documents and drafting portion of outline |
| 8/15/2018 | 5.2 | Prepare for depositions |
| 8/16/2018 | 6.7 | Book flight and hotel for upcoming depositions; discuss upcoming depositions with Mr. Fitzgerald; prep for depositions of Joel Ancrile |
| 8/17/2018 | 7.1 | Prep for Joel Ancrile deposition; review class cert order and discuss with team |

*DETAILED BILLING RECORDS BY CATEGORY – Fact Witness Depositions*

| Date | Hours | Description |
|---|---|---|
| 8/20/2018 | 5.4 | Prep for upcoming depositions; set up court reporter for 30(b)(6) deposition taking place tomorrow; office meeting re strategy after class cert |
| 8/21/2018 | 7.5 | Prep for upcoming depositions; attend 30(b)(6) deposition of Tom Monroe (re document retention); call with experts re strategy after class cert; cancel flight and hotel due to change in deposition schedule; review tentative order from special master re compelling additional labels from Kellogg and Kashi |
| 8/27/2018 | 2.5 | Prepare for Julie Jursinic deposition |
| 8/28/2018 | 5 | Finish preparation for Julie Jursinic deposition; discuss mediation and depositions with Mr. Fitzgerald. |
| 8/29/2018 | 10.5 | Travel to Kalamazoo for deposition |
| 8/30/2018 | 15.7 | Take deposition of Julie Jursinic and travel home |
| **Total =** | **117.2** | |

*Val Erze*

| Date | Hours | Description |
|---|---|---|
| 4/7/2018 | 6.8 | Print and organize documents for depositions |
| 4/9/2018 | 2 | Trip to South Coast office to pick up toner, print additional documents for depositions; FedEx trip to mail documents. |
| 4/10/2018 | 2 | Type Nutri Grain doc review notes, add flagged fields into production index, prepare and ship flagged presentations to experts. |
| 5/7/2018 | 3 | Review of Almeida deposition transcript and notation of useful testimony, other individuals to depose, relevant third parties. |
| 5/10/2018 | 4 | Perform keyword searches for future deponents Jeff Delonis, Chris Bell, Nigel Hughes, compile results |
| 7/27/2018 | 1 | Start reviewing Kellogg doc production for useful documents for depositions |
| 7/30/2018 | 2.5 | Continue review of Kellogg docs for useful documents for depositions |

*DETAILED BILLING RECORDS BY CATEGORY – Fact Witness Depositions*

| Date | Hours | Description |
|------|-------|-------------|
| 7/31/2018 | 1.5 | Continue review of Kellogg docs for useful documents for depositions |
| 8/1/2018 | 1 | Continue review of Kellogg docs for useful documents for depositions |
| 8/2/2018 | 6.8 | Continue review of Kellogg docs for useful documents for depositions |
| 8/3/2018 | 7.5 | Continue review of Kellogg docs for useful documents for depositions |
| 8/7/2018 | 6.5 | Continue review of Kellogg docs for useful documents for depositions |
| 8/8/2018 | 4 | Continue review of Kellogg docs for useful documents for depositions |
| 8/9/2018 | 6.5 | Continue review of Kellogg docs for useful documents for depositions |
| 8/13/2018 | 10 | Pull together hard copies of Shouldice documents, print and organize copies of other documents for deposition use, assist with organizing Kook-Clark documents |
| 8/14/2018 | 5 | Review of Kellogg docs for documents relevant to Joel Ancrile |
| 8/15/2018 | 6 | Finish review for Ancrile documents, compile existing hard copies of relevant documents, review production for Jursinic documents |
| 8/16/2018 | 7 | Print and organize additional Ancrile docs, begin review of production for Delonis documents |
| 8/17/2018 | 2 | Print and organize docs for Jursinic deposition |
| 8/23/2018 | 5.5 | Review Kellogg production for Bell deposition documents. |
| 8/24/2018 | 3 | Gathered hard copies of and finalize list of docs for Bell deposition, print documents for Delonis deposition. |
| 8/27/2018 | 2 | Finalize list of documents with reference to NLI labeling, print copies of docs for Bell depo. |
| 8/28/2018 | 3.2 | Print and organize docs for Jursinic deposition, update and send deposition notices, begin updating complaint for NY case |

*DETAILED BILLING RECORDS BY CATEGORY – Fact Witness Depositions*

| Date | Hours | Description |
|---|---|---|
| 9/6/2018 | 2.9 | Start compiling docs related to Noel Geoffroy for deposition use. |
| 9/10/2018 | 5.5 | Continue reviewing Kellogg production for documents relevant to Noel Geoffroy deposition. |
| 9/11/2018 | 3.7 | Continue review of Noel Geoffroy docs |
| 9/19/2018 | 2.9 | Noel Geoffroy doc review, save notice of lodging and exhibits to docket |
| 9/21/2018 | 2 | Finalize list of Noel Geoffroy docs, locate and organize hard copies of documents already printed |
| **Total =** | **115.8** | |

**Expert Witness Depositions**

*Jack Fitzgerald*

| Date | Hours | Description |
|---|---|---|
| 4/3/2018 | 11.2 | Work on deposition preparation, including making necessary arrangements. |
| 4/4/2018 | 10.9 | Continue working on deposition preparation. |
| 4/6/2018 | 10.4 | Continue working on deposition preparation; review Bruce Silverman's draft report and, together with Ms. Persinger, participate in call with Mr. Silverman to advise him of comments on draft. |
| 4/7/2018 | 11.1 | Continue working on deposition preparation. |
| 5/29/2018 | 11.5 | Travel to Boston for depositions of Steve Gaskin and Colin Weir; |
| 5/30/2018 | 8.4 | Defend deposition of Steve Gaskin; prepare Colin Weir for deposition. |
| 5/31/2018 | 16.5 | Defend deposition of Colin Weir and travel home to San Diego. |
| 6/7/2018 | 0.1 | Confer with Ms. Persinger re depositions and document production. |
| 6/18/2018 | 2.1 | Work with Mr. Flynn and Mr. Weir to coordinate arrangements for Wilcox deposition. |
| 9/26/2018 | 1.2 | Work with Mr. Weir to prepare for his deposition and respond to question from Kellogg's counsel regarding data; confer with Ms. Persinger |
| 9/27/2018 | 10 | Travel from San Francisco to Boston to defend Colin Weir deposition. |
| 9/28/2018 | 16.8 | Defend Colin Weir deposition and travel home. |
| 9/30/2018 | 8 | Prepare for James Rippe deposition. |
| 10/4/2018 | 10 | Further prepare for then take Dr. Rippe's deposition; meet with Mr. Gaskin to prepare him for deposition. |
| 10/5/2018 | 10.5 | Defend Steve Gaskin's deposition and travel home to San Diego. |
| 4/24/2019 | 0.4 | Communications with Kellogg concerning deposition scheduling. |

*DETAILED BILLING RECORDS BY CATEGORY – Expert Witness Depositions*

| Date | Hours | Description |
|---|---|---|
| 4/25/2019 | 1 | Further communications with Kellogg and experts concerning deposition scheduling. |
| 4/27/2019 | 6.5 | Prepare to defend Lustig and Silverman depositions, including related communications. |
| 5/3/2019 | 11.1 | Begin preparing to take Dr. Simonson's deposition. |
| 5/4/2019 | 8.5 | Continue preparing to take Dr. Simonson's deposition. |
| 5/5/2019 | 8.2 | Continue preparing to take Dr. Simonson's deposition. |
| 5/6/2019 | 11 | Prepare to take Dr. Wilcox's deposition; travel to San Francisco to take Dr. Simonson's deposition. |
| 5/7/2019 | 9.5 | Take Dr. Simonson's deposition. |
| 5/8/2019 | 22.5 | Travel from San Francisco to Charlottesville, VA to take Dr. Wilcox's deposition, take Dr. Wilcox's deposition, then travel home to San Diego. |
| **Total =** | **217.4** | |

*Trevor Flynn*

| Date | Hours | Description |
|---|---|---|
| 6/18/2018 | 2.6 | Review emails from Colin Weir; work with Mr. Fitzgerald to plan and schedule deposition of Dr. Wilcox in VA; Review of Mr. Weir's notes on deposition |
| 6/19/2018 | 7.4 | Prep for deposition of Dr. Wilcox |
| 6/20/2018 | 9.5 | Travel to Charlottesville, VA for deposition of Dr. Wilcox |
| | 1 | Meeting with Colin Weir to discuss deposition; prep; outline |
| 6/21/2018 | 3.2 | Deposition of Dr. Wilcox |
| | 8.5 | Travel to San Diego following deposition of Dr. Wilcox; follow up with Mr. Fitzgerald and Colin Weir re same |
| **Total** | **32.2** | |

*DETAILED BILLING RECORDS BY CATEGORY – Expert Witness Depositions*

**Val Erze**

| Date | Hours | Description |
|------|-------|-------------|
| 4/29/2019 | 0.5 | Coordination with TSG and draft depo notices for Simonson/Wilcox |
| 5/3/2019 | 0.3 | Create redline of Simonson reports for depo prep |
| 5/6/2019 | 0.3 | Locate document in support of heart health leading to growth for Raisin Bran (for use in Wilcox depo) |
| **Total =** | **1.1** | |

*DETAILED BILLING RECORDS BY CATEGORY – Work with Plaintiff Experts*

**Work with Plaintiff Experts**

*Jack Fitzgerald*

| Date | Hours | Description |
|------|-------|-------------|
| 9/13/2017 | 0.8 | Calls with Drs. Robert Lustig and ███████ regarding possibility of acting as experts in action. |
| 9/15/2017 | 0.4 | Call with Steve Gaskin, Mr. Flynn, and Ms. Persinger concerning exploratory research |
| 9/20/2017 | 0.5 | Call with Steve Gaskin, Julie, and Jason at AMS regarding budget for exploratory research. |
| 10/12/2017 | 1.4 | Communications with Dr. Greger and Dr. Lustig regarding retainer agreements and amounts; call with Steve Gaskin and AMS staff regarding exploratory research; gather and convey materials to AMS for exploratory research; communications with Smart & Final counsel regarding subpoena and request for extension. |
| 10/17/2017 | 1.5 | Communications with potential marketing expert Bruce Silverman; call with Steve Gaskin, Amanda Traub, and Julie Morris to discuss exploratory research. |
| 10/20/2017 | 1.3 | Call with AMS regarding exploratory research; work on finding and providing related information to AMS. |
| 10/24/2017 | 7.5 | Travel to Boston to observe AMS' exploratory research. |
| 10/25/2017 | 19 | Observe AMS' exploratory research and travel back to San Diego. |
| 11/3/2017 | 1.4 | Meet with Mr. Flynn and Ms. Persinger to prepare for conference call, then participate in call with experts Steve Gaskin, Colin Weir, and Bruce Silverman to brainstorm about a possible damages model. |
| 11/8/2017 | 0.7 | Cull, prepare, and send Kellogg production materials to Bruce Silverman for review. |
| 11/10/2017 | 1.4 | Together with Mr. Flynn and Ms. Persinger, participate in conference call with Steve Gaskin, Colin Weir, and Bruce Silverman; debrief with Mr. Flynn and Ms. Persinger; follow-up call with Colin Weir. |
| 11/11/2017 | 5.3 | Perform legal research relating to market demand damages model and email Mr. Weir regarding same. |
| 11/12/2017 | 6.8 | Perform market research at Vons; perform additional research relating to damages and send materials to Mr. Weir regarding same; |

*DETAILED BILLING RECORDS BY CATEGORY – Work with Plaintiff Experts*

| Date | Hours | Description |
|---|---|---|
| | | begin to extract data relating to cereals and pricing for exploratory regression analysis. |
| 11/13/2017 | 9.2 | Perform data collection (from Target) and logging data; send draft spreadsheet to Colin Weir to review. |
| 11/13/2017 | 0.2 | Confer with Ms. Persinger re damages models. |
| 11/14/2017 | 8 | Call with Colin Weir to discuss regression exploratory research and demand damages model; perform further research on damages and work on damages portion of class certification motion. |
| 11/20/2017 | 4.5 | Log cereal data for regression analysis. |
| 11/21/2017 | 8 | Log data from Boston area stores on cereal attribute & pricing spreadsheet for exploratory regression analysis by Colin Weir. |
| 11/22/2017 | 8.7 | Continue working on cereal pricing and attribute spreadsheet for exploratory regression analysis; complete and file joint case management statement. |
| 11/24/2017 | 2.6 | Continue working on cereal pricing and attribute spreadsheet. |
| 11/27/2017 | 8.1 | Continue working on and nearly complete initial data on cereal pricing and attribute spreadsheet, and send to Colin Weir with notes. |
| 11/30/2017 | 0.3 | Together with Mr. Flynn and Ms. Persinger, participate in call with Dr. Greger regarding status of research project. |
| 12/2/2017 | 2.1 | Log data from Star Market provided by Colin Weir, on spreadsheet for regression analysis. |
| 12/3/2017 | 1 | Continue logging data from Star Market on cereal attribute and pricing spreadsheet. |
| 12/5/2017 | 0.4 | Complete logging data on Cereal Attribute & Pricing spreadsheet and send to Colin Weir to begin analysis; complete and file stipulation regarding dismissal of certain claims and misrepresentations with prejudice. |
| 12/12/2017 | 0.3 | Telephone call with Colin Weir regarding results of regression analysis; send Mr. Weir follow-up materials and schedule follow-up call. |

*DETAILED BILLING RECORDS BY CATEGORY – Work with Plaintiff Experts*

| Date | Hours | Description |
|------|-------|-------------|
| 12/14/2017 | 1.2 | Teleconference together with Mr. Flynn and Ms. Persinger and Colin Weir re regression analysis. |
| 12/27/2017 | 0.4 | Call with Colin Weir to discuss additional regression analysis concerning "lightly sweetened"; follow-up communications with Steve Gaskin to schedule strategy call. |
| 1/2/2018 | 0.9 | Together with Mr. Flynn and Ms. Persinger, participate in strategy call with Steve Gaskin, Amanda Traub, and Colin Weir. |
| 1/8/2018 | 0.6 | Team call with Colin Weir and Steve Gaskin |
| 1/11/2018 | 0.9 | Meet with Robert Lustig to discuss expert report. |
| 1/17/2018 | 1 | Together with Mr. Flynn, Ms. Persinger, and Ms. Erze, participate in conference call with AMS team and Colin Weir regarding potential study designs; review Kellogg's objection to tentative orders re requests for production 16 and 17. |
| 1/16/2018 | 0.3 | Review and revise summary of defendants' arguments and send to Dr. Greger. |
| 1/19/2018 | 0.8 | Call with Steve Gaskin to discuss potential studies |
| 1/20/2018 | 7 | Draft skeleton of expert report to provide to Dr. Lusting to begin working on project and send to Dr. Lustig for review. |
| 1/23/2018 | 0.5 | Together with Mr. Flynn, Ms. Persinger, and Ms. Erze, participate in strategy call with Steve Gaskin and AMS, and Colin Weir. |
| | 1.2 | Call with Colin Weir to consult about issues with regression analysis and survey evidence. |
| 1/26/2018 | 0.6 | call with Colin Weir to prepare for group call with AMS; call with Mr. Weir and Julie Morris and Amanda Traub from AMS to discuss ███████ |
| 1/30/2018 | 0.4 | Participate in call with Jason Och and Steve Gaskin from AMS regarding studies; |
| 1/31/2018 | 0.5 | Participate in call with Steve Gaskin, Julie Morris, Amanda Traub, and Colin Weir regarding ██████████████ |
| 2/2/2018 | 1.2 | Participate in call with Julie Morris and Amanda Traub regarding ██████████████; review Dr. Lustig's current draft of his report, |

*DETAILED BILLING RECORDS BY CATEGORY – Work with Plaintiff Experts*

| Date | Hours | Description |
|---|---|---|
| | | then participate in call with Dr. Lustig to discuss same, as well as project to come up with box disclosure. |
| 2/3/2018 | 4 | Complete review of Dr. Greger's draft report and send email to Dr. Greger arranging phone call to discuss same; begin reviewing marketing presentations to prepare for depositions and to insert facts into draft class certification motion. |
| 2/5/2018 | 0.3 | Call with Dr. Greger to discuss draft report and next steps; review Ms. Persinger's draft of revised search terms and send email to Mr. Lee regarding same. |
| 2/6/2018 | 1 | Review ██████████ ██████████████████████ ██████████████████████████████ |
| 2/7/2018 | 1.4 | Telephone and email communications with Julie Morris and Amanda Traub regarding ██████ work on Mr. Hadley's responses and objections to Kellogg's discovery requests. |
| 2/9/2018 | 1.8 | Call with Julie Morris and Amanda Traub regarding ██████ ██████; gather and send Raisin Bran materials to Ms. Morris and Ms. Traub; begin working on revising Dr. Greger's draft report. |
| 2/10/2018 | 6.5 | Work on revising Dr. Greger's report notes into draft report. |
| 2/12/2018 | 0.1 | Further work on Dr. Greger's report. |
| 2/13/2018 | 2 | Call with Dr. Lustig to discuss disclosure and status of expert report; call with Julie Morris to discuss ██████ ██████ ██████. |
| 2/14/2018 | 0.6 | Telephone call with Julie Morris and Amanda Traub to discuss Raisin Bran ██████████. |
| 2/16/2018 | 6.9 | Review Mr. Flynn and Ms. Persinger's draft skeleton of the Bruce Silverman report; meet with Mr. Flynn and Ms. Persinger to discuss same; revise same and email to Mr. Silverman; set up call with Mr. Silverman to discuss; work on reply in support of motion to strike, including beginning to draft declaration and accumulate potential exhibits. |
| 2/19/2018 | 3.2 | Call with Colin Weir to discuss current case and study status and strategy moving forward; call with Ms. Persinger to discuss comments on reply in support of motion to strike; revise reply in support of motion to strike. |

*DETAILED BILLING RECORDS BY CATEGORY – Work with Plaintiff Experts*

| Date | Hours | Description |
|------|-------|-------------|
| 2/20/2018 | 1.7 | Gather materials for Mr. Weir and prepare Fed Ex; finish and file reply in support of motion to strike. |
| | 0.5 | Together with Mr. Flynn and Ms. Persinger, participate in call with Bruce Silverman to discuss assignment. |
| 2/23/2018 | 1.4 | Telephone call with Colin Weir to discuss M███████████████ ███████████ together with Mr. Flynn, Ms. Persinger, and Ms. Erze, participate in conference call with Colin Weir, Bruce Silverman, Steve Gaskin, and others at AMS; follow-up calls with Amanda Traub and Colin Weir. |
| 2/24/2018 | 6.3 | Complete revision and reorganization of draft Greger Report and send back to Dr. Greger with comments; collect and send Dr. Greger relevant documentation; begin reviewing Kellogg's recent production of marketing documents. |
| 2/27/2018 | 4.3 | Participate in call with Steve Gaskin, Julie Morris, and Amanda Traub regarding study designs for possible conjoint surveys; review recently-produced documents. |
| 3/1/2018 | 2.8 | Engage in research to support choices in conjoint survey, especially looking for instances in which a disclosure in a survey has been accepted, and send information to AMS. |
| 3/15/2018 | 0.5 | Together with Mr. Flynn and Ms. Persinger, call with Steve Gaskin ██████████ |
| 3/16/2018 | 0.6 | Together with Mr. Flynn, Ms. Persinger, and Ms. Erze participate in call with Colin Weir. |
| 3/21/2018 | 1 | Participate in call with AMS to discuss current status of damages studies. |
| 3/26/2018 | 2 | Participate in call with AMS and Colin Weir to discuss status of damages studies. |
| 3/27/2018 | 0.1 | Review AMS's latest demand model draft. |
| 4/20/2018 | 10.9 | Call with Colin Weir and Andrew Kearns to discuss regression and other various issues; email communications with Julie Morris concerning demand study; email and telephone communications with Bruce Silverman regarding his report and items to provide; pull together various items for Mr. Silverman's report and send by email with notes; examine Kellogg's production of formulation documents |

*DETAILED BILLING RECORDS BY CATEGORY – Work with Plaintiff Experts*

| Date | Hours | Description |
|------|-------|-------------|
| | | and begin to create tables showing added sugar during class period by product. |
| 4/21/2018 | 3.1 | Review and revise draft Lustig report; call with Dr. Lustig to discuss report and provide additional direction; communications with Bruce Silverman regarding report; review and comment on latest version of Mr. Silverman's report. |
| 5/10/2018 | 0.4 | Communications with Bruce Silverman, Colin Weir, Steve Gaskin, and Michael Greger regarding subpoenas from Kellogg; call with Mr. Hadley to discuss interrogatory responses; revise same and send to Mr. Hadley for further review. |
| 6/15/2018 | 0.7 | Together with Mr. Flynn and Ms. Erze, participate in telephone call with Steve Gaskin, Julie Morris, and Colin Weir regarding Kellogg's experts, motions to strike, and strategy for responding to same. |
| 8/6/2018 | 0.5 | Meeting together with Mr. Flynn and Ms. Persinger and call Steve Gaskin and Colin Weir re expert reports. |
| 8/7/2018 | 3 | Review record and draft email to AMS to answer questions to help in design of final conjoint, especially regarding various labels; review draft questionnaires and surveys and provide comments; draft email to Colin Weir regarding standard for "heart health" claim in hedonic; draft letter motion to compel labels from Kellogg and Kashi and send same, with exhibits, to Judge Kenton; discuss Kellogg's Motion to Compel with Ms. Persinger. |
| 8/13/2018 | 5.4 | Review updated conjoint surveys and provide comments to AMS; set up court reporting for Sadie Garcia and Brandon Shouldice depositions; send deposition notices for same to Kellogg; call with Dr. Lustig to discuss ▮▮▮▮▮▮▮▮▮; review and send Dr. Lustig draft ▮▮▮▮▮; continue preparing for Garcia deposition; review Judge Koh's class certification decision in Arris Cable Modem Consumer Litigation. |
| 8/16/2018 | 0.5 | Call with AMS to discuss Raisin Bran conjoint survey issues; confer with Ms. Persinger re depositions. |
| 8/20/2018 | 0.8 | Together with Mr. Flynn, Ms. Persinger, and Ms. Erze, participate in re-grouping call with Colin Weir, Steve Gaskin, Julie Morris, and Amanda Traub to discuss strategy and assignments moving forward. |
| 8/21/2018 | 0.4 | Team teleconference with Colin Weir and Steve Gaskin. |

