| | |
|---|---|
| **THE LAW OFFICE OF JACK FITZGERALD, PC**<br>JACK FITZGERALD (SBN 257370)<br>*jack@jackfitzgeraldlaw.com*<br>TREVOR M. FLYNN (SBN 253362)<br>*trevor@jackfitzgeraldlaw.com*<br>MELANIE PERSINGER (SBN 275423)<br>*melanie@jackfitzgeraldlaw.com*<br>Hillcrest Professional Building<br>3636 Fourth Avenue, Suite 202<br>San Diego, California 92103<br>Phone: (619) 692-3840<br>Fax: (619) 362-9555 | **JENNER & BLOCK LLP**<br>KATE T. SPELMAN (SBN 269109)<br>*kspelman@jenner.com*<br>ALEXANDER M. SMITH (SBN 285187)<br>*asmith@jenner.com*<br>633 West 5th Street, Suite 3600<br>Los Angeles, California 90071<br>Phone: (213) 239-5100<br>Fax: (213) 239-5199 |
| **JACKSON & FOSTER, LLC**<br>SIDNEY W. JACKSON, III (*pro hac vice*)<br>75 St. Michael Street<br>Mobile, Alabama 36602<br>Phone: (251) 433-6699<br>Fax: (251) 433-6127 | **JENNER & BLOCK LLP**<br>DEAN N. PANOS (admitted *pro hac vice*)<br>*dpanos@jenner.com*<br>353 N. Clark Street<br>Chicago, Illinois 60654<br>Phone: (312) 222-9350<br>Fax: (312) 527-0484 |

*Class Counsel*

*Attorneys for Defendant Kellogg Sales Company*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN HADLEY, MELODY DIGREGORIO, ERIC FISHON, KERRY AUSTIN, and NAFEESHA MADYUN, on behalf of themselves, all others similarly situated, and the general public,<br><br>Plaintiffs,<br><br>v.<br><br>KELLOGG SALES COMPANY,<br><br>Defendant. | Case No. 5:16-cv-04955-LHK<br><br>**JOINT CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>Judge: Hon. Lucy H. Koh<br>CMC: June 24, 2020, 2:00 p.m. |

1   Pursuant to N.D. Cal. Civ. L.R. 16-10(d), Plaintiffs Stephen Hadley, Melody DiGregorio, Eric Fishon, Kerry Austin, Nafeesha Madyun and Defendant Kellogg Sales Company submit the following Joint Case Management Conference Statement to report progress or changes since the last statement was filed, and to make proposals for the remainder of the case development process.

On February 20, 2020, the Court denied without prejudice Plaintiffs' motion for preliminary approval of a class settlement. *See* ECF No. 339. For assistance in addressing the issues the Court raised, the parties agreed to attend another mediation in Chicago before the Honorable James F. Holderman (Ret.), which was initially scheduled for April 23, 2020 and then rescheduled to June 9, 2020 in light of the COVID-19 pandemic and the extension of the Illinois stay-at-home order through the end of May. Due to a medical issue in the family of Kellogg's lead counsel, the parties subsequently rescheduled the mediation until June 18, 2020. The parties are hopeful they will be able to resolve the issues the Court raised.

On May 28, 2020, the Court denied Kellogg's motion for leave to file a motion for reconsideration. *See* ECF No. 343.

In light of current social distancing guidelines, the parties request that the Court continue the upcoming June 24, 2020 case management conference or, if it wishes to speak to the parties, to hold the conference telephonically.

Dated: June 15, 2020

Respectfully Submitted,

/s/ Jack Fitzgerald[1]
**THE LAW OFFICE OF JACK FITZGERALD, PC**
JACK FITZGERALD
*jack@jackfitzgeraldlaw.com*
TREVOR M. FLYNN
*trevor@jackfitzgeraldlaw.com*
MELANIE PERSINGER
*melanie@jackfitzgeraldlaw.com*
Hillcrest Professional Building
3636 Fourth Avenue, Suite 202
San Diego, California 92103
Phone: (619) 692-3840
Fax: (619) 362-9555

*Class Counsel*

/s/ Dean N. Panos
**JENNER & BLOCK LLP**
KATE T. SPELMAN
*kspelman@jenner.com*
ALEXANDER M. SMITH
*asmith@jenner.com*
633 West 5th Street, Suite 3600
Los Angeles, California 90071
Phone: (213) 239-5100
Fax: (213) 239-5199

**JENNER & BLOCK LLP**
DEAN N. PANOS
*dpanos@jenner.com*
353 N. Clark Street
Chicago, Illinois 60654
Phone: (312) 222-9350
Fax: (312) 527-0484

*Attorneys for Defendant Kellogg Sales Company*

---

[1] Pursuant to N.D. Cal. Civ. L.R. 5-1(i)(3), the concurrence to the filing of this document has been obtained from each signatory hereto