UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEPHEN HADLEY, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>KELLOGG SALES COMPANY,<br><br>　　　　Defendant. | Case No. 16-CV-04955-LHK<br><br>**ORDER DENYING PLAINTIFFS' MOTION FOR SETTLEMENT ENFORCEMENT AND RENEWED MOTION FOR SETTLEMENT APPROVAL**<br><br>Re: Dkt. Nos. 346, 347 |

On November 12, 2020, the Court held a hearing on Plaintiffs' motion for settlement enforcement, ECF No. 346, and Plaintiffs' renewed motion for settlement approval, ECF No. 347. During the hearing, Plaintiffs withdrew their motion for settlement enforcement. Thus, the Court DENIES Plaintiffs' motion for settlement enforcement as moot.

In addition, during the hearing, the Court discussed with the parties Plaintiffs' renewed motion for settlement approval. For the reasons stated on the record and in the Court's February 20, 2020 Order Denying Without Prejudice Motion for Preliminary Approval, ECF No. 339, the Court DENIES without prejudice Plaintiffs' renewed motion for settlement approval. As stated on the record, the parties have committed to curing the identified deficiencies and to filing a new

1

Case No. 16-CV-04955-LHK
ORDER DENYING PLAINTIFFS' MOTION FOR SETTLEMENT ENFORCEMENT AND RENEWED MOTION FOR SETTLEMENT APPROVAL

motion for preliminary approval of class action settlement.

Lastly, the Court continues the December 2, 2020 case management conference to December 9, 2020 at 2:00 p.m. In the parties' December 2, 2020 joint case management statement, the parties shall indicate: (1) whether they request a referral to alternative dispute resolution ("ADR"), and if so, what form of ADR and with whom; and (2) when the parties expect to file a new motion for preliminary approval.

**IT IS SO ORDERED.**

Dated: November 12, 2020

_____
LUCY H. KOH
United States District Judge