THE LAW OFFICE OF JACK
FITZGERALD, PC
JACK FITZGERALD (SBN 257370)
*jack@jackfitzgeraldlaw.com*
TREVOR M. FLYNN (SBN 253362)
*trevor@jackfitzgeraldlaw.com*
MELANIE PERSINGER (SBN 275423)
*melanie@jackfitzgeraldlaw.com*
Hillcrest Professional Building
3636 Fourth Avenue, Suite 202
San Diego, California 92103
Phone: (619) 692-3840
Fax: (619) 362-9555
*Class Counsel*

**JACKSON & FOSTER, LLC**
SIDNEY W. JACKSON, III (*phv*)
*sid@jacksonfosterlaw.com*
75 St. Michael Street
Mobile, Alabama 36602
Phone: (251) 433-6699
Fax: (251) 433-6127
*Additional Counsel for Plaintiffs*

**JENNER & BLOCK LLP**
ALEXANDER M. SMITH (SBN 295187)
*asmith@jenner.com*
633 West 5th Street, Suite 3600
Los Angeles, California 90071
Phone: (213) 239-5100
Fax: (213) 239-5199

**JENNER & BLOCK LLP**
DEAN N. PANOS (admitted *pro hac vice*)
*dpanos@jenner.com*
353 N. Clark Street
Chicago, Illinois 60654
Phone: (312) 222-9350
Fax: (312) 527-0484

*Attorneys for Defendant Kellogg Sales Co.*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

STEPHEN HADLEY, MELODY DIGREGORIO,
ERIC FISHON, KERRY AUSTIN, and
NAFEESHA MADYUN, on behalf of themselves,
all others similarly situated, and the general public,

 Plaintiffs,

   v.

KELLOGG SALES COMPANY,

 Defendant.

Case No. 5:16-cv-04955-LHK

**STIPULATED MOTION AND ORDER
EXCUSING PLAINTIFFS' ATTENDANCE
AT JANUARY 22, 2021 SETTLEMENT
CONFERENCE**

Magistrate Judge: Hon. Nathanael M. Cousins

Plaintiffs Stephen Hadley, Melody DiGregorio, Eric Fishon, Kerry Austin, and Nafeesha Madyun ("Plaintiffs"), and Defendant Kellogg Sales Company (together, the "Parties"), by and through their undersigned counsel, hereby jointly make the following request.

WHEREAS, this is a consumer fraud class action in which the district court, the Honorable Lucy H. Koh residing, has certified a class of California consumers under Fed. R. Civ. P. 23(b)(3), appointed Plaintiff Stephen Hadley as Class Representative, and appointed his counsel as Class Counsel (*see* Dkt. No. 208);

WHEREAS, in September 2019, the Parties reached a nationwide class settlement, which they presented to the Court for preliminary approval in October 2019;

WHEREAS, after twice denying without prejudice preliminary approval of the nationwide class settlement, the district court referred this matter to this Court, the Honorable Nathanael M. Cousins presiding, for a Settlement Conference (*see* Dkt. No. 367);

WHEREAS, this Court set the Settlement Conference for January 22, 2021, at 9:30 a.m. (*see* Dkt. Nos. 368-69);

WHEREAS, the Court's Settlement Conference Standing Order provides that "[a]ll parties and their counsel are required to attend the settlement conference in person" (Dkt. No. 368-1 at 1);

WHEREAS, because of the size and representative nature of this case, and Plaintiffs' role as representative lay consumers, the Parties agree that Plaintiffs' attendance at the Settlement Conference is unnecessary to enable Class Counsel to engage in fruitful discussions on behalf of the Class, including Plaintiffs;

WHEREAS, if excused from attending the Settlement Conference by being present on Zoom throughout the entire session, Plaintiffs will be available to Class Counsel via telephone for the duration of the Settlement Conference; and

WHEREAS, Plaintiffs' counsel will be in attendance with full authority to negotiate on behalf of the Class;

NOW, THEREFORE, the Parties hereby agree that, upon the Court's granting this stipulation and motion, Plaintiffs will be and are excused from attending the Settlement Conference via Zoom, provided they remain available to Class Counsel via telephone for its duration.

1    **IT IS SO STIPULATED.**

2

3    Dated: January 4, 2021                    Respectfully Submitted,

4                                              /s/ Jack Fitzgerald

5                                              **THE LAW OFFICE OF**
                                               **JACK FITZGERALD, PC**
6                                              JACK FITZGERALD
                                               *jack@jackfitzgeraldlaw.com*
7                                              TREVOR M. FLYNN
                                               *trevor@jackfitzgeraldlaw.com*
8                                              MELANIE PERSINGER
                                               *melanie@jackfitzgeraldlaw.com*
9                                              Hillcrest Professional Building
                                               3636 Fourth Avenue, Suite 202
10                                             San Diego, CA 92103
                                               Phone: (619) 692-3840
11                                             Fax: (619) 362-9555

12                                             *Class Counsel*

13

14   Dated: January 4, 2021                    Respectfully Submitted,

15                                             /s/ Dean Panos
                                               **JENNER & BLOCK LLP**
16                                             DEAN PANOS
                                               *dpanos@jenner.com*
17                                             353 N. Clark Street
                                               Chicago, IL 60654
18                                             Phone: (312) 222-9350
                                               Fax: (312) 527-0484
19

20

21                       **SIGNATURE ATTESTATION**

22        I hereby attest that, pursuant to N.D. Cal. Civ. L.R. 5-1(i)(3), the concurrence to the filing of this

23   document has been obtained from each signatory hereto.

24

25   Dated: January 4, 2021                              /s/ Jack Fitzgerald
                                                         Jack Fitzgerald
26

27

28

*Hadley v. Kellogg Sales Company*, No. 16-cv-4955-LHK-HRL
STIPULATED MOTION & ORDER

1

2

## <u>ORDER</u>

The Court, having considered the parties' Stipulation Motion and [Proposed] Order Excusing Plaintiffs' Attendance at the January 22, 2021 Settlement Conference, and finding good cause, HEREBY ORDERS that Plaintiffs are excused from attending the Zoom Settlement Conference, provided they remain available to Class Counsel via telephone for its duration.

3

4

5

6

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

7

8

Dated:  January 4, 2021

9 _____

Hon. Nathanael M. Cousins

10 United States Magistrate Judge



11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Hadley v. Kellogg Sales Company*, No. 16-cv-4955-LHK-HRL
STIPULATED MOTION & ORDER