**JENNER & BLOCK LLP**
Dean N. Panos (admitted *pro hac vice*)
dpanos@jenner.com
353 N. Clark Street
Chicago, IL 60654-3456
Phone:         (312) 222-9350
Facsimile:    (312) 527-0484

**JENNER & BLOCK LLP**
Kate T. Spelman (Cal. Bar No. 269109)
kspelman@jenner.com
Alexander M. Smith (Cal. Bar No. 295187)
asmith@jenner.com
633 West 5th Street, Suite 3600
Los Angeles, CA  90071-2054
Phone:         (213) 239-5100
Facsimile:    (213) 239-5199

Attorneys for Defendant
Kellogg Sales Company

(additional counsel on signature page)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN HADLEY, et al., on behalf of himself, all others similarly situated, and the general public,<br><br>                    Plaintiffs,<br><br>     v.<br><br>KELLOGG SALES COMPANY,<br><br>                    Defendant. | Case No. 5:16-cv-04955 LHK<br><br>The Honorable Lucy H. Koh<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO MODIFY DATE OF HEARING ON MOTION FOR PRELIMINARY APPROVAL** |

**JOINT STIPULATION**

WHEREAS:

(1)     On March 10, 2021, Plaintiffs filed a motion for preliminary approval of the parties' class-wide settlement (ECF No. 377);

(2)     At the Court's direction, Plaintiffs noticed that motion for hearing on May 20, 2021;

(3)     Kellogg's lead counsel, Dean Panos, recently learned of a scheduling conflict that will preclude him from attending the hearing on May 20, 2021;

(4)     In light of that conflict, Kellogg's counsel requested, and Plaintiffs' counsel agreed, to continue the hearing on Plaintiffs' motion for preliminary approval from May 20, 2021 to June 3, 2021, the first Thursday on which all parties are available, or the first hearing date available thereafter;

(5)     To the extent it is more convenient for the Court, the parties also do not object to the Court advancing the hearing to a date before May 20, 2021;

THEREFORE, IT IS STIPULATED AND AGREED THAT, subject to the Court's approval, the hearing on Plaintiffs' motion for preliminary approval be continued from May 20, 2021 to June 3, 2021 (or the first hearing date available thereafter), or advanced to a date prior to May 20, 2021.

IT IS SO STIPULATED AND AGREED:

Dated:  March 17, 2021                                  JENNER & BLOCK LLP

                                                        By: /s/  Dean N. Panos
                                                               Dean N. Panos

                                                        Attorneys for Defendant
                                                        Kellogg Sales Company

Dated: March 17, 2021

LAW OFFICE OF JACK FITZGERALD, P.C.[1]

By: /s/ Jack Fitzgerald
    Jack Fitzgerald

Attorneys for Plaintiffs
Stephen Hadley, Melody DiGregorio, Eric Fishon, Kerry Austin, and Nafeesha Madyun

## [PROPOSED] ORDER

Pursuant to stipulation and good cause appearing therefor, the Court hereby CONTINUES the hearing on Plaintiffs' motion for preliminary approval until _____, 2021, at 2:00 p.m.

IT IS SO ORDERED:

Dated: _____, 2021

                        The Honorable Lucy H. Koh
                        United States District Judge

---

[1] In compliance with Local Rule 5-1(i)(3), I, Dean N. Panos, hereby attest that concurrence in the filing of this document has been obtained from signatory Jack Fitzgerald.