**JENNER & BLOCK LLP**
Dean N. Panos (*pro hac vice*)
dpanos@jenner.com
353 N. Clark Street
Chicago, IL 60654-3456
Phone:      (312) 222-9350
Facsimile:  (312) 527-0484

**JENNER & BLOCK LLP**
Kate T. Spelman (Cal. Bar No. 269109)
kspelman@jenner.com
Alexander M. Smith (Cal. Bar No. 295187)
asmith@jenner.com
633 West 5th Street, Suite 3600
Los Angeles, CA  90071-2054
Phone:      (213) 239-5100
Facsimile:  (213) 239-5199

Attorneys for Defendant
Kellogg Sales Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN HADLEY, et al., on behalf of themselves, all others similarly situated, and the general public,<br><br>                    Plaintiffs,<br><br>     v.<br><br>KELLOGG SALES COMPANY<br><br>                    Defendant. | Case No. 5:16-cv-4955 LHK<br><br>The Honorable Lucy H. Koh<br><br>**STATEMENT OF NON-OPPOSITION TO PLAINTIFFS' RENEWED MOTION FOR PRELIMINARY APPROVAL**<br><br>Hearing Date:     June 10, 2021<br><br>Hearing Time:    1:30 p.m.<br><br>Courtroom:         8 (San Jose) |

**STATEMENT OF NON-OPPOSITION**

Pursuant to Local Rule 7-3(b), Kellogg states that it does not oppose Plaintiffs' motion for preliminary approval of the nationwide class settlement set forth in the parties' March 9, 2021 settlement agreement.  Kellogg takes no position on any relief not expressly set forth in that settlement agreement.

Dated:  March 24, 2021                              JENNER & BLOCK LLP

By: /s/  Dean N. Panos
        Dean N. Panos

Attorneys for Defendant
Kellogg Sales Company