UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEPHEN HADLEY, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>KELLOGG SALES COMPANY,<br><br>　　　　Defendant. | Case No. 16-CV-04955-LHK<br><br>**JUDGMENT** |

On November 23, 2021, the Court granted Plaintiffs' Motion for Final Approval of Class Action Settlement and Plaintiffs' Motion for Attorneys' Fees. ECF No. 407. Judgment is hereby entered. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: November 23, 2021

　　　　　　　　　　　　　　　　　　　　*Lucy H. Koh*
　　　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　　　United States District Judge

Case No. 16-CV-04955-LHK
JUDGMENT

1