*DETAILED BILLING RECORDS BY CATEGORY – Work with Plaintiff Experts*

| Date | Hours | Description |
|---|---|---|
| 9/11/2018 | 0.7 | Review and finalize Lustig report for signature. |
| 9/17/2018 | 1.8 | Work with Mr. Gaskin on finalizing report; review and work with Dr. Lustig on finalizing report. |
| 9/20/2018 | 3 | Work with Mr. Weir on finalizing report, including reviewing various versions and suggesting revisions. |
| 4/24/2019 | 3.6 | Work with Mr. Gaskin and Mr. Weir on finalizing merits reports; finalize and serve all expert reports. |
| **Total =** | **202.7** | |

**Trevor Flynn**

| Date | Hours | Description |
|---|---|---|
| 9/8/2017 | 0.6 | Conference call with potential expert Steve Gaskin |
| 9/15/2017 | 0.4 | Teleconference with survey expert, Mr. Fitzgerald, and Ms. Persinger |
| 11/3/2017 | 1.4 | Teleconference with all experts, Mr. Fitzgerald, and Ms. Persinger (includes pre meeting with Mr. Fitzgerald and Ms. Persinger to brainstorm ideas for phone call) |
| 11/10/2017 | 1.3 | Phone call with all experts and Mr. Fitzgerald and Ms. Persinger regarding damages model strategy |
| 11/14/2017 | 2 | Work on data points for various cereal products for expert Colin Weir |
| | 4 | Work on data points for various cereal products for expert Colin Weir |
| 11/17/2017 | 1.7 | Work on table of price/data points |
| 11/30/2017 | 0.3 | Phone call with Dr. Greger with Mr. Fitzgerald and Ms. Persinger |
| 12/14/2017 | 1.2 | Teleconference with Mr. Fitzgerald, Ms. Persinger and Colin Weir regarding regression analysis and plan for gathering data to run full analysis |
| 1/2/2018 | 0.9 | Teleconference with Colin and Steve regarding several items including strategizing for consumer perception survey, further |

*DETAILED BILLING RECORDS BY CATEGORY – Work with Plaintiff Experts*

| Date | Hours | Description |
|---|---|---|
| | | regression analysis, and clarification of what products/messages are left in the case |
| 1/8/2018 | 0.6 | Teleconference with Colin and Steve; Mr. Fitzgerald, Ms. Persinger, and Ms. Erze present |
| 1/17/2018 | 1 | Teleconference with experts, Mr. Fitzgerald, Ms. Persinger, and Ms. Erze regarding damages |
| 1/18/2018 | 0.8 | Meeting with Mr. Fitzgerald, Ms. Persinger, and Ms. Erze regarding damages models and plan of action for surveying/testing methodologies |
| 1/23/2018 | 0.5 | Strategy meeting with experts, Mr. Fitzgerald, Ms. Persinger, and Ms. Erze |
| 2/14/2018 | 5.5 | Work on structuring expert report for Bruce Silverman; pulling and preparing marketing documents in case to send |
| 2/15/2018 | 3.4 | Continued work on Silverman expert report and accompanying materials |
| 2/16/2018 | 0.6 | Meeting with Mr. Fitzgerald and Ms. Persinger regarding Bruce Silverman expert report |
| 2/20/2018 | 4.5 | Review of Kellogg marketing documents to include references in Silverman Report; prepared thumb drive with all docs; team call with Bruce Silverman |
| 2/23/2018 | 0.5 | Teleconference with experts and Mr. Fitzgerald and Ms. Persinger |
| 3/15/2018 | 0.5 | Phone call with Steve Gaskin, Mr. Fitzgerald, and Ms. Persinger regarding ███████████████████████ |
| 3/16/2018 | 0.6 | Phone call with Mr. Fitzgerald, Ms. Persinger, Ms. Erze, and Colin Weir regarding designing conjoint with attribute choices |
| | 0.7 | Teleconference with Gaskin and Weir with Mr. Fitzgerald and Ms. Erze regarding Kellogg's damages experts |
| 8/6/2018 | 0.5 | Meeting with Mr. Fitzgerald and Ms. Persinger; teleconference with Steve and Colin regarding plan for expert reports by deadline; briefly discussed ongoing tasks |
| 9/5/2018 | 0.3 | Emails with Dr. Greger regarding updating report |

*DETAILED BILLING RECORDS BY CATEGORY – Work with Plaintiff Experts*

| Date | Hours | Description |
|------|-------|-------------|
| 9/17/2018 | 0.2 | Emails with Dr. Greger regarding updating report |
| **Total =** | **34** | |

***Melanie Persinger***

| Date | Hours | Description |
|------|-------|-------------|
| 9/8/2017 | 0.5 | Call with Steve Gaskin re conjoint survey |
| 9/15/2017 | 0.4 | Call with Steve Gaskin, Mr. Fitzgerald, and Mr. Flynn re exploratory research |
| 11/3/2017 | 1.4 | Meet with Mr. Fitzgerald and TF to prepare for call, then participate in call with Steve Gaskin and Colin Weir re damages models |
| 11/10/2017 | 1.8 | Call with Colin Weir, Steven Gaskin, and Bruce Silverman re damages models; follow up work re damages models (collect and send documents) |
| 11/13/2017 | 0.2 | Discuss damages models with Mr. Fitzgerald |
| 11/18/2017 | 9.2 | Data entry for Colin Weir |
| 11/19/2017 | 2 | Continue data entry for Colin Weir |
| 11/30/2017 | 0.3 | Call with Dr. Greger re literature review |
| 12/14/2017 | 1.2 | Team call with Colin Weir re damages |
| 12/15/2017 | 4.5 | Adding data to cereal attribute chart for Colin Weir |
| 12/18/2017 | 6.6 | Adding data to cereal attribute chart for Colin Weir |
| 12/29/2017 | 6.8 | Gather materials for Dr. Greger |
| 1/2/2018 | 0.9 | Meeting with Colin Weir and Steve Gaskin re damages |
| 1/8/2018 | 0.6 | Call with Colin Weir and Steve Gaskin re damages |
| 1/17/2018 | 1.7 | Gathering documents re heart healthy claims and sending to team, including experts; team call with experts re damages. |
| 1/18/2018 | 0.8 | Office meeting re damages calculation theories |

*DETAILED BILLING RECORDS BY CATEGORY – Work with Plaintiff Experts*

| Date | Hours | Description |
|---|---|---|
| 1/22/2018 | 4.7 | Draft declaration for Target corporation re subpoena to produce documents; review email from Post's counsel re subpoena to produce labels |
| 1/23/2018 | 2.3 | Call with Colin Weir and Steve Gaskin re damages; draft 30(b)(6) deposition notice, including corresponding with TSG regarding date and location; review Kellogg's edits to search term list and creating draft using track changes and circulate same to team |
| 2/16/2018 | 0.6 | Meet with Mr. Fitzgerald and Mr. Flynn re Silverman Report |
| | 0.5 | Call with Bruce Silverman re expert report |
| 2/23/2018 | 0.5 | Call with experts re damages |
| 3/5/2018 | 1.7 | Call with experts re survey design and damages models; call with expert Bruce Silverman re report; document review |
| 3/15/2018 | 0.5 | Call with experts re surveys for damages models |
| 3/16/2018 | 0.6 | Document review; call with Colin Weir re survey. |
| 3/27/2018 | 2 | Begin draft of ██████████████████ |
| 4/6/2018 | 4.4 | Review and edit Silverman report and discuss suggested changes with Mr. Fitzgerald; call with Bruce Silverman re expert report and follow up conference with Mr. Fitzgerald; draft and file notice of lodging of special master's order and corrected notice of lodging; collect documents for Bruce Silverman re Nutri-Grain bars |
| 3/28/2019 | 0.1 | Correspondence with Dr. Lustig re expert report; update Mr. Fitzgerald on status |
| 4/1/2019 | 2 | Correspondence with Dr. Lustig, review draft of Lustig rebuttal report, edit same, and send to Mr. Fitzgerald for review |
| 4/10/2018 | 8 | Document review; gather marketing materials for Bruce Silverman. |
| 8/6/2018 | 0.7 | Call with experts & follow-up conference with Mr. Fitzgerald & Mr. Flynn; |
| **Total =** | **67.5** | |

*Val Erze*

*DETAILED BILLING RECORDS BY CATEGORY – Work with Plaintiff Experts*

| Date | Hours | Description |
|---|---|---|
| 1/18/2018 | 0.8 | Meeting on approach to Kellogg damages analysis |
| | 0.6 | Listen in on phone call regarding two possible survey methods |
| 1/17/2018 | 1 | Listen in on strategy call on options for damages analysis |
| 1/23/2018 | 0.5 | Listen in on strategy call on options for damages analysis |
| 1/23/2018 | 0.3 | Compile Federal Register citations for experts |
| 2/16/2018 | 1 | Compile sources for Bruce Silverman |
| 2/23/2018 | 0.5 | Listen in on conference call with experts. |
| 3/16/2018 | 3 | Re-write white board list, call with C. Weir re conjoint attributes, Fed-Ex run for docs for C. Weir. |
| 4/11/2018 | 1.5 | Begin reviewing Greger report and adjust footnotes. |
| 4/12/2018 | 4 | Edit Greger report footnotes for consistency, finish OCR-ing new documents |
| 4/16/2018 | 7 | Print documents for Nutri-Grain deposition, keyword search for "smart start", begin re-filing documents pulled from binders for depositions, pulled presentations requested by Bruce and prepare/send |
| 4/27/2018 | 9 | Initial redactions for Bruce Silverman report, correct footnote errors, update log of documents provided to Bruce, create log of documents relied upon by Bruce, finish Smart Start and RBC PPTs, redact Greger report |
| 4/29/2018 | 7.5 | Review expert reports for non-public document citations, review draft brief to create list of exhibits, locate hard copies of documents cited in brief, create combined list of exhibits cited by experts |
| 5/7/2018 | 3 | Preparation of document list for inclusion with Weir objections & responses to document subpoena. |
| 5/24/2018 | 2 | Review Silverman declaration to compile list of documents cited, locate and organize all documents, prepare binders and catalog of documents |
| 6/15/2018 | 0.5 | Call with Colin Weir and Steve Gaskin & team discussion. |

*DETAILED BILLING RECORDS BY CATEGORY – Work with Plaintiff Experts*

| Date | Hours | Description |
|---|---|---|
| 8/17/2018 | 5.1 | Start review of doc review notes to locate presentations to be passed on to Bruce Silverman |
| 8/21/2018 | 4.1 | Continue narrowing list of documents to be sent to Silverman |
| | 0.4 | Team call with Weir and Gaskin re next steps, |
| | 7 | Finalize and send Silverman batch of documents. |
| 8/27/2018 | 0.3 | Updated list of docs provided to Silverman. |
| 9/13/2018 | 3.9 | Research on timeline of Honey Bunches of Oats labels for C. Weir |
| 9/17/2018 | 3 | Finalize Gaskin and Silverman expert reports, search for graphic designer to mock up warning labels for use at mediation. |
| 9/18/2018 | 1.1 | Send requested docs to C. Weir, team meeting re mediation brief. |
| 9/24/2018 | 0.5 | Set up Dropbox account to transmit Weir data, send Weir and Gaskin data to Kellogg's counsel |
| 6/14/2019 | 2 | Search for relevant Gaskin testimony, search for Weir and Wilcox testimony, search for Simonson testimony, |
| **Total =** | **69.6** | |

**Summary Judgment, Related *Daubert* Motions & Class Decertification**

*Jack Fitzgerald*

| Date | Hours | Description |
|------|-------|-------------|
| 6/9/2019 | 11 | Work on opposition to Kellogg's motion for summary judgment. |
| 6/10/2019 | 13.4 | Work on opposition to Kellogg's motion for summary judgment. |
| 6/10/2019 | 0.5 | Work on opposition to motion to strike testimony of Colin Weir. |
| 6/11/2019 | 13 | Work on opposition to Kellogg's motion for summary judgment. |
| 6/12/2019 | 10.8 | Work on opposition to Kellogg's motion for summary judgment. |
| 6/13/2019 | 3 | Work on opposition to Kellogg's motion for summary judgment, confer with Ms. Persinger re same. |
| 6/13/2019 | 9 | Work on opposition to motion for decertification. |
| 6/18/2019 | 6.9 | Draft reply in support of motion for partial summary judgment. |
| 6/19/2019 | 0.9 | Work on finalizing reply in support of motion for partial summary judgment. |
| 6/20/2019 | 0.2 | Finalize reply in support of motion for partial summary judgment for filing. |
| 6/21/2019 | 0.1 | File reply in support of motion for partial summary judgment. |
| 5/18/2019 | 9.6 | Work on motion to strike Fortin and Carvajal. |
| 5/24/2019 | 12.5 | Complete draft, finalize, and file motion to strike Dr. Simonson; review, revise, finalize, and file motions to strike Fortin and Carvajal and Wilcox and Rippe, and motion for partial summary judgment. |
| 5/27/2019 | 3.2 | Begin working on Kellogg's various May 24 motions. |
| 5/28/2019 | 8.8 | Work on oppositions to Kellogg's various May 24 motions; confer with Ms. Persinger re Motion to Seal |
| 5/29/2019 | 2.6 | Work on oppositions to Kellogg's motions to strike Dr. Lustig and Colin Weir. |
| 5/30/2019 | 8.5 | Work on oppositions to Kellogg's various May 24 motions, primarily its motion to decertify. |

*DETAILED BILLING RECORDS BY CATEGORY – Summary Judgment, Related* Daubert
*Motions & Class Decertification*

| Date | Hours | Description |
|------|-------|-------------|
| 5/31/2019 | 11.9 | Work on opposition to Kellogg's motion to exclude the testimony of Dr. Lustig. |
| 6/1/2019 | 7.9 | Complete first drafts of oppositions to motions to strike Lustig and Silverman. |
| 6/3/2019 | 10.2 | Work on opposition to Kellogg's motion to decertify the class. |
| 6/4/2019 | 6.1 | Integrate deposition testimony into opposition to motion to strike Silverman, finalize draft, and assign Mr. Flynn to proof read, cite check, and run Table of Authorities; work on opposition to motion to decertify. |
| 6/5/2019 | 9.5 | Work on opposition to Kellogg's motion to exclude the testimony of Colin Weir. |
| 6/8/2019 | 5 | Complete draft of opposition to Kellogg's motion to exclude the testimony of Colin Weir, and send to Mr. Weir for review; send Mr. Silverman draft opposition to Kellogg's motion to exclude for review; integrate Mr. Weir's comments into draft. |
| **Total =** | **164.6** | |

**Trevor Flynn**

| Date | Hours | Description |
|------|-------|-------------|
| 5/21/2019 | 3.5 | Work on motion to strike Rippe and Wilcox, draft sent to Mr. Fitzgerald for review |
| 5/31/2019 | 2.3 | Work on opposition to strike Lustig |
| 6/4/2019 | 2.6 | Work on opposition to strike Silverman |
| 6/5/2019 | 0.4 | Continued work on opposition to strike Silverman including correcting and pulling deposition transcript excerpts |
| 6/13/2019 | 2.2 | Proof/cite check of opposition to MSJ |
| 6/14/2019 | 1.6 | Final review of opposition to MSJ, and built Table of Authorities |

*DETAILED BILLING RECORDS BY CATEGORY – Summary Judgment, Related* Daubert
*Motions & Class Decertification*

| Date | Hours | Description |
|------|-------|-------------|
|  | 8.4 | Work on all oppositions to Kellogg May 24 motions, including summary judgment and decertification; confer with Ms. Persinger re Motion for Sanctions |
| 8/14/2019 | 0.4 | Reviewed Judge Koh's order on MSJ and Daubert motions |
| **Total =** | **21.4** | |

*Melanie Persinger*

| Date | Hours | Description |
|------|-------|-------------|
| 4/30/2019 | 1 | Begin draft of motion for partial summary judgment |
| 5/2/2019 | 1.5 | Draft motion for partial summary judgment |
| 5/10/2019 | 1.3 | Motion for partial summary judgment |
|  | 1.2 | Motion to strike Rippe/Wilcox/Fortin/Carvajal |
| 5/13/2019 | 3 | Motion for partial summary judgment |
|  | 1.8 | Help finalize motions to strike expert reports |
| 5/14/2019 | 1.2 | Draft proposed order striking expert reports (re FDA HH claims); edits to motion; edits to supporting declaration |
|  | 0.3 | Motion for partial summary judgment - edits to proposed order and supporting declaration |
| 5/16/2019 | 0.9 | Edits to motion for partial summary judgment; check Simonson report for testimony re FDA regulations |
| 5/21/2019 | 5.4 | Edits to motion for partial summary judgment |
| 5/23/2019 | 5.1 | Edits to motion for partial summary judgment; edits to and finalize motion to strike Wilcox & Rippe |
| 6/10/2019 | 8 | Draft opposition to Kellogg's motion for partial summary judgment (punitive damages section) |
| 6/11/2019 | 9.2 | Draft opposition to Kellogg's motion for partial summary judgment (punitive damages section) |

*DETAILED BILLING RECORDS BY CATEGORY – Summary Judgment, Related* Daubert
*Motions & Class Decertification*

| Date | Hours | Description |
|------|-------|-------------|
| 6/12/2019 | 7.3 | Draft opposition to Kellogg's motion for partial summary judgment (punitive damages section); begin draft of motion for contempt |
| 6/13/2019 | 7.3 | Motion for sanctions |
| | 3.6 | Reviewing opposition to Kellogg's Motion for partial summary judgment, discussing draft with Jack and edits to brief |
| 6/14/2019 | 11.6 | Edits to motion for sanctions, including searching for further case law, discussions with Mr. Fitzgerald re same; edits to declaration; updating hours and calculating fees etc.; cite check; tables; final proof; helping finalize and file all briefs |
| 6/19/2019 | 2 | Reply in support of motion for partial summary judgment - edit; cite check; Table of authorities |
| 7/24/2019 | 5.4 | Research for Kellogg's motion to seal (reviewing all documents and proposed portions to be seal); drafting plaintiff's portion of the joint motion to seal; emailing updated draft back to Kellogg's counsel |
| 7/25/2019 | 0.4 | Edits to motion to seal and correspondence with OC re same |
| 7/26/2019 | 0.7 | Draft declaration in support of seal motion; further edits to joint seal motion; send to OC; download under seal filing |
| 8/13/2019 | 0.3 | Review Order on motions for summary judgment and motions to exclude experts; send same to Mr. Fitzgerald |
| 3/27/2019 | 3 | Review Rippe merits report; outline for rebuttal, including research |
| 4/8/2019 | 2.9 | Motion to strike Carvajal and Fortin reports, including reading both reports and research for motion |
| 4/12/2019 | 0.2 | Finalize and serve Lustig report |
| 4/29/2019 | 1.5 | Motion to strike Fortin/Carvajal/Rippe |
| 4/30/2019 | 1.4 | Finalize draft of motion to strike Fortin/Carvajal/Rippe; send to Mr. Fitzgerald for review and edit based on his review |
| 5/28/2019 | 0.3 | Review Kellogg's Motion to seal; confer with Mr. Fitzgerald re same; email OC re deadline extension for opposition to motion to decertify class |

*DETAILED BILLING RECORDS BY CATEGORY – Summary Judgment, Related* Daubert
*Motions & Class Decertification*

| Date | Hours | Description |
|---|---|---|
| 5/31/2019 | 0.7 | Stipulation to change briefing schedule for Kellogg's motion to decertify class; send draft to OC |
| **Total =** | **88.5** | |

*DETAILED BILLING RECORDS BY CATEGORY – Summary Judgment, Related* Daubert
*Motions & Class Decertification*

**Val Erze**

| Date | Hours | Description |
|------|-------|-------------|
| 10/1/2018 | 6.2 | Review Rippe depo transcripts from past case, research past case, research Rippe online, updates to plaintiff info in NY complaint |
| 10/3/2018 | 0.5 | Review of Rippe book of interest. |
| 10/4/2018 | 1.6 | Save and organize exhibits to renewed seal motion |
| 10/8/2018 | 1.9 | Finalize "refrain from use" list of claims and relevant products, clean up formatting |
| 5/28/2019 | 1.2 | Prepare and file Notice of Errata, print chambers copies of MTS/MSJ docs and trip to FedEx for shipping, finish downloading Kellogg's filings from 5/24 |
| 6/3/2019 | 3.4 | Review of Silverman dep. Transcripts for testimony supporting points in opposition to Kellogg MTS Silverman |
| 6/10/2019 | 3.3 | Draft omnibus declaration of Mr. Fitzgerald ISO oppositions to Daubert motions, MSJ, Motion to Decertify, begin pulling and organizing exhibits |
| 6/11/2019 | 1.1 | Research into confidentiality of deposition transcripts, plug record citations into opposition to Kellogg's MSJ |
| 6/12/2019 | 1.2 | Insert updated record cites into new opposition to MSJ draft, update omnibus Fitzgerald decl. to include additional exhibits inserted into draft and gather exhibits as necessary |
| 6/13/2019 | 8.2 | Finish adding record cites to opposition to MSJ, updates to Fitzgerald declaration, exhibit assembly |
| 6/14/2019 | 2 | Finalize Fitzgerald declaration and plug exhibit numbers into opposition briefs, finalize oppositions. |
| 6/19/2019 | 0.4 | Proofread MSJ reply |
| 4/10/2019 | 1 | Standardize/organize citations in updated Lustig report, move footnotes to endnotes as necessary |
| 5/1/2019 | 0.2 | Create redline of Silverman class cert report and merits report |
| 5/13/2019 | 0.5 | Draft Ms. Persinger decl. ISO motions to strike experts, pull exhibits |

*DETAILED BILLING RECORDS BY CATEGORY – Summary Judgment, Related* Daubert
*Motions & Class Decertification*

| Date | Hours | Description |
|---|---|---|
| 5/16/2019 | 0.3 | Gather exhibits in support of draft MTS experts |
| 5/20/2019 | 2 | On motions to strike experts, proof read and prepare exhibits/supporting decl. for MTS Fortin/Carvajal. |
| 5/20/2019 | 1.1 | Add timeline cites to MSJ and prepare and insert images of challenged claims. |
| 5/21/2019 | 3 | Draft Flynn decl. ISO MTS Rippe/Wilcox and gather exhibits, updates to Persinger decl. and exhibits, updates to proposed orders, |
| 5/23/2019 | 1.5 | Proofed/ fact cite check new draft of MTS Wilcox and Rippe, check and update peripheral docs for all motions to strike |
| 5/24/2019 | 5.5 | Final edits to supporting docs for motions to strike and prepare PDFs for filing, edits to motion to strike Rippe/Wilcox to incorporate Simonson testimony re FDA regulations, begin downloading Kellogg's filings |
| 6/14/2019 | 3 | Prepare exhibits to opposition to decertify, save Kellogg's filings, finalize/cite check opposition to decertify motion and exhibits |
| **Total =** | **49.1** | |

**Julie Hinton**

| Date | Hours | Description |
|---|---|---|
| 8/26/2019 | 2.3 | Look up any evidence where Rippe says there is negative connotations with sugar in the diet |
| 8/27/2019 | 6 | Look up any evidence where Rippe says there is negative connotation with sugar in the diet/ Copy pages from his book Fit Over Forty |
| **Total =** | **8.3** | |

*DETAILED BILLING RECORDS BY CATEGORY – Work Relating to Pre-Trial Conference*

**Work Relating to Final Pre-Trial Conference**

### Jack Fitzgerald

| Date | Hours | Description |
|------|-------|-------------|
| 8/21/2019 | 1.2 | Meeting together with Ms. Persinger, Mr. Flynn, and JH re trial. |
| **Total =** | **1.2** | |

### Trevor Flynn

| Date | Hours | Description |
|------|-------|-------------|
| 8/21/2019 | 2.2 | Work on pretrial matters including draft of 26(a)(3) disclosures |
| | 1.2 | Meeting with Mr. Fitzgerald, Ms. Persinger, and JH regarding trial strategy |
| 8/22/2019 | 3.4 | Work on pretrial matters including identifying and sorting all damage-related documents |
| 8/26/2019 | 2.2 | Work on pretrial disclosure and joint statement issues related to damages and relief sought |
| 9/3/2019 | 3.4 | Continue work on various pretrial matters |
| 9/4/2019 | 5.5 | Continue work on various pretrial matters |
| **Total =** | **17.9** | |

### Melanie Persinger

| Date | Hours | Description |
|------|-------|-------------|
| 8/21/2019 | 1.2 | Office meeting re trial |
| 8/27/2019 | 1.6 | Collecting trial exhibits |
| 8/28/2019 | 2.5 | Gathering trial exhibits |
| 9/3/2019 | 3.3 | Pretrial preparation |
| **Total =** | **8.6** | |

91

*DETAILED BILLING RECORDS BY CATEGORY – Work Relating to Pre-Trial Conference*

**Julie Hinton**

| Date | Hours | Description |
|------|-------|-------------|
| 8/21/2019 | 1.2 | Team meeting re trial |
| 8/22/2019 | 0.5 | Create Skeleton for Joint Pre-Trial Statement |
| 8/27/2019 | 0.3 | Look up jury instructions, verdict forms, and researched voir dire questions (referencing SAC) |
| 8/28/2019 | 7 | Look up jury instructions, verdict forms, and voir dire questions. Create Proposed Order Skeleton, and acquired information about "special instructions" (when there are no standard instructions in the CACI) |
| 8/30/2019 | 3 | Look up jury instructions, verdict forms, and voir dire questions. Create Proposed Order Skeleton, and acquired information about "special instructions" (when there are no standard instructions in the CACI) |
| 9/3/2019 | 0.4 | Add more docs and drafts of special jury instructions to folder |
| 9/4/2019 | 1.5 | Research jury instructions, add more to the proposed jury instruction skeleton, research unfair competition JI's and VF's |
| | 0.5 | Draft statement of recent decision and create supporting exhibit |
| 9/5/2019 | 1 | Draft Fitzgerald Decl. and Jackson Decl. for Motion to Amend Class Cert. Order to Appoint Additional Class Counsel, prep PHV file for Mr. Jackson and fill out said application. |
| | 4 | Find material about consumption behavior and summary documents for potential exhibits. |
| | 0.5 | Print and fed ex out chambers copies to Judge Koh re statement of recent decision. |
| 9/6/2019 | 0.7 | Research Rippe articles for Ms. Persinger. |
| | 0.8 | Add any modification of time in case to brief for Mr. Fitzgerald. |
| | 0.5 | Consolidate decl. of Sid Jackson to portray accurate material read |
| | 1.5 | Fed-Ex docs to Sidney Jackson and Judge Koh, begin to create exhibits |

*DETAILED BILLING RECORDS BY CATEGORY – Work Relating to Pre-Trial Conference*

| Date | Hours | Description |
|------|-------|-------------|
| 9/9/2019 | 1.2 | Look for summary potential exhibits for pretrial prep |
| | 1.3 | Look for material about consumption behavior potential exhibits for pretrial prep. |
| **Total =** | **25.9** | |

**Mediation & Settlement**

*Jack Fitzgerald*

| Date | Hours | Description |
|------|-------|-------------|
| 11/18/2016 | 0.2 | Prepare and send to opposing counsel for review ADR stipulation form; file same. |
| 4/4/2017 | 0.5 | Participate in call with court-appointed mediator, Marc Peterson. |
| 4/10/2017 | 0.2 | Telephone and email communications with client Stephen Hadley regarding scheduling of mediation; communications with Kellogg and mediator regarding same. |
| 7/18/2017 | 0.4 | Participate in call with Kellogg's counsel and court's ADR Clerk to discuss rescheduling of mediation and timing for same; review and authorize filing of stipulation relating to same. |
| 6/16/2018 | 2.5 | Continue working on Kellogg mediation brief. |
| 6/21/2018 | 12.3 | Together with client Stephen Hadley, attend mediation in front of Mark Petersen, then travel home to San Diego; review transcript of deposition of Dr. Ron Wilcox and talk to Mr. Flynn and Mr. Weir regarding same; discuss mediation and tasks with Ms. Persinger. |
| 9/17/2018 | 1.2 | Prepare for pre-mediation call with Judge Holderman; together with Mr. Flynn and Ms. Persinger, participate in pre-mediation call with Judge Holderman and Dean Panos, and follow-up call with Judge Holderman afterward. |
| 9/18/2018 | 3.1 | Gather materials and send to Judge Holderman; work with Mr. Weir on various aspects of his report; review Raisin Bran timeline to provide Mr. Weir with ranges for calculating damages. |
| 9/22/2018 | 8 | Work on Kellogg mediation brief, including full damages analysis. |
| 9/24/2018 | 5.9 | Work on mediation brief, confer with Ms. Persinger re same and work on New York Complaint. |
| 9/25/2018 | 6 | Work on completing New York complaint and mediation brief and send mediation brief and exhibits to Judge Holderman and Dean Panos. |
| 10/2/2018 | 6 | Travel to Chicago for mediation. |

*DETAILED BILLING RECORDS BY CATEGORY – Mediation & Settlement*

| Date | Hours | Description |
|---|---|---|
| 10/3/2018 | 8.9 | Participate in mediation; travel to Boston to take Dr. Rippe's deposition. |
| 11/20/2018 | 0.5 | Participate in pre-mediation phone call with Judge Holderman, Kellogg's counsel, and Post's counsel; follow-up call with Judge Holderman. |
| 11/25/2018 | 2.5 | Prepare for November 27 mediation, including gathering relevant materials, etc. |
| 11/26/2018 | 6 | Together with Mr. Flynn, finish preparing then travel to Chicago for November 27 mediation. |
| 11/27/2018 | 8 | Together with Mr. Flynn, participate in then travel home from November 27 mediation in Chicago. |
| 3/19/2019 | 0.5 | Participate in telephone call with Dean Panos and Brandon Fox regarding deposition scheduling. |
| 4/5/2019 | 1 | Review Rippe opening merits report; review draft Lustig rebuttal report and provide additional revisions and comments, then send to Dr. Lustig for review. |
| 4/5/2019 | 2.1 | Prepare for mediation, including call with Judge Holderman and research on various issues. |
| 4/9/2019 | 6.5 | Last-minute preparations for mediation; travel to Chicago for mediation with Judge Holderman. |
| 4/10/2019 | 9.3 | Participate in mediation with Kellogg. |
| 6/23/2019 | 6.3 | Travel to Chicago for mediation. |
| 6/24/2019 | 15.3 | Participate in mediation and travel home to San Diego. |
| 6/25/2019 | 0.2 | Discuss mediation with Ms. Persinger |
| 8/22/2019 | 2.4 | Work on mediation demand to Kellogg; discussions with Mr. Flynn and Ms. Persinger re same. |
| 8/23/2019 | 1.2 | Work on mediation demand to Kellogg, including call with Colin Weir regarding updated damages analysis. |
| 8/26/2019 | 2.4 | Work on mediation demand to Kellogg; discussions with Mr. Flynn and Ms. Persinger re same. |

95

*DETAILED BILLING RECORDS BY CATEGORY – Mediation & Settlement*

| Date | Hours | Description |
|------|-------|-------------|
| 9/5/2019 | 0.5 | Review Kellogg's mediation brief and call Judge Holderman regarding same. |
| 9/8/2019 | 4 | Travel to Chicago for fifth mediation with Judge Holderman. |
| 9/9/2019 | 10 | Participate in fifth mediation with Judge Holderman. |
| 9/10/2019 | 4 | Travel from Chicago home to San Diego (missed flight night of 9th to stay longer at mediation). |
| 9/11/2019 | 1.1 | Draft Term Sheet for eventual transmission to Mr. Panos. |
| 9/12/2019 | 0.5 | Call with Judge Holderman to discuss status; email Mr. Jackson to update as to status; call with Dean Panos regarding settlement; follow-up email providing Mr. Panos counteroffer on certain terms, and updated term sheet; update Judge Holderman as to status. |
| 9/13/2019 | 0.4 | Call with Dean Panos to discuss settlement; revise term sheet to reflect agreement on all material terms and send to Mr. Panos (copying Judge Holderman) for review. |
| **Total =** | **140.2** | |

### *Trevor Flynn*

| Date | Hours | Description |
|------|-------|-------------|
| 9/17/2018 | 1.1 | Phone call with Judge Holderman and follow up call with Kellogg's counsel regarding mediation, with Mr. Fitzgerald and Ms. Persinger. |
| 9/20/2018 | 1.1 | Work on mediation brief including legal research on settlement amounts that are likely to be approved or rejected |
| 9/21/2018 | 3.2 | Continued work on mediation brief; sent sections to Mr. Fitzgerald and Ms. Persinger for review and incorporation into brief |
| 9/27/2018 | 0.4 | Reviewed final mediation brief in prep for mediation on 10/3 |
| | 0.2 | Emails with JAMS case manager regarding brief and damage analysis |
| 11/20/2018 | 3.7 | Review and summary of points in Rippe deposition in preparation for mediation |

*DETAILED BILLING RECORDS BY CATEGORY – Mediation & Settlement*

| Date | Hours | Description |
|---|---|---|
| 11/26/2018 | 6 | Travel to Chicago for mediation (second session) |
| 11/27/2018 | 8 | Mediation session (including with Post and GM) |
| | 6 | Travel from Chicago to San Diego returning from mediation sessions |
| 4/8/2019 | 2.5 | Prep for mediation including research on false labeling class settlements in last year and any settlements involving Kellogg |
| 4/9/2019 | 5.5 | Travel to Chicago for mediation (third session) |
| 4/10/2019 | 9.3 | Mediation (third session) with Kellogg in Chicago with Mr. Fitzgerald |
| | 6 | Travel home to San Diego following mediation |
| 8/22/209 | 0.3 | Reviewed mediation demand letter; meeting with Mr. Fitzgerald and Ms. Persinger to discuss |
| 8/26/2019 | 0.4 | Further meeting with Mr. Fitzgerald and Ms. Persinger regarding mediation demand letter |
| 9/5/2019 | 1.2 | Prepare for mediation including by ███████████████ |
| 9/6/2019 | 6.4 | Prepare for mediation with Kellogg including ███████████ |
| 9/8/2019 | 4.5 | Travel to Chicago for mediation |
| 9/9/2019 | 7.8 | Mediation in Chicago with Mr. Fitzgerald, Ms. Persinger, and Sid Jackson |
| | 5.5 | Travel back to San Diego from Chicago mediation |
| **Total =** | **79.1** | |

*Melanie Persinger*

| Date | Hours | Description |
|---|---|---|
| 7/1/2017 | 1.3 | Draft mediation brief |

*DETAILED BILLING RECORDS BY CATEGORY – Mediation & Settlement*

| Date | Hours | Description |
|------|-------|-------------|
| 7/5/2017 | 0.7 | Continue to draft mediation brief |
| 7/6/2017 | 4.8 | Finish draft of mediation brief |
| 9/17/2018 | 1.2 | Call with Judge Holderman re mediation, including follow-up call without Kellogg's counsel |
| 9/18/2018 | 1.1 | Office meeting re mediation brief; edits to joint notice of lodging |
| 9/20/2018 | 4 | Research for mediation brief; begin drafting section of mediation brief |
| 9/21/2018 | 6.2 | Draft portion of mediation brief |
| 9/24/2018 | 4 | Review mediation brief; discuss with Mr. Fitzgerald; research for mediation brief; draft portion of renewed motion to seal and related emails with Alex Smith; begin draft of Fitzgerald declaration for renewed motion to seal; review Kellogg's emergency motion to compel weir's deposition |
| 9/25/2018 | 3.1 | Research for mediation brief. |
| | 0.5 | Edits to declaration in support of renewed motion to seal |
| 9/28/2019 | 0.6 | Put together statement re ███████████ |
| 10/2/2018 | 9.3 | Fly to Chicago for Kellogg mediation |
| 10/3/2018 | 17.5 | Attend mediation and travel home |
| 6/17/2019 | 6.4 | Making courtesy copies for Judge Koh of Friday's filings; making binders of relevant briefing for Judge Holderman for mediation |
| 6/20/2019 | 0.2 | Update Kellogg hours |
| 6/25/2019 | 0.2 | Discuss mediation with Mr. Fitzgerald |
| 6/28/2019 | 1.4 | Review Kellogg's filings and discuss with Mr. Fitzgerald |
| 8/22/2019 | 0.5 | Review mediation statement and discuss with Mr. Fitzgerald and TF; review again after edits |
| 8/26/2019 | 0.4 | Review mediation statement and discuss with Mr. Fitzgerald and TF |

*DETAILED BILLING RECORDS BY CATEGORY – Mediation & Settlement*

| Date | Hours | Description |
|---|---|---|
| 9/5/2019 | 6.8 | Prepare for mediation (Research re expert James Rippe) |
| 9/8/2019 | 6.5 | Travel to mediation |
| 9/9/2019 | 16 | Attend mediation and travel home |
| 9/12/2019 | 0.2 | Discuss end of mediation and current status of settlement with Mr. Fitzgerald |
| **Total =** | **92.9** | |

*Sidney Jackson*

| Date | Hours | Description of Work |
|---|---|---|
| 9/4/2019 | 4 | Review Motion to Certify Class. |
| | 2 | Lengthy dissertation on the law re Order Granting Motion to Dismiss. |
| | 2 | Review SAC, input notes as to causes of action and Appendix Listing Added Sugar Examples. |
| | 2 | Review Order Granting/Denying in Part MTD. |
| | 0.5 | Review Answer to SAC. |
| | 0.5 | Review Motion to Strike Kellogg's Answer and Enter Default. |
| | 0.75 | Review Hearing on Motion to Strike. |
| | 0.2 | Review Order on Strike Motion. |
| | 0.75 | Review 23(f) Petitions. |
| | 0.75 | Review Kellogg's MSJ. |
| | 0.5 | Review Motion to Strike Robert Lustig. |
| | 0.5 | Review Motion to Strike Bruce Silverman. |
| | 0.75 | Review Kellogg's Motion to Decertify Class. |

*DETAILED BILLING RECORDS BY CATEGORY – Mediation & Settlement*

| Date | Hours | Description of Work |
|------|-------|---------------------|
| | 0.5 | Review Motion to Strike Fortin and Carvajal and Declaration of Attorney Mr. Smith. |
| | 0.5 | Review Motion to Strike Rippe, Wilcox, and Simonson. |
| | 0.5 | Review Motion to Strike Simonson Report. |
| | 0.5 | Review Plaintiff's Motion for Partial Summary Judgment. |
| | 0.5 | Review Declaration of Jack Fitzgerald. |
| | 0.2 | Review Plaintiffs' Motion for Civil Contempt. |
| | 0.25 | Review Reply ISO Motion for Partial SJ. |
| 9/5/2019 | 2 | Notes, questions, etc.re Order Granting/Denying SJ for Plaintiffs and Defendants Partial MSJ . |
| | 0.5 | Review Statement of Recent Decision. |
| | 0.5 | Review Lustig Report. |
| | 1 | Review Greger report. |
| | 2 | Review Silverman Report. |
| | 0.5 | Steven Gaskin's Sept. 2018 Report review. |
| | 2 | Review Weir's Report. |
| | 0.25 | Review Rippe Report. |
| 9/6/2019 | 0.75 | Rippe Deposition review. |
| | 0.25 | Wilcox Report review. |
| | 1 | Lustig's Rebuttal Report review. |
| | 1 | Review Hadley Deposition Transcript with notes. |
| | 2 | Lustig Deposition Vol. I review. |
| | 0.75 | Lustig Deposition Vol. II review. |
| | 0.25 | Review Simonson Rebuttal Report. |

*DETAILED BILLING RECORDS BY CATEGORY – Mediation & Settlement*

| Date | Hours | Description of Work |
|------|-------|---------------------|
| 9/8/2019 | 4 | Travel from Mobile to Chicago to attend mediation; continue preparing during travel. |
| 9/9/2019 | 10 | Attend mediation. |
| 9/10/2019 | 4 | Travel home from mediation. |
| 9/12/2019 | 0.5 | TC Mr. Fitzgerald, review term sheet |
| **Total =** | **51.4** | |

*Val Erze*

| Date | Hours | Description |
|------|-------|-------------|
| 9/18/2019 | 3.1 | Assemble documents for Judge Holderman, call with graphic designer, PACER search for copycat cases, prepare exhibits for Notice of Lodging. |
| 9/25/2018 | 3 | Proofread mediation brief and prepare exhibits |
| 9/26/2018 | 1 | Print mediation documents to send to Judge Holderman, trip to FedEx drop box for same |
| 9/27/2018 | 0.5 | Coordination with Judge Holderman's staff to attempt to deliver electronic copies of mediation documents - send emails, drop box link, two phone calls to staff |
| 10/2/2018 | 1.7 | Further research into Rippe interviews and publications. |
| 10/3/2018 | 7 | Update table from mediation brief with list of companies and products within each claim subtype. |
| 6/21/2019 | 0.4 | Prepared FedEx of chamber's copies/ copies for Judge Holderman of reply ISO MSJ and trip to drop box |
| **Total =** | **16.7** | |

*Julie Hinton*

| Date | Hours | Description |
|------|-------|-------------|
| 8/20/2019 | 2.1 | Look up large class action settlements in re to false advertising |

*DETAILED BILLING RECORDS BY CATEGORY – Mediation & Settlement*

| Date | Hours | Description |
|---|---|---|
| 8/22/2019 | 1 | Look up large class action settlements in re to false advertising |
| 8/26/2019 | 0.4 | Print and fed ex docs to Holderman re Settlement |
| **Total =** | **3.5** | |

*DETAILED BILLING RECORDS BY CATEGORY – Motion for Preliminary Approval*

**Motion for Preliminary Approval**

*Jack Fitzgerald*

| Date | Hours | Description |
|------|-------|-------------|
| 9/16/2019 | 4.2 | Communications with New York plaintiffs regarding settlement terms and authorization to settle; provide materials and instruction to Ms. Hinton to begin cleaning up and reconciling time sheets; review draft Joint Settlement Status Report and Administrative Motion to File Under Seal, and provide comments to Kellogg's counsel; review Kellogg's proposed revisions to term sheet; call Judge Holderman regarding same, then draft email to Mr. Panos regarding same and send draft to Judge Holderman for review before sending; further communications with Mr. Panos and Judge Holderman regarding certain unresolved issues; reach agreement with Kellogg regarding remaining differences and revise term sheet to reflect same, then send to Mr. Panos for review; review and sign-off on final version of Joint Settlement Status Report; execute Term Sheet and obtain Kellogg's execution of same. |
| 9/17/2019 | 3.2 | Begin process of selecting class administrator, including researching various firms and reaching out to contacts, providing relevant materials, and setting up calls for further discussions; communications with Mr. Panos regarding status of New York action. |
| 9/18/2019 | 1.2 | Email and telephone communications with Colin B. Weir regarding assistance in formulating claims process; email and telephone communications with class administrators including Epiq and P&N. |
| 9/19/2019 | 0.2 | Email communications with Mr. Panos regarding vouchers. |
| 9/20/2019 | 1.4 | Email and telephone communications with Mr. Panos regarding vouchers, claims process, and status of New York case; communications with Mr. Weir regarding settlement and claims process; edit draft lists of all cereal and bar products included in class for Mr. Weir's estimation of sales. |
| 9/23/2019 | 3.8 | Further work with Mr. Weir regarding scope of settlement and estimation of sales, as well as design of claims process; communications with P&N concerning various issues including vouchers and information about class scope and size; begin drafting full settlement agreement. |
| 9/24/2019 | 3.6 | Email and telephone communications with Mr. Weir regarding settlement-related issues; communications with Mr. Panos requesting |

*DETAILED BILLING RECORDS BY CATEGORY – Motion for Preliminary Approval*

| Date | Hours | Description |
|------|-------|-------------|
| | | information from Kellogg for assistance in designing claims process; work on estimations of class size and claims rate, and further brainstorm and design claims process; meet with Mr. Weir in person to discuss all the implications of the settlement and claims process and to design a survey to ensure claims process is data driven; further communications with class administrators including Angeion, P&N, RG2, KCC, and Epiq (providing updated data for tweaking bids). |
| 9/25/2019 | 6.3 | Call with P&N to provide further information on anticipated claims process in order to update and provide more precise bid; further communications and in-person meeting with Mr. Weir to flesh out issues with claims process and survey to help make decisions; complete draft of full settlement agreement and send to Mr. Panos for review, along with analysis of settlement scope in terms of products and sales, compared to certified class. |
| 9/27/2019 | 0.5 | Receive and begin reviewing bids from P&N and Epiq. |
| 9/29/2019 | 6.3 | Carefully review, log, and compare all class administration bids; email communications with some administrators to ask clarifying questions or obtain additional information; work on motion for preliminary approval. |
| 9/30/2019 | 0.7 | Call with P&N regarding class administration bid and claims process, including providing updated information on anticipated claims process; email communication with KCC regarding bid and request to set up call to discuss. |
| 10/1/2019 | 0.2 | Communications with RG2 regarding assumptions for anticipated class administration bid. |
| 10/2/2019 | 0.9 | Meeting together with team regarding review of billing hours |
| | 2.1 | Call with KCC to discuss class administration issues and assumptions underlying bid; provide current bids and information about class administrators to Mr. Panos then engage in telephone call with Mr. Panos to discuss current status and various issues regarding settlement and claims process; review updated bid from P&N and respond substantively regarding same; locate and provide materials and information to Mr. Weir for use in survey. |
| 10/3/2019 | 0.1 | Email with RG2 regarding assumptions for bid. |
| 10/4/2019 | 0.8 | Telephone and email communications with Dean Panos and Colin Weir regarding claims process issues. |

*DETAILED BILLING RECORDS BY CATEGORY – Motion for Preliminary Approval*

| Date | Hours | Description |
|---|---|---|
| 10/7/2019 | 2.5 | Call with Mr. Panos to discuss status of settlement, settlement agreement, and claims process; follow-up email to Mr. Panos with proposals to address certain issues he raised; participate in telephone calls with P&N and Epiq to discuss current bids and anticipated claims process; call with Colin Weir regarding survey and claims process; participate in WebEx meeting with Mr. Weir and P&N in order to demonstrate survey to P&N for purposes of refining claims process; review, revise, and send to Kellogg's counsel a stipulation of dismissal of the New York action with prejudice. |
| 10/9/2019 | 0.8 | Work with Mr. Weir on refining and finalizing survey so that it can go live in time to collect useful data. |
| 10/10/2019 | 7.6 | Work on motion for preliminary approval; communication with New York plaintiff Ms. Madyun regarding status; email with Mr. Panos regarding stipulation of dismissal of New York action and stipulation to amend California action; email Judge Holderman regarding request for mediator's declaration; review draft mediator's declaration and send same to Judge Holderman for review and revision. |
| 10/11/2019 | 1.4 | Participate in demonstration of potential claim form by P&N; email Judge Holderman regarding mediator's declaration; work on motion for preliminary approval. |
| 10/14/2019 | 7.8 | Work on drafting preliminary approval motion, and updating draft settlement agreement, including reviewing and revising exhibits, especially long form notice. |
| 10/15/2019 | 6.6 | Review Kellogg's proposed revisions to draft settlement agreement; telephone call with Mr. Panos to discuss vouchers, proposed schedule after preliminary approval, and various issues in draft settlement agreement; set up call with P&N regarding same; telephone calls with Brandon Schwartz and Dustin Mire of P&N regarding some changes due to the way Kellogg will institute vouchers; work further on motion for preliminary approval, especially supporting declaration; review and revise Third Amended Complaint and give Mr. Flynn further instruction in that regard; review Judge Holderman's mediator's declaration; briefly review draft Weir Declaration and give Mr. Weir further instruction; telephone call with Mr. Weir to discuss effect of paper vouchers, and corresponding postage, on claims process, as well as results from survey; update settlement agreement per call with Mr. Panos and send to him for review. |

*DETAILED BILLING RECORDS BY CATEGORY – Motion for Preliminary Approval*

| Date | Hours | Description |
|---|---|---|
| 10/16/2019 | 11.6 | Participate in call with P&N and Dean Panos regarding vouchers and other claims logistics; call with Mr. Panos regarding issues in Settlement Agreement; work on preliminary approval motion. |
| 10/17/2019 | 7.8 | Continue working on preliminary approval motion and supporting declaration. |
| 10/18/2019 | 5.1 | Continue working on preliminary approval motion and finalizing Settlement Agreement and exhibits, including communications with Mr. Panos and P&N regarding various issues. |
| **Total =** | **86.7** | |

**Trevor Flynn**

| Date | Hours | Description |
|---|---|---|
| 9/20/2019 | 4 | Research on Judge Koh and other CAND court decisions related to attorney's fees motions |
| 10/2/2019 | 0.9 | Meeting with Mr. Fitzgerald and Ms. Persinger to reconcile time sheets and ensure accuracy |
| 10/10/2019 | 1.6 | Work on PA Motion exhibits including long and short notice; review of settlement agreement |
| 10/15/2019 | 0.3 | Draft Proposed Order Granting Preliminary Approval |
| 10/18/2019 | 4.2 | Work on Preliminary Approval motion and fee motion, including specifically assessing time entries for privileged information |
| **Total =** | **11.0** | |

**Melanie Persinger**

| Date | Hours | Description |
|---|---|---|
| 9/23/2019 | 5.5 | Research for preliminary approval motion |
| 9/25/2019 | 2 | Research for preliminary approval motion; begin draft of motion for preliminary approval, including reading ND Cal guidance document for what must be included |

*DETAILED BILLING RECORDS BY CATEGORY – Motion for Preliminary Approval*

| Date | Hours | Description |
|---|---|---|
| 9/27/2019 | 7.4 | Preliminary approval research; continue to draft motion for preliminary approval; edits to Settlement Agreement |
| 10/2/2019 | 0.9 | Team meeting to review and reconcile hours for inclusion in motion for preliminary approval |
| 10/3/2019 | 0.9 | Research for preliminary approval motion |
| 10/4/2019 | 3 | Research for preliminary approval motion; continue to draft portions of motion for preliminary approval |
| 10/7/2019 | 0.5 | Continue to draft motion for preliminary approval |
| 10/10/2019 | 1.3 | Work on draft mediator's declaration for review by Judge Holderman, including conferring with Mr. Fitzgerald and TF re mediation sessions and correspondence with Judge Holderman's office. |
| 10/18/2019 | 5 | Continue to draft motion for preliminary approval including research on outstanding issues |
| **Total =** | **26.5** | |

**Julie Hinton**

| Date | Hours | Description |
|---|---|---|
| 9/11/2019 | 2.1 | Research of Northern District requirements for Preliminary Approval of Class Action Settlement, found examples, and began creating skeleton for Motion. |
| | 1.2 | Research and find sizes of products for Settlement Agreement. |
| | 1.2 | Consolidate hours of Sidney Jackson to standardize formatting with Mr. Fitzgerald's firm's practice |
| 9/13/2019 | 2.5 | Edit Motion for Preliminary Approval. |
| 9/17/2019 | 9.8 | Work on table of billing records for Attorney's Fees Motion |
| 9/18/2019 | 3.8 | Finish first draft of table of all billing records for motion for Attorney's Fees and send to Mr. Fitzgerald |

*DETAILED BILLING RECORDS BY CATEGORY – Motion for Preliminary Approval*

| Date | Hours | Description |
|------|-------|-------------|
| 9/19/2019 | 8.3 | Find any statistics on the class products for the claims process, pull documents re same. |
| 9/20/2019 | 2.9 | Look up Judge Koh's decisions re attorney's fees, save and highlight relevant portions |
| 9/23/2019 | 1.9 | Make word doc of helpful blurbs from legal research re Judge Koh's decisions on motions for attorney's fees and decisions on preliminary approvals of class action settlements |
| 9/24/2019 | 1.7 | Look for document showing amount of cereal sold (purchase occasions, pounds sold) and send to Mr. Fitzgerald, proceed to look for box sales numbers by size in Kellogg's doc production |
| | 0.7 | Edit/update table of billing records |
| 9/25/2019 | 4 | Create Organized/Categorized Expense Spreadsheet |
| 9/25/2019 | 0.7 | Send Kyle Mason protective order acknowledgement to sign, receive signed copy, proceed to send him materials found on the statistics of the class products, sales, purchases/purchasers. |
| 9/26/2019 | 5.6 | Review, revise, make further edits to expense spreadsheet, create word doc of expenses, and make percentage breakdown of costs |
| 9/27/2019 | 6 | Work on table of past distributions, look for any information re same |
| 9/30/2019 | 2 | Work on table of past distributions, look for any information re same |
| | 1.1 | Edit expense documents |
| | 0.5 | Edit Joint Motion for Multiple Attorneys to Argue |
| | 1 | Find correct labels for cereals that have coupons, resize and place accordingly on word doc, turn into PDF |
| 10/1/2019 | 1.6 | Review and Make further edits to past distribution chart |
| 10/2/2019 | 0.9 | Team meeting re billing hours |
| | 0.2 | Create chart of SJ billing hours and send to SJ to fill in blank sections |
| 10/3/2019 | 8 | Make edits from Mr. Fitzgerald, Ms. Persinger, and TF's notes on Time Entries. |

*DETAILED BILLING RECORDS BY CATEGORY – Motion for Preliminary Approval*

| Date | Hours | Description |
|---|---|---|
| 10/4/2019 | 0.5 | Further edits on Time entries |
| 10/8/2019 | 0.3 | Further edits on Time entries |
| 10/9/2019 | 1 | Take survey for Colin Weir and take notes re same; attempt on desktop and smartphone, report back to C. Weir |
| | 6.2 | Further edits on Time entries |
| 10/10/2019 | 0.5 | Further edits on Time entries, send questions to Mr. Fitzgerald |
| 10/15/2019 | 4 | Further edits on Time entries |
| | 2 | Work on discovery section for preliminary approval motion |
| 10/16/2019 | 1 | Update new time entries into individual billing records |
| 10/17/2019 | 7 | Categorize and create breakdown of total billing hours for motion for preliminary approval |
| 10/18/2019 | 7 | Assisting with various tasks for Motion for Preliminary Approval |
| **Total =** | **97.2** | |

# Exhibit G

*Hadley v. Kellogg* and *DiGregorio v. Kellogg* Expenses – Listed Chronologically

| Date | Category | Amount | Description |
|------|----------|--------|-------------|
| 8/23/2016 | Case Initiation | $13.78 | Hillcrest Printing - CLRA letters to Kellogg |
| 8/29/2016 | Case Initiation | $400.00 | Filing Fee - Hadley v. Kellogg |
| 11/22/2016 | Air Travel | $397.96 | Southwest Air - JF Flight for Kellogg Initial CMC on November 30, 2016 |
| 11/30/2016 | Air Travel | $52.86 | Flight Change fee, SW for JF Flight home from initial CMC (6:05 instead of 8:05 flight) |
| 11/30/2016 | Ground Travel | $16.42 | JF Uber to Airport for Kellogg Initial Case Management Conference |
| 11/30/2016 | Ground Travel | $13.64 | JF Uber, SJC to Federal Courthouse for Initial CMC |
| 11/30/2016 | Ground Travel | $9.36 | JF Uber, Federal Courthouse to SJC for flight home from Initial CMC |
| 11/30/2016 | Ground Travel | $22.13 | JF Uber, SAN to home following Initial CMC |
| 11/30/2016 | Meals While Traveling | $23.90 | San Jose Joe's - JF dinner during travel home from initial CMC |
| 12/7/2016 | Miscellaneous | $7.99 | Public Relations Society of America - Sugar Research Article |
| 2/14/2017 | Air Travel | $42.00 | Southwest - change flight fees for JF and MRP after Kellogg MTD hearing cancelled |
| 2/14/2017 | Lodging/Accommodations | $318.14 | Hotel rooms for JF & MRP in San Jose (booked prior to Kellogg MTD hearing vacated, and non-refundable) |
| 3/6/2017 | Air Travel | $208.88 | Southwest Airlines - JF Flight to SJC for Kellogg 3-22 CMC |
| 3/22/2017 | Ground Travel | $13.08 | Uber - SJC to Federal Courthouse for CMC |

*Hadley v. Kellogg* and *DiGregorio v. Kellogg* Expenses – Listed Chronologically

| Date | Category | Amount | Description |
|---|---|---|---|
| 3/22/2017 | Meals While Traveling | $26.00 | Craft Brews - JF Breakfast before Kellogg CMC |
| 3/23/2017 | Air Travel | $32.00 | JF Parking at SAN for Kellogg CMC |
| 4/6/2017 | Miscellaneous | $130.95 | Check to Summer Fisher, Court Reporter, for Kellogg CMC |
| 6/23/2017 | Air Travel | $178.97 | Southwest - Flight to SJC for Kellogg MTD SAC Hearing |
| 7/21/2017 | Air Travel | $307.95 | Southwest - JF ticket to San Jose for Kellogg CMC (CANCELLED & rebooked for August) |
| 8/23/2017 | Meals While Traveling | $14.48 | Soup & Salad SJC - JF meal after Kellogg CMC |
| 10/14/2017 | Expert Related | $110.90 | FedEx - Cereal boxes & related materials to AMS |
| 10/16/2017 | Air Travel | $324.49 | Expedia - Trip from SAN to NYC to BOS (Bursor & Fisher meeting, AMS research) |
| 10/16/2017 | Air Travel | $184.80 | Expedia - Trip from BOS to SAN |
| 10/18/2017 | Lodging/Accommodations | $331.75 | Holiday Inn Express - Accommodations for exploratory research |
| 10/19/2017 | Meals While Traveling | $8.57 | S'Wich Bistro - Breakfast for meet-and-confer conference with Ken Lee regarding Kellogg's interrogatory responses. |
| 10/23/2017 | Meals While Traveling | $18.83 | CPK - JF meal for travel to NYC to meet with Bursor & Fisher on Kellogg |
| 10/23/2017 | Meals While Traveling | $11.00 | Four Peaks - JF meal in PHX for travel to NYC to meet with Bursor & Fisher on Kellogg |

*Hadley v. Kellogg* and *DiGregorio v. Kellogg* Expenses – Listed Chronologically

| Date | Category | Amount | Description |
|------|----------|--------|-------------|
| 10/24/2017 | Ground Travel | $42.08 | Uber - JFK to Dan Gordon's |
| 10/24/2017 | Ground Travel | $59.70 | Uber - Dan Gordon's to Bursor & Fisher |
| 10/24/2017 | Ground Travel | $54.95 | Uber - Bursor & Fisher to LaGuardia |
| 10/24/2017 | Ground Travel | $51.07 | Uber - BOS to Hotel in Warwick for AMS exploratory research. |
| 10/24/2017 | Meals While Traveling | $27.00 | Copper Horse Tavern - JF Dinner in Boston night before exploratory research. |
| 10/25/2017 | Ground Travel | $57.47 | Uber - JF ride from AMS exploratory research to BOS |
| 10/25/2017 | Ground Travel | $27.88 | Uber - JF ride from hotel to exploratory research. |
| 10/25/2017 | Meals While Traveling | $10.14 | Ufood Grill - JF meal for flight home from exploratory research |
| 10/25/2017 | Meals While Traveling | $14.27 | Interwich Café - JF meal while traveling |
| 10/26/2017 | Ground Travel | $13.59 | Uber - JF ride from SAN home after exploratory research. |
| 11/1/2017 | Meals While Traveling | $27.87 | S'Wich Bistro - Lunch for JF & TMF while meeting-and-conferring in-person with Ken Lee |
| 11/7/2017 | Expert Related | $1,518.75 | Check to Colin Weir for work on Kellogg |
| 11/8/2017 | Expert Related | $32.31 | CVS - Thumb drives for sending documents to Bruce Silverman |
| 11/10/2017 | Miscellaneous | $84.48 | Check to TMF for reimbursement of mileage for in-person meet-and-confer |
| 11/20/2017 | Air Travel | $227.96 | Southwest - Flight to SJC for Kellogg CMC |

*Hadley v. Kellogg* and *DiGregorio v. Kellogg* Expenses – Listed Chronologically

| Date | Category | Amount | Description |
|------|----------|--------|-------------|
| 11/24/2017 | Miscellaneous | $93.50 | Check to Lee-Anne Shortridge for transcript of August 23, 2017 CMC |
| 11/29/2017 | Air Travel | $60.00 | Southwest Flight Change fee, flight home from CMC |
| 11/29/2017 | Ground Travel | $15.12 | Uber - trip from SJC to courthouse for CMC |
| 11/29/2017 | Meals While Traveling | $12.84 | Peets - JF lunch during CMC travel |
| 11/29/2017 | Meals While Traveling | $3.59 | Le Boulanger - JF water at airport after CMC |
| 11/30/2017 | Ground Travel | $12.75 | Uber - JF trip from airport to office after CMC |
| 12/19/2017 | Expert Related | $7,731.25 | Check to Economics & Technology Inc. for Colin Weir Services |
| 12/29/2017 | Expert Related | $2,387.50 | Check to Applied Marketing Sciences for Steve Gaskin services |
| 1/3/2018 | Special Master | $7,945.00 | Check to Judicate West for Judge Kenton (Special Master) Retainer |
| 1/11/2018 | Expert Related | $59,743.57 | Check to AMS for Kellogg exploratory research |
| 1/12/2018 | Miscellaneous | $47.45 | Check to Irene Rodriguez for transcript of November 29 hearing in Hadley v. Kellogg |
| 1/29/2018 | Special Master | $7,500.00 | Check to Judicate West for Judge Kenton (Special Master) 2nd Retainer |
| 2/13/2018 | Subpoena & Process Costs | $95.00 | Check to Sears Holding for response to subpoena |
| 3/1/2018 | Air Travel | $347.96 | Southwest Airlines - JF Ticket to SJC for Kellogg CMC |

*Hadley v. Kellogg* and *DiGregorio v. Kellogg* Expenses – Listed Chronologically

| Date | Category | Amount | Description |
|---|---|---|---|
| 3/1/2018 | Subpoena & Process Costs | $3,685.00 | Check to Information Resources, Inc. (IRI) for data provided in response to Hadley subpoena. |
| 3/7/2018 | Ground Travel | $14.88 | JF Uber from SJC to courthouse for case management conference |
| 3/8/2018 | Ground Travel | $13.91 | JF Uber from courthouse to SJC after case management conference |
| 3/8/2018 | Ground Travel | $15.33 | JF Uber from SAN to office after case management conference |
| 3/21/2018 | Miscellaneous | $38.70 | Check to Summer Fisher for Transcript of March 7 CMC |
| 3/30/2018 | Subpoena & Process Costs | $1,000.00 | Check to Winston & Strawn for Leo Burnett color production in response to subpoena |
| 4/3/2018 | Air Travel | $1,303.45 | United - Flights for JF to Michigan for Depositions |
| 4/7/2018 | Air Travel | $573.80 | American Air - JF Flight from LGA to Michigan for 2nd week of Kellogg depositions |
| 4/8/2018 | Air Travel | $35.00 | American - JF Baggage Fee while traveling to Michigan |
| 4/8/2018 | Air Travel | $60.00 | United - JF Baggage Fee while traveling to Michigan |
| 4/8/2018 | Air Travel | $438.20 | American - JF Flight from ORD to Kalamazoo after original flight missed |
| 4/8/2018 | Ground Travel | $22.83 | JF Uber from home to SAN to fly to Michigan to take Kellogg depositions |
| 4/8/2018 | Meals While Traveling | $20.99 | Chilis, Chicago - JF meal while travelling to Michigan for Kellogg depositions |
| 4/9/2018 | Ground Travel | $27.02 | JF Uber from Kalamazoo airport to McCamly Hotel for Kellogg Depositions |

*Hadley v. Kellogg* and *DiGregorio v. Kellogg* Expenses – Listed Chronologically

| Date | Category | Amount | Description |
|------|----------|--------|-------------|
| 4/10/2018 | Meals While Traveling | $17.00 | Griffin Grill & Pub - JF Dinner night before beginning depositions |
| 4/11/2018 | Meals While Traveling | $44.00 | Malia - JF Dinner during depositions |
| 4/12/2018 | Air Travel | $60.00 | United - JF Baggage Fee while traveling back from Michigan |
| 4/12/2018 | Ground Travel | $14.00 | JW Barleycorn's - JF Meal during depositions |
| 4/12/2018 | Lodging/Accommodations | $567.55 | McCamly Plaza Hotel - JF accommodations during Kellogg depositions week 1 |
| 4/12/2018 | Meals While Traveling | $52.00 | Wicker Park Sushi, ORD - JF Dinner while travelling back from depositions |
| 4/12/2018 | Meals While Traveling | $63.25 | Car from McCamly hotel to Kalamazo airport after depositions |
| 4/13/2018 | Ground Travel | $40.71 | JF uber from SAN to home after Kellogg depositions |
| 4/15/2018 | Air Travel | $ 1,147.60 | TMF flight to Michigan for 2nd week of depositions |
| 4/19/2018 | Ground Travel | $42.11 | JF Uber from courthouse to LGA after MTD hearing for flight to Michigan for Kellogg depositions |
| 4/19/2018 | Ground Travel | $59.96 | JF Uber from Grand Rapids to Battle Creek |
| 4/19/2018 | Ground Travel | $63.25 | Mosaic Car service- JF & TMF from hotel to airport after Kellogg depositions |
| 4/19/2018 | Lodging/Accommodations | $132.09 | McCamly Plaza Hotel - TMF accommodations during Kellogg depositions week 2 |
| 4/19/2018 | Meals While Traveling | $44.00 | Griffin Grill & Pub - JF & TMF dinner during Kellogg depositions week 2 |
| 4/19/2018 | Meals While Traveling | $28.00 | Chilis, Chicago - JF & TMF meal on trip home from Kellogg depositions |

*Hadley v. Kellogg* and *DiGregorio v. Kellogg* Expenses – Listed Chronologically

| Date | Category | Amount | Description |
|------|----------|--------|-------------|
| 4/19/2018 | Meals While Traveling | $29.00 | JF Barleycorn's - lunch for JF & TMF during Kellogg depositions |
| 4/19/2018 | Meals While Traveling | $2.59 | Tailwind Kalamazoo - water for JF while travelling |
| 4/19/2018 | Meals While Traveling | $57.00 | Tailwind Kalamazoo - meal & drinks for JF & TMF while travelling |
| 4/20/2018 | Ground Travel | $37.63 | JF Uber from SAN home after returning from Kellogg depositions |
| 4/30/2018 | Ground Travel | $82.84 | Reimbursement to TMF for Lyft rides during Sell deposition travel. |
| 5/2/2018 | Expert Related | $ 2,500.00 | PayPal payment to Silverman Consulting for partial payment of April invoice. |
| 5/2/2018 | Expert Related | $ 6,500.00 | Wire to Silverman Consulting for partial payment of April invoice. |
| 5/4/2018 | Expert Related | $ 4,900.00 | Wire to Silverman Consulting for partial payment of April invoice. |
| 5/8/2018 | Special Master | $ 7,500.00 | Check to JAMS for additional Judge Kenton retainer. |
| 5/14/2018 | Air Travel | $533.96 | Southwest - JF roundtrip flight to San Antonio for Stephen Hadley deposition |
| 5/14/2018 | Air Travel | $583.60 | Southwest - JF roundtrip flight to Boston for Steven Gaskin and Colin Weir depositions |
| 5/21/2018 | Air Travel | $256.96 | Southwest - JF flight to SFO for Lustig deposition |
| 5/21/2018 | Air Travel | $463.70 | Southwest - JF flight to Washington Dulles for Greger deposition |
| 5/21/2018 | Lodging/Accommodations | $595.72 | Hotels.com - JF accommodations in Boston (Bostonian Hotel) during Gaskin & Weir depositions |

*Hadley v. Kellogg* and *DiGregorio v. Kellogg* Expenses – Listed Chronologically

| Date | Category | Amount | Description |
|---|---|---|---|
| 5/22/2018 | Ground Travel | $20.50 | JF Uber from home to airport for trip to San Antonio for Stephen Hadley deposition |
| 5/22/2018 | Ground Travel | $15.24 | Uber - JF ride from San Antonio airport to hotel |
| 5/22/2018 | Meals While Traveling | $10.11 | Zito's Deli, San Antonio - JF lunch after arriving in San Antonio for Stephen Hadley deposition |
| 5/23/2018 | Lodging/Accommodations | $74.42 | Best Western Medical Center San Antonio - JF accommodations for Hadley deposition |
| 5/23/2018 | Meals While Traveling | $26.00 | La Gloria SAT - JF meal at San Antonio airport while traveling |
| 5/23/2018 | Meals While Traveling | $15.14 | JF & Stephen Hadley lunch during deposition (Subway) |
| 5/24/2018 | Expert Related | $7,500.00 | Wire Transfer to Bruce Silverman for retainer replenishment. |
| 5/24/2018 | Ground Travel | $13.47 | JF Uber from Medical Center to Airport after Hadley Deposition |
| 5/24/2018 | Ground Travel | $25.57 | JF Uber from SAN to home after Hadley deposition |
| 5/29/2018 | Ground Travel | $29.48 | JF Uber from home to airport to travel to Boston for Gaskin & Weir depositions |
| 5/29/2018 | Lodging/Accommodations | $34.00 | Westin Bonaventure - Miscellaneous charges (Valet, etc.) |
| 5/29/2018 | Lodging/Accommodations | $309.24 | Westin Bonaventure - JF accommodations for Bruce Silverman deposition |
| 5/29/2018 | Meals While Traveling | $57.25 | Food - Bostonian |
| 5/29/2018 | Meals While Traveling | $18.00 | Windy City Taproom - JF meal at ORD while traveling to Boston for Gaskin & Weir depositions |

*Hadley v. Kellogg* and *DiGregorio v. Kellogg* Expenses – Listed Chronologically

| Date | Category | Amount | Description |
|------|----------|--------|-------------|
| 5/30/2018 | Ground Travel | $18.83 | JF Uber from BOS to hotel for Gaskin & Weir depositions |
| 5/30/2018 | Meals While Traveling | $55.00 | Joe's American - Lunch for JF & Steve Gaskin during Gaskin deposition |
| 5/31/2018 | Expert Related | $18,425.00 | Check to Bruce Silverman for April Invoice |
| 5/31/2018 | Ground Travel | $16.72 | Uber - JF Uber from Commercial Wharf to BOS after Colin Weir Deposition |
| 5/31/2018 | Ground Travel | $11.61 | Uber - JF Uber from SAN to home after Colin Weir Deposition |
| 6/1/2018 | Expert Related | $121,318.75 | Check to Economics & Technology Inc. for Colin Weir's expert services (April invoice). |
| 6/1/2018 | Lodging/Accommodations | $137.00 | Millennium Bostonian Hotel - JF Accommodations during Gaskin & Weir depositions. |
| 6/7/2018 | Expert Related | $9,812.50 | Check to Economics & Technology Inc. for Colin Weir's expert services (May invoice). |
| 6/8/2018 | Deposition Costs | $21,433.05 | Check to TSG for Hadley deposition transcripts. |
| 6/8/2018 | Expert Related | $121,162.40 | Check to Applied Marketing Science for Hadley work. |
| 6/11/2018 | Expert Related | $8,500.00 | Check to Robert Lustig for expert work |
| 6/12/2018 | Expert Related | $51,677.11 | Check to Dr. Greger for work to date |
| 6/14/2018 | Expert Related | $24,273.34 | Check to AMS for Hadley work. |

*Hadley v. Kellogg* and *DiGregorio v. Kellogg* Expenses – Listed Chronologically

| Date | Category | Amount | Description |
|------|----------|--------|-------------|
| 6/14/2018 | Subpoena & Process Costs | $2,088.00 | Check to IRI for Nutri-Grain Sales Data |
| 6/21/2018 | Expert Related | $14,487.50 | AMS June 8 invoice |
| 6/21/2018 | Ground Travel | $35.12 | Uber - JF & Stephen Hadley uber from mediation to SFO |
| 6/21/2018 | Ground Travel | $31.96 | Lyft - TMF ride |
| 6/21/2018 | Lodging/Accommodations | $508.21 | Grand Hyatt San Francisco - JF accommodations for Kellogg mediation (including food) |
| 6/21/2018 | Lodging/Accommodations | $453.21 | Grand Hyatt San Francisco - Stephen Hadley accommodations for Kellogg mediation |
| 6/21/2018 | Meals While Traveling | $27.12 | Workshop Café - JF & Stephen Hadley lunch during Kellogg mediation |
| 6/21/2018 | Meals While Traveling | $19.75 | Lori's Diner - JF dinner in San Francisco night before Kellogg mediation |
| 6/22/2018 | Deposition Costs | $1,724.00 | Check to U.S. Legal Support for Hadley deposition transcript. |
| 6/22/2018 | Ground Travel | $37.95 | Uber - JF uber from SAN to home after Kellogg mediation |
| 7/2/2018 | Expert Related | $5,686.50 | Check to Silverman Consulting for work on Hadley. |
| 7/5/2018 | Deposition Costs | $3,224.40 | Check to U.S. Legal Support for Gaskin & Weir deposition transcripts. |
| 7/11/2018 | Expert Related | $52,623.89 | Check to Economics & Technology Inc. for Colin Weir services. |
| 7/13/2018 | Expert Related | $1,310.00 | Check to NutritionFacts.Org for Dr. Greger Work |

*Hadley v. Kellogg* and *DiGregorio v. Kellogg* Expenses – Listed Chronologically

| Date | Category | Amount | Description |
|------|----------|--------|-------------|
| 7/17/2018 | Deposition Costs | $2,250.00 | Check to Ronald T. Wilcox for expert witness deposition fee |
| 7/18/2018 | Expert Related | $78,800.00 | Check to Applied Marketing Science for Hadley work. |
| 7/30/2018 | Deposition Costs | $ 2,330.90 | Check to TSG Reporting for Wilcox deposition coverage |
| 7/31/2018 | Deposition Costs | $ 2,631.10 | Check to Veritext for Bruce Silverman deposition transcript & exhibits |
| 8/9/2018 | Expert Related | $ 6,625.00 | Check to Economics & Technology, Inc. for Colin Weir work |
| 8/12/2018 | Air Travel | $ 1,049.16 | Southwest - JF roundtrip to Grand Rapids for Garcia and Shouldice depositions |
| 8/14/2018 | Ground Travel | $26.25 | Uber - JF ride from home to SAN for trip to Battle Creek for Garcia & Shouldice depositions |
| 8/14/2018 | Ground Travel | $60.55 | Uber - JF ride from GRR to McCalmly Plaza Hotel |
| 8/14/2018 | Lodging/Accommodations | $176.49 | McCamly Plaza Hotel - JF accommodations during Garcia & Shouldice depositions |
| 8/14/2018 | Meals While Traveling | $66.12 | Malia Battle Creek - JF dinner night before Garcia & Shouldice depositions |
| 8/14/2018 | Meals While Traveling | $11.77 | Einstein Bagels - JF breakfast while traveling |
| 8/14/2018 | Meals While Traveling | $17.83 | Pizza Vino - JF lunch while traveling |
| 8/15/2018 | Deposition Costs | $8.47 | Subway - JF lunch during Garcia & Shouldice depositions |
| 8/15/2018 | Ground Travel | $71.70 | Lyft - JF ride from Battle Creek to GRR after Garcia & Shouldice depositions |
| 8/16/2018 | Ground Travel | $24.83 | Uber - JF ride from SAN to home after Garcia & Shouldice depositions |

*Hadley v. Kellogg* and *DiGregorio v. Kellogg* Expenses – Listed Chronologically

| Date | Category | Amount | Description |
|---|---|---|---|
| 8/24/2018 | Air Travel | $ 1,317.50 | American Airlines - TMF Roundtrip flight to Michigan to depose Jeff Delonis |
| 8/24/2018 | Air Travel | $1,598.60 | American Airlines - MRP round trip ticket to Kalamazoo to take Julie Jursinic deposition. |
| 8/27/2018 | Expert Related | $ 15,037.50 | Check to Applied Marketing Science for Hadley work. |
| 8/29/2018 | Expert Related | $1,250.00 | Check to Robert Lustig for July 2, 2018 invoice. |
| 8/29/2018 | Expert Related | $500.00 | Check to Robert Lustig for work updating expert report. |
| 9/6/2018 | Deposition Costs | $155.00 | TMF expenses for Delonis deposition. |
| 9/10/2018 | Air Travel | $ 1,262.88 | JF, TMF, and MRP flights to Chicago for mediation |
| 9/10/2018 | Deposition Costs | $ 4,427.25 | Check to TSG Reporting for Garcia & Shouldice Depositions. |
| 9/10/2018 | Expert Related | $ 89,057.50 | Check to Applied Marketing Science for Hadley work. |
| 9/10/2018 | Expert Related | $ 10,175.00 | Check to Silverman Consulting for work on Hadley. |
| 9/10/2018 | Lodging/Accommodations | $ 1,128.28 | Hotels.com - Klimpton Gray Hotel, Chicago - JF, TMF, MRP accommodations for mediation |
| 9/11/2018 | Mediation Costs | $ 7,000.00 | Check to JAMS for Judge Holderman deposit. |
| 9/13/2018 | Deposition Costs | $101.83 | MRP expenses for Jursinic deposition. |
| 9/13/2018 | Expert Related | $ 9,743.75 | Check to Economics & Technology, Inc. for Colin Weir work |

*Hadley v. Kellogg* and *DiGregorio v. Kellogg* Expenses – Listed Chronologically

| Date | Category | Amount | Description |
|---|---|---|---|
| 9/13/2018 | Subpoena & Process Costs | $ 1,075.00 | Check to IRI for updated Cereal Sales data |
| 9/22/2018 | Deposition Costs | $771.00 | Check to TSG Reporting for Jursinic deposition. |
| 9/22/2018 | Expert Related | $ 3,500.00 | Check to Robert Lustig for work regarding Rippe |
| 9/25/2018 | Air Travel | $497.10 | Southwest - JF flight, San Francisco to Boston to defend Weir Deposition #2 |
| 9/25/2018 | Air Travel | $267.80 | Southwest - JF flight from BOS to SAN after Coin Weir Deposition #2 |
| 9/26/2018 | Lodging/Accommodations | $658.09 | Boston Yacht Haven Inn - JF accommodations for Weir Deposition #2. |
| 9/27/2018 | Lodging/Accommodations | $30.50 | Max's SFO - JF lunch while traveling to Boston for Weir Deposition #2 |
| 9/27/2018 | Lodging/Accommodations | $13.14 | The Market - JF dinner at Midway while traveling to Boston for Weir Deposition #2 |
| 9/28/2018 | Ground Travel | $9.37 | Uber - JF trip from BOS to Boston Yacht Inn for Weir Deposition #2 |
| 9/28/2018 | Ground Travel | $12.27 | Uber - JF trip from Weir Deposition #2 to BOS for flight home |
| 9/28/2018 | Lodging/Accommodations | $54.00 | Joe's American Bar & Grill - JF & Colin Weir lunch during Weir Deposition #2 |
| 9/28/2018 | Lodging/Accommodations | $37.00 | Flying Dog Pub - JF food & drink during flight home |
| 9/29/2018 | Ground Travel | $7.40 | Uber - JF trip from SAN to office after flight home from Weir Deposition #2 |
| 9/29/2018 | Mediation Costs | $84.66 | FedEx - Mediation Brief Materials to Judge Holderman |
| 9/30/2018 | Air Travel | $261.80 | Southwest - JF Flight, Boston to San Diego after Steve Gaskin Deposition |

*Hadley v. Kellogg* and *DiGregorio v. Kellogg* Expenses – Listed Chronologically

| Date | Category | Amount | Description |
|------|----------|--------|-------------|
| 9/30/2018 | Air Travel | $173.98 | Southwest - JF Flight, Chicago to Boston after mediation for Rippe & Gaskin Depositions |
| 9/30/2018 | Lodging/Accommodations | $987.00 | Priceline - JF Accommodations at The Bostonian in Boston for Rippe & Gaskin depositions |
| 9/30/2018 | Special Master | $ 7,500.00 | Check to Judicate West for Judge Kenton (Discovery Master) retainer #4 |
| 10/1/2018 | Deposition Costs | $771.00 | Check to TSG for deposition transcript (invoice no. 083018-655783) |
| 10/2/2018 | Ground Travel | $31.87 | Uber, JF & MRP, MDW to Klimpton Gray hotel |
| 10/2/2018 | Ground Travel | $24.24 | Uber, JF home to SAN to travel to Chicago for mediation |
| 10/2/2018 | Meals While Traveling | $16.59 | The Counter - JF breakfast while traveling to Chicago for mediation |
| 10/2/2018 | Meals While Traveling | $88.00 | Steadfast - JF & MRP dinner at Klimpton Gray hotel night before mediation |
| 10/2/2018 | Meals While Traveling | $56.00 | Steadfast - JF & MRP lunch at Klimpton Gray hotel day before mediation |
| 10/3/2018 | Ground Travel | $31.68 | Uber - JF & MRP, JAMS to MDW for flights after mediation. |
| 10/3/2018 | Ground Travel | $20.70 | Uber - JF trip from BOS to Bostonian night before Dr. Rippe deposition |
| 10/3/2018 | Lodging/Accommodations | $70.00 | Bostonian Hotel (JF Rippe & Gaskin depositions accommodations) - Extra Charge |
| 10/3/2018 | Meals While Traveling | $9.70 | Starbucks - MRP breakfast, morning of mediation |
| 10/3/2018 | Meals While Traveling | $2.95 | Starbucks - JF coffee, morning of mediation |

*Hadley v. Kellogg* and *DiGregorio v. Kellogg* Expenses – Listed Chronologically

| Date | Category | Amount | Description |
|------|----------|--------|-------------|
| 10/4/2018 | Lodging/Accommodations | $151.00 | Millennium Bostonian Hotel - JF & Steve Gaskin dinner night before second Gaskin deposition |
| 10/5/2018 | Ground Travel | $19.45 | Uber - JF trip from Gaskin deposition to BOS. |
| 10/5/2018 | Meals While Traveling | $81.34 | Millennium Bostonian Hotel - JF dinner, night before Dr. Rippe deposition |
| 10/5/2018 | Meals While Traveling | $68.00 | Joe's American Bar & Grill - JF & Steve Gaskin lunch during Gaskin Deposition #2 |
| 10/6/2018 | Ground Travel | $29.82 | Uber - JF trip from SAN home after Gaskin deposition. |
| 10/6/2018 | Meals While Traveling | $10.25 | Billy Goat Tavern - JF Dinner while traveling home after Gaskin deposition |
| 10/8/2018 | Deposition Costs | $ 1,180.55 | US Legal Support - Fee for certified copy of transcript of second Colin Weir deposition |
| 10/8/2018 | Deposition Costs | $471.00 | Check to TSG for Tom Monroe deposition transcript. |
| 10/12/2018 | Expert Related | $ 1,925.00 | Check to Bruce Silverman for work preparing for deposition #2. |
| 10/16/2018 | Expert Related | $ 69,925.00 | Check to Economics & Technology, Inc. for Colin Weir work |
| 10/16/2018 | Expert Related | $ 2,000.00 | Check to Robert Lustig for additional Rippe work. |
| 10/17/2018 | Deposition Costs | $ 10,500.00 | Check to Dr. James Rippe for expert deposition witness fee. |
| 10/23/2018 | Deposition Costs | $ 2,430.25 | Check to TSG Reporting for second Gaskin deposition |
| 10/23/2018 | Expert Related | $ 27,450.00 | Check to Applied Marketing Science for Hadley work. |

*Hadley v. Kellogg* and *DiGregorio v. Kellogg* Expenses – Listed Chronologically

| Date | Category | Amount | Description |
|------|----------|--------|-------------|
| 11/5/2018 | Mediation Costs | $ 6,116.87 | Check to JAMS for Judge Holderman's October time. |
| 11/7/2018 | Deposition Costs | $ 4,491.50 | Check to TSG for James Rippe deposition and videographer. |
| 11/8/2018 | Lodging/Accommodations | $681.04 | Hotels.com - Klimpton Gray Hotel, Chicago - JF & TMF accommodations for November 27 cereal mediation |
| 11/21/2018 | Mediation Costs | $ 1,000.00 | Check to JAMS, Inc. for Plaintiffs' portion of November 27 mediation (1/3) |
| 11/25/2018 | Air Travel | $ 2,204.80 | United Airlines - JF & TMF tickets to Chicago ORD for November 27 cereal mediation |
| 11/26/2018 | Deposition Costs | $ 1,294.30 | Check to U.S. Legal Support for Gaskin volume II deposition transcript. |
| 11/26/2018 | Expert Related | $ 9,986.75 | Check to Applied Marketing Science for Hadley work. |
| 11/27/2018 | Mediation Costs | $ 2,158.78 | Travel, accommodation, and mediation expenses for November 27 mediation (1/3) |
| 12/20/2018 | Mediation Costs | $490.01 | Check to JAMS for balance of bill in Hadley v. Kellogg |
| 1/24/2019 | Mediation Costs | $765.99 | Check to JAMS for balance of bill in November 27 mediation (1/3). |
| 3/9/2019 | Air Travel | $267.96 | Southwest - JF roundtrip flight to San Jose for case management conference. |
| 3/11/2019 | Mediation Costs | $ 4,500.00 | Check to JAMS for deposit on April 10, 2019 mediation with Judge Holderman |
| 3/13/2019 | Ground Travel | $12.02 | Lyft - JF ride from office to airport to fly to San Jose for case management conference |
| 3/13/2019 | Ground Travel | $8.64 | Uber - JF ride from airport to office after case management conference |

*Hadley v. Kellogg* and *DiGregorio v. Kellogg* Expenses – Listed Chronologically

| Date | Category | Amount | Description |
|------|----------|--------|-------------|
| 3/13/2019 | Ground Travel | $15.38 | Lyft - JF ride from San Jose airport to courthouse for case management conference |
| 3/13/2019 | Ground Travel | $14.86 | Lyft - JF ride from courthouse to San Jose airport after case management conference |
| 3/13/2019 | Meals While Traveling | $13.97 | SJC Le Boulanger - JF lunch at airport after case management conference |
| 4/2/2019 | Ground Travel | $26.05 | Lyft - JF ride from home to SAN for flight to Chicago for Kellogg mediation |
| 4/3/2019 | Air Travel | $551.98 | Southwest - JF flight from San Diego to Chicago |
| 4/3/2019 | Air Travel | $385.00 | Southwest - TMF roundtrip flight to Chicago for Kellogg mediation |
| 4/9/2019 | Air Travel | $ 1,103.96 | TMF round trip ticket to/from Chicago for mediation |
| 4/9/2019 | Air Travel | $551.98 | JF trip from SAN to MDW for mediation. |
| 4/9/2019 | Lodging/Accommodations | $ 1,312.56 | Rooms for JF & TMF at Hyatt Chicago, night before mediation. |
| 4/9/2019 | Meals While Traveling | $153.00 | Roanoke - Dinner for JF & TMF in Chicago night before Kellogg mediation |
| 4/10/2019 | Ground Travel | $27.67 | Uber - JF & TMF ride from Midway to hotel night before Kellogg mediation |
| 4/10/2019 | Ground Travel | $11.76 | Lyft - JF &TMF ride from office to airport to fly to Chicago for Kellogg mediation |
| 4/10/2019 | Lodging/Accommodations | $656.21 | Hyatt Centric the Loop Chicago - JF accommodations for Kellogg mediation |
| 4/10/2019 | Lodging/Accommodations | $656.21 | Hyatt Centric the Loop Chicago - TMF accommodations for Kellogg mediation |
| 4/10/2019 | Meals While Traveling | $74.00 | White Sox Pub - JF & TMF dinner at MDW after Kellogg mediation |

*Hadley v. Kellogg* and *DiGregorio v. Kellogg* Expenses – Listed Chronologically

| Date | Category | Amount | Description |
|------|----------|--------|-------------|
| 4/11/2019 | Ground Travel | $54.25 | Lyft - JF & TMF ride from JAMS to MDW after Kellogg mediation |
| 4/24/2019 | Expert Related | $ 8,000.00 | Check to Robert Lustig for Rippe Rebuttal Report |
| 4/28/2019 | Ground Travel | $31.86 | Lyft - JF ride from SFO to hotel for Lustig deposition. |
| 4/28/2019 | Meals While Traveling | $9.81 | Chipotle - JF meal while traveling for Lustig deposition. |
| 4/29/2019 | Ground Travel | $28.20 | Lyft - JF ride from Montgomery St. to SFO after Lustig deposition. |
| 4/29/2019 | Lodging/Accommodations | $290.06 | Galleria Park Hotel - JF accommodations for Lustig deposition |
| 4/29/2019 | Meals While Traveling | $20.19 | Willow Creek Grill SFO - JF meal while traveling for Lustig deposition. |
| 4/29/2019 | Meals While Traveling | $10.00 | Go Bistro - JF meal at SFO while traveling after Lustig deposition |
| 4/30/2019 | Ground Travel | $23.65 | Uber - JF trip from airport to home after Lustig deposition |
| 5/1/2019 | Lodging/Accommodations | $49.00 | Weston - Parking Charge |
| 5/1/2019 | Meals While Traveling | $29.35 | Mendocino Farms Los Angeles - JF & BS lunch during Silverman deposition |
| 5/1/2019 | Meals While Traveling | $34.48 | Homage SF - Breakfast with Dr. Lustig to prep for deposition. |
| 5/2/2019 | Air Travel | $139.98 | Southwest - flight to San Francisco to take Simonson deposition |
| 5/2/2019 | Air Travel | $360.00 | American Airlines - flight from SFO to CHO to take Wilcox deposition |
| 5/2/2019 | Air Travel | $230.50 | American Airlines - flight from CHO to SAN after Wilcox deposition |

*Hadley v. Kellogg* and *DiGregorio v. Kellogg* Expenses – Listed Chronologically

| Date | Category | Amount | Description |
|------|----------|--------|-------------|
| 5/2/2019 | Air Travel | $56.05 | American Airlines - Upgrade to business class on SFO to CHO flight |
| 5/2/2019 | Deposition Costs | $7.76 | The Toll Roads of OC - JF toll for Silverman deposition |
| 5/2/2019 | Lodging/Accommodations | $545.07 | Westin Los Angeles - JF accommodations for Silverman Deposition |
| 5/4/2019 | Air Travel | $31.06 | American Airlines - additional collection |
| 5/6/2019 | Ground Travel | $11.63 | Lyft - JF ride from office to airport for flight to SFO to depose Dr. Simonson |
| 5/6/2019 | Meals While Traveling | $43.00 | Urban Crave SAN - JF meal while traveling for Simonson deposition |
| 5/6/2019 | Meals While Traveling | $43.00 | Urban Crave SAN - JF meal while traveling for Simonson deposition |
| 5/7/2019 | Ground Travel | $30.41 | Lyft - JF ride to SFO after Simonson deposition |
| 5/7/2019 | Ground Travel | $27.07 | Lyft - JF ride from SFO to hotel prior to Simonson deposition |
| 5/7/2019 | Lodging/Accommodations | $401.73 | Virgin Hotels SF - JF accommodations for Simonson deposition |
| 5/7/2019 | Meals While Traveling | $29.84 | Virgin Hotels SF - JF food at hotel |
| 5/7/2019 | Meals While Traveling | $10.86 | Subway SF - JF meal while traveling for Simonson deposition |
| 5/7/2019 | Meals While Traveling | $57.00 | Lark Creek Grill - JF dinner after Simonson deposition, while traveling to take Wilcox |
| 5/8/2019 | Ground Travel | $19.19 | Uber - JF ride from airport to Marriot to depose Wilcox |
| 5/8/2019 | Ground Travel | $18.59 | Uber - JF ride to airport after deposing Wilcox |

*Hadley v. Kellogg* and *DiGregorio v. Kellogg* Expenses – Listed Chronologically

| Date | Category | Amount | Description |
|---|---|---|---|
| 5/8/2019 | Meals While Traveling | $55.00 | Tailwind CHO - JF meal after Wilcox deposition |
| 5/8/2019 | Meals While Traveling | $14.16 | D Caio Charlottesville - JF meal while traveling after Wilcox deposition |
| 5/9/2019 | Ground Travel | $23.24 | Lyft - JF ride from SAN to home after Wilcox deposition |
| 5/21/2019 | Deposition Costs | $2,812.50 | Check to Ron Wilcox for Witness deposition appearance fee. |
| 5/21/2019 | Meals While Traveling | $12.46 | Street Taco SF - JF dinner after Lustig deposition. |
| 5/28/2019 | Case Initiation | $400.00 | Filing Fee - DiGregorio v. Kellogg |
| 5/28/2019 | Special Master | $(8,062.50) | Credit from Judicate West for unused retainer Re Special Master Judge Kenton |
| 6/20/2019 | Mediation Costs | $5,500.00 | Check to JAMS for deposit for June 24 Mediation with Judge Holderman |
| 6/20/2019 | Mediation Costs | $4,074.97 | Check to JAMS for balance re Judge Holderman's additional time. |
| 6/23/2019 | Lodging/Accommodations | $191.56 | La Quinta Inns Suites - JF hotel accommodations for June mediation |
| 6/23/2019 | Meals While Traveling | $58.00 | Roanoke Restaurant - JF dinner night before June mediation |
| 6/24/2019 | Air Travel | $2,394.00 | Delta Airlines - Ticket to Chicago for mediation (only ticket remaining to Chicago after Southwest flight cancelled morning of flight) |
| 6/24/2019 | Ground Travel | $25.25 | JF Uber trip, Home to SAN for trip to Chicago for mediation |
| 6/24/2019 | Ground Travel | $22.97 | JF Uber trip, MDW to hotel before mediation. |
| 6/24/2019 | Meals While Traveling | $3.29 | Starbucks - JF breakfast day of mediation. |

*Hadley v. Kellogg* and *DiGregorio v. Kellogg* Expenses – Listed Chronologically

| Date | Category | Amount | Description |
|------|----------|--------|-------------|
| 6/24/2019 | Meals While Traveling | $26.06 | True Burger & Midway Pour House - JF meal after mediation while traveling home |
| 6/25/2019 | Ground Travel | $19.40 | JF Uber trip - JAMS to MDW after mediation. |
| 6/28/2019 | Expert Related | $3,206.25 | Colin Weir May 31, 2019 Invoice |
| 7/8/2019 | Lodging/Accommodations | $536.80 | Holiday Inn Express - JF & MRP accommodations for Hanssens and Clemens depositions. |
| 7/11/2019 | Meals While Traveling | $15.15 | Starbucks - JF & MRP breakfast for trip to LA to take Hanssens deposition |
| 7/12/2019 | Deposition Costs | $7.92 | The Toll Roads of OC - JF toll for Hanssens and Clemens deposition |
| 7/12/2019 | Lodging/Accommodations | $20.00 | Holiday Inn Express parking charge |
| 7/12/2019 | Meals While Traveling | $105.20 | Plan Check Kitchen & Bar - JF & MRP dinner after Hanssens and before Clemens deposition. |
| 7/12/2019 | Meals While Traveling | $3.58 | Chevron - water for JF & MRP for ride home from Hanssens and Clemens depositions |
| 8/14/2019 | Case Initiation | $100.00 | TMF PHV Fee in NDNY |
| 8/14/2019 | Case Initiation | $100.00 | MRP PHV Fee in NDNY |
| 8/23/2019 | Expert Related | $12,000.00 | AMS May 31, 2019 Invoice |
| 8/23/2019 | Expert Related | $15,100.00 | AMS May 31, 2019 Invoice |
| 8/23/2019 | Mediation Costs | $6,000.00 | Check to JAMS for deposit for September 9 mediation. |

*Hadley v. Kellogg* and *DiGregorio v. Kellogg* Expenses – Listed Chronologically

| Date | Category | Amount | Description |
|------|----------|--------|-------------|
| 8/27/2019 | Air Travel | $592.00 | Delta Airlines - Sid Jackson ticket to Chicago for September 9 mediation. |
| 9/8/2019 | Ground Travel | $57.60 | Taxi SVC - Sid Jackson taxi from airport to hotel night before mediation. |
| 9/9/2019 | Lodging/Accommodations | $256.87 | La Quinta Inns Suites - Sid Jackson hotel accommodations for September 9 mediation |
| 9/9/2019 | Meals While Traveling | $32.70 | Harry Caray's Restaurant - Sid Jackson meal night before September 9 mediation |
| 9/10/2019 | Deposition Costs | $6,000.00 | Check to Dr. Simonson for Deposition Fee |
| 9/10/2019 | Meals While Traveling | $23.62 | ORD Blackhawks - Sid Jackson meal while traveling home from September 9 mediation |
| 9/11/2019 | Ground Travel | $36.48 | Uber - Sid Jackson trip relating to September 9 mediation. |
| 9/12/2019 | Ground Travel | $28.00 | Sid Jackson parking fee at Mobile, AL airport |
| 9/12/2019 | Lodging/Accommodations | $592.43 | Residence Inn - Sid Jackson hotel room night of September 9, after mediation |
| 9/17/2019 | Subpoena & Process Costs | $7,644.00 | IRI Updated Sales Data |
| 9/18/2019 | Deposition Costs | $1,066.50 | U.S. Legal Support Invoice for Lustig Deposition copy |
| 9/27/2019 | Meals While Traveling | $53.82 | Check to TMF for reimbursement for TMF and MRP dinner traveling home |
| 10/2/2019 | Deposition Costs | $4,846.05 | Check to TSG for depositions of Simonson and Wilcox |
| 10/11/2019 | Expert Related | $5,062.50 | Check to Colin Weir for work on Kellogg |

*Hadley v. Kellogg* and *DiGregorio v. Kellogg* Expenses – Listed Chronologically

| Date | Category | Amount | Description |
|---|---|---|---|
| 10/15/2019 | Mediation Costs | $20,472.49 | Check to JAMS for balance of Judge Holderman Mediation Fees |
| 10/17/2019 | Deposition Costs | $874.16 | Veritext Invoice for Bruce Silverman Deposition copy |
| Life of Case | Subpoena & Process Costs | $165.00 | American Messenger Service total through October 2019 (*DiGregorio*) |
| Recurring Monthly Fee | Miscellaneous | $570.00 | Deadlines.com Total through September 2019 |
| Life of Case | Miscellaneous | $8,942.50 | American Messenger Service total through October 2019 (Hadley) |
| *Estimated* | Expert Related | $7,500.00 | Claims process survey out-of-pocket expenses. |
| *Invoiced* | Expert Related | $19,150.00 | Colin Weir work relating to claims process survey. |
| | **Total =** | **$1,141,499.43** | |

# Exhibit H

*Hadley v. Kellogg* and *DiGregorio v. Kellogg* Expenses – Listed by Category

## **Table of Contents**

Summary of Expenses by Category ............................................................................. 2

Air Travel .................................................................................................................. 3

Case Initiation .......................................................................................................... 6

Deposition Costs ...................................................................................................... 7

Expert Related .......................................................................................................... 9

Ground Travel ........................................................................................................... 12

Lodging/Accommodations ....................................................................................... 17

Meals While Traveling ............................................................................................. 20

Mediation Costs ....................................................................................................... 25

Miscellaneous .......................................................................................................... 26

Special Master .......................................................................................................... 27

Subpoena and Process Costs .................................................................................... 28

*Hadley v. Kellogg* and *DiGregorio v. Kellogg* Expenses – Listed by Category

### Summary of Expenses by Category

| | | |
|---|---|---|
| Air Travel | $23,120.19 | 2.03% |
| Case Initiation | $1,013.78 | 0.09% |
| Deposition Costs | $75,810.49 | 6.64% |
| Expert Related | $918,195.52 | 80.44% |
| Ground Travel | $2,044.46 | 0.18% |
| Lodging/Accommodations | $12,956.37 | 1.14% |
| Meals While Traveling | $2,144.78 | 0.19% |
| Mediation Costs | $58,163.77 | 5.10% |
| Miscellaneous | $9,915.57 | 0.87% |
| Special Master | $22,382.50 | 1.96% |
| Subpoena & Process Costs | $15,752.00 | 1.38% |
| **TOTAL =** | **$1,141,499.43** | **100.00%** |



*Hadley v. Kellogg* and *DiGregorio v. Kellogg* Expenses – Listed by Category: Air Travel

| Air Travel | | |
|---|---|---|
| **Date** | **Amount** | **Description** |
| 11/22/2016 | $397.96 | Southwest Air - JF Flight for Kellogg Initial CMC on November 30, 2016 |
| 11/30/2016 | $52.86 | Flight Change fee, SW for JF Flight home from initial CMC (6:05 instead of 8:05 flight) |
| 2/14/2017 | $42.00 | Southwest - change flight fees for JF and MRP after Kellogg MTD hearing cancelled |
| 3/6/2017 | $208.88 | Southwest Airlines - JF Flight to SJC for Kellogg 3-22 CMC |
| 3/23/2017 | $32.00 | JF Parking at SAN for Kellogg CMC |
| 6/23/2017 | $178.97 | Southwest - Flight to SJC for Kellogg MTD SAC Hearing |
| 7/21/2017 | $307.95 | Southwest - JF ticket to San Jose for Kellogg CMC (CANCELLED & rebooked for August) |
| 10/16/2017 | $324.49 | Expedia - Trip from SAN to NYC to BOS (Bursor & Fisher meeting, AMS research) |
| 10/16/2017 | $184.80 | Expedia - Trip from BOS to SAN |
| 11/20/2017 | $227.96 | Southwest - Flight to SJC for Kellogg CMC |
| 11/29/2017 | $60.00 | Southwest Flight Change fee, flight home from CMC |
| 3/1/2018 | $347.96 | Southwest Airlines - JF Ticket to SJC for Kellogg CMC |
| 4/3/2018 | $1,303.45 | United - Flights for JF to Michigan for Depositions |
| 4/7/2018 | $573.80 | American Air - JF Flight from LGA to Michigan for 2nd week of Kellogg depositions |
| 4/8/2018 | $35.00 | American - JF Baggage Fee while traveling to Michigan |
| 4/8/2018 | $60.00 | United - JF Baggage Fee while traveling to Michigan |
| 4/8/2018 | $438.20 | American - JF Flight from ORD to Kalamazoo after original flight missed |
| 4/12/2018 | $60.00 | United - JF Baggage Fee while traveling back from Michigan |

*Hadley v. Kellogg* and *DiGregorio v. Kellogg* Expenses – Listed by Category: Air Travel

| Air Travel | | |
|---|---|---|
| **Date** | **Amount** | **Description** |
| 4/15/2018 | $1,147.60 | TMF flight to Michigan for 2nd week of depositions |
| 5/14/2018 | $533.96 | Southwest - JF roundtrip flight to San Antonio for Stephen Hadley deposition |
| 5/14/2018 | $583.60 | Southwest - JF roundtrip flight to Boston for Steven Gaskin and Colin Weir depositions |
| 5/21/2018 | $256.96 | Southwest - JF flight to SFO for Lustig deposition |
| 5/21/2018 | $463.70 | Southwest - JF flight to Washington Dulles for Greger deposition |
| 8/12/2018 | $1,049.16 | Southwest - JF roundtrip to Grand Rapids for Garcia and Shouldice depositions |
| 8/24/2018 | $1,317.50 | American Airlines - TMF Roundtrip flight to Michigan to depose Jeff Delonis |
| 8/24/2018 | $1,598.60 | American Airlines - MRP round trip ticket to Kalamazoo to take Julie Jursinic deposition. |
| 9/10/2018 | $1,262.88 | JF, TMF, and MRP flights to Chicago for mediation |
| 9/25/2018 | $497.10 | Southwest - JF flight, San Francisco to Boston to defend Weir Deposition #2 |
| 9/25/2018 | $267.80 | Southwest - JF flight from BOS to SAN after Coin Weir Deposition #2 |
| 9/30/2018 | $261.80 | Southwest - JF Flight, Boston to San Diego after Steve Gaskin Deposition |
| 9/30/2018 | $173.98 | Southwest - JF Flight, Chicago to Boston after mediation for Rippe & Gaskin Depositions |
| 11/25/2018 | $2,204.80 | United Airlines - JF & TMF tickets to Chicago ORD for November 27 cereal mediation |
| 3/9/2019 | $267.96 | Southwest - JF roundtrip flight to San Jose for case management conference. |
| 4/3/2019 | $551.98 | Southwest - JF flight from San Diego to Chicago |

*Hadley v. Kellogg* and *DiGregorio v. Kellogg* Expenses – Listed by Category: Air Travel

| Air Travel | | |
|---|---|---|
| **Date** | **Amount** | **Description** |
| 4/3/2019 | $385.00 | Southwest - TMF roundtrip flight to Chicago for Kellogg mediation |
| 4/9/2019 | $1,103.96 | TMF round trip ticket to/from Chicago for mediation |
| 4/9/2019 | $551.98 | JF trip from SAN to MDW for mediation. |
| 5/2/2019 | $139.98 | Southwest - flight to San Francisco to take Simonson deposition |
| 5/2/2019 | $360.00 | American Airlines - flight from SFO to CHO to take Wilcox deposition |
| 5/2/2019 | $230.50 | American Airlines - flight from CHO to SAN after Wilcox deposition |
| 5/2/2019 | $56.05 | American Airlines - Upgrade to business class on SFO to CHO flight |
| 5/4/2019 | $31.06 | American Airlines - additional collection |
| 6/24/2019 | $2,394.00 | Delta Airlines - Ticket to Chicago for mediation (only ticket remaining to Chicago after Southwest flight cancelled morning of flight) |
| 8/27/2019 | $592.00 | Delta Airlines - Sid Jackson ticket to Chicago for September 9 mediation. |
| **Total =** | **$23,120.19** | |

*Hadley v. Kellogg* and *DiGregorio v. Kellogg* Expenses – Listed by Category: Case Initiation

| Case Initiation | | |
|---|---|---|
| **Date** | **Amount** | **Description** |
| 8/23/2016 | $13.78 | Hillcrest Printing - CLRA letters to Kellogg |
| 8/29/2016 | $400.00 | Filing Fee - Hadley v. Kellogg |
| 5/28/2019 | $400.00 | Filing Fee - DiGregorio v. Kellogg |
| 8/14/2019 | $100.00 | TMF PHV Fee in NDNY |
| 8/14/2019 | $100.00 | MRP PHV Fee in NDNY |
| **Total =** | **$1,013.78** | |

*Hadley v. Kellogg* and *DiGregorio v. Kellogg* Expenses – Listed by Category: Deposition Costs

| | Deposition Costs | |
|---|---|---|
| **Date** | **Amount** | **Description** |
| 6/8/2018 | $21,433.05 | Check to TSG for Hadley deposition transcripts. |
| 6/22/2018 | $1,724.00 | Check to U.S. Legal Support for Hadley deposition transcript. |
| 7/5/2018 | $3,224.40 | Check to U.S. Legal Support for Gaskin & Weir deposition transcripts. |
| 7/17/2018 | $2,250.00 | Check to Ronald T. Wilcox for expert witness deposition fee |
| 7/30/2018 | $2,330.90 | Check to TSG Reporting for Wilcox deposition coverage |
| 7/31/2018 | $2,631.10 | Check to Veritext for Bruce Silverman deposition transcript & exhibits |
| 8/15/2018 | $8.47 | Subway - JF lunch during Garcia & Shouldice depositions |
| 9/6/2018 | $155.00 | TMF expenses for Delonis deposition. |
| 9/10/2018 | $4,427.25 | Check to TSG Reporting for Garcia & Shouldice Depositions. |
| 9/13/2018 | $101.83 | MRP expenses for Jursinic deposition. |
| 9/22/2018 | $771.00 | Check to TSG Reporting for Jursinic deposition. |
| 10/1/2018 | $771.00 | Check to TSG for deposition transcript (invoice no. 083018-655783) |
| 10/8/2018 | $1,180.55 | US Legal Support - Fee for certified copy of transcript of second Colin Weir deposition |
| 10/8/2018 | $471.00 | Check to TSG for Tom Monroe deposition transcript. |
| 10/17/2018 | $10,500.00 | Check to Dr. James Rippe for expert deposition witness fee. |
| 10/23/2018 | $2,430.25 | Check to TSG Reporting for second Gaskin deposition |
| 11/7/2018 | $4,491.50 | Check to TSG for James Rippe deposition and videographer. |
| 11/26/2018 | $1,294.30 | Check to U.S. Legal Support for Gaskin volume II deposition transcript. |
| 5/2/2019 | $7.76 | The Toll Roads of OC - JF toll for Silverman deposition |

*Hadley v. Kellogg* and *DiGregorio v. Kellogg* Expenses – Listed by Category: Deposition Costs

| Deposition Costs | | |
|---|---|---|
| **Date** | **Amount** | **Description** |
| 5/21/2019 | $2,812.50 | Check to Ron Wilcox for Witness deposition appearance fee. |
| 7/12/2019 | $7.92 | The Toll Roads of OC - JF toll for Hanssens and Clemens deposition |
| 9/10/2019 | $6,000.00 | Check to Dr. Simonson for Deposition Fee |
| 9/18/2019 | $1,066.50 | U.S. Legal Support Invoice for Lustig Deposition copy |
| 10/2/2019 | $4,846.05 | Check to TSG for depositions of Simonson and Wilcox |
| 10/17/2019 | $874.16 | Veritext Invoice for Bruce Silverman Deposition copy |
| **Total =** | **$75,810.49** | |

*Hadley v. Kellogg* and *DiGregorio v. Kellogg* Expenses – Listed by Category: Expert Related

| Expert Related | | |
|---|---|---|
| **Date** | **Amount** | **Description** |
| 10/14/2017 | $110.90 | FedEx - Cereal boxes & related materials to AMS |
| 11/7/2017 | $1,518.75 | Check to Colin Weir for work on Kellogg |
| 11/8/2017 | $32.31 | CVS - Thumb drives for sending documents to Bruce Silverman |
| 12/19/2017 | $7,731.25 | Check to Economics & Technology Inc. for Colin Weir Services |
| 12/29/2017 | $2,387.50 | Check to Applied Marketing Sciences for Steve Gaskin services |
| 1/11/2018 | $59,743.57 | Check to AMS for Kellogg exploratory research |
| 5/2/2018 | $2,500.00 | PayPal payment to Silverman Consulting for partial payment of April invoice. |
| 5/2/2018 | $6,500.00 | Wire to Silverman Consulting for partial payment of April invoice. |
| 5/4/2018 | $4,900.00 | Wire to Silverman Consulting for partial payment of April invoice. |
| 5/24/2018 | $7,500.00 | Wire Transfer to Bruce Silverman for retainer replenishment. |
| 5/31/2018 | $18,425.00 | Check to Bruce Silverman for April Invoice |
| 6/1/2018 | $121,318.75 | Check to Economics & Technology Inc. for Colin Weir's expert services (April invoice). |
| 6/7/2018 | $9,812.50 | Check to Economics & Technology Inc. for Colin Weir's expert services (May invoice). |
| 6/8/2018 | $121,162.40 | Check to Applied Marketing Science for Hadley work. |
| 6/11/2018 | $8,500.00 | Check to Robert Lustig for expert work |
| 6/12/2018 | $51,677.11 | Check to Dr. Greger for work to date |
| 6/14/2018 | $24,273.34 | Check to AMS for Hadley work. |
| 6/21/2018 | $14,487.50 | AMS June 8 invoice |
| 7/2/2018 | $5,686.50 | Check to Silverman Consulting for work on Hadley. |

*Hadley v. Kellogg* and *DiGregorio v. Kellogg* Expenses – Listed by Category: Expert Related

| Expert Related | | |
|---|---|---|
| **Date** | **Amount** | **Description** |
| 7/11/2018 | $52,623.89 | Check to Economics & Technology Inc. for Colin Weir services. |
| 7/13/2018 | $1,310.00 | Check to NutritionFacts.Org for Dr. Greger Work |
| 7/18/2018 | $78,800.00 | Check to Applied Marketing Science for Hadley work. |
| 8/9/2018 | $6,625.00 | Check to Economics & Technology, Inc. for Colin Weir work |
| 8/27/2018 | $15,037.50 | Check to Applied Marketing Science for Hadley work. |
| 8/29/2018 | $1,250.00 | Check to Robert Lustig for July 2, 2018 invoice. |
| 8/29/2018 | $500.00 | Check to Robert Lustig for work updating expert report. |
| 9/10/2018 | $89,057.50 | Check to Applied Marketing Science for Hadley work. |
| 9/10/2018 | $10,175.00 | Check to Silverman Consulting for work on Hadley. |
| 9/13/2018 | $9,743.75 | Check to Economics & Technology, Inc. for Colin Weir work |
| 9/22/2018 | $3,500.00 | Check to Robert Lustig for work regarding Rippe |
| 10/12/2018 | $1,925.00 | Check to Bruce Silverman for work preparing for deposition #2. |
| 10/16/2018 | $69,925.00 | Check to Economics & Technology, Inc. for Colin Weir work |
| 10/16/2018 | $2,000.00 | Check to Robert Lustig for additional Rippe work. |
| 10/23/2018 | $27,450.00 | Check to Applied Marketing Science for Hadley work. |
| 11/26/2018 | $9,986.75 | Check to Applied Marketing Science for Hadley work. |
| 4/24/2019 | $8,000.00 | Check to Robert Lustig for Rippe Rebuttal Report |
| 6/28/2019 | $3,206.25 | Colin Weir May 31, 2019 Invoice |
| 8/23/2019 | $12,000.00 | AMS May 31, 2019 Invoice |
| 8/23/2019 | $15,100.00 | AMS May 31, 2019 Invoice |
| 10/11/2019 | $5,062.50 | Check to Colin Weir for work on Kellogg |
| | $7,500.00 | Survey expenses |

*Hadley v. Kellogg* and *DiGregorio v. Kellogg* Expenses – Listed by Category: Expert Related

| Expert Related | | |
|---|---|---|
| **Date** | **Amount** | **Description** |
| | $19,150.00 | Colin Weir survey/PA expenses. |
| **Total =** | **$918,195.52** | |

*Hadley v. Kellogg* and *DiGregorio v. Kellogg* Expenses – Listed by Category: Ground Travel

| Ground Travel | | |
|---|---|---|
| **Date** | **Amount** | **Description** |
| 11/30/2016 | $16.42 | JF Uber to Airport for Kellogg Initial Case Management Conference |
| 11/30/2016 | $13.64 | JF Uber, SJC to Federal Courthouse for Initial CMC |
| 11/30/2016 | $9.36 | JF Uber, Federal Courthouse to SJC for flight home from Initial CMC |
| 11/30/2016 | $22.13 | JF Uber, SAN to home following Initial CMC |
| 3/22/2017 | $13.08 | Uber - SJC to Federal Courthouse for CMC |
| 10/24/2017 | $42.08 | Uber - JFK to Dan Gordon's |
| 10/24/2017 | $59.70 | Uber - Dan Gordon's to Bursor & Fisher |
| 10/24/2017 | $54.95 | Uber - Bursor & Fisher to LaGuardia |
| 10/24/2017 | $51.07 | Uber - BOS to Hotel in Warwick for AMS exploratory research. |
| 10/25/2017 | $57.47 | Uber - JF ride from AMS exploratory research to BOS |
| 10/25/2017 | $27.88 | Uber - JF ride from hotel to exploratory research. |
| 10/26/2017 | $13.59 | Uber - JF ride from SAN home after exploratory research. |
| 11/29/2017 | $15.12 | Uber - trip from SJC to courthouse for CMC |
| 11/30/2017 | $12.75 | Uber - JF trip from airport to office after CMC |
| 3/7/2018 | $14.88 | JF Uber from SJC to courthouse for case management conference |
| 3/8/2018 | $13.91 | JF Uber from courthouse to SJC after case management conference |
| 3/8/2018 | $15.33 | JF Uber from SAN to office after case management conference |
| 4/8/2018 | $22.83 | JF Uber from home to SAN to fly to Michigan to take Kellogg depositions |

*Hadley v. Kellogg* and *DiGregorio v. Kellogg* Expenses – Listed by Category: Ground Travel

| Ground Travel | | |
|---|---|---|
| **Date** | **Amount** | **Description** |
| 4/9/2018 | $27.02 | JF Uber from Kalamazoo airport to McCamly Hotel for Kellogg Depositions |
| 4/12/2018 | $14.00 | JW Barleycorn's - JF Meal during depositions |
| 4/13/2018 | $40.71 | JF uber from SAN to home after Kellogg depositions |
| 4/19/2018 | $42.11 | JF Uber from courthouse to LGA after MTD hearing for flight to Michigan for Kellogg depositions |
| 4/19/2018 | $59.96 | JF Uber from Grand Rapids to Battle Creek |
| 4/19/2018 | $63.25 | Mosaic Car service- JF & TMF from hotel to airport after Kellogg depositions |
| 4/20/2018 | $37.63 | JF Uber from SAN home after returning from Kellogg depositions |
| 4/30/2018 | $82.84 | Reimbursement to TMF for Lyft rides during Sell deposition travel. |
| 5/22/2018 | $20.50 | JF Uber from home to airport for trip to San Antonio for Stephen Hadley deposition |
| 5/22/2018 | $15.24 | Uber - JF ride from San Antonio airport to hotel |
| 5/24/2018 | $13.47 | JF Uber from Medical Center to Airport after Hadley Deposition |
| 5/24/2018 | $25.57 | JF Uber from SAN to home after Hadley deposition |
| 5/29/2018 | $29.48 | JF Uber from home to airport to travel to Boston for Gaskin & Weir depositions |
| 5/30/2018 | $18.83 | JF Uber from BOS to hotel for Gaskin & Weir depositions |
| 5/31/2018 | $16.72 | Uber - JF Uber from Commercial Wharf to BOS after Colin Weir Deposition |
| 5/31/2018 | $11.61 | Uber - JF Uber from SAN to home after Colin Weir Deposition |
| 6/21/2018 | $35.12 | Uber - JF & Stephen Hadley uber from mediation to SFO |
| 6/21/2018 | $31.96 | Lyft - TMF ride |

*Hadley v. Kellogg* and *DiGregorio v. Kellogg* Expenses – Listed by Category: Ground Travel

| Ground Travel | | |
|---|---|---|
| **Date** | **Amount** | **Description** |
| 6/22/2018 | $37.95 | Uber - JF uber from SAN to home after Kellogg mediation |
| 8/14/2018 | $26.25 | Uber - JF ride from home to SAN for trip to Battle Creek for Garcia & Shouldice depositions |
| 8/14/2018 | $60.55 | Uber - JF ride from GRR to McCalmly Plaza Hotel |
| 8/15/2018 | $71.70 | Lyft - JF ride from Battle Creek to GRR after Garcia & Shouldice depositions |
| 8/16/2018 | $24.83 | Uber - JF ride from SAN to home after Garcia & Shouldice depositions |
| 9/28/2018 | $9.37 | Uber - JF trip from BOS to Boston Yacht Inn for Weir Deposition #2 |
| 9/28/2018 | $12.27 | Uber - JF trip from Weir Deposition #2 to BOS for flight home |
| 9/29/2018 | $7.40 | Uber - JF trip from SAN to office after flight home from Weir Deposition #2 |
| 10/2/2018 | $31.87 | Uber, JF & MRP, MDW to Klimpton Gray hotel |
| 10/2/2018 | $24.24 | Uber, JF home to SAN to travel to Chicago for mediation |
| 10/3/2018 | $31.68 | Uber - JF & MRP, JAMS to MDW for flights after mediation. |
| 10/3/2018 | $20.70 | Uber - JF trip from BOS to Bostonian night before Dr. Rippe deposition |
| 10/5/2018 | $19.45 | Uber - JF trip from Gaskin deposition to BOS. |
| 10/6/2018 | $29.82 | Uber - JF trip from SAN home after Gaskin deposition. |
| 3/13/2019 | $12.02 | Lyft - JF ride from office to airport to fly to San Jose for case management conference |
| 3/13/2019 | $8.64 | Uber - JF ride from airport to office after case management conference |
| 3/13/2019 | $15.38 | Lyft - JF ride from San Jose airport to courthouse for case management conference |

*Hadley v. Kellogg* and *DiGregorio v. Kellogg* Expenses – Listed by Category: Ground Travel

| Ground Travel | | |
|---|---|---|
| **Date** | **Amount** | **Description** |
| 3/13/2019 | $14.86 | Lyft - JF ride from courthouse to San Jose airport after case management conference |
| 4/2/2019 | $26.05 | Lyft - JF ride from home to SAN for flight to Chicago for Kellogg mediation |
| 4/10/2019 | $27.67 | Uber - JF & TMF ride from Midway to hotel night before Kellogg mediation |
| 4/10/2019 | $11.76 | Lyft - JF &TMF ride from office to airport to fly to Chicago for Kellogg mediation |
| 4/11/2019 | $54.25 | Lyft - JF & TMF ride from JAMS to MDW after Kellogg mediation |
| 4/28/2019 | $31.86 | Lyft - JF ride from SFO to hotel for Lustig deposition. |
| 4/29/2019 | $28.20 | Lyft - JF ride from Montgomery St. to SFO after Lustig deposition. |
| 4/30/2019 | $23.65 | Uber - JF trip from airport to home after Lustig deposition |
| 5/6/2019 | $11.63 | Lyft - JF ride from office to airport for flight to SFO to depose Dr. Simonson |
| 5/7/2019 | $30.41 | Lyft - JF ride to SFO after Simonson deposition |
| 5/7/2019 | $27.07 | Lyft - JF ride from SFO to hotel prior to Simonson deposition |
| 5/8/2019 | $19.19 | Uber - JF ride from airport to Marriot to depose Wilcox |
| 5/8/2019 | $18.59 | Uber - JF ride to airport after deposing Wilcox |
| 5/9/2019 | $23.24 | Lyft - JF ride from SAN to home after Wilcox deposition |
| 6/24/2019 | $25.25 | JF Uber trip, Home to SAN for trip to Chicago for mediation |
| 6/24/2019 | $22.97 | JF Uber trip, MDW to hotel before mediation. |
| 6/25/2019 | $19.40 | JF Uber trip - JAMS to MDW after mediation. |
| 9/8/2019 | $57.60 | Taxi SVC - Sid Jackson taxi from airport to hotel night before mediation. |

*Hadley v. Kellogg* and *DiGregorio v. Kellogg* Expenses – Listed by Category: Ground Travel

| Ground Travel | | |
|---|---|---|
| **Date** | **Amount** | **Description** |
| 9/11/2019 | $36.48 | Uber - Sid Jackson trip relating to September 9 mediation. |
| 9/12/2019 | $28.00 | Sid Jackson parking fee at Mobile, AL airport |
| **Total =** | **$2,044.46** | |

*Hadley v. Kellogg* and *DiGregorio v. Kellogg* Expenses – Listed by Category:
Lodging/Accommodations

| Lodging/Accommodations | | |
|---|---|---|
| **Date** | **Amount** | **Description** |
| 2/14/2017 | $318.14 | Hotel rooms for JF & MRP in San Jose (booked prior to Kellogg MTD hearing vacated, and non-refundable) |
| 10/18/2017 | $331.75 | Holiday Inn Express - Accommodations for exploratory research |
| 4/12/2018 | $567.55 | McCamly Plaza Hotel - JF accommodations during Kellogg depositions week 1 |
| 4/19/2018 | $132.09 | McCamly Plaza Hotel - TMF accommodations during Kellogg depositions week 2 |
| 5/21/2018 | $595.72 | Hotels.com - JF accommodations in Boston (Bostonian Hotel) during Gaskin & Weir depositions |
| 5/23/2018 | $74.42 | Best Western Medical Center San Antonio - JF accommodations for Hadley deposition |
| 5/29/2018 | $34.00 | Westin Bonaventure - Miscellaneous charges (Valet, etc.) |
| 5/29/2018 | $309.24 | Westin Bonaventure - JF accommodations for Bruce Silverman deposition |
| 6/1/2018 | $137.00 | Millennium Bostonian Hotel - JF Accommodations during Gaskin & Weir depositions. |
| 6/21/2018 | $508.21 | Grand Hyatt San Francisco - JF accommodations for Kellogg mediation (including food) |
| 6/21/2018 | $453.21 | Grand Hyatt San Francisco - Stephen Hadley accommodations for Kellogg mediation |
| 8/14/2018 | $176.49 | McCamly Plaza Hotel - JF accommodations during Garcia & Shouldice depositions |
| 9/10/2018 | $1,128.28 | Hotels.com - Klimpton Gray Hotel, Chicago - JF, TMF, MRP accommodations for mediation |
| 9/26/2018 | $658.09 | Boston Yacht Haven Inn - JF accommodations for Weir Deposition #2. |

*Hadley v. Kellogg* and *DiGregorio v. Kellogg* Expenses – Listed by Category:
Lodging/Accommodations

| Lodging/Accommodations | | |
|---|---|---|
| **Date** | **Amount** | **Description** |
| 9/27/2018 | $30.50 | Max's SFO - JF lunch while traveling to Boston for Weir Deposition #2 |
| 9/27/2018 | $13.14 | The Market - JF dinner at Midway while traveling to Boston for Weir Deposition #2 |
| 9/28/2018 | $54.00 | Joe's American Bar & Grill - JF & Colin Weir lunch during Weir Deposition #2 |
| 9/28/2018 | $37.00 | Flying Dog Pub - JF food & drink during flight home |
| 9/30/2018 | $987.00 | Priceline - JF Accommodations at The Bostonian in Boston for Rippe & Gaskin depositions |
| 10/3/2018 | $70.00 | Bostonian Hotel (JF Rippe & Gaskin depositions accommodations) - Extra Charge |
| 10/4/2018 | $151.00 | Millennium Bostonian Hotel - JF & Steve Gaskin dinner night before second Gaskin deposition |
| 11/8/2018 | $681.04 | Hotels.com - Klimpton Gray Hotel, Chicago - JF & TMF accommodations for November 27 cereal mediation |
| 4/9/2019 | $1,312.56 | Rooms for JF & TMF at Hyatt Chicago, night before mediation. |
| 4/10/2019 | $656.21 | Hyatt Centric the Loop Chicago - JF accommodations for Kellogg mediation |
| 4/10/2019 | $656.21 | Hyatt Centric the Loop Chicago - TMF accommodations for Kellogg mediation |
| 4/29/2019 | $290.06 | Galleria Park Hotel - JF accommodations for Lustig deposition |
| 5/1/2019 | $49.00 | Weston - Parking Charge |
| 5/2/2019 | $545.07 | Westin Los Angeles - JF accommodations for Silverman Deposition |
| 5/7/2019 | $401.73 | Virgin Hotels SF - JF accommodations for Simonson deposition |
| 6/23/2019 | $191.56 | La Quinta Inns Suites - JF hotel accommodations for June mediation |

*Hadley v. Kellogg* and *DiGregorio v. Kellogg* Expenses – Listed by Category:
Lodging/Accommodations

| Lodging/Accommodations | | |
|---|---|---|
| **Date** | **Amount** | **Description** |
| 7/8/2019 | $536.80 | Holiday Inn Express - JF & MRP accommodations for Hanssens and Clemens depositions. |
| 7/12/2019 | $20.00 | Holiday Inn Express parking charge |
| 9/9/2019 | $256.87 | La Quinta Inns Suites - Sid Jackson hotel accommodations for September 9 mediation |
| 9/12/2019 | $592.43 | Residence Inn - Sid Jackson hotel room night of September 9, after mediation |
| **Total =** | **$12,956.37** | |

*Hadley v. Kellogg* and *DiGregorio v. Kellogg* Expenses – Listed by Category: Meals While Traveling

| Meals While Traveling | | |
|---|---|---|
| **Date** | **Amount** | **Description** |
| 11/30/2016 | $23.90 | San Jose Joe's - JF dinner during travel home from initial CMC |
| 3/22/2017 | $26.00 | Craft Brews - JF Breakfast before Kellogg CMC |
| 8/23/2017 | $14.48 | Soup & Salad SJC - JF meal after Kellogg CMC |
| 10/19/2017 | $8.57 | S'Wich Bistro - Breakfast for meet-and-confer conference with Ken Lee regarding Kellogg's interrogatory responses. |
| 10/23/2017 | $18.83 | CPK - JF meal for travel to NYC to meet with Bursor & Fisher on Kellogg |
| 10/23/2017 | $11.00 | Four Peaks - JF meal in PHX for travel to NYC to meet with Bursor & Fisher on Kellogg |
| 10/24/2017 | $27.00 | Copper Horse Tavern - JF Dinner in Boston night before exploratory research. |
| 10/25/2017 | $10.14 | Ufood Grill - JF meal for flight home from exploratory research |
| 10/25/2017 | $14.27 | Interwich Café - JF meal while traveling |
| 11/1/2017 | $27.87 | S'Wich Bistro - Lunch for JF & TMF while meeting-and-conferring in-person with Ken Lee |
| 11/29/2017 | $12.84 | Peets - JF lunch during CMC travel |
| 11/29/2017 | $3.59 | Le Boulanger - JF water at airport after CMC |
| 4/8/2018 | $20.99 | Chilis, Chicago - JF meal while travelling to Michigan for Kellogg depositions |
| 4/10/2018 | $17.00 | Griffin Grill & Pub - JF Dinner night before beginning depositions |
| 4/11/2018 | $44.00 | Malia - JF Dinner during depositions |
| 4/12/2018 | $52.00 | Wicker Park Sushi, ORD - JF Dinner while travelling back from depositions |
| 4/12/2018 | $63.25 | Car from McCamly hotel to Kalamazo airport after depositions |

*Hadley v. Kellogg* and *DiGregorio v. Kellogg* Expenses – Listed by Category: Meals While Traveling

| Meals While Traveling | | |
|---|---|---|
| **Date** | **Amount** | **Description** |
| 4/19/2018 | $44.00 | Griffin Grill & Pub - JF & TMF dinner during Kellogg depositions week 2 |
| 4/19/2018 | $28.00 | Chilis, Chicago - JF & TMF meal on trip home from Kellogg depositions |
| 4/19/2018 | $29.00 | JF Barleycorn's - lunch for JF & TMF during Kellogg depositions |
| 4/19/2018 | $2.59 | Tailwind Kalamazoo - water for JF while travelling |
| 4/19/2018 | $57.00 | Tailwind Kalamazoo - meal & drinks for JF & TMF while travelling |
| 5/22/2018 | $10.11 | Zito's Deli, San Antonio - JF lunch after arriving in San Antonio for Stephen Hadley deposition |
| 5/23/2018 | $26.00 | La Gloria SAT - JF meal at San Antonio airport while traveling |
| 5/23/2018 | $15.14 | JF & Stephen Hadley lunch during deposition (Subway) |
| 5/29/2018 | $57.25 | Food - Bostonian |
| 5/29/2018 | $18.00 | Windy City Taproom - JF meal at ORD while traveling to Boston for Gaskin & Weir depositions |
| 5/30/2018 | $55.00 | Joe's American - Lunch for JF & Steve Gaskin during Gaskin deposition |
| 6/21/2018 | $27.12 | Workshop Café - JF & Stephen Hadley lunch during Kellogg mediation |
| 6/21/2018 | $19.75 | Lori's Diner - JF dinner in San Francisco night before Kellogg mediation |
| 8/14/2018 | $66.12 | Malia Battle Creek - JF dinner night before Garcia & Shouldice depositions |
| 8/14/2018 | $11.77 | Einstein Bagels - JF breakfast while traveling |
| 8/14/2018 | $17.83 | Pizza Vino - JF lunch while traveling |

*Hadley v. Kellogg* and *DiGregorio v. Kellogg* Expenses – Listed by Category: Meals While Traveling

| Meals While Traveling | | |
|---|---|---|
| **Date** | **Amount** | **Description** |
| 10/2/2018 | $16.59 | The Counter - JF breakfast while traveling to Chicago for mediation |
| 10/2/2018 | $88.00 | Steadfast - JF & MRP dinner at Klimpton Gray hotel night before mediation |
| 10/2/2018 | $56.00 | Steadfast - JF & MRP lunch at Klimpton Gray hotel day before mediation |
| 10/3/2018 | $9.70 | Starbucks - MRP breakfast, morning of mediation |
| 10/3/2018 | $2.95 | Starbucks - JF coffee, morning of mediation |
| 10/5/2018 | $81.34 | Millennium Bostonian Hotel - JF dinner, night before Dr. Rippe deposition |
| 10/5/2018 | $68.00 | Joe's American Bar & Grill - JF & Steve Gaskin lunch during Gaskin Deposition #2 |
| 10/6/2018 | $10.25 | Billy Goat Tavern - JF Dinner while traveling home after Gaskin deposition |
| 3/13/2019 | $13.97 | SJC Le Boulanger - JF lunch at airport after case management conference |
| 4/9/2019 | $153.00 | Roanoke - Dinner for JF & TMF in Chicago night before Kellogg mediation |
| 4/10/2019 | $74.00 | White Sox Pub - JF & TMF dinner at MDW after Kellogg mediation |
| 4/28/2019 | $9.81 | Chipotle - JF meal while traveling for Lustig deposition. |
| 4/29/2019 | $20.19 | Willow Creek Grill SFO - JF meal while traveling for Lustig deposition. |
| 4/29/2019 | $10.00 | Go Bistro - JF meal at SFO while traveling after Lustig deposition |
| 5/1/2019 | $29.35 | Mendocino Farms Los Angeles - JF & BS lunch during Silverman deposition |
| 5/1/2019 | $34.48 | Homage SF - Breakfast with Dr. Lustig to prep for deposition. |

*Hadley v. Kellogg* and *DiGregorio v. Kellogg* Expenses – Listed by Category: Meals While Traveling

| Meals While Traveling | | |
|---|---|---|
| **Date** | **Amount** | **Description** |
| 5/6/2019 | $43.00 | Urban Crave SAN - JF meal while traveling for Simonson deposition |
| 5/6/2019 | $43.00 | Urban Crave SAN - JF meal while traveling for Simonson deposition |
| 5/7/2019 | $29.84 | Virgin Hotels SF - JF food at hotel |
| 5/7/2019 | $10.86 | Subway SF - JF meal while traveling for Simonson deposition |
| 5/7/2019 | $57.00 | Lark Creek Grill - JF dinner after Simonson deposition, while traveling to take Wilcox |
| 5/8/2019 | $55.00 | Tailwind CHO - JF meal after Wilcox deposition |
| 5/8/2019 | $14.16 | D Caio Charlottesville - JF meal while traveling after Wilcox deposition |
| 5/21/2019 | $12.46 | Street Taco SF - JF dinner after Lustig deposition. |
| 6/23/2019 | $58.00 | Roanoke Restaurant - JF dinner night before June mediation |
| 6/24/2019 | $3.29 | Starbucks - JF breakfast day of mediation. |
| 6/24/2019 | $26.06 | True Burger & Midway Pour House - JF meal after mediation while traveling home |
| 7/11/2019 | $15.15 | Starbucks - JF & MRP breakfast for trip to LA to take Hanssens deposition |
| 7/12/2019 | $105.20 | Plan Check Kitchen & Bar - JF & MRP dinner after Hanssens and before Clemens deposition. |
| 7/12/2019 | $3.58 | Chevron - water for JF & MRP for ride home from Hanssens and Clemens depositions |
| 9/9/2019 | $32.70 | Harry Caray's Restaurant - Sid Jackson meal night before September 9 mediation |
| 9/10/2019 | $23.62 | ORD Blackhawks - Sid Jackson meal while traveling home from September 9 mediation |

*Hadley v. Kellogg* and *DiGregorio v. Kellogg* Expenses – Listed by Category: Meals While Traveling

| Meals While Traveling | | |
|---|---|---|
| **Date** | **Amount** | **Description** |
| 9/27/2019 | $53.82 | Check to TMF for reimbursement for TMF and MRP dinner traveling home |
| **Total =** | **$2,144.78** | |

*Hadley v. Kellogg* and *DiGregorio v. Kellogg* Expenses – Listed by Category: Mediation Costs

| Mediation Costs | | |
|---|---|---|
| **Date** | **Amount** | **Description** |
| 9/11/2018 | $7,000.00 | Check to JAMS for Judge Holderman deposit. |
| 9/29/2018 | $84.66 | FedEx - Mediation Brief Materials to Judge Holderman |
| 11/5/2018 | $6,116.87 | Check to JAMS for Judge Holderman's October time. |
| 11/21/2018 | $1,000.00 | Check to JAMS, Inc. for Plaintiffs' portion of November 27 mediation (1/3) |
| 11/27/2018 | $2,158.78 | Travel, accommodation, and mediation expenses for November 27 mediation (1/3) |
| 12/20/2018 | $490.01 | Check to JAMS for balance of bill in Hadley v. Kellogg |
| 1/24/2019 | $765.99 | Check to JAMS for balance of bill in November 27 mediation (1/3). |
| 3/11/2019 | $4,500.00 | Check to JAMS for deposit on April 10, 2019 mediation with Judge Holderman |
| 6/20/2019 | $5,500.00 | Check to JAMS for deposit for June 24 Mediation with Judge Holderman |
| 6/20/2019 | $4,074.97 | Check to JAMS for balance re Judge Holderman's additional time. |
| 8/23/2019 | $6,000.00 | Check to JAMS for deposit for September 9 mediation. |
| 10/15/2019 | $20,472.49 | Check to JAMS for balance of Judge Holderman Mediation Fees |
| **Total =** | **$58,163.77** | |

*Hadley v. Kellogg* and *DiGregorio v. Kellogg* Expenses – Listed by Category: Miscellaneous

| Miscellaneous | | |
|---|---|---|
| **Date** | **Amount** | **Description** |
| 12/7/2016 | $7.99 | Public Relations Society of America - Sugar Research Article |
| 4/6/2017 | $130.95 | Check to Summer Fisher, Court Reporter, for Kellogg CMC |
| 11/10/2017 | $84.48 | Check to TMF for reimbursement of mileage for in-person meet-and-confer |
| 11/24/2017 | $93.50 | Check to Lee-Anne Shortridge for transcript of August 23, 2017 CMC |
| 1/12/2018 | $47.45 | Check to Irene Rodriguez for transcript of November 29 hearing in Hadley v. Kellogg |
| 3/21/2018 | $38.70 | Check to Summer Fisher for Transcript of March 7 CMC |
| Monthly Fee | $570.00 | Deadlines.com Total through September 2019 |
| Life of Case | $8,942.50 | American Messenger Service total through October 2019 (Hadley) |
| **Total =** | **$9,915.57** | |

*Hadley v. Kellogg* and *DiGregorio v. Kellogg* Expenses – Listed by Category: Special Master

| Special Master | | |
|---|---|---|
| **Date** | **Amount** | **Description** |
| 1/3/2018 | $7,945.00 | Check to Judicate West for Judge Kenton (Special Master) Retainer |
| 1/29/2018 | $7,500.00 | Check to Judicate West for Judge Kenton (Special Master) 2nd Retainer |
| 5/8/2018 | $7,500.00 | Check to JAMS for additional Judge Kenton retainer. |
| 9/30/2018 | $7,500.00 | Check to Judicate West for Judge Kenton (Discovery Master) retainer #4 |
| 5/28/2019 | ($8,062.50) | Credit from Judicate West for unused retainer Re Special Master Judge Kenton |
| **Total =** | **$22,382.50** | |

*Hadley v. Kellogg* and *DiGregorio v. Kellogg* Expenses – Listed by Category: Subpoena and Process Costs

| Subpoena and Process Costs | | |
|---|---|---|
| **Date** | **Amount** | **Description** |
| 2/13/2018 | $95.00 | Check to Sears Holding for response to subpoena |
| 3/1/2018 | $3,685.00 | Check to Information Resources, Inc. (IRI) for data provided in response to Hadley subpoena. |
| 3/30/2018 | $1,000.00 | Check to Winston & Strawn for Leo Burnett color production in response to subpoena |
| 6/14/2018 | $2,088.00 | Check to IRI for Nutri-Grain Sales Data |
| 9/13/2018 | $1,075.00 | Check to IRI for updated Cereal Sales data |
| 9/17/2019 | $7,644.00 | IRI Updated Sales Data |
| Life of Case | $165.00 | American Messenger Service total through October 2019 (DiGregorio) |
| **Total =** | **$15,752.00** | |

# Exhibit I

Settlement Class Products - Nationwide Damages Analysis

| Cereal | Box Size | Avg. Price | Est. Nationwide Sales | Est. Nationwide Units | Damages Est. (low) | Damages Est. (mid) | Damages Est. (high) |
|---|---|---|---|---|---|---|---|
| | 18.7 oz. | $ 3.02 | $ 511,408,073 | 169,340,422 | $ 13,296,610 | $ 23,473,631 | $ 35,065,547 |
| | 23.5 oz. | $ 3.90 | $ 439,197,472 | 112,614,736 | $ 11,419,134 | $ 20,159,164 | $ 30,114,307 |
| | 76.5 oz. | $ 8.04 | $ 98,451,116 | 12,245,164 | $ 2,559,729 | $ 4,518,906 | $ 6,750,465 |
| | 13.7 oz. | $ 2.76 | $ 52,166,256 | 18,900,817 | $ 1,356,323 | $ 2,394,431 | $ 3,576,866 |
| | 13.5 oz. | $ 3.23 | $ 39,045,300 | 12,088,328 | $ 1,015,178 | $ 1,792,179 | $ 2,677,206 |
| | 14.3 oz. | $ 3.36 | $ 21,031,719 | 6,259,440 | $ 546,825 | $ 965,356 | $ 1,442,075 |
| | 30.3 oz. | $ 4.49 | $ 9,050,459 | 2,015,692 | $ 235,312 | $ 415,416 | $ 620,560 |
| Raisin Bran (Original) | 30 oz. | $ 3.20 | $ 2,831,183 | 884,745 | $ 73,611 | $ 129,951 | $ 194,125 |
| | 29 oz. | $ 3.34 | $ 2,670,284 | 799,486 | $ 69,427 | $ 122,566 | $ 183,092 |
| | 15 oz. | $ 3.47 | $ 1,976,597 | 569,624 | $ 51,392 | $ 90,726 | $ 135,529 |
| | 20 oz. | $ 3.05 | $ 1,965,959 | 644,577 | $ 51,115 | $ 90,238 | $ 134,799 |
| | 28.2 oz. | $ 3.59 | $ 1,117,287 | 311,222 | $ 29,049 | $ 51,283 | $ 76,609 |
| | 25.5 oz. | $ 4.21 | $ 923,615 | 219,386 | $ 24,014 | $ 42,394 | $ 63,329 |
| | 18.2 oz. | $ 2.82 | $ 159,345 | 56,505 | $ 4,143 | $ 7,314 | $ 10,926 |
| | *Totals =* | | $ 1,181,994,665 | 336,950,145 | $ 30,731,861 | $ 54,253,555 | $ 81,045,434 |
| | | | | | | | |
| Raisin Bran Cinnamon Almond | 14.5 oz. | $ 3.18 | $ 8,112,633 | 2,551,142 | $ 210,928 | $ 372,370 | $ 556,256 |
| | 14.2 oz. | $ 3.30 | $ 2,263,496 | 685,908 | $ 58,851 | $ 103,894 | $ 155,200 |
| | *Totals =* | | $ 10,376,129 | 3,237,050 | $ 269,779 | $ 476,264 | $ 711,457 |
| | | | | | | | |
| | 18.2 oz. | $ 3.44 | $ 362,061,318 | 105,250,383 | $ 9,413,594 | $ 16,618,614 | $ 24,825,338 |
| | 24.8 oz. | $ 4.02 | $ 174,817,852 | 43,487,028 | $ 4,545,264 | $ 8,024,139 | $ 11,986,677 |
| Raisin Bran Crunch | 43.3 oz. | $ 5.81 | $ 12,239,201 | 2,106,575 | $ 318,219 | $ 561,779 | $ 839,201 |
| | 25.5 oz. | $ 3.66 | $ 24,112 | 6,588 | $ 627 | $ 1,107 | $ 1,653 |
| | 16.8 oz. | $ 1.73 | $ 2,139 | 1,236 | $ 56 | $ 98 | $ 147 |
| | 56.6 oz. | $ 9.99 | $ 8,384 | 839 | $ 218 | $ 385 | $ 575 |
| | *Totals =* | | $ 549,153,006 | 150,852,650 | $ 14,277,978 | $ 25,206,123 | $ 37,653,591 |
| | | | | | | | |
| Raisin Bran Crunch Apple Strawberry | 14.5 oz. | $ 3.42 | $ 9,480,086 | 2,771,955 | $ 246,482 | $ 435,136 | $ 650,018 |
| | 20.3 oz. | $ 3.63 | $ 1,605,180 | 442,198 | $ 41,735 | $ 73,678 | $ 110,062 |
| | *Totals =* | | $ 11,085,266 | 3,214,153 | $ 288,217 | $ 508,814 | $ 760,080 |
| | | | | | | | |
| | **Raisin Bran Totals** | | $ 1,752,609,066 | 494,253,999 | $ 45,567,836 | $ 80,444,756 | $ 120,170,562 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | 18 oz. | $ 3.27 | $ 683,702,959 | 209,083,474 | $ 8,888,138 | | |
| | 24 oz. | $ 4.11 | $ 498,278,699 | 121,235,693 | $ 6,477,623 | | |
| | 15 oz. | $ 3.13 | $ 44,157,872 | 14,107,946 | $ 574,052 | | |
| FMW Bite Size Original | 36 oz. | $ 4.57 | $ 41,942,936 | 9,177,885 | $ 545,258 | | |
| | 30 oz. | $ 3.27 | $ 6,966,449 | 2,130,413 | $ 90,564 | | |
| | 19 oz. | $ 2.65 | $ 34,423 | 12,990 | $ 447 | | |
| | 16 oz. | $ 5.65 | $ 12,252 | 2,168 | $ 159 | | |
| | *Totals =* | | $ 1,275,095,590 | 355,750,569 | $ 16,576,243 | | |
| | | | | | | | |
| | 15.5 oz. | $ 3.09 | $ 112,165,392 | 36,299,480 | $ 1,458,150 | | |

Settlement Class Products - Nationwide Damages Analysis

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| FMW Bite Size Strawberry | 21 oz. | $ | 3.58 | $ | 28,944,898 | 8,085,167 | $ | 376,284 |
| | 25.6 oz. | $ | 3.65 | $ | 360,549 | 98,781 | $ | 4,687 |
| | 16.3 oz. | $ | 3.37 | $ | 28,948 | 8,590 | $ | 376 |
| | *Totals =* | | | $ | **141,499,787** | **44,492,017** | $ | *1,839,497* |
| | | | | | | | | |
| FMW Bite Size Blueberry | 15.5 oz. | $ | 3.06 | $ | 55,037,915 | 17,986,247 | $ | 715,493 |
| | 21 oz. | $ | 3.56 | $ | 15,433,734 | 4,335,319 | $ | 200,639 |
| | 16 oz. | $ | 3.11 | $ | 33,698 | 10,835 | $ | 438 |
| | *Totals =* | | | $ | **70,505,347** | **22,332,401** | $ | *916,570* |
| | | | | | | | | |
| FMW Bite Size Maple Brown Sugar | 15.5 oz. | $ | 3.27 | $ | 59,755,834 | 18,273,955 | $ | 776,826 |
| | 14 oz. | $ | 2.82 | $ | 14,023,094 | 4,972,728 | $ | 182,300 |
| | 21 oz. | $ | 3.53 | $ | 9,950,473 | 2,818,831 | $ | 129,356 |
| | 25.6 oz. | $ | 3.64 | $ | 344,666 | 94,688 | $ | 4,481 |
| | 16.5 oz. | $ | 3.88 | $ | 10,723 | 2,764 | $ | 139 |
| | *Totals =* | | | $ | **84,084,790** | **26,162,967** | $ | *1,093,102* |
| | | | | | | | | |
| FMW Bite Size Cinnamon Streusel | 15.5 oz. | $ | 2.69 | $ | 157,638 | 58,601 | $ | 2,049 |
| | 16.5 oz. | $ | 2.66 | $ | 374 | 141 | $ | 5 |
| | *Totals =* | | | $ | **158,012** | **58,742** | $ | *2,054* |
| | | | | | | | | |
| FMW Little Bites Original | 15.2 oz. | $ | 3.24 | $ | 208,885,516 | 64,470,838 | $ | 2,715,512 |
| | 15.8 oz. | $ | 3.45 | $ | 138,725 | 40,210 | $ | 1,803 |
| | *Totals =* | | | $ | **209,024,241** | **64,511,048** | $ | *2,717,315* |
| | | | | | | | | |
| FMW Little Bites Chocolate | 15.2 oz. | $ | 3.04 | $ | 60,513,367 | 19,905,713 | $ | 786,674 |
| | 15.8 oz. | $ | 3.22 | $ | 274,375 | 85,210 | $ | 3,567 |
| | *Totals =* | | | $ | **60,787,742** | **19,990,922** | $ | *790,241* |
| | | | | | | | | |
| FMW Little Bites Cinnamon Roll | 15.2 oz. | $ | 3.11 | $ | 9,119,728.00 | 2,932,388 | $ | 118,556 |
| | *Totals =* | | | $ | **9,119,728.00** | **2,932,388** | $ | *118,556* |
| | | | | | | | | |
| FMW Big Bites Original | 18 oz. | $ | 4.40 | $ | 4,866,636 | 1,106,054 | $ | 63,266 |
| | *Totals =* | | | $ | **4,866,636** | **1,106,054** | $ | *63,266* |
| | | | | | | | | |
| FMW Touch of Fruit in the Middle - Mixed Berry | 18 oz. | $ | 3.09 | $ | 1,061,350 | 343,479 | $ | 13,798 |
| | *Totals =* | | | $ | **1,061,350** | **343,479** | $ | *13,798* |
| | | | | | | | | |
| FMW Harvest Delights - Blueberry | 14.3 oz. | $ | 3.81 | $ | 4,097,512 | 1,075,462 | $ | 53,268 |
| | *Totals =* | | | $ | **4,097,512** | **1,075,462** | $ | *53,268* |
| | | | | | | | | |
| FMW Harvest Delights - Cranberry | 14.3 oz. | $ | 3.60 | $ | 259,661 | 72,128 | $ | 3,376 |
| | *Totals =* | | | $ | **259,661** | **72,128** | $ | *3,376* |
| | | | | | | | | |
| | | **FMW Totals** | $ | | **1,860,560,396** | **538,828,178** | $ | *24,187,285* |

2

Settlement Class Products - Nationwide Damages Analysis

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Smart Start | 17.5 oz. | $ 4.36 | $ 66,153,236 | 15,172,761 | $ 859,992 | $ 2,579,976 | $ 3,896,426 |
| | Totals = | | $ 66,153,236 | 15,172,761 | $ 859,992 | $ 2,579,976 | $ 3,896,426 |
| | Smart Start Totals | | $ 66,153,236 | 15,172,761 | $ 859,992 | $ 2,579,976 | $ 3,896,426 |
| Krave Chocolate | 11.4 oz. | $ 3.18 | $ 163,938,440 | 51,552,969 | $ 1,639,384 | | |
| | 19.9 oz. | $ 3.86 | $ 34,934,456 | 9,050,377 | $ 349,345 | | |
| | 15.5 oz. | $ 3.05 | $ 2,921,894 | 957,998 | $ 29,219 | | |
| | 14.5 oz. | $ 2.96 | $ 602,066 | 203,401 | $ 6,021 | | |
| | 14.1 oz. | $ 2.84 | $ 52,908 | 18,630 | $ 529 | | |
| | 22.8 oz. | $ 4.95 | $ 480,416 | 97,054 | $ 4,804 | | |
| | 29.8 oz. | $ 6.47 | $ 52,960 | 8,185 | $ 530 | | |
| | Totals = | | $ 202,983,140 | 61,888,613 | $ 2,029,831 | | |
| Krave Double Chocolate | 11 oz. | $ 3.08 | $ 82,193,512 | 26,686,205 | $ 821,935 | | |
| | 15.6 oz. | $ 3.05 | $ 2,633,319 | 863,383 | $ 26,333 | | |
| | 18.5 oz. | $ 3.97 | $ 242,020 | 60,962 | $ 2,420 | | |
| | Totals = | | $ 85,068,851 | 27,610,551 | $ 850,689 | | |
| Krave S'Mores | 11 oz. | $ 2.98 | $ 25,283,022 | 8,484,236 | $ 252,830 | | |
| | Totals = | | $ 25,283,022 | 8,484,236 | $ 252,830 | | |
| | Krave Totals | | $ 313,335,013 | 97,983,400 | $ 3,133,350 | | |
| Crunchy Nut | 14.1 oz. | $ 3.13 | $ 19,450,448 | 6,214,201 | $ 194,504 | | |
| | 13.2 oz. | $ 3.29 | $ 11,277,593 | 3,427,840 | $ 112,776 | | |
| | 13.4 oz. | $ 2.98 | $ 2,521,876 | 846,267 | $ 25,219 | | |
| | 20.8 oz. | $ 3.24 | $ 396,442 | 122,359 | $ 3,964 | | |
| | 13.6 oz. | $ 3.16 | $ 336,754 | 106,568 | $ 3,368 | | |
| | Totals = | | $ 33,983,113 | 10,717,234 | $ 339,831 | | |
| | | | | | Damages Est. (low) | Damages Est. (mid) | Damages Est. (high) |
| | | | | Total = | $ 74,088,294 | $ 83,024,732 | $ 124,066,987 |